**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Synthego Corporation** |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5289518** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3696 Haven Avenue, Suite A** <br>**Redwood City, CA 94063** <br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Mateo** <br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.synthego.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Synthego Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5417

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

| Debtor | **Synthego Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Synthego Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/05/2025
                       MM / DD / YYYY

X    */s/ Allen Soong*                                    **Allen Soong**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X    */s/ James E. O'Neill*                               Date    05/05/2025
Signature of attorney for debtor                                   MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-4100**          Email address    **joneill@pszjlaw.com**

**4042 DE**
Bar number and State

**SECRETARY'S CERTIFICATE**
**OF**
**SYNTHEGO CORPORATION**

May 5, 2025

The undersigned hereby certifies that she is the duly elected and qualified Secretary of Synthego Corporation, a Delaware corporation (the "Company"), and further certifies in such capacity that attached hereto as <u>Exhibit A</u> is a true, complete and correct copy of the resolutions of the Board of Directors of the Company.  Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate as of the date first set forth above.

        */s/ Stephanie Adamany*_____
        Name:  Stephanie Adamany
        Title:    Secretary

LA:4870-4237-3773.2 54433.001

## EXHIBIT A

**SYNTHEGO CORPORATION RESOLUTIONS**

**RESOLUTIONS OF THE RESTRUCTURING COMMITTEE** (the "*Committee*")
**OF**
**SYNTHEGO CORPORATION** (the "*Company*")
(a Delaware corporation)

## 1. <u>Approval of Restructuring</u>

**WHEREAS**, on April 25, 2025, the Board of Directors of the Company (the "**Board**") established a committee (the "***Committee***") to assume all of the power and authority of the Board that may be delegated to a committee in respect of a financial restructuring, including a potential chapter 11 case, DIP financing facility, sale of the Company's assets, confirmation of a chapter 11 plan, and the appointment of a Chief Restructuring Officer of the Company (a "***Restructuring***").

**WHEREAS**, the Committee, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business.

**WHEREAS**, the Committee has reviewed the historical and current performance of the Company and the current and long-term liabilities of the Company.

**WHEREAS**, the Committee has reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company.

**WHEREAS**, the Committee has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Committee, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware.

**RESOLVED,** Allen Soong of Paladin Management Group ("***Paladin***") is hereby appointed and confirmed as the Chief Restructuring Officer of the Company ("**CRO**"), and shall be authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further actions and deeds as authorized or directed by the Committee or as otherwise set forth in the engagement letter dated April 14, 2025 between the Company and Paladin, to the extent not inconsistent with this Resolution.

**RESOLVED**, that the Company's Chief Executive Officer, Chief Restructuring Officer, Chief Legal Officer and such other officers of the Company as may be designated by any of them (each, an "***Authorized Officer***") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case and to

enable the Company to conduct its operations consistent with its ordinary course of business to the extent permitted under the Bankruptcy Code.

**RESOLVED,** the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Paladin as the Company's restructuring advisor to assist the CRO and provide additional personnel, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Paladin and the CRO.

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("***PSZ&J***") as bankruptcy counsel  to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J.

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Raymond James & Associates, Inc. ("***Raymond James***") as the Company's investment banker, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Raymond James.

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Fenwick & West LLP ("***Fenwick***") as the Company's corporate counsel, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Fenwick.

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Epiq Corporate Restructuring LLC ("***Epiq***") as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq.

**RESOLVED**, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain

the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper by the Authorized Officers.

**RESOLVED**, that the Authorized Officers of the Company are authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents.

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement.

**RESOLVED**, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

2.  **Approval of Asset Purchase Agreement**

**WHEREAS**, the Committee deems it to be advisable and in the best interest of the Company to sell substantially all of its assets and, therefore, the Company is hereby authorized to enter into that certain Asset Purchase Agreement by and among the Company and Perceptive Credit Holdings III, LP (the "***Purchaser***") (to be filed separately, the "***Asset Purchase Agreement***"), pursuant to which, among other things the Purchaser will purchase substantially all of the assets of the Company and assuming certain liabilities of the Company upon the terms and conditions of the Asset Purchase Agreement (the "***Asset Sale***").

**NOW THEREFORE, BE IT RESOLVED**, that the form, terms and provisions of the Asset Purchase Agreement, including all exhibits and schedules attached thereto (collectively, the "***Transaction Documents***"), be and hereby are, determined to be fair, advisable and in the best interest of the Company and that the Asset Purchase Agreement be, and hereby is, adopted and approved in all respects.

**RESOLVED FURTHER**, that the Company shall be, and hereby is, and the Authorized Officers shall be, and each of them, acting alone, hereby is, in the name and on behalf of the Company, authorized, directed and empowered to execute and deliver the Asset Purchase Agreement and the Transaction Documents on such terms that the Authorized Officers determine will maximize value, and the Company is further authorized to file a motion to approve such sale and for any related relief, or to approve a sale to a higher and

better bidder, and to close such sale, subject to Bankruptcy Court approval in the Company's chapter 11 proceeding, subject to such modifications thereto as the Committee may deem necessary or advisable (the approval of which to be conclusively established by the execution thereof by an Authorized Officer).

**RESOLVED FURTHER**, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the Authorized Officers, either individually or as otherwise required by each Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute (under hand or under the common seal of the Company if appropriate), acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of the Company relating to the Asset Purchase Agreement and the Transaction Documents.

3.  **Omnibus Provisions**

**RESOLVED**, that the Committee hereby ratifies, confirms, approves and adopts all actions previously taken by all representatives, employees, officers or directors of the Company that are approved by the foregoing resolutions.

**RESOLVED FURTHER**, that the officers of the Company, each of them with full authority to act without the others, are authorized and directed to do or cause to be done any and all such further acts and things and to execute and deliver any and all such additional documents as they may deem necessary or appropriate in order to carry into effect the purposes and intent of the foregoing resolutions.

