# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Miranda K. Russell, of Morrison & Foerster LLP, to represent Perceptive Credit Holdings III, LP in the above-captioned case and any and all adversary proceedings.

Dated: May 6, 2025
       Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*
Brett M. Haywood (No. 6166)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bhaywood@potteranderson.com

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

IMPAC - 12116678v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: May 6, 2025                    */s/ Miranda K. Russell*
                                                   Miranda K. Russell, Esq.
                                                   **MORRISON & FOERSTER LLP**
                                                   250 West 55th Street
                                                   New York, New York 10019-9601
                                                   Telephone: (212) 468-8000
                                                   Facsimile: (212) 468-7900
                                                   Email: mrussell@mofo.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.