# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 24 & 28** |

## CERTIFICATE OF SERVICE

I, ALISON MOODIE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2025, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Hearing on May 8, 2025 at 12:30 p.m. Eastern Time Before the Honorable Mary F. Walrath at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801," dated May 6, 2025 [Docket No. 24], and

   b. "Notice of Remote Hearing on First Day Motions," dated May 6, 2025 [Docket No. 28],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Alison Moodie
Alison Moodie

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

**EXHIBIT A**

| Name | Address |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | ATTN: NATHAN FOTEDAR 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC ENTREPRENEURS FUND I, L.P. | ATTN: NATHAN FOTEDAR 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC FUND I, L.P | ATTN: NATHAN FOTEDAR 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| APPRENTICE FS, INC. | ATTN: STEVEN COREY 190 CHRISTOPHER COLUMBUS DRIVE UNIT 5A   JERSEY CITY NJ 7302 |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DECLARATION CAPITAL PE SPV XLVI LLC | ATTN: ROB JACKOWITZ 510 MADISON AVENUE   NEW YORK NY 10022 |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ATTN: DERYCK C. MAUGHAN 425 PARK AVENUE 2ND FLOOR  NEW YORK NY 10043 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046   WILMINGTON DE 19801 |
| DONNELLEY FINANCIAL SOLUTIONS | ATTN: JAMIE TOOMBS, MANAGER-AR 391 STEEL WAY   LANCASTER PA 17601 |
| EMERGING TECHNOLOGIES FUND II LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| EMERGING TECHNOLOGIES FUND III LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| ERNST & YOUNG US LLP | ATTN: AAMIR QURESHI, CEO 303 S ALMADEN BLVD   SAN JOSE CA 95110 |
| ERS GENOMICS LIMITED | ATTN: JOHN MILAD 88 HARCOURT STREET   DUBLIN  D02 DK18 IRELAND |
| EXCELSIOR HOLDINGS C2 LLC | ATTN: TODD MIRANDA, CEO 6600 FRANCE AVE. S. SUITE 550  MINNEAPOLIS MN 55435 |
| GIGAFUND 1, LP | ATTN: S. OSKOUI, CO-FOUNDER MGN PTR 1200 SEAPORT BLVD   REDWOOD CITY CA 94063 |
| GRANT THORNTON LLP | ATTN: CHRIS STATHOPOULOS, DEP CNSL 101 CALIFORNIA ST. SUITE 2700  SAN FRANCISCO CA 94111 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |
| LESLIE ENTERPRISES LP | ATTN: MARK LESLIE 738 WESTRIDGE DRIVE   PORTOLA VALLEY CA 94028 |
| LUMA BIO-IT SPV, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| LUMA BIO-IT SPV-A, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| MENLO VENTURES XI, L.P. | ATTN: JOHN G. STOKES 3000 SAND HILL ROAD BUILDING 4, SUITE 100  MENLO PARK CA 94025 |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | ATTN VENKY GANESAN, MANAGING MEMBER 2884 SAND HILL ROAD SUITE 100  MENLO PARK CA 94025 |
| MORROW-MEADOWS CORPORATION | ATTN: CATHLEEN VICK, CEO 231 BENTON CT   WALNUT CA 91789 |
| OFFICE OF THE UNITED STATES TRUSTEE | J CALEB BOGGS FEDERAL BUILING 844 KING STREET, SUITE 2207   WILMINGTON DE 19801 |
| PERCEPTIVE CR. HOLDINGS III LP | C/O MORRISON & FOERESTER LLP ATTN: JAMES NEWTON, MIRANDA RUSSELL J. KRENN, D. MCKENZIE, W. WINSETT 250 W 55TH ST NEW YORK NY 10019-9601 |
| PROPHARMA GROUP HOLDINGS, LLC | ATTN: TOM HUNTER 107 WEST HARGETT STREET   RALEIGH NC 27601 |
| PRS, LLC | ATTN: ERIN LASSEN, CFO 250 WEST 55TH STREET 26TH FLOOR  NEW YORK NY 10019 |
| RNA SPV LLC | ATTN: SARAH BOYCE, CEO 3211 SOUTH OCEAN BLVD. SUITE 701  HIGHLAND BEACH FL 33487 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE   WASHINGTON DC 20549 |
| TRUEBRIDGE DIRECT FUND L.P. | ATTN: MEL WILLIAMS 1011 SOUTH HAMILTON ROAD SUITE 400  CHAPEL HILL NC 27517 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MELISSA APPENRODT 767 FIFTH AVENUE   NEW YORK NY 10153 |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | (CAYMAN) III L.P. ATTN: TIMOTHY KANE 280 CONGRESS STREET  BOSTON MA 2210 |

