**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Synthego Corporation, | : | Case No. 25-10823 (MFW) |
| | : | |
| Debtor. | : | **341 Meeting:** |
| | | **Wednesday, June 11, 2025 at 1:00 pm ET** |

-------------------------------

**NOTICE OF TELEPHONIC SECTION 341 MEETING**

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Wednesday, June 11, 2025 at 1:00 pm**. **(ET)** will be held telephonically. Parties wishing to participate in the section 341 meeting should call into the conference line in advance of the meeting.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtor. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **YOUR TELEPHONIC PARTICIPATION IN THE SECTION 341 MEETING IS NOT REQUIRED, IS COMPLETELY OPTIONAL, AND FAILURE TO ATTEND WILL NOT AFFECT YOUR ELIGIBILITY TO FILE A CLAIM LATER.** The purpose of the Section 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the Section 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-844-767-5651,** and then enter the passcode, **4143485,** followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself, or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE, REGIONS 3 AND 9**

Dated: May 9, 2025

United States Bankruptcy Court
District of Delaware

In re:  Case No. 25-10823-MFW
Synthego Corporation  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1  User: admin  Page 1 of 2
Date Rcvd: May 13, 2025  Form ID: pdf341  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synthego Corporation, 3696 Haven Avenue, Suite A, Redwood City, CA 94063-4604 |
| aty | + | Debra Grassgreen, Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104 UNITED STATES 94104-4436 |
| aty | + | Ilayna Guevrekian, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | James A Newton, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| aty | + | Miranda K. Russell, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| 19854188 | + | ERS Genomics Limited, c/o Nixon Peabody LLP, One Embarcadero Center, 32nd Floor, San Francisco, CA 94111-3602 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ERS Genomics Limited, c/o NIXON PEABODY LLP, One Embarcadero Center, 32nd Floor, San Francisco, CA 94111-3602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Brett Michael Haywood
    on behalf of Interested Party Perceptive Credit Holdings III LP bhaywood@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher M. Samis
    on behalf of Interested Party Perceptive Credit Holdings III LP

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: pdf341 | Total Noticed: 6 |

leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Epiq Corporate Restructuring, LLC
sgarabato@epiqglobal.com

James E O'Neill
on behalf of Debtor Synthego Corporation joneill@pszjlaw.com  efile1@pszjlaw.com

Jonathan Lipshie
on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Louis J. Cisz, III
on behalf of Creditor ERS Genomics Limited lcisz@nixonpeabody.com
sf.managing.clerk@nixonpeabody.com;jzic@nixonpeabody.com

Malhar S. Pagay
on behalf of Debtor Synthego Corporation mpagay@pszjlaw.com

Maxim B. Litvak
on behalf of Debtor Synthego Corporation mlitvak@pszjlaw.com

Megan Seliber
on behalf of U.S. Trustee U.S. Trustee megan.seliber@usdoj.gov

Reliable Companies
gmatthews@reliable-co.com

Shannon Forshay
on behalf of Interested Party Perceptive Credit Holdings III  LP sforshay@potteranderson.com, bankruptcy@potteranderson.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 12