## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 3, 4, & 47-54** |

## CERTIFICATE OF SERVICE

I, ALISON MOODIE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2025, I caused to be served the:

   a. "Declaration of Craig Christianson in Support of the Debtor's Chapter 11 Petition and First Day Relief," dated May 5, 2025 [Docket No. 3], (the "Christianson Declaration"),

   b. "Declaration of Allen Soong in Support of the Debtor's Chapter 11 Petition and First Day Relief," dated May 5, 2025 [Docket No. 4], (the "Soong Declaration"),

   c. "Notice of Entry of Order Regarding Debtor's Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective as of the Petition Date, and (II) Granting Related Relief," dated May 9, 2025 [Docket No. 47], (the "NOE Epiq Retention Application"),

   d. "Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue Company Credit Card Program and Disbursements Process; (D) Maintain Existing Business Forms, and (E) Granting Related Relief," dated May 9, 2025 [Docket No. 48], (the "NOE Interim Cash Management Order"),

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

e.  "Notice of Entry of Interim Order and Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue the Debtor's Customer Credits Program in the Ordinary Course of Business and (II) Granting Related Relief," dated May 9, 2025 [Docket No. 49], (the "NOE Interim Customer Program Order"),

f.  "Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief," dated May 9, 2025 [Docket No. 50], (the "NOE Interim Employee Wages Order"),

g.  "Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes; and (II) Granting Related Relief," dated May 9, 2025 [Docket No. 51], (the "NOE Interim Taxes Order"),

h.  "Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief," dated May 9, 2025 [Docket No. 52], (the "NOE Interim Utilities Order"),

i.  "Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief," dated May 9, 2025 [Docket No. 53], (the "NOE Interim DIP Order"), and

j.  "Notice of Hearing on Motion for (I) an Order (A) Authorizing Entry Into Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Assets, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Certain Termination Fee and Expense Reimbursement Provisions, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief," dated May 9, 2025 [Docket No. 54], (the "NOE Interim Sale Order"),

by causing true and correct copies of the:

i.    Christianson Declaration, Soong Declaration, NOE Epiq Retention Application, NOE Interim Cash Management Order, NOE Interim Customer Program Order, NOE Interim Employee Wages Order, NOE Interim Taxes Order, NOE Interim Utilities Order, NOE Interim DIP Order, and NOE Interim Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.    NOE Interim Cash Management Order, NOE Interim Employee Wages Order, NOE Interim Utilities Order, and NOE Interim DIP Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.    NOE Interim Utilities Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.    NOE Interim Taxes Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.    NOE Interim DIP Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.    NOE Interim Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.    Christianson Declaration, Soong Declaration, NOE Epiq Retention Application, NOE Interim Cash Management Order, NOE Interim Customer Program Order, NOE Interim Employee Wages Order, NOE Interim Taxes Order, NOE Interim Utilities Order, NOE Interim DIP Order, and NOE Interim Sale Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.    NOE Interim Cash Management Order, NOE Interim Employee Wages Order, NOE Interim Utilities Order, and NOE Interim DIP Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.    NOE Interim Utilities Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>,

x.    NOE Interim Taxes Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.  NOE Interim DIP Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K</u>, and

xii.  NOE Interim Sale Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit L</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i>/s/ Alison Moodie</i>
Alison Moodie

