# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Debra Grassgreen**
**Pachulski Stang Ziehl & Jones**
**One Sansome Street**
**34th Floor, Suite 3430**
**San Francisco, CA 94104**

**RE: 25−10823 Synthego Corporation**

Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **June 11, 2025** at **1:00pm** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before May 21, 2025 and file the Notice and Certificate of Service with the Court no later than May 28, 2025.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 5/15/25

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 25-10823-MFW

Synthego Corporation                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                          Page 1 of 2
Date Rcvd: May 15, 2025                       Form ID: van472                      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synthego Corporation, 3696 Haven Avenue, Suite A, Redwood City, CA 94063-4604 |
| aty | + | Debra Grassgreen, Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104 UNITED STATES 94104-4436 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Michael Haywood | on behalf of Interested Party Perceptive Credit Holdings III  LP bhaywood@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Brian J. McLaughlin | on behalf of Creditor Reprocell USA Inc. brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com |
| Christopher M. Samis | on behalf of Interested Party Perceptive Credit Holdings III  LP leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Epiq Corporate Restructuring, LLC | sgarabato@epiqglobal.com |

District/off: 0311-1

Date Rcvd: May 15, 2025

User: admin

Form ID: van472

Page 2 of 2

Total Noticed: 2

James E O'Neill

    on behalf of Debtor Synthego Corporation joneill@pszjlaw.com  efile1@pszjlaw.com

Jonathan Lipshie

    on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Louis J. Cisz, III

    on behalf of Creditor ERS Genomics Limited lcisz@nixonpeabody.com
    sf.managing.clerk@nixonpeabody.com;jzic@nixonpeabody.com

Malhar S. Pagay

    on behalf of Debtor Synthego Corporation mpagay@pszjlaw.com

Maxim B. Litvak

    on behalf of Debtor Synthego Corporation mlitvak@pszjlaw.com

Megan Seliber

    on behalf of U.S. Trustee U.S. Trustee megan.seliber@usdoj.gov

Reliable Companies

    gmatthews@reliable-co.com

Shannon Forshay

    on behalf of Interested Party Perceptive Credit Holdings III  LP sforshay@potteranderson.com, bankruptcy@potteranderson.com

U.S. Trustee

    USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 13