# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## SYNTHEGO CORPORATION

---

[1]  The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Synthego Corporation, debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of Paladin Management Group LLC, ("Paladin") which has been proposed to provide a chief restructuring officer and additional personnel to assist the Debtor, prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

Allen Soong, the Debtor's Chief Restructuring Officer, has signed the Schedules and Statement. Mr. Soong is a co-founder and partner in Paladin Management Group LLC. Mr. Soong has more than twenty-five years of experience supporting company management teams and stakeholders across multiple industries. He has led over 80 large-scale engagements and has frequently assumed interim executive and CRO roles. Prior to Paladin, Mr. Soong led restructuring teams at Deloitte and CRG Partners Group prior to its sale to Deloitte.

In reviewing and signing the Schedules and Statement, Mr. Soong has necessarily relied upon the efforts, statements, and representations of the Debtor's personnel and professionals. Given the scale of the Debtor's business and complexity of its business covered by the Schedules and Statement, Mr. Soong has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtor and its professionals relied on financial data derived from the Debtor's books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort possible to date to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

The Debtor and its agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, or professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Case**. On May 5, 2025 (the "Petition Date") the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These Global Notes apply to the Schedules and Statement filed by the Debtor.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of the Debtor's Schedules and Statement and should be referenced in connection with any review thereof. In the event that the Schedules and Statement conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement based upon the information available in the Debtor's books and records. However, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and Statement as may be necessary or appropriate. Nothing contained in the Schedules and Statement constitutes a waiver of the Debtor's rights or an admission of any kind with respect to this Chapter 11 Case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a.   **No Admission**.  Nothing contained in the Schedules and Statement is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

b.   **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to characterize, classify, categorize, or designate correctly certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.   **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

d.   **Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statement on any grounds, including, without limitation, liability or classification, or otherwise to designate subsequently such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor.  The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.   **Estimates and Assumptions**.  The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.   **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have

not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.   **Insiders**.  Certain Statement questions require the Debtor to disclose payments to "insiders."  Solely for purposes of these Statement questions, the Debtor included as "insiders" the following:  (a) the Debtor's directors, (b) the Debtor's officers, (c) a person in control of the Debtor, and (d) any relatives of any of the foregoing (if known by the Debtor), each as determined as of the Petition Date.  Persons have been included in the Statement for informational purposes only, and the listing of an individual as an insider is not intended to be, and should not be construed as, a legal characterization of that person as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are reserved.

The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals whom the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

4.   **Methodology**.

a.   **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statement reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor on an unconsolidated basis except as noted on the applicable Schedules and Statement or herein.

b.   **Duplication**.  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statement and Schedules.  To the extent these disclosures would be duplicative, the Debtor has determined only to list such assets, liabilities, and prepetition payments once.

**Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for its assets. In addition, the Debtor is currently marketing its assets as part of a 363 sale(s) to be sold to a potential buyer for the highest or otherwise best price. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values. . Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, copyrights, and other intangible assets, may materially differ from their fair market values, they may be listed as undetermined amounts. The Debtor's intellectual property was generally not capitalizable under GAAP. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value. As such, market values may vary from net book value, and such variance may be material. The Debtor reserves all rights to amend, supplement, or adjust the asset values set forth herein.

c.      **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease real property, furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statement.  Nothing in the Schedules and Statement is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

d.      **Allocation of Liabilities**.  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The Debtor reserves the right to, but are not required to, amend the Schedules and Statement as they deem appropriate to reflect this. The liabilities listed on the Schedules and Statement do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

e.      **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtor are scheduled as "undetermined." The description of an amount as "undetermined" is not intended to reflect upon the materiality of the amount.

f.      **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

g.  **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

h.  **Guarantees and Other Secondary Liability Claims**.  The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts, unexpired leases, secured financings, and other such agreements.  The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as it continues its review of its books and records and contractual agreements.

i.  **Excluded Assets and Liabilities**.  The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statement:  certain deferred rent charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; and certain accrued liabilities.  Other immaterial assets and liabilities may also have been excluded.

j.  **Liens**.  The inventories, property, and equipment listed in the Schedules and Statement are presented without consideration of any liens.

k.  **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

l.  **Setoffs**.  The Debtor may incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to counterparty settlements, and deposits received.  These normal, ordinary course setoffs and nettings are due to the nature of the Debtor's relationships.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts; these ordinary course setoffs are not independently accounted for and as such are or may be excluded from the Debtor's Schedules and Statement.  In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.  The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

m.  **Payment of Prepetition Claims Pursuant to First Day Orders**.  The Bankruptcy Court has entered orders (the "First Day Orders") authorizing, but not directing, the Debtor to, among other things, pay certain prepetition (a) claims; (b) taxes; (c) employee wages (including accrued and unused paid time off), salaries, and other compensation and benefits; and (d) obligations related to the use of the Debtor's cash management system.  Where the Schedules and Statement list creditors and set forth the Debtor's scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date.  To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of this Chapter 11 Case pursuant to the authority granted to the Debtor by the Bankruptcy Court under the First Day Orders, such adjustments have been included in the Schedules and Statement unless otherwise noted on the applicable Schedule or Statement.  The Debtor reserves the right to

update the Schedules and Statement to reflect payments made pursuant to the First Day Orders.

5. **Specific Schedules Disclosures**.

a. **Schedule A/B – Real and Personal Property**.  Asset values are reported as of May 5, 2025, unless otherwise noted herein.

b. **Schedule A/B, Part 1 – Cash and Cash Equivalents.**  Details with respect to the Debtor's cash management system and bank accounts are provided in the Cash Management Motion and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtor utilizes a centralized cash management system.

c. **Schedule A/B, Part 2 – Deposits and Prepayments**.  The Bankruptcy Court, pursuant to the *Order (FINAL) (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief* [Docket No. 85], has authorized the Debtor to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

d. **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment and Collectibles; Part 8 – Fixed Asset Listing**.  The Debtor tracks fixed assets and depreciation in a fixed asset system connected within its accounting system.  Generally, fixed asset descriptions may include very broad descriptions (*e.g.*, "Computer Hardware"), may include a vendor name in lieu of an asset description, may have multiple line items associated with a single asset if multiple general ledger transactions occurred for a single asset, or may combine multiple assets into one line item on the Schedules and Statements.  Assets have been categorized based on the Debtor's general ledger asset classifications and categorizations included in the company's reconciliations of the fixed asset accounts.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

e. **Schedule A/B; Part 10 – Intangibles and Intellectual Property**. Patents, trademarks, and other intellectual property are listed on Schedule A/B, Part 10. Considering book values of intangible assets such as patents, trademarks, copyrights, and other intangibles, may materially differ from their fair market values, they may be listed as undetermined amounts. Further, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for these assets.  The Debtor's intellectual property was generally not capitalizable under GAAP; for instance, patents developed internally in the normal course of business are typically expensed. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value. As such, market values may

vary from net book value, and such variance may be material. The Debtor reserves all rights to amend, supplement, or adjust the asset values set forth herein.

f.   **Schedule A/B, Part 11 – All Other Assets**.  Assets not otherwise listed in these Schedules are included in Part 11 of Schedule A/B.  Dollar amounts are presented net of impairments and other adjustments.

g.   **Schedule A/B.74 – Causes of Action**.  Despite exercising its reasonable efforts to identify all known assets, the Debtor may not have listed all its causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtor's books and records as of the Petition Date.  The Debtor reserves all its rights with respect to any claims and causes of action they may have.  Neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

h.   **Schedule A/B.75 – Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims**.  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds.  Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because certain of these claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

i.   **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise set forth in any order with respect to the *Motion of the Debtor for Entry of Interim Order (I) Authorizing the Debtor to Obtain Post-petition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 42] or other stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  To the extent the Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other entities, and no claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

j.   **Schedule E/F – Creditors Who Have Unsecured Claims**.

   ***Part 1 – Creditors with Priority Unsecured Claims***.  Pursuant to the *Final Order:*

*(I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief* [Docket No. 84] (the "Taxes Order"), the Debtor has been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. The Debtor is in the process of reconciling their potential tax liabilities in various jurisdictions and, consequently, such liabilities may be indicated as "Unliquidated," and any amounts listed constitute the Debtor's good faith estimates of the amounts of such liabilities. To the extent the Debtor paid any such prepetition taxes in accordance with the Taxes Order, the associated claims are not listed in the Debtor's Schedules.

Furthermore, pursuant to the *Final Order (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 88] (the "Wages Order"), the Debtor received authority to pay certain prepetition obligations, including to pay employee wages (including accrued but unused paid time off) and other employee benefits, in the ordinary course of business. To the extent the Debtor paid any such prepetition wage and employee benefit obligations in accordance with the Wages Order, the associated claims are not listed in the Debtor's Schedules. The Debtor has not scheduled accrued but unused paid time off because pursuant to the Wage Order the Debtor is authorized to pay such claims as and when they become payable (i.e., at the time of an employee's termination, in connection with a sale of the Debtor's assets, or as part of a plan of reorganization).

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

***Part 2 – Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases.

As of the time of filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have

accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights to amend Schedules D and E/F if and as it receives such invoices.

In the ordinary course of business, the Debtor generally receives invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtor reserves the right, but are not required, to amend Schedules E/F if and as it receives such invoices. The claims of individual creditors are generally listed at the amounts recorded on the Debtor's books and records and may not reflect credits or allowances due from the creditor. The Debtor reserves all of its rights concerning credits or allowances.

Schedule E/F contains information regarding pending litigation involving the Debtor. The inclusion of any litigation in the Schedules and Statement does not constitute an admission by the Debtor of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. For the avoidance of doubt, the Debtor preserves all defenses with respect to any lawsuit listed on Schedule E/F, including, but not limited to, the right to dispute that any of the lawsuits listed were not properly filed or that the Debtor was not properly served a complaint in accordance with applicable state or federal laws. In addition, certain litigation or claims covered by insurance policies maintained by the Debtor may be excluded from Schedule E/F.

k. **Schedule G – Executory Contracts and Unexpired Leases**. The Debtor's business is large and complex. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or agreement was in effect on the Petition Date, or that such contract or agreement is valid or enforceable. Nothing herein shall be construed as an admission, concession, or evidence that any of the contracts, agreements, and leases identified on Schedule G: (i) constitute an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code and other applicable law; or (ii) have not expired or been terminated or otherwise are not currently in full force and effect. Moreover, omission of a contract or lease from Schedule G does not constitute an admission that the contract or lease is not an executory contract or unexpired lease. The Debtor reserves all of its rights, including its right to seek a later determination of these issues and its right to dispute the validity, status, characterization, or enforceability of any contract or lease in Schedule G.

Certain of these contracts or leases may have been modified, amended, or supplemented by various amendments, restatements, statement of works, waivers, estoppel certificates, letters, improvement initiatives, notices to proceed, field directives, side letters, commitment letters, and other documents, instruments, and agreements that may not be listed, but are nonetheless incorporated by this reference.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The Debtor may have entered into various agreements in the ordinary course of its business, such as easements, rights of way, subordinations, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, non-disclosure agreements, confidentiality agreements, and similar such agreements. These documents also may not be listed on Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in the Debtor's Schedule G. Multiple listings, if any, reflect distinct agreements between the Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**6.**   **<u>Specific Statements Disclosures</u>**.

a.   **Statements – Question 1 – Gross Revenues from Business**. The gross revenue from business is listed through 4/30/2025, rather than through the Petition Date. For the purposes of this question, the Debtor has classified all revenue and receipts as operating revenue.

b.   **Statements – Question 2 – Non-Business Revenue**. Non-business revenue is listed through 4/30/2025, rather than through the Petition Date.

c.      **Statements – Question 3 – 90 Day Payments**.  The dates in the date of payment column relate to one of the following:  (i) the date of a wire transfer; (ii) the date of an ACH payment; or (iii) the clearance or issuance date for a check or money order.  Although the Debtor has attempted to remove unfunded and rejected payments, there may be items in process.  Therefore, certain payments reflected in Question 3 may not have been paid, and those amounts may also appear as unsecured non-priority claims in Schedule E/F as amounts owed to the same entities.  Payments or transfers made within the 90 days before the Petition Date to non-employee directors and/or insiders are included in Question 4 and are not listed on Question 3.

Payments made to bankruptcy professionals are not represented within this question. All payments made to bankruptcy professionals within 1 year of the Petition Date have instead been included within SOFA 11, as these payments are related to either debt consolidation or restructuring, bankruptcy relief, or filing a bankruptcy case.

d.      **Statements – Question 4 – Payments to or for the Benefit of Insiders**.

a.      <u>General</u>.  For a discussion of insiders of the Debtor, refer to paragraph 3(j) of these Global Notes. The information reported on Statements, Part 2, Question 4 is representative of the total payments made to insiders, as described in paragraph 3(j) of these Global Notes during the one (1) year prior to the Petition Date. For the avoidance of doubt, the information reported on Statements, Part 2, Question 4 may include payments to individuals who may have been insiders at the time they were employed by a Debtor but are no longer employed by a Debtor.

b.      Payments, distributions, and withdrawals credited or given to insiders listed under this question include:  (i) transfers and payments to insiders made within 90 days of the Petition Date (such payments are not duplicated within Question 3); and (ii) transfers and payments that benefited any insider made within one year of the Petition Date that would otherwise be included in Question 30 herein.

e.      **Statements – Question 6 – Setoffs**.  The Debtor may routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, refunds, negotiations, or disputes between the Debtor and third parties.  Due to the potentially voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtor to list each such transaction.  Therefore, ordinary course setoffs are excluded from the Debtor's responses to Question 6 of the Statements.  Moreover, the Debtor does not have any non-ordinary course setoffs to report in Question 6.

f.      **Statements – Question 7 – Legal Actions or Assignments**.  The Debtor is involved in various litigation matters in the ordinary course of business.  The Debtor reserves all of its rights and defenses with respect to any and all listed

lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor. The Debtor also reserves its rights to assert that the Debtor is not an appropriate party to such actions or proceedings.

g.    **Statements – Question 9 – Charitable Contributions**. The donations and/or charitable contributions listed in response to Question 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtor's books and records.

h.    **Statements – Question 11 – Payments related to bankruptcy.** Payments made to bankruptcy professionals within one year of the Petition Date are represented in the response to this question; to the extent payments were made within 90 days preceding the Petition Date, they are listed here and not duplicated in the Debtor's response to Question 3. Payments listed in the response to this question could relate to fees, expense reimbursements or retainers.

i.    **Statements – Question 26d – Financial Statements.** Over the prior two years, the Debtor has provided their financial statements to various parties, including potential lenders, investors, vendors, government entities and other interested parties either directly, through online data rooms or other diligence procedures.

j.    **Statements – Question 28 – List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.** Reported herein are officers, directors, managing members, general partners, members in control, controlling shareholders, or other individuals or entities in control of the Debtor as of the Petition Date. Commercially reasonable efforts have been made to provide accurate and complete information regarding the ownership percentages reported herein.

k.    **Statements – Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** The Debtor believe that Question 30 was answered by the Debtor's response to Question 4 and have therefore not listed any payments, distributions, or withdrawals to insiders under this section.

### Right to Amend and/or Supplement

The Debtor reserves the right to amend and/or supplement the Schedules and Statement as may be necessary or appropriate.

### General Disclaimer

The Debtor has prepared the Schedules and Statements based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent

additional information becomes available, the Debtor will amend and supplement the Schedules and Statement.

The Debtor and its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.   The Debtor and its officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.   In no event shall the Debtor or its officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Synthego Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10823 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
|---|

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $24,825,954.84 |
|---|

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $24,825,954.84 |
|---|

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* . . . . . . . . .

| $73,411,918.28 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $151,257,225.70 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
     Lines 2 + 3a + 3b

| $224,669,143.98 |
|---|

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Synthego Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-10823</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANC OF CALIFORNIA | ANALYZED BUSINESS CHECKING | 5795 | $48,971.41 |
| 3.2. | BANC OF CALIFORNIA | ANALYZED BUSINESS CHECKING | 7929 | $64,824.42 |
| 3.3. | BANC OF CALIFORNIA | LOAN | 1917 | $0.00 |
| 3.4. | BANC OF CALIFORNIA | LOAN | 8768 | $0.00 |
| 3.5. | BANC OF CALIFORNIA | MMA | 0702 | $0.00 |
| 3.6. | JP MORGAN CHASE BANK | COMMERCIAL CHECKING | 9821 | $156,536.62 |
| 3.7. | JP MORGAN CHASE BANK | PREMIUM COMMERCIAL MONEY MARKET | 5932 | $15,050.85 |
| 3.8. | SILICON VALLEY BANK | ANALYSIS CHECKING | 3810 | $0.00 |
| 3.9. | SILICON VALLEY BANK | ANALYSIS CHECKING | 9202 | $313,526.96 |
| 3.10. | SILICON VALLEY BANK | CASH SWEEP | 8903 | $131,701.57 |
| 3.11. | SILICON VALLEY BANK | COLLATERAL MMA | 5935 | $225,000.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

Debtor    Synthego Corporation    Case number (if known) 25-10823

(Name)

| | | |
|---|---|---|
| **5** | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $955,611.83 |

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | 955 CHARTER PARTNERS -955 CHARTER LEASE - SECURITY DEPOSIT | $82,554.90 |
| 7.2. | EGGLI PROPERTIES -3585 HAVEN AVE LEASE - SECURITY DEPOSIT | $21,695.50 |
| 7.3. | HAVEN AVE. LLC -3696 HAVEN AVE, SUITE A LEASE - SECURITY DEPOSIT | $13,378.00 |
| 7.4. | HAVEN AVE. LLC -3698 HAVEN AVE, SUITE C LEASE - SECURITY DEPOSIT | $26,120.00 |
| 7.5. | PANGEA INC. SA -EU EMPLOYER OF RECORD | $51,940.22 |
| 7.6. | PG&E - UTILITY DEPOSIT | $40,929.00 |

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | #THROUGHTHEPAIN INC - SPONSORSHIP | $8,000.00 |
| 8.2. | AGILENT TECHNOLOGIES INC - 3-YEAR FOR ESI'S, YEAR 3 OF 3: 12/15/2024 - 12/14/2025 | $119,823.20 |
| 8.3. | AGILENT TECHNOLOGIES INC - AAS PLATELOC SERVICE AGREEMENT | $3,314.95 |
| 8.4. | AGILENT TECHNOLOGIES INC - PREPAYMENT | $13,000.00 |
| 8.5. | AGILENT TECHNOLOGIES INC - SERVICE CONTRACT RENEWAL (OLD PO-25624) / 11X PLATELOC THERMAL MICROPLASTE SEALERS | $4,880.70 |
| 8.6. | AGILENT TECHNOLOGIES INC - TO SET UP AMORTIZATION SCHEDULE FOR INV# 9100957247 | $3,273.60 |
| 8.7. | AGILENT TECHNOLOGIES INC - YEAR 1  ANNUAL BILLING @ $222,508.80 | $141,595.36 |
| 8.8. | AIRGAS USA, LLC - PREPAYMENT | $10,008.22 |
| 8.9. | ALDEVRON - PPD 184K, PER NEIL ON 6/12/2024 VIA SLACK TO PAY VENDOR | $188,405.60 |
| 8.10. | ALERT MEDIA, INC. - EMERGENCY NOTIFICATION | $3,440.70 |
| 8.11. | AMPAC FINE CHEMICALS, LLC - PREPAYMENT | $20,000.00 |
| 8.12. | ANDERSEN TAX LLC - PREPAYMENT | $1,500.00 |
| 8.13. | AON CONSULTING, INC - 2024 RADFORD MCLAGAN COMPENSATION DATABASE PARTICIPATION - UNITED STATES (AUGUST 2024-JULY 2025) | $3,125.00 |
| 8.14. | APPRENTICE FS INC. - SUBSCRIPTION FEE FOR TEMPO SUBSCRIPTION | $56,666.67 |
| 8.15. | ATLAS COPCO COMPRESSORS LLC - YEAR 1 | $2,817.87 |
| 8.16. | AVALARA - PREPAID SERVICE AND PROFESSIONAL SUPPORT- SERVICE PERIOD: MARCH 12 2025 - MARCH 11 2026 | $10,184.22 |
| 8.17. | BEAM CONSULTING - PREPAYMENT | $983.33 |
| 8.18. | BIOCOM - BIOCOM CALIFORNIA MEMBERSHIP FOR 8/2024-7/2025 | $4,550.00 |
| 8.19. | BMG LABTECH, INC. - PO-20475-3 YEAR SERVICE CONTRACTS FORS 3 UV PLATE READERS SERVICE CONTRACTS TO END 8/19/2025 | $1,969.80 |
| 8.20. | BOX.NET - BOX ANNUAL RENEWAL FOR SYNTHEGO | $6,657.00 |
| 8.21. | BUCHI CORPORATION - SERVICE CONTRACT FOR 4 ROTOVAP SYSTEMS (2 FOR INDE, 2 FOR GMP | $17,545.05 |
| 8.22. | BURKE HERRING, LLC - PREPAYMENT | $3,000.00 |
| 8.23. | CARTA - CARTA ANNUAL SUBSCRIPTION FEE | $22,291.67 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.24. | CDMS (T&M PRODUCTS INC.) - PREPAYMENT | $3,150.00 |
| 8.25. | CDW LLC - ADOBE PRODUCTS | $2,619.02 |
| 8.26. | CDW LLC - ANNUAL OKTA RENEWAL - 210 USERS | $30,432.88 |
| 8.27. | CDW LLC - MERAKI RENEWAL 09/24/24-09/23/25 | $5,197.18 |
| 8.28. | CHEMGENES CORPORATION - PREPAYMENT | $665.48 |
| 8.29. | CHEMTREC - CHEMTREC EMERGENCY RESPONSE SERVICE FOR SYNTHEGO (3 YEARS) | $2,402.50 |
| 8.30. | CLARI INC. - GROOVE CORE & FLOW SUBSCRIPTIONS | $3,900.00 |
| 8.31. | CLEAR SPIDER INC. - PREPAYMENT | $3,600.00 |
| 8.32. | COLE-PARMER - PO-25391 DEPOSIT, PROCESS AIDS ITEMS FOR F2 | $18,760.16 |
| 8.33. | CONFIG CONSULTANTS, LLC - PREPAYMENT | $2,333.33 |
| 8.34. | CONTENTSTACK, LLC - CONTENTSTACK GROW MAX 8/29/2022 TO 8/30/2025 36 MONTHS -ANNUAL BILLING (RENEWAL PORTION) | $5,555.56 |
| 8.35. | CONTENTSTACK, LLC - FOR INV#CS6698 - PER LORY, WE'RE PAYING $300K OVER 3 YEARS, INVOICED TWICE A YEAR @ 50K. | $33,333.33 |
| 8.36. | CRAIG A. BARBAROSH - INDEPENDENT DIRECTOR FEES- INDEPENDENT DIRECTOR PRO-RATED MAY FEES | $30,000.00 |
| 8.37. | CSC - PREPAYMENT | $21,920.00 |
| 8.38. | D4H TECHNOLOGIES LTD. - ANNUAL SUBSCRIPTION TO D4H PERSONNEL & TRAINING (BRAVO EDITION) | $3,750.00 |
| 8.39. | DEGREE, INC (DBA LATTICE) - PERFORMANCE + ENGAGEMENT + TIME ON 150 JUL 17, 2024 – JUL 16, 2025 | $5,400.00 |
| 8.40. | DIAAGO LLC - PREPAYMENT | $2,000.00 |
| 8.41. | DOCUSIGN - ANNUAL RENEWAL | $15,697.50 |
| 8.42. | EATON CORPORATION - 8 HR RSP, 7X24 CVG ONLY (FL87NXXX-0160) | $4,514.00 |
| 8.43. | EDITCO BIO, INC. - SOFTWARE BACK-CHARGE: XAVO CROSS CHARGE | $16,766.88 |
| 8.44. | ELDORADO FORKLIFT COMPANY - PREPAYMENT | $1,370.66 |
| 8.45. | ELEMENT MATERIALS TECHNOLOGY (CONCORD) - PREPAYMENT | $84,721.00 |
| 8.46. | ELEMENTAL MACHINES - PREPAYMENT | $5,000.00 |
| 8.47. | EMD MILLIPORE - PREPAYMENT | $18,286.54 |
| 8.48. | FEDERAL EXPRESS - PREPAYMENT | $7,037.89 |
| 8.49. | FISHER SCIENTIFIC - PREPAYMENT | $2,818.91 |
| 8.50. | FRESHWORKS - FRESHSERVICE PRO, 500 ASSET PACKET | $5,915.39 |
| 8.51. | GLEN RESEARCH CORP - LLT MATERIAL TO COVER US FOR Q2'25 | $5,720.00 |
| 8.52. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - AKTA FLUX S 24 MONTH WARRANTY | $889.50 |
| 8.53. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - AKTA FLUX S 24 MONTH WARRANTY (12 MONTH EXT.) | $2,668.50 |
| 8.54. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - AKTA PILOT 600R 24 M WARRANTY | $6,903.60 |
| 8.55. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - AKTA PILOT 600R 24 M WARRANTY | $889.50 |
| 8.56. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - PO-21842- AKTA FLUX S 24 MONTH WARRANTY (12 MONTH EXT.) | $3,558.00 |
| 8.57. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - PREPAYMENT | $500.00 |
| 8.58. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - SERVICE CONTRACT RENEWAL - AKTA OLIGO100, GMP-AKTAOLIGO-003 | $7,130.00 |
| 8.59. | GLOBAL LIFE SCIENCES SOLUTIONS USA LLC - SERVICE CONTRACT RENEWAL FOR AKTA PILOT 600 | $6,479.02 |
| 8.60. | GOOGLE LLC - PREPAYMENT | $6,930.22 |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.61. | GSL BIOTECH LLC - SNAPGENE CORPORATE YEARLY SUBSCRIPTION, 3 ACTIVATIONS, EXPIRES ON SEPTEMBER 19, 2025 | $1,993.75 |
| 8.62. | HAMILTON COMPANY - HAMILTONS IN SUITE A | $31,604.33 |
| 8.63. | HANBAY INC - SYLIGO V1.1 BUILD - PO-27704 | $6,735.00 |
| 8.64. | HAVEN AVE., LLC (FORMERLY WHITE PROPERTIES) - PREPAYMENT | $31,945.47 |
| 8.65. | HAWK RIDGE SYSTEMS LLC - ANNUAL SOLIDWORKS RENEWAL | $3,825.61 |
| 8.66. | HAWK RIDGE SYSTEMS LLC - SOLIDWORKS PROFESSIONAL NETWORK - ELITE SUCCESS PLAN - RENEWAL - 1 YEAR SERIAL NUMBER: 90100142873684294SDJ5XCF | $7,651.22 |
| 8.67. | HUBSPOT - HUBSPOT SUBSCRIPTION BLANKET PO | $5,520.00 |
| 8.68. | HUIDAGENE THERAPEUTICS (SINGAPORE) PTE LTD - ANNUAL LICENSE MAINTENANCE FEE ON THE FIRST ANNIVERSARY OF THE EFFECTIVE DATE. | $66,666.67 |
| 8.69. | IDT - INTEGRATED DNA TECHNOLOGIES - PREPAYMENT | $7,571.43 |
| 8.70. | ILLUMINA, INC. - ISEQ 100 ADVANCE EXCHANGE SUPPORT PLAN/ 36 MONTHS | $326.01 |
| 8.71. | ILLUMINA, INC. - PREPAYMENT | $3,000.00 |
| 8.72. | IMCS, INC - PREPAYMENT | $795.00 |
| 8.73. | INGENIUM GROUP LLC - PREPAYMENT | $15,605.20 |
| 8.74. | INTACT SERVICES USA LLC - INSURANCE PREMIUM RENEWAL- 06.22.24-06.22.25 | $11,190.25 |
| 8.75. | INTELLETRACE, INC. - BPO FOR INTERNET CONNECTIONS AND MANAGEMENT FEES 2025 | $9,786.00 |
| 8.76. | INTERVISION SYSTEMS, LLC - 1 YEAR MAINT ON STE-A-PURE STORAGE PCHFJ23480078 PSPFT24050YDK | $6,536.52 |
| 8.77. | INTERVISION SYSTEMS, LLC - BLANKET PO FOR PROFESSIONAL SERVICES | $1,954.17 |
| 8.78. | INTERVISION SYSTEMS, LLC - DELL R750 SERVER | $17,675.61 |
| 8.79. | INTERVISION SYSTEMS, LLC - NETAPP AFF-A250HA | $1,944.92 |
| 8.80. | INTERVISION SYSTEMS, LLC - NVIDIA-SPECTRUM BASED 25GBE/100GBE 1U PERP SUPPORT REQUIRED NCNR EOL 5/30/24 | $11,486.66 |
| 8.81. | INTERVISION SYSTEMS, LLC - SUITE A VMWARE ENVIRONMENT REPLACEMENT | $23,426.33 |
| 8.82. | KACTUS BIO - PREPAYMENT | $20,000.00 |
| 8.83. | KANDJI, INC. - DEVICE MANAGEMENT MACOS | $4,800.00 |
| 8.84. | LEADIQ, INC. - ANNUAL SUBSCRIPTIONS FOR 2025 | $3,850.00 |
| 8.85. | LEVER, INC. - LEVERTRM FOR ENTERPRISE - 3/30/2025 - 3/29/2026 | $5,775.00 |
| 8.86. | LIFE TECHNOLOGIES CORP. - PREPAYMENT | $91,040.00 |
| 8.87. | LINKEDIN - LINKEDIN CHARGES | $9,480.00 |
| 8.88. | LINKEDIN - PREPAYMENT | $19,080.00 |
| 8.89. | LINKEDIN - SALES NAVIGATOR ADVANCED PLUS (10-24 SEATS) | $14,833.33 |
| 8.90. | LINKSQUARES, INC. - PREPAYMENT | $48,470.33 |
| 8.91. | MARSH & MCLENNAN AGENCY, LLC - 06.22.2024-06.22.2025 - RENEWAL - CL CYBER LIABILITY | $4,347.49 |
| 8.92. | MARSH & MCLENNAN AGENCY, LLC - 06.22.2024-06.22.2025 - RENEWAL - CL EXCESS D&O | $3,384.00 |
| 8.93. | MARSH & MCLENNAN AGENCY, LLC - 06.22.2024-06.22.2025 - RENEWAL CL DIRECTOR/ OFFICERS LIAB | $4,433.17 |
| 8.94. | MARSH & MCLENNAN AGENCY, LLC - 06.22.2024-06.22.2025 - RENEWAL: CL PRODUCTS LIABILITY | $4,933.38 |
| 8.95. | MCMASTER-CARR - PREPAYMENT | $2,625.12 |
| 8.96. | MESA LABORATORIES, INC - MESA LABS/VIEWPOINT RENEWAL | $8,452.20 |
| 8.97. | METTLER-TOLEDO RAININ LLC - PREPAYMENT | $500.00 |
| 8.98. | METTLER-TOLEDO, LLC - PREPAYMENT | $500.00 |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.99. | MPAY, INC - PREPAYMENT | $364.00 |
| 8.100. | NEINDA ADVISORS LLC - INDEPENDENT DIRECTOR PRO-RATED MAY FEES | $30,000.00 |
| 8.101. | NUMARK TRANSPORTATION INC. - PREPAYMENT | $2,800.00 |
| 8.102. | ORACLE AMERICA, INC. - NETSUITE RENEWAL - 24 MONTHS | $28,607.60 |
| 8.103. | PAGERDUTY, INC. - LIVE CALL ROUTING, BUSINESS, EVENT INTELLIGENCE | $2,705.00 |
| 8.104. | PATSNAP - RENEWAL FOR ACCESS TO A PATENT SEARCH PLATFORM | $4,950.00 |
| 8.105. | PATSNAP - RENEWAL FOR ACCESS TO A PATENT SEARCH PLATFORM | $2,475.00 |
| 8.106. | PC CARGO INCORPORATED - PREPAYMENT | $3,000.00 |
| 8.107. | PIPETTE.COM - PREPAYMENT | $2,416.18 |
| 8.108. | PRODUCTIV, INC. - SERVICE CONTRACT RENEWAL - PRODUCTIV SAAS AGREEMENT - YEAR 2 | $9,166.67 |
| 8.109. | PROMETHEUS ENGINEERING INC. - PO-27150 - SUITE A WASTE SYSTEM DESIGN | $4,500.00 |
| 8.110. | QUALER, INC. - SERVICE CONTRACT RENEWAL (OLD PO-26297) - QUALER ANNUAL SUBSCRIPTION FOR 2024 | $1,933.33 |
| 8.111. | QUALIO - QUALIO SERVICE CONTRACT | $43,541.67 |
| 8.112. | QUARLES & BRADY LLP - PREPAYMENT | $38,000.00 |
| 8.113. | QUARTZY - PREPAYMENT | $3,384.91 |
| 8.114. | QUARTZY - QUARTZY RENEWAL | $3,750.00 |
| 8.115. | SALESFORCE.COM - SALESFORCE 2025 CONTRACT RENEWAL | $142,955.22 |
| 8.116. | SALESFORCE.COM - SLACK ENTERPRISE SELECT 7/28/24 - 7/27/25, 170 USERS | $10,200.00 |
| 8.117. | SALESFORCE.COM - TABLEAU - CREATOR (10), VIEWER (25) | $3,000.00 |
| 8.118. | SALESFORCE.COM - TABLEAU CLOUD ENTERPRISE CREATOR/VIEWER | $16,584.75 |
| 8.119. | SAN MATEO COUNTY TAX COLLECTOR [PO BOX 45878] - 955 CHARTER 2024-2025 PROPERTY TAX BILL- 01.2025-06.2025 | $39,048.85 |
| 8.120. | SHI - PREPAYMENT | $43,669.85 |
| 8.121. | SIGMA-ALDRICH, INC. - 100% PREPAYMENT FOR AMIDIES | $14,268.03 |
| 8.122. | SIGMA-ALDRICH, INC. - 100% PREPAYMENT FOR AMIDIES, PO-26371 | $67.04 |
| 8.123. | SIGMA-ALDRICH, INC. - 100% PREPAYMENT FOR AMIDIES, PO-266 75 | $269,805.08 |
| 8.124. | SMARTSHEET - 25XENTERPRISE PLAN W/ STANDARD SUPPORT, DATAMESH, DATA SHUTTLE | $3,850.00 |
| 8.125. | SMARTSHEET - JIRA CONNECTOR | $1,337.23 |
| 8.126. | SNOWFLAKE INC. - FIRST YEAR PO FOR OUR 2-YR SNOWFLAKE SUBSCRIPTION | $11,000.00 |
| 8.127. | SOAPROJECTS, INC. - PREPAYMENT | $906.67 |
| 8.128. | SP INDUSTRIES, INC. - GOLD CONTRACT - SERVICE CONTRACT FOR F2 LYOS | $4,932.10 |
| 8.129. | SPECTRUM CHEMICAL MFG CORP - PREPAYMENT | $2,000.00 |
| 8.130. | STRATASYS, INC.  - EMERALD CARE STRATASYS | $10,395.00 |
| 8.131. | SUPREME OPTIMIZATION, LLC - PREPAYMENT | $1,469.00 |
| 8.132. | SYSERCO, INC. - PREPAYMENT | $27,085.75 |
| 8.133. | TALEND, INC. - TALEND SERVICE CONTRACT | $8,000.00 |
| 8.134. | TELEPATH CORPORATION - ANNUAL ERT RADIO COST. | $3,290.00 |
| 8.135. | THE BUILD FELLOWSHIP, LLC - FELLOWSHIP PROGRAM AND SALARY SHARE FEE FOR ANJANEI DHAYALAN Q2 2025 | $9,000.00 |
| 8.136. | THE WRIGHT LAW GROUP - PREPAYMENT | $4,666.67 |
| 8.137. | THERMO ELECTRON NORTH AMERICA LLC - SERVICE CONTRACT FOR GC (10/2024 TO 10/2025) | $5,465.46 |
| 8.138. | THERMO FISHER SCIENTIFIC (MILWAUKEE) LLC - PREPAYMENT | $8,000.00 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| 8. | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.139. | THOMAS SCIENTIFIC - PREPAYMENT | $52,132.53 |
| 8.140. | TTRUSTED TECH TEAM - PREPAYMENT | $268.78 |
| 8.141. | UNIVERSAL JANITORIAL - PREPAYMENT | $12,370.14 |
| 8.142. | VALIDATION SYSTEMS, INC. - PREPAYMENT | $600.00 |
| 8.143. | WARSHCAPITAL LLC - MONTH OF MAY | $30,000.00 |
| 8.144. | WATERS TECHNOLOGIES, INC - PREPAYMENT | $2,511.24 |
| 8.145. | WATERS TECHNOLOGIES, INC - WATERS SERVICE CONTRACT FOR 3 QC EQUIPMENT | $79,211.53 |
| 8.146. | WORLD COURIER - PREPAYMENT | $6,829.17 |
| 8.147. | ZOOM - ZOOM RENEWAL FOR SYNTHEGO | $7,462.13 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $2,790,187.82 |
|---|---|---|

**Part 3:    ACCOUNTS RECEIVABLE**

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11. | **ACCOUNTS RECEIVABLE** | | | |
| | 90 DAYS OLD OR LESS | $5,741,166.57 face amount | - $0.00 doubtful or uncollectable accounts | = ➔ $5,741,166.57 |
| | OVER 90 DAYS OLD | $1,180,900.96 face amount | - $660,309.20 doubtful or uncollectable accounts | = ➔ $520,591.76 |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $6,261,758.33 |
|---|---|---|

**Part 4:    INVESTMENTS**

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| 15. | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| 16. | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| 17 | **Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|---|

