**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission

*pro hac vice* of Andrew R. Kissner, of Morrison & Foerster LLP, to represent Perceptive Credit

Holdings III, LP in the above-captioned case and any and all adversary proceedings.

Dated: June 24, 2025                    Respectfully submitted,
      Wilmington, Delaware

                                  */s/ Shannon A. Forshay*
                                  Shannon A. Forshay (No. 7293)
                                  **POTTER ANDERSON & CORROON LLP**
                                  1313 N. Market Street, 6th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 984-6000
                                  Facsimile:  (302) 658-1192
                                  Email:  sforshay@potteranderson.com

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: June 24, 2025

*/s/ Andrew R. Kissner*
Andrew R. Kissner, Esq.
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile:  (212) 468-7900
Email: akissner@mofo.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 24th, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC - 12319172v.1