# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 150, & 152 – 153** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Certification of No Objection Regarding First Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts; (B) Abandoning Any Remaining Personal Property; and (C) Granting Related Relief," dated June 23, 2025 [Docket No. 150], (the "Certification"),

   b. "Order (A) Authorizing the First Omnibus Rejection of Executory Contracts; (B) Abandoning Personal Property; and (C) Granting Related Relief," dated June 23, 2025 [Docket No. 152], (the "Omnibus Order"), and

   c. "Notice of Filing Monthly Staffing and Compensation Report of Paladin Management Group, LLC for the Period From May 6, 2025 Through May 31, 2025," dated June 23, 2025 [Docket No. 153], (the "Staffing Report"),

   by causing true and correct copies of the:

   i. Certification and Omnibus Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on June 23, 2025,

   ii. Staffing Report to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, on June 23, 2025,

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

    iii. Certification and Omnibus Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, on June 23, 2025, and

    iv. Certification and Omnibus Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, on June 24, 2025.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                */s/ Andrea Speelman*
                                                                Andrea Speelman

# EXHIBIT A

| Name | Address |
|---|---|
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |

# Total Count: 5

| Name | Address |
| --- | --- |
| 4D MOLECULAR THERAPEUTICS | 5858 HORTON ST 455 ATTN: AP MANAGER    EMERYVILLE CA 94608 |
| AARVIK THERAPEUTICS | 31363 MEDALLION DRIVE    HAYWARD CA 94544 |
| ACCENT THERAPEUTICS, INC. | 65 HAYDEN AVENUE SUITE 3100S    LEXINGTON MA 02421 |
| ALECTOR LLC | 131 OYSTER POINT BLVD SUITE 600    SOUTH SAN FRANCISCO CA 94080 |
| ALIGOS THERAPEUTICS, INC. | 1 CORPORATE DRIVE 2ND FLOOR    SOUTH SAN FRANCISCO CA 94080 |
| AMERICAN TYPE CULTURE COLLECTION | 10801 UNIVERSITY BLVD.    MANESSAS VA 20110 |
| AMPHISTA THERAPEUTICS | BO'NESS ROAD NEWHOUSE    MOTHERWELL  ML1 5UH UNITED KINGDOM |
| AQUINNAH PHARMACEUTICALS, INC. | THE ENGINE 750 MAIN STREET    CAMBRIDGE MA 2139 |
| ARBOR BIOTECHNOLOGIES, INC. | 790 MEMORIAL DRIVE    CAMRBRIDGE MA 02319 |
| ARCTORIS LTD | 9400 GARSINGTON ROAD    OXFORD, ENG  OX4 2HN UNITED KINGDOM |
| AVILAR THERAPEUTICS, INC. | 400 TOTTEN POND ROAD SUITE 110    WALTHAM MA 2451 |
| AZENTA US, INC. | 2910 FORTUNE CIRCLE WEST SUITE E    INDIANAPOLIS IN 46241 |
| BECKMAN RESEARCH INSTITUTE OF | THE CITY OF HOPE 1500 E DUARTE RD ROOM 3344    DUARTE CA 91010 |
| BELHARRA THERAPEUTICS, INC. | 3985 SORRENTO VALLEY BLVD. SUITE C    SAN DIEGO CA 92121 |
| BIOMEA FUSION, INC. | 900 MIDDLEFIELD ROAD 4TH FLOOR    REDWOOD CITY CA 94002 |
| BOEHRINGER INGELHEIM RCV GMBH | DR. BOEHRINGER GASSE 5-11 1121    VIENNA    AUSTRIA |
| BRAINXELL, INC. | 455 SCIENCE DRIVE SUITE 210    MADISON WI 53711 |
| BRIDGEBIO PHARMA, INC. | 3160 PORTER DRIVE SUITE 250    PALO ALTO CA 94304 |
| CALIFORNIA FIRE TASK 3 | 2470 PULGAS AVE    EAST PALO ALTO CA 94303-1321 |
| CANCER RESEARCH TECHNOLOGY LIMITED | 2 REDMAN PLACE    LONDON   E20 1JQ UNITED KINGDOM |
| CARDEA BIO, INC. | 8969 KENAMAR DRIVE SUITE 104    SAN DIEGO CA 92121 |
| CORNELL UNIVERSITY CENTER FOR | TECHNOLOGY LICENSING 395 PINE TREE ROAD SUITE 310    ITHACA NY 14850 |
| CRESCENDO BIOLOGICS LTD | MEDITRINA BABRAHAM RESEARCH CAMPUS 260    BABRAHAM  CB22 3AT UNITED KINGDOM |
| CROSSCOUNTRY CONSULTING LLC | 1600 TYSONS BLVD SUITE 1100    MCLEAN VA 22102 |
| CURIA GLOBAL, INC. | 26 CORPORATE CIRCLE    ALBANY NY 12203 |
| DENALI THERAPEUTICS, INC. | 161 OYSTER POINT BLVD    SOUTH SAN FRANCISCO CA 94080 |
| DEPARTMENT OF VETERANS AFFAIRS | 8875 HIDDEN RIVER PKWY    TAMPA FL 33637 |
| DEWINTER GROUP, INC. | 1919 S. BASCOM AVE. SUITE 250    CAMPBELL CA 95008 |
| DOMPÉ FARMACEUTICI S.P.A. | VIA SAN MARTINO 12    MILAN   20122 ITALY |
| DOORDASH, INC. | 302 2ND STREET SUITE 800    SAN FRANCISCO CA 94107 |
| EISAI LTD. | EUROPEAN KNOWLEDGE CENTRE MOSQUITO WAY    HATFIELD   AL10 9SN UNITED KINGDOM |
| ELIM BIOPHARMACEUTICALS, INC. | 25495 WHITESELL ST    HAYWARD CA 94545 |
| EMENDOBIO INC. | 400 W 61ST ST    NEW YORK NY 10069 |
| ENPLAS MICROTECH, INC. | 3211 SCOTT BLVD SUITE 103    SANTA CLARA CA 95054 |
| ENVISION INFORMATION TECHNOLOGIES, LLC | 840 EXCELSIOR DR SUITE 402    MADISON WI 53717 |
| ERS GENOMICS LIMITED | 88 HARCOURT STREET    DUBLIN   IRELAND |
| FOG PHARMACEUTICALS, INC. | 30 ACORN PARK DRIVE    CAMBRIDGE MA 2140 |
| FRONTIER MEDICINES CORPORATION | 151 OYSTER POINT BLVD 2ND FLOOR    SOUTH SAN FRANCISCO CA 94080 |
| GC THERAPEUTICS, INC. | 700 MAIN STREET    NORTH CAMBRIDGE MA 2139 |
| GENENTECH, INC. | 1 DNA WAY    SOUTH SAN FRANCISCO CA 94080 |
| GLAXOSMITHKLINE, LLC | 1250 S COLLEGEVILLE ROAD    COLLEGEFIELD PA 19426 |
| GLOBAL BLOOD THERAPEUTICS, INC. | 181 OYSTER POINT BOULEVARD    SOUTH SAN FRANCISCO CA 94080 |
| HCL AMERICA INC. | 2600 GREAT AMERICA WAY SUITE 401    SANTA CLARA CA 95054 |
| HEALIOS KK | 2-4-1 HAMAMATSUCHO MINATO-KU    TOKYO   105-6115 JAPAN |
| IGM BIOSCIENCES, INC. | 325 EAST MIDDLEFIELD ROAD    MOUNTAIN VIEW CA 94043 |
| INSITRO | 279 EAST GRAND AVENUE    SOUTH SAN FRANCISCO CA 94080 |
| INTERLINE THERAPEUTICS, INC. | 290 UTAH AVENUE SUITE 300    SOUTH SAN FRANCISCO CA 94080 |

