## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 155, 157 - 160** |

## <u>CERTIFICATE OF SERVICE</u>

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2025, I caused to be served the:

   a. "Order (A) Authorizing the Second Omnibus Rejection of Executory Contracts; (B) Abandoning Personal Property; and (C) Granting Related Relief," dated June 24, 2025 [Docket No. 155], (the "2nd Rejection Order"),

   b. "First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code," dated June 24, 2025 [Docket No. 157], (the "Combined Disclosure Statement"),

   c. "Notice of Filing of Redline First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code," dated June 24, 2025 [Docket No. 158], (the "Redline Combined Disclosure Statement"),

   d. "Certification of Counsel Regarding Debtor's Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief," dated June 24, 2025 [Docket No. 159], (the "Counsel Certification"), and

   e. "Notice of Successful Bidder and Cancellation of Auction," dated June 24, 2025 [Docket No. 160], (the "Bidder Notice"),

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

by causing true and correct copies of the:

i.  2nd Rejection Order, Combined Disclosure Statement, Redline Combined Disclosure Statement, Counsel Certification, and Bidder Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  2nd Rejection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.  Bidder Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  2nd Rejection Order, Combined Disclosure Statement, Redline Combined Disclosure Statement, Counsel Certification, and Bidder Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

v.  2nd Rejection Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.  Bidder Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.  2nd Rejection Order to be delivered via electronic mail to: *ian@8vc.com* & *danielle@8vc.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>/s/ Andrea Speelman</u>
Andrea Speelman

