**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket No. 170** |

**CERTIFICATE OF SERVICE**

I, JENNIFER NOBLE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2025, I caused to be served the "*Second Amended* Notice of Agenda of Matters Scheduled for Hearing on June 27, 2025 at 2:00 p.m. Eastern Time Before the Honorable Mary F. Walrath at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801," dated June 26, 2025 [Docket No. 170], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to: *jhuggett@margolisedelstein.com.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Jennifer Noble
Jennifer Noble

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

**EXHIBIT A**

Synthego Corporation
Address Service List

| Name | Address |
|---|---|
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |

# Total Count: 5

**EXHIBIT B**

| Name | Email |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | Ian@8vc.com; Danielle@8vc.com |
| 8VC ENTREPRENEURS FUND I, L.P. | Ian@8vc.com; Danielle@8vc.com |
| 8VC FUND I, L.P | Ian@8vc.com; Danielle@8vc.com |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com; STEVEN.COREY@APPRENTICEFS.COM |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | performancereporting@olympusventures.com |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| MOSS & BARNETT | mike.etmund@lawmoss.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| TN DEPT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TRUEBRIDGE DIRECT FUND L.P. | mwilliams@truebridgecapital.com |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

Total Count: 55