**Fill in this information to identify the case:**

Debtor name    **Synthego Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Security Holders, and Creditor Matrix Certification.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/05/2025                x   */s/ Allen Soong*
                                            Signature of individual signing on behalf of debtor

                                         **Allen Soong**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

| Fill in this information to Identify the case: |
| --- |
| Debtor Name:   Synthego Corporation |
| United States Bankruptcy Court for the:     District of Delaware |
| Case Number (If known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders [1]

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WELLINGTON HADLEY HARBOR MASTER INVESTORS (CAYMAN) III L.P. 280 CONGRESS STREET BOSTON, MA  02210 | CONTACT: TIMOTHY KANE PHONE: 345-943-3100 TMKANE@WELLINGTON.COM | NOTE | | | | $51,006,966.56 |
| 2 | 8VC CO-INVEST FUND I, L.P. 907 SOUTH CONGRESS AVE AUSTIN, TX  78704 | CONTACT: NATHAN FOTEDAR PHONE: 512-370-2276 NATHAN@8VC.COM | NOTE | | | | $37,164,644.81 |
| 3 | 8VC FUND I, L.P 907 SOUTH CONGRESS AVE AUSTIN, TX  78704 | CONTACT: NATHAN FOTEDAR PHONE: 512-370-2276 NATHAN@8VC.COM | NOTE | | | | $15,096,844.58 |
| 4 | PRS, LLC 250 WEST 55TH STREET 26TH FLOOR NEW YORK, NY  10019 | CONTACT: ERIN LASSEN, CFO PHONE: 212-271-8015 NP@PSOROS.COM | NOTE | | | | $5,238,965.02 |
| 5 | MENLO VENTURES XI, L.P. 3000 SAND HILL ROAD BUILDING 4, SUITE 100 MENLO PARK, CA  94025 | CONTACT: JOHN G. STOKES PHONE: 650 854-8540 FINANCE@MENLOVC.COM | NOTE | | | | $4,687,982.94 |
| 6 | LESLIE ENTERPRISES LP 738 WESTRIDGE DRIVE PORTOLA VALLEY, CA  94028 | CONTACT: MARK LESLIE PHONE: 650-619-8668 MLESLIE@LESLIEVENTURES.COM | NOTE | | | | $814,026.04 |
| 7 | DECLARATION CAPITAL PE SPV XLVI LLC 510 MADISON AVENUE NEW YORK, NY  10022 | CONTACT: ROB JACKOWITZ PHONE: 212-321-4030 RJACKOWITZ@DECLARATIONPARTNERS.COM | NOTE | | | | $723,437.23 |

Debtor: Synthego Corporation

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8    EMERGING TECHNOLOGIES FUND III LLC 1140 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK, NY 10036 | CONTACT: MARC WEISS PHONE: 646-380-6611 MARC.WEISS@OFCAP.COM | NOTE | | | | $627,191.78 |
| 9    LUMA BIO-IT SPV-A, L.P. PIER 5 SUITE 101 SAN FRANCISCO, CA 94111 | CONTACT: IAN SHANNON, GENERAL COUNSEL PHONE: 415-366-8393 LEGAL@8VC.COM | NOTE | | | | $625,951.41 |
| 10    APPRENTICE FS INC. 190 CHRISTOPHER COLUMBUS DRIVE UNIT 5A JERSEY CITY, NJ 07302 | CONTACT: STEVEN COREY PHONE: 484-949-1918 STEVEN.COREY@APPRENTICE FS.COM | TRADE DEBT | | | | $540,000.00 |
| 11    EMERGING TECHNOLOGIES FUND II LLC 1140 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK, NY 10036 | CONTACT: MARC WEISS PHONE: 646-380-6611 MARC.WEISS@OFCAP.COM | NOTE | | | | $501,753.42 |
| 12    ERS GENOMICS LIMITED 88 HARCOURT STREET DUBLIN D02 DK18 IRELAND | CONTACT: JOHN MILAD PHONE: 353 (1) 539 0082 FINANCE@ERSGENOMICS.CO M; JOHN.MILAD@ERSGENOMICS .COM | TRADE DEBT | | | | $310,784.92 |
| 13    LUMA BIO-IT SPV, L.P. PIER 5 SUITE 101 SAN FRANCISCO, CA 94111 | CONTACT: IAN SHANNON, GENERAL COUNSEL PHONE: 415-366-8393 LEGAL@8VC.COM | NOTE | | | | $255,865.75 |
| 14    8VC ENTREPRENEURS FUND I, L.P. 907 SOUTH CONGRESS AVE AUSTIN, TX 78704 | CONTACT: NATHAN FOTEDAR PHONE: 512-370-2276 NATHAN@8VC.COM | NOTE | | | | $245,477.18 |
| 15    TRUEBRIDGE DIRECT FUND L.P. 1011 SOUTH HAMILTON ROAD SUITE 400 CHAPEL HILL, NC 27517 | CONTACT: MEL WILLIAMS PHONE: 919-442-5201 MWILLIAMS@TRUEBRIDGECA PITAL.COM | NOTE | | | | $227,660.35 |
| 16    EXCELSIOR HOLDINGS C2 LLC 6600 FRANCE AVE. S. SUITE 550 MINNEAPOLIS, MN 55435 | CONTACT: TODD MIRANDA, CEO PHONE: 952-324-8900 PERFORMANCEREPORTING@ OLYMPUSVENTURES.COM | NOTE | | | | $219,315.76 |
| 17    GIGAFUND 1, LP 1200 SEAPORT BLVD REDWOOD CITY, CA 94063 | CONTACT: STEPHEN OSKOUI, CO-FOUNDER & MANAGING PARTNER PHONE: 833.444.2386 LEGAL@GIGAFUND.COM | NOTE | | | | $179,126.73 |
| 18    MMEF XI, L.P. 2884 SAND HILL ROAD SUITE 100 MENLO PARK, CA 94025 | CONTACT: VENKY GANESAN, MANAGING MEMBER PHONE: 650-854-8540 FINANCE@MENLOVC.COM | NOTE | | | | $176,016.58 |