Total Count: 36

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Overnight Mail Additional Service Party

Perceptive Credit Holdings III, LP
POTTER ANDERSON & CORROON LLP
Attn Christopher Samis, Brett Haywood, Shannon Forshay
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

Synthego Corporation
Banks Service List

| Name | Address |
|---|---|
| BANC OF CALIFORNIA | ATTN: ASHLEY DURNFORD PO BOX 131207   CARLSBAD CA 92013 |
| JP MORGAN CHASE BANK | ATTN: MAKAYLARAMOS 3 PARK PLZ, FLOOR 09   IRVINE CA 92614 |
| SILICON VALLEY BANK | ATTN: LISA BURNS 3003 TASMAN DR   SANTA CLARA CA 95054 |

## Total Count: 3

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Overnight Mail Additional Service Party

STRIPE CREDIT CARD PROCESSOR
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

| Name | Address |
|---|---|
| AT&T | 2270 LAKESIDE BLVD 7TH FLOOR   RICHARDSON TX 75082 |
| CITY OF REDWOOD CITY | 1017 MIDDLEFIELD ROAD   REDWOOD CITY CA 94063 |
| INTELLETRACE, INC. | 936 B 7TH STREET SUITE 122   NOVATO CA 94945 |
| IRON MOUNTAIN | 1101 ENTERPRISE DRIVE   ROYERSFORD PA 19468 |
| PG&E CORPORATION | CORRESPONDENCE MANAGEMENT CENTER PO BOX 997310   SACRAMENTO CA 95899-7310 |
| RECOLOGY SAN MATEO COUNTY | 225 SHOREWAY ROAD   SAN CARLOS CA 94070 |