**EXHIBIT A**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| 8VC CO-INVEST FUND I, L.P. | ATTN: NATHAN FOTEDAR 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC ENTREPRENEURS FUND I, L.P. | ATTN: NATHAN FOTEDAR 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC FUND I, L.P | ATTN: NATHAN FOTEDAR 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| APPRENTICE FS, INC. | ATTN: STEVEN COREY 190 CHRISTOPHER COLUMBUS DRIVE UNIT 5A  JERSEY CITY NJ 7302 |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DECLARATION CAPITAL PE SPV XLVI LLC | ATTN: ROB JACKOWITZ 510 MADISON AVENUE   NEW YORK NY 10022 |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ATTN: DERYCK C. MAUGHAN 425 PARK AVENUE 2ND FLOOR  NEW YORK NY 10043 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 19801 |
| DONNELLEY FINANCIAL SOLUTIONS | ATTN: JAMIE TOOMBS, MANAGER-AR 391 STEEL WAY   LANCASTER PA 17601 |
| EMERGING TECHNOLOGIES FUND II LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| EMERGING TECHNOLOGIES FUND III LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| ERNST & YOUNG US LLP | ATTN: AAMIR QURESHI, CEO 303 S ALMADEN BLVD   SAN JOSE CA 95110 |
| ERS GENOMICS LIMITED | ATTN: JOHN MILAD 88 HARCOURT STREET   DUBLIN  D02 DK18 IRELAND |
| EXCELSIOR HOLDINGS C2 LLC | ATTN: TODD MIRANDA, CEO 6600 FRANCE AVE. S. SUITE 550  MINNEAPOLIS MN 55435 |
| GIGAFUND 1, LP | ATTN: S. OSKOUI, CO-FOUNDER MGN PTR 1200 SEAPORT BLVD   REDWOOD CITY CA 94063 |
| GRANT THORNTON LLP | ATTN: CHRIS STATHOPOULOS, DEP CNSL 101 CALIFORNIA ST. SUITE 2700  SAN FRANCISCO CA 94111 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |
| LESLIE ENTERPRISES LP | ATTN: MARK LESLIE 738 WESTRIDGE DRIVE   PORTOLA VALLEY CA 94028 |
| LUMA BIO-IT SPV, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| LUMA BIO-IT SPV-A, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| MENLO VENTURES XI, L.P. | ATTN: JOHN G. STOKES 3000 SAND HILL ROAD BUILDING 4, SUITE 100  MENLO PARK CA 94025 |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | ATTN VENKY GANESAN, MANAGING MEMBER 2884 SAND HILL ROAD SUITE 100  MENLO PARK CA 94025 |
| MORROW-MEADOWS CORPORATION | ATTN: CATHLEEN VICK, CEO 231 BENTON CT   WALNUT CA 91789 |
| NIXON PEABODY LLP | (COUNSEL TO ERS GENOMICS LIMITED) ONE EMBARCADERO CENTER 32ND FLR  SAN FRANCISCO CA 94111 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JONATHAN LIPSHIE, MEGAN SELIBER J CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207  WILMINGTON DE 19801 |
| PERCEPTIVE CR. HOLDINGS III LP | C/O MORRISON & FOERESTER LLP ATTN: JAMES NEWTON, MIRANDA RUSSELL J. KRENN, D. MCKENZIE, W. WINSETT 250 W 55TH ST NEW YORK NY 10019-9601 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | C/O POTTER ANDERSON & CORROON LLP ATTN CHRISTOPHER SAMIS, BRETT  HAYWOOD, SHANNON FORSHAY 1313 N. MARKET ST, 6TH FLR WILMINGTON DE 19801 |
| PROPHARMA GROUP HOLDINGS, LLC | ATTN: TOM HUNTER 107 WEST HARGETT STREET   RALEIGH NC 27601 |
| PRS, LLC | ATTN: ERIN LASSEN, CFO 250 WEST 55TH STREET 26TH FLOOR  NEW YORK NY 10019 |
| RNA SPV LLC | ATTN: SARAH BOYCE, CEO 3211 SOUTH OCEAN BLVD. SUITE 701  HIGHLAND BEACH FL 33487 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE    WASHINGTON DC 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| TRUEBRIDGE DIRECT FUND L.P. | ATTN: MEL WILLIAMS 1011 SOUTH HAMILTON ROAD SUITE 400  CHAPEL HILL NC 27517 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MELISSA APPENRODT 767 FIFTH AVENUE   NEW YORK NY 10153 |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | (CAYMAN) III L.P. ATTN: TIMOTHY KANE 280 CONGRESS STREET  BOSTON MA 2210 |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|

## Total Count: 38

**EXHIBIT B**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| BANC OF CALIFORNIA | ATTN: ASHLEY DURNFORD PO BOX 131207  CARLSBAD CA 92013 |
| JP MORGAN CHASE BANK | ATTN: MAKAYLARAMOS 3 PARK PLZ, FLOOR 09   IRVINE CA 92614 |
| SILICON VALLEY BANK | ATTN: LISA BURNS 3003 TASMAN DR   SANTA CLARA CA 95054 |
| STRIPE CREDIT CARD PROCESSOR | 354 OYSTER POINT BLVD    SOUTH SAN FRANCISCO CA 94080 |

# Total Count: 4

**EXHIBIT C**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| AT&T | 2270 LAKESIDE BLVD 7TH FLOOR   RICHARDSON TX 75082 |
| CITY OF REDWOOD CITY | 1017 MIDDLEFIELD ROAD    REDWOOD CITY CA 94063 |
| INTELLETRACE, INC. | 936 B 7TH STREET SUITE 122  NOVATO CA 94945 |
| IRON MOUNTAIN | 1101 ENTERPRISE DRIVE    ROYERSFORD PA 19468 |
| PG&E CORPORATION | CORRESPONDENCE MANAGEMENT CENTER PO BOX 997310   SACRAMENTO CA 95899-7310 |
| RECOLOGY SAN MATEO COUNTY | 225 SHOREWAY ROAD    SAN CARLOS CA 94070 |