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.    DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** | | | | |
| 19.1. | RAW MATERIALS - CHEMICALS, REAGENTS, LAB CONSUMABLES | 4/30/2025 | $3,834,616.33 | AVERAGE COST | $3,834,616.33 |
| **20.** | **WORK IN PROGRESS** | | | | |
| 20.1. | WIP - IMCS MOD SGRNA BASELINE | 4/30/2025 | $49,885.58 | AVERAGE COST | $49,885.58 |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. | FINISHED GOODS - WHOLE GENOME LIBRARIES | 4/30/2025 | $1,612,961.00 | AVERAGE COST | $1,612,961.35 |
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| | **NONE** | | | | |

| 23 | **Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $5,497,463.26 |
|---|---|---|

**24.    Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $254,972.92    Valuation method    cost    Current value    $254,972.92

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.    DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** | **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.** | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| | Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|---|
| | | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **32.** | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| **33** | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |
|---|---|---|---|---|

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |
|---|---|

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **OFFICE FURNITURE** | | | |
| 39.1. | OFFICE DESK, PHONE BOOTHS, FORKLIFT | $107,506.34 | - STATED AT COST LESS ACCUMULATED DEPRECIATION - STRAIGHT LINE METHOD OVER ESTIMATED USEFUL LIFE | $107,506.34 |
| **40.** | **OFFICE FIXTURES** | | | |
| | NONE | | | |
| **41.** | **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. | COMPUTER EQUIPMENT, SERVERS, SOLIDWORKS LICENSING | $220,193.71 | - STATED AT COST LESS ACCUMULATED DEPRECIATION - STRAIGHT LINE METHOD OVER ESTIMATED USEFUL LIFE | $220,193.71 |
| **42.** | **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| | NONE | | | |

| **43** | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $327,700.05 |
|---|---|---|---|---|

| 44. | Is a depreciation schedule available for any of the property listed in Part 7? |
|---|---|
| | ☐ No |
| | ☑ Yes |

| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year? |
|---|---|
| | ☑ No |
| | ☐ Yes |

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

| 46. | DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES? |
|---|---|
| | ☐ No. Go to Part 9. |
| | ☑ Yes. Fill in the information below. |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    199 FORD, E450 SUPER DUTY [VIN 1FDXE40FXXHB91218] | $140,000.00 | | $140,000.00 |
| 47.2.    2020 ISUZU, NPR HD [VIN 54DC4W1B9LS806959] | $66,000.00 | | $66,000.00 |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    FREEZER, BUNKER CABINET, BIOREACTOR PROJECT, GMP LAB | $7,259,893.71 | - STATED AT COST LESS ACCUMULATED DEPRECIATION<br>- STRAIGHT LINE METHOD OVER ESTIMATED USEFUL LIFE | $7,259,893.71 |
| 50.2.    GMP AKTA FLUX '6', AKTA OLIGOPILOT 400 DNA/RNA, LAB SERIES STREAM STERILIZER | $1,527,339.84 | - STATED AT COST LESS ACCUMULATED DEPRECIATION<br>- STRAIGHT LINE METHOD OVER ESTIMATED USEFUL LIFE | $1,527,339.84 |
| **51    Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $8,993,233.55 |

| 52. | Is a depreciation schedule available for any of the property listed in Part 8? |
|---|---|
| | ☐ No |
| | ☑ Yes |

| 53. | Has any of the property listed in Part 8 been appraised by a professional within the last year? |
|---|---|
| | ☑ No |
| | ☐ Yes |

## Part 9:    REAL PROPERTY

**54.    DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    LOCATION: 3696 HAVEN, 3585 HAVEN, F2 (955 CHARTER) & 3698 HAVEN<br>DESCRIPTION: INCLUDING HVAC, CLEANROOM EXPANSION, GMP EXHAUST, ETC | LEASEHOLD | UNKNOWN | | UNKNOWN |

| **56**    **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY

**59.    DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.    PATENT - AUTOMATED MODULAR SYSTEM AND METHOD FOR PRODUCTION OF BIOPOLYMERS APP NO. 14/866,091 [GRANTED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.2.    PATENT - AUTOMATED MODULAR SYSTEM AND METHOD FOR PRODUCTION OF BIOPOLYMERS APP NO. 16/027,982 [GRANTED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.3.    PATENT - AUTOMATED MODULAR SYSTEM AND METHOD FOR PRODUCTION OF BIOPOLYMERS APP NO. 16/746,729 [GRANTED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.4.    PATENT - AUTOMATED MODULAR SYSTEM AND METHOD FOR PRODUCTION OF BIOPOLYMERS APP NO. 17/021,616 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.5.    PATENT - AUTOMATED MODULAR SYSTEM AND METHOD FOR PRODUCTION OF BIOPOLYMERS APP NO. 18925404.8 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.6.    PATENT - AUTOMATED MODULAR SYSTEM AND METHOD FOR PRODUCTION OF BIOPOLYMERS APP NO. 2101021 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.7.    PATENT - BIOPOLYMER SYNTHESIS SYSTEM AND METHOD APP NO. 16/989,593 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.8.    PATENT - BIOPOLYMER SYNTHESIS SYSTEM AND METHOD APP NO. 18853902.7 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |

Debtor    Synthego Corporation

(Name)

Case number (if known)    25-10823

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.9. PATENT - BIOPOLYMER SYNTHESIS SYSTEM AND METHOD APP NO. 2004065.5 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.10. PATENT - CELL CULTURE LASER PHOTOABLATION APP NO. 16/803,218 [GRANTED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.11. PATENT - CELL CULTURE LASER PHOTOABLATION APP NO. 17/307,962 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.12. PATENT - CELL CULTURE LASER PHOTOABLATION APP NO. 20763616.8 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.13. PATENT - CELL CULTURE LASER PHOTOABLATION APP NO. US2020/020225 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.14. PATENT - DEVICES AND METHODS FOR TRANSFECTION AND GENERATION OF CLONAL POPULATION CELLS APP NO. US2021/014218 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.15. PATENT - GENETIC VARIANT PANELS AND METHODS OF GENERATION AND USE THEREOF APP NO. 17/174,902 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.16. PATENT - GENETIC VARIANT PANELS AND METHODS OF GENERATION AND USE THEREOF APP NO. 20855845.2 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.17. PATENT - GENETIC VARIANT PANELS AND METHODS OF GENERATION AND USE THEREOF APP NO. 2103048.1 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.18. PATENT - GENETIC VARIANT PANELS AND METHODS OF GENERATION AND USE THEREOF APP NO. US2020/052304 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.19. PATENT - GENETICALLY MODIFIED CELLS EXPRESSING ANTIGEN-CONTAINING FUSION PROTEINS AND USES THEREOF APP NO. 63/160,382 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.20. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 10-2020-7036117 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.21. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 16/418,893 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.22. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 17/116,791 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.23. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 19804415.8 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.24. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 2019759.6 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.25. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 201980047559 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.26. PATENT - METHODS AND SYSTEMS FOR GUIDE RNA DESIGN AND USE APP NO. 2021-514944 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.27. PATENT - METHODS FOR ANALYZING NUCLEIC ACID SEQUENCES APP NO. 16/671,979 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.28. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 10-2021-7023500 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.29. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 17/384,417 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.30. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 2020318916 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.31. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 202080028119.3 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |

Debtor    Synthego Corporation                                Case number (if known)    25-10823
          (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.32. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 2021-543279 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.33. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 20843593.3 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.34. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 2110535.8 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.35. PATENT - STABILIZED CRISPR COMPLEXES APP NO. 3127684 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.36. PATENT - STABILIZED CRISPR COMPLEXES APP NO. US2020/042681 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.37. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 10-2021-7023538 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.38. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 17/384,328 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.39. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 2020210884 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.40. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 202080024105.4 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.41. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 2021-543277 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.42. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 20744712.9 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.43. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 2110534.1 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.44. PATENT - SYSTEMS AND METHODS FOR MODULATING CRISPR ACTIVITY APP NO. 3127486 [PUBLISHED] | UNDETERMINED | NONE | UNDETERMINED |
| 60.45. PATENT - SYSTEMS AND METHODS FOR PROCESSING CELLS APP NO. 63/138,197 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.46. PATENT - SYSTEMS AND METHODS FOR PROCESSING CELLS APP NO. 63/225,383 [PENDING] | UNDETERMINED | NONE | UNDETERMINED |
| 60.47. TRADEMARK - CRISPREVOLUTION, APP. NO. 1824484 [CANADA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.48. TRADEMARK - CRISPREVOLUTION, REG. NO. 1 346 968 [INTERNATIONAL BUREAU (WIPO)] | UNDETERMINED | NONE | UNDETERMINED |
| 60.49. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [AUSTRALIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.50. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [CHINA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.51. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [EUROPEAN UNION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.52. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [INDIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.53. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [ISRAEL] | UNDETERMINED | NONE | UNDETERMINED |
| 60.54. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [JAPAN] | UNDETERMINED | NONE | UNDETERMINED |
| 60.55. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [REPUBLIC OF KOREA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.56. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [RUSSIAN FEDERATION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.57. TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [SINGAPORE] | UNDETERMINED | NONE | UNDETERMINED |

| Debtor | Synthego Corporation | | | | Case number (if known) | 25-10823 |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.58. | TRADEMARK - CRISPREVOLUTION, REG. NO. 1346968 [SWITZERLAND] | UNDETERMINED | NONE | UNDETERMINED |
| 60.59. | TRADEMARK - CRISPREVOLUTION, REG. NO. 5171152 [UNITED STATES OF AMERICA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.60. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 1591959 [CHINA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.61. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 1591959 [INDIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.62. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 1591959 [NORWAY] | UNDETERMINED | NONE | UNDETERMINED |
| 60.63. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 1591959 [REPUBLIC OF KOREA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.64. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 1591959 [RUSSIAN FEDERATION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.65. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 1591959 [SWITZERLAND] | UNDETERMINED | NONE | UNDETERMINED |
| 60.66. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 2021356962 [JAPAN] | UNDETERMINED | NONE | UNDETERMINED |
| 60.67. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 2108166 [CANADA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.68. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 339548 [ISRAEL] | UNDETERMINED | NONE | UNDETERMINED |
| 60.69. | TRADEMARK - SYNTHEGO & DESIGN, APP. NO. 40202111876X [SINGAPORE] | UNDETERMINED | NONE | UNDETERMINED |
| 60.70. | TRADEMARK - SYNTHEGO & DESIGN, REG. NO. 1591959 [EUROPEAN UNION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.71. | TRADEMARK - SYNTHEGO & DESIGN, REG. NO. 1591959 [INTERNATIONAL BUREAU (WIPO)] | UNDETERMINED | NONE | UNDETERMINED |
| 60.72. | TRADEMARK - SYNTHEGO & DESIGN, REG. NO. 1591959 [UNITED KINGDOM] | UNDETERMINED | NONE | UNDETERMINED |
| 60.73. | TRADEMARK - SYNTHEGO & DESIGN, REG. NO. 2180087 [AUSTRALIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.74. | TRADEMARK - SYNTHEGO & DESIGN, REG. NO. 6360160 [UNITED STATES OF AMERICA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.75. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 1581794 [INDIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.76. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 1581794 [JAPAN] | UNDETERMINED | NONE | UNDETERMINED |
| 60.77. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 1581794 [NORWAY] | UNDETERMINED | NONE | UNDETERMINED |
| 60.78. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 1581794 [REPUBLIC OF KOREA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.79. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 1581794 [SINGAPORE] | UNDETERMINED | NONE | UNDETERMINED |
| 60.80. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 1581794 [SWITZERLAND] | UNDETERMINED | NONE | UNDETERMINED |
| 60.81. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), APP. NO. 2092650 [CANADA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.82. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [AUSTRALIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.83. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [CHINA] | UNDETERMINED | NONE | UNDETERMINED |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.84. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [EUROPEAN UNION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.85. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [INTERNATIONAL BUREAU (WIPO)] | UNDETERMINED | NONE | UNDETERMINED |
| 60.86. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [ISRAEL] | UNDETERMINED | NONE | UNDETERMINED |
| 60.87. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [RUSSIAN FEDERATION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.88. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 1581794 [UNITED KINGDOM] | UNDETERMINED | NONE | UNDETERMINED |
| 60.89. | TRADEMARK - SYNTHEGO DESIGN (BLACK STRIPES), REG. NO. 6360155 [UNITED STATES OF AMERICA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.90. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [CHINA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.91. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [INDIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.92. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [JAPAN] | UNDETERMINED | NONE | UNDETERMINED |
| 60.93. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [NORWAY] | UNDETERMINED | NONE | UNDETERMINED |
| 60.94. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [REPUBLIC OF KOREA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.95. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [RUSSIAN FEDERATION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.96. | TRADEMARK - SYNTHEGO, APP. NO. 1573167 [SWITZERLAND] | UNDETERMINED | NONE | UNDETERMINED |
| 60.97. | TRADEMARK - SYNTHEGO, APP. NO. 1824485 [CANADA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.98. | TRADEMARK - SYNTHEGO, APP. NO. 2082202 [CANADA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.99. | TRADEMARK - SYNTHEGO, APP. NO. 40202102960T [SINGAPORE] | UNDETERMINED | NONE | UNDETERMINED |
| 60.100. | TRADEMARK - SYNTHEGO, REG. NO. 1 346 203 [INTERNATIONAL BUREAU (WIPO)] | UNDETERMINED | NONE | UNDETERMINED |
| 60.101. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [AUSTRALIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.102. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [CHINA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.103. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [EUROPEAN UNION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.104. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [ISRAEL] | UNDETERMINED | NONE | UNDETERMINED |
| 60.105. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [JAPAN] | UNDETERMINED | NONE | UNDETERMINED |
| 60.106. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [NORWAY] | UNDETERMINED | NONE | UNDETERMINED |
| 60.107. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [REPUBLIC OF KOREA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.108. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [RUSSIAN FEDERATION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.109. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [SINGAPORE] | UNDETERMINED | NONE | UNDETERMINED |
| 60.110. | TRADEMARK - SYNTHEGO, REG. NO. 1346203 [SWITZERLAND] | UNDETERMINED | NONE | UNDETERMINED |
| 60.111. | TRADEMARK - SYNTHEGO, REG. NO. 1573167 [AUSTRALIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.112. | TRADEMARK - SYNTHEGO, REG. NO. 1573167 [EUROPEAN UNION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.113. | TRADEMARK - SYNTHEGO, REG. NO. 1573167 [INTERNATIONAL BUREAU (WIPO)] | UNDETERMINED | NONE | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.114.  TRADEMARK - SYNTHEGO, REG. NO. 1573167 [ISRAEL] | UNDETERMINED | NONE | UNDETERMINED |
| 60.115.  TRADEMARK - SYNTHEGO, REG. NO. 1573167 [UNITED KINGDOM] | UNDETERMINED | NONE | UNDETERMINED |
| 60.116.  TRADEMARK - SYNTHEGO, REG. NO. 3564478 [INDIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.117.  TRADEMARK - SYNTHEGO, REG. NO. 5171178 [UNITED STATES OF AMERICA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.118.  TRADEMARK - SYNTHEGO, REG. NO. 6360159 [UNITED STATES OF AMERICA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.119.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [CHINA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.120.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [EUROPEAN UNION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.121.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [INDIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.122.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [JAPAN] | UNDETERMINED | NONE | UNDETERMINED |
| 60.123.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [NORWAY] | UNDETERMINED | NONE | UNDETERMINED |
| 60.124.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [REPUBLIC OF KOREA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.125.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [RUSSIAN FEDERATION] | UNDETERMINED | NONE | UNDETERMINED |
| 60.126.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [SWITZERLAND] | UNDETERMINED | NONE | UNDETERMINED |
| 60.127.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 1610977 [UNITED KINGDOM] | UNDETERMINED | NONE | UNDETERMINED |
| 60.128.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 2131066 [CANADA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.129.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 2207288 [AUSTRALIA] | UNDETERMINED | NONE | UNDETERMINED |
| 60.130.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 343128 [ISRAEL] | UNDETERMINED | NONE | UNDETERMINED |
| 60.131.  TRADEMARK - WORLD CRISPR DAY, APP. NO. 40202121189W [SINGAPORE] | UNDETERMINED | NONE | UNDETERMINED |
| 60.132.  TRADEMARK - WORLD CRISPR DAY, REG. NO. 1610977 [INTERNATIONAL BUREAU (WIPO)] | UNDETERMINED | NONE | UNDETERMINED |
| 60.133.  TRADEMARK - WORLD CRISPR DAY, REG. NO. 6522503 [UNITED STATES OF AMERICA] | UNDETERMINED | NONE | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.1.   CRISPRKIT.COM | $0.00 | N/A | UNDETERMINED |
| 61.2.   CRISPRTUTORIAL.COM | $0.00 | N/A | UNDETERMINED |
| 61.3.   SYNTHEGO.AT | $0.00 | N/A | UNDETERMINED |
| 61.4.   SYNTHEGO.CLINIC | $0.00 | N/A | UNDETERMINED |
| 61.5.   SYNTHEGO.COM | $0.00 | N/A | UNDETERMINED |
| 61.6.   SYNTHEGO.NET | $0.00 | N/A | UNDETERMINED |
| 61.7.   SYNTHEGO.ORG | $0.00 | N/A | UNDETERMINED |
| 61.8.   SYNTHEGOCORPORATION.COM | $0.00 | N/A | UNDETERMINED |
| 61.9.   SYNTHEGOCORPORATION.COM | $0.00 | N/A | UNDETERMINED |
| 61.10.  WORLDCRIPSRDAY.COM | $0.00 | N/A | UNDETERMINED |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1. | CUSTOMER LISTS | $0.00 | N/A | UNDETERMINED |
| 63.2. | MAILING LISTS | $0.00 | N/A | UNDETERMINED |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** | **GOODWILL** | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 72.1. | EMPLOYEE RETENTION CREDITS | Tax year | UNDETERMINED |
| 72.2. | NET OPERATING LOSS, FEDERAL  (DO NOT EXPIRE) AS OF 12.31.2023 | Tax year (POST DECEMBER 31, 2017) | UNDETERMINED |
| 72.3. | NET OPERATING LOSS, FEDERAL (EXPIRE BETWEEN 2032 – 2037) AS OF 12.31.2023 | Tax year PRE-JANUARY 1, 2018 | UNDETERMINED |
| 72.4. | NET OPERATING LOSS, STATE (DO NOT EXPIRE) AS OF 12.31.2023 | Tax year | UNDETERMINED |
| 72.5. | NET OPERATING LOSS, STATE (EXPIRE BETWEEN 2032 – 2043) AS OF 12.31.2023 | Tax year | UNDETERMINED |
| 72.6. | RESEARCH AND DEVELOPMENT TAX CREDIT, FEDERAL (EXPIRES BETWEEN 2032 - 2043) AS OF 12.31.2023 | Tax year | UNDETERMINED |
| 72.7. | RESEARCH AND DEVELOPMENT TAX CREDIT, STATE (DO NOT EXPIRE) AS OF 12.31.2023 | Tax year | UNDETERMINED |
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| 75. | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS | |
| 76. | TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY | |
| 77. | OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 78 | Total of Part 11. ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year? ☒ No ☐ Yes | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $955,611.83 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $2,790,187.82 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $6,261,758.33 | |
| 83. | Investments. *Copy line 17, Part 4.* | | |
| 84. | Inventory. *Copy line 23, Part 5.* | $5,497,463.26 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $327,700.05 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $8,993,233.55 | |
| 88. | Real property. *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | | UNDETERMINED |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | All other assets. *Copy line 78, Part 11.* | + UNDETERMINED | |
| 91. | Total. Add lines 80 through 90 for each column . . . . . . . . 91a. | $24,825,954.84 | + 91b. UNDETERMINED |
| 92. | Total of all property on Schedule A/B.  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $24,825,954.84 |

| Fill in this information to identify the case: |
|---|

| Debtor | Synthego Corporation |
|---|---|

United States Bankruptcy Court for the:     District of Delaware

| Case number | 25-10823 |
|---|---|
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1.    1.   **Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

     ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |
| 2.1 | **Creditor's name** <br> PERCEPTIVE CREDIT HOLDINGS III, LP | **Describe debtor's property that is subject to a lien** <br> ALL ASSETS OF THE DEBTOR | $73,411,918.28 | UNKNOWN |
| | **Creditor's mailing address** <br> 51 ASTOR PLACE, 10TH FLOOR <br> NEW YORK, NY  10003 | **Describe the lien** <br> SECURED  FIRST-PRIORITY LIENS | | |
| | **Creditor's email address** <br> SANDEEP@PERCEPTIVELIFE.COM | **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes | | |
| | **Date or dates debt was incurred** <br> 1/24/2022 | **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes | | |
| | **Last 4 digits of account number:** N/A | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | | |
| | **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $73,411,918.28 |
|---|---|---|

Debtor    Synthego Corporation    Case number (if known)    25-10823
(Name)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| PERCEPTIVE CR. HOLDINGS III LP<br>C/O MORRISON & FOERESTER LLP<br>ATTN: JAMES NEWTON, MIRANDA RUSSELL<br>J. KRENN, D. MCKENZIE, W. WINSETT<br>250 W 55TH ST<br>NEW YORK, NY  10019-9601 | Line 2.1 | |
| PERCEPTIVE CREDIT HOLDINGS III, LP<br>C/O POTTER ANDERSON & CORROON LLP<br>ATTN CHRISTOPHER SAMIS, BRETT HAYWOOD, SHANNON FORSHAY<br>1313 N. MARKET ST, 6TH FLR<br>WILMINGTON, DE  19801 | Line 2.1 | |

**Fill in this information to identify the case:**

Debtor    Synthego Corporation

United States Bankruptcy Court for the:    District of Delaware

Case number    25-10823
(if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
                                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address** <br> ADAMS COUNTY TREASURER'S OFFICE <br> 4430 S. ADAMS COUNTY PKWY <br> SUITE C2436 <br> BRIGHTON, CO  80601 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY** <br> unsecured claim: 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address** <br> ALAMEDA COUNTY <br> AUDITOR-CONTROLLER'S OFFICE <br> 1221 OAK STREET <br> ROOM 249 <br> OAKLAND, CA  94612 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY** <br> unsecured claim: 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.3** | **Priority creditor's name and mailing address**
ALAMEDA COUNTY
AUDITOR-CONTROLLER'S OFFICE
1221 OAK STREET
ROOM 249
OAKLAND, CA 94612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.4** | **Priority creditor's name and mailing address**
ALAMEDA COUNTY
AUDITOR-CONTROLLER'S OFFICE
1221 OAK STREET
ROOM 249
OAKLAND, CA 94612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.5** | **Priority creditor's name and mailing address**
ALLEGHENY COUNTY TREASURER'S OFFICE
436 GRANT STREET
ROOM 108
PITTSBURGH, PA 15219

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.6** | **Priority creditor's name and mailing address**
BLUE EARTH COUNTY PUBLIC WORKS
35 MAP DRIVE
MANKATO, MN 56001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.7** | **Priority creditor's name and mailing address**
CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION (CDTFA)
450 N STREET
SACRAMENTO, CA 95814

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.8**   Priority creditor's name and mailing address

CHEROKEE COUNTY TAX
ASSESSOR-COLLECTOR
135 S. MAIN STREET
RUSK, TX  75785

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.9**   Priority creditor's name and mailing address

CITY OF ALAMEDA FINANCE DEPARTMENT
2263 SANTA CLARA AVE
ALAMEDA, CA  94501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.10**   Priority creditor's name and mailing address

CITY OF ATLANTA DEPARTMENT OF FINANCE
68 MITCHELL ST SW
SUITE 1400
ATLANTA, GA  30303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.11**   Priority creditor's name and mailing address

CITY OF ATLANTA DEPARTMENT OF FINANCE
68 MITCHELL STREET SW
SUITE 1400
ATLANTA, GA  30303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.12**   Priority creditor's name and mailing address

CITY OF AUSTIN FINANCE DEPARTMENT
500 4TH AVE NE
AUSTIN, MN  55912

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Synthego Corporation
          (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.13**  **Priority creditor's name and mailing address**

CITY OF BRISBANE FINANCE DEPARTMENT
50 PARK PLACE
BRISBANE, CA  94005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.14**  **Priority creditor's name and mailing address**

CITY OF CHICAGO DEPARTMENT OF FINANCE
121 N LASALLE ST
7TH FLOOR
CHICAGO, IL  60602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15**  **Priority creditor's name and mailing address**

CITY OF DAVIS FINANCE DEPARTMENT
23 RUSSELL BLVD
DAVIS, CA  95616

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.16**  **Priority creditor's name and mailing address**

CITY OF DUARTE FINANCE DIVISION
1600 HUNTINGTON DR
DUARTE, CA  91010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17**  **Priority creditor's name and mailing address**

CITY OF GOLETA FINANCE DEPARTMENT
130 CREMONA DR
GOLETA, CA  93117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page | | | | Total claim | Priority amount |
|---------|------------------|--|--|--|-------------|-----------------|

| | | | | |
|--|--|--|--|--|

**2.18**

**Priority creditor's name and mailing address**

CITY OF HAYWARD FINANCE DEPARTMENT
777 B ST
HAYWARD, CA 94541

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.19**

**Priority creditor's name and mailing address**

CITY OF HOUSTON FINANCE DEPARTMENT
611 WALKER ST
HOUSTON, TX 77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.20**

**Priority creditor's name and mailing address**

CITY OF MANKATO FINANCE DEPARTMENT
10 CIVIC CENTER PLAZA
MANKATO, MN 56001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.21**

**Priority creditor's name and mailing address**

CITY OF MEMPHIS FINANCE DIVISION
125 N MAIN ST
ROOM 301
MEMPHIS, TN 38103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.22**

**Priority creditor's name and mailing address**

CITY OF MINNEAPOLIS FINANCE DEPARTMENT
350 S 5TH ST
ROOM 325M
MINNEAPOLIS, MN 55415

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | Total claim | Priority amount |
|---|---|---|---|---|

**2.23** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF NOVATO FINANCE DEPARTMENT
922 MACHIN AVE
NOVATO, CA  94945

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.24** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF PULLMAN FINANCE DEPARTMENT
190 SE CRESTVIEW ST
PULLMAN, WA  99163

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF RICHMOND FINANCE DEPARTMENT
450 CIVIC CENTER PLAZA
RICHMOND, CA  94804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF RIVERSIDE FINANCE DEPARTMENT
3900 MAIN ST
RIVERSIDE, CA  92522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF RUSK FINANCE DEPARTMENT
106 E 5TH ST
RUSK, TX  75785

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.28**

Priority creditor's name and mailing address

CITY OF SACRAMENTO FINANCE
DEPARTMENT
915 I ST
SACRAMENTO, CA  95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.29**

Priority creditor's name and mailing address

CITY OF SEATTLE FINANCE DEPARTMENT
700 5TH AVE
SUITE 4500
SEATTLE, WA  98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.30**

Priority creditor's name and mailing address

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO  80261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.31**

Priority creditor's name and mailing address

COMPTROLLER OF MARYLAND
80 CALVERT STREET
ANNAPOLIS, MD  21404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.32**

Priority creditor's name and mailing address

CONTRA COSTA COUNTY TREASURER-TAX
COLLECTOR
625 COURT STREET
ROOM 100
MARTINEZ, CA  94553

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Synthego Corporation
(Name)

Case number (if known)    25-10823

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.33** Priority creditor's name and mailing address

COOK COUNTY TREASURER'S OFFICE
118 N. CLARK STREET
ROOM 112
CHICAGO, IL  60602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.34** Priority creditor's name and mailing address

CUYAHOGA COUNTY TREASURER'S OFFICE
2079 EAST 9TH STREET
CLEVELAND, OH  44115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.35** Priority creditor's name and mailing address

DAKOTA COUNTY TRANSPORTATION DEPARTMENT
14955 GALAXIE AVENUE
APPLE VALLEY, MN  55124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.36** Priority creditor's name and mailing address

DANE COUNTY TREASURER'S OFFICE
210 MARTIN LUTHER KING JR. BLVD
ROOM 114
MADISON, WI  53703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.37** Priority creditor's name and mailing address

DEKALB COUNTY TAX COMMISSIONER'S OFFICE
4380 MEMORIAL DRIVE
SUITE 100
DECATUR, GA  30032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.38 | **Priority creditor's name and mailing address**<br><br>DURHAM COUNTY TAX ADMINISTRATION<br>200 EAST MAIN STREET<br>DURHAM, NC 27701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.39 | **Priority creditor's name and mailing address**<br><br>DURHAM COUNTY TAX ADMINISTRATION<br>201 E. MAIN STREET<br>1ST FLOOR<br>DURHAM, NC 27701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.40 | **Priority creditor's name and mailing address**<br><br>FORSYTH COUNTY TAX ADMINISTRATION<br>201 N CHESTNUT ST<br>WINSTON-SALEM, NC 27101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.41 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPARTMENT OF REVENUE<br>1800 CENTURY BLVD NE<br>ATLANTA, GA 30345<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.42 | **Priority creditor's name and mailing address**<br><br>GUILFORD COUNTY TAX DEPARTMENT<br>400 W MARKET ST<br>GREENSBORO, NC 27401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.43**

**Priority creditor's name and mailing address**

HAMILTON COUNTY AUDITOR
138 E COURT ST
CINCINNATI, OH  45202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.44**

**Priority creditor's name and mailing address**

HENNEPIN COUNTY TRANSPORTATION DEPARTMENT
300 SOUTH 6TH STREET
MINNEAPOLIS, MN  55487

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.45**

**Priority creditor's name and mailing address**

HENNEPIN COUNTY TREASURER'S OFFICE
300 S. 6TH STREET
MINNEAPOLIS, MN  55487

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.46**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
101 W. JEFFERSON STREET
SPRINGFIELD, IL  62702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.47**

**Priority creditor's name and mailing address**

KING COUNTY TREASURY OPERATIONS
500 FOURTH AVENUE
ROOM 600
SEATTLE, WA  98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Synthego Corporation    Debtor/number (if known) 25-10823

(Name)

| Part 1: | Additional Page | | | | |
|---|---|---|---|---|---|
| | | | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.48 | **Priority creditor's name and mailing address**<br><br>LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>500 W TEMPLE ST<br>ROOM 437<br>LOS ANGELES, CA 90012<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.49 | **Priority creditor's name and mailing address**<br><br>LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>500 W TEMPLE ST<br>ROOM 437<br>LOS ANGELES, CA 90012<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.50 | **Priority creditor's name and mailing address**<br><br>LOUDOUN COUNTY TREASURER'S OFFICE<br>1 HARRISON STREET SE<br>LEESBURG, VA 20175<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.51 | **Priority creditor's name and mailing address**<br><br>LOUDOUN COUNTY TREASURER'S OFFICE<br>1 HARRISON STREET SE<br>LEESBURG, VA 20175<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.52 | **Priority creditor's name and mailing address**<br><br>MARIN COUNTY DEPARTMENT OF FINANCE<br>3501 CIVIC CENTER DRIVE<br>SUITE 225<br>SAN RAFAEL, CA 94903<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| 2.53 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>100 CAMBRIDGE STREET<br>BOSTON, MA  02114<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br>METROPOLITAN COUNCIL<br>390 ROBERT STREET NORTH<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br>METROPOLITAN COUNCIL<br>390 ROBERT STREET NORTH<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br>METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY<br>1900 MAIN STREET<br>HOUSTON, TX  77002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br>MINNESOTA DEPARTMENT OF REVENUE<br>600 N. ROBERT STREET<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor  Synthego Corporation
_____
(Name)

Case number (if known) 25-10823

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.58** | **Priority creditor's name and mailing address**

MONTGOMERY COUNTY COMMISSIONER OF THE REVENUE
755 ROANOKE ST
SUITE 1E
CHRISTIANSBURG, VA 24073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.59** | **Priority creditor's name and mailing address**

MOWER COUNTY PUBLIC WORKS
1105 8TH AVENUE NE
AUSTIN, MN 55912

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.60** | **Priority creditor's name and mailing address**

NORTH CAROLINA DEPARTMENT OF REVENUE
501 N. WILMINGTON STREET
RALEIGH, NC 27604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.61** | **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH 43229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.62** | **Priority creditor's name and mailing address**

ORANGE COUNTY TAX OFFICE
228 S CHURTON ST
HILLSBOROUGH, NC 27278

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.63** 

**Priority creditor's name and mailing address**

ORANGE COUNTY TAX OFFICE
228 SOUTH CHURTON STREET
HILLSBOROUGH, NC 27278

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.64**

**Priority creditor's name and mailing address**

ORANGE COUNTY TREASURER-TAX COLLECTOR
625 N ROSS STREET
BUILDING 11
ROOM G58
SANTA ANA, CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.65**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
11TH FLOOR
STRAWBERRY SQUARE
HARRISBURG, PA 17128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.66**

**Priority creditor's name and mailing address**

PHILADELPHIA DEPARTMENT OF REVENUE
1401 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.67**

**Priority creditor's name and mailing address**

REDWOOD CITY FINANCE DEPARTMENT
1017 MIDDLEFIELD RD
REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Debtor    Synthego Corporation                                    Case number (if known)   25-10823
         (Name)

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.68**  **Priority creditor's name and mailing address**

REGIONAL TRANSPORTATION AUTHORITY
175 W JACKSON BLVD
SUITE 1550
CHICAGO, IL  60604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.69**  **Priority creditor's name and mailing address**

REGIONAL TRANSPORTATION DISTRICT (RTD)
1660 BLAKE STREET
DENVER, CO  80202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.70**  **Priority creditor's name and mailing address**

RIVERSIDE COUNTY TREASURER-TAX COLLECTOR
4080 LEMON STREET
4TH FLOOR
RIVERSIDE, CA  92501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.71**  **Priority creditor's name and mailing address**

SACRAMENTO COUNTY DEPARTMENT OF FINANCE
700 H STREET
ROOM 1710
SACRAMENTO, CA  95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.72**  **Priority creditor's name and mailing address**

SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY
ROOM 162
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.73** **Priority creditor's name and mailing address**

SAN FRANCISCO OFFICE OF THE
TREASURER & TAX COLLECTOR
1 DR. CARLTON B. GOODLETT PLACE
ROOM 140
SAN FRANCISCO, CA  94102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.74** **Priority creditor's name and mailing address**

SAN MATEO COUNTY TAX COLLECTOR
555 COUNTY CENTER
1ST FLOOR
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.75** **Priority creditor's name and mailing address**

SAN MATEO COUNTY TAX COLLECTOR'S
OFFICE
555 COUNTY CENTER
1ST FLOOR
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.76** **Priority creditor's name and mailing address**

SAN MATEO COUNTY TAX COLLECTOR'S
OFFICE
555 COUNTY CENTER
1ST FLOOR
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.77** **Priority creditor's name and mailing address**

SAN MATEO COUNTY TAX COLLECTOR'S OFFICE
555 COUNTY CENTER
1ST FLOOR
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.78** **Priority creditor's name and mailing address**

SAN MATEO COUNTY TAX COLLECTOR'S OFFICE
555 COUNTY CENTER
1ST FLOOR
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.79** **Priority creditor's name and mailing address**

SAN MATEO COUNTY TAX COLLECTOR'S OFFICE
555 COUNTY CENTER
1ST FLOOR
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.80** **Priority creditor's name and mailing address**

SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR
105 E ANAPAMU STREET
ROOM 109
SANTA BARBARA, CA  93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|

(Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.81 | **Priority creditor's name and mailing address**<br><br>SANTA CLARA COUNTY DEPARTMENT OF<br>TAX AND COLLECTIONS<br>110 WEST TASMAN DRIVE<br>SAN JOSE, CA  95134<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.82 | **Priority creditor's name and mailing address**<br><br>SCIENTIFIC & CULTURAL FACILITIES<br>DISTRICT (SCFD)<br>1047 SANTA FE DRIVE<br>DENVER, CO  80204<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.83 | **Priority creditor's name and mailing address**<br><br>SHELBY COUNTY TRUSTEE'S OFFICE<br>157 POPLAR AVE<br>MEMPHIS, TN  38103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.84 | **Priority creditor's name and mailing address**<br><br>SHELBY COUNTY TRUSTEE'S OFFICE<br>157 POPLAR AVENUE<br>MEMPHIS, TN  38103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.85 | **Priority creditor's name and mailing address**<br><br>SOLANO COUNTY TREASURER-TAX<br>COLLECTOR<br>675 TEXAS STREET<br>SUITE 1900<br>FAIRFIELD, CA  94533<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.86** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | SOUTH SAN FRANCISCO FINANCE DEPARTMENT<br>400 GRAND AVE<br>SOUTH SAN FRANCISCO, CA  94080 | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.87** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>NASHVILLE, TN  37242 | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.88** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX  78774 | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.89** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | VIRGINIA DEPARTMENT OF TAXATION<br>1957 WESTMORELAND STREET<br>RICHMOND, VA  23230 | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.90** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | WAKE COUNTY REVENUE DEPARTMENT<br>301 S MCDOWELL ST<br>RALEIGH, NC  27601 | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.91**

**Priority creditor's name and mailing address**

WAKE COUNTY REVENUE DEPARTMENT
301 S MCDOWELL ST
RALEIGH, NC 27601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.92**

**Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF REVENUE
6500 LINDERSON WAY SW
TUMWATER, WA 98501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.93**

**Priority creditor's name and mailing address**

WHITMAN COUNTY TREASURER
N 400 MAIN ST
COLFAX, WA 99111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.94**

**Priority creditor's name and mailing address**

WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK ROAD
MADISON, WI 53713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.
☑ Yes.