| Name | Address |
|---|---|
| IPS ACADEMIA JAPAN, INC. | 207 INTERNATIONAL SCIENCE INNOVATION BUILDING EAST WING KYOTO UNIVERSITY   KYOTO  606-8501 JAPAN |
| JANSEN RESEARCH & DEVELOPMENT LLC | 920 ROUTE 202   RARITAN NJ 08869 |
| KARYOPHARM THERAPEUTICS | 85 WELLS AVENUE   NEWTON MA 02459 |
| KELLTON TECH SOLUTIONS, INC. | 3 INDEPENDENCE WAY SUITE 209   PRINCETON NJ 08540 |
| KESTREL THERAPEUTICS | 127 WESTERN AVENUE   ALLISTON MA 02134 |
| KO LAW PC | 745 N SHERMAN STREET   DENVER CO 80203 |
| KUMQUAT BIOSCIENCES, INC. | 10770 WATERIDGE CIRCLE UNIT 120   SAN DIEGO CA 92121 |
| LARKSPUR BIOSCIENCES, INC. | ONE MARINA PARK DRIVE SUITE 900   BOSTON MA 02210 |
| LEXEO THERAPEUTICS, INC. | 345 PARK AVENUE SOUTH 6TH FLOOR   NEW YORK NY 10010 |
| LIFE TECHNOLOGIES CORP. | 5781 VAN ALLEN WAY   CARLSBAD CA 92008 |
| LOUISIANA STATE UNIVERSITY | 217 THOMAS BOYD HALL   BATON ROUGE LA 70803 |
| LOXO ONCOLOGY, INC. | 281 TRESSER BLVD 9TH FLOOR   STAMFORD CT 06901 |
| LUNDBECK LA JOLLA RESEARCH CENTER | 10835 ROAD TO THE CURE SUITE 250   SAN DIEGO CA 92121 |
| LYELL IMMUNOPHARMA, INC. | 201 HASKINGS WAY   SOUTH SAN FRANCISCO CA 94080 |
| LYOPHILIZATION TECHNOLOGY INC. | 30 INDIAN DRIVE   IVYLAND PA 18974 |
| MAZE THERAPEUTICS, INC. | 455 MISSION BAY BLVD SUITE 575   SAN FRANCISCO CA 94158 |
| MEDICAL UNIVERSITY OF BIALYSTOCK | 15-089 BIALYSTOCK       POLAND |
| MERCK KGAA DARMSTADT | FRANKFURTHER ST. 250   DARMSTADT  64293 GERMANY |
| MERCK, KGAA | FRANKFURTER STRAßE 250   64293 DARMSTADT   GERMANY |
| MISSION BIO., INC. | 400 E JAMIE COURT SUITE 100   SOUTH SAN FRANCISCO CA 94080 |
| MOLECULAR CLONING LABORATORIES, LLC | 384 OYSTER POINT BLVD. STE 15   SOUTH SAN FRANCISCO CA 94080 |
| NATIONAL INSTITUTE OF HEALTH | 9000 ROCKVILLE PIKE BLD C, RM 339E   BETHESDA MD 20892 |
| NERX BIOSCIENCES, INC. | 651 CENTRAL AVE SUITE 120   INDIANAPOLIS IN 46220 |
| NGM BIOPHARMACEUTICALS, INC. | 333 OYSTER POINT BLVD.   SOUTH SAN FRANCISCO CA 94080 |
| NORTHWESTERN UNIVERSITY | 633 CLARK STREET   EVANSTON IL 60611 |
| NTRC THERAPEUTICS, B.V. | KLOOSTERSTRAAT 9 5349 AB   OSS   NETHERLANDS |