**EXHIBIT A**

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |

# Total Count: 5

**EXHIBIT B**

| Name | Address |
| --- | --- |
| NURIX THERAPEUTICS, INC. | 1700 OWENS STREET SUITE 205   SAN FRANCISCO CA 94158 |
| ONTARIO INSTITUTE FOR CANCER | RESEARCH 661 UNIVERSITY AVENUE SUITE 510  TORONTO ON  CANADA |
| OPNA BIO SA | ROUTE DE CORNICHE 6 EPALINGES    VAUD  01066 SWITZERLAND |
| OVID THERAPEUTICS, INC. | 441 9TH AVENUE   NEW YORK NY 10001 |
| PARK PLACE TECHNOLOGIES, LLC | 5910 LANDERBROOK DRIVE   MAYFIELD HEIGHTS OH 44124 |
| PHENOVISTA BIOSCIENCES, INC. | 6195 CORNERSTONE COURT E 114  SAN DIEGO CA 92121 |
| PLURISTYX, INCORPORATED | 3000 WESTERN AVE.   SEATTLE WA 93121 |
| PRODUCTIV, INC. | 658 HIGH STREET AVE.   PALO ALTO CA 94301 |
| PROPHARMA GROUP HOLDINGS, LLC | 8717 W. 110TH STREET SUITE 300  OVERLAND PARK KS 66210 |
| RAPT THERAPEUTICS, INC. | 561 ECCLES AVENUE   SOUTH SAN FRANCISCO CA 94080 |
| RAYZEBIO, INC. | 5505 MOREHOUSE DRIVE SUITE 300  SAN DIEGO CA 92121 |
| RED TOP ELECTRIC CO., EMERYVILLE, INC. | 6751 SOUTHFRONT RD.   LIVERMORE CA 94551 |
| REPERTOIRE IMMUNE MEDICINES | 1 KENDALL SQUARE BUILDING 1400 W  CAMBRIDGE MA 02139 |
| REPROCELL USA, INC. | 9000 VIRGINIA MANOR ROAD SUITE 207  BELTSVILLE MD 20720-5 |
| REVOLUTION MEDECINES, INC. | 700 SAGINAW DRIVE   REDWOOD CITY CA 94063 |
| RIVA THERAPEUTICS, INC. | 3525 DEL MAR HEIGHTS ROAD SUIT 1845  SAN DIEGO CA 92130 |
| SCHRÖDINGER, INC, | 120 WEST 45TH STREET 17TH FLOOR  NEW YORK NY 10036 |
| SEQURE DX, INC. | 1440 MAIN STREET SUITE 320  WALTHAM MA 02451 |
| SHAPE THERAPEUTICS, INC. | 219 TERRY AVENUE N SUITE 100  SEATTLE WA 98109 |
| SHORELINE BIOSCIENCES, INC. | 11408 SORRENTO VALLEY ROAD   SAN DIEGO CA 92121 |
| SMARTSHEET, INC. | 10500 NE 8TH STREET SUITE 1300  BELLEVUE WA 98004 |
| SQZ BIOTECHNOLOGIES COMPANY | 200 ARSENAL YARDS BLVD.   WATERTOWN MA 02472 |
| STELLATE DNA LLC | 625 MOUNT AUBURN STREET SUITE 105  CAMBRIDGE MA 02138 |
| STEM GENOMICS INC. | 5501 FORTUNES RIDGE DR SUITE O  DURHAM NC 27713 |
| STEMCELL TECHNOLOGIES CANADA INC. | 500-1618 STATION STREET   VANCOUVER  V6A 1B6 CANADA |
| STUART CHAFFEE | ADDRESS ON FILE |
| TECHBOOMERS MEDIA INC. | 154A LAKESHORE ROAD   ST. CATHARINES ON L2N 2V1 CANADA |
| TENAYA THERAPEUTICS, INC. | 171 OYSTER POINT BLVD. SUITE 500  SOUTH SAN FRANCISCO CA 94080 |
| THE BOARD OF TRUSTEES OF LELAND STANFORD | JUNIOR UNIVERSITY 1651 PAGE MILL ROAD  PALO ALTO CA 94304 |
| THE CLEVELAND CELL THERAPY | INCUBATOR, LLC 25001 EMERY ROAD SUITE 150.1  CLEVELAND OH 44128 |
| THE INSTITUTE OF CANCER RESEARCH | ROYAL CANCER HOSPITAL 123 OLD BROMPTON ROAD   LONDON  SW7 3RP UNITED KINGDOM |
| THE OHIO STATE UNIVERSITY | 2650 KENNY ROAD   COLUMBUS OH 43210 |
| THE UNIVERSITY OF ALABAMA AT BIRMINGHAM | 1918 UNIVERSITY BLVD.   BIRMINGHAM AL 35294 |
| THINKCYTE, INC. | 7-3-1 BUNKYO HONGO 1130033  TOKYO   JAPAN |
| TREX BIO, INC. | 3696 A HAVEN AVENUE   REDWOOD CITY CA 94063 |
| TROTANA, INC. | 5555 OBERLIN DRIVE   SAN DIEGO CA 92121 |
| UCB BIOPHARMA SRL | ALLÉE DE LA RECHERCHE 60, 1   BRUSSELS  01070 BELGIUM |
| UNIVERSITY OF KENTUCKY | 760 PRESS AVENUE ROOM 330  LEXINGTON KY 40536 |
| VASCUGEN, INC. | 5602 RESEARCH PARK BLVD. SUITE 213  MADISON WI 53719 |
| VERGE ANALYTICS | TWO TOWER PLACE SUITE 950  SOUTH SAN FRANCISCO CA 94080 |
| VIRIDIAN THERAPEUTICS, INC. | 221 CRESCENT STREET SUITE 401  WALTHAM MA 02453 |
| VOR BIOPHARMA, INC. | 215 FIRST STREET 4TH FLOOR  CAMBRIDGE MA 02142 |
| VOYAGER THERAPEUTICS | 75 SIDNEY STREET   CAMBRIDGE MA 02139 |
| WAVE LIFE SCIENCES USA, INC. | 733 CONCORD AVENUE   CAMBRIDGE MA 02138 |
| WAYFINDER | 479 JESSIE STREET   SAN FRANCISCO CA 94063 |
| WAYNE STATE UNIVERSITY | 5057 WOODWARD AVE. RM 12  DETROIT MI 48202 |
| ZIELBIO, INC. | 1317 CARLTON AVENUE SUITE 200  CHARLOTTESVILLE VA 22902 |