**Debtor:** Synthego Corporation

Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | DONNELLEY FINANCIAL SOLUTIONS 391 STEEL WAY LANCASTER, PA 17601 | CONTACT: JAMIE TOOMBS, MANAGER-ACCOUNTS RECEIVABLE PHONE: 866-784-9840 JAMIE.TOOMBS@DFINSOLUTIONS.COM | TRADE DEBT | | | | $160,195.50 |
| 20 | AAF - SYNTHEGO GROWTH, L.P. 10190 AKHTAMAR DRIVE GREAT FALLS, VA 22066 | CONTACT: KYLE HENDRICK PHONE: 703-303-6136 KYLE@AAF.VC | NOTE | | | | $138,823.36 |
| 21 | WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153 | CONTACT: MELISSA APPENRODT PHONE: 212-310-8000 MELISSA.APPENRODT@WEIL.COM | TRADE DEBT | | | | $111,033.33 |
| 22 | DERYCK C. MAUGHAN REVOCABLE TRUST 425 PARK AVENUE 2ND FLOOR NEW YORK, NY 10043 | CONTACT: DERYCK C. MAUGHAN PHONE: 212-810-5300 DCMAUGHAN@GMAIL.COM | TRADE DEBT | | | | $109,179.11 |
| 23 | ERNST & YOUNG US LLP 303 S ALMADEN BLVD SAN JOSE, CA 95110 | CONTACT: AAMIR QURESHI, CEO PHONE: 315 425 8011 GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM | TRADE DEBT | | | | $70,019.00 |
| 24 | PROPHARMA GROUP HOLDINGS, LLC 107 WEST HARGETT STREET RALEIGH, NC 27601 | CONTACT: TOM HUNTER PHONE: 913-661-1662 TOM.HUNTER@PROPHARMAGROUP.COM | TRADE DEBT | | | | $59,379.12 |
| 25 | ARAB ANGEL GP I, L.P. 2775 SAND HILL RD MENLO PARK, CA 94025 | CONTACT: KYLE HENDRICK PHONE: 917 309 4867 KYLE@AAF.VC | TRADE DEBT | | | | $58,346.79 |
| 26 | RNA SPV LLC 3211 SOUTH OCEAN BLVD. SUITE 701 HIGHLAND BEACH, FL 33487 | CONTACT: SARAH BOYCE, CEO PHONE: 801-419-0677 RAJGARG10@AOL.COM | NOTE | | | | $53,737.83 |
| 27 | AAF II - YASI VENTURES, L.P. 27 HOSPITAL ROAD GEORGE TOWN KY1-1001 CAYMAN ISLANDS | CONTACT: KYLE HENDRICK PHONE: 703-303-6136 KYLE@AAF.VC | NOTE | | | | $36,720.72 |
| 28 | MORROW-MEADOWS CORPORATION 231 BENTON CT WALNUT, CA 91789 | CONTACT: CATHLEEN VICK, CEO PHONE: 909-598-7700 INFO@MORROW-MEADOWS.COM | TRADE DEBT | | | | $36,685.00 |
| 29 | KAY E. MERRICK [ADDRESS REDACTED] | CONTACT: KAY E. MERRICK EMAIL ADDRESS ON FILE | TRADE DEBT | | | | $33,151.98 |
| 30 | GRANT THORNTON LLP 101 CALIFORNIA ST. SUITE 2700 SAN FRANCISCO, CA 94111 | CONTACT: CHRIS STATHOPOULOS, DEPUTY COUNSEL PHONE: 415-986-3900 CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM | TRADE DEBT | | | | $32,100.00 |

1   Perceptive Credit Holdings III, LP (or affiliates thereof) hold certain of the Debtor's unsecured notes, but are not listed here because Perceptive Credit Holdings III, LP is the Debtor's principal secured creditor, proposed postpetition lender, and stalking horse bidder.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

Name:        8VC Fund I, L.P.
Address:     907 South Congress Ave
             Austin, TX  78704

---

[1]    The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| 8VC FUND I, L.P. | 907 SOUTH CONGRESS AVE AUSTIN, TX 78704 | 11.8839% |
| MENLO VENTURES XI, L.P. | 3000 SAND HILL ROAD, BUILDING 4, SUITE 100 MENLO PARK, CA 94025 | 9.0692% |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS (CAYMAN) III L.P. | 280 CONGRESS STREET BOSTON, MA 02210 | 8.7674% |
| THE FOUNDERS FUND VI, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR SAN FRANCISCO, CA 94129 | 6.9765% |
| 8VC CO-INVEST FUND I, L.P. | 907 SOUTH CONGRESS AVE AUSTIN, TX 78704 | 6.0065% |
| SVF II US AGGREGATOR (DE) LLC | 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 | 5.5666% |
| THE FOUNDERS FUND IV, LP | ONE LETTERMAN DRIVE, BUILDING D, 5TH FLOOR SAN FRANCISCO, CA 94129 | 4.6272% |
| THE FOUNDERS FUND V, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR SAN FRANCISCO, CA 94129 | 3.3359% |
| PAUL DABROWSKI AND BETHANIE MAPLES, AS TRUSTEES OF THE DRAGON OAKS LIVING TRUST | ADDRESS ON FILE | 2.7763% |