## Total Count: 6

| Name | Address |
|---|---|
| ADAMS COUNTY TREASURERS OFFICE | 4430 S. ADAMS COUNTY PKWY STE C2436   BRIGHTON CO 80601 |
| ALAMEDA COUNTY AUDITOR | CONTROLLER'S OFFICE 1221 OAK STREET ROOM 249   OAKLAND CA 94612 |
| ALLEGHENY COUNTY TREASURERS OFFICE | 436 GRANT STREET ROOM 108   PITTSBURGH PA 15219 |
| BLUE EARTH COUNTY PUBLIC WORKS | 35 MAP DRIVE   MANKATO MN 56001 |
| CALIFORNIA DEPARTMENT OF TAX AND | FEE ADMINISTRATION (CDTFA) 450 N STREET   SACRAMENTO CA 95814 |
| CHEROKEE COUNTY TAX ASSESSOR | COLLECTOR 135 S. MAIN STREET   RUSK TX 75785 |
| CITY OF ALAMEDA FINANCE DEPARTMENT | 2263 SANTA CLARA AVE   ALAMEDA CA 94501 |
| CITY OF ATLANTA DEPT. OF FINANCE | 68 MITCHELL ST SW SUITE 1400   ATLANTA GA 30303 |
| CITY OF AUSTIN FINANCE DEPARTMENT | 500 4TH AVE NE   AUSTIN MN 55912 |
| CITY OF BRISBANE FINANCE DEPARTMENT | 50 PARK PLACE   BRISBANE CA 94005 |
| CITY OF CHICAGO DEPT OF FINANCE | 121 N LASALLE ST 7TH FLOOR   CHICAGO IL 60602 |
| CITY OF DAVIS FINANCE DEPARTMENT | 23 RUSSELL BLVD   DAVIS CA 95616 |
| CITY OF DUARTE FINANCE DIVISION | 1600 HUNTINGTON DR   DUARTE CA 91010 |
| CITY OF GOLETA FINANCE DEPARTMENT | 130 CREMONA DR   GOLETA CA 93117 |
| CITY OF HAYWARD FINANCE DEPARTMENT | 777 B ST   HAYWARD CA 94541 |
| CITY OF HOUSTON FINANCE DEPARTMENT | 611 WALKER ST   HOUSTON TX 77002 |
| CITY OF MANKATO FINANCE DEPARTMENT | 10 CIVIC CENTER PLAZA   MANKATO MN 56001 |
| CITY OF MEMPHIS FINANCE DIVISION | 125 N MAIN ST ROOM 301   MEMPHIS TN 38103 |
| CITY OF MINNEAPOLIS FINANCE DEPT | 350 S 5TH ST ROOM 325M   MINNEAPOLIS MN 55415 |
| CITY OF NOVATO FINANCE DEPARTMENT | 922 MACHIN AVE   NOVATO CA 94945 |
| CITY OF PULLMAN FINANCE DEPARTMENT | 190 SE CRESTVIEW ST   PULLMAN WA 99163 |
| CITY OF RICHMOND FINANCE DEPARTMENT | 450 CIVIC CENTER PLAZA   RICHMOND CA 94804 |
| CITY OF RIVERSIDE FINANCE DEPT | 3900 MAIN ST   RIVERSIDE CA 92522 |
| CITY OF RUSK FINANCE DEPARTMENT | 106 E 5TH ST   RUSK TX 75785 |