# Total Count: 6

**EXHIBIT D**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| ADAMS COUNTY TREASURERS OFFICE | 4430 S. ADAMS COUNTY PKWY STE C2436   BRIGHTON CO 80601 |
| ALAMEDA COUNTY AUDITOR | CONTROLLER'S OFFICE 1221 OAK STREET ROOM 249   OAKLAND CA 94612 |
| ALLEGHENY COUNTY TREASURERS OFFICE | 436 GRANT STREET ROOM 108   PITTSBURGH PA 15219 |
| BLUE EARTH COUNTY PUBLIC WORKS | 35 MAP DRIVE   MANKATO MN 56001 |
| CALIFORNIA DEPARTMENT OF TAX AND | FEE ADMINISTRATION (CDTFA) 450 N STREET   SACRAMENTO CA 95814 |
| CHEROKEE COUNTY TAX ASSESSOR | COLLECTOR 135 S. MAIN STREET   RUSK TX 75785 |
| CITY OF ALAMEDA FINANCE DEPARTMENT | 2263 SANTA CLARA AVE   ALAMEDA CA 94501 |
| CITY OF ATLANTA DEPT. OF FINANCE | 68 MITCHELL ST SW SUITE 1400   ATLANTA GA 30303 |
| CITY OF AUSTIN FINANCE DEPARTMENT | 500 4TH AVE NE   AUSTIN MN 55912 |
| CITY OF BRISBANE FINANCE DEPARTMENT | 50 PARK PLACE   BRISBANE CA 94005 |
| CITY OF CHICAGO DEPT OF FINANCE | 121 N LASALLE ST 7TH FLOOR   CHICAGO IL 60602 |
| CITY OF DAVIS FINANCE DEPARTMENT | 23 RUSSELL BLVD   DAVIS CA 95616 |
| CITY OF DUARTE FINANCE DIVISION | 1600 HUNTINGTON DR   DUARTE CA 91010 |
| CITY OF GOLETA FINANCE DEPARTMENT | 130 CREMONA DR   GOLETA CA 93117 |
| CITY OF HAYWARD FINANCE DEPARTMENT | 777 B ST   HAYWARD CA 94541 |
| CITY OF HOUSTON FINANCE DEPARTMENT | 611 WALKER ST   HOUSTON TX 77002 |
| CITY OF MANKATO FINANCE DEPARTMENT | 10 CIVIC CENTER PLAZA   MANKATO MN 56001 |
| CITY OF MEMPHIS FINANCE DIVISION | 125 N MAIN ST ROOM 301   MEMPHIS TN 38103 |
| CITY OF MINNEAPOLIS FINANCE DEPT | 350 S 5TH ST ROOM 325M   MINNEAPOLIS MN 55415 |
| CITY OF NOVATO FINANCE DEPARTMENT | 922 MACHIN AVE   NOVATO CA 94945 |
| CITY OF PULLMAN FINANCE DEPARTMENT | 190 SE CRESTVIEW ST   PULLMAN WA 99163 |
| CITY OF RICHMOND FINANCE DEPARTMENT | 450 CIVIC CENTER PLAZA   RICHMOND CA 94804 |
| CITY OF RIVERSIDE FINANCE DEPT | 3900 MAIN ST   RIVERSIDE CA 92522 |
| CITY OF RUSK FINANCE DEPARTMENT | 106 E 5TH ST   RUSK TX 75785 |
| CITY OF SACRAMENTO FINANCE DEPT | 915 I ST   SACRAMENTO CA 95814 |
| CITY OF SEATTLE FINANCE DEPARTMENT | 700 5TH AVE SUITE 4500   SEATTLE WA 98104 |
| COLORADO DEPARTMENT OF REVENUE | 1375 SHERMAN ST   DENVER CO 80261 |
| COMPTROLLER OF MARYLAND | 80 CALVERT STREET   ANNAPOLIS MD 21404 |
| CONTRA COSTA COUNTY TREASURER | TAX COLLECTOR 625 COURT STREET, ROOM 100   MARTINEZ CA 94553 |
| COOK COUNTY TREASURERS OFFICE | 118 N. CLARK STREET ROOM 112   CHICAGO IL 60602 |
| CUYAHOGA COUNTY TREASURERS OFFICE | 2079 EAST 9TH STREET   CLEVELAND OH 44115 |
| DAKOTA COUNTY TRANSPORTATION DEPT | 14955 GALAXIE AVENUE   APPLE VALLEY MN 55124 |
| DANE COUNTY TREASURERS OFFICE | 210 MARTIN LUTHER KING JR BLVD #114   MADISON WI 53703 |
| DEKALB COUNTY TAX COMMISSIONERS OFF | 4380 MEMORIAL DRIVE SUITE 100   DECATUR GA 30032 |
| DURHAM COUNTY TAX ADMINISTRATION | 200 EAST MAIN STREET   DURHAM NC 27701 |
| DURHAM COUNTY TAX ADMINISTRATION | 201 E. MAIN STREET 1ST FLOOR   DURHAM NC 27701 |
| FORSYTH COUNTY TAX ADMINISTRATION | 201 N CHESTNUT ST   WINSTON-SALEM NC 27101 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BLVD NE   ATLANTA GA 30345 |
| GUILFORD COUNTY TAX DEPARTMENT | 400 W MARKET ST   GREENSBORO NC 27401 |
| HAMILTON COUNTY AUDITOR | 138 E COURT ST   CINCINNATI OH 45202 |
| HENNEPIN COUNTY TRANSPORTATION DEPT | 300 SOUTH 6TH STREET   MINNEAPOLIS MN 55487 |
| HENNEPIN COUNTY TREASURERS OFFICE | 300 S. 6TH STREET   MINNEAPOLIS MN 55487 |
| ILLINOIS DEPARTMENT OF REVENUE | 101 W. JEFFERSON STREET   SPRINGFIELD IL 62702 |
| KING COUNTY TREASURY OPERATIONS | 500 FOURTH AVENUE ROOM 600   SEATTLE WA 98104 |
| LOS ANGELES COUNTY TREASURER AND | TAX COLLECTOR 500 W TEMPLE ST, ROOM 437   LOS ANGELES CA 90012 |
| LOUDOUN COUNTY TREASURERS OFFICE | 1 HARRISON STREET SE   LEESBURG VA 20175 |
| MARIN COUNTY DEPARTMENT OF FINANCE | 3501 CIVIC CENTER DRIVE, SUITE 225   SAN RAFAEL CA 94903 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | 100 CAMBRIDGE STREET   BOSTON MA 02114 |