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Synthego Corporation | Case number (if known) | 25-10829 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

64X BIO
1000 MARINA BLVD SUITE 100
BRISBANE, CA 95070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,461.31

---

**3.2** **Nonpriority creditor's name and mailing address**

858 THERAPEUTICS
4757 NEXUS CENTER DRIVE SUITE 150
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.00

---

**3.3** **Nonpriority creditor's name and mailing address**

8VC CO-INVEST FUND I, L.P.
ATTN: NATHAN FOTEDAR
907 SOUTH CONGRESS AVE
AUSTIN, TX 78704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,936,244.15

---

**3.4** **Nonpriority creditor's name and mailing address**

8VC CO-INVEST FUND I, L.P.
ATTN: NATHAN FOTEDAR
907 SOUTH CONGRESS AVE
AUSTIN, TX 78704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,228,400.66

---

**3.5** **Nonpriority creditor's name and mailing address**

8VC ENTREPRENEURS FUND I, L.P.
ATTN: NATHAN FOTEDAR
907 SOUTH CONGRESS AVE
AUSTIN, TX 78704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$148,457.06

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.6**

**Nonpriority creditor's name and mailing address**

8VC ENTREPRENEURS FUND I, L.P.
ATTN: NATHAN FOTEDAR
907 SOUTH CONGRESS AVE
AUSTIN, TX  78704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$97,020.12

---

**3.7**

**Nonpriority creditor's name and mailing address**

8VC FUND I, L.P
ATTN: NATHAN FOTEDAR
907 SOUTH CONGRESS AVE
AUSTIN, TX  78704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,130,108.85

---

**3.8**

**Nonpriority creditor's name and mailing address**

8VC FUND I, L.P
ATTN: NATHAN FOTEDAR
907 SOUTH CONGRESS AVE
AUSTIN, TX  78704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,966,735.73

---

**3.9**

**Nonpriority creditor's name and mailing address**

A2 BIOTHERAPEUTICS
30301 AGOURA ROAD
AGOURA HILLS, CA  91301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$346.53

---

**3.10**

**Nonpriority creditor's name and mailing address**

AAF - SYNTHEGO GROWTH, L.P.
ATTN: KYLE HENDRICK
10190 AKHTAMAR DRIVE
GREAT FALLS, VA  22066

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$138,823.36

---

Debtor    Synthego Corporation                Case number (if known)    25-10823
         (Name)

| **Part 2:** | Additional Page |

---

|  |  |  | Amount of claim |

**3.11** **Nonpriority creditor's name and mailing address**

AAF II - YASI VENTURES, L.P.
ATTN: KYLE HENDRICK
27 HOSPITAL ROAD
GEORGE TOWN  KY1-1001
CAYMAN ISLANDS

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,720.72

---

**3.12** **Nonpriority creditor's name and mailing address**

AALBORG UNIVERSITY
5 FREDRIK BAJERS VEJ
AALBORG  09220
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.50

---

**3.13** **Nonpriority creditor's name and mailing address**

AARHUS UNIVERSITY
1 NORDRE RINGGADE
AARHUS  10013
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,813.25

---

**3.14** **Nonpriority creditor's name and mailing address**

AARHUS UNIVERSITY
1 NORDRE RINGGADE
AARHUS  10013
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$320.00

---

**3.15** **Nonpriority creditor's name and mailing address**

AB SCIENCE
AVENUE GEORGE V
PARIS  75008
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.16** | **Nonpriority creditor's name and mailing address**

ABBVIE BIORESEARCH CENTER
2261 MARKET STREET 4759
SAN FRANCISCO, CA  94114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,641.31

---

**3.17** | **Nonpriority creditor's name and mailing address**

ABCAM
PO BOX 3460
BOSTON, MA  02241-3460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$297.22

---

**3.18** | **Nonpriority creditor's name and mailing address**

ACHELOIS ONCOLOGY
3698 HAVEN AVE.
SUITE A

REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

ADICET BIO
1000 BRIDGE PARKWAY
REDWOOD CITY, CA  94065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,417.81

---

**3.20** | **Nonpriority creditor's name and mailing address**

ADVANCE PAPER SYSTEMS, INC.
499 PARROTT ST

SAN JOSE, CA  95112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,786.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

ADVANCED TARGETING SYSTEMS
1930 KELLOGG AVE
CARLSBAD, CA  92008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.80

---

**3.22**

**Nonpriority creditor's name and mailing address**

AGILEBITS INC (DBA 1PASSWORD)
PO BOX 7411049
CHICAGO, IL  60674-1049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,013.48

---

**3.23**

**Nonpriority creditor's name and mailing address**

AHMED KHAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,700.00

---

**3.24**

**Nonpriority creditor's name and mailing address**

ALDEVRON LLC
4055 41ST AVE S
FARGO, ND  58104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$175,859.81

---

**3.25**

**Nonpriority creditor's name and mailing address**

ALENTIS THERAPEUTICS
HEGENHEIMERMATTWEG 167A
ALLSCHWIL BASEL LANDSCHAFT  4123 CH
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,519.00

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>ALEXION PHARMACEUTICALS, INC.<br>100 COLLEGE ST<br>NEW HAVEN, CT  06510<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,419.88 |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>ALK ABELLO, INC<br>1700 ROYSTON LANE<br>ROUND ROCK, TX  78664<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,389.50 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>ALL THINGS BUGS<br>755 RESEARCH PARKWAY<br>SUITE 465<br> UNIVERSITY RESEARCH PARK<br>OKLAHOMA CITY, OK  73104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,736.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>ALLOY THERAPEUTICS<br>275 2ND AVE STE 200<br>WALTHAM, MA  2451<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.19 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>ALPHINA THERAPEUTICS, INC.<br>36 CHURCH LANE<br>WESTPORT, CT  60880<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,037.50 |

Debtor    Synthego Corporation
_____    Case number (if known) _25-10823_
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,072.00
| | Check all that apply.

AM CHEMICALS LLC
1060 JOSHUA WAY
VISTA, CA 92081

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE

VARIOUS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,100.00
| | Check all that apply.

AMBAGON THERAPEUTICS
953 INDIANA ST
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT

VARIOUS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,225.00
| | Check all that apply.

AMERICAN ASSOCIATION FOR CANCER RESEARCH
615 CHESTNUT STREET
17TH FLOOR

PHILADELPHIA, PA 19106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

VARIOUS

**Last 4 digits of account number:**

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $334.35
| | Check all that apply.

AMERICAN DURAFILM
55 BOYNTON RD
PO BOX 6770;

HOLLISTON, MA 01746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

VARIOUS

**Last 4 digits of account number:**

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,184.72
| | Check all that apply.

AMERICAN INTERNATIONAL CHEMICAL, LLC
2000 WEST PARK DRIVE
SUITE 300
WESTBOROUGH, MA 01581

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address**

AMGEN
ONE AMGEN CENTER DRIVE
THOUSAND OAKS, CA  91320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,824.53

---

**3.37** | **Nonpriority creditor's name and mailing address**

AMGEN
ONE AMGEN CENTER DRIVE
THOUSAND OAKS, CA  91320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,334.21

---

**3.38** | **Nonpriority creditor's name and mailing address**

AMPLIFYBIO, LLC
1425 PLAIN CITY-GEORGESVILLE ROAD, BLDG JM-10
WEST JEFFERSON, OH  43162

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$258,343.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

API GROUP LIFE SAFETY USA LLC
DBA WESTERN STATES FIRE PROTECTION COMPANY
PO BOX 412007
BOSTON, MA  02241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.40** | **Nonpriority creditor's name and mailing address**

APPRENTICE FS, INC.
101 HUDSON STREET
JERSEY CITY, NJ  07302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
INTELLIGENT BATCH EXECUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$340,000.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

APPRENTICE FS, INC.
101 HUDSON STREET
JERSEY CITY, NJ  07302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
GLP TEMPO MES SUBSCRIPTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$200,000.00

---

3.42  **Nonpriority creditor's name and mailing address**

ARAB ANGEL GP I, L.P.
ATTN: KYLE HENDRICK
2775 SAND HILL RD
MENLO PARK, CA  94025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,346.79

---

3.43  **Nonpriority creditor's name and mailing address**

ARC RESEARCH INSTITUTE
3181 PORTER DR.
PALO ALTO, CA  94304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.00

---

3.44  **Nonpriority creditor's name and mailing address**

ARCTORIS
281 TRESSER BLVD. 9TH FLOOR
STAMFORD, CT  6901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,762.50

---

3.45  **Nonpriority creditor's name and mailing address**

ARIZONA STATE UNIVERSITY
1151 SOUTH FOREST AVENUE
TEMPE, AZ  04981

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☑ No
☐ Yes

$493.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.46**

**Nonpriority creditor's name and mailing address**

ARRAY BIOPHARMA
3200 WALNUT STREET
BOULDER, CO  80301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,803.52

---

**3.47**

**Nonpriority creditor's name and mailing address**

ARSENAL BIOSCIENCES, INC.
2 TOWER PLACE
SUITE 700
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,005,191.07

---

**3.48**

**Nonpriority creditor's name and mailing address**

ARTEMYS FOODS
1610 SE 3RD AVE

PORTLAND, OR  97214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,674.06

---

**3.49**

**Nonpriority creditor's name and mailing address**

ARTIOS PHARMA LIMITED
BABRAHAM RESEARCH CAMPUS
CAMBRIDGE  CB22 3FH
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,496.00

---

**3.50**

**Nonpriority creditor's name and mailing address**

ASCEND GENE AND CELL THERAPIES LTD
1010 ATLANTIC AVE. SUITE 102
ALAMEDA, CA  94501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,124.49

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address**

ASKBIO
PO BOX 12848
DURHAM, NC 27709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.99

---

**3.52** | **Nonpriority creditor's name and mailing address**

ASKLEPIOS BIOPHARMACEUTICALS
20 T.W. ALEXANDER DRIVE SUITE 110
DURHAM, NC 27560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.42

---

**3.53** | **Nonpriority creditor's name and mailing address**

ASTRAZENECA : DEAN ROW COURT
1800 CONCORD PIKE

WILMINGTON, DE 19850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,348.00

---

**3.54** | **Nonpriority creditor's name and mailing address**

ASTRAZENECA PHARMACEUTICALS LP
1800 CONCORD PIKE
WILMINGTON, DE 19850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$232,007.51

---

**3.55** | **Nonpriority creditor's name and mailing address**

ASTRAZENECA:DEAN ROW COURT
1800 CONCORD PIKE
WILMINGTON, DE 19850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LICENSE FOR ESPOTON

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.56**

**Nonpriority creditor's name and mailing address**

ASTRAZENECA:DEAN ROW COURT
1800 CONCORD PIKE

WILMINGTON, DE  19850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,864.00

---

**3.57**

**Nonpriority creditor's name and mailing address**

ATRECA INC
835 INDUSTRIAL ROAD SUITE 400
SAN CARLOS, CA  94070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.28

---

**3.58**

**Nonpriority creditor's name and mailing address**

AUBURN UNIVERSITY
182 SOUTH COLLEGE STREET
AUBURN, AL  36849

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

BARO STUDIO CO. LTD.
292-32 SOLTAESANGDUGIL HYANGNAMEUP
HWASUNG
HWASUNG  18589
SOUTH KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,310.00

---

**3.60**

**Nonpriority creditor's name and mailing address**

BARTON INTEGRATION LLC
5151 CALIFORNIA AVENUE
SUITE 100
IRVINE, CA  92617

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,930.00

---

Debtor    Synthego Corporation

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |

**3.61** Nonpriority creditor's name and mailing address

BAY ALARM COMPANY
PO BOX 51041
LOS ANGELES, CA  90051-5337

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,356.03

---

**3.62** Nonpriority creditor's name and mailing address

BAY AREA AIR QUALITY MGMT DIST. BAAQMD
375 BEALE STREET
SUITE 600
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$595.00

---

**3.63** Nonpriority creditor's name and mailing address

BAYLOR COLLEGE OF MEDICINE
1 BAYLOR PLAZA MS 201
HOUSTON, TX  77030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$111,620.19

---

**3.64** Nonpriority creditor's name and mailing address

BAYLOR COLLEGE OF MEDICINE
1 BAYLOR PLAZA MS 201
HOUSTON, TX  77030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,173.86

---

**3.65** Nonpriority creditor's name and mailing address

BC CANCER RESEARCH CENTRE
1795 WILLINGDON AVE
BURNABY, BC  V5C 6E3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$485.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.66** | **Nonpriority creditor's name and mailing address**

BEAM THERAPEUTICS, INC.
325 VASSAR ST
CAMBRIDGE, MA  02139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,103.42

---

**3.67** | **Nonpriority creditor's name and mailing address**

BEAM THERAPEUTICS, INC.
325 VASSAR ST
CAMBRIDGE, MA  2139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

BEIGENE (TAIWAN) LIMITED
4F-1,NO.386, SEC. 6, NANJING E. RD.
NEIHU DIST
TAIPEI CITY  114030
TAIWAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$120,880.25

---

**3.69** | **Nonpriority creditor's name and mailing address**

BEIJING SBS GENETECH CO., LTD
ROOM 202
BUILDING 2
NO.1 SHANGDI 4TH STREET
BEIJING  100085
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

BENAROYA RESEARCH INSTITUTE
1201 9TH AVENUE
SEATTLE, WA  98101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.33

Debtor  Synthego Corporation
(Name)

Case number (if known) 25-10823

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,456.00

BERLIN-BRANDENBURG ACADEMY OF SCIENCES AND HUMANITIES (BBAW)
JÄGERSTRASSE 22/23. D-10117 BERLIN

GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $735.40

BETH ISRAEL DEACONESS MEDICAL CENTER
330 BROOKLINE AVENUE
BOSTON, MA 02119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,398.50

BIDDLE CONSULTING GROUP, INC
193 BLUE RAVINE ROAD
SUITE 270
FOLSOM, CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56,211.49

BIOCENTRIQ, INC. (ISB)
201 COLLEGE RD E

PRINCETON, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,007.06

BIOGEN
PO BOX 425025
ACCOUNTS PAYABL CAMBRIDGE, MA 2142

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
|        | (Name)              |                        |          |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|--|--|-----------------|

**3.76** **Nonpriority creditor's name and mailing address**

BIOLABS, INC
139 MAIN STREET SUITE 401
CAMBRIDGE, MA  2142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,466.00

---

**3.77** **Nonpriority creditor's name and mailing address**

BIOLYPH LLC
4275 NOREX DR

CHASKA, MN  55318

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.69

---

**3.78** **Nonpriority creditor's name and mailing address**

BIOMARIN
105 DIGITAL DRIVE
NOVATO, CA  94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,500.00

---

**3.79** **Nonpriority creditor's name and mailing address**

BIOMARIN
105 DIGITAL DRIVE
NOVATO, CA  94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.80** **Nonpriority creditor's name and mailing address**

BIONOVA CIENTIFICA, S.L.
C/ ABTAO, 5 - OFICINA 3
MADRID  28007
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$545.25

---

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.81** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $3,197.56

BIO-RAD LABORATORIES, INC.
PO BOX 849740
LOS ANGELES, CA  90084-9740

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $3,197.56

---

**3.82** | **Nonpriority creditor's name and mailing address**

BIOSCRIBE, INC.
3232 DRY CREEK RD
HEALDSBURG, CA  95448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,427.40

---

**3.83** | **Nonpriority creditor's name and mailing address**

BIOTECHNOLOGY RESEARCH CENTER (CRBT)
UNIVERSITY OF CONSTANTINE 2
ABDELHAMID MEHRI
EL KHROUB
 ALGERIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $319.00

---

**3.84** | **Nonpriority creditor's name and mailing address**

BIOTOOLS CO., LTD.
RM. 9, 9F., NO. 93, SEC. 1, XINTAI 5TH RD
XIZHI DISTRICT
NEW TAIPEI CITY  221
TAIWAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $915.75

---

**3.85** | **Nonpriority creditor's name and mailing address**

BIT BIO LIMITED
THE DOROTHY HODGKIN BUILDING
BABRAHAM RESEARCH CAMPUS
CAMBRIDGE  CB22 3FH
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $217,570.43

Debtor    Synthego Corporation _____    Case number (if known) 25-10823
          (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.86** | **Nonpriority creditor's name and mailing address**
BLOOMBERG INDUSTRY GROUP
1801 S BELL ST

ARLINGTON, VA  22202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,883.75

---

**3.87** | **Nonpriority creditor's name and mailing address**
BOSTON CHILDRENS HOSPITAL
300 LONGWOOD AVENUE
BOSTON, MA  02115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,660.44

---

**3.88** | **Nonpriority creditor's name and mailing address**
BOSTON CHILDRENS HOSPITAL
300 LONGWOOD AVENUE
BOSTON, MA  02115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.89** | **Nonpriority creditor's name and mailing address**
BOSTON UNIVERSITY
595 COMMONWEALTH AVENUE
BOSTON, MA  02118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.99

---

**3.90** | **Nonpriority creditor's name and mailing address**
BOSTON UNIVERSITY
595 COMMONWEALTH AVENUE
BOSTON, MA  02118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.18

---

| Debtor | Synthego Corporation | Case number (if known) 25-10823 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>BRIACELL<br>3RD FLOOR<br>BELLEVUE CENTRE<br>235-15TH STR<br>WEST VANCOUVER,   V7T 2X1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,546.40 |

| 3.92 | **Nonpriority creditor's name and mailing address**<br><br>BRIGHAM AND WOMENS HOSPITAL<br>75 FRANCIS STREET<br>BOSTON, MA  02115<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,495.08 |

| 3.93 | **Nonpriority creditor's name and mailing address**<br><br>BROAD INSTITUTE<br>415 MAIN STREET<br>CAMBRIDGE, MA  02142<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $201.14 |

| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>BUCK INSTITUTE FOR RESEARCH ON AGING<br>8001 REDWOOD BOULEVARD<br>NOVATO, CA  94947<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $324.42 |

| 3.95 | **Nonpriority creditor's name and mailing address**<br><br>BURGHERGRAY LLP<br>1350 BROADWAY SUITE 1510<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,924.75 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

**3.96**

**Nonpriority creditor's name and mailing address**

BUSCH LLC
516 VIKING DRIVE
VIRGINIA BEACH, VA 23452

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,580.08

---

**3.97**

**Nonpriority creditor's name and mailing address**

C4 THERAPEUTICS
480 ARSENAL WAY 200
WATERTOWN, MA 02472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,422.62

---

**3.98**

**Nonpriority creditor's name and mailing address**

CALIFORNIA STATE UNIVERSITY, LOS ANGELES
5151 STATE UNIVERSITY DR
LOS ANGELES, CA 90032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$475.00

---

**3.99**

**Nonpriority creditor's name and mailing address**

CALTROL INC.
2685 COLLIER CANYON RD

LIVERMORE, CA 94551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$804.52

---

**3.100**

**Nonpriority creditor's name and mailing address**

CALTRONICS BUSINESS SYSTEMS
1801 W. OLYMPIC BLVD.
PASADENA, CA 91199

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,167.70

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.101** | **Nonpriority creditor's name and mailing address**

CAPE BRETON UNIVERSITY
32 LORWAY AVENUE
SYDNEY, NS  B1P 4Z2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.06

---

**3.102** | **Nonpriority creditor's name and mailing address**

CARTESIAN THERAPEUTICS
7495 NEW HORIZON WAY

FREDERICK, MD  21702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.40

---

**3.103** | **Nonpriority creditor's name and mailing address**

CARTHERICS
PO BOX 655
CARLTON SOUTH, VIC  03053
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,338.00

---

**3.104** | **Nonpriority creditor's name and mailing address**

CARTHERICS
PO BOX 655
CARLTON SOUTH, VIC  3053
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,665.00

---

**3.105** | **Nonpriority creditor's name and mailing address**

CARTOGRAPHY BIOSCIENCES
220 EAST GRAND AVENUE
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,445.67

| Debtor | Synthego Corporation | Case number (if known) 25-10823 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.106** **Nonpriority creditor's name and mailing address**

CARTOGRAPHY BIOSCIENCES
220 EAST GRAND AVENUE
SOUTH SAN FRANCISCO, CA 94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,855.39

---

**3.107** **Nonpriority creditor's name and mailing address**

CARTOGRAPHY BIOSCIENCES
220 EAST GRAND AVENUE
SOUTH SAN FRANCISCO, CA 94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$645.29

---

**3.108** **Nonpriority creditor's name and mailing address**

CASE WESTERN RESERVE UNIVERSITY
2500 METROHEALTH DRIVE
CLEVELAND, OH 44106-4395

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.82

---

**3.109** **Nonpriority creditor's name and mailing address**

CASMA THERAPEUTICS
400 TECHNOLOGY SQUARE
SUITE 201
CAMBRIDGE, MA 02139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,521.00

---

**3.110** **Nonpriority creditor's name and mailing address**

CASPR BIOTECH
479 JESSIE STREET

SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.80

| Debtor | Syntheco Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.111** | **Nonpriority creditor's name and mailing address**
CCRM
1060 MARSH RD 1ST FLOOR

MENLO PARK, CA 94025

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.50

---

**3.112** | **Nonpriority creditor's name and mailing address**
CELGENE CELLULAR THERAPEUTICS
329 S HIGHWAY 101 SUITE 230
SOLANA BEACH, CA 92075

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$954.52

---

**3.113** | **Nonpriority creditor's name and mailing address**
CELLFE
733 INDUSTRIAL RD STE B1
SAN CARLOS, CA 94501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,366.87

---

**3.114** | **Nonpriority creditor's name and mailing address**
CENTERS FOR DISEASE CONTROL
1600 CLIFTON ROAD NE

ATLANTA, GA 30329

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.00

---

**3.115** | **Nonpriority creditor's name and mailing address**
CENTRE FOR STEM CELL RESEARCH
(CHRISTIAN MEDICAL COLLEGE)
CHRISTIAN MEDICAL COLLEGE CAMPUS BAGAYAM
VELLORE
TAMIL NADU 632002
INDIA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,840.00

---

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.116**

**Nonpriority creditor's name and mailing address**

CENTRE FOR STEM CELL RESEARCH
(CHRISTIAN MEDICAL COLLEGE)
CHRISTIAN MEDICAL COLLEGE CAMPUS BAGAYAM
VELLORE
TAMIL NADU  632002
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$156.75

---

**3.117**

**Nonpriority creditor's name and mailing address**

CENTRO DE MEDICINA REGENERATIVA DE BARCELONA
CARRER DEL DOCTOR AIGUADER
88
CIUTAT VELLA
BARCELONA  08003
 SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.00

---

**3.118**

**Nonpriority creditor's name and mailing address**

CENTRO DE NEUROCIENCIAS E BIOLOGIA CELULAR
RUA LARGA - FACULDADE DE MEDICINA
1ºANDAR - POLO I UNIVERSIDADE DE COIMBRA
 3004-504 COIMBRA
PORTUGAL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.00

---

**3.119**

**Nonpriority creditor's name and mailing address**

CEPHEID
904 EAST CARIBBEAN DRIVE
SUNNYVALE, CA  94089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,937.50

---

**3.120**

**Nonpriority creditor's name and mailing address**

CHARITE
CHARITE UNIVERSITAETSMEDIZIN BERLIN
BERLIN, DE  13353
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,233.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | | Amount of claim |
|---|---|---|---|

**3.121**

**Nonpriority creditor's name and mailing address**

CHARITE UNIVERSITATSMEDIZIN BERLIN
CHARITEPLATZ 1 FINANZ
UND RECHNUNGSWESEN ZENTRALER
RECHNUNGSEINGANG
BERLIN  10117
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.50

---

**3.122**

**Nonpriority creditor's name and mailing address**

CHARLES RIVER LABORATORIES INC
PO BOX 27812
NEW YORK, NY  10087-7812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,128.00

---

**3.123**

**Nonpriority creditor's name and mailing address**

CHEMGENES CORPORATION
33 INDUSTRIAL WAY
WILMINGTON, MA  1887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,165.53

---

**3.124**

**Nonpriority creditor's name and mailing address**

CHEMOMETEC
3920 VETERANS MEMORIAL HIGHWAY
SUITE 3
BOHEMIA, NY  11716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,560.00

---

**3.125**

**Nonpriority creditor's name and mailing address**

CHENGDU UCELLO BIOTECHNOLOGY CO. LIMITED
BUILDING D1 TIANFU INTERNATIONAL
BIO-TOWN SHUANGLIU DISTRICT 2ND FLOOR
CHENGDU  610200
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,019.05

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.126** **Nonpriority creditor's name and mailing address**

CHILDREN'S HOSPITAL OF LOS ANGELES
4650 W SUNSET BLVD
LOS ANGELES, CA  90027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$214.47

---

**3.127** **Nonpriority creditor's name and mailing address**

CHILDREN'S HOSPITAL OF LOS ANGELES
4650 W SUNSET BLVD


LOS ANGELES, CA  90027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,159.93

---

**3.128** **Nonpriority creditor's name and mailing address**

CHILDRENS HOSPITAL OF ORANGE COUNTY
PO BOX 5700
ORANGE, CA  92868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$34.97

---

**3.129** **Nonpriority creditor's name and mailing address**

CHILDRENS HOSPITAL OF PHILADELPHIA
PO BOX 2015
SECAUCUS, NJ  07096-2015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,113.50

---

**3.130** **Nonpriority creditor's name and mailing address**

CHILDRENS HOSPITAL OF PHILADELPHIA
PO BOX 2015
SECAUCUS, NJ  07096-2015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,905.16

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.25 |
|---|---|---|---|

CHILDRENS HOSPITAL OF PHILADELPHIA
PO BOX 2015
SECAUCUS, NJ 07096-2015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $71.00 |
|---|---|---|---|

CHILDRENS NATIONAL MEDICAL CENTER
111 MICHIGAN AVENUE NORTHWEST
WASHINGTON, DC 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,650.00 |
|---|---|---|---|

CHIROPRACTIC FOR HUMANITY
126 WAVERLY PLACE
SAN FRANCISCO, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $696.70 |
|---|---|---|---|

CHLA
4650 SUNSET BLVD MAILSTOP 47
LOS ANGELES, CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,280.50 |
|---|---|---|---|

CHRISTIANA CARE HEALTH SYSTEM (DE)
550 SOUTH COLLEGE AVE SUITE 100A, 2ND FLOOR
NEWARK, DE 19713

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.136** | **Nonpriority creditor's name and mailing address**
CHRISTIANA CARE HEALTH SYSTEM (DE)
550 SOUTH COLLEGE AVE SUITE 100A, 2ND FLOOR
NEWARK, DE  19713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,015.90

---

**3.137** | **Nonpriority creditor's name and mailing address**
CHRISTIAN-ALBRECHTS-UNIVERSITAT ZU KIEL (C
OLSHAUSENSTRASSE 40
KIEL  24105
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$925.30

---

**3.138** | **Nonpriority creditor's name and mailing address**
CIEMAT
78 DANSHAN ROAD A304-305
XIDONG CHUANGRONG BLDG
214105
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,803.00

---

**3.139** | **Nonpriority creditor's name and mailing address**
CIEMAT
78 DANSHAN ROAD A304-305
XIDONG CHUANGRONG BLDG
214105
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,008.00

---

**3.140** | **Nonpriority creditor's name and mailing address**
CILOA
356 RUE MAURICE BEJART
MONTPELLIER  34080
 FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,550.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.141**

**Nonpriority creditor's name and mailing address**

CINCINNATI CHILDRENS HOSPITAL MEDICAL CENTER
3333 BURNET AVENUE
CINCINNATI, OH  45229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$507.40

---

**3.142**

**Nonpriority creditor's name and mailing address**

CINCINNATI CHILDRENS HOSPITAL MEDICAL CENTER
3333 BURNET AVENUE
CINCINNATI, OH  45229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.80

---

**3.143**

**Nonpriority creditor's name and mailing address**

CINTAS
PO BOX 631025
CINCINNATI, OH  45263-1025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,887.09

---

**3.144**

**Nonpriority creditor's name and mailing address**

CISION US INC
PO BOX 417215
BOSTON, MA  02241-7215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$625.00

---

**3.145**

**Nonpriority creditor's name and mailing address**

CITY OF HOPE
1500 EAST DUARTE ROAD
DUARTE, CA  91006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,607.50

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.146** **Nonpriority creditor's name and mailing address**

CITY OF HOPE
1500 EAST DUARTE ROAD
DUARTE, CA  91006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,483.27

---

**3.147** **Nonpriority creditor's name and mailing address**

CITY OF HOPE
1500 EAST DUARTE ROAD
DUARTE, CA  91006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,873.20

---

**3.148** **Nonpriority creditor's name and mailing address**

CITY OF HOPE
1500 EAST DUARTE ROAD
DUARTE, CA  91006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,125.00

---

**3.149** **Nonpriority creditor's name and mailing address**

CITY OF REDWOOD CITY (UTILITY SERVICES)
PO BOX 841201
LOS ANGELES, CA  90084-1201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,299.50

---

**3.150** **Nonpriority creditor's name and mailing address**

CLEVELAND CLINIC
9500 EUCLID AVENUE
CLEVELAND, OH  44106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,206.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.151 | **Nonpriority creditor's name and mailing address**<br><br>CNRS<br>3 RUE MICHEL ANGE<br>PARIS  75016<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,199.24 |
| 3.152 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBIA UNIVERSITY<br>650 W 168TH STREET BLACK BUILDING RM 1708<br>NEW YORK, NY  10032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,478.00 |
| 3.153 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBIA UNIVERSITY<br>650 W 168TH STREET BLACK BUILDING RM 1708<br>NEW YORK, NY  10032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $645.00 |
| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>CONAGEN<br>15 DEANGELO DR<br><br>BEDFORD, MA  01730<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.38 |
| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>CONLEY, NICHOLAS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>9/30/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>NON-CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,938.71 |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>CONLEY, NICHOLAS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>1/26/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,899.78 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>CONSTANGY, BROOKS, SMITH & PROPHETE LLP<br>PO BOX 102476<br>ATLANTA, GA  30368-0476<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,450.00 |
| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>CONVERGENT HARDWARE LLC<br>1246 SACRAMENTO ST.<br>UNIT 3<br>SAN FRANCISCO, CA  94108<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $450.00 |
| 3.159 | **Nonpriority creditor's name and mailing address**<br><br>COREGEN, INC.<br>1 BAYLOR PLAZA<br>HOUSTON, TX  77030<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEPOSIT (CLINICAL ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $218,888.84 |
| 3.160 | **Nonpriority creditor's name and mailing address**<br><br>CORNELL UNIVERSITY<br>245 DAY HALL<br>ITHACA, NY  10065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $152.00 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.161**

**Nonpriority creditor's name and mailing address**

CORRGENE BIOTECHNOLOGY CO., LTD.
CHANGFA INTERNATIONAL PRECISION
MEDICINE ACCELERATION CENTER NO .21
CHANGPING DISTRICT
BEIJING
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,105.00

---

**3.162**

**Nonpriority creditor's name and mailing address**

CORRGENE BIOTECHNOLOGY CO., LTD.
CHANGFA INTERNATIONAL PRECISION
MEDICINE ACCELERATION CENTER NO .21
CHANGPING DISTRICT
BEIJING
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,779.93

---

**3.163**

**Nonpriority creditor's name and mailing address**

CORTEVA
8305 NW 62ND AVE
JOHNSTON, IA  50131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$254.50

---

**3.164**

**Nonpriority creditor's name and mailing address**

COUNTY SPECIALTY GASES, LLC
2200 BAY ROAD
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.55

---

**3.165**

**Nonpriority creditor's name and mailing address**

CRAIN COMMUNICATIONS INC
1155 GRATIOT AVENUE


DETROIT, MI  48207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,475.00 |

CRISPR MEDICINE MEDIA APS
KONG GEORGS VEJ 12
FREDERIKSBERG
FREDERIKSBERG  02000
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85.00 |

CRISPR THERAPEUTICS
105 WEST FIRST STREET
BOSTON, MA  02127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,779.24 |

CRISPR THERAPEUTICS
105 WEST FIRST STREET
BOSTON, MA  2127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,513.00 |

CSIRO AAHL
5 PORTARLINGTON RD
EAST GEELONG VIC 3220

AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,703.33 |

CSL BEHRING
PO BOX 511
KANKAKEE, IL  60901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.171** | **Nonpriority creditor's name and mailing address**
CYGNAL THERAPEUTICS
325 VASSAR ST SUITE 2B

CAMBRIDGE, MA  02139

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$498.19

---

**3.172** | **Nonpriority creditor's name and mailing address**
CYPRUS INSTITUTE OF NEUROLOGY AND GENETICS
PO BOX 23462
NICOSIA  01683
CYPRUS

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.00

---

**3.173** | **Nonpriority creditor's name and mailing address**
CYPRUS INSTITUTE OF NEUROLOGY AND GENETICS
PO BOX 23462
NICOSIA  1683
CYPRUS

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.00

---

**3.174** | **Nonpriority creditor's name and mailing address**
CYTEIR THERAPEUTICS INC.
128 SPRING ST
BUILDING A
SUITE 510
LEXINGTON, MA  02421

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,925.01

---

**3.175** | **Nonpriority creditor's name and mailing address**
DABROWSKI, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
2/5/2025

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,050,000.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.176**

**Nonpriority creditor's name and mailing address**

DABROWSKI, PAUL
ADDRESS REDACTED

**Date or dates debt was incurred**

2/5/2025

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$750,000.00

---

**3.177**

**Nonpriority creditor's name and mailing address**

DAHLIA BIOSCIENCES
21 TARABROOK DRIVE

ORINDA, CA 94563

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.64

---

**3.178**

**Nonpriority creditor's name and mailing address**

DAIJOGO & PEDERSEN, LLP
21 TAMAL VISTA BLVD # 295

CORTE MADERA, CA 94925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,323.43

---

**3.179**

**Nonpriority creditor's name and mailing address**

DAKEWE
15TH FLOOR, BUILDING D3, PHASE 2
NANSHAN ZHIYUAN
NO. 1001 XUEYUAN AVENUE, TAOYUAN STREET
NANSHAN DISTRICT, BEIJING 999077
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,554.52

---

**3.180**

**Nonpriority creditor's name and mailing address**

DANA-FARBER CANCER INSTITUTE
44 BINNEY STREET
BOSTON, MA 02115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,722.99

| Debtor | Synthego Corporation | Case number (if known) 25-10823 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.181**

**Nonpriority creditor's name and mailing address**

DANA-FARBER CANCER INSTITUTE
44 BINNEY STREET
BOSTON, MA  02115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$421.00

---

**3.182**

**Nonpriority creditor's name and mailing address**

DECLARATION CAPITAL PE SPV XLVI LLC
510 MADISON AVENUE
NEW YORK, NY  10022

**Date or dates debt was incurred**

12/29/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$723,437.23

---

**3.183**

**Nonpriority creditor's name and mailing address**

DECODE SCIENCE
3/247 FERNTREE GULLY RD
MOUNT WAVERLEY, VIC  3149
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,403.36

---

**3.184**

**Nonpriority creditor's name and mailing address**

DEEP GENOMICS
101 COLLEGE ST
TORONTO, ON  M5G 1L7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,400.00

---

**3.185**

**Nonpriority creditor's name and mailing address**

DEEP GENOMICS
101 COLLEGE ST
TORONTO, ON  M5G 1L7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,175.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $101.52 |

DEGREE, INC (DBA LATTICE)
1501 NORTH PLANO ROAD
PO BOX 892115
RICHARDSON, TX 75081

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.13 |

DENALI THERAPEUTICS, INC.
161 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $109,179.11 |

DERYCK C. MAUGHAN REVOCABLE TRUST
ADDRESS REDACTED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

1/26/2024

**Basis for the claim:**
CONVERTIBLE NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $530.00 |

DHL
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,224.56 |

DIAAGO LLC
1598 BALTIMORE PIKE
1ST FLOOR, SOUTH
CHADDS FORD, PA 19317

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,337.52 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

DICE THERAPEUTICS
400 EAST JAMIE COURT
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,337.52

---

**Nonpriority creditor's name and mailing address** — 3.192

DINAQOR AG
WAGISTRASSE 25
8952 SCHLIEREN

 SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $25,300.00

---

**Nonpriority creditor's name and mailing address** — 3.193

DONNELLEY FINANCIAL SOLUTIONS
ATTN: JAMIE TOOMBS, MANAGER-AR
391 STEEL WAY
LANCASTER, PA  17601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $160,195.50

---

**Nonpriority creditor's name and mailing address** — 3.194

DUANE MORRIS LLP
30 SOUTH 17TH STREET
ATTN: PAYMENT PROCESSING
PHILADELPHIA, PA  19103-4196

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,928.50

---

**Nonpriority creditor's name and mailing address** — 3.195

DUKE UNIVERSITY
213 RESEARCH DR
DURHAM, NC  27713-9151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,396.98

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.196** | **Nonpriority creditor's name and mailing address**

E.I. DUPONT DE NEMOURS & COMPANY
974 CENTRE ROAD
WILMINGTON, DE  19805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,091.00

---

**3.197** | **Nonpriority creditor's name and mailing address**

EAST CHINA NORMAL UNIVERSITY
MINHANG CAMPUS: 500 DONGCHUAN RD.
SHANGHAI NORTH ZHONGSHAN ROAD CAMPUS: 3663 N.
ZHONGSHAN RD.