Total Count: 73

**EXHIBIT B**

| Name | Address |
|---|---|
| MORRISON & FOERSTER LLP | ATTN: JAMES NEWTON & MIRANDA RUSSELL 250 WEST 55TH ST., FLOOR 20   NEW YORK NY 10019 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JONATHAN LIPSHIE, MEGAN SELIBER J CALEB BOGGS FEDERAL BUILDING 844 N. KING STREET, SUITE 2207  WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | 919 N. MARKET STREET 17TH FLOOR ATTN: DEBRA GRASSGREEN, MAXIM LITVAK,  MALHAR PAGAY, JAMES O'NEILL WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: C. M. SAMIS, BRETT M. HAYWOOD HERCULES PLAZA 1313 N. MKT ST, 6TH FL , PO BOX 951  WILMINGTON DE 19801 |

## Total Count: 4

**EXHIBIT C**

| Name | Email |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | nathan@8vc.com; NATHAN@8VC.COM |
| 8VC ENTREPRENEURS FUND I, L.P. | nathan@8vc.com; NATHAN@8VC.COM |
| 8VC FUND I, L.P | nathan@8vc.com; NATHAN@8VC.COM |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com; STEVEN.COREY@APPRENTICEFS.COM |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | performancereporting@olympusventures.com |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| MOSS & BARNETT | mike.etmund@lawmoss.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| TN DEPT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TRUEBRIDGE DIRECT FUND L.P. | MWILLIAMS@TRUEBRIDGECAPITAL.COM |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

Total Count: 59

**EXHIBIT D**

| Name | Email |
| --- | --- |
| 4D MOLECULAR THERAPEUTICS | kbarglow@4dmt.com |
| AARVIK THERAPEUTICS | jiang@aarviktx.com |
| ALECTOR LLC | bills@alector.com |
| AVILAR THERAPEUTICS, INC. | ap@avilar-tx.com |
| BIOMEA FUSION, INC. | accounting@biomeafusion.com |
| BRAINXELL, INC. | mhendrickson@brainxell.com; accounts@brainxell.com |
| CARDEA BIO, INC. | accounting@cardeabio.com |
| CRESCENDO BIOLOGICS LTD | invoices@crescendobiologics.com |
| CROSSCOUNTRY CONSULTING LLC | ar@crosscountry-consulting.com |
| DENALI THERAPEUTICS, INC. | invoices@dnli.com; INVOICES@DNLI.COM |
| EISAI LTD. | accountspayable@eisai.net |
| ELIM BIOPHARMACEUTICALS, INC. | accounting@elimbio.com |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| GLOBAL BLOOD THERAPEUTICS, INC. | accounting@gbt.com |
| IGM BIOSCIENCES, INC. | ap@igmbio.com |
| INSITRO | accounting@insitro.com; ACCOUNTING@INSITRO.COM |
| LYOPHILIZATION TECHNOLOGY INC. | rcashman@lyo-t.com |

Total Count: 21