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |

## Total Count: 47

**EXHIBIT C**

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| BANC OF CALIFORNIA | ATTN: ASHLEY DURNFORD PO BOX 131207   CARLSBAD CA 92013 |
| DELAWARE SECRETARY OF STATE | DIVISIONS OF CORPORATIONS, FRANCHISE TAX P.O. BOX 898   DOVER DE 19903 |
| DELAWARE STATE TREASURY | 820 SILVERLAKE BLVD, SUITE 100   DOVER DE 19904 |
| FOOD & DRUG ADMINSITRATION | 10903 NEW HAMPSHIRE AVE   SILVER SPRING MD 20993 |
| JP MORGAN CHASE BANK | ATTN: MAKAYLARAMOS 3 PARK PLZ, FLOOR 09   IRVINE CA 92614 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| SILICON VALLEY BANK | ATTN: LISA BURNS 2625 AUGUSTINE DR STE 301   SANTA CLARA CA 950542956 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE   MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152   MONTGOMERY AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR 1031 W 4TH AVE, STE 200   ANCHORAGE AK 99501-1994 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA  PAGO PAGO AS 96799 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES 2005 NORTH CENTRAL AVENUE   PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN 323 CENTER ST, STE 200   LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTY GEN | ATTN: ROB BONTA 1300 'I' ST   SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG 165 CAPITOL AVENUE   HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST  WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL   TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW   ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ 425 QUEEN ST   HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720  BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST   CHICAGO IL 60601 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 115 S LASALLE ST   CHICAGO IL 60603 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL  INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST  DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL   TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118   FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST   BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY PO BOX 94005   BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION   AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN 200 ST PAUL PLACE   BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTY GEN | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL G. MENNEN WILLIAMS BLDG 525 W OTTAWA ST - PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400   ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH 550 HIGH ST   JACKSON MS 32901 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220   JACKSON MS 39205 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY SUPREME CT BLDG, 207 W HIGH ST PO BOX 899  JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST  HELENA MT 59601 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS 2115 STATE CAPITOL PO BOX 98920  LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST   CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST  CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTY GEN | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG  SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL  ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629  RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR  RALEIGH NC 27699-9001 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY 600 E BOULEVARD AVE DEPT 125  BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL  COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: GENTNER DRUMMOND 313 NE 21ST ST  OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE   SALEM OR 97301-4096 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ  HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA 150 S MAIN ST  PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549  COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY 1302 EAST HIGHWAY 14, STE 1  PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | 500 DEADERICK STREET   NASHVILLE TN 37242 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI 500 CHARLOTTE AVE   NASHVILLE TN 37219 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES PO BOX 142320   SALT LAKE CITY UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230   SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK 109 STATE ST   MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON PO BOX 40100   OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE   OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 1900 KANAWHA BLVD. E  CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857  MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST  CHEYENNE WY 82002 |
| STRIPE CREDIT CARD PROCESSOR | 354 OYSTER POINT BLVD    SOUTH SAN FRANCISCO CA 94080 |

# Total Count: 69

**EXHIBIT D**

Synthego Corporation
Email Service List

| Name | Email |
|------|-------|
| 8VC CO-INVEST FUND I, L.P. | nathan@8vc.com; NATHAN@8VC.COM |
| 8VC ENTREPRENEURS FUND I, L.P. | nathan@8vc.com; NATHAN@8VC.COM |
| 8VC FUND I, L.P | nathan@8vc.com; NATHAN@8VC.COM |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com; STEVEN.COREY@APPRENTICEFS.COM |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | performancereporting@olympusventures.com |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| MOSS & BARNETT | mike.etmund@lawmoss.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| TN DEPT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TRUEBRIDGE DIRECT FUND L.P. | MWILLIAMS@TRUEBRIDGECAPITAL.COM |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

# Total Count: 59

**EXHIBIT E**

Synthego Corporation
Email Service List

| Name | Email |
| --- | --- |
| RAPT THERAPEUTICS, INC. | rapt@avidbill.com |
| SHORELINE BIOSCIENCES, INC. | ap@shorelinebio.com |

## Total Count: 2

**EXHIBIT F**

Synthego Corporation
Email Service List

| Name | Email |
|------|-------|
| BANC OF CALIFORNIA | acwalton@pacwest.com |
| DELAWARE SECRETARY OF STATE | DOSDOC_WEB@STATE.DE.US |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| FOOD & DRUG ADMINSITRATION | DICE@fda.hhs.gov |
| JP MORGAN CHASE BANK | makayla.ramos@jpmorgan.com |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov |
| SILICON VALLEY BANK | lburns@svb.com |
| STATE OF ALABAMA ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALABAMA ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@LAW.GA.GOV; CCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLABRADOR@AG.IDAHO.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTORNEY_GENERAL@ATG.STATE.IL.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | michelle@lisamadigan.org; ATTORNEY_GENERAL@ATG.STATE.IL.US |
| STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF KENTUCKY ATTORNEY GENERAL | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ACCOUNTING@AGO.MS.GOV |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ACCOUNTING@AGO.MS.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO ATTORNEY GENERAL | RTORREZ@NMAG.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.PRESSOFFICE@AG.NY.GOV; NYSAG@AG.NY.GOV |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | JSTEIN@NCDOJ.GOV |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | JSTEIN@NCDOJ.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | OAGWCFU@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | AG@RIAG.RI.GOV |

Synthego Corporation
Email Service List

| Name | Email |
| --- | --- |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | TDOR.Bankruptcy@tn.gov |
| STATE OF TENNESSEE ATTORNEY GENERAL | TNATTYGEN@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | COMPLAINTS@OAG.TEXAS.GOV |
| STATE OF UTAH ATTORNEY GENERAL | UAG@AGUTAH.GOV |
| STATE OF UTAH ATTORNEY GENERAL | UAG@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | COMMUNICATIONS@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | DOJCOMMUNICATIONS@DOJ.STATE.WI.US |
| STATE OF WYOMING ATTORNEY GENERAL | SHERRY.GRIFFIN1@WYO.GOV |

# Total Count: 65