---

[1]     The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| UNDER AGREEMENT DATED APRIL 7, 2021 | | |
| THE CONTINUOUS AGENCY TRUST | ADDRESS ON FILE | 2.5472% |
| WI HARPER FUND VII LP | 50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, CA 94111 | 2.2553% |
| LUMA BIO-IT SPV-A, L.P. | PIER 5, SUITE 101<br>SAN FRANCISCO, CA 94111 | 2.0617% |
| DECLARATION CAPITAL PE SPV XLVI LLC | 510 MADISON AVENUE<br>NEW YORK, NY 10022 | 2.0242% |
| THE FOUNDERS FUND VI PRINCIPALS FUND, LP | ONE LETTERMAN DRIVE<br>BUILDING D, 5TH FLOOR<br>SAN FRANCISCO, CA 94129 | 1.7250% |
| MOORE STRATEGIC VENTURES, LLC | 11 TIMES SQUARE<br>NEW YORK, NY 10036 | 1.5577% |
| THE FOUNDERS FUND IV PRINCIPALS FUND, LP | ONE LETTERMAN DRIVE<br>BUILDING D, 5TH FLOOR<br>SAN FRANCISCO, CA 94129 | 1.4854% |
| TRUEBRIDGE DIRECT FUND L.P. | 1011 SOUTH HAMILTON ROAD, SUITE 400<br>CHAPEL HILL, NC 27517 | 1.2744% |
| MIDDLEFIELD VENTURES, INC. | 2200 MISSION COLLEGE BLVD<br>SANTA CLARA, CA 95054 | 1.2376% |
| ELEMENTS PARTNERS LLC | 565 EAST SWEDESFORD ROAD, SUITE 207<br>WAYNE, PA 19087 | 1.1792% |
| CHIMETECH HOLDING LTD | OFFICE 2458, LEVEL 24, AL SILA TOWER, ABU DHABI<br>GLOBAL MARKET SQUARE<br>ABU DHABI, UAE | 1.0121% |
| BRJ INVESTMENTS, LLC | 250 S. NORTHWEST HIGHWAY, SUITE 330<br>PARK RIDGE, IL 60068 | 0.9595% |
| THE FOUNDERS FUND V PRINCIPALS FUND, LP | ONE LETTERMAN DRIVE<br>BUILDING D, 5TH FLOOR<br>SAN FRANCISCO, CA 94129 | 0.8974% |
| LUMA BIO-IT SPV, L.P. | PIER 5, SUITE 101<br>SAN FRANCISCO, CA 94111 | 0.8503% |
| ZHEN PARTNERS FUND IV, L.P. | PO BOX 10008<br>WILLOW HOUSE<br>CRICKET SQUARE<br>GRAND CAYMAN  KYM | 0.7378% |
| LAURION CAPITAL MASTER FUND LTD. | 360 MADISON AVE, # 1900<br>NEW YORK, NY 10017 | 0.7085% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| MICHAEL DABROWSKI | ADDRESS ON FILE | 0.6417% |
| PERCEPTIVE CREDIT HOLDINGS III, LP | 51 ASTOR PLACE, 10TH FLOOR NEW YORK, NY 10003 | 0.6286% |
| EXCELSIOR HOLDINGS C2 LLC | 6600 FRANCE AVE. S., SUITE 550 MINNEAPOLIS, MN 0 | 0.6196% |
| INTEL CAPITAL CORPORATION | 2200 MISSION COLLEGE BLVD SANTA CLARA, CA 95054 | 0.6196% |
| PRECISE CUT LTD | ROOM 3701, CHINA WORLD TOWER 1 NO.1 JIAN GUO MENG WAI AVE. BEIJING, CHN 100004 | 0.6183% |
| THE PRIMA JAVELINA TRUST | ADDRESS ON FILE | 0.6149% |
| AME CLOUD VENTURES, LLC | 720 UNIVERSITY AVENUE, SUITE #200 LOS GATOS, CA 95032 | 0.5495% |
| PAUL DABROWSKI | ADDRESS ON FILE | 0.5456% |
| ALEXANDRIA EQUITIES, LLC | 385 E. COLORADO BLVD., SUITE 299 PASADENA, CA 91101 | 0.5064% |
| GIGAFUND 1, LP | 1200 SEAPORT BLVD REDWOOD CITY, CA 94063 | 0.5061% |
| LOGOS OPPORTUNITIES FUND III, LP | ONE LETTERMAN DRIVE, SUITE D3700 SAN FRANCISCO, CA 94129 | 0.5061% |
| PENSCO TRUST COMPANY CUSTODIAN FBO MAX LEVCHIN ROTH IRA | 650 CALIFORNIA STREET SAN FRANCISCO, CA 94108 | 0.4617% |
| MARCO KROHN | ADDRESS ON FILE | 0.4365% |
| AME CLOUD VENTURES FUND I LLC | 720 UNIVERSITY AVENUE, SUITE #200 LOS GATOS, CA 95032 | 0.4197% |
| EPT JUNE 2020 GRAT | 250 WEST 55TH STREET, 26TH FLOOR NEW YORK, NY 10019 | 0.4131% |
| PRS, LLC | 250 WEST 55TH STREET, 26TH FLOOR NEW YORK, NY 10019 | 0.4131% |
| AAF - SYNTHEGO GROWTH, L.P. | 10190 AKHTAMAR DRIVE GREAT FALLS , VA 22066 | 0.3922% |
| PCOF EQ AIV III, LP | 51 ASTOR PLACE, 10TH FLOOR NEW YORK, NY 10003 | 0.3835% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| LEERINK REVELATION HEALTHCARE FUND II, L.P. | 255 CALIFORNIA STREET, 12TH FLOOR SAN FRANCISCO, CA 94111 | 0.3666% |
| MMEF XI, L.P. | 2884 SAND HILL ROAD SUITE 100 MENLO PARK , CA 94025 | 0.3435% |
| BRIAN PESCH | ADDRESS ON FILE | 0.3214% |
| MAX LEVCHIN | ADDRESS ON FILE | 0.3122% |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE | 0.3084% |
| THE VEBLEN TRUST | ADDRESS ON FILE | 0.2728% |
| EMERGING TECHNOLOGIES FUND II LLC | 1140 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK, NY 10036 | 0.2700% |
| THE AGAVE SHADE TRUST | ADDRESS ON FILE | 0.2401% |
| THE SIGNALING SAGUARO TRUST | ADDRESS ON FILE | 0.2401% |