| CITY OF SACRAMENTO FINANCE DEPT | 915 I ST   SACRAMENTO CA 95814 |
| CITY OF SEATTLE FINANCE DEPARTMENT | 700 5TH AVE SUITE 4500   SEATTLE WA 98104 |
| COLORADO DEPARTMENT OF REVENUE | 1375 SHERMAN ST   DENVER CO 80261 |
| COMPTROLLER OF MARYLAND | 80 CALVERT STREET   ANNAPOLIS MD 21404 |
| CONTRA COSTA COUNTY TREASURER | TAX COLLECTOR 625 COURT STREET, ROOM 100   MARTINEZ CA 94553 |
| COOK COUNTY TREASURERS OFFICE | 118 N. CLARK STREET ROOM 112   CHICAGO IL 60602 |
| CUYAHOGA COUNTY TREASURERS OFFICE | 2079 EAST 9TH STREET   CLEVELAND OH 44115 |
| DAKOTA COUNTY TRANSPORTATION DEPT | 14955 GALAXIE AVENUE   APPLE VALLEY MN 55124 |
| DANE COUNTY TREASURERS OFFICE | 210 MARTIN LUTHER KING JR BLVD #114   MADISON WI 53703 |
| DEKALB COUNTY TAX COMMISSIONERS OFF | 4380 MEMORIAL DRIVE SUITE 100   DECATUR GA 30032 |
| DURHAM COUNTY TAX ADMINISTRATION | 200 EAST MAIN STREET   DURHAM NC 27701 |
| DURHAM COUNTY TAX ADMINISTRATION | 201 E. MAIN STREET 1ST FLOOR   DURHAM NC 27701 |
| FORSYTH COUNTY TAX ADMINISTRATION | 201 N CHESTNUT ST   WINSTON-SALEM NC 27101 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BLVD NE   ATLANTA GA 30345 |
| GUILFORD COUNTY TAX DEPARTMENT | 400 W MARKET ST   GREENSBORO NC 27401 |
| HAMILTON COUNTY AUDITOR | 138 E COURT ST   CINCINNATI OH 45202 |
| HENNEPIN COUNTY TRANSPORTATION DEPT | 300 SOUTH 6TH STREET   MINNEAPOLIS MN 55487 |
| HENNEPIN COUNTY TREASURERS OFFICE | 300 S. 6TH STREET   MINNEAPOLIS MN 55487 |
| ILLINOIS DEPARTMENT OF REVENUE | 101 W. JEFFERSON STREET   SPRINGFIELD IL 62702 |
| KING COUNTY TREASURY OPERATIONS | 500 FOURTH AVENUE ROOM 600   SEATTLE WA 98104 |
| LOS ANGELES COUNTY TREASURER AND | TAX COLLECTOR 500 W TEMPLE ST, ROOM 437   LOS ANGELES CA 90012 |
| LOUDOUN COUNTY TREASURERS OFFICE | 1 HARRISON STREET SE   LEESBURG VA 20175 |
| MARIN COUNTY DEPARTMENT OF FINANCE | 3501 CIVIC CENTER DRIVE, SUITE 225   SAN RAFAEL CA 94903 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | 100 CAMBRIDGE STREET   BOSTON MA 02114 |