Synbogg Corporation
Address Service List

| Name | Address |
|------|---------|
| METROPOLITAN COUNCIL | 390 ROBERT STREET NORTH    ST. PAUL MN 55101 |
| METROPOLITAN TRANSIT AUTHORITY OF | HARRIS COUNTY 1900 MAIN STREET    HOUSTON TX 77002 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 N. ROBERT STREET    ST. PAUL MN 55101 |
| MONTGOMERY COUNTY COMMISSIONER OF | THE REVENUE 755 ROANOKE ST SUITE 1E    CHRISTIANSBURG VA 24073 |
| MOWER COUNTY PUBLIC WORKS | 1105 8TH AVENUE NE    AUSTIN MN 55912 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N. WILMINGTON STREET    RALEIGH NC 27604 |
| OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD    COLUMBUS OH 43229 |
| ORANGE COUNTY TAX OFFICE | 228 S CHURTON ST    HILLSBOROUGH NC 27278 |
| ORANGE COUNTY TAX OFFICE | 228 SOUTH CHURTON STREET    HILLSBOROUGH NC 27278 |
| ORANGE COUNTY TREASURER | TAX COLLECTOR 625 N ROSS ST, BUILDING 11 RM G58    SANTA ANA CA 92701 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905    HARRISBURG PA 17128 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | 11TH FL, STRAWBERRY SQUARE    HARRISBURG PA 17128 |
| PHILADELPHIA DEPARTMENT OF REVENUE | 1401 JOHN F KENNEDY BLVD    PHILADELPHIA PA 19102 |
| REDWOOD CITY FINANCE DEPARTMENT | 1017 MIDDLEFIELD RD    REDWOOD CITY CA 94063 |
| REGIONAL TRANSPORTATION AUTHORITY | 175 W JACKSON BLVD SUITE 1550    CHICAGO IL 60604 |
| REGIONAL TRANSPORTATION DIST (RTD) | 1660 BLAKE STREET    DENVER CO 80202 |
| RIVERSIDE COUNTY TREASURER | TAX COLLECTOR 4080 LEMON STREET, 4TH FLOOR    RIVERSIDE CA 92501 |
| SACRAMENTO COUNTY DEPT OF FINANCE | 700 H STREET, ROOM 1710    SACRAMENTO CA 95814 |
| SAN DIEGO COUNTY TREASURER | TAX COLLECTOR 1600 PACIFIC HIGHWAY ROOM 162    SAN DIEGO CA 92101 |
| SAN FRANCISCO OFFICE OF THE | TREASURER & TAX COLL. 1 DR. CARLTON B. GOODLETT PL RM 140    SAN FRANCISCO CA 94102 |
| SAN MATEO COUNTY TAX COLLECTORS OFF | 555 COUNTY CENTER 1ST FLOOR    REDWOOD CITY CA 94063 |
| SANTA BARBARA COUNTY TREASURER | TAX COLLECTOR 105 E ANAPAMU STREET ROOM 109    SANTA BARBARA CA 93101 |
| SANTA CLARA COUNTY DEPARTMENT OF | TAX & COLLECTIONS 110 WEST TASMAN DRIVE    SAN JOSE CA 95134 |
| SCIENTIFIC & CULTURAL FACILITIES | DISTRICT (SCFD) 1047 SANTA FE DRIVE    DENVER CO 80204 |
| SHELBY COUNTY TRUSTEES OFFICE | 157 POPLAR AVE    MEMPHIS TN 38103 |
| SHELBY COUNTY TRUSTEES OFFICE | 157 POPLAR AVENUE    MEMPHIS TN 38103 |
| SOLANO COUNTY TREASURER | TAX COLLECTOR 675 TEXAS STREET SUITE 1900    FAIRFIELD CA 94533 |
| SOUTH SAN FRANCISCO FINANCE DEPT | 400 GRAND AVE    SOUTH SAN FRANCISCO CA 94080 |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK STREET    NASHVILLE TN 37242 |
| TEXAS COMPTROLLER OF PUBLIC | ACCOUNTS 111 E. 17TH STREET    AUSTIN TX 78774 |
| VIRGINIA DEPARTMENT OF TAXATION | 1957 WESTMORELAND STREET    RICHMOND VA 23230 |
| WAKE COUNTY REVENUE DEPARTMENT | 301 S MCDOWELL ST    RALEIGH NC 27601 |
| WASHINGTON STATE DEPT OF REVENUE | 6500 LINDERSON WAY SW    TUMWATER WA 98501 |
| WHITMAN COUNTY TREASURER | 400 N MAIN ST    COLFAX WA 99111 |
| WISCONSIN DEPARTMENT OF REVENUE | 2135 RIMROCK ROAD    MADISON WI 53713 |