SHANGHAI,
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.60

---

**3.198** | **Nonpriority creditor's name and mailing address**

EATON CORPORATION
1000 EATON BOULEVARD

CLEVELAND, OH  44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,044.32

---

**3.199** | **Nonpriority creditor's name and mailing address**

ECLIPSE METAL FABRICATION
427 CORONA RD

PETALUMA, CA  94954

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,609.56

---

**3.200** | **Nonpriority creditor's name and mailing address**

ÉCOLE NORMALE SUPÉRIEURE
RUE D'ULM
PARIS  75005
 FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.00

---

Debtor  Synthego Corporation

(Name)

Case number (if known) 25-10823

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.201** | **Nonpriority creditor's name and mailing address**

EDITCO BIO, INC.
600 SAGINAW DRIVE
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$492,600.00

---

**3.202** | **Nonpriority creditor's name and mailing address**

EFS SANTE
PFBI
RUE PIERRE JEAN GINESTE, BP91614
RENNES CEDEX  35016
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.203** | **Nonpriority creditor's name and mailing address**

ELDORADO FORKLIFT COMPANY
3582 HAVEN AVENUE
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$493.26

---

**3.204** | **Nonpriority creditor's name and mailing address**

ELECTRO-MOTION, INC
4949 THORNTON AVENUE
UNIT B
FREMONT, CA  94536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,649.83

---

**3.205** | **Nonpriority creditor's name and mailing address**

ELI LILLY
P.O. BOX 1768
PITTSBURGH, PA  15230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

Debtor    Synthego Corporation                                    Case number (if known)    25-10823
_____
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,122.36
| ELRIG (UK) LTD. | *Check all that apply.* |
| SALISBURY HOUSE | ☐ Contingent |
| STATION ROAD | ☐ Unliquidated |
|  | ☐ Disputed |
| CAMBRIDGE  CB1 2LA |  |
| UNITED KINGDON | **Basis for the claim:** |
|  | TRADE |
| **Date or dates debt was incurred** |  |
|  | **Is the claim subject to offset?** |
| VARIOUS | ☒ No |
|  | ☐ Yes |
| **Last 4 digits of account number:** |  |

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,454.63
| EMBRAPA | *Check all that apply.* |
| CARLOS DA SILVEIRA CARNEIRO | ☒ Contingent |
| 44. NOVA FRIBURGO | ☒ Unliquidated |
| CEP | ☒ Disputed |
| BRAZIL |  |
|  | **Basis for the claim:** |
| **Date or dates debt was incurred** | CUSTOMER DEPOSITS |
|  |  |
| VARIOUS | **Is the claim subject to offset?** |
|  | ☒ No |
| **Last 4 digits of account number:** | ☐ Yes |

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.37
| EMBRAPA | *Check all that apply.* |
| CARLOS DA SILVEIRA CARNEIRO | ☐ Contingent |
| 44. NOVA FRIBURGO | ☐ Unliquidated |
|  | ☐ Disputed |
| CEP |  |
| BRAZIL | **Basis for the claim:** |
|  | CUSTOMER CREDIT |
| **Date or dates debt was incurred** |  |
|  | **Is the claim subject to offset?** |
| VARIOUS | ☒ No |
|  | ☐ Yes |
| **Last 4 digits of account number:** |  |

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $102,949.06
| EMD MILLIPORE | *Check all that apply.* |
| 25802 NETWORK PLACE | ☐ Contingent |
| CHICAGO, IL  60673 | ☐ Unliquidated |
|  | ☒ Disputed |
| **Date or dates debt was incurred** |  |
|  | **Basis for the claim:** |
| VARIOUS | TRADE |
|  |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $888.88
| EMD SERONO RESEARCH & DEVELOPMENT INSTITUTE | *Check all that apply.* |
| ONE TECHNOLOGY PLACE | ☒ Contingent |
| ROCKLAND, MA  2370 | ☒ Unliquidated |
|  | ☒ Disputed |
| **Date or dates debt was incurred** |  |
|  | **Basis for the claim:** |
| VARIOUS | CUSTOMER DEPOSITS |
|  |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  | ☒ No |
|  | ☐ Yes |

Debtor    Synthego Corporation    Case number (if known)    25-10823
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>EMERGING TECHNOLOGIES FUND II LLC<br>1140 AVENUE OF THE AMERICAS, 9TH FLOOR<br>NEW YORK, NY  10036<br><br>**Date or dates debt was incurred**<br><br>8/22/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $501,753.42 |

| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>EMERGING TECHNOLOGIES FUND III LLC<br>1140 AVENUE OF THE AMERICAS, 9TH FLOOR<br>NEW YORK, NY  10036<br><br>**Date or dates debt was incurred**<br><br>8/22/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $627,191.78 |

| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>EMOLECULES INC<br>3430 CARMEL MOUNTAIN ROAD SUITE 250<br>SAN DIEGO, CA  92121<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,583.70 |

| 3.214 | **Nonpriority creditor's name and mailing address**<br><br>EMOLECULES INC<br>3430 CARMEL MOUNTAIN ROAD SUITE 250<br>SAN DIEGO, CA  92121<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,219.35 |

| 3.215 | **Nonpriority creditor's name and mailing address**<br><br>EMOLECULES INC<br>3430 CARMEL MOUNTAIN ROAD SUITE 250<br>SAN DIEGO, CA  92121<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $702.00 |

Debtor    Synthego Corporation    Case number (if known) 25-10823

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.216**

**Nonpriority creditor's name and mailing address**

EMORY UNIVERSITY
1599 CLIFTON RD
ATLANTA, GA  30322

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,150.00

---

**3.217**

**Nonpriority creditor's name and mailing address**

EMORY UNIVERSITY
1599 CLIFTON RD
ATLANTA, GA  30322

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,004.00

---

**3.218**

**Nonpriority creditor's name and mailing address**

ENGINE ROOM
4725 FIRST STREET
SUITE 200
PLEASANTON, CA  94566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,212.50

---

**3.219**

**Nonpriority creditor's name and mailing address**

ENLAZA THERAPEUTICS
11099 NORTH TORREY PINES ROAD
STE 280
LA JOLLA, CA  92037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,099.00

---

**3.220**

**Nonpriority creditor's name and mailing address**

ENVIRONMENTAL PROTECTION AGENCY
RTP-FINANCE CENTER (AA216-01)
109 TW ALEXANDER DRIVE
RESEARCH TRIANGLE PARK, NC  27711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

Debtor    Synthego Corporation    _____    Case number (if known) 25-10823

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $575.00

EQUIPNET INC
5 DAN ROAD

CANTON, MA  02021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70,019.00

ERNST & YOUNG US LLP
PO BOX 846793
LOS ANGELES, CA  90084

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $697,000.00

ERS GENOMICS LIMITED
88 HARCOURT STREET
DUBLIN
IRELAND

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTIES

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480.00

ESTES COMMERCIAL REFRIGERATION
1400 POTRERO AVENUE
RICHMOND, CA  94804

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $415.00

ETABLISSEMENT FRANCAIS DU SANG GRAND EST
85/87 BOULEVARD LOBAU
CS10720
NANCY CEDEX  54064
FRANCE

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Date or dates debt was incurred**
VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

Debtor   Synthego Corporation
(Name)

Case Number (if known) 25-10823

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $689.00

ETH ZURICH
101 RMISTRASSE
ZURICH  08092
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $598.00

ETHRIS GMBH
SEMMELWEISSTRASSE 3
PLANEGG  82152
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,276.10

EUROFINS GENOMICS
EUROFINS GENOMICS GERMANY
GMBH ANZINGER STR. 7A
EBERSBERG  85560
GERMANY

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,959.72

EWT HOLDINGS III CORP
(DBA EVOQUA WATER TECHNOLOGIES LLC)
28563 NETWORK PLACE
CHICAGO, IL  60673-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $219,315.76

EXCELSIOR HOLDINGS C2 LLC
ATTN: TODD MIRANDA, CEO
6600 FRANCE AVE. S.
SUITE 550
MINNEAPOLIS, MN  55435

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
1/26/2024

**Basis for the claim:**
CONVERTIBLE NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,153.19 |

**Nonpriority creditor's name and mailing address**

3.231

EXCISION BIOTHERAPEUTICS
134 COOLIDGE AVENUE
WATERTOWN, MA  02472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,153.19

---

3.232

**Nonpriority creditor's name and mailing address**

EXELIXIS
1851 HARBOR BAY PARKWAY
ALAMEDA, CA  94502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$331.14

---

3.233

**Nonpriority creditor's name and mailing address**

EXONICS THERAPEUTICS
490 ARSENAL WAY · SUITE 110

WATERTOWN, MA  02472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.63

---

3.234

**Nonpriority creditor's name and mailing address**

F. HOFFMANN-LA ROCHE
GRENZACHERSTRASSE 124
BASEL  04070
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.15

---

3.235

**Nonpriority creditor's name and mailing address**

FATE THERAPEUTICS, INC
12278 SCRIPPS SUMMIT DR
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,314.70

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA  15250-7461

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,100.34

---

**3.237** | **Nonpriority creditor's name and mailing address**

FERRING RESEARCH INSTITUTE
4245 SORRENTO VALLEY BLVD
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,556.69

---

**3.238** | **Nonpriority creditor's name and mailing address**

FESTO CORP
PO BOX 1355
BUFFALO, NY  14240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.37

---

**3.239** | **Nonpriority creditor's name and mailing address**

FISHER & PHILIPS
650 S. MAIN ST. SUITE 150-35

SALT LAKE CITY, UT  84101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$241.06

---

**3.240** | **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
13551 COLLECTIONS CTR DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,477.58

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.241** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
13551 COLLECTIONS CTR DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☑ No
☐ Yes

$585.00

---

**3.242** **Nonpriority creditor's name and mailing address**

FIVE PRIME THERAPEUTICS INC.
111 OYSTER POINT BOULEVARD

SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,899.44

---

**3.243** **Nonpriority creditor's name and mailing address**

FLI-LEIBNIZ INSTITUTE ON AGING
11 BEUTENBERGSTRASSE
JENA  07745
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$143.00

---

**3.244** **Nonpriority creditor's name and mailing address**

FMP
ROBERT-ROSSLE STR 10
SCREENING UNIT TRH
BERLIN  13125
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.245** **Nonpriority creditor's name and mailing address**

FOOD AND DRUG ADMINISTRATION
200 INDEPENDENCE AVENUE SOUTHWEST
WASHINGTON, MD  20993

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$105.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.246 | **Nonpriority creditor's name and mailing address**<br><br>FOX CHASE CANCER CENTER<br>333 COTTMAN AVENUE<br>PHILADELPHIA, PA 19111<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $481.44 |
|---|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>FOX CHASE CANCER CENTER<br>333 COTTMAN AVENUE<br>PHILADELPHIA, PA 19111<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.56 |
| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER<br>1100 FAIRVIEW AVENUE<br>NORTH SEATTLE, WA 98116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,089.26 |
| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER<br>1100 FAIRVIEW AVENUE<br>NORTH SEATTLE, WA 98116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $435.50 |
| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>FREZZA, BRIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>1/26/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,377.15 |

Debtor   Synthego Corporation

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.251**  **Nonpriority creditor's name and mailing address**

FU XIN MEDICAL EQUIPMENTS CO., LTD.
NO.96, SEC. 2, REN AI RD, LINKOU DIST
TAIWAN (ROC)  24449
TAIWAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$872.20

---

**3.252**  **Nonpriority creditor's name and mailing address**

FU XIN MEDICAL EQUIPMENTS CO., LTD.
NO.96, SEC. 2, REN AI RD, LINKOU DIST
TAIWAN (ROC)  24449
TAIWAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.75

---

**3.253**  **Nonpriority creditor's name and mailing address**

GARVIN, ANDREW
3250 LAGUNA ST., APT 301
SAN FRANCISCO, CA  94123

**Date or dates debt was incurred**

1/29/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REFUND

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,287.44

---

**3.254**  **Nonpriority creditor's name and mailing address**

GENENTECH
PO BOX 50416
INDIANAPOLIS, IN  46250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,702.57

---

**3.255**  **Nonpriority creditor's name and mailing address**

GENENTECH
PO BOX 50416
INDIANAPOLIS, IN  46250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,556.38

Debtor    Synthego Corporation    Case number (if known)    25-10823

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.256**  **Nonpriority creditor's name and mailing address**

GENENTECH
PO BOX 50416
INDIANAPOLIS, IN 46250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,710.63

---

**3.257**  **Nonpriority creditor's name and mailing address**

GENENTECH
PO BOX 50416
INDIANAPOLIS, IN 46250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,757.43

---

**3.258**  **Nonpriority creditor's name and mailing address**

GENENTECH (CL)
PO BOX 4354
PORTLAND, OR 97208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.89

---

**3.259**  **Nonpriority creditor's name and mailing address**

GENESUZ
19 MAYıS MAH. ATATÜRK CAD.
YAMAÇ SK. NO: 1 ŞEREF YAZGAN İŞ MERKEZI K:7 D:18-19

KADıKÖY/İSTANBUL,
TURKEY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.01

---

**3.260**  **Nonpriority creditor's name and mailing address**

GENIE SCIENTIFIC
17430 MT CLIFFWOOD CIR

FOUNTAIN VALLEY, CA 92708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,074.44

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.261** **Nonpriority creditor's name and mailing address**

GENMAB
43 KALVEBOD BRYGGE
COPENHAGEN  01560
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.35

---

**3.262** **Nonpriority creditor's name and mailing address**

GENMAB
43 KALVEBOD BRYGGE
COPENHAGEN  1560
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$299.00

---

**3.263** **Nonpriority creditor's name and mailing address**

GENTIBIO
150 CAMBRIDGEPARK DR. SUITE 900
CAMBRIDGE, MA  02140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.264** **Nonpriority creditor's name and mailing address**

GENUS PLC
MATRIX HOUSE
BASING VIEW
 BASINGSTOKE
HAMPSHIRE,   RG21 4DZ
UNITED KINGDON

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.95

---

**3.265** **Nonpriority creditor's name and mailing address**

GEORGE WASHINGTON UNIVERSITY - DC
8525 BRADFORD RD
SILVER SPRING, MD  20901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,291.00

---

Debtor    Synthego Corporation                    Case number (if known)    25-10823

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.266**  **Nonpriority creditor's name and mailing address**

GEORGE WASHINGTON UNIVERSITY - DC
8525 BRADFORD RD
SILVER SPRING, MD  20901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

**3.267**  **Nonpriority creditor's name and mailing address**

GEORGIA INSTITUTE OF TECHNOLOGY
225 NORTH AVE
ATLANTA, GA  30332

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,054.00

---

**3.268**  **Nonpriority creditor's name and mailing address**

GEORG-SPEYER-HAUS, CHEMOTHERAPEUTISCHES
FORSCHUNGSINSTITUT
PAUL-EHRLICH-STRAßE 42-44
60596 FRANKFURT AM MAIN

GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,239.00

---

**3.269**  **Nonpriority creditor's name and mailing address**

GEORG-SPEYER-HAUS, CHEMOTHERAPEUTISCHES
FORSCHUNGSINSTITUT
PAUL-EHRLICH-STRAßE 42-44
60596 FRANKFURT AM MAIN

GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.00

---

**3.270**  **Nonpriority creditor's name and mailing address**

GHENT UNIVERSITY
42 MARTELARENLAAN
HASSELT  03500
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,087.25

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

**3.271** | **Nonpriority creditor's name and mailing address**

GIGAFUND 1, LP
1200 SEAPORT BLVD
REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$179,126.73

---

**3.272** | **Nonpriority creditor's name and mailing address**

GILEAD SCIENCES, INC.
324 LAKESIDE DR
FOSTER CITY, CA 94404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,910.73

---

**3.273** | **Nonpriority creditor's name and mailing address**

GILEAD SCIENCES, INC.
324 LAKESIDE DR
FOSTER CITY, CA 94404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,343.98

---

**3.274** | **Nonpriority creditor's name and mailing address**

GLADSTONE INSTITUTES
1650 OWENS ST
SAN FRANCISCO, CA 94158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,459.17

---

**3.275** | **Nonpriority creditor's name and mailing address**

GLAXOSMITHKLINE UK
980 GREAT WEST ROAD
BRENTFORD MIDDLESEX  TW8 9GS
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,624.31

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>GLAXOSMITHKLINE UK<br>980 GREAT WEST ROAD<br>BRENTFORD MIDDLESEX, 0  TW8 9GS<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,473.61 |
| 3.277 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL LIFE SCIENCES SOLUTIONS USA LLC<br>100 RESULTS WAY<br>MARLBOROUGH, MA  01752<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,298.38 |
| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL SENSORS<br>63 MCADENVILLE RD<br><br>BELMONT, NC   28012-2434<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.75 |
| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>GOOGLE LLC<br>PO BOX 883654<br>LOS ANGELES, CA  90088-3654<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,069.78 |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>GRAINGER (W.W. GRAINGER, INC.)<br>100 GRAINGER PARKWAY<br><br>LAKE FOREST, IL  60045-5201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,441.15 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.281** **Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
PO BOX 51552
LOS ANGELES, CA 90051-5852

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,100.00

---

**3.282** **Nonpriority creditor's name and mailing address**

GRAPHITE BIO, INC.
279 E GRAND AVE.
SAN FRANCISCO, CA 94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.01

---

**3.283** **Nonpriority creditor's name and mailing address**

GUAN, HAO
849 MILLER
CUPERTINO, CA 95014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,800.00

---

**3.284** **Nonpriority creditor's name and mailing address**

HALOZYME THERAPEUTICS, INC.
11388 SORRENTO VALLEY RD
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,616.25

---

**3.285** **Nonpriority creditor's name and mailing address**

HAMILTON ROBOTICS
4970 ENERGY WAY RENO

RENO, NV 89502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,115.50

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|----------------------|----------|
|        | (Name)              |                      |          |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,489.00 |
|-------|--|--|--|

**3.286** **Nonpriority creditor's name and mailing address**

HARVARD UNIVERSITY
2138 MASSACHUSETTS AVENUE
CAMBRIDGE, MA  02138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $31,489.00

---

**3.287** **Nonpriority creditor's name and mailing address**

HARVARD UNIVERSITY
2138 MASSACHUSETTS AVENUE
CAMBRIDGE, MA  02138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $459.31

---

**3.288** **Nonpriority creditor's name and mailing address**

HAVEN AVE., LLC (FORMERLY WHITE PROPERTIES)
431 BURGESS DR
SUITE 200
MENLO PARK, CA  94025-3478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $94,142.03

---

**3.289** **Nonpriority creditor's name and mailing address**

HEARTBEAT.BIO
DR. BOHR-GASSE 7
VIENNA BIOCENTER 6 (VBC6)
VIENNA  1030
AUSTRIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $368.54

---

**3.290** **Nonpriority creditor's name and mailing address**

HIGH PERFORMANCE SOFTWARE, USA INC (ZUANT)
704 HINDRY AVE

INGLEWOOD, CA  90301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $135.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,896.05 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
HONGENE BIOTECH CORPORATION
29520 KOHOUTEK WAY

UNION CITY, CA  94587

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,896.05

---

3.292 **Nonpriority creditor's name and mailing address**
HOWARD HUGHES MEDICAL INSTITUTE
4000 JONES BRIDGE RD
STANFORD, MD  20147

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,653.23

---

3.293 **Nonpriority creditor's name and mailing address**
HOWARD UNIVERSITY
2400 SIXTH ST N W 603
WASHINGTON, DC  20059

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,250.00

---

3.294 **Nonpriority creditor's name and mailing address**
HOWELL ELECTRIC
3390 VISO COURT
SANTA CLARA, CA  95054

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,684.00

---

3.295 **Nonpriority creditor's name and mailing address**
HUIDAGENE THERAPEUTICS (SINGAPORE) PTE LTD
2 VENTURE DRIVE
11-31 VISION EXCHANGE
SINGAPORE  522491
SINGAPORE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LICENSE FOR HFCAS12MAX

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | | | |
|---|---|---|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.296** | **Nonpriority creditor's name and mailing address**

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI
1 GUSTAVE L. LEVY PLACE BOX 1662
NEW YORK, NY  10029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,719.25

---

**3.297** | **Nonpriority creditor's name and mailing address**

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI
1 GUSTAVE L. LEVY PLACE BOX 1662
NEW YORK, NY  10029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,190.00

---

**3.298** | **Nonpriority creditor's name and mailing address**

ICHNOS SCIENCES BIOTHERAPEUTICS SA
CHEMIN DE LA COMBETA 5
LA CHAUX-DE-FONDS  2300
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$970.00

---

**3.299** | **Nonpriority creditor's name and mailing address**

ILLUMINA, INC
12864 COLLECTION CENTER DR.
CHICAGO, IL  60693-0128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$509.16

---

**3.300** | **Nonpriority creditor's name and mailing address**

IMCS, INC
110 CENTRUM DR.
IRMO, SC  29063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,229.00

| Debtor | Synthego Corporation | Case number (if known) 25-10823 |
|--------|---------------------|--------------------------------|
| | (Name) | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|-----------------|

**3.301**

**Nonpriority creditor's name and mailing address**

IMMUNOCORE LTD.
101 PARK DR, MILTON PARK
MILTON  OX14 4RY
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.50

---

**3.302**

**Nonpriority creditor's name and mailing address**

IMMUNOME
18702 NORTH CREEK PARKWAY SUITE 100
BOTHELL, WA  98011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.303**

**Nonpriority creditor's name and mailing address**

IMMUNOVEC
405 HILGARD AVENUE
LOS ANGELES, CA  90024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$539.12

---

**3.304**

**Nonpriority creditor's name and mailing address**

IMMUSMOL
229 COURS DE LARGONNE
BORDEAUX  33000
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$346.19

---

**3.305**

**Nonpriority creditor's name and mailing address**

IMPACT ENVIRONMENTAL COMPANY, INC.
507 BROADWAY
UNIT C
EL CAJON, CA  92021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,617.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.306**    **Nonpriority creditor's name and mailing address**

IMPERIAL COLLEGE LONDON
SOUTH KENSINGTON CAMPUS
LONDON  W12 0BZ
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.00

---

**3.307**    **Nonpriority creditor's name and mailing address**

IMPERIAL LIFE SCIENCES PRIVATE LIMITED
463 PACE CITY II, SECTOR - 37
GURUGRAM  122001
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.308**    **Nonpriority creditor's name and mailing address**

INCYTE CORPORATION
1801 AUGUSTINE CUT OFF
WILMINGTON, DE  19803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,712.00

---

**3.309**    **Nonpriority creditor's name and mailing address**

INCYTE CORPORATION
1801 AUGUSTINE CUT OFF
WILMINGTON, DE  19803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$328.00

---

**3.310**    **Nonpriority creditor's name and mailing address**

INDIANA UNIVERSITY
1020 E KIRKWOOD AVE
INDIANAPOLIS, IN  46202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,758.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.311** | **Nonpriority creditor's name and mailing address**

INDIANA UNIVERSITY
1020 E KIRKWOOD AVE
INDIANAPOLIS, IN  46202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,861.00

---

**3.312** | **Nonpriority creditor's name and mailing address**

INDIANA UNIVERSITY
1020 E KIRKWOOD AVE
INDIANAPOLIS, IN  46202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$711.00

---

**3.313** | **Nonpriority creditor's name and mailing address**

INDUSTRIAL SCIENTIFIC
ONE LIFE WAY
PITTSBURGH, PA  15205-7500

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,524.23

---

**3.314** | **Nonpriority creditor's name and mailing address**

INGENIUM GROUP LLC
PO BOX 849700
LOS ANGELES, CA  90084-9700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,728.13

---

**3.315** | **Nonpriority creditor's name and mailing address**

INNOLIFETECH, INC.
1F., 64-10 YEONHUI-RO
SEODAEMUN-GU
SEOUL  03727
SOUTH KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$769.75

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

**3.316** | **Nonpriority creditor's name and mailing address**

INSERM
101 RUE DE TOLBIAC
PARIS  75013
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,141.00

---

**3.317** | **Nonpriority creditor's name and mailing address**

INSITRO
259 EAST GRAND AVENUE
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,369.54

---

**3.318** | **Nonpriority creditor's name and mailing address**

INSITRO
259 EAST GRAND AVENUE
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,122.36

---

**3.319** | **Nonpriority creditor's name and mailing address**

INSMED INNOVATION UK LTD
BABRAHAM RESEARCH CAMPUS, BUILDING 280
CAMBRIDGE  CB22 3AT
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,250.00

---

**3.320** | **Nonpriority creditor's name and mailing address**

INSTIL BIO
ALDERLEY PARK BLOCK 19 CONGLETON ROAD
MACCLESFIELD  SK10 4TF
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.47

---

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $324.00
*Check all that apply.*

INSTITUT DE GÉNOMIQUE FONCTIONNELLE DE LYON
32-34 AV. TONY GARNIER
LYON  69007
 FRANCE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,586.42
*Check all that apply.*

INTELLETRACE, INC.
1602 GRANT AVE
SUITE 208
NOVATO, CA  94945

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.56
*Check all that apply.*

INTERIUS BIOTHERAPEUTICS
3401 GRAYS FERRY AVENUE
PHILADELPHIA, PA  19146

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,000.00
*Check all that apply.*

INTERNATIONAL FLAVORS & FRAGRANCES (IFF)
925 PAGE MILL ROAD
PALO ALTO, CA  94304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $238,730.20
*Check all that apply.*

INTIMA BIOSCIENCE
3 COLUMBUS CIRCLE

NEW YORK, NY  10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.326** Nonpriority creditor's name and mailing address

INVIVOSCRIBE
10222 BARNES CANYON RD BUILDING 1

SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,216.24

---

**3.327** Nonpriority creditor's name and mailing address

IOWA STATE UNIVERSITY
100 CENTER AVE
OF AMES, IA 50010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.50

---

**3.328** Nonpriority creditor's name and mailing address

IRON MOUNTAIN
PO BOX 601002
PASADENA, CA 91189-1002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,352.90

---

**3.329** Nonpriority creditor's name and mailing address

JANSSEN BIOTHERAPEUTICS
1400 MCKEAN ROAD SPRING
HOUSE, PA 19477

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,005.15

---

**3.330** Nonpriority creditor's name and mailing address

JNANA THERAPEUTICS, INC
ONE DESIGN CENTER PLACE SUITE 19-400
BOSTON, MA 2210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.331** | **Nonpriority creditor's name and mailing address**

JOHNS HOPKINS HOSPITAL
1800 ORLEANS STREET
BALTIMORE, MD  21287

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.00

---

**3.332** | **Nonpriority creditor's name and mailing address**

KAESER COMPRESSORS
PO BOX 946
FREDERICKSBURG, VA  22404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,699.70

---

**3.333** | **Nonpriority creditor's name and mailing address**

KAROLINSKA INSTITUTE
BIOMEDICUM 9B
SOLNA  90850
SWEDEN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,725.00

---

**3.334** | **Nonpriority creditor's name and mailing address**

KBIOSYSTEMS LIMITED
5-10 PAYCOCKE CL

BASILDON,   SS14 3HS
UNITED KINGDON

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,080.00

---

**3.335** | **Nonpriority creditor's name and mailing address**

KECK GRADUATE INSTITUTE
535 WATSON DRIVE
CLAREMONT, CA  91711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,663.64

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.336 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|---|

**Part 2:** Additional Page

<table>
<tr><td></td><td></td><td></td><td>**Amount of claim**</td></tr>
</table>

3.336 **Nonpriority creditor's name and mailing address**

KESTREL THERAPEUTICS INC
PAGLIUCA HARVARD LIFE LAB
127 WESTERN AVE
ALLISTON, MA  02134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

3.337 **Nonpriority creditor's name and mailing address**

KIEL UNIVERSITY
OTTO-HAHN-PLATZ 9
KIEL SCHLESWIG-HOLSTEIN  24118
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$981.00

---

3.338 **Nonpriority creditor's name and mailing address**

KINGS COLLEGE
5-11 LAVINGTON ST
LONDON  SE1 0NZ
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.75

---

3.339 **Nonpriority creditor's name and mailing address**

KITE PHARMA
PO BOX 25270
SAN MATEO, CA  94402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,994.09

---

3.340 **Nonpriority creditor's name and mailing address**

KITE PHARMA
PO BOX 25270
SAN MATEO, CA  94402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$571.17

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.341** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,898.00

**Nonpriority creditor's name and mailing address**

KNOWBE4 INC.
33 N GARDEN AVE SUITE 1200
CLEARWATER, FL  33573

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,898.00

---

**3.342**

**Nonpriority creditor's name and mailing address**

KO LAW PC
745 SHERMAN ST


DENVER, CO  80203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,286.50

---

**3.343**

**Nonpriority creditor's name and mailing address**

KROHN, MARCO
ADDRESS REDACTED

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,563.44

---

**3.344**

**Nonpriority creditor's name and mailing address**

KYTOPEN
750 MAIN ST LAB 326
CAMBRIDGE, MA  2139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,144.00

---

**3.345**

**Nonpriority creditor's name and mailing address**

KYVERNA THERAPEUTICS
5980 HORTON ST. STE 550
EMERYVILLE, CA  94608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.55

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>LA JOLLA INSTITUTE FOR ALLERGY AND IMMUNOLOGY<br>9420 ATHENA CIRCLE<br>SAN DIEGO, CA  92037<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,236.63 |
|---|---|---|---|

| 3.347 | **Nonpriority creditor's name and mailing address**<br><br>LABCONCO CORPORATION<br>8811 PROSPECT AVENUE<br>KANSAS CITY, MO  64132-2696<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,133.50 |
|---|---|---|---|

| 3.348 | **Nonpriority creditor's name and mailing address**<br><br>LABOSPACE SRL<br>VIA APELLE, 41<br>MILANO  20128<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.54 |
|---|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>LABX<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,500.00 |
|---|---|---|---|

| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>LBB SPECIALTIES HOLDINGS LLC<br>601 MERRITT 7<br>FL 1<br>NORWALK, CT  6851<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,191.68 |
|---|---|---|---|

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.351** | **Nonpriority creditor's name and mailing address**

LEGEND BIOTECH INC
2101 COTTONTAIL LANE
PISCATAWAY, NJ  8854

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,552.00

---

**3.352** | **Nonpriority creditor's name and mailing address**

LEIDEN UNIVERSITY/LACDR
2 ALBINUSDREEF
LEIDEN  2333ZA
NETHERLANDS

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,358.19

---

**3.353** | **Nonpriority creditor's name and mailing address**

LEIDEN UNIVERSITY/LACDR
2 ALBINUSDREEF
LEIDEN  2333ZA
NETHERLANDS

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,377.19

---

**3.354** | **Nonpriority creditor's name and mailing address**

LEIDOS BIOMEDICAL RESEARCH, INC.
9000 ROCKVILLE PIKE
BETHESDA, MD  20892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,262.11

---

**3.355** | **Nonpriority creditor's name and mailing address**

LENTIGEN TECHNOLOGY INC.
1201 CLOPPER RD
GAITHERSBURG, MD  20878

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$171.38

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.356** | **Nonpriority creditor's name and mailing address**

LESLIE ENTERPRISES LP
738 WESTRIDGE DRIVE
PORTOLA VALLEY, CA  94028

**Date or dates debt was incurred**

8/23/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$626,986.30

---

**3.357** | **Nonpriority creditor's name and mailing address**

LESLIE ENTERPRISES LP
738 WESTRIDGE DRIVE
PORTOLA VALLEY, CA  94028

**Date or dates debt was incurred**

9/30/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$187,039.74

---

**3.358** | **Nonpriority creditor's name and mailing address**

LEVER, INC.
PO BOX 201054
DALLAS, TX  75320-1054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,300.00

---

**3.359** | **Nonpriority creditor's name and mailing address**

LG CHEM LTD.
MAGIKJUNGANG10-RO 30
07796
SOUTH KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,791.96

---

**3.360** | **Nonpriority creditor's name and mailing address**

LIFE TECHNOLOGIES CORPORATION
12088 COLLECTIONS CENTER DR.
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$193.65

Debtor    Synthego Corporation

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.361**

**Nonpriority creditor's name and mailing address**

LIFEEDIT
300 MORRIS ST SUITE 300

DURHAM, NC 27701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,015.73

---

**3.362**

**Nonpriority creditor's name and mailing address**

LIFEEDIT
300 MORRIS ST SUITE 300

DURHAM, NC 27701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,112.41

---

**3.363**

**Nonpriority creditor's name and mailing address**

LIFEMINE THERAPEUTICS
30 ACORN PARK DR

CAMBRIDGE, MA 02140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.50

---

**3.364**

**Nonpriority creditor's name and mailing address**

LINKEDIN
1000 WEST MAUDE AVENUE
SUNNYVALE, CA 94085

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,480.00

---

**3.365**

**Nonpriority creditor's name and mailing address**

LMU
FEODOR-LYNEN-STR. 23
MUNICH 81377
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,913.98

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.366** | **Nonpriority creditor's name and mailing address**
LOMA LINDA UNIVERSITY
11175 CAMPUS ST

LOMA LINDA, CA  92354

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,468.12

---

**3.367** | **Nonpriority creditor's name and mailing address**
LORY TAN
3050 MUIRFIELD CIR.

SAN BRUNO, CA  94066-1235

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$569.00

---

**3.368** | **Nonpriority creditor's name and mailing address**
LUMA BIO-IT SPV, L.P.
ATTN: IAN SHANNON, GENERAL COUNSEL
PIER 5 SUITE 101
SAN FRANCISCO, CA  94111

**Date or dates debt was incurred**
1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☐ No
☐ Yes

$255,865.75

---

**3.369** | **Nonpriority creditor's name and mailing address**
LUMA BIO-IT SPV-A, L.P.
ATTN: IAN SHANNON, GENERAL COUNSEL
PIER 5 SUITE 101
SAN FRANCISCO, CA  94111

**Date or dates debt was incurred**
1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$625,951.41

---

**3.370** | **Nonpriority creditor's name and mailing address**
L'UNIVERSITÉ DE BORDEAUX
146 RUE LÉO SAIGNAT
BORDEAUX  33000
 FRANCE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$334.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.371** **Nonpriority creditor's name and mailing address**

LUXEMBOURG INSTITUTE OF HEALTH
1 A-B RUE THOMAS EDISON STRASSEN
LUXEMBOURG  01445
LUXEMBOURG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.00

---

**3.372** **Nonpriority creditor's name and mailing address**

LUXEMBOURG INSTITUTE OF HEALTH
1 A-B RUE THOMAS EDISON STRASSEN
LUXEMBOURG  1445
LUXEMBOURG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$452.00

---

**3.373** **Nonpriority creditor's name and mailing address**

LYELL IMMUNOPHARMA
500 FAIRVIEW AVENUE
NORTH SEATTLE, WA  98109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,185.42

---

**3.374** **Nonpriority creditor's name and mailing address**

MARINE BIOLOGICAL LABORATORY
7 MBL ST
FALMOUTH, MA  02543

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$439.00

---

**3.375** **Nonpriority creditor's name and mailing address**

MARINE BIOLOGICAL LABORATORY
7 MBL ST
FALMOUTH, MA  02543

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.19

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,300.65 |
| | MARSH & MCLENNAN AGENCY, LLC | Check all that apply. | |
| | LOCK BOX 740663 | ☐ Contingent | |
| | LOS ANGELES, CA 90074 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,810.08 |
| | MASS GENERAL BRIGHAM | Check all that apply. | |
| | 399 REVOLUTION DRIVE | ☐ Contingent | |
| | SOMERVILLE, MA 02215 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CREDIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,499.38 |
| | MASSACHUSETTS GENERAL HOSPITAL | Check all that apply. | |
| | 55 FRUIT STREET | ☐ Contingent | |
| | BOSTON, MA 02114 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CREDIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $163.03 |
| | MASSACHUSETTS GENERAL HOSPITAL | Check all that apply. | |
| | 55 FRUIT STREET | ☐ Contingent | |
| | BOSTON, MA 02114 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CREDIT (DISCOVERY ORDERS) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,077.29 |
| | MATHESON TRI-GAS INC. | Check all that apply. | |
| | 909 LAKE CAROLYN PKWY | ☐ Contingent | |
| | STE 1300 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | IRVING,   TX 75039 | **Basis for the claim:** | |
| | | TRADE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

Debtor    Synthego Corporation                              Case number (if known)  25-10823
          (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.381**

**Nonpriority creditor's name and mailing address**

MAX DELBRUCK CENTER FOR MOLECULAR MEDICINE
ROBERT ROSSLE STRASSE 10
ZENTRALER RECHNUNGSEINGANG
BERLIN  13125
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,751.00

---

**3.382**

**Nonpriority creditor's name and mailing address**

MAX DELBRUCK CENTER FOR MOLECULAR MEDICINE
ROBERT ROSSLE STRASSE 10
ZENTRALER RECHNUNGSEINGANG
BERLIN  13125
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.383**

**Nonpriority creditor's name and mailing address**

MAYO CLINIC
200 FIRST ST S
W ROCHESTER, MN  55905

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,102.65

---

**3.384**

**Nonpriority creditor's name and mailing address**

MAZE THERAPEUTICS
171 OYSTER POINT BLVD SUITE 300
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,019.45

---

**3.385**

**Nonpriority creditor's name and mailing address**

MCGILL UNIVERSITY
845 RUE SHERBROOKE O
MONTREAL, QC  H3A 3T3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,764.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.386** | **Nonpriority creditor's name and mailing address**

MCMASTER-CARR
600 COUNTY LINE ROAD
ELMHURST, IL  60126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$211.80

---

**3.387** | **Nonpriority creditor's name and mailing address**

MD ANDERSON CANCER CENTER
PO BOX 301401
HOUSTON, TX  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,407.00

---

**3.388** | **Nonpriority creditor's name and mailing address**

MD ANDERSON CANCER CENTER
PO BOX 301401
HOUSTON, TX  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$158.97

---

**3.389** | **Nonpriority creditor's name and mailing address**

MD ANDERSON CANCER CENTER
PO BOX 301401
HOUSTON, TX  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.99

---

**3.390** | **Nonpriority creditor's name and mailing address**

MDC SYSTEMS INC.
780 MONTAGUE EXPY
SUITE 106
SAN JOSE, CA  95131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.23

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.391 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL COLLEGE OF WISCONSIN<br>8701 WATERTOWN PLANK RD<br>MILWAUKEE, WI 53213<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $444.69 |
|---|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL UNIVERSITY OF GRAZ<br>FINANZBUCHHALTUNG NEUE<br>STIFINGTALSTRASSE 6<br>GRAZ 08010<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $247.00 |
| 3.393 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL UNIVERSITY OF GRAZ<br>FINANZBUCHHALTUNG NEUE<br>STIFINGTALSTRASSE 6<br>GRAZ 8010<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,366.00 |
| 3.394 | **Nonpriority creditor's name and mailing address**<br><br>MEMBRE DE LINSTITUT UNIVERSITAIRE DE FRANCE<br>33 RUE FRANCOIS MITTERRAND<br>LIMOGES 87000<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,945.00 |
| 3.395 | **Nonpriority creditor's name and mailing address**<br><br>MEMBRE DE LINSTITUT UNIVERSITAIRE DE FRANCE<br>33 RUE FRANCOIS MITTERRAND<br>LIMOGES 87000<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $712.40 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.396** **Nonpriority creditor's name and mailing address**