| WI HARPER FUND VII QP LP | 50 CALIFORNIA STREET SUITE 2580 SAN FRANCISCO, CA 94111 | 0.2362% |
| LESLIE ENTERPRISES LP | 738 WESTRIDGE DRIVE PORTOLA VALLEY, CA 94028 | 0.2305% |
| MVB FUND, FCR | C/O JUAN BRAVO 102 PLANTA MADRID, ESP  28006 | 0.2065% |
| 8VC ENTREPRENEURS FUND I, L.P. | 907 SOUTH CONGRESS AVE AUSTIN, TX 78704 | 0.2011% |
| MANOUCH AND SOPHIE MOSHAYEDI REVOCABLE TRUST | ADDRESS ON FILE | 0.1936% |
| JASON STEINER | ADDRESS ON FILE | 0.1932% |
| MARK HAMALAINEN | ADDRESS ON FILE | 0.1645% |
| ARAB ANGEL GP I, L.P. | 2775 SAND HILL RD MENLO PARK, CA 94025 | 0.1547% |
| FUND 0039 A SERIES OF ASSURE LABS GB 2022, LLC | 6510 S MILLROCK DRIVE, SUITE 400 SALT LAKE  CITY, UT 84121 | 0.1518% |
| THEODORE TISCH | ADDRESS ON FILE | 0.1421% |
| EMERGING TECHNOLOGIES FUND III LLC | 1140 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK, NY 10036 | 0.1406% |
| EQUITYZEN GROWTH TECHNOLOGY FUND LLC | 30 BROAD STREET, SUITE 1200 NEW YORK, NY 10004 | 0.1139% |
| WI HARPER FUND VII-A LP | 50 CALIFORNIA STREET, SUITE 2580 SAN FRANCISCO, CA 94111 | 0.1063% |
| KEVIN HOLDEN | ADDRESS ON FILE | 0.1046% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| AAF II - YASI VENTURES, L.P. | 27 HOSPITAL ROAD GEORGE TOWN , KY1-1001. | 0.1037% |
| LEVEL ONE GLOBAL FUND I, L.P. | 269 SOUTH IRVING STREET RIDGEWOOD, NJ 07450 | 0.1033% |
| ADITYA VEMPATY | ADDRESS ON FILE | 0.1005% |
| KAY E. MERRICK | ADDRESS ON FILE | 0.0937% |
| ROBERT E. MERRICK | ADDRESS ON FILE | 0.0937% |
| MIKHAIL MASS | ADDRESS ON FILE | 0.0931% |
| JOHN TAN | ADDRESS ON FILE | 0.0908% |
| NEXT FRONTIER VENTURES LLC | 100 RUGBY ROAD BROOKLYN, NY 11226 | 0.0873% |
| THE FOUNDERS FUND VI ENTREPRENEURS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR SAN FRANCISCO, CA 94129 | 0.0867% |
| HAO GUAN | ADDRESS ON FILE | 0.0826% |
| HVF INVESTMENTS, LLC | 8184 SOUTH CODY ST LITTLETON, CO 80128 | 0.0815% |
| SCOTT BIZILY | ADDRESS ON FILE | 0.0729% |
| BRANDON WHITNEY | ADDRESS ON FILE | 0.0721% |
| COWEN INVESTMENTS II LLC | 599 LEXINGTON AVE, 20TH FLOOR NEW YORK, NY 10022 | 0.0690% |
| EQUITYZEN GROWTH TECHNOLOGY FUND LLC - SERIES 522 | 45 WEST 27TH STREET, SUITE 200 NEW YORK, NY 10001 | 0.0686% |
| USAMA MALIK | ADDRESS ON FILE | 0.0634% |
| MATTHEW MAZUREK | ADDRESS ON FILE | 0.0627% |
| VICTORIA BURKETT | ADDRESS ON FILE | 0.0609% |
| TREVOR LONGBOTTOM | ADDRESS ON FILE | 0.0592% |
| FOGELSONG CHILDREN'S TRUST UTD 8/1/85 | ADDRESS ON FILE | 0.0576% |
| PAUL FORQUERA | ADDRESS ON FILE | 0.0551% |
| GEORGE KETIGIAN | ADDRESS ON FILE | 0.0546% |
| JOSHUA GOURNEAU | ADDRESS ON FILE | 0.0546% |
| MARK SPERLING | ADDRESS ON FILE | 0.0546% |
| CN2T CAPITAL, LLC | 4962 EL CAMINO REAL SUITE 212 LOS ALTOS, CA 94022 | 0.0540% |
| LEONARD GOREN | ADDRESS ON FILE | 0.0530% |
| GREGORY MILLER | ADDRESS ON FILE | 0.0523% |
| AME 2019 FUND LP | 720 UNIVERSITY AVENUE, SUITE #200 LOS GATOS, CA 95032 | 0.0516% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| BAMBERG INVESTMENTS LLC | 6000 METRO WEST BLVD., SUITE 101 ORLANDO, FL 32835 | 0.0502% |
| ANDREW BLELOCH | ADDRESS ON FILE | 0.0482% |
| DONALD TANG | ADDRESS ON FILE | 0.0476% |
| THE FOUNDERS FUND V ENTREPRENEURS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR SAN FRANCISCO, CA 94129 | 0.0472% |
| JAMES AND JENNIFER DOUDNA CATE LIVING TRUST | ADDRESS ON FILE | 0.0453% |
| COLTON HICKS | ADDRESS ON FILE | 0.0409% |
| WILLIAM WINICK | ADDRESS ON FILE | 0.0393% |
| STEPHANIE LE | ADDRESS ON FILE | 0.0366% |
| IVAN RAZINKOV | ADDRESS ON FILE | 0.0333% |
| MOSHEN CHAN | ADDRESS ON FILE | 0.0333% |
| CHRISTOPHER GRILLO | ADDRESS ON FILE | 0.0327% |
| LAN LUO | ADDRESS ON FILE | 0.0319% |
| EVAN HOROWITZ | ADDRESS ON FILE | 0.0319% |
| ANDREW GARVIN | ADDRESS ON FILE | 0.0312% |
| CAESAR VENTURES, LLC | 177 GLENWOOD AVE ATHERTON, CA 94027 | 0.0309% |
| ETHAN BROOKES | ADDRESS ON FILE | 0.0301% |
| PIOTR ROMANOWSKI | ADDRESS ON FILE | 0.0273% |
| YEHUDA SCHMUKLER | ADDRESS ON FILE | 0.0273% |
| SANTA DANDAN | ADDRESS ON FILE | 0.0268% |
| BRENDON SASSMANNSHAUS | ADDRESS ON FILE | 0.0260% |