| Name | Address |
|---|---|
| METROPOLITAN COUNCIL | 390 ROBERT STREET NORTH   ST. PAUL MN 55101 |
| METROPOLITAN TRANSIT AUTHORITY OF | HARRIS COUNTY 1900 MAIN STREET   HOUSTON TX 77002 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 N. ROBERT STREET   ST. PAUL MN 55101 |
| MONTGOMERY COUNTY COMMISSIONER OF | THE REVENUE 755 ROANOKE ST SUITE 1E   CHRISTIANSBURG VA 24073 |
| MOWER COUNTY PUBLIC WORKS | 1105 8TH AVENUE NE   AUSTIN MN 55912 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N. WILMINGTON STREET   RALEIGH NC 27604 |
| OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD   COLUMBUS OH 43229 |
| ORANGE COUNTY TAX OFFICE | 228 S CHURTON ST   HILLSBOROUGH NC 27278 |
| ORANGE COUNTY TAX OFFICE | 228 SOUTH CHURTON STREET   HILLSBOROUGH NC 27278 |
| ORANGE COUNTY TREASURER | TAX COLLECTOR 625 N ROSS ST, BUILDING 11 RM G58   SANTA ANA CA 92701 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905   HARRISBURG PA 17128 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | 11TH FL, STRAWBERRY SQUARE   HARRISBURG PA 17128 |
| PHILADELPHIA DEPARTMENT OF REVENUE | 1401 JOHN F KENNEDY BLVD   PHILADELPHIA PA 19102 |
| REDWOOD CITY FINANCE DEPARTMENT | 1017 MIDDLEFIELD RD   REDWOOD CITY CA 94063 |
| REGIONAL TRANSPORTATION AUTHORITY | 175 W JACKSON BLVD SUITE 1550   CHICAGO IL 60604 |
| REGIONAL TRANSPORTATION DIST (RTD) | 1660 BLAKE STREET   DENVER CO 80202 |
| RIVERSIDE COUNTY TREASURER | TAX COLLECTOR 4080 LEMON STREET, 4TH FLOOR   RIVERSIDE CA 92501 |
| SACRAMENTO COUNTY DEPT OF FINANCE | 700 H STREET, ROOM 1710   SACRAMENTO CA 95814 |
| SAN DIEGO COUNTY TREASURER | TAX COLLECTOR 1600 PACIFIC HIGHWAY ROOM 162   SAN DIEGO CA 92101 |
| SAN FRANCISCO OFFICE OF THE | TREASURER & TAX COLL. 1 DR. CARLTON B. GOODLETT PL RM 140   SAN FRANCISCO CA 94102 |
| SAN MATEO COUNTY TAX COLLECTORS OFF | 555 COUNTY CENTER 1ST FLOOR   REDWOOD CITY CA 94063 |
| SANTA BARBARA COUNTY TREASURER | TAX COLLECTOR 105 E ANAPAMU STREET ROOM 109   SANTA BARBARA CA 93101 |
| SANTA CLARA COUNTY DEPARTMENT OF | TAX & COLLECTIONS 110 WEST TASMAN DRIVE   SAN JOSE CA 95134 |
| SCIENTIFIC & CULTURAL FACILITIES | DISTRICT (SCFD) 1047 SANTA FE DRIVE   DENVER CO 80204 |
| SHELBY COUNTY TRUSTEES OFFICE | 157 POPLAR AVE   MEMPHIS TN 38103 |
| SHELBY COUNTY TRUSTEES OFFICE | 157 POPLAR AVENUE   MEMPHIS TN 38103 |
| SOLANO COUNTY TREASURER | TAX COLLECTOR 675 TEXAS STREET SUITE 1900   FAIRFIELD CA 94533 |
| SOUTH SAN FRANCISCO FINANCE DEPT | 400 GRAND AVE   SOUTH SAN FRANCISCO CA 94080 |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK STREET   NASHVILLE TN 37242 |
| TEXAS COMPTROLLER OF PUBLIC | ACCOUNTS 111 E. 17TH STREET   AUSTIN TX 78774 |
| VIRGINIA DEPARTMENT OF TAXATION | 1957 WESTMORELAND STREET   RICHMOND VA 23230 |
| WAKE COUNTY REVENUE DEPARTMENT | 301 S MCDOWELL ST   RALEIGH NC 27601 |
| WASHINGTON STATE DEPT OF REVENUE | 6500 LINDERSON WAY SW   TUMWATER WA 98501 |
| WHITMAN COUNTY TREASURER | 400 N MAIN ST   COLFAX WA 99111 |
| WISCONSIN DEPARTMENT OF REVENUE | 2135 RIMROCK ROAD   MADISON WI 53713 |