# Total Count: 83

**EXHIBIT E**

Synthego Corporation
Address Service List

| Name | Address |
|---|---|
| FIRST-CITIZEN BANK & TRUST COMPANY | 75 N FAIR OAKS AVE    PASADENA CA 91103 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | C/O POTTER ANDERSON & CORROON LLP ATTN CHRISTOPHER SAMIS, BRETT  HAYWOOD, SHANNON FORSHAY 1313 N. MARKET ST, 6TH FLR WILMINGTON DE 19801 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS ADMINISTRATIVE AGENT 51 ASTOR PL, 10TH FL   NEW YORK NY 10003 |
| POTTER ANDERSON & CORROON LLP | ATTN: C. M. SAMIS, BRETT M. HAYWOOD 1313 N. MKT ST, 6TH FL , PO BOX 951   WILMINGTON DE 19801 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE    WASHINGTON DC 20549 |
| SILICON VALLEY BANK | 3003 TASMAN DR, HF 150    SANTA CLARA CA 95054 |

# Total Count: 7

**EXHIBIT F**

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| DELAWARE SECRETARY OF STATE | DIVISIONS OF CORPORATIONS, FRANCHISE TAX P.O. BOX 898   DOVER DE 19903 |
| DELAWARE STATE TREASURY | 820 SILVERLAKE BLVD, SUITE 100    DOVER DE 19904 |
| FOOD & DRUG ADMINSITRATION | 10903 NEW HAMPSHIRE AVE    SILVER SPRING MD 20993 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE    WASHINGTON DC 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE    MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152   MONTGOMERY AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR 1031 W 4TH AVE, STE 200   ANCHORAGE AK 99501-1994 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA  PAGO PAGO AS 96799 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES 2005 NORTH CENTRAL AVENUE   PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN 323 CENTER ST, STE 200   LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTY GEN | ATTN: ROB BONTA 1300 'I' ST   SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL   DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG 165 CAPITOL AVENUE   HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST  WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL   TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW   ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ 425 QUEEN ST   HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720  BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST   CHICAGO IL 60601 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 115 S LASALLE ST   CHICAGO IL 60603 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL  INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST  DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL   TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118   FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST   BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY PO BOX 94005   BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION   AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN 200 ST PAUL PLACE   BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTY GEN | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL G. MENNEN WILLIAMS BLDG 525 W OTTAWA ST - PO BOX 30212   LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400   ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH 550 HIGH ST   JACKSON MS 32901 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220   JACKSON MS 39205 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY SUPREME CT BLDG, 207 W HIGH ST PO BOX 899  JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST  HELENA MT 59601 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS 2115 STATE CAPITOL PO BOX 98920  LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST   CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST  CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTY GEN | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080   TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG  SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL  ALBANY NY 12224-0341 |