MEMORIAL HERMANN
6411 FANNIN ST
HOUSTON, TX  77030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.00

---

**3.397** **Nonpriority creditor's name and mailing address**

MEMORIAL SLOAN KETTERING CANCER CENTER
633 THIRD AVENUE 4TH FLOOR
NEW YORK, NY  10017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,767.32

---

**3.398** **Nonpriority creditor's name and mailing address**

MENLO VENTURES XI L.P
ATTN: MARK SIEGEL
3000 SAND HILL ROAD, BUILDING 4, SUITE 100
MENLO PARK, CA  94025

**Date or dates debt was incurred**

12/29/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,241,232.94

---

**3.399** **Nonpriority creditor's name and mailing address**

MENLO VENTURES XI L.P
ATTN: MARK SIEGEL
3000 SAND HILL ROAD, BUILDING 4, SUITE 100
MENLO PARK, CA  94025

**Date or dates debt was incurred**

2/5/2025

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,446,750.00

---

**3.400** **Nonpriority creditor's name and mailing address**

MERIDIAN MECHANICAL INC
955 LINDA DRIVE
CAMPBELL, CA  95008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,930.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.401**

**Nonpriority creditor's name and mailing address**

MERRICK, KAY E.
ADDRESS REDACTED

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,151.98

---

**3.402**

**Nonpriority creditor's name and mailing address**

MESTAG THERAPEUTICS, LTD.
71 KINGSWAY FIRST FLOOR
LONDON  WC2B 6ST
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.82

---

**3.403**

**Nonpriority creditor's name and mailing address**

MET ONE INSTRUMENTS, INC.
1600 NW WASHINGTON BLVD

GRANTS PASS, OR  97526

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$830.91

---

**3.404**

**Nonpriority creditor's name and mailing address**

METTLER-TOLEDO RAININ LLC
PO BOX 100802
PASADENA, CA  91189-0802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,519.20

---

**3.405**

**Nonpriority creditor's name and mailing address**

MICHIGAN STATE UNIVERSITY
673 AUDITORIUM ROAD
EAST LANSING, MI  48824

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.00

---

Debtor    Synthego Corporation
          (Name)

Case number (if known)    25-10823

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.406**  **Nonpriority creditor's name and mailing address**

MICHIGAN STATE UNIVERSITY
673 AUDITORIUM ROAD
EAST LANSING, MI  48824

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.00

---

**3.407**  **Nonpriority creditor's name and mailing address**

MICRON LASER TECHNOLOGY
5560 NE WAGON DR

HILLSBORO, OR  97124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,617.00

---

**3.408**  **Nonpriority creditor's name and mailing address**

MILLIPORE SIGMA
2000 GALLOPING HILL RD
KENILWORTH, NJ  63103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.00

---

**3.409**  **Nonpriority creditor's name and mailing address**

MIRIMUS
760 PARKSIDE AVENUE SUITE 206
BROOKLYN, NY  11226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$190.00

---

**3.410**  **Nonpriority creditor's name and mailing address**

MISSION THERAPEUTICS
MEDITRINA (BUILDING 260)
BABRAHAM  CB22 3AT
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

Debtor    Synthego Corporation    Case number (if known)  25-10823

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.411 | **Nonpriority creditor's name and mailing address**<br><br>MIT (MASSACHUSETTS INSTITUTE OF TECHNOLOGY)<br>77 MASSACHUSETTS AVE<br>CAMBRIDGE, MA  02139<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,534.19 |
| 3.412 | **Nonpriority creditor's name and mailing address**<br><br>MIT (MASSACHUSETTS INSTITUTE OF TECHNOLOGY)<br>77 MASSACHUSETTS AVE<br>CAMBRIDGE, MA  2139<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,486.00 |
| 3.413 | **Nonpriority creditor's name and mailing address**<br><br>MMEF XI, L.P.<br>2884 SAND HILL ROAD, SUITE 100<br>MENLO PARK, CA  94025<br><br>**Date or dates debt was incurred**<br><br>12/29/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122,766.58 |
| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>MMEF XI, L.P.<br>2884 SAND HILL ROAD, SUITE 100<br>MENLO PARK, CA  94025<br><br>**Date or dates debt was incurred**<br><br>2/5/2025<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>NON-CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,250.00 |
| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>MNEMO THERAPEUTICS<br>430 E 29 TH STREET 15TH FLOOR<br>NEW YORK, NY  10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DEPOSIT (CLINICAL ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,220.97 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.416** | **Nonpriority creditor's name and mailing address**

MOMA THERAPEUTICS
20 ACORN PARK DR 6TH FLOOR
CAMBRIDGE, MA  2140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

**3.417** | **Nonpriority creditor's name and mailing address**

MONASH UNIVERSITY
SCHOOL OF CLINICAL SCIENCES
NURSING AND HEALTH SCIENCESLEVEL 7
MONASH HEALTH TRANSLATIONAL - 246 CLAYTON ROAD
MELBOURNE, VIC  3168
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.418** | **Nonpriority creditor's name and mailing address**

MONASH UNIVERSITY - SCHOOL OF CLINICAL SCIENCES
NURSING AND HEALTH SCIENCESLEVEL 7
MONASH HEALTH TRANSLATIONAL PRECINCT
246 CLAYTON ROAD
MELBOURNE, VIC  03168
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.00

---

**3.419** | **Nonpriority creditor's name and mailing address**

MONTREAL NEUROLOGICAL INSTITUTE
SURGERY DEPARTMENT MONTREAL
GENERAL HOSPITAL ROOM C10-148.5
MONTREAL, QC  H3A 3T3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,288.00

---

**3.420** | **Nonpriority creditor's name and mailing address**

MOO INC
25 FAIRMOUNT AVENUE
EAST PROVIDENCE, RI  02914

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.01

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.421** | **Nonpriority creditor's name and mailing address**

MOONWALK BIOSCIENCE
MOONWALK BIOSCIENCE
2 TOWER PL, FL 17
MOONWALK BIOSCIENCE FLOOR 17
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,005.01

---

**3.422** | **Nonpriority creditor's name and mailing address**

MORROW-MEADOWS CORPORATION
ATTN: CATHLEEN VICK, CEO
231 BENTON CT
WALNUT, CA  91789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,685.00

---

**3.423** | **Nonpriority creditor's name and mailing address**

MOTION GROUP, LLC
5577 E PERRIN RD
CLOVIS, CA  93619

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,791.14

---

**3.424** | **Nonpriority creditor's name and mailing address**

MRC HARWELL INSTITUTE
TRINITY LN
CAMBRIDGE  OX11 0RD
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.00

---

**3.425** | **Nonpriority creditor's name and mailing address**

MURRAY PLUMBING AND HEATING CORPORATION
18414 S. SANTA FE AVE.
RANCHO DOMINGUEZ, CA  90221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,546.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.426 | **Nonpriority creditor's name and mailing address**<br>NANOVATION THERAPEUTICS<br>RUTHERFORD APPLETON LABORATORIES HARWELL<br>RESEARCH COMPLEX AT HARWELL, DIDCOT OXFORD<br>OXFORDSHIRE  OX11 0FA<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $740.00 |
| 3.427 | **Nonpriority creditor's name and mailing address**<br>NANTBIOSCIENCE<br>9920 JEFFERSON BLVD<br><br>CULVER CITY, CA  90230<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $843.12 |
| 3.428 | **Nonpriority creditor's name and mailing address**<br>NATIONAL CANCER INSTITUTE<br>37 CONVENT DRIVE, BLDG 37, RM 2144<br>BETHESDA, MD  20892<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $35,650.62 |
| 3.429 | **Nonpriority creditor's name and mailing address**<br>NATIONAL CANCER INSTITUTE<br>37 CONVENT DRIVE, BLDG 37, RM 2144<br>BETHESDA, MD  20892<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,800.00 |
| 3.430 | **Nonpriority creditor's name and mailing address**<br>NATIONAL INSTITUTE OF HEALTH<br>25 WEST 4TH STREET<br>NEW YORK, NY  10012<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,753.50 |

Debtor   Synthego Corporation
(Name)

Case Number (if known)   25-10823

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.431**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE ON DRUG ABUSE, NIH
251 BAYVIEW BOULEVARD.
BALTIMORE, MD  21224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.432**

**Nonpriority creditor's name and mailing address**

NATIONAL JEWISH HEALTH
1400 JACKSON STREET M221
DENVER, CO  80206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.86

---

**3.433**

**Nonpriority creditor's name and mailing address**

NATIONAL JEWISH HEALTH
1400 JACKSON STREET M221
DENVER, CO  80206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.04

---

**3.434**

**Nonpriority creditor's name and mailing address**

NATIONAL LABORATORY ANIMAL CENTER- NLAC
BUILDING G, NO. 111, LANE 130
SECTION 1
 ACADEMIA ROAD
NANGANG DISTRICT, TAIPEI
RUSIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.00

---

**3.435**

**Nonpriority creditor's name and mailing address**

NATIONAL RESEARCH COUNCIL OF CANADA
1200 MONTREAL ROAD

OTTAWA, ON   K1A 0R6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,450.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.436** | **Nonpriority creditor's name and mailing address**

NATIONAL UNIVERSITY OF SINGAPORE
21 LOWER KENT RIDGE ROAD
SINGAPORE  119077
SINGAPORE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,901.00

---

**3.437** | **Nonpriority creditor's name and mailing address**

NATIONWIDE CHILDRENS HOSPITAL
PO BOX 7198
COLUMBUS, OH  43205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,852.26

---

**3.438** | **Nonpriority creditor's name and mailing address**

NBE-THERAPEUTICS
TECHNOLOGY PARK BASEL
HOCHBERGERSTRASSE 60C
BASEL  4057
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,850.00

---

**3.439** | **Nonpriority creditor's name and mailing address**

NCI/NIH
BETHESDA CAMPUS
9000 ROCKVILLE PIKE
BETHESDA, MD  20892

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,338.16

---

**3.440** | **Nonpriority creditor's name and mailing address**

NEOGENE THERAPEUTICS, INC.
2225 COLORADO AVE
SANTA MONICA, CA  90404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,346.66

Debtor    Synthego Corporation                                        Case number (if known)  25-10823

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.441**

**Nonpriority creditor's name and mailing address**

NEOGENE THERAPEUTICS, INC.
2225 COLORADO AVE
SANTA MONICA, CA  90404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,280.13

---

**3.442**

**Nonpriority creditor's name and mailing address**

NEOMORPH INC
5590 MOREHOUSE DR
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.00

---

**3.443**

**Nonpriority creditor's name and mailing address**

NEUROGENE
535 W 24TH ST.
NEW YORK, NY  10011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$961.88

---

**3.444**

**Nonpriority creditor's name and mailing address**

NEW ENGLAND BIOLABS
PO BOX 3933
BOSTON, MA  02241-3933

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$363.00

---

**3.445**

**Nonpriority creditor's name and mailing address**

NEW PIG CORP
ONE PORK AVENUE
TIPTON, PA  16684

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.90

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.446**

**Nonpriority creditor's name and mailing address**

NEWCELLS BIOTECH
THE BIOSPHERE
DRAYMAN HELIX
SOUTH ST
NEWCASTLE UPON TYNE  NE4 5BX
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,859.00

---

**3.447**

**Nonpriority creditor's name and mailing address**

NHLBI/NIH
10 CENTER DRIVE BLDG 10 RM 9N112
BETHESDA, MD  20892

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$242.00

---

**3.448**

**Nonpriority creditor's name and mailing address**

NIAID/NIH
10 CENTER DR, BLDG 10, RM 6N317
BETHESDA, MD  20892

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,314.80

---

**3.449**

**Nonpriority creditor's name and mailing address**

NIDDK/NIH
9000 ROCKVILLE PIKE
BETHESDA, MD  20892

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.450**

**Nonpriority creditor's name and mailing address**

NIEHS/NIH
530 DAVIS DRIVE
NATIONAL INSTITUTE OF
ENVIRONMENTAL HEALTH SCIENCES OFF. OF
ACQUISITION
DURHAM, NC  27713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.36

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.451** **Nonpriority creditor's name and mailing address**

NINDS/NIH
35 CONVENT DR BG 35A RM GF352
PO REFERENCE :23-011433
BETHESDA, MD  20892

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,060.57

---

**3.452** **Nonpriority creditor's name and mailing address**

NINDS/NIH/NGB
6701 ROCKLEDGE DRIVE 3RD FLOOR
BETHESDA, MD  20892-7784

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$399.00

---

**3.453** **Nonpriority creditor's name and mailing address**

NIST
100 BUREAU DRIVE
GAITHERSBURG, MD  20850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,247.98

---

**3.454** **Nonpriority creditor's name and mailing address**

NOR-CAL MOVING SERVICE
3527 ARDEN ROAD
HAYWARD, CA  94545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,040.02

---

**3.455** **Nonpriority creditor's name and mailing address**

NORTH CAROLINA STATE UNIVERSITY
112 DERIEUX PL 1566
THOMAS HALL RALEIGH, NC  27695

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,400.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.456**

**Nonpriority creditor's name and mailing address**

NORTH CAROLINA STATE UNIVERSITY
112 DERIEUX PL 1566
THOMAS HALL RALEIGH, NC 27695

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.10

---

**3.457**

**Nonpriority creditor's name and mailing address**

NORTHWESTERN UNIVERSITY
1800 SHERMAN AVENUE
EVANSTON, IL 60640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,658.00

---

**3.458**

**Nonpriority creditor's name and mailing address**

NORTHWESTERN UNIVERSITY
1800 SHERMAN AVENUE
EVANSTON, IL 60640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,076.05

---

**3.459**

**Nonpriority creditor's name and mailing address**

NOVO NORDISK
NOVO ALLE
BAGSVAERD, DK 02880
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,370.01

---

**3.460**

**Nonpriority creditor's name and mailing address**

NOVO NORDISK
PO BOX 1000
NOVO ALLE 1
BAGSVAERD 2880
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$175.54

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.461** | **Nonpriority creditor's name and mailing address**

NOVORON BIOSCIENCE
1155 ISLAND AVE SUITE 100

SAN DIEGO, CA  92101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,921.25

---

**3.462** | **Nonpriority creditor's name and mailing address**

NURIX, INC.
455 MISSION BAY BOULEVARD SOUTH 4TH FLOOR
SAN FRANCISCO, CA  94158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.30

---

**3.463** | **Nonpriority creditor's name and mailing address**

NUVISAN ICB GMBH
WEGENERSTRASSE 13
NEU-ULM  89231
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.464** | **Nonpriority creditor's name and mailing address**

NYU MEDICAL CENTER
40 SUNSHINE COTTAGE RD ADMINISTRATION BUILDING
VALHALLA, NY  10595

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$850.50

---

**3.465** | **Nonpriority creditor's name and mailing address**

ODYSSEY THERAPEUTICS
4242 CAMPUS POINT COURT 6TH FLOOR
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.466 | **Nonpriority creditor's name and mailing address**<br>OFF DUTY OFFICERS INC.<br>2365 LA MIRADA DRIVE<br>VISTA, CA 92081<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,032.34 |

| 3.467 | **Nonpriority creditor's name and mailing address**<br>OKLAHOMA MEDICAL RESEARCH FOUNDATION<br>825 NORTHEAST 13TH STREET<br>OKLAHOMA CITY, OK 73104<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,889.50 |

| 3.468 | **Nonpriority creditor's name and mailing address**<br>OMNISIGHT INC.<br>2318 GRAYS FERRY AVE<br>APT. 1<br>PHILADELPHIA, PA 19146<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162.00 |

| 3.469 | **Nonpriority creditor's name and mailing address**<br>ONK THERAPEUTICS<br>UNIT 6 DANGAN HEIGHTS<br><br>GALWAY BUSINESS PARK, GALWAY   H91 W7CP<br>IRELAND<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.88 |

| 3.470 | **Nonpriority creditor's name and mailing address**<br>OREGON HEALTH & SCIENCE UNIVERSITY<br>PO BOX 572<br>PORTLAND, OR 97207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,193.05 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.471**

**Nonpriority creditor's name and mailing address**

OREGON HEALTH & SCIENCE UNIVERSITY
PO BOX 572
PORTLAND, OR  97207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,778.29

---

**3.472**

**Nonpriority creditor's name and mailing address**

ORIC PHARMACEUTICALS, INC.
240 E. GRAND AVE 2ND FLOOR
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,600.00

---

**3.473**

**Nonpriority creditor's name and mailing address**

ORTHOBIO THERAPEUTICS
ROBINSON WAY
CAMBRIDGE  CB2 0RE
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$968.25

---

**3.474**

**Nonpriority creditor's name and mailing address**

OSLO UNIVERSITY HOSPITAL
REGNSKAP, SEKSJON KOSTNADER POSTBOKS 4950
NYDALEN  424
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,929.00

---

**3.475**

**Nonpriority creditor's name and mailing address**

OSLO UNIVERSITY HOSPITAL
REGNSKAP, SEKSJON KOSTNADER POSTBOKS 4950
NYDALEN  424
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,105.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.476** | **Nonpriority creditor's name and mailing address**

OSLO UNIVERSITY HOSPITAL
REGNSKAP, SEKSJON KOSTNADER POSTBOKS 4950
NYDALEN  424
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,067.00

---

**3.477** | **Nonpriority creditor's name and mailing address**

OXFORD BIOTHERAPEUTICS
5941 OPTICAL COURT
SAN JOSE, CA  95138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,249.00

---

**3.478** | **Nonpriority creditor's name and mailing address**

PAIRWISE PLANTS SERVICES INC.
807 EAST MAIN STREET STE 4-100
DURHAM, NC  27701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$218.60

---

**3.479** | **Nonpriority creditor's name and mailing address**

PANGEA INC.
GUSTAVE-ADOR 20, 1207 GENEVE
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,954.11

---

**3.480** | **Nonpriority creditor's name and mailing address**

PAPERBOX INC
1025 SHERMAN OAKS DR.
SAN JOSE, CA  95128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$859.00

Debtor    Synthego Corporation
          (Name)

| **Part 2:** | Additional Page |

| | Amount of claim |

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,850.00 |
| | PATSNAP | Check all that apply. | |
| | 3RD FLOOR BLDG 11 CHISWICK BUSINESS PARK | ☐ Contingent | |
| | 566 CHISWICK HIGH RD | ☐ Unliquidated | |
| | LONDON  5YS | ☐ Disputed | |
| | UNITED KINGDOM | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE | |
| | VARIOUS | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $135,742.48 |
| | PCOF EQ AIV III, LP | Check all that apply. | |
| | 51 ASTOR PLACE, 10TH FLOOR | ☒ Contingent | |
| | NEW YORK, NY  10003 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 1/26/2024 | CONVERTIBLE NOTES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,352.50 |
| | PEARL PATHWAYS | Check all that apply. | |
| | 29 E MCCARTY STREET | ☐ Contingent | |
| | SUITE 100 | ☐ Unliquidated | |
| | INDIANAPOLIS, IN  46225 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE | |
| | VARIOUS | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,393.00 |
| | PENN STATE COLLEGE OF MEDICINE | Check all that apply. | |
| | 201 OLD MILL ROAD | ☐ Contingent | |
| | STATE COLLEGE, PA  16802 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER CREDIT | |
| | VARIOUS | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $276.32 |
| | PENN STATE UNIVERSITY | Check all that apply. | |
| | 201 OLD MAIN | ☐ Contingent | |
| | UNIVERSITY PARK, PA  16802 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER CREDIT (DISCOVERY ORDERS) | |
| | VARIOUS | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.486** | **Nonpriority creditor's name and mailing address**

PENN STATE UNIVERSITY
201 OLD MAIN
UNIVERSITY PARK, PA 16802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.36

---

**3.487** | **Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO. L.P.
2675 MORGANTOWN ROAD
PO BOX 1321
READING, PA 19603-1321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,272.65

---

**3.488** | **Nonpriority creditor's name and mailing address**

PERCEPTIVE CREDIT HOLDINGS III, LP
51 ASTOR PLACE, 10TH FLOOR
NEW YORK, NY 10003

**Date or dates debt was incurred**

3/20/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,000,000.00

---

**3.489** | **Nonpriority creditor's name and mailing address**

PERCEPTIVE CREDIT HOLDINGS III, LP
51 ASTOR PLACE, 10TH FLOOR
NEW YORK, NY 10003

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$222,511.37

---

**3.490** | **Nonpriority creditor's name and mailing address**

PFIZER
SEND INVOICES TO: APINVOICESPFIZER.COM
BARTLETT, TN 38184-0600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,180.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $935.69 |
|---|---|---|---|

**3.491** **Nonpriority creditor's name and mailing address**

PFIZER
SEND INVOICES TO: APINVOICESPFIZER.COM
BARTLETT, TN  38184-0600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $935.69

---

**3.492** **Nonpriority creditor's name and mailing address**

PFIZER INC (SEATTLE GENETICS)
21823 30TH DRIVE SOUTHEAST
BOTHELL, WA  98021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $14,744.85

---

**3.493** **Nonpriority creditor's name and mailing address**

PHARMACYCLICS
P.O. BOX 210075
DALLAS, TX  75211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $4.05

---

**3.494** **Nonpriority creditor's name and mailing address**

PINGBOARD INC.
PO BOX 734524
DALLAS, TX  75373-4524

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $4,075.20

---

**3.495** **Nonpriority creditor's name and mailing address**

PIPETTE.COM
9477 WAPLES ST
SUITE 120
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $1,944.00

Debtor    Synthego Corporation

(Name)

Case number (if known)    25-10823

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.496** | **Nonpriority creditor's name and mailing address**

PIXELBIOTECH GMBH
WALDHOFER STR. 104

69123 HEIDELBERG,
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.00

---

**3.497** | **Nonpriority creditor's name and mailing address**

POLYMER PLASTICS CORPORATION
550 MALLORY WAY
CARSON CITY, NV  89701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$311.21

---

**3.498** | **Nonpriority creditor's name and mailing address**

POSEIDA THERAPEUTICS, INC
9390 TOWNE CENTRE DR 200
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.63

---

**3.499** | **Nonpriority creditor's name and mailing address**

PRAXAIR
156 W HARRIS AVE

SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,805.78

---

**3.500** | **Nonpriority creditor's name and mailing address**

PRIME ANALYTICAL LABORATORIES, LLC
4055 NELSON AVE
CONCORD, CA  94520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,427.50

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.00 |
|---|---|---|---|

3.501

**Nonpriority creditor's name and mailing address**

PRINCETON UNIVERSITY
PRINCETON UNIVERSITY
PRINCETON, NJ  08544

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $29.00

---

3.502

**Nonpriority creditor's name and mailing address**

PROLIFIC MACHINES
6400 HOLLIS ST
EMERYVILLE, CA  94608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,945.09

---

3.503

**Nonpriority creditor's name and mailing address**

PROMETHEUS ENGINEERING INC.
481 LAFAYETTE CT

MOUNTAIN HOUSE, CA  95391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,500.00

---

3.504

**Nonpriority creditor's name and mailing address**

PROOF DIAGNOSTICS, INC. (PINE TREE HEALTH)
700 MAIN STREET
NORTH CAMBRIDGE, MA  2139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,672.75

---

3.505

**Nonpriority creditor's name and mailing address**

PROPHARMA GROUP HOLDINGS, LLC
8717 W. 110TH STREET
SUITE 300
OVERLAND PARK, KS  66210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $69,675.12

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.506** **Nonpriority creditor's name and mailing address**
PRS, LLC
250 WEST 55TH STREET, 26TH FLOOR
NEW YORK, NY  10019

**Date or dates debt was incurred**
9/30/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,735,129.40

**3.507** **Nonpriority creditor's name and mailing address**
PRS, LLC
250 WEST 55TH STREET, 26TH FLOOR
NEW YORK, NY  10019

**Date or dates debt was incurred**
8/28/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,503,835.62

**3.508** **Nonpriority creditor's name and mailing address**
PRUDENTIAL OVERALL SUPPLY
2485 ASH STREET
VISTA, CA  92081

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,563.28

**3.509** **Nonpriority creditor's name and mailing address**
PUBLIC HEALTH AGENCY OF CANADA
130 COLONNADE RD.
AL 6501H

OTTAWA, ON  K1A 0K9
CANADA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,500.00

**3.510** **Nonpriority creditor's name and mailing address**
Q-STATE BIOSCIENCES
150 CAMBRIDGEPARK DR
CAMBRIDGE, MA  2140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.511** | **Nonpriority creditor's name and mailing address**

QUARTZY, INC.
PO BOX 123895
DEPT 3895
DALLAS, TX  75312-3895

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,901.86

---

**3.512** | **Nonpriority creditor's name and mailing address**

QUENCH USA, INC.
PO BOX 735777
DALLAS, TX  75373-5777

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$859.36

---

**3.513** | **Nonpriority creditor's name and mailing address**

QUINNIPIAC UNIVERSITY
275 MOUNT CARMEL AVENUE

HAMDEN, CT  06518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$589.00

---

**3.514** | **Nonpriority creditor's name and mailing address**

QUINONEZ CONSTRUCTION
535 E MERLE CT
SAN LEANDRO, CA  94577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,312.50

---

**3.515** | **Nonpriority creditor's name and mailing address**

QUOTIENT THERAPEUTICS INC
55 CAMBRIDGE PARKWAY SUITE 800E
CAMBRIDGE, MA  2142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.19

---

Debtor   Synthego Corporation
_____
(Name)

Case number (if known)   25-10823
_____

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.516 | **Nonpriority creditor's name and mailing address**<br><br>R & S ERECTION NORTH PENINSULA, INC.<br>133 SOUTH LINDEN AVENUE<br>SOUTH SAN FRANCISCO, CA  94080<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,279.61 |
| 3.517 | **Nonpriority creditor's name and mailing address**<br><br>RANOK THERAPEUTICS (HANGZHOU) CO. LTD.<br>FLOOR 4, BUILDING 16<br>HEXIANG SCIENCE AND TECHNOLOGY CENTER<br>QIANTANG DISTRICT<br>HANGZHOU  310020<br> CHINA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,543.75 |
| 3.518 | **Nonpriority creditor's name and mailing address**<br><br>RAPID AXIS, LLC<br>1482 ODDSTAD DRIVE<br>REDWOOD CITY, CA  94063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $542.24 |
| 3.519 | **Nonpriority creditor's name and mailing address**<br><br>RAREBASE<br>2261 MARKET STREET 4759<br>SAN FRANCISCO, CA  94114<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,700.00 |
| 3.520 | **Nonpriority creditor's name and mailing address**<br><br>RBC VAT CONSULTANTS<br>55 PEACH STREET<br>WOKINGHAM<br><br>BERKSHIRE, ENGLAND   RG40 1XP<br>UNITED KINGDON<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,210.74 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.00 |
| --- | --- | --- | --- |

RBNC THERAPEUTICS
490 ARSENAL WAY
SUITE 200
WATERTOWN, MA  02472

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.85 |
| --- | --- | --- | --- |

RECODE THERAPEUTICS, INC
1455 ADAMS DRIVE STE 1120
MENLO PARK, CA  94025

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $167.32 |
| --- | --- | --- | --- |

RECOMBINETICS
1246 UNIVERSITY AVENUE WEST
SAINT PAUL, MN  55104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,436.00 |
| --- | --- | --- | --- |

REGENERON PHARMACEUTICALS
2261 MARKET STREET 4759
SAN FRANCISCO, CA  94114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,200.00 |
| --- | --- | --- | --- |

REGULUS THERAPEUTICS
4224 CAMPUS POINT CT
SAN DIEGO, CA  92121

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Synthego Corporation
(Name)

Case number (if known)  25-10823

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.526**

**Nonpriority creditor's name and mailing address**

REJUVERON LIFE SCIENCES AG
18 WAGISTRASSE
SCHLIEREN  8952
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.527**

**Nonpriority creditor's name and mailing address**

RELIABLE FIRE EXTINGUISHER SALES & SERVICE, INC.
PO BOX 3461
REDWOOD CITY, CA  94064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,330.00

---

**3.528**

**Nonpriority creditor's name and mailing address**

REPARE THERAPEUTICS
7210 FREDERICK-BANTING, SUITE 100
ST-LAURENT, QC  H4S 2A1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.00

---

**3.529**

**Nonpriority creditor's name and mailing address**

REPLAY HOLDINGS LLC
5555 OBERLIN DRIVE
SUITE 120
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

**3.530**

**Nonpriority creditor's name and mailing address**

REPROCELL USA, INC.
9000 VIRGINIA MANOR RD
SUITE 207
BELTSVILLE, MD  20705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$325,660.08

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.531** Nonpriority creditor's name and mailing address

RESEARCH FOUNDATION OF SUNY
35 STATE ST
ALBANY, NY  12207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,325.00

---

**3.532** Nonpriority creditor's name and mailing address

RESEARCHGATE GMBH
INVALIDENSTRASSE 115
BERLIN  10115
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,307.08

---

**3.533** Nonpriority creditor's name and mailing address

RESTEK CORPORATION
110 BENNER CIRCLE
BELLEFONTE, PA  16823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$261.00

---

**3.534** Nonpriority creditor's name and mailing address

REVELATION HEALTHCARE FUND II, L.P.
255 CALIFORNIA STREET, 12TH FLOOR
SAN FRANCISCO, CA  94111

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,856.08

---

**3.535** Nonpriority creditor's name and mailing address

REVOLUTION MEDICINES
700 SAGINAW DRIVE
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,873.77

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.536**

**Nonpriority creditor's name and mailing address**

RFI COMMUNICATIONS SECURITY SYSTEMS
PO BOX 8487
PASADENA, CA  91109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.00

---

**3.537**

**Nonpriority creditor's name and mailing address**

RHEINCELL THERAPEUTICS GMBH
BERGHAUSENER STRASSE 98
40764 LANGENFELD
RHEINLAND
 GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,555.00

---

**3.538**

**Nonpriority creditor's name and mailing address**

RIDGELINE DISCOVERY GMBH
AESCHENVORSTADT 36
SWISS CUSTOMS NUMBER/ZAZ: 18404-5
BASEL  4051
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,438.09

---

**3.539**

**Nonpriority creditor's name and mailing address**

RIDGELINE THERAPEUTICS
2450 HOLCOMBE BLVD
SUITE J

HOUSTON, TX  77021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,150.00

---

**3.540**

**Nonpriority creditor's name and mailing address**

RNA SPV LLC
411 NE 2ND AVE
HALLANDALE, FL  33009-4215

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,737.83

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.541 | **Nonpriority creditor's name and mailing address**<br><br>ROBERTS, REBECCA<br>35 AGNES PLACE, BLI BLI<br>SUNSHINE COAST, QLD  04560<br>AUSTRALIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,068.25 |

| 3.542 | **Nonpriority creditor's name and mailing address**<br><br>ROCHE DIAGNOSTICS GMBH<br>SANDHOFER STR. 116 RECHNUNGSPRUFUNG<br>MANNHEIM  68305<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.50 |

| 3.543 | **Nonpriority creditor's name and mailing address**<br><br>ROCKEFELLER UNIVERSITY<br>1230 YORK AVENUE<br>NEW YORK, NY  10065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $371.50 |

| 3.544 | **Nonpriority creditor's name and mailing address**<br><br>ROCKET LAWYER INC.<br>2261 MARKET ST.<br>#10647<br><br>SAN FRANCISCO, CA  94114<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,490.00 |

| 3.545 | **Nonpriority creditor's name and mailing address**<br><br>RODRIGUEZ WRIGHT LLP<br>1390 NORTH MCDOWELL BOULEVARD<br>SUITE G, 324<br>PETALUMA, CA  94954<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $360.00 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.546** **Nonpriority creditor's name and mailing address**

ROOTPATH
65 GROVE STREET
SUITE 203
WATERTOWN, MA 20472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,035.68

---

**3.547** **Nonpriority creditor's name and mailing address**

RUTGERS UNIVERSITY
57 U.S. 1
NEW BRUNSWICK, NJ 08854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.00

---

**3.548** **Nonpriority creditor's name and mailing address**

RUTGERS UNIVERSITY
57 U.S. 1
NEW BRUNSWICK, NJ 08854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.00

---

**3.549** **Nonpriority creditor's name and mailing address**

SALK INSTITUTE FOR BIOLOGICAL STUDIES
10010 N TORREY PINES RD
LA JOLLA, CA 92037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$521.59

---

**3.550** **Nonpriority creditor's name and mailing address**

SALK INSTITUTE FOR BIOLOGICAL STUDIES
10010 N TORREY PINES RD
LA JOLLA, CA 92037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.27

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.551**

**Nonpriority creditor's name and mailing address**

SANA BIOTECHNOLOGY
1 TOWER PLACE SUITE 500
SOUTH SAN FRANCISCO, CA  98258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,281.33

---

**3.552**

**Nonpriority creditor's name and mailing address**

SANA BIOTECHNOLOGY
1 TOWER PLACE SUITE 500
SOUTH SAN FRANCISCO, CA  98258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,086.42

---

**3.553**

**Nonpriority creditor's name and mailing address**

SANA BIOTECHNOLOGY, INC.
188 EAST BLAINE STREET
SUITE 400
SEATTLE, WA  98102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,456.53

---

**3.554**

**Nonpriority creditor's name and mailing address**

SANA BIOTECHNOLOGY, INC.
188 EAST BLAINE STREET
SUITE 400
SEATTLE, WA  98102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.61

---

**3.555**

**Nonpriority creditor's name and mailing address**

SANDIA NATIONAL LABORATORIES
1515 EUBANK BOULEVARD
SOUTHEAST LIVERMORE, CA  94551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$187.70

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.556** | **Nonpriority creditor's name and mailing address**

SANDIA NATIONAL LABORATORIES
1515 EUBANK BOULEVARD
SOUTHEAST LIVERMORE, CA 94551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.11

---

**3.557** | **Nonpriority creditor's name and mailing address**

SANFORD BURNHAM PREBYS MEDICAL DISCOVERY
INSTITUTE
10901 NORTH TORREY PINES ROAD
LA JOLLA, CA 92037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$529.22

---

**3.558** | **Nonpriority creditor's name and mailing address**

SCIENCE EXCHANGE
555 BRYANT STREET
PALO ALTO, CA 94301-1704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,669.46

---

**3.559** | **Nonpriority creditor's name and mailing address**

SCIENCE EXCHANGE
555 BRYANT STREET
PALO ALTO, CA 94301-1704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,375.56

---

**3.560** | **Nonpriority creditor's name and mailing address**

SCIENCE EXCHANGE
555 BRYANT STREET
PALO ALTO, CA 94301-1704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,225.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.561** | **Nonpriority creditor's name and mailing address**

SCRATCHPAD
PO BOX 208095
DALLAS, TX  75320-8095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,744.00

---

**3.562** | **Nonpriority creditor's name and mailing address**

SCRIBE THERAPEUTICS
1150 MARINA VILLAGE PKWY
ALAMEDA, CA  94501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,201.64

---

**3.563** | **Nonpriority creditor's name and mailing address**

SCRIPPS RESEARCH
526 CAMINO DEL MAR DEL
MAR, CA  92014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$322.75

---

**3.564** | **Nonpriority creditor's name and mailing address**

SEAGEN, INC
21823 30TH DRIVE SOUTHEAST
BOTHELL, WA  98021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.15

---

**3.565** | **Nonpriority creditor's name and mailing address**

SEAMLESS THERAPEUTICS GMBH
TATZBERG 47/49
DRESDEN  1307
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,480.00

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.566** | **Nonpriority creditor's name and mailing address**

SEATTLE CHILDRENS
4800 SAND POINT WAY NORTHEAST
SEATTLE, WA  98101-1425

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$665.98

---

**3.567** | **Nonpriority creditor's name and mailing address**

SEATTLE CHILDREN'S
4800 SAND POINT WAY NORTHEAST
SEATTLE, WA  98101-1425

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.00

---

**3.568** | **Nonpriority creditor's name and mailing address**

SHI
PO BOX 952121
DALLAS, TX  75395-2121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,830.15

---

**3.569** | **Nonpriority creditor's name and mailing address**

SHORELINE BIOSCIENCES, INC.
11408 SORRENTO VALLEY ROAD
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,050.18

---

**3.570** | **Nonpriority creditor's name and mailing address**

SIFTED
659 AUBURN AVE NE SUITE 157
ATLANTA, GA  30312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,701.76

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.571** | **Nonpriority creditor's name and mailing address**

SIGMA-ALDRICH, INC.
3050 SPRUCE STREET
ST. LOUIS, MO 63103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$224,386.85

---

**3.572** | **Nonpriority creditor's name and mailing address**

SILICON THERAPEUTICS
451 D STREET · SUITE 205
BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.51

---

**3.573** | **Nonpriority creditor's name and mailing address**

SILICON THERAPEUTICS
451 D STREET · SUITE 205

BOSTON, MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.37

---

**3.574** | **Nonpriority creditor's name and mailing address**

SKYHAWK THERAPEUTICS
180 3RD AVE
WALTHAM, MA 02451-7586

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,171.88

---

**3.575** | **Nonpriority creditor's name and mailing address**

SNO BIO, INC.
10210 CAMPUS POINT DRIVE
SUITE 150
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.91