| KELSEY WAITE | ADDRESS ON FILE | 0.0256% |
| LORY ROSE TAN | ADDRESS ON FILE | 0.0243% |
| DIETER MANSTEIN | ADDRESS ON FILE | 0.0243% |
| HUMBERTO EVANS | ADDRESS ON FILE | 0.0241% |
| SERGEY SHKAPOV | ADDRESS ON FILE | 0.0231% |
| THE GLYNN FAMILY TRUST - ADMINISTRATIVE TRUST | ADDRESS ON FILE | 0.0231% |
| LEON ARBER | ADDRESS ON FILE | 0.0222% |
| SAM LIU | ADDRESS ON FILE | 0.0222% |
| IGOR KOFMAN | ADDRESS ON FILE | 0.0220% |
| ABHISHEK SAHARIA | ADDRESS ON FILE | 0.0218% |
| LAURENT MAYER | ADDRESS ON FILE | 0.0218% |
| NICHOLAS CONLEY | ADDRESS ON FILE | 0.0214% |
| JOSEPH MEISSLER | ADDRESS ON FILE | 0.0210% |
| SCOTT NOLAN | ADDRESS ON FILE | 0.0207% |
| BRIAN FREZZA | ADDRESS ON FILE | 0.0205% |
| HOURIA CHAIR | ADDRESS ON FILE | 0.0196% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| JOSHUA VASQUEZ | ADDRESS ON FILE | 0.0195% |
| ROGER PERKINS | ADDRESS ON FILE | 0.0194% |
| PUZHOU WANG | ADDRESS ON FILE | 0.0168% |
| LAUREN MIKULSKI | ADDRESS ON FILE | 0.0164% |
| ANDREA ESPITIA ARIAS | ADDRESS ON FILE | 0.0163% |
| JOSH BENHAMOU | ADDRESS ON FILE | 0.0160% |
| DAVID A. WALLACH | ADDRESS ON FILE | 0.0152% |
| TAL SHAMIA | ADDRESS ON FILE | 0.0151% |
| CINDY WANG | ADDRESS ON FILE | 0.0146% |
| DAVID CONANT | ADDRESS ON FILE | 0.0144% |
| MICHAEL LELIVELT | ADDRESS ON FILE | 0.0142% |
| NADIA WALLACE | ADDRESS ON FILE | 0.0138% |
| RIKKE RASMUSSEN | ADDRESS ON FILE | 0.0136% |
| VICTORIA STEINER | ADDRESS ON FILE | 0.0134% |
| BRIDGET FENKER | ADDRESS ON FILE | 0.0130% |
| JARED CARLSON-STEVERMER | ADDRESS ON FILE | 0.0127% |
| SALLY FLOYD | ADDRESS ON FILE | 0.0125% |
| XIN CHENG | ADDRESS ON FILE | 0.0123% |
| THE CYRIAC AND ANGEL ROEDING FAMILY TRUST 2014 | ADDRESS ON FILE | 0.0123% |
| YVONNE LIN | ADDRESS ON FILE | 0.0113% |
| NICHOLAS ROSSI | ADDRESS ON FILE | 0.0113% |
| REED KELSO | ADDRESS ON FILE | 0.0111% |
| JACOB CREEDON | ADDRESS ON FILE | 0.0110% |
| JOSHUA MARTIN | ADDRESS ON FILE | 0.0110% |
| JENNIFER YEAGER | ADDRESS ON FILE | 0.0109% |
| MAUNG MYO THU | ADDRESS ON FILE | 0.0109% |
| YING PEI | ADDRESS ON FILE | 0.0109% |
| MARCOS URIAS | ADDRESS ON FILE | 0.0106% |
| BANC OF CALIFORNIA, INC. | 3 MACARTHUR PLACE SANTA ANA, CA 92707 | 0.0105% |
| ANNA WRONSKI | ADDRESS ON FILE | 0.0104% |
| VICTORIA DANAHY | ADDRESS ON FILE | 0.0103% |
| JEFFREY PACE | ADDRESS ON FILE | 0.0103% |
| JIANYI REN | ADDRESS ON FILE | 0.0102% |
| DIANA TO | ADDRESS ON FILE | 0.0101% |
| ARAB ANGEL GP I, L.P. | 2775 SAND HILL RD MENLO PARK, CA 94025 | 0.0101% |
| TUNG DANG | ADDRESS ON FILE | 0.0100% |
| MARYAM KHOSROSHAHI | ADDRESS ON FILE | 0.0099% |
| KHALILULLAH ANSARI | ADDRESS ON FILE | 0.0098% |
| CALI NGUYEN | ADDRESS ON FILE | 0.0096% |
| ANJANEI DHAYALAN | ADDRESS ON FILE | 0.0093% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
| --- | --- | --- |
| KEVIN BRYANT | ADDRESS ON FILE | 0.0091% |
| CHRISTOPHER SAULIT | ADDRESS ON FILE | 0.0088% |
| MICHAEL MOLNAR | ADDRESS ON FILE | 0.0086% |
| JUN AXUP | ADDRESS ON FILE | 0.0086% |
| SAMEERAN KUNCHE | ADDRESS ON FILE | 0.0085% |
| BILL SKARNES | ADDRESS ON FILE | 0.0084% |
| DJ KLEINBAUM | ADDRESS ON FILE | 0.0082% |
| TULIP MAHASETH | ADDRESS ON FILE | 0.0081% |
| VAN CONNERS | ADDRESS ON FILE | 0.0080% |
| ERICA STRAW | ADDRESS ON FILE | 0.0077% |
| DOMINIC HUSSEY | ADDRESS ON FILE | 0.0076% |
| MINHANH LA | ADDRESS ON FILE | 0.0075% |
| STEFAN SCORY | ADDRESS ON FILE | 0.0073% |
| BRITTANY ENZMANN | ADDRESS ON FILE | 0.0073% |
| JEWISON BISCOCHO | ADDRESS ON FILE | 0.0072% |
| MEENAKSHI PRABHUNE | ADDRESS ON FILE | 0.0072% |
| JASON CHAN | ADDRESS ON FILE | 0.0071% |
| BHAVIN PATEL | ADDRESS ON FILE | 0.0070% |
| RICHARD STONER | ADDRESS ON FILE | 0.0069% |
| ZACHARY JABLONSKI | ADDRESS ON FILE | 0.0068% |
| ANASTASIA KADINA | ADDRESS ON FILE | 0.0066% |
| SHOMAN KASBEKAR | ADDRESS ON FILE | 0.0065% |
| MAGDELENA ANGELOVA | ADDRESS ON FILE | 0.0065% |
| TRAVIS CALLAHAN | ADDRESS ON FILE | 0.0065% |
| CHONG LYNCH | ADDRESS ON FILE | 0.0065% |