Total Count: 83

Synthego Corporation
Lienholders Service List

| Name | Address |
| --- | --- |
| FIRST-CITIZEN BANK & TRUST COMPANY | 75 N FAIR OAKS AVE   PASADENA CA 91103 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS ADMINISTRATIVE AGENT 51 ASTOR PL, 10TH FL   NEW YORK NY 10003 |
| POTTER ANDERSON & CORROON LLP | ATTN: C. M. SAMIS, BRETT M. HAYWOOD 1313 N. MKT ST, 6TH FL , PO BOX 951   WILMINGTON DE 19801 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE   WASHINGTON DC 20549 |
| SILICON VALLEY BANK | 3003 TASMAN DR, HF 150   SANTA CLARA CA 95054 |

# Total Count: 6

**EXHIBIT B**

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | NATHAN@8VC.COM; NATHAN@8VC.COM |
| 8VC ENTREPRENEURS FUND I, L.P. | NATHAN@8VC.COM; NATHAN@8VC.COM |
| 8VC FUND I, L.P | NATHAN@8VC.COM; NATHAN@8VC.COM |
| AAF - SYNTHEGO GROWTH, L.P. | KYLE@AAF.VC; KYLE@AAF.VC |
| AAF II - YASI VENTURES, L.P. | KYLE@AAF.VC; KYLE@AAF.VC |
| APPRENTICE FS, INC. | STEVEN.COREY@APPRENTICEFS.COM; STEVEN.COREY@APPRENTICEFS.COM |
| ARAB ANGEL GP I, L.P. | KYLE@ARABANGEL.VC; KYLE@AAF.VC; KYLE@AAF.VC |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | DCMAUGHAN@GMAIL.COM |
| DISTRICT OF DELAWARE - SHANNON T. HANSON | USADE.ECFBANKRUPTCY@USA.DOJ.GOV |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | FINANCE@ERSGENOMICS.COM; JOHN.MILAD@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | PERFORMANCEREPORTING@OLYMPUSVENTURES.COM |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | LEGAL@8VC.COM; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | LEGAL@8VC.COM; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | EMAIL ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | JON.LIPSHIE@USDOJ.GOV; MEGAN.SELIBER@USDOJ.GOV |
| PERCEPTIVE CR. HOLDINGS III LP | JNEWTON@MOFO.COM; MRUSSELL@MOFO.COM; JKRENN@MOFO.COM; DMCKENZIE@MOFO.COM; WWINSETT@MOFO.COM |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIRMAN@SEC.GOV; COMMISSIONERPEIRCE@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV; COMMISSIONERPEIRCE@SEC.GOV; COMMISSIONERCRENSHAW@SEC.GOV; COMMISSIONERUYEDA@SEC.GOV |
| TRUEBRIDGE DIRECT FUND L.P. | MWILLIAMS@TRUEBRIDGECAPITAL.COM |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Service List - Banks

| Name | Email |
| --- | --- |
| BANC OF CALIFORNIA | ACWALTON@PACWEST.COM |
| JP MORGAN CHASE BANK | MAKAYLA.RAMOS@JPMORGAN.COM |
| SILICON VALLEY BANK | LBURNS@SVB.COM |