Synbcc Corporation
Address Service List

| Name | Address |
|------|---------|
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629   RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR   RALEIGH NC 27699-9001 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY 600 E BOULEVARD AVE DEPT 125  BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL  COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: GENTNER DRUMMOND 313 NE 21ST ST  OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE   SALEM OR 97301-4096 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ  HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA 150 S MAIN ST   PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549   COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY 1302 EAST HIGHWAY 14, STE 1  PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | 500 DEADERICK STREET   NASHVILLE TN 37242 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI 500 CHARLOTTE AVE   NASHVILLE TN 37219 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST  AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES PO BOX 142320   SALT LAKE CITY UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230   SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK 109 STATE ST   MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON PO BOX 40100   OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE  OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 1900 KANAWHA BLVD. E  CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857  MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST  CHEYENNE WY 82002 |

# Total Count: 66

**EXHIBIT G**

Synthego Corporation
Master Service Email List

| Name | Email |
|------|-------|
| 8VC CO-INVEST FUND I, L.P. | nathan@8vc.com; NATHAN@8VC.COM |
| 8VC ENTREPRENEURS FUND I, L.P. | nathan@8vc.com; NATHAN@8VC.COM |
| 8VC FUND I, L.P | nathan@8vc.com; NATHAN@8VC.COM |
| AAF - SYNTHEGO GROWTH, L.P. | kyle@aaf.vc; KYLE@AAF.VC |
| AAF II - YASI VENTURES, L.P. | KYLE@AAF.VC; kyle@aaf.vc |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com; STEVEN.COREY@APPRENTICEFS.COM |
| ARAB ANGEL GP I, L.P. | kyle@arabangel.vc; kyle@aaf.vc; KYLE@AAF.VC |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | DCMAUGHAN@GMAIL.COM |
| DISTRICT OF DELAWARE - S. T. HANSON | Usade.ecfbankruptcy@usa.doj.gov |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | FINANCE@ERSGENOMICS.COM; JOHN.MILAD@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | PERFORMANCEREPORTING@OLYMPUSVENTURES.COM |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | chairman@sec.gov; CommissionerPeirce@sec.gov |
| TRUEBRIDGE DIRECT FUND L.P. | MWILLIAMS@TRUEBRIDGECAPITAL.COM |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

# Total Count: 61

**EXHIBIT H**

Bank Email Service List

| Name | Email |
|------|-------|
| BANC OF CALIFORNIA | acwalton@pacwest.com |
| JP MORGAN CHASE BANK | makayla.ramos@jpmorgan.com |
| SILICON VALLEY BANK | lburns@svb.com |

# Total Count: 3

**EXHIBIT I**

Synthego Corporation
Utility Email Service List

| Name | Email |
|---|---|
| AT&T | md741f@att.com; km1426@att.com |
| CITY OF REDWOOD CITY | mail@redwoodcity.org |
| INTELLETRACE, INC. | scockerham@inteserra.com |
| IRON MOUNTAIN | imdcsupport@ironmountain.com |
| RECOLOGY SAN MATEO COUNTY | RecologyOrganics@Recology.com |