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,190.63 |
|---|---|---|---|

**3.576**

**Nonpriority creditor's name and mailing address**
SOLID BIOSCIENCES
500 RUTHERFORD AVE 3RD FLOOR
CHARLESTOWN, MA  2129

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,190.63

---

**3.577**

**Nonpriority creditor's name and mailing address**
SONOMA BIOTHERAPEUTICS
400 EAST JAMIE COURT
SOUTH SAN FRANCISCO, CA  98119

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,723.00

---

**3.578**

**Nonpriority creditor's name and mailing address**
SPRINT E-LOGISTICS LTD
MORLEY COURT
UNIT1
MORLEY WAY
PETERBOROUGH,   PE2 7BW
UNITED KINGDON

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,716.20

---

**3.579**

**Nonpriority creditor's name and mailing address**
ST JUDE CHILDRENS RESEARCH HOSPITAL
262 DANNY THOMAS PLACE FINANCIAL SERVICES
MAIL STOP 509
MEMPHIS, TN  38105-3678

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☑ No
☐ Yes

$119,240.47

---

**3.580**

**Nonpriority creditor's name and mailing address**
STANFORD
BMI BUILDING 240 PASTEUR DRIVE RM 1300
PALO ALTO, CA  94304

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$117.81

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.581** | **Nonpriority creditor's name and mailing address**

STANFORD UNIVERSITY
1291 WELCH RD CCSR 1120
STANFORD, CA  94305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,136.15

---

**3.582** | **Nonpriority creditor's name and mailing address**

STANFORD UNIVERSITY
1291 WELCH RD CCSR 1120
STANFORD, CA  94305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.82

---

**3.583** | **Nonpriority creditor's name and mailing address**

STELLAR SCIENTIFIC
2833 SMITH AVE.
BOX 256
BALTIMORE, MD  21209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,306.00

---

**3.584** | **Nonpriority creditor's name and mailing address**

STERIS INC
5960 HEISLEY ROAD
MENTOR, OH  44060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,328.36

---

**3.585** | **Nonpriority creditor's name and mailing address**

STOWERS INSTITUTE
1000 EAST 50TH STREET
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

Debtor    Synthego Corporation

(Name)

Case number (if known) 25-10823

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.586** | **Nonpriority creditor's name and mailing address**
STRAND THERAPEUTICS INC
20 OVERLAND ST SUITE A
BOSTON, MA  2215

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,631.44

---

**3.587** | **Nonpriority creditor's name and mailing address**
SU, KACEY
10154 JENNY LYNN WAY
ELK GROVE, CA  95757-5967

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.78

---

**3.588** | **Nonpriority creditor's name and mailing address**
SUNY AT STONY BROOK
118 NICOLLS ROAD

STONY BROOK,  NY 11790

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.00

---

**3.589** | **Nonpriority creditor's name and mailing address**
SUPREME OPTIMIZATION, LLC (WIRE ONLY)
1607 AVENIDA JUAN PONCE DE LEON GM-06
COBIANS PLAZA
SAN JUAN, PUERTO RICO  909

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,531.00

---

**3.590** | **Nonpriority creditor's name and mailing address**
SWEDISH UNIVERSITY OF AGRICULTURAL SCIENCES
BOX 7070
UPPSALA  75237
SWEDEN

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.591** | **Nonpriority creditor's name and mailing address**

SYNGENE INTERNATIONAL
BIOCON SEZ, BIOCON PARK, PLOT NO. 2 & 3
BOMMASANDRA INDUSTRIAL AREA
 IV PHASE,  JIGANI LINK ROAD
BANGALORE, KARNATAKA  560099
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.00

---

**3.592** | **Nonpriority creditor's name and mailing address**

SYNTHEGO CORPORATION
3696 HAVEN AVE SUITE A
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,200.97

---

**3.593** | **Nonpriority creditor's name and mailing address**

SYNTHEGO CORPORATION
3696 HAVEN AVE SUITE A
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.00

---

**3.594** | **Nonpriority creditor's name and mailing address**

TAKEDA
95 HAYDEN AVENUE
LEXINGTON, MA  02421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.18

---

**3.595** | **Nonpriority creditor's name and mailing address**

TAKEDA
95 HAYDEN AVENUE
LEXINGTON, MA  2421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,703.71

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.596** Nonpriority creditor's name and mailing address

TAMPERE UNIVERSITY
TAMPERE UNIVERSITY
KALEVANTIE 4
TAMPERE  33100
FINLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$20.00

---

**3.597** Nonpriority creditor's name and mailing address

TANG, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,864.54

---

**3.598** Nonpriority creditor's name and mailing address

TCR2 THERAPEUTICS
100 BINNEY STREET
SUITE 710
CAMBRIDGE, MA  02142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$21.56

---

**3.599** Nonpriority creditor's name and mailing address

TECHNISCHE UNIVERSITAET DRESDEN
HELMHOLTZSTR. 10
DRESDEN  01069
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,274.07

---

**3.600** Nonpriority creditor's name and mailing address

TECHNISCHE UNIVERSITAET DRESDEN
HELMHOLTZSTR. 10
DRESDEN  01069
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☑ No
☐ Yes

$272.00

Debtor    Synthego Corporation
(Name)

Case number (if known)  25-10823

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.00 |
|  | TECHNISCHE UNIVERSITAET MUNCHEN | Check all that apply. |  |
|  | TROGERSTRASSE 30 | ☐ Contingent |  |
|  | MUNICH, BAYERN  81675 | ☐ Unliquidated |  |
|  | GERMANY | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | CUSTOMER CREDIT |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,750.00 |
|  | TECHNOLOGY NETWORKS LTD | Check all that apply. |  |
|  | WOODVIEW | ☐ Contingent |  |
|  | BULL LANE INDUSTRIAL ESTATE | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  | SUDBURY,   CO10 0FD | **Basis for the claim:** |  |
|  | UNITED KINGDON | TRADE |  |
|  | **Date or dates debt was incurred** | **Is the claim subject to offset?** |  |
|  | VARIOUS | ☒ No |  |
|  | **Last 4 digits of account number:** | ☐ Yes |  |

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,640.00 |
|  | TELEPATH CORPORATION | Check all that apply. |  |
|  | 48810 KATO ROAD | ☐ Contingent |  |
|  | SUITE 300E | ☐ Unliquidated |  |
|  | FREMONT, CA  94538 | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | TRADE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,870.40 |
|  | TELEPATH DATA | Check all that apply. |  |
|  | 2017 N DINWIDDIE STREET | ☐ Contingent |  |
|  | ARLINGTON, VA  22207 | ☐ Unliquidated |  |
|  | **Date or dates debt was incurred** | ☐ Disputed |  |
|  | VARIOUS | **Basis for the claim:** |  |
|  | **Last 4 digits of account number:** | TRADE |  |
|  |  | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|  | TEMPEST THERAPEUTICS | Check all that apply. |  |
|  | 110 MILLER AVENUE | ☒ Contingent |  |
|  | BERKELEY, MI  94080 | ☒ Unliquidated |  |
|  | **Date or dates debt was incurred** | ☒ Disputed |  |
|  | VARIOUS | **Basis for the claim:** |  |
|  | **Last 4 digits of account number:** | CUSTOMER DEPOSITS |  |
|  |  | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.606** **Nonpriority creditor's name and mailing address**

TEMPLE UNIVERSITY
1852 N. 10TH STREET (083-11)
PHILADELPHIA, PA  19140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,136.00

---

**3.607** **Nonpriority creditor's name and mailing address**

TEMPLE UNIVERSITY
1852 N. 10TH STREET (083-11)
PHILADELPHIA, PA  19140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$411.00

---

**3.608** **Nonpriority creditor's name and mailing address**

TEXAS A&M
750 AGRONOMY ROAD SUITE 3101
COLLEGE STATION, TX  77843-6000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$483.08

---

**3.609** **Nonpriority creditor's name and mailing address**

TEXAS A&M
750 AGRONOMY ROAD SUITE 3101
COLLEGE STATION, TX  77843-6000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$322.21

---

**3.610** **Nonpriority creditor's name and mailing address**

THE ARTIC UNIVERSITY OF NORWAY
FAKTURAMOTTAK DFO POSTBOKS 4710 TORGARDEN
TRONDHEIM  7468
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.611**

**Nonpriority creditor's name and mailing address**

THE ASSAY DEPOT, INC. (SCIENTIST.COM)
505 LOMAS SANTA FE DRIVE
SUITE 110
SOLANA BEACH, CA  92075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,503.00

---

**3.612**

**Nonpriority creditor's name and mailing address**

THE BREAST CANCER RESEARCH FOUNDATION, INC.
28 WEST 44TH STREET
SUITE 609

NEW YORK,   NY 10036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,825.00

---

**3.613**

**Nonpriority creditor's name and mailing address**

THE CYRIAC AND ANGEL ROEDING FAMILY TRUST 2014
ADDRESS REDACTED

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,350.16

---

**3.614**

**Nonpriority creditor's name and mailing address**

THE HOSPITAL FOR SICK CHILDREN
PGCRL 686 BAY STREET, RM. 19.920KK
TORONTO, ON  M5G 0A4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$907.00

---

**3.615**

**Nonpriority creditor's name and mailing address**

THE INSTITUTE OF CANCER RESEARCH
123 OLD BROMPTON ROAD
LONDON  SW7 3RP
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$544.75

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.616** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,306.70

THE JACKSON LABORATORY
600 MAIN STREET
BAR HARBOR, ME  06103

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,820.00

THE LADY DAVIS INSTITUTE FOR MEDICAL RESEARCH
3755 CHEM. DE LA CÔTE-SAINTE-CATHERINE

MONTRÉAL, QC  H3T 10
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,821.46

THE ODIN
1905 KRAMER LN SUITE B850
LOS ANGELES PROJECT AUSTIN, TX  78758

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.00

THE ROSLIN INSTITUTE
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH  EH8 9YL
UNITED KINGDOM

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,718.76

THE SCRIPPS RESEARCH INSTITUTE
PO BOX 2850
LA JOLLA, CA  92037

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.621** | **Nonpriority creditor's name and mailing address**

THE SCRIPPS RESEARCH INSTITUTE
PO BOX 2850
LA JOLLA, CA  92037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,731.20

---

**3.622** | **Nonpriority creditor's name and mailing address**

THE UNIVERSITY OF MANCHESTER
THE UNIVERSITY OF MANCHESTER
MANCHESTER  M13 9PL
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$671.00

---

**3.623** | **Nonpriority creditor's name and mailing address**

THE UNIVERSITY OF MANCHESTER
THE UNIVERSITY OF MANCHESTER
MANCHESTER  M13 9PL
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.00

---

**3.624** | **Nonpriority creditor's name and mailing address**

THE UNIVERSITY OF NEW SOUTH WALES
HIGH ST
KENSINGTON, NSW  02033
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$172.00

---

**3.625** | **Nonpriority creditor's name and mailing address**

THERMO FISHER SCIENTIFIC
5791 VAN ALLEN WAY
CARLSBAD, CA  92008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,224.35

---

Debtor    Synthego Corporation
(Name)

Case number (if known) 25-10823

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.626**

**Nonpriority creditor's name and mailing address**

THERMO FISHER SCIENTIFIC
5791 VAN ALLEN WAY
CARLSBAD, CA 92008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$326.27

---

**3.627**

**Nonpriority creditor's name and mailing address**

THERMO FISHER SCIENTIFIC (MILWAUKEE) LLC
13762 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,860.81

---

**3.628**

**Nonpriority creditor's name and mailing address**

THOMAS JEFFERSON UNIVERSITY
833 CHESTNUT ST
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,602.70

---

**3.629**

**Nonpriority creditor's name and mailing address**

THOMAS SCIENTIFIC
1654 HIGH HILL ROAD
SWEDESBORO, NJ 8085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,069.82

---

**3.630**

**Nonpriority creditor's name and mailing address**

TRANSLATIONAL RESEARCH INSTITUTE
37 KENT STREET
WOOLLOONGANBA
BRISBANE, QLD 4102
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,990.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.631** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,900.00
| Check all that apply.

TRAVERE THERAPEUTICS INC
3611 VALLEY CENTRE DRIVE
SUITE 300
SAN DIEGO, CA  92130

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.632** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.56
| Check all that apply.

TREX BIO INC.
681 GATEWAY BLVD 4TH FLOOR
SOUTH SAN FRANCISCO, CA  94080

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,048.44
| Check all that apply.

TRILLIUM THERAPEUTICS
2488 DUNWIN DRIVE
MISSISSAUGA, ON  L5L 1J9
 CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $227,660.35
| Check all that apply.

TRUEBRIDGE DIRECT FUND L.P.
1011 SOUTH HAMILTON ROAD, SUITE 400
CHAPEL HILL, NC  27517

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

1/26/2024

**Basis for the claim:**
CONVERTIBLE NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,612.70
| Check all that apply.

TRUSTED TECH TEAM
5171 CALIFORNIA AVENUE
SUITE 250
IRVINE, CA  92617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.636 | **Nonpriority creditor's name and mailing address**<br><br>U OF COLORADO ANSCHUTZ<br>12801 E 17TH AVE RM L18-6213<br>AURORA, CO  80045<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.89 |
|---|---|---|
| 3.637 | **Nonpriority creditor's name and mailing address**<br><br>UC BERKELEY<br>110 SPROUL HALL 1130<br>CHESTER SPRINGS, CA  94143<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,338.64 |
| 3.638 | **Nonpriority creditor's name and mailing address**<br><br>UC BERKELEY<br>110 SPROUL HALL 1130<br>CHESTER SPRINGS, CA  94143<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,272.46 |
| 3.639 | **Nonpriority creditor's name and mailing address**<br><br>UC DAVIS<br>2921 STOCKTON BLVD<br>SACRAMENTO, CA  95616<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,832.96 |
| 3.640 | **Nonpriority creditor's name and mailing address**<br><br>UC DAVIS<br>2921 STOCKTON BLVD<br>SACRAMENTO, CA  95616<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $579.07 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83.36 |
| | UC DAVIS<br>2921 STOCKTON BLVD<br>SACRAMENTO, CA  95616 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CREDIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $700.78 |
| | UC DENVER<br>1201 LARIMER STREET<br>DENVER, CO  80045 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CREDIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.25 |
| | UC RIVERSIDE<br>900 UNIVERSITY AVENUE<br><br>RIVERSIDE, CA  92521 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CREDIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,331.72 |
| | UC SAN DIEGO<br>9500 GILMAN DRIVE<br>SAN DIEGO, CA  92122-6404 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CREDIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $742.98 |
| | UC SAN DIEGO<br>9500 GILMAN DRIVE<br>SAN DIEGO, CA  92122-6404 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS) | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Synthego Corporation

(Name)

Case Number (if known)    25-10823

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.646** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,997.83

UC SAN FRANCISCO
505 PARNASSUS AVE
SAN FRANCISCO, CA  94158

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.647** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,590.07

UC SAN FRANCISCO
505 PARNASSUS AVE
SAN FRANCISCO, CA  94158

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,020.59

UC SANTA CRUZ
1156 HIGH ST
SANTA CRUZ, CA  95060

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $815.85

UC SANTA CRUZ
1156 HIGH ST
SANTA CRUZ, CA  95060

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $778.00

UCB BIOPHARMA
ALLEE DE LA RECHERCHE-60
BRUXELLES  1070
BELGIUM

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.651**

**Nonpriority creditor's name and mailing address**

UCB BIOSCIENCES
60 ALLA-_E DE LA RECHERCHE
ANDERLECHT, NC  1070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,773.44

---

**3.652**

**Nonpriority creditor's name and mailing address**

UCLA
405 HILGARD AVENUE
LOS ANGELES, CA  90095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,974.78

---

**3.653**

**Nonpriority creditor's name and mailing address**

ULSTER UNIVERSITY
UNIVERSITY OF ULSTER
COLERAINE  BT52 1SA
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.654**

**Nonpriority creditor's name and mailing address**

UMASS MEDICAL SCHOOL
55 LAKE AVE N
WORCESTER, MA  01605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.655**

**Nonpriority creditor's name and mailing address**

UMASS MEDICAL SCHOOL
55 LAKE AVE N
WORCESTER, MA  01605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.21

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.656** | **Nonpriority creditor's name and mailing address**

UMC UTRECHT
100 HEIDELBERGLAAN
UTRECHT  3584CX
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$807.00

---

**3.657** | **Nonpriority creditor's name and mailing address**

UMC UTRECHT
100 HEIDELBERGLAAN
UTRECHT  3584CX
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.00

---

**3.658** | **Nonpriority creditor's name and mailing address**

UNC AT CHAPEL HILL
116 MANNING DRIVE 5102
MARY ELLEN JONES BUILDING CHAPEL
HILL, NC  27599

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$151.54

---

**3.659** | **Nonpriority creditor's name and mailing address**

UNC AT CHAPEL HILL
116 MANNING DRIVE 5102
MARY ELLEN JONES BUILDING CHAPEL
HILL, NC  27599

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.60

---

**3.660** | **Nonpriority creditor's name and mailing address**

UNIKLINIK OF FREIBURG-CENTER FOR TRANSLATIONAL
CELL RESEARCH (ZTZ)
49 HUGSTETTER STRASSE
FREIDBURG  79104
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.00

Debtor    Synthego Corporation    Case Number (if known) 25-10823

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.661 | **Nonpriority creditor's name and mailing address**<br><br>UNIVAR USA INC<br>2256 JUNCTION AVE<br><br>SAN JOSE, CA  95131<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,009.18 |
| 3.662 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL JANITORIAL<br>350 PIERCY ROAD<br>SAN JOSE, CA  95138<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,254.86 |
| 3.663 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL PROTECTION SERVICE, LP<br>1551 NORTH TUSTIN AVENUE SUITE 650<br><br>SANTA ANA, CA  92705<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $126.00 |
| 3.664 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSIDAD DE GRANADA<br>AVDA. DE LA ILUSTRACION 114 GRANADA<br>ANDALUCIA  18016<br>SPAIN<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $198.00 |
| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSIDAD PABLO OLAVIDE<br>CTRA. DE UTRERA<br>1<br><br>SEVILLA,  41013<br>SPAIN<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.00 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.666** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,324.00

UNIVERSITA' DEGLI STUDI DI NAPOLI FEDERICO
VIA PANSINI 5

NAPLES, CAMPANIA  80131
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.667** | **Nonpriority creditor's name and mailing address** | | $3,765.00

UNIVERSITATKLINIKUM TUBINGEN
ELISABETH-WINTERHALTER-WEG
17 FINANZBUCHHALTUNG & STEUERN
MUNICH  81377
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address** | | $1.00

UNIVERSITATSKLINIKUM SCHLESWIG-HOLSTEIN
MICHAELISSTRASSE 5 HOUSE U30, RM 250
KIEL  24105
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address** | | $79.00

UNIVERSITATSKLINIKUM ULM
ALBERT-EINSTEIN-ALLEE 11
ULM  89069
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address** | | $6.50

UNIVERSITATSKLINIKUM ULM
ALBERT-EINSTEIN-ALLEE 11
ULM  89069
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Synthego Corporation

(Name)

Case number (if known) 25-10823

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.671**  **Nonpriority creditor's name and mailing address**

UNIVERSITATSKLINIKUM WURZBURG
VERSBACHER STR 5
WUERZBURG  97080
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.672**  **Nonpriority creditor's name and mailing address**

UNIVERSITE ANGERS
40 RUE DE RENNES
49035 ANGERS CEDEX 01

FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.673**  **Nonpriority creditor's name and mailing address**

UNIVERSITE CLAUDE BERNARD LYON 1
HOCHSCHULSTRASSE 6 REF-18-911
BERN  3012 CH
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$623.00

---

**3.674**  **Nonpriority creditor's name and mailing address**

UNIVERSITE DE MONTREAL
C.P. 6128 SUCCURSALE CENTRE-VILLE
ACCOUNTS PAYABLE SECTOR
MONTREAL, QC  H3C 3J7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,188.00

---

**3.675**  **Nonpriority creditor's name and mailing address**

UNIVERSITE DE MONTREAL
C.P. 6128 SUCCURSALE CENTRE-VILLE
ACCOUNTS PAYABLE SECTOR
MONTREAL, QC  H3C 3J7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$223.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.676**

**Nonpriority creditor's name and mailing address**

UNIVERSITE LIBRE DE BRUXELLES
AV FD ROOSVELT 50
BRUXELLES  1050
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.00

---

**3.677**

**Nonpriority creditor's name and mailing address**

UNIVERSITEIT TWENTE
UNIVERSITY OF TWENTE
PO BOX 217

AE ENSCHEDE,  7500
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$594.00

---

**3.678**

**Nonpriority creditor's name and mailing address**

UNIVERSITY CLINICS TUEBINGEN
BETTENBAU WEST
EBENE 2 527 MEDIZINISCHE KLINIK 501
TUBINGEN  72076
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$460.00

---

**3.679**

**Nonpriority creditor's name and mailing address**

UNIVERSITY COLLEGE LONDON
72 HUNTLEY STREET
LONDON  WC1E 6BT
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,178.75

---

**3.680**

**Nonpriority creditor's name and mailing address**

UNIVERSITY FEDERICO II OF NAPLES
VIA PANSINI 5

NAPLES, CAMPANIA  80131
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,067.00

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.681**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HEALTH NETWORK
610 UNIVERSITY AVE
TORONTO, ON  M5G 2C4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,063.00

---

**3.682**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HEALTH NETWORK
610 UNIVERSITY AVE
TORONTO, ON  M5G 2C4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.00

---

**3.683**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HEIDELBERG
IM NEUENHEIMER FELD 366
HEIDELBERG BADEN-WURTTEMBERG  69120
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$843.75

---

**3.684**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HOSPITAL ERLANGEN
MAXIMILIANSPLATZ 2
ERLANGEN  91052
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.00

---

**3.685**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HOSPITAL HALLE
ERNST-GRUBE-STRASSE 40
HALLE  94043
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,800.90

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.686** | **Nonpriority creditor's name and mailing address**
UNIVERSITY HOSPITAL HEIDELBERG
GRABENGASSE 1
HEIDELBERG  69117
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,275.00

---

**3.687** | **Nonpriority creditor's name and mailing address**
UNIVERSITY HOSPITALS HEALTH SYSTEM
PO BOX 201430
SHAKER HEIGHTS, OH  44120

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,650.00

---

**3.688** | **Nonpriority creditor's name and mailing address**
UNIVERSITY MEDICAL CENTER OF MAINZ
SAARSTR. 21
MAINZ  55122
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$454.00

---

**3.689** | **Nonpriority creditor's name and mailing address**
UNIVERSITY OF ADELAIDE
NORTH TERRACE

ADELAIDE, SA  5005
AUSTRALIA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.00

---

**3.690** | **Nonpriority creditor's name and mailing address**
UNIVERSITY OF ALABAMA AT BIRMINGHAM
417 20TH ST N
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$983.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823-1 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.691** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF ALABAMA AT BIRMINGHAM
417 20TH ST N
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$596.60

---

**3.692** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF ALABAMA AT BIRMINGHAM
417 20TH ST N
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$539.00

---

**3.693** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF ARIZONA
1200 EAST UNIVERSITY BOULEVARD
TUCSON, AZ  85719

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.00

---

**3.694** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF BRISTOL
SENATE HOUSE
BRISTOL  BS8 1QU
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.00

---

**3.695** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF BRITISH COLUMBIA
2329 WEST MALL
VANCOUVER, BC  V6T 1Z4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.63

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.696 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF CALGARY<br>180 PHYSICAL EDUCATION<br>CALGARY, AB  T2N 1N4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.00 |

| 3.697 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF CALGARY<br>180 PHYSICAL EDUCATION<br>CALGARY, AB  T2N 1N4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.00 |

| 3.698 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF CALIFORNIA SAN FRANCISCO<br>1855 FOLSOM STREET SUITE 304<br>SAN FRANCISCO, CA  94103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $875.29 |

| 3.699 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF CAMBRIDGE<br>TRINITY LN<br>CAMBRIDGE  CB2 1TN<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,346.00 |

| 3.700 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF CAMBRIDGE<br>TRINITY LN<br>CAMBRIDGE  CB2 1TN<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,694.99 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.701** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,098.46

UNIVERSITY OF CHICAGO
5801 SOUTH ELLIS AVENUE
CHICAGO, IL  60637

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,779.00

UNIVERSITY OF CHICAGO
5801 SOUTH ELLIS AVENUE
CHICAGO, IL  60637

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31.76

UNIVERSITY OF CHICAGO
5801 SOUTH ELLIS AVENUE
CHICAGO, IL  60637

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $435.00

UNIVERSITY OF CINCINNATI
2600 CLIFTON AVE
CINCINNATI, OH  45229

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52.55

UNIVERSITY OF COLORADO
1635 AURORA COURT
AURORA, CO  80206

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.706** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF COLORADO BOULDER
1490 30TH ST 125
BOULDER, CO  80309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$564.85

---

**3.707** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF CONCEPCION
EDMUNDO LARENAS 219
4070409 CONCEPCIÓN
BÍO BÍO
CHILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.00

---

**3.708** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF CONNECTICUT
UCONN HEALTH MAIN BUILDING
300 UCONN HEALTH BLVD
FARMINGTON, CT  06030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**3.709** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF COPENHAGEN
NORREGADE 10
COPENHAGEN K  01017
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.00

---

**3.710** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF COPENHAGEN
NORREGADE 10
COPENHAGEN K  1017
DENMARK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,056.00

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $218.00 |

UNIVERSITY OF EDINBURGH
1-7 ROXBURGH STREET
EDINBURGH  EH8 9TA
UNITED KINGDOM

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $144.00 |

UNIVERSITY OF EXETER
STREATHAM CAMPUS
NORTHCOTE HOUSE

EXETER, DEVON   EX4 4QJ
UNITED KINGDON

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,962.00 |

UNIVERSITY OF FLORIDA
2033 MOWRY ROAD
GAINESVILLE, FL  32607

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $398.00 |

UNIVERSITY OF FREIBURG
FAHNENBERGPLATZ
FREIBURG IM BREISGAU  79098
GERMANY

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.00 |

UNIVERSITY OF HELSINKI
4 VIKSBAYGEN
HELSINGFORS  790
FINLAND

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Synthego Corporation
(Name)

Case Number (if known) 25-10823

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.716**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN (UIUC)
PO BOX 820
RANTOUL, IL  61866

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.90

---

**3.717**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF LJUBLJANA
KONGRESNI TRG 12

1000 LJUBLJANA,
SLOVENIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$979.00

---

**3.718**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF LOUISVILLE
2301 S THIRD ST
LOUISVILLE, KY  40292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,214.00

---

**3.719**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF MARYLAND
1000 HILLTOP CIRCLE
BALTIMORE, MD  19146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,650.00

---

**3.720**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF MARYLAND
1000 HILLTOP CIRCLE
BALTIMORE, MD  19146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.86

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.721**   **Nonpriority creditor's name and mailing address**

UNIVERSITY OF MARYLAND BALTIMORE
620 W LEXINGTON ST
BALTIMORE, MD 21201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$379.19

---

**3.722**   **Nonpriority creditor's name and mailing address**

UNIVERSITY OF MASSACHUSETTS, AMHERST
611 N PLEASANT STREET MORRILL 4N N201
AMHERST, MA 01003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.12

---

**3.723**   **Nonpriority creditor's name and mailing address**

UNIVERSITY OF MIAMI
1420 NW 9TH AVE
MIAMI, FL 33136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,204.00

---

**3.724**   **Nonpriority creditor's name and mailing address**

UNIVERSITY OF MIAMI
1420 NW 9TH AVE
MIAMI, FL 33136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,862.00

---

**3.725**   **Nonpriority creditor's name and mailing address**

UNIVERSITY OF MICHIGAN
500 SOUTH STATE STREET
ANN ARBOR, MI 48109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$749.00

---

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
|--------|---------------------|--|----|----|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | | Amount of claim |
|---|---|--|---|

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,552.77 |
|---|---|---|---|

UNIVERSITY OF MINNESOTA
MAYO MEMORIAL BLDG
MMC 46
420 DELAWARE ST SE
MINNEAPOLIS, MN  55455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $187.00 |
|---|---|---|---|

UNIVERSITY OF MISSISSIPPI
VETERANS AFFAIRS MEDICAL CENTER
1500 WOODROW WILSON DRIVE
JACKSON, MS  39216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $281.00 |
|---|---|---|---|

UNIVERSITY OF MISSOURI
4011 DISCOVERY DRIVE
COLUMBIA, MO  65201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $277.00 |
|---|---|---|---|

UNIVERSITY OF MISSOURI
4011 DISCOVERY DRIVE
COLUMBIA, MO  65201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.00 |
|---|---|---|---|

UNIVERSITY OF NEBRASKA MEDICAL CENTER
515 S 26TH ST
OMAHA, NE  68105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.731** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF NEVADA - RENO
1664 N. VIRGINIA STREET MAILSTOP 330
RENO, NV  89557

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.50

---

**3.732** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF NORTH CAROLINA WILMINGTON
601 SOUTH COLLEGE ROAD
WILMINGTON, NC  28403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.93

---

**3.733** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF NOTTINGHAM
THE UNIVERSITY OF NOTTINGHAM
NOTTINGHAM  NG7 2RD
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$897.00

---

**3.734** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF OKLAHOMA HSC
1100 NORTH LINDSAY AVENUE
OKLAHOMA CITY, OK  73104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$454.00

---

**3.735** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF OXFORD
WELLINGTON SQ
OXFORD  OX1 2JD
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$675.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
|        | (Name)              |                        |          |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.736** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PENNSYLVANIA
300 S 36TH ST
PHILADELPHIA, PA 19104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,068.03

---

**3.737** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PERUGIA
1 PIAZZA DELLUNIVERSITA
PERUGIA 06123
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,078.00

---

**3.738** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PERUGIA
1 PIAZZA DELLUNIVERSITA
PERUGIA 06123
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.00

---

**3.739** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PITTSBURGH
4200 FIFTH AVENUE
PITTSBURGH, PA 15219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,112.00

---

**3.740** | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PITTSBURGH
4200 FIFTH AVENUE
PITTSBURGH, PA 15219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.52

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF PLYMOUTH
EMDECK BLDG
PLYMOTH  PL4 8AA
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $500.00

---

3.742 **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PUERTO RICO
14, 2534 AVENIDA UNIVERSIDAD
SAN JUAN, PR  925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $50.00

---

3.743 **Nonpriority creditor's name and mailing address**

UNIVERSITY OF PUERTO RICO
14, 2534 AVENIDA UNIVERSIDAD
SAN JUAN, PUERTO RICO  925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $859.00

---

3.744 **Nonpriority creditor's name and mailing address**

UNIVERSITY OF REGENSBURG
UNIVERSITÄTSSTRAßE 31
REGENSBURG  93053
 GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16,920.00

---

3.745 **Nonpriority creditor's name and mailing address**

UNIVERSITY OF SOUTHERN CALIFORNIA
P.O. BOX 77967
LOS ANGELES, CA  90007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,900.59

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA<br>P.O. BOX 77967<br>LOS ANGELES, CA  90007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,208.69 |

| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA (USC)<br>1975 ZONAL AVE<br>LOS ANGELES, CA  90033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,047.61 |

| 3.748 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA (USC)<br>1975 ZONAL AVE<br>LOS ANGELES, CA  90033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,501.76 |

| 3.749 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF TEXAS AT AUSTIN<br>110 INNER CAMPUS DRIVE<br>AUSTIN, TX  78712<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.91 |

| 3.750 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF TEXAS AT AUSTIN<br>110 INNER CAMPUS DRIVE<br>AUSTIN, TX  78712<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.83 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.751**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF TEXAS AT DALLAS
800 W CAMPBELL RD
RICHARDSON, TX 75080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.00

---

**3.752**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF TEXAS AT SAN ANTONIO
1 UTSA CIRCLE
SAN ANTONIO, TX 78249

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,921.19

---

**3.753**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF UTAH
201 PRESIDENTS CIRCLE
SALT LAKE CITY, UT 84112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$919.00

---

**3.754**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF VIRGINIA
1404 UNIVERSITY AVE
CHARLOTTESVILLE, VA 22903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$373.00

---

**3.755**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF WASHINGTON
4311 11TH AVE NE STE 600
SEATTLE, WA 98109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$944.42

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $578.21 |

UNIVERSITY OF WASHINGTON
4311 11TH AVE NE STE 600
SEATTLE, WA  98109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | | $17.50 |

UNIVERSITY OF ZURICH
WINTERTHURERSTRASSE 190
ZURICH  08057
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | | $10.00 |

UNIVERSITY OF ZURICH
WINTERTHURERSTRASSE 190
ZURICH  08057
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | | $43.95 |

US PLASTICS (USP)
1390 NEUBRECHT ROAD
LIMA, OH  45801-3196

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | | $12,477.31 |

UT HEALTH CENTER SAN ANTONIO
P.O. BOX 40310
SAN ANTONIO, TX  78229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.761** **Nonpriority creditor's name and mailing address**

UT HEALTH CENTER SAN ANTONIO
P.O. BOX 40310
SAN ANTONIO, TX  78229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,507.00

---

**3.762** **Nonpriority creditor's name and mailing address**

UT HEALTH CENTER SAN ANTONIO
P.O. BOX 40310
SAN ANTONIO, TX  78229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$454.70

---

**3.763** **Nonpriority creditor's name and mailing address**

UT HOUSTON HEALTH SCIENCE CENTER
PO BOX 20036
HOUSTON, TX  77225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,516.00

---

**3.764** **Nonpriority creditor's name and mailing address**

UT SOUTHWESTERN MEDICAL CENTER
5323 HARRY HINES BOULEVARD
DALLAS, TX  75390-9038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$364.86

---

**3.765** **Nonpriority creditor's name and mailing address**

UT SOUTHWESTERN MEDICAL CENTER
5323 HARRY HINES BOULEVARD
DALLAS, TX  75390-9038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$208.00

---

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.766 | **Nonpriority creditor's name and mailing address**<br><br>UTAH STATE UNIVERSITY<br>102 OLD MAIN<br>LOGAN, UT  84341<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.00 |
|---|---|---|---|
| 3.767 | **Nonpriority creditor's name and mailing address**<br><br>UTRECHT UNIVERSITY<br>8 HEIDELBERGLAAN<br>UTRECHT  3584CS<br>NETHERLANDS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER DEPOSITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $435.00 |
| 3.768 | **Nonpriority creditor's name and mailing address**<br><br>VA MEDICAL CENTER<br>3801 MIRANDA AVENUE.<br><br>PALO ALTO, CA  94304-1207<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,650.00 |
| 3.769 | **Nonpriority creditor's name and mailing address**<br><br>VALIDATION SYSTEMS, INC.<br>988 SAN ANTONIO ROAD<br>PALO ALTO, CA  94303<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,473.00 |
| 3.770 | **Nonpriority creditor's name and mailing address**<br><br>VALLEY CALIBRATION SERVICES, INC.<br>1780 WHIPPLE ROAD<br>SUITE 204<br>UNION CITY, CA  94587<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $755.00 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|----|----|
| | (Name) | | |

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | | Amount of claim |
|---|---|---|

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $673.00 |

**Nonpriority creditor's name and mailing address**

VAN ANDEL INSTITUTE
333 BOSTWICK AVENUE NORTHEAST
GRAND RAPIDS, MI  49503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$673.00

---

3.772 **Nonpriority creditor's name and mailing address**

VERTEX PHARMACEUTICALS (EUROPE) LIMITED
2 KINGDOM STREET, 9TH FLOOR
PADDINGTON CENTRAL
LONDON  W2 6BD
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,898.93

---

3.773 **Nonpriority creditor's name and mailing address**

VERTEX PHARMACEUTICALS, INC.
50 NORTHERN AVENUE
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.15

---

3.774 **Nonpriority creditor's name and mailing address**

VESIGEN THERAPEUTICS INC.
790 MEMORIAL DRIVE SUITE 103
CAMBRIDGE, MA  2139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.00

---

3.775 **Nonpriority creditor's name and mailing address**

VIB UNIVERSITY OF ANTWERP
BLDG V
UNIVERSITY OF ANTWERP
UNIVERSITEITSPLEIN 1
WILRIJK, ANTWERP  02610
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,150.00

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.776**    **Nonpriority creditor's name and mailing address**

VIB UNIVERSITY OF LEUVEN
RIJVISSCHESTRAAT 120 T.A.V
LEVERANCIERSBOEKHOUDING
ZWIJNAARDE  9052
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.777**    **Nonpriority creditor's name and mailing address**

VIGILANT LLC
7570 BALES ST.
SUITE 250
LIBERTY TOWNSHIP, OH  45069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,004.00

---

**3.778**    **Nonpriority creditor's name and mailing address**

VITA THERAPEUTICS, INC.
801 W BALTIMORE ST STE 301
BALTIMORE, MD  21201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT (CLINICAL ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$568,339.16

---

**3.779**    **Nonpriority creditor's name and mailing address**

VITA THERAPEUTICS, INC.
801 W BALTIMORE ST STE 301
BALTIMORE, MD  21201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,543.40

---

**3.780**    **Nonpriority creditor's name and mailing address**

VITTORIA BIOTHERAPEUTICS
3675 MARKET STREET SUITE 200
PHILADELPHIA, PA  19104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.781** | **Nonpriority creditor's name and mailing address**
VIVET THERAPEUTICS
29 RUE TRONCHET
PARIS 75008
FRANCE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,298.75

---

**3.782** | **Nonpriority creditor's name and mailing address**
VIVIDING THERAPEUTICS (TAVROS THERAPEUTICS)
8 DAVIS DRIVE SUITE 100
DURHAM, NC 27709