| RICHARD GALVEZ | ADDRESS ON FILE | 0.0063% |
| EMILY WATKINS | ADDRESS ON FILE | 0.0060% |
| JAMES BRAZA | ADDRESS ON FILE | 0.0057% |
| MUN SOON CHIN | ADDRESS ON FILE | 0.0056% |
| YUETING ZHENG | ADDRESS ON FILE | 0.0054% |
| DANIEL NGUYEN | ADDRESS ON FILE | 0.0053% |
| ANDREA FUA | ADDRESS ON FILE | 0.0053% |
| XU HUANG | ADDRESS ON FILE | 0.0053% |
| SCOTT CAWEIN | ADDRESS ON FILE | 0.0051% |
| MAX BRUNER | ADDRESS ON FILE | 0.0051% |
| MOTION GROUP, LLC | 5577 E PERRIN RD CLOVIS, CA 93619 | 0.0051% |
| ARYAMAN SHALIZI | ADDRESS ON FILE | 0.0050% |
| CLAUDIA MAY | ADDRESS ON FILE | 0.0050% |
| JUAN AVILA | ADDRESS ON FILE | 0.0050% |
| JENNIFER SPEER | ADDRESS ON FILE | 0.0049% |
| BENNETT SULTAN | ADDRESS ON FILE | 0.0049% |
| CHENJIA LU | ADDRESS ON FILE | 0.0048% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| PRITHA SAHA | ADDRESS ON FILE | 0.0046% |
| MYRA CHEN | ADDRESS ON FILE | 0.0045% |
| ARTURO RAMOBARC | ADDRESS ON FILE | 0.0044% |
| GEETA SETHI | ADDRESS ON FILE | 0.0044% |
| AMY HUANG | ADDRESS ON FILE | 0.0042% |
| MARYAM KHADEMI | ADDRESS ON FILE | 0.0040% |
| NICHOLAS SENGER | ADDRESS ON FILE | 0.0040% |
| CONNIE CRUZ | ADDRESS ON FILE | 0.0040% |
| VALERIE GARCIA | ADDRESS ON FILE | 0.0040% |
| ESAI ROBINSON | ADDRESS ON FILE | 0.0039% |
| ZEENAT PATRAWALA | ADDRESS ON FILE | 0.0038% |
| NIRAJ DEWANI | ADDRESS ON FILE | 0.0038% |
| PETER TURNER | ADDRESS ON FILE | 0.0038% |
| DOMINIC ORTEGA | ADDRESS ON FILE | 0.0037% |
| KARALYN DEWALT | ADDRESS ON FILE | 0.0035% |
| TANUKA BISWAS | ADDRESS ON FILE | 0.0035% |
| DAVID SHIH-YU HUANG | ADDRESS ON FILE | 0.0035% |
| BRYSON WHEELER | ADDRESS ON FILE | 0.0035% |
| ANH LE | ADDRESS ON FILE | 0.0034% |
| CHRISTOPHER MARINO | ADDRESS ON FILE | 0.0034% |
| CINTA D'ARCY | ADDRESS ON FILE | 0.0034% |
| JENNIFER OKI | ADDRESS ON FILE | 0.0033% |
| KATERINA KRAMER | ADDRESS ON FILE | 0.0032% |
| ALICE MARGARET LLOYD GEORGE | ADDRESS ON FILE | 0.0031% |
| CHADY JABER | ADDRESS ON FILE | 0.0030% |
| GEORGE EASOW | ADDRESS ON FILE | 0.0030% |
| NAHED DARWISH | ADDRESS ON FILE | 0.0029% |
| JOSHUA PRICE | ADDRESS ON FILE | 0.0029% |
| AUSTIN DO | ADDRESS ON FILE | 0.0028% |
| MENARD MALVAR | ADDRESS ON FILE | 0.0028% |
| BENJAMIN STEVENSON | ADDRESS ON FILE | 0.0028% |
| CHIH CHAO YANG | ADDRESS ON FILE | 0.0028% |
| GRANT BOUFFARD | ADDRESS ON FILE | 0.0027% |
| AARON WIEGEL | ADDRESS ON FILE | 0.0027% |
| WILLIAM MUDGE | ADDRESS ON FILE | 0.0027% |
| ALEX POMERANTZ | ADDRESS ON FILE | 0.0027% |
| JOHN JEONG | ADDRESS ON FILE | 0.0026% |
| RITU KUSHWAHA | ADDRESS ON FILE | 0.0026% |
| LILIAN CHANG | ADDRESS ON FILE | 0.0026% |
| JOSHUA MCMENEMY | ADDRESS ON FILE | 0.0026% |
| CHUN-CHIEH CHANG | ADDRESS ON FILE | 0.0026% |
| ALONDRA FLORES | ADDRESS ON FILE | 0.0026% |
| AISLING SINCLAIR | ADDRESS ON FILE | 0.0026% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| JOANN WU | ADDRESS ON FILE | 0.0026% |
| SAMUEL NG | ADDRESS ON FILE | 0.0025% |
| JULIA SAKAMOTO | ADDRESS ON FILE | 0.0025% |
| DAVID MACK | ADDRESS ON FILE | 0.0025% |
| LECOLE COLE | ADDRESS ON FILE | 0.0025% |
| BENJAMIN WON | ADDRESS ON FILE | 0.0024% |
| HIRAL DANTARA | ADDRESS ON FILE | 0.0024% |
| BAO AN VUONG | ADDRESS ON FILE | 0.0024% |
| MICHELLE DUONG | ADDRESS ON FILE | 0.0024% |
| ELAINE HIGASHI | ADDRESS ON FILE | 0.0024% |
| GIL SHARON | ADDRESS ON FILE | 0.0023% |
| ANH DANH | ADDRESS ON FILE | 0.0023% |
| KYLE KOSHLAND | ADDRESS ON FILE | 0.0023% |
| EDWARD BANAS | ADDRESS ON FILE | 0.0022% |
| MALEK HADDAD | ADDRESS ON FILE | 0.0022% |
| AMRITA RAMKUMAR | ADDRESS ON FILE | 0.0022% |
| JIE ZHU | ADDRESS ON FILE | 0.0022% |
| RANSOM MOWRIS | ADDRESS ON FILE | 0.0022% |
| AMITOJ CHOPRA | ADDRESS ON FILE | 0.0022% |
| SANJAY PRASAD | ADDRESS ON FILE | 0.0021% |
| WILL BOUSSET | ADDRESS ON FILE | 0.0021% |
| JAVIER FLORES | ADDRESS ON FILE | 0.0021% |
| RUTH KABECHE | ADDRESS ON FILE | 0.0021% |
| DAYMIAN VILLAPUDUA | ADDRESS ON FILE | 0.0021% |
| ZACHARY HARGREAVES | ADDRESS ON FILE | 0.0021% |
| SHIJUN WANG | ADDRESS ON FILE | 0.0021% |