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Service List - Utilities

| Name | Email |
|---|---|
| CITY OF REDWOOD CITY | MAIL@REDWOODCITY.ORG |
| INTELLETRACE, INC. | SCOCKERHAM@INTESERRA.COM |
| PG&E CORPORATION | PKC1@PGE.COM |
| RECOLOGY SAN MATEO COUNTY | RECOLOGYORGANICS@RECOLOGY.COM |
| IRON MOUNTAIN | IMDCSUPPORT@IRONMOUNTAIN.COM |
| AT&T | MD741F@ATT.COM; KM1426@ATT.COM |

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Service List - Taxing Authorities

| Name | Email |
| --- | --- |
| ALAMEDA COUNTY AUDITOR | CLAY.CHRISTIANSON@ACGOV.ORG |
| CALIFORNIA DEPARTMENT OF TAX AND | LEGALSOB@CDTFA.CA.GOV |
| CITY OF ALAMEDA FINANCE DEPARTMENT | FINANCE@ALAMEDACA.GOV |
| CITY OF BRISBANE FINANCE DEPARTMENT | BRISBANECA_AP@BRISBANECA.ORG |
| CITY OF DAVIS FINANCE DEPARTMENT | FINANCEWEB@CITYOFDAVIS.ORG |
| CITY OF DUARTE FINANCE DIVISION | DUARTE91010@ACCESSDUARTE.COM |
| CITY OF GOLETA FINANCE DEPARTMENT | FINANCEGROUP@CITYOFGOLETA.ORG |
| CITY OF HAYWARD FINANCE DEPARTMENT | SHARIF.ETMAN@HAYWARD-CA.GOV; INFO@HAYWARD-CA.GOV |
| CITY OF NOVATO FINANCE DEPARTMENT | LMCDOWALL@NOVATO.ORG |
| CITY OF RICHMOND FINANCE DEPARTMENT | BUDGET_HELPDESK@CI.RICHMOND.CA.US |
| CITY OF RIVERSIDE FINANCE DEPT | DGAUSE@RIVERSIDECA.GOV |
| CITY OF SACRAMENTO FINANCE DEPT | FINANCE@CITYOFSACRAMENTO. |
| CONTRA COSTA COUNTY TREASURER | DANIELLE.GOODBAR@TAX.CCCOUNTY.US; SHIRLEY.REESE@TAX.CCCOUNTY.US |
| LOS ANGELES COUNTY TREASURER AND | BANKRUPTCY@TTC.LACOUNTY.GOV |
| MARIN COUNTY DEPARTMENT OF FINANCE | TAXCOLLECTOR@MARINCOUNTY.ORG |
| ORANGE COUNTY TREASURER | ORANGECOUNTYBK@TTC.OCGOV.COM |
| REDWOOD CITY FINANCE DEPARTMENT | FINANCE@REDWOODCITY.ORG |
| RIVERSIDE COUNTY TREASURER | RCTTCEGOV@RIVCO.ORG |
| SACRAMENTO COUNTY DEPT OF FINANCE | TAXPPROP@SACCOUNTY.GOV |
| SAN DIEGO COUNTY TREASURER | TAXMAN@SDCOUNTY.CA.GOV |
| SAN FRANCISCO OFFICE OF THE | BUSINESSTAX.TTX@SFGOV.ORG |
| SAN MATEO COUNTY TAX COLLECTORS OFF | TAXMASTER@SMCGOV.ORG |
| SANTA BARBARA COUNTY TREASURER | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA CLARA COUNTY DEPARTMENT OF | SCCTAX@FIN.SCCGOV.ORG; DTAC-COLLECTIONS@FIN.SCCGOV.ORG |
| SOLANO COUNTY TREASURER | CGORDON@SOLANOCOUNTY.GOV |
| SOUTH SAN FRANCISCO FINANCE DEPT | WEB-FIN@SSF.NET |
| ADAMS COUNTY TREASURERS OFFICE | KBOOTH@ADCOGOV.ORG |
| COLORADO DEPARTMENT OF REVENUE | DOR_TAXPAYERSERVICE@STATE.CO.US |
| REGIONAL TRANSPORTATION DIST (RTD) | UTILITYAGREEMENTS.ENGINEERING@RTD-DENVER.COM; RTD.DIRECTORS@RTD-DENVER.COM |
| SCIENTIFIC & CULTURAL FACILITIES | SCFD@SCFD.ORG |
| CITY OF ATLANTA DEPT. OF FINANCE | ANDIXON@ATLANTAGA.GOV; KDINGLE@ATLANTAGA.GOV |
| DEKALB COUNTY TAX COMMISSIONERS OFF | PROPTAX@DEKALBCOUNTYGA.GOV |
| GEORGIA DEPARTMENT OF REVENUE | SCOTT.PURVIS@DOR.GA.GOV; RONALD.JOHNSONJR@DOR.GA.GOV; GAIL.MCNEELY@DOR.GA.GOV |
| CITY OF CHICAGO DEPT OF FINANCE | CITY.TREASURER@CITYOFCHICAGO.ORG |
| COOK COUNTY TREASURERS OFFICE | LBANKRUPTCY@COOKCOUNTYTREASURER.COM |
| ILLINOIS DEPARTMENT OF REVENUE | REV.TA-BIT-WIT@ILLINOIS.GOV; REV.BANKRUPTCY@ILLINOIS.GOV |
| REGIONAL TRANSPORTATION AUTHORITY | KEVIN.BUESO@RTACHICAGO.ORG |
| MASSACHUSETTS DEPARTMENT OF REVENUE | SNYDERGE@DOR.STATE.MA.US |
| COMPTROLLER OF MARYLAND | BROOKE@MARYLANDTAXES.GOV |
| BLUE EARTH COUNTY PUBLIC WORKS | RYAN.THILGES@BLUEEARTHCOUNTYMN.GOV |
| CITY OF AUSTIN FINANCE DEPARTMENT | AEBANKRUPTCYGROUP@AUSTINENERGY.COM |
| CITY OF MANKATO FINANCE DEPARTMENT | 311@MANKATOMN.GOV |
| CITY OF MINNEAPOLIS FINANCE DEPT | FINANCE@MINNEAPOLISMN.GOV |