# Total Count: 6

**EXHIBIT J**

Synthego Corporation
Tax Email Service List

| Name | Email |
|------|-------|
| ADAMS COUNTY TREASURERS OFFICE | kbooth@adcogov.org |
| ALAMEDA COUNTY AUDITOR | clay.christianson@acgov.org |
| ALLEGHENY COUNTY TREASURERS OFFICE | webmaster.treasurer@alleghenycounty.us |
| BLUE EARTH COUNTY PUBLIC WORKS | Ryan.Thilges@blueearthcountymn.gov |
| CALIFORNIA DEPARTMENT OF TAX AND | legalsob@cdtfa.ca.gov |
| CHEROKEE COUNTY TAX ASSESSOR | tax.shondap@cocherokee.org |
| CITY OF ALAMEDA FINANCE DEPARTMENT | finance@alamedaca.gov |
| CITY OF ATLANTA DEPT. OF FINANCE | andixon@atlantaga.gov; kdingle@atlantaga.gov |
| CITY OF AUSTIN FINANCE DEPARTMENT | aebankruptcygroup@austinenergy.com |
| CITY OF BRISBANE FINANCE DEPARTMENT | brisbaneca_ap@brisbaneca.org |
| CITY OF CHICAGO DEPT OF FINANCE | City.treasurer@cityofchicago.org |
| CITY OF DAVIS FINANCE DEPARTMENT | financeweb@cityofdavis.org |
| CITY OF DUARTE FINANCE DIVISION | duarte91010@accessduarte.com |
| CITY OF GOLETA FINANCE DEPARTMENT | financegroup@cityofgoleta.org |
| CITY OF HAYWARD FINANCE DEPARTMENT | sharif.etman@hayward-ca.gov; info@hayward-ca.gov |
| CITY OF HOUSTON FINANCE DEPARTMENT | finance.director@houstontx.gov |
| CITY OF MANKATO FINANCE DEPARTMENT | 311@mankatomn.gov |
| CITY OF MEMPHIS FINANCE DIVISION | Finance@memphistn.gov |
| CITY OF MINNEAPOLIS FINANCE DEPT | finance@minneapolismn.gov |
| CITY OF NOVATO FINANCE DEPARTMENT | lmcdowall@novato.org |
| CITY OF PULLMAN FINANCE DEPARTMENT | jeff.elbracht@pullman-wa.gov |
| CITY OF RICHMOND FINANCE DEPARTMENT | budget_helpdesk@ci.richmond.ca.us |
| CITY OF RIVERSIDE FINANCE DEPT | DGause@riversideca.gov |
| CITY OF RUSK FINANCE DEPARTMENT | info@rusktx.org |
| CITY OF SEATTLE FINANCE DEPARTMENT | ocf@seattle.gov |
| COLORADO DEPARTMENT OF REVENUE | DOR_Taxpayerservice@state.co.us |
| COMPTROLLER OF MARYLAND | brooke@marylandtaxes.gov |
| CONTRA COSTA COUNTY TREASURER | danielle.goodbar@tax.cccounty.us |
| COOK COUNTY TREASURERS OFFICE | LBankruptcy@cookcountytreasurer.com |
| CUYAHOGA COUNTY TREASURERS OFFICE | Treascomment@cuyahogacounty.us |
| DAKOTA COUNTY TRANSPORTATION DEPT | hwy@co.dakota.mn.us |
| DANE COUNTY TREASURERS OFFICE | treasurer@danecounty.gov |
| DEKALB COUNTY TAX COMMISSIONERS OFF | proptax@dekalbcountyga.gov |
| DURHAM COUNTY TAX ADMINISTRATION | publicinformationoffice@dconc.gov; tax_assessor@dconc.gov |
| DURHAM COUNTY TAX ADMINISTRATION | publicinformationoffice@dconc.gov; tax_assessor@dconc.gov |
| GEORGIA DEPARTMENT OF REVENUE | scott.purvis@dor.ga.gov; ronald.johnsonjr@dor.ga.gov; gail.mcneely@dor.ga.gov |
| GUILFORD COUNTY TAX DEPARTMENT | vneighbors@guilfordcountync.gov |
| HENNEPIN COUNTY TRANSPORTATION DEPT | chad.ellos@hennepin.us |
| HENNEPIN COUNTY TREASURERS OFFICE | taxinfo@hennepin.us |
| ILLINOIS DEPARTMENT OF REVENUE | REV.TA-BIT-WIT@illinois.gov; rev.bankruptcy@illinois.gov |
| KING COUNTY TREASURY OPERATIONS | KCCivilServiceCommission@kingcounty.gov |
| LOS ANGELES COUNTY TREASURER AND | bankruptcy@ttc.lacounty.gov |
| LOUDOUN COUNTY TREASURERS OFFICE | taxes@loudoun.gov |
| MARIN COUNTY DEPARTMENT OF FINANCE | taxcollector@marincounty.org |
| MASSACHUSETTS DEPARTMENT OF REVENUE | snyderge@dor.state.ma.us |
| METROPOLITAN COUNCIL | public.info@metc.state.mn.us |
| METROPOLITAN TRANSIT AUTHORITY OF | Star@RideMETRO.org; transit@hctx.net |
| MINNESOTA DEPARTMENT OF REVENUE | mdor.bkysec@state.mn.us |