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.07

---

**3.783** | **Nonpriority creditor's name and mailing address**
VIVIDION THERAPEUTICS (TAVROS THERAPEUTICS)
8 DAVIS DRIVE SUITE 100
DURHAM, NC 27709

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.03

---

**3.784** | **Nonpriority creditor's name and mailing address**
VLP LAW GROUP
446 OLD COUNTY RD STE 100-114
PACIFICA, CA 94044

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,232.50

---

**3.785** | **Nonpriority creditor's name and mailing address**
VOR BIOPHARMA
100 CAMBRIDGE PARK DRIVE SUITE 101
CAMBRIDGE, MA 02140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.31

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page | |
|---------|-----------------|--|

| | | Amount of claim |
|--|--|-----------------|

**3.786**

**Nonpriority creditor's name and mailing address**

VRL - MARYLAND LLC (RONALD ANTHONY BERGER SOLE MBR)
401 PROFESSIONAL DR STE 210

GAITHERSBURG, MD  20879-3445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,132.50

---

**3.787**

**Nonpriority creditor's name and mailing address**

VUMC CANCER CENTER AMSTERDAM
5200 W CALDWELL AVE
NASHVILLE, TN  37232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,481.00

---

**3.788**

**Nonpriority creditor's name and mailing address**

VWR
100 MATSONFORD RD BUILDING 1 SUITE 200
RADNOR, PA  19087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.789**

**Nonpriority creditor's name and mailing address**

WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER
131 MILLER ST 200
WINSTON SALEM, NC  27101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.75

---

**3.790**

**Nonpriority creditor's name and mailing address**

WALTER AND ELIZA HALL INSTITUTE OF MEDICAL RESEARCH
1G
WALTER AND ELIZA HALL INSTITUTE/1G ROYAL PARADE

PARKVILLE, VIC  3050
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.791** | **Nonpriority creditor's name and mailing address**

WASHINGTON UNIVERSITY IN SAINT LOUIS
700 ROSEDALE AVE
ACCOUNTS PAYABLE MSC: 1056-423-1500
ST. LOUIS, MO  63108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,018.00

---

**3.792** | **Nonpriority creditor's name and mailing address**

WASHINGTON UNIVERSITY IN SAINT LOUIS
700 ROSEDALE AVE
ACCOUNTS PAYABLE MSC: 1056-423-1500
ST. LOUIS, MO  63108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$700.00

---

**3.793** | **Nonpriority creditor's name and mailing address**

WATERLOGIC USA, INC.
11710 STONEGATE CIR

OMAHA, NE  68164-3692

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$530.71

---

**3.794** | **Nonpriority creditor's name and mailing address**

WATERPROOFING ASSOCIATES INC
1295 NORMAN AVENUE
SANTA CLARA, CA  95054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,343.00

---

**3.795** | **Nonpriority creditor's name and mailing address**

WATERS TECHNOLOGIES, INC
ATTN: UDIT BATRA, CEO
4559 PAYSPHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,064.98

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.796**

**Nonpriority creditor's name and mailing address**

WAYNE STATE UNIVERSITY
4809 WOODWARD AVE
DETROIT, MI 48201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,950.00

---

**3.797**

**Nonpriority creditor's name and mailing address**

WE BELIEVE IN A CURE
1051 PORT WASHINGTON BOULEVARD #1625
PORT WASHINGTON, NY 11050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,650.00

---

**3.798**

**Nonpriority creditor's name and mailing address**

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$111,033.33

---

**3.799**

**Nonpriority creditor's name and mailing address**

WEILL CORNELL MEDICINE
575 LEXINGTON AVE 9TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,500.00

---

**3.800**

**Nonpriority creditor's name and mailing address**

WELLINGTON HADLEY HARBOR MASTER INVESTORS
(CAYMAN) III L.P.
(CAYMAN) III L.P.
280 CONGRESS STREET
BOSTON, MA 2210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
NON-CONVERTIBLE NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,500,000.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.801 | **Nonpriority creditor's name and mailing address**<br><br>WELLINGTON HADLEY HARBOR MASTER INVESTORS (CAYMAN) III L.P.<br>(CAYMAN) III L.P.<br>280 CONGRESS STREET<br>BOSTON, MA 2210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,506,966.56 |

| 3.802 | **Nonpriority creditor's name and mailing address**<br><br>WELLS FARGO VENDOR FINANCIAL SEERVICES<br>PO BOX 030310<br>LOS ANGELES, CA 90030-0310<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,038.88 |

| 3.803 | **Nonpriority creditor's name and mailing address**<br><br>WEST VIRGINIA UNIVERSITY<br>1 WATERFRONT PL<br>MORGANTOWN, WV 26505<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT (DISCOVERY ORDERS)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,490.00 |

| 3.804 | **Nonpriority creditor's name and mailing address**<br><br>WEST VIRGINIA UNIVERSITY<br>1 WATERFRONT PL<br>MORGANTOWN, WV 26505<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $283.00 |

| 3.805 | **Nonpriority creditor's name and mailing address**<br><br>WILMERHALE<br>2100 PENNSYLVANIA AVENUE NORTHWEST<br>WASHINGTON, DC 20037<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,000.00 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.806**

**Nonpriority creditor's name and mailing address**

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL RD

PALO ALTO, CA  94304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,649.85

---

**3.807**

**Nonpriority creditor's name and mailing address**

WIREFORM, LLC
1456 W FARRAGUT AVE
2
CHICAGO, IL  60640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$637.50

---

**3.808**

**Nonpriority creditor's name and mailing address**

WREN THERAPEUTICS LTD
125 WOOD STREET
LONDON  EC2V 7AW
 UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,600.00

---

**3.809**

**Nonpriority creditor's name and mailing address**

Y.A. ALMOG DIAGNOSITC & MEDICAL EQUIPMENT, LTD.
4 OREN STREET, BUILDING B, 3RD FLOOR
HI PARK
SHOHAM  60850
ISRAEL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT (DISCOVERY ORDERS)

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,789.55

---

**3.810**

**Nonpriority creditor's name and mailing address**

YALE UNIVERSITY
38 HILLHOUSE AVENUE

NEW HAVEN, CT  90520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address** | $3,979.00 |

**Nonpriority creditor's name and mailing address** (3.811)

YALE UNIVERSITY
P.O. BOX 208217
NEW HAVEN, CT  06520-8217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $3,979.00

---

3.812  **Nonpriority creditor's name and mailing address**

ZAKLAD GENETYKI SADOWEJ SP. Z O. O.
WYSZYNSKIEGO 14/2
JOZEFOW  5420
POLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CUSTOMER DEPOSITS

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $140.75

---

3.813  **Nonpriority creditor's name and mailing address**

ZSGENETICS, INC
9 AUDUBON RD

WAKEFIELD, MA  01880

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1.10

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b. + | **$151,257,225.70** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$151,257,225.70** |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | Synthego Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10823 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.   List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | 23ANDME, INC.<br>223 NORTH MATHILDA AVENUE<br>SUNNYDALE, CA  94086 |
| | **State the term remaining** | 442 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | 4BASEIO UK, LTD.<br>25 NORMAN WAY<br>OVER  C24 5QE<br>UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | 4D MOLECULAR THERAPEUTICS, INC.<br>5858 HORTON STREET<br>SUITE 455<br>EMERYVILLE, CA  94608 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | 4D MOLECULAR THERAPEUTICS, INC.<br>5908 HORTON STREET<br>EMERYVILLE, CA  94608 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT<br>955 CHARTER STREET | 955 CHARTER PARTNERS<br>2596 BAY ROAD<br>SUITE A<br>REDWOOD CITY, CA 94063 |
|---|---|---|---|
| | **State the term remaining** | 2162 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT<br>STORMWATER TREATMENT MEASURES | 955 CHARTER PARTNERS<br>2596 BAY ROAD<br>UNIT A<br>REDWOOD CITY, CA 94063 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | AARVIK THERAPEUTICS<br>31363 MEDALLION DRIVE<br>HAYWARD, CA 94544 |
|---|---|---|---|
| | **State the term remaining** | 257 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | ABBVIE, INC.<br>1 N WAUKEGAN ROAD<br>NORTH CHICAGO, IL 60064 |
|---|---|---|---|
| | **State the term remaining** | 414 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | ACCENT THERAPEUTICS, INC.<br>65 HAYDEN AVENUE<br>SUITE 3100S<br>LEXINGTON, MA 02421 |
|---|---|---|---|
| | **State the term remaining** | 365 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | ADAPTIMMUNE LIMITED<br>60 JUBILEE AVENUE<br>MILTON PARK<br>ABBINGDON, OXFORDSHIRE OX14 4RX<br>UNITED KINGDOM |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | ADAPTIMMUNE LIMITED<br>60 JUBILEE AVENUE<br>MILTON PARK<br>ABINGDON, OXFORDSHIRE  OX14 4RX<br>UNITED KINGDOM |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT<br>MANUFACTURING<br><br>174 DAYS | AKRON BIOMANUFACTURING, LLC<br>600 TALLEVAST ROAD<br>SUITE 201<br>SARASOTA, FL  34243 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES<br><br>65 DAYS | ALECTOR LLC<br>131 OYSTER POINT BLVD.<br>SUITE 600<br>SOUTH SAN FRANCISCO, CA  94080 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br>153 DAYS | ALIGOS THERAPEUTICS, INC.<br>1 CORPORATE DRIVE<br>2ND FLOOR<br>SOUTH SAN FRANCISCO, CA  94080 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | ALPHINA THERAPEUTICS, INC.<br>36 CHURCH LANE<br>WESTPORT, CT  60880 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIAL TRANSFER AGREEMENT | AMERICAN TYPE CULTURE COLLECTION<br>10801 UNIVERSITY BLVD.<br>MANESSAS, VA  20110 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | AMPHISTA THERAPEUTICS<br>BO'NESS ROAD<br>NEWHOUSE<br>MOTHERWELL  ML1 5UH<br>UNITED KINGDOM |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER<br>VALUATION SERVICES | ANDERSON TAX LLC<br>1200 FIFTH AVENUE<br>SUITE 1600<br>SEATTLE, WA  98101 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | ANGELA SUMMERS<br>435 WISCONSIN AVENUE<br>WAUKESHA, WI  53186 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLP TEMPO MES SUBSCRIPTION | APPRENTICE FS, INC.<br>101 HUDSON STREET<br>JERSEY CITY, NJ  07302 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLIGENT BATCH EXECUTION | APPRENTICE FS, INC.<br>101 HUDSON STREET<br>JERSEY CITY, NJ  07302 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT SAAS | APPRENTICE FS, INC.<br>101 HUDSON STREET<br>JERSEY CITY, NJ  07302 |

| Debtor | Synthego Corporation |
|---|---|
| | (Name) |

Case Number (if known)  25-10823

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AGREEMENT | APPRENTICE FS, INC.<br>101 HUDSON STREET<br>JERSEY CITY, NJ  07302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | AQUINNAH PHARMACEUTICALS, INC.<br>THE ENGINE<br>750 MAIN STREET<br>CAMBRIDGE, MA  02139 |
| | **State the term remaining** | 391 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | ARBOR BIOTECHNOLOGIES, INC.<br>790 MEMORIAL DRIVE<br>CAMRBRIDGE, MA  02319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER PILOT AGREEMENT<br>CUSTOMER CONTRACT | ARCTORIS LTD<br>9400 GARSINGTON ROAD<br>OXFORD, ENG  OX4 2HN<br>UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT<br>DRUG DISCOVERY SERVICES | ARCTORIS LTD.<br>9400 GARSINGTON ROAD<br>OXFORD, ENG  OX4 2HN<br>UNITED KINGDOM |
| | **State the term remaining** | 309 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | ARSENAL BIOSCIENCES, INC.<br>2 TOWER PLACE<br>SUITE 700<br>SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | 923 DAYS | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                                     Case Number (if known)    25-10823
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT <br> GMP SGRNA | ARSENALBIO <br> 2 TOWER PL <br> SUITE 600 <br> SOUTH SAN FRANCISCO, CA  94080 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT <br> RESEARCH USE ONLY PRODUCTS <br><br> 40 DAYS | ASPEN NEUROSCIENCE, INC. <br> 10835 ROAD TO THE CURE <br> SUITE 100 <br> SAN DIEGO, CA  92121 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT | ASTRAZENECA PHARMACEUTICALS LP <br> 1800 CONCORD PIKE <br> WILMINGTON, DE  19897 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT <br> MASTER AGREEMENT FOR PROJECT ORDER SERVICES <br><br> 433 DAYS | ASTRAZENECA PHARMACEUTICALS LP <br> 1800 CONCORD PIKE <br> WILMINGTON, DE  19897 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT <br><br> 260 DAYS | ASTRAZENECA PHARMACEUTICALS LP <br> 1800 CONCORD PIKE <br> WILMINGTON, DE  19897 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MATERIAL TRANSFER AGREEMENT <br><br> 99 DAYS | ASTRAZENECA UK LIMITED <br> 1 FRANCIS CRICK AVENUE <br> CAMBRIDGE BIOMEDICAL CAMPUS <br> CAMBRIDGE  CB2 0AA <br> UNITED KINGDOM |

Debtor   Synthego Corporation                                    Case number (if known)   25-10823

_____(Name)_____

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERRAL AND CO-MARKETING AGREEMENT | AVANCE BIOSCIENCES, INC. 9770 W LITTLE YORK HOUSTON, TX  77040 |
| | **State the term remaining** | 491 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | AVILAR THERAPEUTICS, INC. 400 TOTTEN POND ROAD SUITE 110 WALTHAM, MA  02541 |
| | **State the term remaining** | 592 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT GENOMIC SERVICES | AZENTA US, INC. 2910 FORTUNE CIRCLE WEST INDIANAPOLIS, IN  46241 |
| | **State the term remaining** | 411 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-MARKETING AGREEMENT INCLUDES USE OF SYNTHEGO TOOLING PROVISIONS | AZENTA US, INC. 2910 FORTUNE CIRCLE WEST SUITE E INDIANAPOLIS, IN  46241 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | AZTEK BIO, INC. 36 CHURCH LANE WESTPORT, CT  06880 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLATION & SERVICE AGREEMENT | BARTON INTEGRATION LLC 5151 CALIFORNIA SUITE 100 IRVINE, CA  92617 |
| | **State the term remaining** | 19 DAYS | |
| | **List the contract number of any government contract** | | |

Debtor   Synthego Corporation                                    Case number (if known)   25-10823

       (Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP RNA PRODUCTS | BAYLOR COLLEGE OF MEDICINE<br>1 BAYLOR PLAZA<br>HOUSTON, TX 77030 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE<br>1500 E DUARTE RD<br>ROOM 3344<br>DUARTE, CA 91010 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE<br>1500 E DUARTE RD<br>ROOM 3344<br>DUARTE, CA 91010 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE<br>1500 E DUARTE RD<br>ROOM 3344<br>DUARTE, CA 91010 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP-LIKE SGRNA | BEIGENE (TAIWAN) LIMITED<br>NANJING E. RD<br>TAIPEI CITY 114030<br>TAIWAN |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POWER OF ATTORNEY<br>EVALUATION AGREEMENT | BEIJING TEE & HOWE LAW OFFICE<br>10TH FLOOR TOWER D MINSHENG FINANCIAL CENTER<br>28 JIANGUOMENNEI AVE<br>BEIJING 100005<br>CHINA |

Debtor    Synthego Corporation    Case Number (if known)  25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | BELHARRA THERAPEUTICS, INC. 3985 SORRENTO VALLEY BLVD. SUITE C SAN DIEGO, CA  92121 |
| | **State the term remaining** | 141 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | BICYCLETX LIMITED BUILDING 900 BABRAHAM RESEARCH CAMPUS CAMBRIDGE  CB22 3AT UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | BICYCLETX LIMITED BUILDING 900 BABRAHAM RESEARCH CAMPUS CAMBRIDGE  CB22 3AT UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT DISTRIBUTOR AGREEMENT | BIOLEGIO B.V. LAGELANDSEWEG 56 6545CG NIJMEGEN THE NETHERLANDS |
| | **State the term remaining** | 299 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | BIOMARIN PHARMACEUTICAL, INC. 105 DIGITAL DRIVE NOVATO, CA  94949 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | BIOMARIN PHARMACEUTICAL, INC. 105 DIGITAL DRIVE NOVATO, CA  94949 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | BIOMARIN PHARMACEUTICAL, INC. 105 DIGITAL DRIVE NOVATO, CA  94949 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | BIOMARIN PHARMACEUTICAL, INC. 105 DIGITAL DRIVE NOVATO, CA  94949 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | BIOMARIN PHARMACEUTICAL, INC. 105 DIGITAL DRIVE NOVATO, CA  94949 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | BIOMEA FUSION, INC. 900 MIDDLEFIELD ROAD 4TH FLOOR REDWOOD CITY, CA  94063 |
| | **State the term remaining** | 281 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT RNA RESELLER AGREEMENT | BIO-MEDICAL SCIENCE CO., LTD. 22 YEOKSAM-RO 7-GIL GANGNAM-GU SEOUL  06244 SOUTH KOREA |
| | **State the term remaining** | 235 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT NON-EXCLUSIVE DISTRIBUTOR AGREEMENT | BIOTOOLS CO., LTD. RM 9, 9F NO 93 (BUILDING D) NEW TAIPEI CITY  221 TAIWAN |
| | **State the term remaining** | 326 DAYS | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                                        Case Number (if known)    25-10823

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP RNA PRODUCTS | BIT BIO LIMITED<br>DOROTHY HODGKIN BUILDING<br>BABRAHAM RESEARCH CAMPUS<br>CAMBRIDGE  CB22 3FH<br>UNITED KINGDOM |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESEARCH AGREEMENT<br>RESEARCH & DEVELOPMENT<br>AGREEMENT | BIT.BIO LTD.<br>TH DOROTHY HODGKIN BUILDING<br>BABRAHAM RESEARCH CAMPUS<br>CAMBRIDGE  CB22 3FH<br>UNITED KINGDOM |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    267 DAYS<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | BLUEPRINT MEDECINES CORPORATION<br>45 SIDNEY STREET<br>CAMBRIDGE, MA  02139 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    314 DAYS<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT<br>ORDER SERVICES | BLUEROCK THERAPEUTICS LP<br>ONE BROADWAY<br>15TH FLOOR<br>CAMBRIDGE, MA  02412 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP RNA PRODUCTS | BLUEROCK THERAPEUTICS LP<br>ONE BROADWAY<br>FLOOR 15<br>CAMBRIDGE, MA  02142 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP-LIKE SGRNA | BLUESPHERE BIO<br>100 TECHNOLOGY DRIVE<br>SUITE 526<br>PITTSBURGH, PA  15219 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT CLONAL CELL LINE | BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA 865 RESEARCH PARKWAY OKLAHOMA CITY, OK 73104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | BODNER FLOM LAW OFFICES 65 YIGAL ALON STREET TEL AVIV 67443 ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | BOEHRINGER INGELHEIM RCV GMBH DR. BOEHRINGER GASSE 5-11 1121 VIENNA AUSTRIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | BOUNDLESS BIO, INC. 11099 NORTH TORREY PINES ROAD SUITE 280 LA JOLLA, CA 92037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT CELL DIFFERENTIATION SERVICES | BRAINXELL, INC. 455 SCIENCE DRIVE SUITE 210 MADISON, WA 53711 |
| | State the term remaining | 519 DAYS | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | BRAINXELL, INC. 455 SCIENCE DRIVE SUITE 210 MADISON, WI 53711 |
| | State the term remaining | 251 DAYS | |
| | List the contract number of any government contract | | |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVIDER PILOT AGREEMENT | BRAINXELL, INC.<br>455 SCIENCE DRIVE<br>SUITE 210<br>MADISON, WI 53711 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | BRIDGEBIO PHARMA, INC.<br>3160 PORTER DRIVE<br>SUITE 250<br>PALO ALTO, CA 94304 |
| | State the term remaining | 432 DAYS | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL TRANSFER AGREEMENT | BRIDGEBIO PHARMA, INC.<br>3160 PORTER DRIVE<br>SUITE 250<br>PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | BRISTOL-MYERS SQUIBB<br>ROUTE 206 AND PROVINCE LINE ROAD<br>PRINCETON, NJ 08543 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | COVID 19 RAPID TEST SERVICES AGREEMENT | CALIFORNIA FIRE TASK 3<br>2470 PULGAS AVE<br>EAST PALO ALTO, CA 94303-1321 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRY RESOURCE MEMORANDUM OF UNDERSTANDING | CALIFORNIA INSTITUTE FOR REGENERATIVE MEDECINE<br>601 GATEWAY BLVD<br>SUITE 400<br>SOUTH SAN FRANCISCO, CA 94080 |
| | State the term remaining | 486 DAYS | |
| | List the contract number of any government contract | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10822 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRY RESOURCE MEMORANDUM OF UNDERSTANDING | CALIFORNIA INSTITUTE FOR REGENERATIVE MEDECINE 601 GATEWAY BLVD SUITE 400 SOUTH SAN FRANCISCO, CA  94080 |
|---|---|---|---|
| | **State the term remaining** | 497 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | CANCER RESEARCH TECHNOLOGY LIMITED 2 REDMAN PLACE LONDON  E20 1JQ UNITED KINGDOM |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FEASIBILTY AND ASSESSMENT SERVICES | CARDEA BIO, INC. 8969 KENAMAR DRIVE SUITE 104 SAN DIEGO, CA  92121 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP-LIKE SGRNA | CARTHERICS PTY LTD MONASH HEALTH TRANSLATION PRECINCT HUDSON INSTITUTE FOR MEDICAL RESEARCH 27-31 WRIGHT STREET CLAYTON, AUSTRA  3168 AUSTRALIA |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT REAL ESTATE BROKERAGE SERVICES | CBRE, INC. 400 HAMILTON AVENUE 4TH FLOOR PALO ALTO, CA  94301 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT REAL ESTATE BROKERAGE SERVICES | CBRE, INC. 400 HAMILTON AVENUE 4TH FLOOR PALO ALTO, CA  94301 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                                    Case Number (if known)    25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP-LIKE SGRNA | CELULARITY INC.<br>170 PARK AVE<br>FLORHAM PARK, NJ  7932 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP RNA PRODUCTS | CHARITE<br>CHARITÉ UNIVERSITAETSMEDIZIN BERLIN<br>BERLIN, DE  13353<br>GERMANY |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | CHENGDU UCELLO BIOTECHNOLOGY CO. LIMITED<br>BUILDING D1 TIANFU INTERNATIONAL BIO-TOWN SHUANGLIU DISTRICT<br>2ND FLOOR<br>CHENGDU  610200<br>CHINA |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES<br><br>696 DAYS | CHENGDU UCELLO BIOTECHNOLOGY CO., LIMITED<br>NO.18<br>2ND SECTION<br>CHENGDU CITY, SICHUAN PROVINCE  610200<br>CHINA |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALE & USE AGREEMENT<br><br>1514 DAYS | CHILDREN'S GMP, LLC<br>262 DANNY THOMAS PLACE<br>MEMPHIS, TN  38105 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT<br>DEMAND CONVERSION PLATFORM<br><br>147 DAYS | CHILI PIPER, INC.<br>228 PARK AVE S<br>#78136<br>NEW YORK, NY  10003 |

Debtor    Synthego Corporation                                    Case number (if known)    25-10823

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.89** **State what the contract or lease is for and the nature of the debtor's interest** VENDOR AGREEMENT SALES LEAD GENERATION **State the term remaining** 147 DAYS **List the contract number of any government contract** | CHILI PIPER, INC. 3696 HAVEN AVENUE SUITE A REDWOOD CITY, CA 94063 |
| **2.90** **State what the contract or lease is for and the nature of the debtor's interest** SALES AGREEMENT GMP-LIKE SGRNA **State the term remaining** **List the contract number of any government contract** | CITY OF HOPE 1500 E DUARTE RD RM 3344 DUARTE, CA 91010 |
| **2.91** **State what the contract or lease is for and the nature of the debtor's interest** VENDOR AGREEMENT GROOVE CORE EMAIL, CALENDAR, ACTIVITY TRACKING & INTEGRATION **State the term remaining** 182 DAYS **List the contract number of any government contract** | CLARI, INC. 1154 SONORA COURT SUNNYVALE, CA 94086 |
| **2.92** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT SPECIFIC SERVICES OUTLINED IN WORK ORDER **State the term remaining** **List the contract number of any government contract** | CONFIG CONSULTANTS, LLC 4900 HOPEYARD ROAD SUITE 100 PLEASANTON, CA 94588 |
| **2.93** **State what the contract or lease is for and the nature of the debtor's interest** VENDOR AGREEMENT MANAGED SERVICE SUPPORT FOR SALESFORCE SOFTWARE **State the term remaining** 259 DAYS **List the contract number of any government contract** | CONFIG CONSULTANTS, LLC 4900 HOPYARD ROAD SUITE 100 PLEASANTON, CA 94588 |
| **2.94** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT SAAS **State the term remaining** 116 DAYS **List the contract number of any government contract** | CONTENTSTACK INC. 49 GEARY ST. SUITE 238 SAN FRANCISCO, CA 94108 |

Debtor    Synthego Corporation _____    Case Number (if known) _____16023_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MATERIAL TRANSFER AGREEMENT | CORNELL UNIVERSITY CENTER FOR TECHNOLOGY LICENSING<br>395 PINE TREE ROAD<br>SUITE 310<br>ITHACA, NY 14850 |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN SOW | CORPORATE VISIONS, INC.<br>18124 WEDGE PKWY<br>#2047<br>RENO, NV 89511 |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR AGREEMENT<br>DIGITAL WORKSHOP MODULES FOR EMPLOYEE TRAINING | CORPORATE VISIONS, INC.<br>5455 KIETZKE LANE<br>RENO, NV 89511 |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | CORRGENE BIOTECHNOLOGY CO., LTD.<br>CHANGFA INTERNATIONAL PRECISION MEDICINE ACCELERATION CENTER<br>NO .21<br>CHANGPING DISTRICT, BEIJING<br>CHINA |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MATERIAL TRANSFER AGREEMENT | CRESCENDO BIOLOGICS LTD.<br>MEDITRINA BUILDING<br>BABRAHAM RESEARCH CAMPUS<br>CAMBRIDGE CB22 3AT<br>UNITED KINGDOM |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | CRISPR THERAPEUTICS<br>200 SIDNEY ST<br>CAMBRIDGE, MA 02139 |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | CRISPR THERAPEUTICS, INC. 610 MAIN STREET NORTH BUILDING CAMBRIDGE, MA 02139 |
| | **State the term remaining** | 309 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT CONSULTING SERVICES | CROSSCOUNTRY CONSULTING LLC 1600 TYSONS BLVD SUITE 1100 MCLEAN, VA 22102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER PILOT AGREEMENT | CURIA GLOBAL, INC. 26 CORPORATE CIRCLE ALBANY, NY 12203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT NON-EXCLUSIVE DISTRIBUTOR AGREEMENT | DAKEWE BIOTECH CO., LTD. RM #203 UNIT A NANSHAN DISTRICT SHENZEN 518067 CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT DISTRIBUTOR AGREEMENT | DECODE SCIENCES PTY LTD. 3/247 FERNTREE GULLY ROAD |
| | **State the term remaining** | 285 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS OF SERVICE SAAS | DEGREE, INC (DBA LATTICE) 360 SPEAR ST FLOOR 4 SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 72 DAYS | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                    Case Number (if known)    25-10823
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | DENALI THERAPEUTICS, INC. 161 OYSTER POINT BLVD SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | DENALI THERAPEUTICS, INC. 161 OYSTER POINT BLVD SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | 1058 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | DEPARTMENT OF VETERANS AFFAIRS 8875 HIDDEN RIVER PKWY TAMPA, FL 33637 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT STAFFING AND RECRUITING SERVICES | DEWINTER GROUP, INC. 1919 S. BASCOM AVE. SUITE 250 CAMPBELL, CA 95008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | DICE THERAPEUTICS, INC. 400 EAST JAMIE COURT SUITE 300 SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | 344 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | DOMPÉ FARMACEUTICI S.P.A. VIA SAN MARTINO 12 MILAN 20122 ITALY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                                        Case number (if known)    25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK TERMS<br>MEALS PROGRAM | DOORDASH, INC.<br>302 2ND STREET<br>SUITE 800<br>SAN FRANCISCO, CA  94107 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTOR AGREEMENT<br>DISTRIBUTOR AGREEMENT<br><br>1415 DAYS | EDITCO BIO, INC.<br>600 SAGINAW DRIVE<br>REDWOOD CITY, CA  94063 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>SUPPLY & DISTRIBUTION AGREEMENT | EDITCO BIO, INC.<br>600 SAGINAW DRIVE<br>REDWOOD CITY, CA  94063 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>3585 HAVEN AVENUE | EGGLI PROPERTIES<br>3585 HAVEN AVENUE<br>SUITE G<br>MENLO PARK, CA  94025 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT AMENDMENT<br>3585 HAVEN AVENUE<br><br>421 DAYS | EGGLI PROPERTIES<br>3585 HAVEN AVENUE<br>SUITE G<br>MENLO PARK, CA  94025 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | EISAI LIMITED<br>EUROPEAN KNOWLEDGE CENTER<br>MOSQUITO WAY<br>HATFIELD  AL10 9SN<br>UNITED KINGDOM |

Debtor    Synthego Corporation _____    Case number (if known) 25-10823 _____

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | EISAI LIMITED<br>EUROPEAN KNOWLEDGE CENTER<br>MOSQUITO WAY<br>HATFIELD  AL10 9SN<br>UNITED KINGDOM |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | EISAI LIMITED<br>EUROPEAN KNOWLEDGE CENTER<br>MOSQUITO WAY<br>HATFIELD  AL10 9SN<br>UNITED KINGDOM |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | EISAI LIMITED<br>EUROPEAN KNOWLEDGE CENTER<br>MOSQUITO WAY<br>HATFIELD  AL10 9SN<br>UNITED KINGDOM |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | EISAI LIMITED<br>EUROPEAN KNOWLEDGE CENTER<br>MOSQUITO WAY<br>HATFIELD  AL10 9SN<br>UNITED KINGDOM |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT TESTING, DEVELOPMENT, AND VALIDATION SERVICES | ELEMENT MATERIALS TECHNOLOGY PHARMA US LLC<br>9240 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS, CA  90670 |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DNA SEQUENCING, OLIGO SYNTHESIS, DNA PURIFICATION, PEPTIDE SYNTHESIS, ETC. SERVICES<br><br>34 DAYS | ELIM BIOPHARMACEUTICALS, INC.<br>25495 WHITESELL STREET<br>HAYWARD, CA  94545 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEM AND PRODUCT SUPPLY AGREEMENT RECYCLABLE CONTAINERS AND EQUIPMENT<br><br>106 DAYS | EMD MILLIPORE 400 SUMMIT DRIVE BURLINGTON, MA 01803 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT GMP LIKE RNA PRODUCTS | EMENDOBIO INC. 400 W 61ST ST NEW YORK, NY 10069 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT OF SALE PURCHASE ORDER | EMORY UNIVERSITY 1599 CLIFTON RD ATLANTA, GA 30322 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS AND CONDIITONS PURCHASE OF GOODS AND SERVICES | ENPLAS MICROTECH, INC. 3211 SCOTT BLVD SUITE 103 SANTA CLARA, CA 95054 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER CONSULTING SERVICES AGREEMENT ACQUISITION OF PRODUCT SERVICES<br><br>24 DAYS | ENVISION INFORMATION TECHNOLOGIES, LLC 840 EXCELSIOR DR SUITE 402 MADISON, WI 53717 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | EPICRISPR BIOTECHNOLOGIES, INC. 700 SHORELINE COURT SUITE 100 SOUTH SAN FRANCISCO, CA 94080 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | ERS GENOMICS LIMITED<br>88 HARCOURT STREET<br>DUBLIN<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN SOW | E-TECHNOLOGIES GROUP, LLC<br>8614 JACQUEMIN DRIVE<br>WEST CHESTER TOWNSHIP, OH  45069 |
| | **State the term remaining** | 440 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | F. HOFFMAN LAROCHE LTD<br>GRENZACHERSTRASSE 124<br>4070<br>BASEL<br>SWITZERLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | FATE THERAPEUTICS<br>12278 SCRIPPS SUMMIT DR<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT<br>IT SOFTWARE LICENSE | FATHOM VIDEO, INC.<br>2261 MARKET STREET<br>#4156<br>SAN FRANCISCO, CA  94114 |
| | **State the term remaining** | 304 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX SERVICES | FISCAL SOLUTIONS LTD.<br>130 WOOD STREET<br>LONDON  EC2V 6DL<br>UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.137** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DRUM SYSTEM AGREEMENT SOLVENTS, REAGENTS, AND/OR OTHER LIQUID CHEMICAL SUPPLIER<br><br>970 DAYS | FISHER SCIENTIFIC 1 REAGENT LANE FAIR LAWN, NJ  74010 |
| **2.138** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETURNABLE DRUM SYSTEM AGREEMENT<br><br>970 DAYS | FISHER SCIENTIFIC 1 REAGENT LANE FAIR LAWN, NJ  74010 |
| **2.139** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS<br><br>432 DAYS | FOG PHARMACEUTICALS, INC. 30 ACORN PARK DRIVE CAMBRIDGE, MA  02140 |
| **2.140** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT GMP LIKE RNA PRODUCTS | FONDAZIONE TELETHON ETS VIA VARESE 16B ROMA  00185 ITALY |
| **2.141** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS<br><br>463 DAYS | FRONTIER MEDICINES CORPORATION 151 OYSTER POINT BLVD 2ND FLOOR SOUTH SAN FRANCISCO, CA  94080 |
| **2.142** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTOR AGREEMENT DISTRIBUTOR AGREEMENT<br><br>283 DAYS | FU XIN MEDICAL EQUIPMENT CO., LTD. NO. 96, SEC. 2 REN AI ROAD NEW TAIPEI CITY  24449 TAIWAN |

Debtor    Synthego Corporation                    Case number (if known) 25-10823

          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT RNA RESELLER AGREEMENT | FU XIN MEDICAL EQUIPMENT CO., LTD. NO. 96, SEC. 2 REN AI ROAD NEW TAIPEI CITY  24449 TAIWAN |
|  | **State the term remaining** | 316 DAYS | |
|  | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT NON-EXCLUSIVE DISTRIBUTOR AGREEMENT | FUNAKOSHI CO., LTD. 9-7 HONGO 2-CHOME BUNKYO-KU TOKYO  113-033 JAPAN |
|  | **State the term remaining** | 27 DAYS | |
|  | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | GC THERAPEUTICS, INC. 700 MAIN STREET NORTH CAMBRIDGE, MA  02139 |
|  | **State the term remaining** | 449 DAYS | |
|  | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | GENENTECH, INC. 1 DNA WAY SOUTH SAN FRANCISCO, CA  94080 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | GENENTECH, INC. 1 DNA WAY SOUTH SAN FRANCISCO, CA  94080 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | GENENTECH, INC. 1 DNA WAY SOUTH SAN FRANCISCO, CA  94080 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER AGREEMENT AMENDMENT | GENENTECH, INC. <br> 1 DNA WAY <br> SOUTH SAN FRANCISCO, CA  94080 |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SALES AGREEMENT | GLAXOSMITHKLINE, LLC <br> 1250 S COLLEGEVILLE ROAD <br> COLLEGEFIELD, PA  19426 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SALES AGREEMENT | GLAXOSMITHKLINE, LLC <br> 1250 S COLLEGEVILLE ROAD <br> COLLEGEFIELD, PA  19426 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SALES AGREEMENT | GLAXOSMITHKLINE, LLC <br> 1250 S COLLEGEVILLE ROAD <br> COLLEGEFIELD, PA  19426 |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SALES AGREEMENT | GLAXOSMITHKLINE, LLC <br> 1250 S COLLEGEVILLE ROAD <br> COLLEGEFIELD, PA  19426 |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SALES AGREEMENT | GLAXOSMITHKLINE, LLC <br> 1250 S COLLEGEVILLE ROAD <br> COLLEGEFIELD, PA  19426 |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT | GLAXOSMITHKLINE, LLC <br> 1250 S COLLEGEVILLE ROAD <br> COLLEGEFIELD, PA  19426 |
|---|---|---|---|
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT | GLOBAL BLOOD THERAPEUTICS, INC. <br> 181 OYSTER POINT BLVD. <br> SOUTH SAN FRANCISCO, CA  94080 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT <br> GMP RNA PRODUCTS | GRAPHITE BIO, INC. <br> 279 E GRAND AVE. <br> SAN FRANCISCO, CA  94080 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT <br> GMP RNA PRODUCTS | GRAPHITE BIO, INC. <br> 279 E GRAND AVE. <br> SAN FRANCISCO, CA  94080 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT <br><br> 137 DAYS | GSL BIOTECH, INC. <br> 225 FRANKLIN STREET <br> FL 26 <br> BOSTON, MA  02110 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT <br> 3698C HAVEN AVENUE | HAVEN AVE., LLC <br> 900 WELCH ROAD <br> SUITE 10 <br> PALO ALTO, CA  94304 |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>3698-A HAVEN AVENUE | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |
|---|---|---|---|
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>3698-C HAVEN AVENUE | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>3698-A HAVEN AVENUE | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT AMENDMENT<br>3698C HAVEN AVENUE | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT AMENDMENT<br>3698-A HAVEN AVENUE<br><br>360 DAYS | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT AMENDMENT<br>3698-C HAVEN AVENUE | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |

Debtor    Synthego Corporation                                    Case Number (if known)    25-10823
              (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.167** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT AMENDMENT<br>3698-A HAVEN AVENUE<br><br><br>360 DAYS | HAVEN AVE., LLC<br>900 WELCH ROAD<br>SUITE 10<br>PALO ALTO, CA  94304 |
| **2.168** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN SOW<br><br><br>125 DAYS | HCL AMERICA INC.<br>2600 GREAT AMERICA WAY<br>SUITE 401<br>SANTA CLARA, CA  95054 |
| **2.169** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br>500 PREMISES | HCP LS REDWOOD CITY, LLC<br>C/O HCP, INC.<br>ATTN: LEGAL DEPARTMENT<br>3760 KILROY AIRPORT WAY, SUITE 300<br>LONG BEACH, CA  90806 |
| **2.170** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT AMENDMENT<br>500 PREMISES | HCP LS REDWOOD CITY, LLC<br>C/O HCP, INC.<br>ATTN: LEGAL DEPARTMENT<br>3760 KILROY AIRPORT WAY, SUITE 300<br>LONG BEACH, CA  90806 |
| **2.171** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIAL TRANSFER AGREEMENT | HEALIOS KK<br>2-4-1 HAMAMATSUCHO<br>MINATO-KU<br>TOKYO  105-6115<br>JAPAN |
| **2.172** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT<br>ORDER SERVICES | HOTSPOT THERAPEUTICS, INC.<br>50 MILK STREET<br>16TH FLOOR<br>BOSTON, MA  02109 |

Debtor    Synthego Corporation
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.173 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT | HUIDAGENE THERAPEUTICS PTD LTD<br>987 SERANGOON ROAD<br>SINGAPORE |
| 2.174 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESEARCH LICENSE & MATERIAL TRANSFER AGREEMENT | HUIGENE THERAPEUTICS CO, LTD.<br>FLOOR 2<br>UNIT 3, BUILDING 5<br>SHANGHAI<br>CHINA |
| 2.175 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES<br><br>350 DAYS | IGM BIOSCIENCES, INC.<br>325 EAST MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA  94043 |
| 2.176 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT<br>WASTE TREATMENT AND DISPOSAL<br><br>757 DAYS | INGENIUM GROUP LLC<br>955 W MISSION AVE<br>ESCONDIDO, CA  92025 |
| 2.177 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br>522 DAYS | INSITRO, INC.<br>279 EAST GRAND AVENUE<br>SOUTH SAN FRANCISCO, CA  94080 |
| 2.178 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP RNA PRODUCTS | INSTITUTE FOR SYSTEMS BIOLOGY<br>401 TERRY AVE<br>SEATTLE, WA  98109 |

Debtor    Synthego Corporation                                    Case Number (if known)    25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | INTELLETRACE, INC.<br>448 IGNACIO BLVD<br>NOVATO, CA 94949 |
| | **State the term remaining** | 161 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | INTERLINE THERAPEUTICS, INC.<br>290 UTAH AVENUE<br>SUITE 300<br>SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>NON-EXCLUSIVE LICENSE AGREEMENT | IPS ACADEMIA JAPAN, INC.<br>207 INTERNATIONAL SCIENCE INNOVATION BUILDING EAST WING<br>KYOTO UNIVERSITY<br>KYOTO 606-8501<br>JAPAN |
| | **State the term remaining** | 857 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ 08869 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ 08869 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ 08869 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) 25-10823 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT<br>LABORATORY SERVICE AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT<br>LABORATORY SERVICE AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT<br>LABORATORY SERVICE AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>LABORATORY SERVICE AGREEMENT | JANSEN RESEARCH & DEVELOPMENT LLC<br>920 ROUTE 202<br>RARITAN, NJ  08869 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | JEFF MERRICK DBA WIREFORM, LLC<br>1155 W LUNT AVENUE<br>#355<br>CHICAGO, IL  60626 |
| | **State the term remaining** | 317 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL ADVISORY | JONES DAY<br>1755 EMBARCADERO ROAD<br>PALO ALTO, CA  94303 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT<br>SUPPLY AGREEMENT | KACTUS BIO, INC.<br>60 HICKORY DRIVE<br>WALTHAM, MA  02451 |
| | **State the term remaining** | 787 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT SUPPLY AGREEMENT | KACTUS BIO, INC. 60 HICKORY DRIVE WALTHAM, MA  02451 |
| | **State the term remaining** | 1031 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | KARYOPHARM THERAPEUTICS 85 WELLS AVENUE NEWTON, MA  02459 |
| | **State the term remaining** | 207 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT SOFTWARE DEVELOPMENT AND DEPLOYMENT SERVICES | KELLTON TECH SOLUTIONS, INC. 3 INDEPENDENCE WAY SUITE 209 PRINCETON, NJ  08540 |
| | **State the term remaining** | 5 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | KESTREL THERAPEUTICS 127 WESTERN AVENUE ALLISTON, MA  02134 |
| | **State the term remaining** | 565 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | KINNATE BIOPHARMA, INC. 3611 VALLEY CENTER DRIVE SUITE 175 SAN DIEGO, CA  92130 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL ADVISORY | KO LAW PC 745 N SHERMAN STREET DENVER, CO  80203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation _____    Case Number (if known) _25-10823_

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | KUMQUAT BIOSCIENCES, INC.<br>10770 WATERIDGE CIRCLE<br>UNIT 120<br>SAN DIEGO, CA  92121 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | KUMQUAT BIOSCIENCES, INC.<br>10770 WATERIDGE CIRCLE<br>UNIT 120<br>SAN DIEGO, CA  92121 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTOR AGREEMENT<br>DISTRIBUTOR AGREEMENT<br><br><br>290 DAYS | LAB-A-PORTER LTD.<br>UNIT 1107<br>11/F<br>HONG KONG<br>CHINA |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTOR AGREEMENT<br>DISTRIBUTOR AGREEMENT<br><br><br>323 DAYS | LABOSPACE, S.R.L.<br>VIA VIRGILIO RANZATO 12<br>MILANO  20128<br>ITALY |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | LARKSPUR BIOSCIENCES, INC.<br>ONE MARINA PARK DRIVE<br>SUITE 900<br>BOSTON, MA  02210 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT<br>LICENSED SOFTWARE<br><br><br>223 DAYS | LEADIQ<br>548 MARKET STREET<br>PMB 20317<br>SAN FRANCISCO, CA  94104 |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | LEIDOS BIOMEDICAL RESEARCH, INC. 1050 BOYLES STREET FREDERICK, MD 21702 |
|---|---|---|---|
| | **State the term remaining** | 908 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | LEXEO THERAPEUTICS, INC. 345 PARK AVENUE SOUTH 6TH FLOOR NEW YORK, NY 10010 |
|---|---|---|---|
| | **State the term remaining** | 405 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | LG CHEM LTD. LG TWIN TOWERS 128 YEOUI-DAERO SEOUL 7336 SOUTH KOREA |
|---|---|---|---|
| | **State the term remaining** | 170 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT SUPPLY & COMMERCIALIZATION AGREEMENT | LIFE TECHNOLOGIES CORP. 5781 VAN ALLEN WAY CARLSBAD, CA 92008 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT SUPPLY & DISTRIBUTION AGREEMENT | LIFE TECHNOLOGIES CORP. 5781 VAN ALLEN WAY CARLSBAD, CA 92008 |
|---|---|---|---|
| | **State the term remaining** | 512 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT | LINKEDIN 1000 WEST MAUDE AVENUE SUNNYVALE, CA 94085 |
|---|---|---|---|
| | **State the term remaining** | 155 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT<br>SALES NAVIGATOR SOFTWARE | LINKEDIN<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA  94085 |
| | **State the term remaining** | 299 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS SERVICES | LINKSQUARES, INC.<br>60 STATE STREET<br>SUITE 1200<br>BOSTON, MA  02109 |
| | **State the term remaining** | 683 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>ENGINEERED CELL PRODUCTS | LOUISIANA STATE UNIVERSITY<br>217 THOMAS BOYD HALL<br>BATON ROUGE, LA  70803 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | LOXO ONCOLOGY, INC.<br>281 TRESSER BLVD<br>9TH FLOOR<br>STAMFORD, CT  06901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | LUNDBECK LA JOLLA RESEARCH CENTER<br>10835 ROAD TO THE CURE<br>SUITE 250<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | LYCIA THERAPEUTICS, INC.<br>400 EAST JAMIE COURT<br>SUITE 200<br>SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | 84 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | LYELL IMMUNOPHARMA, INC. 201 HASKINGS WAY SOUTH SAN FRANCISCO, CA  94080 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT SPECIFIC SERVICES OUTLINED IN WORK ORDER | LYOPHILIZATION TECHNOLOGY, INC. 30 INDIAN DRIVE IVYLAND, PA  18974 |
|---|---|---|---|
| | State the term remaining | 308 DAYS | |
| | List the contract number of any government contract | | |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | MAZE THERAPEUTICS, INC. 455 MISSION BAY BLVD SUITE 575 SAN FRANCISCO, CA  94158 |
|---|---|---|---|
| | State the term remaining | 116 DAYS | |
| | List the contract number of any government contract | | |

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT RESEARCH AGREEMENT | MEDICAL UNIVERSITY OF BIALYSTOCK 15-089 BIALYSTOCK POLAND |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | MEDICAL UNIVERSITY OF BIALYSTOCK 15-089 BIALYSTOCK POLAND |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL TRANSFER AGREEMENT | MERCK KGAA DARMSTADT FRANKFURTHER ST. 250 DARMSTADT  64293 GERMANY |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | MERCK, KGAA FRANKFURTER STRAßE 250 64293 DARMSTADT GERMANY |
| | **State the term remaining** | 497 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | MERISSA HAMILTON 3696 HAVEN AVENUE SUITE A REDWOOD CITY, CA  94901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AGREEMENT RESEARCH COLLABORATION AGREEMENT | MISSION BIO., INC. 400 E JAMIE COURT SUITE 100 SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | 776 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | MODERNATX, INC. 325 BINNEY STREET CAMBRIDGE, MA  02142 |
| | **State the term remaining** | 901 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT RNA RESELLER AGREEMENT | MOLECULAR CLONING LABORATORIES, LLC 384 OYSTER POINT BLVD. STE #15 SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | 102 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT MANAGED SERVICE SUPPORT FOR SALESFORCE SOFTWARE | NAME REDACTED 814 NORTH PACIFIC STREET OCEANSIDE, CA  92054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | NATIONAL INSTITUTE OF HEALTH<br>9000 ROCKVILLE PIKE<br>BLD C, RM 339E<br>BETHESDA, MD  20892 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | NATIONAL INSTITUTE OF HEALTH<br>9000 ROCKVILLE PIKE<br>BLD C, RM 339E<br>BETHESDA, MD  20892 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESEARCH AGREEMENT RESEARCH & DEVELOPMENT AGREEMENT | NATIONAL INSTITUTE OF STANDARDS & TECHNOLOGY<br>100 BUREAU DRIVE<br>GAITHERSBURG, MD  20899 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT GMP-LIKE SGRNA | NATIONWIDE CHILDRENS HOSPTAL RESEARCH INSTITUTE<br>700 CHILDRENS DR<br>COLUMBUS, OH  43205 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES<br><br>218 DAYS | NEOGENE THERAPEUTICS, INC.<br>2225 COLORADO AVENUE<br>SANTA MONICA, CA  90404 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT<br><br>218 DAYS | NEOGENE THERAPEUTICS, INC.<br>2225 COLORADO AVENUE<br>SANTA MONICA, CA  90404 |

Debtor    Synthego Corporation                                          Case number (if known)  25-10823

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | NEOGENE THERAPEUTICS, INC.<br>SCIENCE PARK 106<br>AMSTERDAM, NH  1098<br>NETHERLANDS |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIAL TRANSFER AGREEMENT | NERX BIOSCIENCES, INC.<br>651 CENTRAL AVE<br>SUITE 120<br>INDIANAPOLIS, IN  46220 |
| **2.241** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  6 DAYS<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | NESTED THERAPEUTICS, INC.<br>1030 MASS AVENUE<br>SUITE 410<br>CAMBRIDGE, MA  02138 |
| **2.242** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  348 DAYS<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | NEUMORA THERAPEUTICS<br>490 ARSENAL WAY<br>SUITE 200<br>WATERTOWN, MA  02472 |
| **2.243** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  501 DAYS<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | NEUROCRINE BIOSCIENCES, INC.<br>12780 EL CAMINO REAL<br>SAN DIEGO, CA  92130 |
| **2.244** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  104 DAYS<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | NEUVOCOR PTE. LTD.<br>3 BIOPOLIS DRIVE<br>SYNAPSE<br>138623<br>SINGAPORE |

| Debtor | Synthego Corporation | | Case Number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | NGM BIOPHARMACEUTICALS, INC.<br>333 OYSTER POINT BLVD.<br>SOUTH SAN FRANCISCO, CA  94080 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | NIDO BIOSCIENCES, INC.<br>200 CLARENDON STREET<br>45TH FLOOR<br>BOSTON, MA  02116 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | NINE SQUARE THERAPEUTICS CORPORATION<br>285 EAST GRAND AVENUE<br>SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | 172 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | NORTHWESTERN UNIVERSITY<br>633 CLARK STREET<br>EVANSTON, IL  60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>PHARMACEUTICAL SERVICES | NOVO NORDISK<br>NOVO ALLÉ<br>BAGSVAERD, DK  02880<br>DENMARK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | NTRC THERAPEUTICS, B.V.<br>KLOOSTERSTRAAT 9<br>5349 AB<br>OSS<br>THE NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br><br>48 DAYS | NURIX THERAPEUTICS, INC.<br>1700 OWENS STREET<br>SUITE 205<br>SAN FRANCISCO, CA 94158 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | ONTARIO INSTITUTE FOR CANCER RESEARCH<br>661 UNIVERSITY AVENUE<br>SUITE 510<br>TORONTO, ON<br>CANADA |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br>CAREER SUPPORT PROGRAMMING<br>FOR FOREIGN NATIONALS | OPEN AVENUES FOUNDATION<br>125 WASHINGTON ST.<br>SUITE 204<br>SALEM, MA 01970 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br><br>467 DAYS | OPNA BIO SA<br>ROUTE DE CORNICHE 6<br>EPALINGES<br>VAUD 01066<br>SWITZERLAND |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION SERVICES AGREEMENT<br>NETSUITE CLOUD SERVICES | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX 78741 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | ORIC PHARMACEUTICALS, INC.<br>240 EAST GRAND AVENUE<br>2ND FLOOR<br>SOUTH SAN FRANCISCO, CA 94080 |

| Debtor | Synthego Corporation | Case Number (if known): 25-10823 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | OVID THERAPEUTICS, INC. 441 9TH AVENUE NEW YORK, NY  10001 |
| | **State the term remaining** | 166 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | OXFORD BIOTHEAPEUTICS LTD SUITE A SECOND FLOOR OXFORD  OX4 4GE UNITED KINGDOM |
| | **State the term remaining** | 656 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT SPECIFIC SERVICES OUTLINED IN WORK ORDER | PACIFIC BIOLABS, INC. 551 LINUS PAULING DRIVE HERCULES, CA  94547 |
| | **State the term remaining** | 811 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT MANAGEMENT CONSULTING AND EXECUTIVE DEVELOPMENT SERVICES | PACKMAN & ASSOCIATES, INC. 25935 SW STAFFORD RD WILLSONVILLE, OR  97070 |
| | **State the term remaining** | 180 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP-LIKE SGRNA | PACT PHARMA, INC. 2 CORPORATE DRIVE SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP-LIKE SGRNA | PACT PHARMA, INC. 2 CORPORATE DRIVE SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation    Case Number (if known)    25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP-LIKE SGRNA | PACT PHARMA, INC. 2 CORPORATE DRIVE SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT SPECIFIC SERVICES OUTLINED IN WORK ORDER | PANGEA INC. SA GUSTAVE-ADOR 20, 1207 GENÈVE SWITZERLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT SPECIFIC SERVICES OUTLINED IN SOW | PARK PLACE TECHNOLOGIES, LLC 5910 LANDERBROOK DRIVE MAYFIELD HEIGHTS, OH 44124 |
| | **State the term remaining** | 546 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT AGREEMENT AMENDMENT | PERCEPTIVE CREDIT HOLDINGS III, LP 51 ASTOR PLACE; 10TH FLOOR NEW YORK, NY 10003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | PFIZER, INC. WRD PROCUREMENT 235 EAST 42ND STREET NEW YORK, NY 10017 |
| | **State the term remaining** | 87 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | PFIZER, INC. WRD PROCUREMENT 235 EAST 42ND STREET NEW YORK, NY 10017 |
| | **State the term remaining** | 87 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER PILOT AGREEMENT | PHENOVISTA BIOSCIENCES, INC. 6195 CORNERSTONE COURT E #114 SAN DIEGO, CA  92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT DISTRIBUTOR AGREEMENT | PHILEKOREA TECHNOLOGY, INC. #B102 WOOLIM LIONS VALLEY SEOUL  08507 KOREA |
| | **State the term remaining** | 285 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | PLIANT THERAPEUTICS, INC. 260 LITTLEFIELD AVENUE SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DEVELOPMENT AND MANUFACTURING SERVICES | PLURISTYX, INCORPORATED 3000 WESTERN AVE. SEATTLE, WA  93121 |
| | **State the term remaining** | 168 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | POSEIDA THERAPEUTICS, INC. 9390 TOWNE CENTER DRIVE SAN DIEGO, CA  92121 |
| | **State the term remaining** | 376 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMB SGRNA | POSEIDA THERAPEUTICS, INC. 9390 TOWNE CENTER DRIVE SAN DIEGO, CA  92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case Number (if known) 25-10823 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMB SGRNA | POSEIDA THERAPEUTICS, INC.<br>9390 TOWNE CENTER DRIVE<br>SAN DIEGO, CA 92121 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br>403 DAYS | PRELUDE THERAPEUTICS, INC.<br>200 POWDER MILL ROAD<br>EXPERIMENTAL STATION E400 / 3213<br>WILMINGTON, DE 19803 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT<br>SAAS | PRODUCTIV, INC.<br>658 HIGH STREET AVE.<br>PALO ALTO, CA 94301 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | PROOF DIAGNOSTICS, INC. (PINE TREE HEALTH)<br>700 MAIN STREET<br>NORTH CAMBRIDGE, MA 02139 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN WORK ORDER<br><br>169 DAYS | PROPHARMA GROUP HOLDINGS, LLC<br>8717 W. 110TH STREET<br>SUITE 300<br>OVERLAND PARK, KS 66210 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br>629 DAYS | RAPT THERAPEUTICS, INC.<br>561 ECCLES AVENUE<br>SOUTH SAN FRANCISCO, CA 94080 |

Debtor    Synthego Corporation                                        Case number (if known) 25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | RAYZEBIO, INC. 5505 MOREHOUSE DRIVE SUITE 300 SAN DIEGO, CA  92121 |
| | **State the term remaining** | 421 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT ELECTRICAL DESIGN AND CONSTRUCTION SERVICES | RED TOP ELECTRIC CO., EMERYVILLE, INC. 6751 SOUTHFRONT RD. LIVERMORE, CA  94551 |
| | **State the term remaining** | 438 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | REPERTOIRE IMMUNE MEDICINES 1 KENDALL SQUARE BUILDING 1400 W CAMBRIDGE, MA  02139 |
| | **State the term remaining** | 595 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | REPROCELL USA, INC. 9000 VIRGINIA MANOR ROAD SUITE 207 BELTSVILLE, MD  207205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP LIKE RNA PRODUCTS | RESEARCH INSTITUTE AT NATIONWIDE CHILDREN'S HOSPITAL 700 CHILDREN'S DR COLUMBUS, OH  43205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | REVOLUTION MEDECINES, INC. 700 SAGINAW DRIVE REDWOOD CITY, CA  94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES | REVOLUTION MEDECINES, INC. 700 SAGINAW DRIVE REDWOOD CITY, CA 94063 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT<br><br>240 DAYS | REVOLUTION MEDECINES, INC. 700 SAGINAW DRIVE REDWOOD CITY, CA 94063 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | RIBON THERAPEUTICS 35 CAMBRIDGEPARK DRIVE CAMBRIDGE, MA 02140 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT MASTER AGREEMENT FOR PROJECT ORDER SERVICES<br><br>174 DAYS | RIVA THERAPEUTICS, INC. 3525 DEL MAR HEIGHTS ROAD SUIT 1845 SAN DIEGO, CA 92130 |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT AMENDMENT<br><br>241 DAYS | ROBERTS, REBECCA ADDRESS REDACTED |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT CRISPR SGRNA | ROCKEND LIMITED PUDDICOMBE WAY CAMBRIDGE CB2 0AW UNITED KINGDOM |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GRNA PRODUCTS | RYVU THERAPEUTICS, S.A.<br>U.L. STERNBACHA 2<br>KRAKOW  30-394<br>POLAND |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GRNA PRODUCTS | RYVU THERAPEUTICS, S.A.<br>U.L. STERNBACHA 2<br>KRAKOW  30-394<br>POLAND |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GRNA PRODUCTS | RYVU THERAPEUTICS, S.A.<br>U.L. STERNBACHA 2<br>KRAKOW<br>POLAND |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT<br>TABLEAU CLOUD SERVICES /<br>SOFTWARE<br><br>270 DAYS | SALESFORCE, INC.<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA  94105 |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT<br>CLOUD DATA SERVICES<br><br>271 DAYS | SALESFORCE, INC.<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA  94105 |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS<br><br>551 DAYS | SANA BIOTECHNOLOGY, INC.<br>188 EAST BLAINE STREET<br>SUITE 400<br>SEATTLE, WA  98102 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | SANA BIOTECHNOLOGY, INC.<br>188 EAST BLAINE STREET<br>SUITE 400<br>SEATTLE, WA 98102 |
| | **State the term remaining** | 421 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | SANA BIOTECHNOLOGY, INC.<br>188 EAST BLAINE STREET<br>SUITE 400<br>SEATTLE, WA 98102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT<br>DISTRIBUTOR AGREEMENT | SAS BIOTIKA<br>42 ROUTE DU PÉRIMÈTRE<br>ANNECY 74940<br>FRANCE |
| | **State the term remaining** | 270 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | SCHRÖDINGER, INC,<br>120 WEST 45TH STREET<br>17TH FLOOR<br>NEW YORK, NY 10036 |
| | **State the term remaining** | 514 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | SCIENCE EXCHANGE, INC.<br>2261 MARKET STREET<br>#4759<br>SAN FRANCISCO, CA 94114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT<br>IT - SAAS FORECASTING SOFTWARE | SCRATCHPAD<br>440 N BARRANCA AVE. 9418<br>COVINA, CA 91723-1722 |
| | **State the term remaining** | 165 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | SCRIPPS RESEARCH INSTITUTE FLORIDA<br>130 SCRIPPS WAY<br>#3C2<br>JUPITER, FL  33458 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | GENE EDITING ASSESSMENT AND ANALYSIS AGREEMENT<br>PROVIDE GENE EDITING ASSAYS, DIAGNOSTICS AND MOLECULAR INFORMATION | SEQURE DX, INC.<br>1440 MAIN STREET<br>SUITE 320<br>WALTHAM, MA  2451 |
| | **State the term remaining** | 480 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | SERVIER PHARMACEUTICALS LLC<br>200 PIER FOUR BLVD.<br>BOSTON, MA  02210 |
| | **State the term remaining** | 46 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | SHAPE THERAPEUTICS, INC.<br>219 TERRY AVENUE N<br>SUITE 100<br>SEATTLE, WA  98109 |
| | **State the term remaining** | 513 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | SHORELINE BIOSCIENCES, INC.<br>11408 SORRENTO VALLEY ROAD<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN SCHEDULE 1 | SIFTED<br>PO BOX 5237<br>ATLANTA, GA  31107 |
| | **State the term remaining** | 30 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | | Case number (if known) | 25-10823 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT<br>SAAS | SMARTSHEET, INC.<br>10500 NE 8TH STREET<br>SUITE 1300<br>BELLEVUE, WA  98004 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAINING SERVICES | SNOWFLAKE, INC.<br>PO BOX 734951<br>DALLAS, TX  75373 |
| | **State the term remaining** | 191 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN ADDENDUMS | SOAPROJECTS, INC.<br>495 N WHISMAN ROAD<br>SUITE 100<br>MOUNTAIN VIEW, CA  94043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | EVALUATION AGREEMENT | SQZ BIOTECHNOLOGIES COMPANY<br>200 ARSENAL YARDS BLVD.<br>WATERTOWN, MA  02472 |
| | **State the term remaining** | 904 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>GRNA PRODUCTS | SRI INTERNATIONAL<br>333 RAVENSWOOD AVE.<br>MENLOW PARK, CA  94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | ST. JUDE CHILDREN'S RESEARCH HOSPITAL<br>262 DANNY THOMAS PLACE<br>MEMPHIS, TN  38105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation    Case Number (if known)   25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GMP LIKE RNA PRODUCTS | ST. JUDE CHILDREN'S RESEARCH HOSPITAL<br>262 DANNY THOMAS PLACE<br>MEMPHIS, TN  38105 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GRNA PRODUCTS | ST. JUDE CHILDREN'S RESEARCH HOSPITAL<br>262 DANNY THOMAS PLACE<br>MEMPHIS, TN  38105 |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GRNA PRODUCTS | ST. JUDE CHILDREN'S RESEARCH HOSPITAL<br>262 DANNY THOMAS PLACE<br>MEMPHIS, TN  38105 |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT<br>SALE OF PRODUCT | STELLATE DNA LLC<br>625 MOUNT AUBURN STREET<br>SUITE 105<br>CAMBRIDGE, MA  02138 |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT<br>SPECIFIC SERVICES OUTLINED IN SOW<br><br><br>469 DAYS | STEM GENOMICS INC.<br>5501 FORTUNES RIDGE DR<br>SUITE O<br>DURHAM, NC  27713 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIAL TRANSFER AGREEMENT<br>STEM CELL TECHNOLOGIES | STEMCELL TECHNOLOGIES CANADA INC.<br>500-1618 STATION STREET<br>VANCOUVER  V6A 1B6<br>CANADA |

Debtor    Synthego Corporation

(Name)    Case Number (if known)    25-10823

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | STUART CHAFFEE<br>34 BROOK STREET<br>WELLESLEY, MA  02482 |
| | **State the term remaining** | 245 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | DIGITAL MARKETING AGREEMENT | SUPREME OPTIMIZATION, LLC<br>1607 AVENIDA JUAN PONCE DE LEON GM-06<br>COBIANS PLAZA<br>SAN JUAN, PR  00909 |
| | **State the term remaining** | 149 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES | SYNCHRONICITY PHARMA, INC.<br>1416 SARATOGA AVENUE<br>#133<br>SAN JOSE, CA  95129 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT | SYSERCO, INC.<br>215 FOURIER AVENUE<br>FREMONT, CA  94063 |
| | **State the term remaining** | 726 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS SERVICES | TALENTED, INC.<br>400 SOUTH EL CAMINO REAL<br>SAN MATEO, CA  94402 |
| | **State the term remaining** | 128 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT<br>PROVIDE SEO, CONTENT STRATEGY, AND RELATED SERVICES | TECHBOOMERS MEDIA INC.<br>154A LAKESHORE ROAD<br>ST. CATHARINES, ON  L2N 2V1<br>CANADA |
| | **State the term remaining** | 63 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | TENAYA THERAPEUTICS, INC. 171 OYSTER POINT BLVD. SUITE 500 SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | 376 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | TENAYA THERAPEUTICS, INC. 171 OYSTER POINT BLVD. SUITE 500 SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY 1651 PAGE MILL ROAD PALO ALTO, CA 94304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | THE CLEVELAND CELL THERAPY INCUBATOR, LLC 25001 EMERY ROAD SUITE 150.1 CLEVELAND, OH 44128 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT CRO AGREEMENT | THE INSTITUTE OF CANCER RESEARCH: ROYAL CANCER HOSPITAL 123 OLD BROMPTON ROAD LONDON  SW7 3RP UNITED KINGDOM |
| | **State the term remaining** | 1960 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | THE OHIO STATE UNIVERSITY 2650 KENNY ROAD COLUMBUS, OH 43210 |
| | **State the term remaining** | 358 DAYS | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.335**

State what the contract or lease is for and the nature of the debtor's interest

RESEARCH AGREEMENT
SPONSORED RESEARCH AGREEMENT

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
10920 WILSHIRE BLVD.
LOS ANGELES, CA 90024

State the term remaining — 56 DAYS

List the contract number of any government contract

---

**2.336**

State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT
RNA PRODUCTS

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
10920 WILSHIRE BLVD.
LOS ANGELES, CA 90024

State the term remaining

List the contract number of any government contract

---

**2.337**

State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT
GMB SGRNA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
10920 WILSHIRE BLVD.
LOS ANGELES, CA 90024

State the term remaining

List the contract number of any government contract

---

**2.338**

State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT
GMB SGRNA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
10920 WILSHIRE BLVD.
LOS ANGELES, CA 90024

State the term remaining

List the contract number of any government contract

---

**2.339**

State what the contract or lease is for and the nature of the debtor's interest

MASTER AGREEMENT
MASTER AGREEMENT FOR PROJECT ORDER SERVICES

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA
2600 CIVIC CENTER BLVD.
9TH FLOOR
PHILADELPHIA, PA 19104-4310

State the term remaining — 903 DAYS

List the contract number of any government contract

---

**2.340**

State what the contract or lease is for and the nature of the debtor's interest

SALES AGREEMENT

THE UNIVERSITY OF ALABAMA AT BIRMINGHAM
1918 UNIVERSITY BLVD.
BIRMINGHAM, AL 35294

State the term remaining

List the contract number of any government contract

Debtor    Synthego Corporation

(Name)

Case number (if known) 25-10823

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>CRISPR SGRNA | THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER<br>1515 HOLCOMBE BLVD.<br>HOUSTON, TX  77030 |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>CRISPR SGRNA | THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER<br>1515 HOLCOMBE BLVD.<br>HOUSTON, TX  77030 |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MATERIAL TRANSFER AGREEMENT | THINKCYTE, INC.<br>7-3-1 BUNKYO<br>HONGO 1130033<br>TOKYO<br>JAPAN |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>MASTER AGREEMENT FOR PROJECT ORDER SERVICES<br><br>746 DAYS | T-KNIFE GMBH<br>ROBERT-RÖSSLE-STRAßE 10<br>BERLIN  13125<br>GERMANY |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT AMENDMENT<br><br>746 DAYS | T-KNIFE GMBH<br>ROBERT-RÖSSLE-STRAßE 10<br>BERLIN  13125<br>GERMANY |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH SERVICES<br><br>535 DAYS | TREX BIO, INC.<br>3696 #A HAVEN AVENUE<br>REDWOOD CITY, CA  94063 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT<br>TRINET SERVICE AGREEMENT | TRINET<br>ONE PARK PLACE, STE 600<br>DUBLIN, CA  94568-7983 |
| | **State the term remaining** | 330 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT<br>RESEARCH USE ONLY PRODUCTS | TROTANA, INC.<br>5555 OBERLIN DRIVE<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | 348 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | UCB BIOPHARMA SRL<br>ALLEE DE LA RECHERCHE 60<br>1070<br>BRUSSELS<br>BELGIUM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | UCB BIOPHARMA SRL<br>ALLEE DE LA RECHERCHE 60<br>1070<br>BRUSSELS<br>BELGIUM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | UCB BIOPHARMA SRL<br>ALLEE DE LA RECHERCHE 60<br>1070<br>BRUSSELS<br>BELGIUM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | UCB BIOPHARMA SRL<br>ALLEE DE LA RECHERCHE 60<br>1070<br>BRUSSELS<br>BELGIUM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                                    Case Number (if known) 25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | UCB BIOPHARMA SRL ALLEE DE LA RECHERCHE 60 1070 BRUSSELS BELGIUM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | UCB BIOPHARMA SRL ALLEE DE LA RECHERCHE 60 1070 BRUSSELS BELGIUM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT RESEARCH USE ONLY PRODUCTS | UCB BIOPHARMA SRL ALLÉE DE LA RECHERCHE 60, 1 BRUSSELS 1070 BELGIUM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT RESEARCH USE ONLY PRODUCTS | UCB BIOPHARMA SRL ALLÉE DE LA RECHERCHE 60, 1 BRUSSELS 1070 BELGIUM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT RESEARCH SERVICES | ULTRAGENYX PHARMACEUTICAL, INC. 60 LEVERONI COURT NOVATO, CA  94949 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT AMENDMENT | ULTRAGENYX PHARMACEUTICAL, INC. 60 LEVERONI COURT NOVATO, CA  94949 |
| | State the term remaining | 3570 DAYS | |
| | List the contract number of any government contract | | |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JANITORIAL SERVICES | UNIVERSAL JANITORIAL<br>350 PIERCY ROAD<br>SAN JOSE, CA  95138 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FEDERAL GRANT CERTIFICATION CERTIFICATION FOR PROVISION OF PRODUCTS | UNIVERSITY OF CALIFORNIA<br>900 UNIVERSITY AVENUE<br>RIVERSIDE, CA  92521 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | UNIVERSITY OF KENTUCKY<br>760 PRESS AVENUE<br>ROOM 330<br>LEXINGTON, KY  40536 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS<br><br>585 DAYS | UNIVERSITY OF VERMONT<br>85 SOUTH PROSPECT STREET<br>WATERMAN BUILDING<br>BURLINGTON, VT  05405 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER QUALITY AGREEMENT | VALIDATON SYSTEMS, INC.<br>988 SAN ANTONIO ROAD<br>PALO ALTO, CA  94303 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | VASCUGEN, INC.<br>5602 RESEARCH PARK BLVD.<br>SUITE 213<br>MADISON, WI  53719 |

| Debtor | Synthego Corporation | Case number (if known) | 25-10823 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | VERGE ANALYTICS TWO TOWER PLACE SUITE 950 SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | 427 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RNA SYNTHESIS SERVICES | VERTEX PHARMACEUTICALS, INC. 50 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT RNA SYNTHESIS SERVICES | VERTEX PHARMACEUTICALS, INC. 50 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | 1320 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP LIKE RNA PRODUCTS | VERTEX PHARMACEUTICALS, INC. 50 NORTHERN AVENUE BOSTON, MA 02210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | VIRIDIAN THERAPEUTICS, INC. 221 CRESCENT STREET SUITE 401 WALTHAM, MA 02453 |
| | **State the term remaining** | 113 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT THERAPEUTIC SUBLICENSE AGREEMENT | VITA THERAPEUTICS, INC. 801 W BALTIMORE STREET #301 BALTIMORE, MD 21205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>GRNA PRODUCTS | VITA THERAPEUTICS, INC.<br>801 W BALTIMORE STREET<br>#301<br>BALTIMORE, MD 21205 |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>NON-CLINICAL SERVICES<br><br>497 DAYS | VIVET THERAPEUTICS, SAS<br>80 BOULEVARD HAUSSMANN<br>75008<br>FRANCE |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT AMENDMENT | VIVET THERAPEUTICS, SAS<br>80 BOULEVARD HAUSSMANN<br>75008<br>FRANCE |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT<br>NON-CLINICAL SERVICES | VOR BIOPHARMA, INC.<br>215 FIRST STREET<br>4TH FLOOR<br>CAMBRIDGE, MA 02142 |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT<br>RESEARCH SERVICES<br><br>538 DAYS | VOYAGER THERAPEUTICS<br>75 SIDNEY STREET<br>CAMBRIDGE, MA 02139 |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LABORATORY SERVICING AGREEMENT<br><br>299 DAYS | WATERS TECHNOLOGIES CORP.<br>34 MAPLE STREET<br>MILLFORD, MA 01757 |

| Debtor | Synthego Corporation | Case Number (if known) | 25-10823 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | WAVE LIFE SCIENCES USA, INC. 733 CONCORD AVENUE CAMBRIDGE, MA  02138 |
| | **State the term remaining** | 398 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL TRANSFER AGREEMENT | WAYFINDER 479 JESSIE STREET SAN FRANCISCO, CA  94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT | WAYNE STATE UNIVERSITY 5057 WOODWARD AVE. RM 12 DETROIT, MI  48202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT | XAIRA THERAPEUTICS, INC. 700 GATEWAY BLVD, 4TH FLOOR SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | 2087 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT RESEARCH USE ONLY PRODUCTS | XAP THERAPEUTICS, INC. BABRAHAM RESEARCH CAMPUS MAIA BUILDING (B270) CAMBRIDGE  CB22 3AT UNITED KINGDOM |
| | **State the term remaining** | 1123 DAYS | |
| | **List the contract number of any government contract** | | |

| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES AGREEMENT GMP-LIKE SGRNA | XAP THERAPEUTICS, INC. BABRAHAM RESEARCH CAMPUS MAIA BUILDING (B270) CAMBRIDGE  CB22 3AT UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Synthego Corporation                                    Case Number (if known)    25-10823

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT SAAS | XAVO USA, INC. ONE BOSTON PLACE SUITE 2600 BOSTON, MA  02108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT DISTRIBUTOR AGREEMENT | Y.A. ALMOG DIAGNOSITC & MEDICAL EQUIPMENT, LTD. OREN 4 ST HI-PARK SHOHAM ISRAEL |
| | **State the term remaining** | 298 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT RESEARCH USE ONLY PRODUCTS | ZIELBIO, INC. 1317 CARLTON AVENUE SUITE 200 CHARLOTTESVILLE, VA  22902 |
| | **State the term remaining** | 104 DAYS | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor    Synthego Corporation

United States Bankruptcy Court for the:    District of Delaware

Case number    25-10823
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes. |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Synthego Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-10823</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/2025
 MM / DD / YYYY

✘ /s/ Allen Soong
Signature of individual signing on behalf of debtor

Allen Soong
Printed name

Chief Restructuring Officer
Position or relationship to debtor