| JINAL SHAH | ADDRESS ON FILE | 0.0021% |
| EUGENE LOZANO | ADDRESS ON FILE | 0.0020% |
| ALEYDA MORALOPE | ADDRESS ON FILE | 0.0020% |
| AARON BLOTNICK | ADDRESS ON FILE | 0.0020% |
| BRANDON SAAVEDRA ROSAS | ADDRESS ON FILE | 0.0020% |
| ANGEL MEJIA | ADDRESS ON FILE | 0.0020% |
| SHEHANA GUNASEKERA | ADDRESS ON FILE | 0.0018% |
| NADIA TAGNAOUTI | ADDRESS ON FILE | 0.0018% |
| ALEXANDER BROWN | ADDRESS ON FILE | 0.0017% |
| MELANIE NARCISO | ADDRESS ON FILE | 0.0017% |
| HIEU NGUYEN | ADDRESS ON FILE | 0.0017% |
| JOSHUA BOCK | ADDRESS ON FILE | 0.0017% |
| CHRISTOPHER PRZYBYLSKI | ADDRESS ON FILE | 0.0017% |
| CHRISTINE KIM | ADDRESS ON FILE | 0.0017% |
| RASHMI OMPRAKASH BAHETI | ADDRESS ON FILE | 0.0016% |
| PRABHJOT MAVI | ADDRESS ON FILE | 0.0016% |
| GERALD LEE QUE | ADDRESS ON FILE | 0.0016% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| YVONNE KWAN | ADDRESS ON FILE | 0.0016% |
| DRISHTI GUIN | ADDRESS ON FILE | 0.0016% |
| AN HO | ADDRESS ON FILE | 0.0015% |
| ELDON CHOU | ADDRESS ON FILE | 0.0015% |
| VINH NGUYEN | ADDRESS ON FILE | 0.0015% |
| KATELIN MESHO | ADDRESS ON FILE | 0.0014% |
| JOYCE YANG | ADDRESS ON FILE | 0.0014% |
| ARASH AFSARIFARD | ADDRESS ON FILE | 0.0014% |
| EDISON BROOKS | ADDRESS ON FILE | 0.0014% |
| MARGARITA MARTINEZ-DAMIAN | ADDRESS ON FILE | 0.0014% |
| CORY MERCER | ADDRESS ON FILE | 0.0014% |
| PRIYANKA LAKDAWALA | ADDRESS ON FILE | 0.0014% |
| DONGMEI GUO | ADDRESS ON FILE | 0.0014% |
| MICHELLE OSIT | ADDRESS ON FILE | 0.0014% |
| RUBAL SEKHON | ADDRESS ON FILE | 0.0013% |
| PHUC NGUYEN | ADDRESS ON FILE | 0.0013% |
| ELEONORA CALANDRA | ADDRESS ON FILE | 0.0012% |
| KARINA SAMUEL-GAMA | ADDRESS ON FILE | 0.0012% |
| FATIMA FARAH | ADDRESS ON FILE | 0.0012% |
| HELEN KAO | ADDRESS ON FILE | 0.0011% |
| THIBAULT LAURENT | ADDRESS ON FILE | 0.0011% |
| CONNOR CRIDDLE | ADDRESS ON FILE | 0.0011% |
| DAVID DILLON | ADDRESS ON FILE | 0.0011% |
| FRAZANA SATTAR | ADDRESS ON FILE | 0.0011% |
| SRIDHAR NYSHADHAM | ADDRESS ON FILE | 0.0010% |
| MARYAM NAFISSI | ADDRESS ON FILE | 0.0010% |
| BECKINAM NOWATZKE | ADDRESS ON FILE | 0.0010% |
| LAWRENCE CHOU | ADDRESS ON FILE | 0.0009% |
| KIMBERLY KHA | ADDRESS ON FILE | 0.0009% |
| RUBEN GALINDO | ADDRESS ON FILE | 0.0009% |
| BEANT KAHLON | ADDRESS ON FILE | 0.0009% |
| SHEYLA SANDOVAL-GUTIERREZ | ADDRESS ON FILE | 0.0009% |
| THOMPSON NGUYEN | ADDRESS ON FILE | 0.0009% |
| LAURA WHITMAN | ADDRESS ON FILE | 0.0009% |
| CONNOR ANDERSON | ADDRESS ON FILE | 0.0009% |
| ALEXANDER SMOLENTSEV | ADDRESS ON FILE | 0.0008% |
| PRABHJYOT GREWAL | ADDRESS ON FILE | 0.0008% |
| CLARK HO | ADDRESS ON FILE | 0.0008% |
| JOEL SAGUM | ADDRESS ON FILE | 0.0008% |
| ROMINA IRANMANESH | ADDRESS ON FILE | 0.0008% |
| MATIN NIKOUI | ADDRESS ON FILE | 0.0008% |
| ANDREW DAVIS | ADDRESS ON FILE | 0.0008% |
| STEVEN KENNEDY | ADDRESS ON FILE | 0.0008% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| NGUYEN MINH DUONG KHONG | ADDRESS ON FILE | 0.0007% |
| ROBERT GARCIA | ADDRESS ON FILE | 0.0007% |
| AZALIA SANDLES | ADDRESS ON FILE | 0.0006% |
| DARRYL CUDIA | ADDRESS ON FILE | 0.0006% |
| DUY HUYNH | ADDRESS ON FILE | 0.0006% |
| DARRIN GOODNESS | ADDRESS ON FILE | 0.0006% |
| JESSE TRI BACH | ADDRESS ON FILE | 0.0006% |
| JANZEHN CAPANZANA | ADDRESS ON FILE | 0.0006% |
| VIVIAN GUO | ADDRESS ON FILE | 0.0006% |
| TIFFANY CHEUNG | ADDRESS ON FILE | 0.0006% |
| JAMES ZAININGER | ADDRESS ON FILE | 0.0005% |
| KUMIKO IWABUCHI | ADDRESS ON FILE | 0.0005% |
| RONISHA VAZIR | ADDRESS ON FILE | 0.0005% |
| DYLAN VALDEZ | ADDRESS ON FILE | 0.0005% |
| USHA ADHIKARI | ADDRESS ON FILE | 0.0005% |
| DAN ZHAI | ADDRESS ON FILE | 0.0005% |
| ANTHONY TON | ADDRESS ON FILE | 0.0005% |
| BRANDON RICE | ADDRESS ON FILE | 0.0004% |
| STELLA GIDEON | ADDRESS ON FILE | 0.0004% |
| TREVOR GERSTENBERG | ADDRESS ON FILE | 0.0004% |
| SERGIO AGRAMONT-JUSTINIANO | ADDRESS ON FILE | 0.0004% |
| TERRENCE YIM | ADDRESS ON FILE | 0.0004% |
| LAUREN KOLYER | ADDRESS ON FILE | 0.0004% |