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Service List - Taxing Authorities

| Name | Email |
|---|---|
| DAKOTA COUNTY TRANSPORTATION DEPT | HWY@CO.DAKOTA.MN.US |
| HENNEPIN COUNTY TRANSPORTATION DEPT | CHAD.ELLOS@HENNEPIN.US |
| HENNEPIN COUNTY TREASURERS OFFICE | TAXINFO@HENNEPIN.US |
| METROPOLITAN COUNCIL | PUBLIC.INFO@METC.STATE.MN.US |
| MINNESOTA DEPARTMENT OF REVENUE | MDOR.BKYSEC@STATE.MN.US |
| MOWER COUNTY PUBLIC WORKS | ZONING@CO.MOWER.MN.US; MICHAL@CO.MOWER.MN.US; DENNYZ@CO.MOWER.MN.US |
| DURHAM COUNTY TAX ADMINISTRATION | PUBLICINFORMATIONOFFICE@DCONC.GOV; TAX_ASSESSOR@DCONC.GOV |
| DURHAM COUNTY TAX ADMINISTRATION | PUBLICINFORMATIONOFFICE@DCONC.GOV; TAX_ASSESSOR@DCONC.GOV |
| FORSYTH COUNTY TAX ADMINISTRATION | VETTORBS@FORSYTH.CC |
| GUILFORD COUNTY TAX DEPARTMENT | VNEIGHBORS@GUILFORDCOUNTYNC.GOV |
| NORTH CAROLINA DEPT OF REVENUE | JOHN.SIMPSON@NCDOR.GOV |
| ORANGE COUNTY TAX OFFICE | TAX@ORANGECOUNTYNC.GOV |
| ORANGE COUNTY TAX OFFICE | TAX@ORANGECOUNTYNC.GOV |
| WAKE COUNTY REVENUE DEPARTMENT | TAXHELP@WAKE.GOV |
| CUYAHOGA COUNTY TREASURERS OFFICE | TREASCOMMENT@CUYAHOGACOUNTY.US |
| HAMILTON COUNTY AUDITOR | AUDITOR@AUDITOR. HAMILTON-CO. ORG |
| OHIO DEPARTMENT OF TAXATION | BANKRUPTCYDIVISION@TAX.OHIO.GOV |
| ALLEGHENY COUNTY TREASURERS OFFICE | WEBMASTER.TREASURER@ALLEGHENYCOUNTY.US |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PVYAS@PA.GOV; TAWASHINGT@PA.GOV |
| PHILADELPHIA DEPARTMENT OF REVENUE | REVENUE@PHILA.GOV |
| CITY OF MEMPHIS FINANCE DIVISION | FINANCE@MEMPHISTN.GOV |
| SHELBY COUNTY TRUSTEES OFFICE | JBOWMAN@SHELBYCOUNTYTRUSTEE.COM; JMARTIN@SHELBYCOUNTYTRUSTEE.COM |
| SHELBY COUNTY TRUSTEES OFFICE | JBOWMAN@SHELBYCOUNTYTRUSTEE.COM; JMARTIN@SHELBYCOUNTYTRUSTEE.COM |
| TENNESSEE DEPARTMENT OF REVENUE | TDOR.BANKRUPTCY@TN.GOV |
| CHEROKEE COUNTY TAX ASSESSOR | TAX.SHONDAP@COCHEROKEE.ORG |
| CITY OF HOUSTON FINANCE DEPARTMENT | FINANCE.DIRECTOR@HOUSTONTX.GOV |
| CITY OF RUSK FINANCE DEPARTMENT | INFO@RUSKTX.ORG |
| METROPOLITAN TRANSIT AUTHORITY OF | STAR@RIDEMETRO.ORG; TRANSIT@HCTX.NET |
| TEXAS COMPTROLLER OF PUBLIC | BANKRUPTCYTAX@OAG.TEXAS.GOV; BANKRUPTCYSECTION@CPA.TEXAS.GOV |
| LOUDOUN COUNTY TREASURERS OFFICE | TAXES@LOUDOUN.GOV |
| MONTGOMERY COUNTY COMMISSIONER OF | MCTREASURER@MONTGOMERYCOUNTYVA.GOV |
| VIRGINIA DEPARTMENT OF TAXATION | TAXPAYERADVOCATE@TAX.VIRGINIA.GOV |
| CITY OF PULLMAN FINANCE DEPARTMENT | JEFF.ELBRACHT@PULLMAN-WA.GOV |
| CITY OF SEATTLE FINANCE DEPARTMENT | OCF@SEATTLE.GOV |
| KING COUNTY TREASURY OPERATIONS | KCCIVILSERVICECOMMISSION@KINGCOUNTY.GOV |
| WASHINGTON STATE DEPT OF REVENUE | DORMEDIA@DOR.WA.GOV |
| WHITMAN COUNTY TREASURER | TREASURER@WHITMANCOUNTY.NET |
| DANE COUNTY TREASURERS OFFICE | TREASURER@DANECOUNTY.GOV |
| WISCONSIN DEPARTMENT OF REVENUE | DORINCOME@WISCONSIN.GOV |

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Service List - Lienholders

| Name | Email |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | CHAIRMAN@SEC.GOV; COMMISSIONERPEIRCE@SEC.GOV |
| POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM; BHAYWOOD@POTTERANDERSON.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV; COMMISSIONERPEIRCE@SEC.GOV; COMMISSIONERCRENSHAW@SEC.GOV; COMMISSIONERUYEDA@SEC.GOV |

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
Electronic Mail Additional Service Parties

| Name | Email |
|---|---|
| POTTER ANDERSON & CORROON LLP | sforshay@potteranderson.com |
| MORRISON & FOERSTER LLP | iguevrekian@mofo.com |