Synthego Corporation
Tax Email Service List

| Name | Email |
| --- | --- |
| MONTGOMERY COUNTY COMMISSIONER OF | mctreasurer@montgomerycountyva.gov |
| MOWER COUNTY PUBLIC WORKS | zoning@co.mower.mn.us; michal@co.mower.mn.us; dennyz@co.mower.mn.us |
| NORTH CAROLINA DEPT OF REVENUE | john.simpson@ncdor.gov |
| OHIO DEPARTMENT OF TAXATION | bankruptcydivision@tax.ohio.gov |
| ORANGE COUNTY TAX OFFICE | tax@orangecountync.gov |
| ORANGE COUNTY TAX OFFICE | tax@orangecountync.gov |
| ORANGE COUNTY TREASURER | orangecountybk@ttc.ocgov.com |
| PENNSYLVANIA DEPARTMENT OF REVENUE | pvyas@pa.gov; tawashingt@pa.gov |
| PHILADELPHIA DEPARTMENT OF REVENUE | Revenue@phila.gov |
| REDWOOD CITY FINANCE DEPARTMENT | finance@redwoodcity.org |
| REGIONAL TRANSPORTATION AUTHORITY | kevin.bueso@rtachicago.org |
| REGIONAL TRANSPORTATION DIST (RTD) | RTD.Directors@rtd-denver.com |
| RIVERSIDE COUNTY TREASURER | RCTTCegov@rivco.org |
| SACRAMENTO COUNTY DEPT OF FINANCE | taxpprop@saccounty.gov |
| SAN DIEGO COUNTY TREASURER | taxman@sdcounty.ca.gov |
| SAN FRANCISCO OFFICE OF THE | businesstax.ttx@sfgov.org |
| SAN MATEO COUNTY TAX COLLECTORS OFF | taxmaster@smcgov.org |
| SANTA BARBARA COUNTY TREASURER | SBTaxes@co.santa-barbara.ca.us |
| SANTA CLARA COUNTY DEPARTMENT OF | scctax@fin.sccgov.org; dtac-collections@fin.sccgov.org |
| SCIENTIFIC & CULTURAL FACILITIES | scfd@scfd.org |
| SHELBY COUNTY TRUSTEES OFFICE | JBowman@shelbycountytrustee.com; jmartin@shelbycountytrustee.com |
| SHELBY COUNTY TRUSTEES OFFICE | JBowman@shelbycountytrustee.com; jmartin@shelbycountytrustee.com |
| SOLANO COUNTY TREASURER | CGordon@solanocounty.gov |
| SOUTH SAN FRANCISCO FINANCE DEPT | web-fin@ssf.net |
| TENNESSEE DEPARTMENT OF REVENUE | TDOR.Bankruptcy@tn.gov |
| TEXAS COMPTROLLER OF PUBLIC | bankruptcytax@oag.texas.gov; bankruptcysection@cpa.texas.gov |
| VIRGINIA DEPARTMENT OF TAXATION | TaxpayerAdvocate@tax.virginia.gov |
| WAKE COUNTY REVENUE DEPARTMENT | taxhelp@wake.gov |
| WASHINGTON STATE DEPT OF REVENUE | DORMedia@dor.wa.gov |
| WHITMAN COUNTY TREASURER | treasurer@whitmancounty.net |
| WISCONSIN DEPARTMENT OF REVENUE | DORIncome@wisconsin.gov |

# Total Count: 94

**EXHIBIT K**

| Name | Email |
|------|-------|
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; bhaywood@potteranderson.com |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | chairman@sec.gov; CommissionerPeirce@sec.gov |

## Total Count: 11

**EXHIBIT L**

Synthego Corporation

Sale Parties Email Service List

| Name | Email |
|------|-------|
| DELAWARE SECRETARY OF STATE | DOSDOC_WEB@STATE.DE.US |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| FOOD & DRUG ADMINSITRATION | DICE@fda.hhs.gov |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | chairman@sec.gov; CommissionerPeirce@sec.gov |
| STATE OF ALABAMA ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALABAMA ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@LAW.GA.GOV; CCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLABRADOR@AG.IDAHO.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTORNEY_GENERAL@ATG.STATE.IL.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | INFO@LISAMADIGAN.ORG; ATTORNEY_GENERAL@ATG.STATE.IL.US |
| STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF KENTUCKY ATTORNEY GENERAL | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ACCOUNTING@AGO.MS.GOV |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ACCOUNTING@AGO.MS.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV; NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO ATTORNEY GENERAL | RTORREZ@NMAG.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.PRESSOFFICE@AG.NY.GOV; NYSAG@AG.NY.GOV |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | JSTEIN@NCDOJ.GOV |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | JSTEIN@NCDOJ.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | OAGWCFU@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |

| Name | Email |
| --- | --- |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | TDOR.Bankruptcy@tn.gov |
| STATE OF TENNESSEE ATTORNEY GENERAL | TNATTYGEN@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | COMPLAINTS@OAG.TEXAS.GOV |
| STATE OF UTAH ATTORNEY GENERAL | UAG@AGUTAH.GOV |
| STATE OF UTAH ATTORNEY GENERAL | UAG@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | COMMUNICATIONS@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | DOJCOMMUNICATIONS@DOJ.STATE.WI.US |
| STATE OF WYOMING ATTORNEY GENERAL | SHERRY.GRIFFIN1@WYO.GOV |

# Total Count: 65