### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 167, 171, and 172** |

### CERTIFICATE OF SERVICE OF SOLICITATION DOCUMENTS

I, Emily Young, hereby certify:

1.    I am a Director at Epiq Corporate Restructuring, LLC ("**Epiq**"), located at 777 Third Avenue, 12th Floor, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2.    Epiq conducted service of the following documents:

    a.  PDF copies of the documents listed below were served on a flash drive (the "Disclosure Statement Flash Drive") with a Flash Drive Contents Memo listing the documents included:

        i.  First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code [Docket No. 171], with the below listed exhibit:

            ▪  Exhibit A: Liquidation Analysis

        ii.  Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief (without exhibits) [Docket No. 167];

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

b. Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Plan; (III) Deadline for Filing Objections to Approval and Confirmation of the First Amended Combined Disclosure Statement and Plan; and (IV) Deadline for Voting on the Plan (the "Combined Hearing Notice") [Docket No. 172];

c. Ballot to Accept or Reject First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code - Class 2 - Prepetition Lenders Secured Claims and Prepetition Lenders Stub Claims (the "Class 2 Ballot"), a copy of which is attached hereto as **Exhibit 1**;

d. Ballot to Accept or Reject First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code - Class 4 - Unsecured Claims (the "Class 4 Ballot"), a copy of which is attached hereto as **Exhibit 2**;

e. Ballot to Accept or Reject First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code - Class 5 - 2024 Non-Convertible Notes Claims (the "Class 5 Ballot"), a copy of which is attached hereto as **Exhibit 3**;

f. Ballot to Accept or Reject First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code - Class 6 - 2023 Convertible Notes Claims (the "Class 6 Ballot"), a copy of which is attached hereto as **Exhibit 4**;

g. Notice of (I) Non-Voting Status Due to Non-Impairment, (II) Conditional Approval of Disclosures, (III) Hearing to Consider Confirmation of the Plan, and (IV) Deadline for Filing Objections to Confirmation of the Plan (the "Unimpaired Non-Voting Notice"), a copy of which is attached hereto as **Exhibit 5**;

h. Notice of (I) Non-Voting Status Due to No Recovery, (II) Conditional Approval of Disclosures, (III) Hearing to Consider Confirmation of the Plan, and (IV) Deadline for Filing Objections to Confirmation of the Plan (the "Impaired Non-Voting Notice"), a copy of which is attached hereto as **Exhibit 6**;

i. a pre-addressed, postage paid return envelope, a copy of which is not attached hereto (the "Return Envelope")

3. On July 3, 2025, true and correct copies of the above documents were served as follows:

2

a.  the Disclosure Statement Flash Drive, Combined Hearing Notice, Class 2 Ballot, and the Return Envelope were served by first class mail on the party listed on **Exhibit 7**;

b.  the Disclosure Statement Flash Drive, Combined Hearing Notice, Class 4 Ballot, and the Return Envelope were served by first class mail on the parties listed on **Exhibit 8**;

c.  the Disclosure Statement Flash Drive, Combined Hearing Notice, Class 5 Ballot, and the Return Envelope were served by first class mail on the parties listed on **Exhibit 9**;

d.  the Disclosure Statement Flash Drive, Combined Hearing Notice, Class 6 Ballot, and the Return Envelope were served by first class mail on the parties listed on **Exhibit 10**;

e.  the Combined Hearing Notice and Unimpaired Non-Voting Notice were served by first class mail on the party listed on **Exhibit 11**;

f.  the Combined Hearing Notice and Impaired Non-Voting Notice were served by first class mail on the parties listed on **Exhibit 12** and **Exhibit 13**; and

g.  the Disclosure Statement Flash Drive and Combined Hearing Notice were served on the 2002/Master Service List parties listed on **Exhibit 14**.

4.  On July 11, 2025, true and correct copies of the above documents were served as follows:

a.  the Disclosure Statement Flash Drive, Combined Hearing Notice, Class 4 Ballot, and the Return Envelope were served by first class mail on the parties listed on **Exhibit 15**;

b.  the Combined Hearing Notice and Impaired Non-Voting Notice were served by first class mail on the parties listed on **Exhibit 16**; and

c.  the Combined Hearing Notice was served by first class mail on the parties listed on **Exhibit 17**.

*/s/ Emily Young*
Emily Young
Director
Epiq Corporate Restructuring, LLC

# **Exhibit 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] <br>           Debtor. | Case No. 25-10823 (MFW) |

**BALLOT TO ACCEPT OR REJECT FIRST AMENDED COMBINED
DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF SYNTHEGO
CORPORATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS 2 – PREPETITION LENDERS SECURED CLAIMS
AND PREPETITION LENDERS STUB CLAIMS**

> **THIS BALLOT IS TO BE USED BY OR ON BEHALF OF THE HOLDERS OF THE CLASS 2 – PREPETITION LENDERS SECURED CLAIMS AND PREPETITION LENDERS STUB CLAIMS.  PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.**

> **IF THE VOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 4:00 P.M., PREVAILING EASTERN TIME, ON JULY 29, 2025  (THE "VOTING DEADLINE"), UNLESS EXTENDED BY THE DEBTOR IN ITS DISCRETION SUBJECT TO DISCLOSURE THEREOF IN THE VOTING REPORT, IT WILL NOT BE COUNTED. FACSIMILE AND EMAIL BALLOTS WILL NOT BE ACCEPTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code* [Docket No. 171] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Combined Disclosure Statement and Plan") proposed by the above-captioned debtor (the "Debtor").  The disclosures (the "Disclosures") contained in the Combined Disclosure Statement and Plan were approved on an interim conditional basis by order of the United States Bankruptcy Court for the District of Delaware.  The Disclosures provide information to assist you in deciding how to vote your Ballot. You should review the Combined Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Combined Disclosure Statement and Plan and the classification and treatment of your claim(s) under the Combined Disclosure Statement and Plan.  Capitalized terms not defined herein shall have the respective meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

The Combined Disclosure Statement and Plan provides information to assist you in deciding how to vote your Ballot.  A copy of the Combined Disclosure Statement and Plan has

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

1

been provided to you with this Ballot. You can obtain additional copies, free of charge, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") via email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line). The Combined Disclosure Statement and Plan, as well as all documents filed on the Court's docket in this case, can be viewed and downloaded, free of charge, on the Debtor's Chapter 11 case website maintained by the Voting Agent at https://dm.epiq11.com/case/synthego/info and are on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online, for a fee, through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov (the required PACER password may be obtained at https://pacer.uscourts.gov/).

The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the holders of at least one-half in number and two-thirds in amount of the claims in each of the classes who vote on the Plan and/or if the Plan otherwise satisfies applicable legal requirements.

This Ballot shall not constitute or be deemed a proof of claim or equity interest, an assertion of a claim or equity interest, or the allowance of a claim or equity interest.

---

If your Ballot is damaged or lost, or if you have any questions concerning voting procedures, please contact the Debtor's voting agent, Epiq, by (i) email at **Synthego@epiqglobal.com** (with "Synthego Solicitation Inquiry" in the subject line) or (ii) telephone at (877) 311-5890 (U.S./Canada, toll-free) or +1 (503) 966-4925 (international).

---

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT. PLEASE FOLLOW THE DIRECTIONS CONTAINED ON THE ENCLOSED BALLOT CAREFULLY**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" LINE IS CHECKED OR BOTH THE "ACCEPT" AND "REJECT" LINE IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**[remainder of page intentionally blank]**

**Item 1.  Class Vote**.  The undersigned, the holder of a **CLASS 2 – PREPETITION LENDERS SECURED CLAIM AND PREPETITION LENDERS STUB CLAIM,** hereby votes, in the amount set forth below, as follows (check one):

☐ Accept the Plan        ☐ Reject the Plan

Amount of Claim[2] $_____

**Item 2.  Acknowledgements.**  By signing this Ballot, the undersigned acknowledges receipt of the Combined Disclosure Statement and Plan and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant and make the other elections set forth in this Ballot.  The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Email Address

_____
Date Completed

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

---

[2] For voting purposes only, subject to tabulation rules.

3

## VOTING INFORMATION AND INSTRUCTIONS FOR
## COMPLETING THE BALLOT

1.    On Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2.    **PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT PROMPTLY BY _ONLY ONE_ OF THE FOLLOWING METHODS:**

**IN THE ENCLOSED REPLY ENVELOPE PROVIDED, OR VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY, OR BY ELECTRONIC ONLINE SUBMISSION.**

| If by First Class Mail, Overnight Courier, or Hand Delivery: |
|---|
| **By First Class Mail:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**P.O. Box 4422**<br>**Beaverton, OR 97076-4422**<br><br>**By Overnight Courier or Hand Delivery:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**10300 SW Allen Boulevard**<br>**Beaverton, Oregon 97005**<br><br>**(To arrange hand delivery of your Ballot, please email the Voting Agent at Synthego@epiqglobal.com (with "Synthego Ballot Delivery" in the subject line) at least 24 hours prior to your arrival at the Epiq address above and provide the anticipated date and time of delivery)** |

| By electronic online submission: |
|---|
| TO SUBMIT YOUR CUSTOMIZED ELECTRONIC BALLOT ONLINE, PLEASE VISIT THE DEBTOR'S BANKRUPTCY WEBSITE: HTTPS://DM.EPIQ11.COM/CASE/SYNTHEGO/INFO, CLICK ON THE "SUBMIT E-BALLOT" LINK UNDER THE CASE ACTIONS SECTION OF THE WEBSITE, AND FOLLOW ONLINE SUBMISSION INSTRUCTIONS SET FORTH IN YOUR BALLOT AND ON THE WEBSITE<br><br>**IMPORTANT NOTE: You will need the following E-Ballot ID# to retrieve and submit your customized electronic Ballot:**<br><br>**Unique E-Ballot ID#: _____** |

> The E-Ballot Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.
>
> Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your Ballot. Please complete and submit a Ballot for each E-Ballot ID# you receive, as applicable.
>
> **Holders who cast a Ballot using the Voting Agent's online portal should NOT also submit a paper Ballot.**

3. **Ballots must be received by the Voting Agent by 4:00 p.m., prevailing Eastern Time, on July 29, 2025 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted unless the Voting Deadline is extended by the Debtor in its discretion subject to disclosure thereof in the Voting Report. An envelope addressed to the Voting Agent is enclosed for your convenience. *Ballots submitted by facsimile or email will not be accepted*.

4. Please sign and date your Ballot as required in Item 2. Your signature is required in order for your Ballot to be counted.

5. If your claim has not been previously allowed by order of the Bankruptcy Court, your claim will be deemed to be temporarily allowed, solely for purposes of voting on the Plan, unless there is an objection to your claim pending. The temporary allowance of your claim for voting purposes does not constitute an allowance of your claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtor, or any other party in interest, in any other context (e.g., the right to contest the amount or validity of any claim for purposes of allowance under the Plan). If your claim is subject to an objection, your Ballot will not be counted unless the Court temporarily allows your claim for purposes of voting to accept or reject the Plan. In order for a claim subject to a timely-filed objection to be temporarily allowed for voting purposes only, you are required to file a motion under Bankruptcy Rule 3018 with the Bankruptcy Court seeking such relief by no later than **July 8, 2025**. Ballots of holders of claims that are scheduled as contingent, unliquidated, or disputed (excluding such scheduled disputed, contingent, or unliquidated claims that have been paid, allowed by an Order of the Court or superseded by a timely Filed Proof of Claim) will not be counted unless the Court temporarily allows such claim for purposes of voting to accept or reject the Plan.

6. The following voting procedures apply to your Ballot:

   a. If an objection has not been filed to a Claim, the amount of such Claim for voting purposes shall be the non-contingent, liquidated and undisputed Claim or Interest amount contained on a timely filed Proof of Claim or, if no Proof of Claim was timely filed, the non-contingent, liquidated and undisputed amount of such Claim listed in the Schedules;

   b. If a Claim is listed in the Schedules as contingent, unliquidated, or disputed and a proof of claim was not (i) filed on or before the Voting Record Date; or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline; such Claim shall

be disallowed for voting purposes; provided, however, no Claim shall be disallowed for voting purposes to the extent such Claim is the subject of a Bankruptcy Court order providing that no proof of claim needs to be filed with respect to such Claim;

c.  Notwithstanding the foregoing, Holders of Class 2 Prepetition Lenders Secured Claims and Prepetition Lenders Stub Claims will be entitled to vote the principal amount of such Claims held as of the Voting Record Date. The amount of Class 2 Prepetition Lenders Secured Claims for voting purposes will be established by reference to (a) the Debtor's applicable books and records and/or (b) the list of Prepetition Secured Lenders maintained by the Prepetition Agent, dated as of the Voting Record Date, which will reflect all principal outstanding amounts of the applicable positions held by such registered Prepetition Secured Lenders as of the Voting Record Date. For voting purposes, Proofs of Claim filed on account of Class 2 Prepetition Lenders Secured Claims will be disregarded;

d.  If a claim for which a proof of claim has been timely filed for a wholly contingent, unliquidated, unknown or undetermined amounts, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00;

e.  Proofs of claim filed for $0.00 or claims scheduled for $0.00 are not entitled to vote;

f.  In the event a Claim is transferred after the transferor has executed and submitted a Ballot to the Solicitation Agent, the transferee of such Claim shall be bound by any such vote (and the consequences thereof) made by the Holder of such transferred Claim, provided that nothing herein shall be deemed to be a consent by the Debtor to the transfer of any claim;

g.  Notwithstanding anything to the contrary contained herein, any Creditor who has filed or purchased one or more duplicate Claims within the same voting Class shall be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtor have objected to such duplicate Claims;

h.  Except to the extent the Debtor otherwise determine, no party may change its vote after its Ballot has been delivered to the Voting Agent unless the Holder of the Claim or Interest files a motion pursuant to Bankruptcy Rule 3018; provided that, notwithstanding the foregoing, subparagraph 'o' below shall govern the submission of multiple Ballots prior to the Voting Deadline;

i.  Claims shall not be split for purposes of voting; thus, each Creditor must vote the full amount of its Claim(s) within each class to either accept or reject the Plan. If a creditor attempts to split such vote on its Ballot, such Ballot will not be counted for voting purposes;

j.  For purposes of the numerosity requirement of § 1126(c), separate Claims held by a single Creditor in a particular Class shall be aggregated as if such Creditor held one Claim against the Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan;

k.  Votes cast pursuant to a Ballot that is not signed shall not be counted, unless the Court orders otherwise; [3]

l.  The method of delivery of Ballots to be sent to the Voting Agent is at the election and risk of each Holder of a Claim, but such delivery will be deemed made only when the executed Ballot is actually received by the Voting Agent;

m.  Delivery of the executed Ballot to the Voting Agent on or before the Voting Deadline is required.  Delivery of a Ballot by facsimile, email, or any other electronic means, except as expressly provided herein, will not be accepted unless otherwise agreed by the Debtor in writing or ordered by the Court;

n.  No Ballot sent to the Debtor, or the Debtor's financial or legal advisors, shall be accepted or counted;

o.  If multiple Ballots are received from or on behalf of an individual holder of a Claim with respect to the same Claim prior to the Voting Deadline, the last dated and properly completed Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

p.  If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person should indicate such capacity when signing and, if requested by the Debtor, must submit proper evidence, satisfactory to the Debtor, of such person's authority to so act in such capacity;

q.  The Debtor, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Except as otherwise provided herein, the Debtor may, in its discretion, reject any such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan;

r.  To assist in the solicitation process, the Debtor requested that the Court grant the Voting Agent the authority to contact parties that submit incomplete or otherwise deficient Ballots to make a reasonable effort to cure such deficiencies, provided that, neither the Debtor, Solicitation Agent, nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any such party incur any liability for failure to provide such notification. Ballots previously furnished (and as to which any irregularities

---

[3] For the avoidance of doubt, Ballots submitted online shall be deemed to contain an original signature.

have not theretofore been cured or waived) will not be counted (except as set forth in (q) above);

s. Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtor, which determination shall be final and binding;

t. If designation of a Claim is requested under § 1126(e), any vote to accept or reject the Plan cast with respect to such Claim will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

u. Unless waived or as otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured by the Voting Deadline, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived.  Ballots previously furnished (and as to which any irregularities have not been cured or waived by the Voting Deadline) will not be counted;

v. Neither the Debtor nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to the delivery of Ballots, nor will any of them incur any liability for failure to provide such notification;

w. No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting Ballots to accept the Plan;

x. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and/or to opt out of the release; and

y. The Ballot does not constitute, and shall not be deemed to be, a proof of Claim or an assertion or admission of a Claim or equity Interest.

NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

**IF THE VOTING AGENT DOES NOT ACTUALLY RECEIVE THIS BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS ON JULY 29, 2025 AT 4:00 P.M., PREVAILING EASTERN TIME, THE VOTE TRANSMITTED HEREBY WILL NOT BE COUNTED, UNLESS THE VOTING DEADLINE IS EXTENDED.**

## Exhibit 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

**BALLOT TO ACCEPT OR REJECT FIRST AMENDED COMBINED
DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF SYNTHEGO
CORPORATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS 4 – UNSECURED CLAIMS**

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF THE HOLDER OF THE
CLASS 4 – UNSECURED CLAIMS.  PLEASE READ AND FOLLOW THE ENCLOSED
INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**IF THE VOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 4:00 P.M.,
PREVAILING EASTERN TIME, ON JULY 29, 2025 (THE "VOTING DEADLINE"),
UNLESS EXTENDED BY THE DEBTOR IN ITS DISCRETION SUBJECT TO
DISCLOSURE THEREOF IN THE VOTING REPORT, IT WILL NOT BE COUNTED.
FACSIMILE AND EMAIL BALLOTS WILL NOT BE ACCEPTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code* [Docket No. 171] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Combined Disclosure Statement and Plan") proposed by the above-captioned Debtor (the "Debtor").  The disclosures (the "Disclosures") contained in the Combined Disclosure Statement and Plan were approved on an interim conditional basis by order of the United States Bankruptcy Court for the District of Delaware.  The Disclosures provide information to assist you in deciding how to vote your Ballot.  You should review the Combined Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Combined Disclosure Statement and Plan and the classification and treatment of your claim(s) under the Combined Disclosure Statement and Plan.  Capitalized terms not defined herein shall have the respective meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

The Combined Disclosure Statement and Plan provides information to assist you in deciding how to vote your Ballot.  A copy of the Combined Disclosure Statement and Plan has

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

1

been provided to you with this Ballot.  You can obtain additional copies, free of charge, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") via email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line). The Combined Disclosure Statement and Plan, as well as all documents filed on the Court's docket in this case, can be viewed and downloaded, free of charge, on the Debtor's Chapter 11 case website maintained by the Voting Agent at https://dm.epiq11.com/case/synthego/info and are also on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online, for a fee, through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov (the required PACER password may be obtained at https://pacer.uscourts.gov/).

The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the holders of at least one-half in number and two-thirds in amount of the claims in each of the classes who vote on the Plan and/or if the Plan otherwise satisfies applicable legal requirements.

This Ballot shall not constitute or be deemed a proof of claim or equity interest, an assertion of a claim or equity interest, or the allowance of a claim or equity interest.

**If your Ballot is damaged or lost, or if you have any questions concerning voting procedures, please contact the Debtor's voting agent, Epiq, by (i) email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line) or (ii) telephone at (877) 311-5890 (U.S./Canada, toll-free) or +1 (503) 966-4925 (international).**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT. PLEASE FOLLOW THE DIRECTIONS CONTAINED ON THE ENCLOSED BALLOT CAREFULLY**

PLEASE COMPLETE ITEM 1.  IF NEITHER THE "ACCEPT" NOR "REJECT" LINE IS CHECKED OR BOTH THE "ACCEPT" AND "REJECT" LINE IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

[remainder of page intentionally left blank]

**Item 1. Class Vote.** The undersigned, the holder of a **CLASS 4 – UNSECURED CLAIM** against the Debtor, hereby votes, in the amount set forth below, as follows (check one):

☐ Accept the Plan    ☐ Reject the Plan

Amount of Claim[2] $ _____

**Item 2. (Optional) Plan Releases (Do not complete if you have rejected the Plan).**

Pursuant to the Plan, if you return a Ballot and vote to ACCEPT the Plan, but do not elect to opt out of the third party release provision contained in Section 16.2(b) of the Plan, you are automatically deemed to have agreed to give the releases in Section 16.2(b) of the Plan. However, if you vote to ACCEPT the Plan, you may check the box below to opt out of, and therefore not give, the releases in Section 16.2(b) of the Plan. **Please note that checking the Opt Out box will not affect the amount of your distribution under the Plan.**

☐    I hereby ELECT TO OPT OUT of giving the releases contained in Section 16.2(b) of the Plan.

---

**Section 16.2(b) of the Combined Disclosure Statement and Plan provides as follows:**

**On and after and subject to the occurrence of the Effective Date, except as otherwise provided in the Plan, each Claimant (collectively, the "Releasing Parties") who affirmatively votes to accept the Plan and who does not elect to "opt-out" by marking the appropriate box on such Releasing Party's respective Ballot, for themselves and their respective successors, assigns, transferees, and such Claimants' officers and directors, agents, members, financial and other advisors, attorneys, employees, partners, affiliates, and representatives (in each case in their capacity as such), shall release (the "Third Party Release") each Released Party, and each of the Released Parties is deemed released from any and all claims, interests, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims asserted or assertable on behalf of any of the Debtor or the Estate, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that such Releasing Party would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Releasing Party and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the negotiation, formulation, or preparation of the Plan or related agreements,**

---

[2] For voting purposes only, subject to tabulation rules.

instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct or gross negligence; *provided however*, the foregoing Third Party Release shall not release any Allowed Claims or Interests of any Releasing Party against the Debtor or obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan.  Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or Interest from litigating its right to seek to have such Claim or Interest declared as Allowed and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Holder of a Claim or Interest of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.

"<u>Released Parties</u>" means, collectively, (a) the Debtor and Post-Effective-Date Debtor; (b) the Prepetition Lenders; (c) the Prepetition Agent; (d) the DIP Lenders; (e) the DIP Agent; (f) all Holders of Claims against the Debtor that are bound by the Third Party Release; and (g) the Related Persons of each of the foregoing Entities in clauses (a) through (f); provided however, that all rights of the Debtor and/or Post-Effective-Date Debtor to prosecute any Estate-Retained Causes of Action against those Persons identified in the Plan Supplement as not constituting Released Parties, shall be fully preserved.  For the avoidance of doubt and notwithstanding anything to the contrary in the Plan, the Released Parties do not include any former employees, officers or directors of the Debtor (as of the Petition Date) or any current or former equity holders of the Debtor, solely in their respective capacities as such.

"<u>Related Persons</u>" means, subject to any exclusions expressly set forth in the Plan, with respect to a specific Person, said Person's successors and assigns, and as applicable, its current and former equity holders, shareholders, interest holders, members, partners, managers, employees, agents, officers, directors, professionals, representatives, advisors, attorneys, financial advisors, accountants, and consultants, solely in their respective capacities as such.

**Item 3.   Acknowledgements.**   By signing this Ballot, the undersigned acknowledges receipt of the Plan and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant and make the other elections set forth in this Ballot.   The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan this Ballot will not be counted.

_____
Name of Creditor

_____
Email Address

_____
Signature

_____
Date Completed

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

## VOTING INFORMATION AND INSTRUCTIONS FOR
## COMPLETING THE BALLOT

1.      On Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2.      **PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT PROMPTLY BY *ONLY ONE* OF THE FOLLOWING METHODS:**

**IN THE ENCLOSED REPLY ENVELOPE PROVIDED, OR VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY, OR BY ELECTRONIC ONLINE SUBMISSION.**

| If by First Class Mail, Overnight Courier, or Hand Delivery: |
| --- |
| **By First Class Mail:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**P.O. Box 4422**<br>**Beaverton, OR 97076-4422**<br><br>**By Overnight Courier or Hand Delivery:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**10300 SW Allen Boulevard**<br>**Beaverton, Oregon 97005**<br><br>**(To arrange hand delivery of your Ballot, please email the Voting Agent at Synthego@epiqglobal.com (with "Synthego Ballot Delivery" in the subject line) at least 24 hours prior to your arrival at the Epiq address above and provide the anticipated date and time of delivery)** |

| By electronic online submission: |
| --- |
| TO SUBMIT YOUR CUSTOMIZED ELECTRONIC BALLOT ONLINE, PLEASE VISIT THE DEBTOR'S BANKRUPTCY WEBSITE: HTTPS://DM.EPIQ11.COM/CASE/SYNTHEGO/INFO, CLICK ON THE "SUBMIT E-BALLOT" LINK UNDER THE CASE ACTIONS SECTION OF THE WEBSITE, AND FOLLOW ONLINE SUBMISSION INSTRUCTIONS SET FORTH IN YOUR BALLOT AND ON THE WEBSITE<br><br>**IMPORTANT NOTE: You will need the following E-Ballot ID# to retrieve and submit your customized electronic Ballot:**<br><br>**Unique E-Ballot ID#:** _____<br><br>The E-Ballot Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted. |

6

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your Ballot. Please complete and submit a Ballot for each E-Ballot ID# you receive, as applicable.

**Holders who cast a Ballot using the Voting Agent's online portal should NOT also submit a paper Ballot.**

3.      **Ballots must be received by the Voting Agent by 4:00 p.m., prevailing Eastern Time, on July 29, 2025 (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Voting Deadline is extended by the Debtor in its discretion subject to disclosure thereof in the Voting Report.  An envelope addressed to the Voting Agent is enclosed for your convenience.  *Ballots submitted by facsimile or email will not be accepted.*

4.      Please sign and date your Ballot as required in Item 3.  Your signature is required in order for your Ballot to be counted.

5.      If your claim has not been previously allowed by order of the Bankruptcy Court, your claim will be deemed to be temporarily allowed, solely for purposes of voting on the Plan, unless there is an objection to your claim pending.  The temporary allowance of your claim for voting purposes does not constitute an allowance of your claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtor, or any other party in interest, in any other context (e.g., the right to contest the amount or validity of any claim for purposes of allowance under the Plan).  If your claim is subject to an objection, your Ballot will not be counted unless the Court temporarily allows your claim for purposes of voting to accept or reject the Plan.  In order for a claim subject to a timely-filed objection to be temporarily allowed for voting purposes only, you are required to file a motion under Bankruptcy Rule 3018 with the Bankruptcy Court seeking such relief by no later than **July 8, 2025**.  Ballots of holders of claims that are scheduled as contingent, unliquidated, or disputed (excluding such scheduled disputed, contingent, or unliquidated claims that have been paid, allowed by an Order of the Court or superseded by a timely Filed Proof of Claim) will not be counted unless the Court temporarily allows such claim for purposes of voting to accept or reject the Plan.

6.      The following voting procedures apply to your Ballot:

a.      If an objection has not been filed to a Claim, the amount of such Claim for voting purposes shall be the non-contingent, liquidated and undisputed Claim or Interest amount contained on a timely filed Proof of Claim or, if no Proof of Claim was timely filed, the non-contingent, liquidated and undisputed amount of such Claim listed in the Schedules;

b.      If a Claim is listed in the Schedules as contingent, unliquidated, or disputed and a proof of claim was not (i) filed on or before the Voting Record Date; or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline; such Claim shall be disallowed for voting purposes; provided, however, no Claim shall be disallowed for voting purposes to the extent such Claim is the subject of a Bankruptcy Court order providing that no proof of claim needs to be filed with

respect to such Claim;

c.  If a claim for which a proof of claim has been timely filed for a wholly contingent, unliquidated, unknown or undetermined amounts, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00;

d.  Proofs of claim filed for $0.00 or claims scheduled for $0.00 are not entitled to vote;

e.  In the event a Claim is transferred after the transferor has executed and submitted a Ballot to the Solicitation Agent, the transferee of such Claim shall be bound by any such vote (and the consequences thereof) made by the Holder of such transferred Claim, provided that nothing herein shall be deemed to be a consent by the Debtor to the transfer of any claim;

f.  Notwithstanding anything to the contrary contained herein, any Creditor who has filed or purchased one or more duplicate Claims within the same voting Class shall be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtor have objected to such duplicate Claims;

g.  Except to the extent the Debtor otherwise determine, no party may change its vote after its Ballot has been delivered to the Voting Agent unless the Holder of the Claim or Interest files a motion pursuant to Bankruptcy Rule 3018; *provided that*, notwithstanding the foregoing, subparagraph 'n' below shall govern the submission of multiple Ballots prior to the Voting Deadline;

h.  Claims shall not be split for purposes of voting; thus, each Creditor must vote the full amount of its Claim(s) within each class to either accept or reject the Plan.  If a creditor attempts to split such vote on its Ballot, such Ballot will not be counted for voting purposes;

i.  For purposes of the numerosity requirement of § 1126(c), separate Claims held by a single Creditor in a particular Class shall be aggregated as if such Creditor held one Claim against the Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan;

j.  Votes cast pursuant to a Ballot that is not signed shall not be counted, unless the Court orders otherwise; [3]

k.  The method of delivery of Ballots to be sent to the Voting Agent is at the election and risk of each Holder of a Claim, but such delivery will be deemed made only when the, executed Ballot is actually received by the Voting Agent;

---

[3] For the avoidance of doubt, Ballots submitted online shall be deemed to contain an original signature.

l. Delivery of the executed Ballot to the Voting Agent on or before the Voting Deadline is required. Delivery of a Ballot by facsimile, email, or any other electronic means, except as expressly provided herein, will not be accepted unless otherwise agreed by the Debtor in writing or ordered by the Court;

m. No Ballot sent to the Debtor, or the Debtor's financial or legal advisors, shall be accepted or counted;

n. If multiple Ballots are received from or on behalf of an individual holder of a Claim with respect to the same Claim prior to the Voting Deadline, the last dated and properly completed Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

o. If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person should indicate such capacity when signing and, if requested by the Debtor, must submit proper evidence, satisfactory to the Debtor, of such person's authority to so act in such capacity;

p. The Debtor, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Except as otherwise provided herein, the Debtor may, in its discretion, reject any such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan;

q. To assist in the solicitation process, the Debtor requested that the Court grant the Voting Agent the authority to contact parties that submit incomplete or otherwise deficient Ballots to make a reasonable effort to cure such deficiencies, provided that, neither the Debtor, Voting Agent, nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any such party incur any liability for failure to provide such notification. Ballots previously furnished (and as to which any irregularities have not theretofore been cured or waived) will not be counted (except as set forth in (p) above);

r. Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtor, which determination shall be final and binding;

s. If designation of a Claim is requested under § 1126(e), any vote to accept or reject the Plan cast with respect to such Claim will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

t. Unless waived or as otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured by the Voting Deadline, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed

to have been made until such irregularities have been cured or waived. Ballots previously furnished (and as to which any irregularities have not been cured or waived by the Voting Deadline) will not be counted;

u. Neither the Debtor nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to the delivery of Ballots, nor will any of them incur any liability for failure to provide such notification;

v. No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting Ballots to accept the Plan;

w. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and/or to opt out of the release; and

x. The Ballot does not constitute, and shall not be deemed to be, a proof of Claim or an assertion or admission of a Claim or equity Interest.

7.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**

**IF THE VOTING AGENT DOES NOT ACTUALLY RECEIVE THIS BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS ON JULY 29, 2025 AT 4:00 P.M., PREVAILING EASTERN TIME, THE VOTE TRANSMITTED HEREBY WILL NOT BE COUNTED, UNLESS THE VOTING DEADLINE IS EXTENDED.**

# **Exhibit 3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

**BALLOT TO ACCEPT OR REJECT FIRST AMENDED COMBINED
DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF SYNTHEGO
CORPORATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS 5 – 2024 NON-CONVERTIBLE NOTES CLAIMS**

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF THE HOLDER OF THE
CLASS 5 – 2024 NON-CONVERTIBLE NOTES CLAIMS.  PLEASE READ AND
FOLLOW THE ENCLOSED INSTRUCTIONS CAREFULLY BEFORE
COMPLETING THIS BALLOT.**

**IF THE VOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 4:00 P.M.,
PREVAILING EASTERN TIME, ON JULY 29, 2025 (THE "VOTING DEADLINE"),
UNLESS EXTENDED BY THE DEBTOR IN ITS DISCRETION SUBJECT TO
DISCLOSURE THEREOF IN THE VOTING REPORT, IT WILL NOT BE COUNTED.
FACSIMILE AND EMAIL BALLOTS WILL NOT BE ACCEPTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code* [Docket No. 171] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Combined Disclosure Statement and Plan" ) proposed by the above-captioned Debtor (the "Debtor").  The disclosures (the "Disclosures") contained in the Combined Disclosure Statement and Plan were approved on an interim conditional basis by order of the United States Bankruptcy Court for the District of Delaware.  The Disclosures provide information to assist you in deciding how to vote your Ballot.  You should review the Combined Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Combined Disclosure Statement and Plan and the classification and treatment of your claim(s) under the Combined Disclosure Statement and Plan.  Capitalized terms not defined herein shall have the respective meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

The Combined Disclosure Statement and Plan provides information to assist you in deciding how to vote your Ballot.  A copy of the Combined Disclosure Statement and Plan has

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

been provided to you with this Ballot.  You can obtain additional copies, free of charge, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") via email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line). The Combined Disclosure Statement and Plan, as well as all documents filed on the Court's docket in this case, can be viewed and downloaded, free of charge, on the Debtor's Chapter 11 case website maintained by the Voting Agent at https://dm.epiq11.com/case/synthego/info and are also on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online, for a fee, through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov (the required PACER password may be obtained at https://pacer.uscourts.gov/).

The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the holders of at least one-half in number and two-thirds in amount of the claims in each of the classes who vote on the Plan and/or if the Plan otherwise satisfies applicable legal requirements.

This Ballot shall not constitute or be deemed a proof of claim or equity interest, an assertion of a claim or equity interest, or the allowance of a claim or equity interest.

**If your Ballot is damaged or lost, or if you have any questions concerning voting procedures, please contact the Debtor's voting agent, Epiq, by (i) email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line) or (ii) telephone at (877) 311-5890 (U.S./Canada, toll-free) or +1 (503) 966-4925 (international).**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT. PLEASE FOLLOW THE DIRECTIONS CONTAINED ON THE ENCLOSED BALLOT CAREFULLY**

PLEASE COMPLETE ITEM 1.  IF NEITHER THE "ACCEPT" NOR "REJECT" LINE IS CHECKED OR BOTH THE "ACCEPT" AND "REJECT" LINE IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

[remainder of page intentionally left blank]

**Item 1.   Class Vote**.   The undersigned, the holder of a **CLASS 5 – 2024 NON-CONVERTIBLE NOTES CLAIM** against the Debtor, hereby votes, in the amount set forth below, as follows (check one):

☐ Accept the Plan        ☐ Reject the Plan

Amount of Claim[2] $_____

**Item 2.  (Optional) Plan Releases (Do not complete if you have rejected the Plan).**

Pursuant to the Plan, if you return a Ballot and vote to ACCEPT the Plan, but do not elect to opt out of the third party release provision contained in Section 16.2(b) of the Plan, you are automatically deemed to have agreed to give the releases in Section 16.2(b) of the Plan.  However, if you vote to ACCEPT the Plan, you may check the box below to opt out of, and therefore not give, the releases in Section 16.2(b) of the Plan. **Please note that checking the Opt Out box will not affect the amount of your distribution under the Plan.**

☐        I hereby ELECT TO OPT OUT of giving the releases contained in Section 16.2(b) of the Plan.

> **Section 16.2(b) of the Combined Disclosure Statement and Plan provides as follows:**
>
> **On and after and subject to the occurrence of the Effective Date, except as otherwise provided in the Plan, each Claimant (collectively, the "<u>Releasing Parties</u>") who affirmatively votes to accept the Plan and who does not elect to "opt-out" by marking the appropriate box on such Releasing Party's respective Ballot, for themselves and their respective successors, assigns, transferees, and such Claimants' officers and directors, agents, members, financial and other advisors, attorneys, employees, partners, affiliates, and representatives (in each case in their capacity as such), shall release (the "<u>Third Party Release</u>") each Released Party, and each of the Released Parties is deemed released from any and all claims, interests, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims asserted or assertable on behalf of any of the Debtor or the Estate, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that such Releasing Party would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Releasing Party and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the**

---

[2] For voting purposes only, subject to tabulation rules.

negotiation, formulation, or preparation of the Plan or related agreements, instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct or gross negligence; *provided however*, the foregoing Third Party Release shall not release any Allowed Claims or Interests of any Releasing Party against the Debtor or obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan.  Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or Interest from litigating its right to seek to have such Claim or Interest declared as Allowed and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Holder of a Claim or Interest of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.

"**Released Parties**" means, collectively, (a) the Debtor and Post-Effective-Date Debtor; (b) the Prepetition Lenders; (c) the Prepetition Agent; (d) the DIP Lenders; (e) the DIP Agent; (f) all Holders of Claims against the Debtor that are bound by the Third Party Release; and (g) the Related Persons of each of the foregoing Entities in clauses (a) through (f); provided however, that all rights of the Debtor and/or Post-Effective-Date Debtor to prosecute any Estate-Retained Causes of Action against those Persons identified in the Plan Supplement as not constituting Released Parties, shall be fully preserved.  For the avoidance of doubt and notwithstanding anything to the contrary in the Plan, the Released Parties do not include any former employees, officers or directors of the Debtor (as of the Petition Date) or any current or former equity holders of the Debtor, solely in their respective capacities as such.

"**Related Persons**" means, subject to any exclusions expressly set forth in the Plan, with respect to a specific Person, said Person's successors and assigns, and as applicable, its current and former equity holders, shareholders, interest holders, members, partners, managers, employees, agents, officers, directors, professionals, representatives, advisors, attorneys, financial advisors, accountants, and consultants, solely in their respective capacities as such.

**Item 3.   Acknowledgements.**   By signing this Ballot, the undersigned acknowledges receipt of the Plan and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant and make the other elections set forth in this Ballot.  The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan this Ballot will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Email Address

_____
Date Completed

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

## VOTING INFORMATION AND INSTRUCTIONS FOR
## COMPLETING THE BALLOT

1.     On Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2.     **PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT PROMPTLY BY _ONLY ONE_ OF THE FOLLOWING METHODS:**

**IN THE ENCLOSED REPLY ENVELOPE PROVIDED, OR VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY, OR BY ELECTRONIC ONLINE SUBMISSION.**

| If by First Class Mail, Overnight Courier, or Hand Delivery: |
|---|
| **By First Class Mail:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**P.O. Box 4422**<br>**Beaverton, OR 97076-4422**<br><br>**By Overnight Courier or Hand Delivery:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**10300 SW Allen Boulevard**<br>**Beaverton, Oregon, 97005**<br><br>**(To arrange hand delivery of your Ballot, please email the Voting Agent at Synthego@epiqglobal.com (with "Synthego Ballot Delivery" in the subject line) at least 24 hours prior to your arrival at the Epiq address above and provide the anticipated date and time of delivery)** |

| By electronic online submission: |
|---|
| TO SUBMIT YOUR CUSTOMIZED ELECTRONIC BALLOT ONLINE, PLEASE VISIT THE DEBTOR'S BANKRUPTCY WEBSITE: HTTPS://DM.EPIQ11.COM/CASE/SYNTHEGO/INFO, CLICK ON THE "SUBMIT E-BALLOT" LINK UNDER THE CASE ACTIONS SECTION OF THE WEBSITE, AND FOLLOW ONLINE SUBMISSION INSTRUCTIONS SET FORTH IN YOUR BALLOT AND ON THE WEBSITE<br><br>**IMPORTANT NOTE: You will need the following E-Ballot ID# to retrieve and submit your customized electronic Ballot:**<br><br>**Unique E-Ballot ID#: _____**<br><br>The E-Ballot Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted. |

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your Ballot. Please complete and submit a Ballot for each E-Ballot ID# you receive, as applicable.

**Holders who cast a Ballot using the Voting Agent's online portal should NOT also submit a paper Ballot.**

3.      **Ballots must be received by the Voting Agent by 4:00 p.m., prevailing Eastern Time, on July 29, 2025 (the "<u>Voting Deadline</u>").**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Voting Deadline is extended by the Debtor in its discretion subject to disclosure thereof in the Voting Report.  An envelope addressed to the Voting Agent is enclosed for your convenience.  ***Ballots submitted by facsimile or email will not be accepted***.

4.      Please sign and date your Ballot as required in Item 3.  Your signature is required in order for your Ballot to be counted.

5.      If your claim has not been previously allowed by order of the Bankruptcy Court, your claim will be deemed to be temporarily allowed, solely for purposes of voting on the Plan, unless there is an objection to your claim pending.  The temporary allowance of your claim for voting purposes does not constitute an allowance of your claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtor, or any other party in interest, in any other context (e.g., the right to contest the amount or validity of any claim for purposes of allowance under the Plan).  If your claim is subject to an objection, your Ballot will not be counted unless the Court temporarily allows your claim for purposes of voting to accept or reject the Plan. In order for a claim subject to a timely-filed objection to be temporarily allowed for voting purposes only, you are required to file a motion under Bankruptcy Rule 3018 with the Bankruptcy Court seeking such relief by no later than **July 8, 2025**.  Ballots of holders of claims that are scheduled as contingent, unliquidated, or disputed (excluding such scheduled disputed, contingent, or unliquidated claims that have been paid, allowed by an Order of the Court or superseded by a timely Filed Proof of Claim) will not be counted unless the Court temporarily allows such claim for purposes of voting to accept or reject the Plan.

6.      The following voting procedures apply to your Ballot:

   a. If an objection has not been filed to a Claim, the amount of such Claim for voting purposes shall be the non-contingent, liquidated and undisputed Claim or Interest amount contained on a timely filed Proof of Claim or, if no Proof of Claim was timely filed, the non-contingent, liquidated and undisputed amount of such Claim listed in the Schedules;

   b. If a Claim is listed in the Schedules as contingent, unliquidated, or disputed and a proof of claim was not (i) filed on or before the Voting Record Date; or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline; such Claim shall be disallowed for voting purposes; provided, however, no Claim shall be disallowed for voting purposes to the extent such Claim is the subject of a

Bankruptcy Court order providing that no proof of claim needs to be filed with respect to such Claim;

c.   If a claim for which a proof of claim has been timely filed for a wholly contingent, unliquidated, unknown or undetermined amounts, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00;

d.   Proofs of claim filed for $0.00 or claims scheduled for $0.00 are not entitled to vote;

e.   In the event a Claim is transferred after the transferor has executed and submitted a Ballot to the Solicitation Agent, the transferee of such Claim shall be bound by any such vote (and the consequences thereof) made by the Holder of such transferred Claim, provided that nothing herein shall be deemed to be a consent by the Debtor to the transfer of any claim;

f.   Notwithstanding anything to the contrary contained herein, any Creditor who has filed or purchased one or more duplicate Claims within the same voting Class shall be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtor have objected to such duplicate Claims;

g.   Except to the extent the Debtor otherwise determine, no party may change its vote after its Ballot has been delivered to the Voting Agent unless the Holder of the Claim or Interest files a motion pursuant to Bankruptcy Rule 3018; *provided that*, notwithstanding the foregoing, subparagraph 'n' below shall govern the submission of multiple Ballots prior to the Voting Deadline;

h.   Claims shall not be split for purposes of voting; thus, each Creditor must vote the full amount of its Claim(s) within each class to either accept or reject the Plan.  If a creditor attempts to split such vote on its Ballot, such Ballot will not be counted for voting purposes;

i.   For purposes of the numerosity requirement of § 1126(c), separate Claims held by a single Creditor in a particular Class shall be aggregated as if such Creditor held one Claim against the Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan;

j.   Votes cast pursuant to a Ballot that is not signed shall not be counted, unless the Court orders otherwise; [3]

---

[3] For the avoidance of doubt, Ballots submitted online shall be deemed to contain an original signature.

k.  The method of delivery of Ballots to be sent to the Voting Agent is at the election and risk of each Holder of a Claim, but such delivery will be deemed made only when the, executed Ballot is actually received by the Voting Agent;

l.  Delivery of the executed Ballot to the Voting Agent on or before the Voting Deadline is required.  Delivery of a Ballot by facsimile, email, or any other electronic means, except as expressly provided herein, will not be accepted unless otherwise agreed by the Debtor in writing or ordered by the Court;

m.  No Ballot sent to the Debtor, or the Debtor's financial or legal advisors, shall be accepted or counted;

n.  If multiple Ballots are received from or on behalf of an individual holder of a Claim with respect to the same Claim prior to the Voting Deadline, the last dated and properly completed Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

o.  If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person should indicate such capacity when signing and, if requested by the Debtor, must submit proper evidence, satisfactory to the Debtor, of such person's authority to so act in such capacity;

p.  The Debtor, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Except as otherwise provided herein, the Debtor may, in its discretion, reject any such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan;

q.  To assist in the solicitation process, the Debtor requested that the Court grant the Voting Agent the authority to contact parties that submit incomplete or otherwise deficient Ballots to make a reasonable effort to cure such deficiencies, provided that, neither the Debtor, Voting Agent, nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any such party incur any liability for failure to provide such notification. Ballots previously furnished (and as to which any irregularities have not theretofore been cured or waived) will not be counted (except as set forth in (p) above);

r.  Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtor, which determination shall be final and binding;

s.  If designation of a Claim is requested under § 1126(e), any vote to accept or reject the Plan cast with respect to such Claim will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

t.  Unless waived or as otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured by the Voting Deadline, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived.  Ballots previously furnished (and as to which any irregularities have not been cured or waived by the Voting Deadline) will not be counted;

u.  Neither the Debtor nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to the delivery of Ballots, nor will any of them incur any liability for failure to provide such notification;

v.  No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting Ballots to accept the Plan;

w.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and/or to opt out of the release; and

x.  The Ballot does not constitute, and shall not be deemed to be, a proof of Claim or an assertion or admission of a Claim or equity Interest.

7.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**
**IF THE VOTING AGENT DOES NOT ACTUALLY RECEIVE THIS BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS ON JULY 29, 2025 AT 4:00 P.M., PREVAILING EASTERN TIME, THE VOTE TRANSMITTED HEREBY WILL NOT BE COUNTED, UNLESS THE VOTING DEADLINE IS EXTENDED.**

# **Exhibit 4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

**BALLOT TO ACCEPT OR REJECT FIRST AMENDED COMBINED
DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF SYNTHEGO
CORPORATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS 6 – 2023 CONVERTIBLE NOTES CLAIMS**

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF THE HOLDER OF THE
CLASS 6 – 2023 CONVERTIBLE NOTES CLAIMS.  PLEASE READ AND FOLLOW
THE ENCLOSED  INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS
BALLOT.**

**IF THE VOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 4:00 P.M.,
PREVAILING EASTERN TIME, ON JULY 29, 2025 (THE "VOTING DEADLINE"),
UNLESS EXTENDED BY THE DEBTOR IN ITS DISCRETION SUBJECT TO
DISCLOSURE THEREOF IN THE VOTING REPORT, IT WILL NOT BE COUNTED.
FACSIMILE AND EMAIL BALLOTS WILL NOT BE ACCEPTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *First
Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation
Under Chapter 11 of the Bankruptcy Code* [Docket No. 171] (including all exhibits thereto and as
amended, supplemented or otherwise modified from time to time, the "Combined Disclosure
Statement and Plan") proposed by the above-captioned Debtor (the "Debtor").  The disclosures
(the "Disclosures") contained in the Combined Disclosure Statement and Plan were approved on
an interim conditional basis by order of the United States Bankruptcy Court for the District of
Delaware.  The Disclosures provide information to assist you in deciding how to vote your Ballot.
You should review the Combined Disclosure Statement and Plan before you vote. You may wish
to seek legal advice concerning the Combined Disclosure Statement and Plan and the classification
and treatment of your claim(s) under the Combined Disclosure Statement and Plan.  Capitalized
terms not defined herein shall have the respective meanings ascribed to such terms in the
Combined Disclosure Statement and Plan.

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four
digits of the Debtor's federal tax identification number is 9518.

The Combined Disclosure Statement and Plan provides information to assist you in deciding how to vote your Ballot.  A copy of the Combined Disclosure Statement and Plan has been provided to you with this Ballot.  You can obtain additional copies, free of charge, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") via email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line). The Combined Disclosure Statement and Plan, as well as all documents filed on the Court's docket in this case, can be viewed and downloaded, free of charge, on the Debtor's Chapter 11 case website maintained by the Voting Agent at https://dm.epiq11.com/case/synthego/info and are also on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online, for a fee, through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov (the required PACER password may be obtained at https://pacer.uscourts.gov/).

The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the holders of at least one-half in number and two-thirds in amount of the claims in each of the classes who vote on the Plan and/or if the Plan otherwise satisfies applicable legal requirements.

This Ballot shall not constitute or be deemed a proof of claim or equity interest, an assertion of a claim or equity interest, or the allowance of a claim or equity interest.

> **If your Ballot is damaged or lost, or if you have any questions concerning voting procedures, please contact the Debtor's voting agent, Epiq, by (i) email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line) or (ii) telephone at (877) 311-5890 (U.S./Canada, toll-free) or +1 (503) 966-4925 (international).**

> **PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT. PLEASE FOLLOW THE DIRECTIONS CONTAINED ON THE ENCLOSED BALLOT CAREFULLY**

PLEASE COMPLETE ITEM 1.  IF NEITHER THE "ACCEPT" NOR "REJECT" LINE IS CHECKED OR BOTH THE "ACCEPT" AND "REJECT" LINE IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**[remainder of page intentionally blank]**

**Item 1. Class Vote.** The undersigned, the holder of a **CLASS 6 – 2023 CONVERTIBLE NOTES CLAIM** against the Debtor, hereby votes, in the amount set forth below, as follows (check one):

☐ Accept the Plan      ☐ Reject the Plan

Amount of Claim[2] $_____

**Item 2. (Optional) Plan Releases (Do not complete if you have rejected the Plan).**

Pursuant to the Plan, if you return a Ballot and vote to ACCEPT the Plan, but do not elect to opt out of the third party release provision contained in Section 16.2(b) of the Plan, you are automatically deemed to have agreed to give the releases in Section 16.2(b) of the Plan. However, if you vote to ACCEPT the Plan, you may check the box below to opt out of, and therefore not give, the releases in Section 16.2(b) of the Plan. **Please note that checking the Opt Out box will not affect the amount of your distribution under the Plan.**

☐      I hereby ELECT TO OPT OUT of giving the releases contained in Section 16.2(b) of the Plan.

> **Section 16.2(b) of the Combined Disclosure Statement and Plan provides as follows:**
>
> **On and after and subject to the occurrence of the Effective Date, except as otherwise provided in the Plan, each Claimant (collectively, the "<u>Releasing Parties</u>") who affirmatively votes to accept the Plan and who does not elect to "opt-out" by marking the appropriate box on such Releasing Party's respective Ballot, for themselves and their respective successors, assigns, transferees, and such Claimants' officers and directors, agents, members, financial and other advisors, attorneys, employees, partners, affiliates, and representatives (in each case in their capacity as such), shall release (the "<u>Third Party Release</u>") each Released Party, and each of the Released Parties is deemed released from any and all claims, interests, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims asserted or assertable on behalf of any of the Debtor or the Estate, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that such Releasing Party would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Releasing Party and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the**

---

[2] For voting purposes only, subject to tabulation rules.

**negotiation, formulation, or preparation of the Plan or related agreements, instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct or gross negligence;** *provided however,* **the foregoing Third Party Release shall not release any Allowed Claims or Interests of any Releasing Party against the Debtor or obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan.  Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or Interest from litigating its right to seek to have such Claim or Interest declared as Allowed and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Holder of a Claim or Interest of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.**

**"<u>Released Parties</u>" means, collectively, (a) the Debtor and Post-Effective-Date Debtor; (b) the Prepetition Lenders; (c) the Prepetition Agent; (d) the DIP Lenders; (e) the DIP Agent; (f) all Holders of Claims against the Debtor that are bound by the Third Party Release; and (g) the Related Persons of each of the foregoing Entities in clauses (a) through (f); provided however, that all rights of the Debtor and/or Post-Effective-Date Debtor to prosecute any Estate-Retained Causes of Action against those Persons identified in the Plan Supplement as not constituting Released Parties, shall be fully preserved.  For the avoidance of doubt and notwithstanding anything to the contrary in the Plan, the Released Parties do not include any former employees, officers or directors of the Debtor (as of the Petition Date) or any current or former equity holders of the Debtor, solely in their respective capacities as such.**

**"<u>Related Persons</u>" means, subject to any exclusions expressly set forth in the Plan, with respect to a specific Person, said Person's successors and assigns, and as applicable, its current and former equity holders, shareholders, interest holders, members, partners, managers, employees, agents, officers, directors, professionals, representatives, advisors, attorneys, financial advisors, accountants, and consultants, solely in their respective capacities as such.**

**Item 3.  Acknowledgements.**  By signing this Ballot, the undersigned acknowledges receipt of the Plan and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant and make the other elections set forth in this Ballot.  The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan this Ballot will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Email Address

_____
Date Completed

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

### VOTING INFORMATION AND INSTRUCTIONS FOR
### COMPLETING THE BALLOT

1.      On Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.

2.      **PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT PROMPTLY BY _ONLY ONE_ OF THE FOLLOWING METHODS:**

**IN THE ENCLOSED REPLY ENVELOPE PROVIDED, OR VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY, OR BY ELECTRONIC ONLINE SUBMISSION.**

| If by First Class Mail, Overnight Courier, or Hand Delivery: |
| --- |
| **By First Class Mail:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**P.O. Box 4422**<br>**Beaverton, OR 97076-4422**<br><br>**By Overnight Courier or Hand Delivery:**<br>**SYNTHEGO CORPORATION**<br>**c/o Epiq Ballot Processing**<br>**10300 SW Allen Boulevard**<br>**Beaverton, Oregon 97005**<br><br>**(To arrange hand delivery of your Ballot, please email the Voting Agent at Synthego@epiqglobal.com (with "Synthego Ballot Delivery" in the subject line) at least 24 hours prior to your arrival at the Epiq address above and provide the anticipated date and time of delivery)** |

| By electronic online submission: |
| --- |
| TO SUBMIT YOUR CUSTOMIZED ELECTRONIC BALLOT ONLINE, PLEASE VISIT THE DEBTOR'S BANKRUPTCY WEBSITE: HTTPS://DM.EPIQ11.COM/CASE/SYNTHEGO/INFO, CLICK ON THE "SUBMIT E-BALLOT" LINK UNDER THE CASE ACTIONS SECTION OF THE WEBSITE, AND FOLLOW ONLINE SUBMISSION INSTRUCTIONS SET FORTH IN YOUR BALLOT AND ON THE WEBSITE<br><br>**IMPORTANT NOTE: You will need the following E-Ballot ID# to retrieve and submit your customized electronic Ballot:**<br><br>**Unique E-Ballot ID#: _____**<br><br>The E-Ballot Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted. |

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your Ballot. Please complete and submit a Ballot for each E-Ballot ID# you receive, as applicable.

**Holders who cast a Ballot using the Voting Agent's online portal should NOT also submit a paper Ballot.**

3.      **Ballots must be received by the Voting Agent by 4:00 p.m., prevailing Eastern Time, on July 29, 2025 (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Voting Deadline is extended by the Debtor in its discretion subject to disclosure thereof in the Voting Report.  An envelope addressed to the Voting Agent is enclosed for your convenience.  ***Ballots submitted by facsimile or email will not be accepted.***

4.      Please sign and date your Ballot as required in Item 3.  Your signature is required in order for your Ballot to be counted.

5.      If your claim has not been previously allowed by order of the Bankruptcy Court, your claim will be deemed to be temporarily allowed, solely for purposes of voting on the Plan, unless there is an objection to your claim pending.  The temporary allowance of your claim for voting purposes does not constitute an allowance of your claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtor, or any other party in interest, in any other context (e.g., the right to contest the amount or validity of any claim for purposes of allowance under the Plan).  If your claim is subject to an objection, your Ballot will not be counted unless the Court temporarily allows your claim for purposes of voting to accept or reject the Plan. In order for a claim subject to a timely-filed objection to be temporarily allowed for voting purposes only, you are required to file a motion under Bankruptcy Rule 3018 with the Bankruptcy Court seeking such relief by no later than **July 8, 2025**.  Ballots of holders of claims that are scheduled as contingent, unliquidated, or disputed (excluding such scheduled disputed, contingent, or unliquidated claims that have been paid, allowed by an Order of the Court or superseded by a timely Filed Proof of Claim) will not be counted unless the Court temporarily allows such claim for purposes of voting to accept or reject the Plan.

6.      The following voting procedures apply to your Ballot:

a.  If an objection has not been filed to a Claim, the amount of such Claim for voting purposes shall be the non-contingent, liquidated and undisputed Claim or Interest amount contained on a timely filed Proof of Claim or, if no Proof of Claim was timely filed, the non-contingent, liquidated and undisputed amount of such Claim listed in the Schedules;

b.  If a Claim is listed in the Schedules as contingent, unliquidated, or disputed and a proof of claim was not (i) filed on or before the Voting Record Date; or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline; such Claim shall be disallowed for voting purposes; provided, however, no Claim shall be disallowed for voting purposes to the extent such Claim is the subject of a

Bankruptcy Court order providing that no proof of claim needs to be filed with respect to such Claim;

c.  If a claim for which a proof of claim has been timely filed for a wholly contingent, unliquidated, unknown or undetermined amounts, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00;

d.  Proofs of claim filed for $0.00 or claims scheduled for $0.00 are not entitled to vote;

e.  In the event a Claim is transferred after the transferor has executed and submitted a Ballot to the Solicitation Agent, the transferee of such Claim shall be bound by any such vote (and the consequences thereof) made by the Holder of such transferred Claim, provided that nothing herein shall be deemed to be a consent by the Debtor to the transfer of any claim;

f.  Notwithstanding anything to the contrary contained herein, any Creditor who has filed or purchased one or more duplicate Claims within the same voting Class shall be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtor have objected to such duplicate Claims;

g.  Except to the extent the Debtor otherwise determine, no party may change its vote after its Ballot has been delivered to the Voting Agent unless the Holder of the Claim or Interest files a motion pursuant to Bankruptcy Rule 3018; *provided that*, notwithstanding the foregoing, subparagraph 'n' below shall govern the submission of multiple Ballots prior to the Voting Deadline;

h.  Claims shall not be split for purposes of voting; thus, each Creditor must vote the full amount of its Claim(s) within each class to either accept or reject the Plan.  If a creditor attempts to split such vote on its Ballot, such Ballot will not be counted for voting purposes;

i.  For purposes of the numerosity requirement of § 1126(c), separate Claims held by a single Creditor in a particular Class shall be aggregated as if such Creditor held one Claim against the Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan;

j.  Votes cast pursuant to a Ballot that is not signed shall not be counted, unless the Court orders otherwise; [3]

---

[3] For the avoidance of doubt, Ballots submitted online shall be deemed to contain an original signature.

k.  The method of delivery of Ballots to be sent to the Voting Agent is at the election and risk of each Holder of a Claim, but such delivery will be deemed made only when the, executed Ballot is actually received by the Voting Agent;

l.  Delivery of the executed Ballot to the Voting Agent on or before the Voting Deadline is required.  Delivery of a Ballot by facsimile, email, or any other electronic means, except as expressly provided herein, will not be accepted unless otherwise agreed by the Debtor in writing or ordered by the Court;

m.  No Ballot sent to the Debtor, or the Debtor's financial or legal advisors, shall be accepted or counted;

n.  If multiple Ballots are received from or on behalf of an individual holder of a Claim with respect to the same Claim prior to the Voting Deadline, the last dated and properly completed Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

o.  If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person should indicate such capacity when signing and, if requested by the Debtor, must submit proper evidence, satisfactory to the Debtor, of such person's authority to so act in such capacity;

p.  The Debtor, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Except as otherwise provided herein, the Debtor may, in its discretion, reject any such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan;

q.  To assist in the solicitation process, the Debtor requested that the Court grant the Voting Agent the authority to contact parties that submit incomplete or otherwise deficient Ballots to make a reasonable effort to cure such deficiencies, provided that, neither the Debtor, Voting Agent, nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any such party incur any liability for failure to provide such notification. Ballots previously furnished (and as to which any irregularities have not theretofore been cured or waived) will not be counted (except as set forth in (p) above);

r.  Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtor, which determination shall be final and binding;

s.  If designation of a Claim is requested under § 1126(e), any vote to accept or reject the Plan cast with respect to such Claim will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

t.  Unless waived or as otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured by the Voting Deadline, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived.  Ballots previously furnished (and as to which any irregularities have not been cured or waived by the Voting Deadline) will not be counted;

u.  Neither the Debtor nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to the delivery of Ballots, nor will any of them incur any liability for failure to provide such notification;

v.  No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting Ballots to accept the Plan;

w.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and/or to opt out of the release; and

x.  The Ballot does not constitute, and shall not be deemed to be, a proof of Claim or an assertion or admission of a Claim or equity Interest.

7.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

**PLEASE RETURN YOUR BALLOT PROMPTLY.**
**IF THE VOTING AGENT DOES NOT ACTUALLY RECEIVE THIS BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS ON JULY 29, 2025 AT 4:00 P.M., PREVAILING EASTERN TIME, THE VOTE TRANSMITTED HEREBY WILL NOT BE COUNTED, UNLESS THE VOTING DEADLINE IS EXTENDED.**

# **Exhibit 5**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

**NOTICE OF (I) NON-VOTING STATUS DUE TO NON-IMPAIRMENT, (II) CONDITIONAL APPROVAL OF DISCLOSURES, (III) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

To:    Holders of: (i) Class 1 – Priority Non-Tax Claims and (ii) Class 3 – Other Secured Claims

**PLEASE TAKE NOTICE THAT:**

On May 5, 2025 (the "Petition Date"), Synthego Corporation, the above-captioned debtor and debtor in possession (the "Debtor"), commenced its case by filing its voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor has continued in the possession of its property and has continued to operate and manage its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

### THE COMBINED DISCLOSURE STATEMENT AND PLAN

On June 26, 2025, the Debtor filed the *First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code* [Docket No. 171] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Combined Disclosure Statement and Plan").

### INTERIM CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT

By an Order dated June 26, 2025 (the "Solicitation Procedures Order"), the Bankruptcy Court conditionally approved, on an interim basis, the disclosures (the "Disclosures") in the Combined Disclosure Statement and Plan as containing adequate information within the meaning of section 1125 of Bankruptcy Code.  The Solicitation Procedures Order expressly reserves all parties' rights to raise objections to the adequacy of information in the Combined Disclosure Statement and Plan.

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

1

By the Solicitation Procedures Order, the Court established **July 29, 2025 at 4:00 p.m. (Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, your executed ballot must actually be **received** on or before the Voting Deadline by the Voting Agent in accordance with the instructions found on the ballot.

## THE COMBINED HEARING

On **August 5, 2025 at 2:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Mary F. Walrath via Zoom and in the U.S. Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801 to consider final approval of the Disclosures and confirmation of the Plan, as the same may be amended or modified (the "Combined Hearing").

**The Combined Hearing may be adjourned from time to time. If the Combined Hearing is adjourned, the Debtor will file a notice of adjournment on the docket and serve it by email if available, otherwise by first class or overnight mail, on the parties who have requested notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) and on any parties that have filed objections to approval of the Disclosures or confirmation of the Plan. The Combined Disclosure Statement and Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan, and other applicable law, without further notice, prior to or as a result of the Combined Hearing.**

## NON-VOTING STATUS

You are receiving this Notice because under the terms of the Combined Disclosure Statement and Plan, either: (a) your Claim(s) are not classified under the Combined Disclosure Statement and Plan pursuant to section 1123(a)(1) of the Bankruptcy Code and therefore you are not entitled to vote on the Plan; or (b) you are a holder of a Claim which is defined in the Combined Disclosure Statement and Plan as being in a class receiving an estimated one hundred percent (100%) recovery under the Combined Disclosure Statement and Plan, and therefore deemed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code, and are not entitled to vote to accept or reject the Plan. Accordingly, this notice is being mailed to you for your information only.

If, notwithstanding this notice of your non-voting status, you believe that you may have a Claim against the Debtor that entitles you to vote on the Plan, you should immediately request the appropriate Ballot by contacting the Voting Agent.

## INJUNCTIONS, RELEASES, AND DISCHARGE

Sections 16.1, 16.2(a), 16.2(b), and 16.3 of the Combined Disclosure Statement and Plan contain the exculpation, release, and injunction provisions set forth below:

**Exculpation:**

**The (i) Debtor, (ii) the Debtor's directors, officers, managers, and employees that served during the Chapter 11 Case, and (iii) each of their respective professionals and advisors**

retained during the Chapter 11 Case, each solely in their capacities as such (collectively, the "Exculpated Parties"), will neither have nor incur any liability to any entity for any action in good faith taken or omitted to be taken between the Petition Date and Effective Date in connection with or related to the Chapter 11 Case, the sale or other disposition of the Debtor's assets or the formulation, preparation, dissemination, implementation, Confirmation, or Consummation of the Plan, the Disclosure Statement, or any agreement created or entered into in connection with the Plan; *provided however*, that this limitation will not affect or modify the obligations created under the Plan, or the rights of any Holder of an Allowed Claim to enforce its rights under the Plan, and shall not release any action (or inaction) constituting willful misconduct, fraud, or gross negligence (in each case subject to determination of such by final order of a court of competent jurisdiction); *provided however,* that any Exculpated Party shall be entitled to rely upon the advice of counsel with respect to its duties and responsibilities (if any) under the Plan, and such reliance shall form a defense to any such claim, Cause of Action, or liability. Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections of Section 1125(e) of the Bankruptcy Code.  For the avoidance of doubt, Paladin, together with the personnel provided by it to furnish services to the Debtor during the Chapter 11 Case, including Allen Soong, the Debtor's CRO, and the personnel of Paladin assisting the CRO, are Exculpated Parties.

Releases:

> ### *Debtor Release.*
>
> Pursuant to section 1123(b) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan, for good and valuable consideration, on and after and subject to the occurrence of the Effective Date, the Debtor, the Post-Effective-Date Debtor, and the Estate (collectively, the "Debtor/Estate Releasors") shall release (the "Debtor/Estate Release") each Released Party, and each Released Party is deemed released by the Debtor/Estate Releasors from any and all claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of any of the Debtor/Estate Releasors, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that the Debtor/Estate Releasors would have been legally entitled to assert in its own right, or on behalf of the Holder of any Claim or Interest or other entity, based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Debtor and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the negotiation, formulation, or preparation of the Plan or related agreements, instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct, or gross negligence; *provided*

*however*, the foregoing Debtor/Estate Release shall not operate to waive or release any obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan; and further provided that nothing herein shall act as a discharge of the Debtor.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the Debtor/Estate Release, which includes by reference each of the related provisions and definitions contained herein, and further, shall constitute the Bankruptcy Court's finding that the Debtor/Estate Release is: (a) in exchange for the good and valuable consideration provided by the Released Parties; (b) in the best interests of the Debtor and all Holders of Claims and Interests; (c) fair, equitable, and reasonable; (d) given and made after due notice and opportunity for hearing; and (e) a bar to any of the Debtor/Estate Releasors asserting any Claim or Cause of Action released pursuant to the Debtor/Estate Release.

*Third Party Release.*

On and after and subject to the occurrence of the Effective Date, except as otherwise provided in the Plan, each Claimant (collectively, the "**Releasing Parties**") who affirmatively votes to accept the Plan and who does not elect to "opt-out" by marking the appropriate box on such Releasing Party's respective Ballot, for themselves and their respective successors, assigns, transferees, and such Claimants' officers and directors, agents, members, financial and other advisors, attorneys, employees, partners, affiliates, and representatives (in each case in their capacity as such), shall release (the "**Third Party Release**") each Released Party, and each of the Released Parties is deemed released from any and all claims, interests, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims asserted or assertable on behalf of any of the Debtor or the Estate, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that such Releasing Party would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Releasing Party and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the negotiation, formulation, or preparation of the Plan or related agreements, instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct or gross negligence; *provided however*, the foregoing Third Party Release shall not release any Allowed Claims or Interests of any Releasing Party against the Debtor or obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan.  Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or Interest from litigating its right to seek to have such Claim or Interest declared as Allowed and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the

interpretation or enforcement by the Holder of a Claim or Interest of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.

<u>Injunction.</u>

In implementation of the Plan, except as otherwise expressly provided in the Confirmation Order or the Plan, and except in connection with the enforcement of the terms of the Plan or any documents provided for or contemplated in the Plan, all entities who have held, hold or may hold Claims against or Interests in the Debtor, the Post-Effective-Date Debtor, or the Estate that arose prior to the Effective Date are enjoined, during the period from the Effective Date through the date that no Remaining Assets of the Post-Effective-Date Debtor remain, from: (a) commencing or continuing in any manner, directly or indirectly, any action or other proceeding of any kind against the Debtor, the Post-Effective-Date Debtor, or the Estate, with respect to any such Claim or Interest; (b) the enforcement, attachment, collection, or recovery by any manner or means, directly or indirectly, of any judgment, award, decree, or order against the Debtor, the Post-Effective-Date Debtor, the Estate, or any of the Remaining Assets with respect to any such Claim or Interest; (c) creating, perfecting, or enforcing, directly or indirectly, any Lien or encumbrance of any kind against the Debtor, the Post-Effective-Date Debtor, the Estate, or any of the Remaining Assets with respect to any such Claim or Interest; and (d) any act, in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan with respect to such Claim or Interest. Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or an Interest from litigating its right to seek to have such Claim or Interest declared an Allowed Claim or Allowed Interest, as applicable, and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Claimant of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.

## KEY PLAN DEFINITIONS

"<u>Released Parties</u>" means, collectively, (a) the Debtor and Post-Effective-Date Debtor; (b) the Prepetition Lenders; (c) the Prepetition Agent; (d) the DIP Lenders; (e) the DIP Agent; (f) all Holders of Claims against the Debtor that are bound by the Third Party Release; and (g) the Related Persons of each of the foregoing Entities in clauses (a) through (f); provided however, that all rights of the Debtor and/or Post-Effective-Date Debtor to prosecute any Estate-Retained Causes of Action against those Persons identified in the Plan Supplement as not constituting Released Parties, shall be fully preserved.  **For the avoidance of doubt and notwithstanding anything to the contrary in the Plan, the Released Parties do not include any former employees, officers or directors of the Debtor (as of the Petition Date) or any current or former equity holders of the Debtor, solely in their respective capacities as such.**

"<u>Related Persons</u>" means, subject to any exclusions expressly set forth in the Plan, with respect to a specific Person, said Person's successors and assigns, and as applicable, its current and former equity holders, shareholders, interest holders, members, partners, managers,  employees, agents, officers, directors, professionals, representatives, advisors, attorneys, financial advisors, accountants, and consultants, solely in their respective capacities as such.

**DEADLINE FOR OBJECTIONS TO APPROVAL OF THE DISCLOSURES
OR CONFIRMATION OF THE PLAN**

Objections, if any, to final approval of the Disclosures or confirmation of the Combined Disclosure Statement and Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service **on or before July 29, 2025 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"), and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtor's chapter 11 case; (b) state with particularity the provision or provisions of the Combined Disclosure Statement and Plan objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (i) counsel for the Debtor, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill (joneill@pszjlaw.com); and (b) Pachulski Stang Ziehl & Jones LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104, Attn: Debra Grassgreen (dgrassgreen@pszjlaw.com) and Maxim B. Litvak (mlitvak@pszjlaw.com); (ii) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Megan Seliber (megan.seliber@usdoj.gov); and (iii) counsel to the Prepetition Lenders and DIP Agent: (a) Morrison & Foerster LLP, 250 West 55th Street, Floor 20, New York, NY 10019, Attn: James A. Newton, Esq. (jnewton@mofo.com) and Miranda K. Russell, Esq. (mrussell@mofo.com); and (b) Potter Anderson & Corroon LLP, Attn: Christopher M. Samis (csamis@potteranderson.com) and Brett M. Haywood (bhaywood@potteranderson.com).

**COPIES OF THE PLAN AND BALLOTS, IF APPLICABLE**

If you wish to receive copies of the Combined Disclosure Statement and Plan, they will be provided, as quickly as practicable, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") by (i) email at Synthego@epiqglobal.com (with "Synthego Solicitation Inquiry" in the subject line), or (ii) telephone at (877) 311-5890 (U.S./Canada, toll-free) or +1 (503) 966-4925 (international) or (iii) by mail at SYNTHEGO CORPORATION, c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, Oregon 97005.

IF YOU HAVE ANY QUESTIONS REGARDING YOUR CLAIM OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AS SET FORTH ABOVE.

**IF YOU DO NOT RECEIVE A SOLICITATION PACKAGE (INCLUDING A BALLOT) AND YOU BELIEVE YOU ARE ENTITLED TO VOTE ON THE PLAN, PLEASE PROMPTLY CONTACT THE VOTING AGENT AS SET FORTH ABOVE TO OBTAIN A BALLOT AND RELATED SOLICITATION MATERIALS. THE DEBTOR RESERVE ALL RIGHTS WITH RESPECT TO ANY SUCH CAST BALLOTS PURSUANT TO THE SOLICITATION PROCEDURES.**

Dated:  June 26, 2025          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Debra I. Grassgreen (admitted *pro hac vice*)
Maxim B. Litvak (admitted *pro hac vice*)
Malhar S. Pagay (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
Email:    dgrassgreen@pszjlaw.com
          mlitvak@pszjlaw.com
          mpagay@pszjlaw.com
          joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*

# **Exhibit 6**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

### NOTICE OF (I) NON-VOTING STATUS DUE TO NO RECOVERY, (II) CONDITIONAL APPROVAL OF DISCLOSURES, (III) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN

To:     Holders of Class 7 Interests (Non-Voting – Presumed to Reject)

**PLEASE TAKE NOTICE THAT:**

On May 5, 2025 (the "Petition Date"), Synthego Corporation, the above-captioned debtor and debtor in possession (the "Debtor"), commenced its case by filing its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor has continued in the possession of its property and has continued to operate and manage its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

### THE COMBINED DISCLOSURE STATEMENT AND PLAN

On June 26, 2025, the Debtor filed the *First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code* [Docket No. 171] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Combined Disclosure Statement and Plan").

### INTERIM CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT

By an Order dated June 26, 2025 (the "Solicitation Procedures Order"), the Bankruptcy Court conditionally approved, on an interim basis, the disclosures (the "Disclosures") in the Combined Disclosure Statement and Plan as containing adequate information within the meaning of section 1125 of Bankruptcy Code. The Solicitation Procedures Order expressly reserves all parties' rights to raise objections to the adequacy of information in the Combined Disclosure Statement and Plan.

By the Solicitation Procedures Order, the Court established **July 29, 2025 at 4:00 p.m. (Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

the Plan must be received. To be counted, your executed ballot must actually be **received** on or before the Voting Deadline by the Voting Agent in accordance with the instructions found on the ballot.

## THE COMBINED HEARING

On **August 5, 2025 at 2:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Mary F. Walrath via Zoom and in the U.S. Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801 to consider final approval of the Disclosures and confirmation of the Plan, as the same may be amended or modified (the "Combined Hearing").

**The Combined Hearing may be adjourned from time to time. If the Combined Hearing is adjourned, the Debtor will file a notice of adjournment on the docket and serve it by email if available, otherwise by first class or overnight mail, on the parties who have requested notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) and on any parties that have filed objections to approval of the Disclosures or confirmation of the Combined Disclosure Statement and Plan. The Combined Disclosure Statement and Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan, and other applicable law, without further notice, prior to or as a result of the Combined Hearing.**

## NON-VOTING STATUS

You are receiving this Notice because under the terms of the Combined Disclosure Statement and Plan you are not entitled to receive or retain property on account of your Claim(s) against, or Interest(s) in, the Debtor and, therefore, in accordance with section 1126(g) of the Bankruptcy Code, you are (a) deemed to have rejected the Combined Disclosure Statement and Plan and (b) **not** entitled to vote on the Combined Disclosure Statement and Plan. Accordingly, the Notice is being mailed to you for your information only.

If, notwithstanding this notice of your non-voting status, you believe that you may have a Claim against the Debtor that entitles you to vote on the Plan, you should immediately request the appropriate Ballot by contacting the Voting Agent.

## INJUNCTIONS, RELEASES, AND DISCHARGE

Sections 16.1, 16.2(a), 16.2(b), and 16.3 of the Combined Disclosure Statement and Plan contain the exculpation, release, and injunction provisions set forth below:

**Exculpation:**

**The (i) Debtor, (ii) the Debtor's directors, officers, managers, and employees that served during the Chapter 11 Case, and (iii) each of their respective professionals and advisors retained during the Chapter 11 Case, each solely in their capacities as such (collectively, the "Exculpated Parties"), will neither have nor incur any liability to any entity for any action in good faith taken or omitted to be taken between the Petition Date and Effective Date in connection with or related to the Chapter 11 Case, the sale or other disposition of the**

Debtor's assets or the formulation, preparation, dissemination, implementation, Confirmation, or Consummation of the Plan, the Disclosure Statement, or any agreement created or entered into in connection with the Plan; *provided however*, that this limitation will not affect or modify the obligations created under the Plan, or the rights of any Holder of an Allowed Claim to enforce its rights under the Plan, and shall not release any action (or inaction) constituting willful misconduct, fraud, or gross negligence (in each case subject to determination of such by final order of a court of competent jurisdiction); *provided however,* that any Exculpated Party shall be entitled to rely upon the advice of counsel with respect to its duties and responsibilities (if any) under the Plan, and such reliance shall form a defense to any such claim, Cause of Action, or liability. Without limiting the generality of the foregoing, each Exculpated Party shall be entitled to and granted the protections of Section 1125(e) of the Bankruptcy Code.  For the avoidance of doubt, Paladin, together with the personnel provided by it to furnish services to the Debtor during the Chapter 11 Case, including Allen Soong, the Debtor's CRO, and the personnel of Paladin assisting the CRO, are Exculpated Parties

Releases:

*Debtor Release.*

Pursuant to section 1123(b) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan, for good and valuable consideration, on and after and subject to the occurrence of the Effective Date, the Debtor, the Post-Effective-Date Debtor, and the Estate (collectively, the "Debtor/Estate Releasors") shall release (the "Debtor/Estate Release") each Released Party, and each Released Party is deemed released by the Debtor/Estate Releasors from any and all claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of any of the Debtor/Estate Releasors, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that the Debtor/Estate Releasors would have been legally entitled to assert in its own right, or on behalf of the Holder of any Claim or Interest or other entity, based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Debtor and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the negotiation, formulation, or preparation of the Plan or related agreements, instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct, or gross negligence; *provided however*, the foregoing Debtor/Estate Release shall not operate to waive or release any obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan; and further provided that nothing herein shall act as a discharge of the Debtor.

**Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the Debtor/Estate Release, which includes by reference each of the related provisions and definitions contained herein, and further, shall constitute the Bankruptcy Court's finding that the Debtor/Estate Release is: (a) in exchange for the good and valuable consideration provided by the Released Parties; (b) in the best interests of the Debtor and all Holders of Claims and Interests; (c) fair, equitable, and reasonable; (d) given and made after due notice and opportunity for hearing; and (e) a bar to any of the Debtor/Estate Releasors asserting any Claim or Cause of Action released pursuant to the Debtor/Estate Release.**

**_Third Party Release._**

**On and after and subject to the occurrence of the Effective Date, except as otherwise provided in the Plan, each Claimant (collectively, the "Releasing Parties") who affirmatively votes to accept the Plan and who does not elect to "opt-out" by marking the appropriate box on such Releasing Party's respective Ballot, for themselves and their respective successors, assigns, transferees, and such Claimants' officers and directors, agents, members, financial and other advisors, attorneys, employees, partners, affiliates, and representatives (in each case in their capacity as such), shall release (the "Third Party Release") each Released Party, and each of the Released Parties is deemed released from any and all claims, interests, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims asserted or assertable on behalf of any of the Debtor or the Estate, as applicable, whether known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, matured or unmatured, determined or determinable, disputed or undisputed, liquidated or unliquidated, or due or to become due, existing or hereinafter arising, in law, equity, or otherwise, that such Releasing Party would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the Debtor, the Debtor's liquidation, the Chapter 11 Case, the purchase, sale, transfer of any security, asset, right, or interest of the Debtor, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between the Releasing Party and any Released Party, the restructuring of Claims and Interests prior to or in the Chapter 11 Case, the negotiation, formulation, or preparation of the Plan or related agreements, instruments, or other documents, any other act or omission, transaction, agreement, event, or other occurrence taking place relating to the Debtor on and before the Effective Date, other than claims or liabilities arising out of or relating to any act or omission of a Released Party that constitutes fraud, willful misconduct or gross negligence; _provided however_, the foregoing Third Party Release shall not release any Allowed Claims or Interests of any Releasing Party against the Debtor or obligations of any party under the Plan or any other document, instrument, or agreement executed to implement the Plan. Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or Interest from litigating its right to seek to have such Claim or Interest declared as Allowed and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Holder of a Claim or Interest of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.**

4

**Injunction.**

**In implementation of the Plan, except as otherwise expressly provided in the Confirmation Order or the Plan, and except in connection with the enforcement of the terms of the Plan or any documents provided for or contemplated in the Plan, all entities who have held, hold or may hold Claims against or Interests in the Debtor, the Post-Effective-Date Debtor, or the Estate that arose prior to the Effective Date are enjoined, during the period from the Effective Date through the date that no Remaining Assets of the Post-Effective-Date Debtor remain, from: (a) commencing or continuing in any manner, directly or indirectly, any action or other proceeding of any kind against the Debtor, the Post-Effective-Date Debtor, or the Estate, with respect to any such Claim or Interest; (b) the enforcement, attachment, collection, or recovery by any manner or means, directly or indirectly, of any judgment, award, decree, or order against the Debtor, the Post-Effective-Date Debtor, the Estate, or any of the Remaining Assets with respect to any such Claim or Interest; (c) creating, perfecting, or enforcing, directly or indirectly, any Lien or encumbrance of any kind against the Debtor, the Post-Effective-Date Debtor, the Estate, or any of the Remaining Assets with respect to any such Claim or Interest; and (d) any act, in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan with respect to such Claim or Interest.  Nothing contained in this Section shall prohibit the Holder of a timely filed Proof of Claim or an Interest from litigating its right to seek to have such Claim or Interest declared an Allowed Claim or Allowed Interest, as applicable, and paid in accordance with the distribution provisions of the Plan, or enjoin or prohibit the interpretation or enforcement by the Claimant of any of the obligations of the Debtor or the Post-Effective-Date Debtor under the Plan.**

## KEY PLAN DEFINITIONS

"Released Parties" means, collectively, (a) the Debtor and Post-Effective-Date Debtor; (b) the Prepetition Lenders; (c) the Prepetition Agent; (d) the DIP Lenders; (e) the DIP Agent; (f) all Holders of Claims against the Debtor that are bound by the Third Party Release; and (g) the Related Persons of each of the foregoing Entities in clauses (a) through (f); provided however, that all rights of the Debtor and/or Post-Effective-Date Debtor to prosecute any Estate-Retained Causes of Action against those Persons identified in the Plan Supplement as not constituting Released Parties, shall be fully preserved.  **For the avoidance of doubt and notwithstanding anything to the contrary in the Plan, the Released Parties do not include any former employees, officers or directors of the Debtor (as of the Petition Date) or any current or former equity holders of the Debtor, solely in their respective capacities as such.**

"Related Persons" means, subject to any exclusions expressly set forth in the Plan, with respect to a specific Person, said Person's successors and assigns, and as applicable, its current and former equity holders, shareholders, interest holders, members, partners, managers,  employees, agents, officers, directors, professionals, representatives, advisors, attorneys, financial advisors, accountants, and consultants, solely in their respective capacities as such.

### DEADLINE FOR OBJECTIONS TO APPROVAL OF THE DISCLOSURES OR CONFIRMATION OF THE PLAN

Objections, if any, to final approval of the Disclosures or confirmation of the Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service **on or before July 29, 2025 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"), and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtor's chapter 11 case; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (i) counsel for the Debtor, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill (joneill@pszjlaw.com); and (b) Pachulski Stang Ziehl & Jones LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104, Attn: Debra Grassgreen (dgrassgreen@pszjlaw.com) and Maxim B. Litvak (mlitvak@pszjlaw.com); (ii) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Megan Seliber (megan.seliber@usdoj.gov); and (iii) counsel to the Prepetition Lenders and DIP Agent: (a) Morrison & Foerster LLP, 250 West 55th Street, Floor 20, New York, NY 10019, Attn: James A. Newton, Esq. (jnewton@mofo.com) and Miranda K. Russell, Esq. (mrussell@mofo.com); and (b) Potter Anderson & Corroon LLP, Attn: Christopher M. Samis (csamis@potteranderson.com) and Brett M. Haywood (bhaywood@potteranderson.com).

### COPIES OF THE PLAN AND BALLOTS, IF APPLICABLE

If you wish to receive copies of the Combined Disclosure Statement and Plan, they will be provided, as quickly as practicable, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") by (i) email at Synthego@epiqglobal.com (with "Sythego Solicitation Inquiry" in the subject line), or (ii) telephone at (877) 311-5890 (U.S./Canada, toll-free) or +1 (503) 966-4925 (international) or (iii) by mail at SYNTHEGO CORPORATION, c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, Oregon 97005.

IF YOU HAVE ANY QUESTIONS REGARDING YOUR CLAIM OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AS SET FORTH ABOVE.

**IF YOU DO NOT RECEIVE A SOLICITATION PACKAGE (INCLUDING A BALLOT) AND YOU BELIEVE YOU ARE ENTITLED TO VOTE ON THE PLAN, PLEASE PROMPTLY CONTACT THE VOTING AGENT AS SET FORTH ABOVE TO OBTAIN A BALLOT AND RELATED SOLICITATION MATERIALS. THE DEBTOR RESERVE ALL RIGHTS WITH RESPECT TO ANY SUCH CAST BALLOTS PURSUANT TO THE SOLICITATION PROCEDURES.**

Dated:  June 26, 2025          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Debra I. Grassgreen (admitted *pro hac vice*)
Maxim B. Litvak (admitted *pro hac vice*)
Malhar S. Pagay (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
Email:      dgrassgreen@pszjlaw.com
             mlitvak@pszjlaw.com
             mpagay@pszjlaw.com
             joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*

# Exhibit 7

| Name | Address |
| --- | --- |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS ADMINISTRATIVE AGENT 51 ASTOR PL, 10TH FL   NEW YORK NY 10003 |

# Total Count: 1

# Exhibit 8

Syntheya Corporation
Address Service List

| Name | Address |
|------|---------|
| AALBORG UNIVERSITY | 5 FREDRIK BAJERS VEJ   AALBORG  09220 DENMARK |
| AARHUS UNIVERSITY | 1 NORDRE RINGGADE   AARHUS  10013 DENMARK |
| ABCAM | PO BOX 3460   BOSTON MA 02241-3460 |
| ACHELOIS ONCOLOGY | 3698 HAVEN AVE. SUITE A  REDWOOD CITY CA 94063 |
| ADICET BIO | 1000 BRIDGE PARKWAY   REDWOOD CITY CA 94065 |
| ADVANCE PAPER SYSTEMS, INC | 499 PARROTT ST   SAN JOSE CA 95112 |
| ADVANCE PAPER SYSTEMS, INC. | 499 PARROTT ST   SAN JOSE CA 95112 |
| AGILEBITS INC (DBA 1PASSWORD) | PO BOX 7411049   CHICAGO IL 60674-1049 |
| AGILEBITS INC. | D/B/A 1PASSWORD ATTN: LEGAL DEPARTMENT 4711 YONGE STREET, 10TH FLOOR TORONTO ON M2N 6K8 CANADA |
| ALDEVRON LLC | 4055 41ST AVE S   FARGO ND 58104 |
| ALEXION PHARMACEUTICALS, INC. | 100 COLLEGE ST   NEW HAVEN CT 6510 |
| ALL THINGS BUGS | 755 RESEARCH PARKWAY SUITE 465 UNIVERSITY RESEARCH PARK  OKLAHOMA CITY OK 73104 |
| AMBAGON THERAPEUTICS | 953 INDIANA ST   SAN FRANCISCO CA 94107 |
| AMERICAN ASSOCIATION FOR CANCER RESEARCH | 615 CHESTNUT STREET 17TH FLOOR   PHILADELPHIA PA 19106 |
| AMERICAN DURAFILM | 55 BOYNTON RD PO BOX 6770   HOLLISTON MA 01746 |
| AMGEN | ONE AMGEN CENTER DRIVE   THOUSAND OAKS CA 91320 |
| AMPLIFYBIO, LLC | 1425 PLAIN CITY-GEORGESVILLE ROAD, BLDG JM-10   WEST JEFFERSON OH 43162 |
| API GROUP LIFE SAFETY USA LLC | DBA WESTERN STATES FIRE PROTECTION COMPANY PO BOX 412007   BOSTON MA 02241 |
| ARIZONA STATE UNIVERSITY | 1151 SOUTH FOREST AVENUE   TEMPE AZ 4981 |
| ARSENAL BIOSCIENCES, INC. | ADDRESS ON FILE |
| ARTEMYS FOODS | 1610 SE 3RD AVE   PORTLAND OR 97214 |
| ASCEND GENE AND CELL THERAPIES LTD | 1010 ATLANTIC AVE. SUITE 102   ALAMEDA CA 94501 |
| ASTRAZENECA : DEAN ROW COURT | 1800 CONCORD PIKE   WILMINGTON DE 19850 |
| ASTRAZENECA PHARMACEUTICALS LP | ADDRESS ON FILE |
| AUBURN UNIVERSITY | 182 SOUTH COLLEGE STREET   AUBURN AL 36849 |
| BARO STUDIO CO. LTD. | 292-32 SOLTAESANGDUGIL HYANGNAMEUP HWASUNG   HWASUNG  18589 SOUTH KOREA |
| BARTON INTEGRATION LLC | ADDRESS ON FILE |
| BAY ALARM COMPANY | PO BOX 51041   LOS ANGELES CA 90051-5337 |
| BAY AREA AIR QUALITY MGMT DIST. BAAQMD | 375 BEALE STREET SUITE 600   SAN FRANCISCO CA 94105 |
| BAYLOR COLLEGE OF MEDICINE | ADDRESS ON FILE |
| BC CANCER RESEARCH CENTRE | 1795 WILLINGDON AVE   BURNABY BC V5C 6E3 CANADA |
| BEAM THERAPEUTICS, INC. | 325 VASSAR ST   CAMBRIDGE MA 02139 |
| BEIGENE (TAIWAN) LIMITED | ADDRESS ON FILE |
| BENAROYA RESEARCH INSTITUTE | 1201 9TH AVENUE   SEATTLE WA 98101 |
| BERLIN-BRANDENBURG ACADEMY OF SCIENCES | AND HUMANITIES (BBAW) JÄGERSTRASSE 22/23. D-10117   BERLIN   GERMANY |
| BETH ISRAEL DEACONESS MEDICAL CENTER | 330 BROOKLINE AVENUE   BOSTON MA 2119 |
| BIDDLE CONSULTING GROUP, INC | 193 BLUE RAVINE ROAD SUITE 270  FOLSOM CA 95630 |
| BIOCENTRIQ, INC. (ISB) | 201 COLLEGE RD E   PRINCETON NJ 08540 |
| BIOLYPH LLC | 4275 NOREX DR   CHASKA MN 55318 |
| BIOMARIN PHARMACEUTICAL, INC. | 105 DIGITAL DRIVE   NOVATO CA 94949 |
| BIOSCRIBE, INC. | 3232 DRY CREEK RD   HEALDSBURG CA 95448 |
| BIT BIO LIMITED | ADDRESS ON FILE |
| BLOOMBERG INDUSTRY GROUP | 1801 S BELL ST   ARLINGTON VA 22202 |
| BOSTON CHILDRENS HOSPITAL | 300 LONGWOOD AVENUE   BOSTON MA 2115 |
| BOSTON UNIVERSITY | 595 COMMONWEALTH AVENUE   BOSTON MA 2118 |
| BRIACELL | 3RD FLOOR BELLEVUE CENTRE 235-15TH STR  WEST VANCOUVER  V7T 2X1 CANADA |

| Name | Address |
|------|---------|
| BRIGHAM AND WOMENS HOSPITAL | 75 FRANCIS STREET    BOSTON MA 2115 |
| BROAD INSTITUTE | 415 MAIN STREET    CAMBRIDGE MA 2142 |
| BUCK INSTITUTE FOR RESEARCH ON AGING | 8001 REDWOOD BOULEVARD    NOVATO CA 94947 |
| BURGHERGRAY LLP | 1350 BROADWAY, SUITE 1510    NEW YORK NY 10018 |
| BUSCH LLC | 516 VIKING DRIVE    VIRGINIA BEACH VA 23452 |
| C4 THERAPEUTICS | 480 ARSENAL WAY 200    WATERTOWN MA 02472 |
| CALTROL INC. | 2685 COLLIER CANYON RD    LIVERMORE CA 94551 |
| CALTRONICS BUSINESS SYSTEMS | 1801 W. OLYMPIC BLVD.    PASADENA CA 91199 |
| CAPE BRETON UNIVERSITY | 32 LORWAY AVENUE    SYDNEY NS B1P 4Z2 CANADA |
| CARTESIAN THERAPEUTICS | 7495 NEW HORIZON WAY    FREDERICK MD 21702 |
| CARTHERICS | PO BOX 655    CARLTON SOUTH VIC 03053 AUSTRALIA |
| CARTOGRAPHY BIOSCIENCES | 220 EAST GRAND AVENUE    SOUTH SAN FRANCISCO CA 94080 |
| CASE WESTERN RESERVE UNIVERSITY | 2500 METROHEALTH DRIVE    CLEVELAND OH 44106-4395 |
| CASPR BIOTECH | 479 JESSIE STREET    SAN FRANCISCO CA 94103 |
| CCRM | 1060 MARSH RD 1ST FLOOR    MENLO PARK CA 94025 |
| CELGENE CELLULAR THERAPEUTICS | 329 S HIGHWAY 101 SUITE 230    SOLANA BEACH CA 92075 |
| CENTERS FOR DISEASE CONTROL | 1600 CLIFTON ROAD NE    ATLANTA GA 30329 |
| CENTRE FOR STEM CELL RESEARCH | (CHRISTIAN MEDICAL COLLEGE) CHRISTIAN MEDICAL COLLEGE CAMPUS BAGAYAM VELLORE  TAMIL NADU  632002 INDIA |
| CENTRO DE NEUROCIENCIAS E BIOLOGIA CELULAR | RUA LARGA - FACULDADE DE MEDICINA 1ºANDAR - POLO I UNIVERSIDADE DE COIMBRA 3004-504 COIMBRA    PORTUGAL |
| CHARITE | ADDRESS ON FILE |
| CHARITE UNIVERSITATSMEDIZIN BERLIN | CHARITEPLATZ 1 FINANZ UND RECHNUNGSWESEN ZENTRALER RECHNUNGSEINGANG BERLIN  10117 GERMANY |
| CHARLES RIVER LABORATORIES INC | PO BOX 27812    NEW YORK NY 10087-7812 |
| CHEMGENES CORPORATION | 33 INDUSTRIAL WAY    WILMINGTON MA 1887 |
| CHENGDU UCELLO BIOTECHNOLOGY CO. LIMITED | ADDRESS ON FILE |
| CHILDREN'S HOSPITAL OF LOS ANGELES | 4650 W SUNSET BLVD    LOS ANGELES CA 90027 |
| CHILDRENS HOSPITAL OF ORANGE COUNTY | PO BOX 5700    ORANGE CA 92868 |
| CHILDRENS HOSPITAL OF PHILADELPHIA | PO BOX 2015    SECAUCUS NJ 07096-2015 |
| CHILDRENS NATIONAL MEDICAL CENTER | 111 MICHIGAN AVENUE NORTHWEST    WASHINGTON DC 20010 |
| CHIROPRACTIC FOR HUMANITY | 126 WAVERLY PLACE    SAN FRANCISCO CA 94108 |
| CHLA | 4650 SUNSET BLVD MAILSTOP 47    LOS ANGELES CA 90027 |
| CHRISTIANA CARE HEALTH SYSTEM (DE) | 550 SOUTH COLLEGE AVE SUITE 100A, 2ND FLOOR    NEWARK DE 19713 |
| CHRISTIAN-ALBRECHTS-UNIVERSITAT ZU KIEL (C | OLSHAUSENSTRASSE 40    KIEL  24105 GERMANY |
| CIEMAT | 78 DANSHAN ROAD A304-305 XIDONG CHUANGRONG BLDG    214105 CHINA |
| CINCINNATI CHILDRENS HOSPITAL MEDICAL CENTER | 3333 BURNET AVENUE    CINCINNATI OH 45229 |
| CINTAS | PO BOX 631025    CINCINNATI OH 45263-1025 |
| CIRCUITS & SYSTEMS INC | D/B/A ARLYN SCALES 59 2ND ST    EAST ROCKAWAY NY 11518 |
| CISION US INC | PO BOX 417215    BOSTON MA 02241-7215 |
| CITY OF HOPE | ADDRESS ON FILE |
| CITY OF REDWOOD CITY (UTILITY SERVICES) | PO BOX 841201    LOS ANGELES CA 90084-1201 |
| COLORADO DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY PO BOX 17087    DENVER CO 80217-0087 |
| COLUMBIA UNIVERSITY | 650 W 168TH STREET BLACK BUILDING RM 1708    NEW YORK NY 10032 |
| CONAGEN | 15 DEANGELO DR    BEDFORD MA 01730 |
| CONSTANGY, BROOKS, SMITH & PROPHETE LLP | PO BOX 102476    ATLANTA GA 30368-0476 |
| CONVERGENT HARDWARE LLC | ATTN: BRANDON WHITNEY 1246 SACRAMENTO ST. UNIT 3    SAN FRANCISCO CA 94108 |
| COREGEN, INC. | 1 BAYLOR PLAZA    HOUSTON TX 77030 |

Syntheos Corporation
Address Service List

| Name | Address |
|------|---------|
| CORNELL UNIVERSITY | 245 DAY HALL   ITHACA NY 10065 |
| CORRGENE BIOTECHNOLOGY CO., LTD. | ADDRESS ON FILE |
| CORTEVA | 8305 NW 62ND AVE   JOHNSTON IA 50131 |
| COUNTY SPECIALTY GASES, LLC | 2200 BAY ROAD   REDWOOD CITY CA 94063 |
| CRAIN COMMUNICATIONS INC | 1155 GRATIOT AVENUE   DETROIT MI 48207 |
| CRISPR MEDICINE MEDIA APS | KONG GEORGS VEJ 12 FREDERIKSBERG   FREDERIKSBERG  2000 DENMARK |
| CRISPR THERAPEUTICS | 105 WEST FIRST STREET   BOSTON MA 2127 |
| CSIRO AAHL | 5 PORTARLINGTON RD EAST GEELONG VIC 3220     AUSTRALIA |
| CSL BEHRING | PO BOX 511   KANKAKEE IL 60901 |
| CYGNAL THERAPEUTICS | 325 VASSAR ST SUITE 2B   CAMBRIDGE MA 02139 |
| CYPRUS INSTITUTE OF NEUROLOGY AND GENETICS | PO BOX 23462   NICOSIA  1683 CYPRUS |
| DAHLIA BIOSCIENCES | 21 TARABROOK DRIVE   ORINDA CA 94563 |
| DAIJOGO & PEDERSEN, LLP | 145 CORTE MADERA TOWN CENTER SUITE 312   CORTE MADERA CA 94925 |
| DANA-FARBER CANCER INSTITUTE | 44 BINNEY STREET   BOSTON MA 2115 |
| DEEP GENOMICS | 101 COLLEGE ST   TORONTO ON M5G 1L7 CANADA |
| DEGREE, INC (DBA LATTICE) | 1501 NORTH PLANO ROAD PO BOX 892115   RICHARDSON TX 75081 |
| DENALI THERAPEUTICS, INC. | 161 OYSTER POINT BLVD   SOUTH SAN FRANCISCO CA 94080 |
| DHL | 16592 COLLECTIONS CENTER DRIVE   CHICAGO IL 60693 |
| DINAQOR AG | WAGISTRASSE 25 8952 SCHLIEREN     SWITZERLAND |
| DONNELLEY FINANCIAL SOLUTIONS | 390 STEEL WAY   LANCASTER PA 17601 |
| DUANE MORRIS LLP | 30 SOUTH 17TH STREET ATTN: PAYMENT PROCESSING   PHILADELPHIA PA 19103-4196 |
| DUKE UNIVERSITY | 213 RESEARCH DR   DURHAM NC 27713-9151 |
| DUMLAO, JASON | ADDRESS ON FILE |
| E.I. DUPONT DE NEMOURS & COMPANY | 974 CENTRE ROAD   WILMINGTON DE 19805 |
| EAST CHINA NORMAL UNIVERSITY | MINHANG CAMPUS: 500 DONGCHUAN RD. SHANGHAI NORTH ZHONGSHAN ROAD CAMPUS 3663 N. ZHONGSHAN RD.  SHANGHAI  CHINA |
| EATON CORPORATION | ATTN GLOBAL TRADE CREDIT 1000 EATON BOULEVARD, S5   CLEVELAND OH 44122 |
| ECLIPSE METAL FABRICATION | 427 CORONA RD   PETALUMA CA 94954 |
| EDITCO BIO, INC. | ADDRESS ON FILE |
| EFS SANTE | PFBI RUE PIERRE JEAN GINESTE, BP91614   RENNES CEDEX  35016 FRANCE |
| ELDORADO FORKLIFT COMPANY | 3582 HAVEN AVENUE   REDWOOD CITY CA 94063 |
| ELECTRO-MOTION, INC | 4949 THORNTON AVENUE UNIT B   FREMONT CA 94536 |
| ELRIG (UK) LTD. | SALISBURY HOUSE STATION ROAD   CAMBRIDGE  CB1 2LA UNITED KINGDOM |
| EMBRAPA | CARLOS DA SILVEIRA CARNEIRO 44. NOVA FRIBURGO     CEP BRAZIL |
| EMOLECULES INC | 3430 CARMEL MOUNTAIN ROAD SUITE 250   SAN DIEGO CA 92121 |
| EMORY UNIVERSITY | ADDRESS ON FILE |
| ENGINE ROOM | 4725 FIRST ST, STE 200   PLEASANTON CA 94566 |
| ENVIRONMENTAL PROTECTION AGENCY | RTP-FINANCE CENTER (AA216-01) 109 TW ALEXANDER DRIVE   RESEARCH TRIANGLE PARK NC 27711 |
| EQUIPNET INC | 5 DAN ROAD   CANTON MA 02021 |
| ERNST & YOUNG US LLP | PO BOX 846793   LOS ANGELES CA 90084 |
| ERS GENOMICS LIMITED | C/O NIXON PEABODY LLP ATTN LOUIS J CISZ III ONE EMBARCADERO CENTER, 32ND FLOOR SAN FRANCISCO CA 94111 |
| ERS GENOMICS LIMITED | 88 HARCOURT STREET   DUBLIN  IRELAND |
| ESTES COMMERCIAL REFRIGERATION | 1400 POTRERO AVENUE   RICHMOND CA 94804 |
| ETH ZURICH | 101 RMISTRASSE   ZURICH  8092 SWITZERLAND |
| ETHRIS GMBH | SEMMELWEISSTRASSE 3   PLANEGG  82152 GERMANY |
| EWT HOLDINGS III CORP | (DBA EVOQUA WATER TECHNOLOGIES LLC) 28563 NETWORK PLACE   CHICAGO IL 60673-1285 |

Syntheon Corporation
Address Service List

| Name | Address |
|------|---------|
| EXONICS THERAPEUTICS | 490 ARSENAL WAY · SUITE 110   WATERTOWN MA 02472 |
| F. HOFFMAN LAROCHE LTD | ADDRESS ON FILE |
| FATE THERAPEUTICS, INC | ADDRESS ON FILE |
| FEDERAL EXPRESS | PO BOX 371461   PITTSBURGH PA 15250-7461 |
| FESTO CORP | PO BOX 1355   BUFFALO NY 14240 |
| FISHER SCIENTIFIC | 13551 COLLECTIONS CTR DR   CHICAGO IL 60693 |
| FIVE PRIME THERAPEUTICS INC. | 111 OYSTER POINT BOULEVARD   SOUTH SAN FRANCISCO CA 94080 |
| FLI-LEIBNIZ INSTITUTE ON AGING | 11 BEUTENBERGSTRASSE   JENA  7745 GERMANY |
| FOX CHASE CANCER CENTER | 333 COTTMAN AVENUE   PHILADELPHIA PA 19111 |
| FRED HUTCHINSON CANCER RESEARCH CENTER | 1100 FAIRVIEW AVENUE   NORTH SEATTLE WA 98116 |
| FU XIN MEDICAL EQUIPMENTS CO., LTD. | ADDRESS ON FILE |
| GARVIN, ANDREW | ADDRESS ON FILE |
| GENENTECH | PO BOX 50416   INDIANAPOLIS IN 46250 |
| GENESUZ | 19 MAYIS MAH. ATATÜRK CAD. YAMAÇ SK. NO: 1 ŞEREF YAZGAN İŞ MERKEZI K:7 D:18-19 KADIKÖY/İSTANBUL  TURKEY |
| GENMAB | 43 KALVEBOD BRYGGE   COPENHAGEN  1560 NETHERLANDS |
| GENTIBIO | 150 CAMBRIDGEPARK DR. SUITE 900   CAMBRIDGE MA 2140 |
| GENUS PLC | MATRIX HOUSE BASING VIEW BASINGSTOKE  HAMPSHIRE  RG21 4DZ UNITED KINGDOM |
| GEORGE WASHINGTON UNIVERSITY - DC | 8525 BRADFORD RD   SILVER SPRING MD 20901 |
| GEORGIA INSTITUTE OF TECHNOLOGY | 225 NORTH AVE   ATLANTA GA 30332 |
| GEORG-SPEYER-HAUS, | CHEMOTHERAPEUTISCHES FORSCHUNGSINSTITUT PAUL-EHRLICH-STRAßE 42-44 60596 FRANKFURT AM MAIN   GERMANY |
| GHENT UNIVERSITY | 42 MARTELARENLAAN   HASSELT  3500 BELGIUM |
| GILEAD SCIENCES, INC. | 324 LAKESIDE DR   FOSTER CITY CA 94404 |
| GLADSTONE INSTITUTES | 1650 OWENS ST   SAN FRANCISCO CA 94158 |
| GLAXOSMITHKLINE UK | 980 GREAT WEST ROAD   BRENTFORD MIDDLESEX  TW8 9GS UNITED KINGDOM |
| GLOBAL SENSORS | 63 MCADENVILLE RD   BELMONT NC 28012-2434 |
| GOOGLE LLC | PO BOX 883654   LOS ANGELES CA 90088-3654 |
| GRAINGER (W.W. GRAINGER, INC.) | 100 GRAINGER PARKWAY   LAKE FOREST IL 60045-5201 |
| GRANT THORNTON LLP | PO BOX 51552   LOS ANGELES CA 90051-5852 |
| GRAPHITE BIO, INC. | ADDRESS ON FILE |
| GUAN, HAO | ADDRESS ON FILE |
| HARVARD UNIVERSITY | 2138 MASSACHUSETTS AVENUE   CAMBRIDGE MA 02138 |
| HAVEN AVE., LLC (FORMERLY WHITE PROPERTIES) | 431 BURGESS DR SUITE 200   MENLO PARK CA 94025-3478 |
| HIGH PERFORMANCE SOFTWARE, USA INC (ZUANT) | 704 HINDRY AVE   INGLEWOOD CA 90301 |
| HONGENE BIOTECH CORPORATION | 29520 KOHOUTEK WAY   UNION CITY CA 94587 |
| HOWARD HUGHES MEDICAL INSTITUTE | 4000 JONES BRIDGE RD   STANFORD MD 20147 |
| HOWARD UNIVERSITY | 2400 SIXTH ST N W 603   WASHINGTON DC 20059 |
| HOWELL ELECTRIC | 3390 VISO COURT   SANTA CLARA CA 95054 |
| ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI | 1 GUSTAVE L. LEVY PLACE BOX 1662   NEW YORK NY 10029 |
| ILLUMINA, INC | 12864 COLLECTION CENTER DR.   CHICAGO IL 60693-0128 |
| IMCS, INC | 110 CENTRUM DR.   IRMO SC 29063 |
| IMMUNOVEC | 405 HILGARD AVENUE   LOS ANGELES CA 90024 |
| IMPACT ENVIRONMENTAL COMPANY, INC. | 507 BROADWAY UNIT C  EL CAJON CA 92021 |
| IMPERIAL COLLEGE LONDON | SOUTH KENSINGTON CAMPUS   LONDON  W12 0BZ UNITED KINGDOM |
| IMPERIAL LIFE SCIENCES PRIVATE LIMITED | 463 PACE CITY II, SECTOR - 37   GURUGRAM  122001 INDIA |
| INCYTE CORPORATION | 1801 AUGUSTINE CUT OFF   WILMINGTON DE 19803 |

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| INDIANA UNIVERSITY | 1020 E KIRKWOOD AVE   INDIANAPOLIS IN 46202 |
| INDUSTRIAL SCIENTIFIC | ONE LIFE WAY   PITTSBURGH PA 15205-7500 |
| INGENIUM GROUP LLC | PO BOX 849700   LOS ANGELES CA 90084-9700 |
| INNOLIFETECH, INC. | 1F., 64-10 YEONHUI-RO SEODAEMUN-GU   SEOUL  03727 SOUTH KOREA |
| INSERM | 101 RUE DE TOLBIAC   PARIS  75013 FRANCE |
| INSITRO | 279 EAST GRAND AVENUE   SOUTH SAN FRANCISCO CA 94080 |
| INSTIL BIO | ALDERLEY PARK BLOCK 19 CONGLETON ROAD   MACCLESFIELD  SK10 4TF UNITED KINGDOM |
| INTELLETRACE, INC. | 1602 GRANT AVE SUITE 208  NOVATO CA 94945 |
| INTERNATIONAL FLAVORS & FRAGRANCES (IFF) | 925 PAGE MILL ROAD   PALO ALTO CA 94304 |
| INTIMA BIOSCIENCE | 3 COLUMBUS CIRCLE   NEW YORK NY 10019 |
| INVIVOSCRIBE | 10222 BARNES CANYON RD BUILDING 1   SAN DIEGO CA 92121 |
| IOWA STATE UNIVERSITY | 100 CENTER AVE   OF AMES IA 50010 |
| IRON MOUNTAIN | PO BOX 601002   PASADENA CA 91189-1002 |
| JANSSEN BIOTHERAPEUTICS | 1400 MCKEAN ROAD SPRING   HOUSE PA 19477 |
| KAESER COMPRESSORS, INC. | 511 SIGMA DR   FREDERICKSBURG VA 22408 |
| KAROLINSKA INSTITUTE | BIOMEDICUM 9B   SOLNA  90850 SWEDEN |
| KBIOSYSTEMS LIMITED | 5-10 PAYCOCKE CL   BASILDON  SS14 3HS UNITED KINGDOM |
| KECK GRADUATE INSTITUTE | 535 WATSON DRIVE   CLAREMONT CA 91711 |
| KESTREL THERAPEUTICS INC | PAGLIUCA HARVARD LIFE LAB 127 WESTERN AVE   ALLISTON MA 02134 |
| KIEL UNIVERSITY | OTTO-HAHN-PLATZ 9   KIEL SCHLESWIG-HOLSTEIN  24118 GERMANY |
| KINGS COLLEGE | 5-11 LAVINGTON ST   LONDON  SE1 0NZ UNITED KINGDOM |
| KITE PHARMA | PO BOX 25270   SAN MATEO CA 94402 |
| KNOWBE4, INC. | ALICIA DIETZEN TAWIL 33 N. GARDEN AVE, SUITE 1200   CLEARWATER FL 33755 |
| KO LAW PC | 745 SHERMAN ST   DENVER CO 80203 |
| LA JOLLA INSTITUTE FOR ALLERGY AND IMMUNOLOGY | 9420 ATHENA CIRCLE   SAN DIEGO CA 92037 |
| LABCONCO CORPORATION | 8811 PROSPECT AVENUE   KANSAS CITY MO 64132-2696 |
| LABOSPACE SRL | VIA APELLE, 41   MILANO  20128 ITALY |
| LABX | 1000 N WEST STREET SUITE 1200  WILMINGTON DE 19801 |
| LBB SPECIALTIES HOLDINGS LLC | 601 MERRITT 7 PWKY FL 1   NORWALK CT 6851 |
| LEIDEN UNIVERSITY/LACDR | 2 ALBINUSDREEF   LEIDEN  2333ZA NETHERLANDS |
| LEIDOS BIOMEDICAL RESEARCH, INC. | 9000 ROCKVILLE PIKE   BETHESDA MD 20892 |
| LEVER, INC. | PO BOX 201054   DALLAS TX 75320-1054 |
| LG CHEM LTD. | MAGIKJUNGANG10-RO 30    07796 SOUTH KOREA |
| LIFEEDIT | 300 MORRIS ST SUITE 300   DURHAM NC 27701 |
| LIFEMINE THERAPEUTICS | 30 ACORN PARK DR   CAMBRIDGE MA 02140 |
| LINDE GAS & EQUIPMENT INC. | C/O BARR CREDIT SERVICES 3444 N COUNTRY CLUB RD STE 200   TUCSON AZ 85716 |
| LINKEDIN | ADDRESS ON FILE |
| LINKSQUARES, INC | 60 STATE STREET STE 1200   BOSTON MA 02109 |
| LMU | FEODOR-LYNEN-STR. 23   MUNICH  81377 GERMANY |
| LOMA LINDA UNIVERSITY | 11175 CAMPUS ST   LOMA LINDA CA 92354 |
| LORY TAN | 3050 MUIRFIELD CIR.   SAN BRUNO CA 94066-1235 |
| LUXEMBOURG INSTITUTE OF HEALTH | 1 A-B RUE THOMAS EDISON STRASSEN   LUXEMBOURG  01445 LUXEMBOURG |
| LYELL IMMUNOPHARMA | 500 FAIRVIEW AVENUE   NORTH SEATTLE WA 98109 |
| MARINE BIOLOGICAL LABORATORY | 7 MBL ST   FALMOUTH MA 02543 |
| MARSH & MCLENNAN AGENCY, LLC | LOCK BOX 740663   LOS ANGELES CA 90074 |
| MASS GENERAL BRIGHAM | 399 REVOLUTION DRIVE   SOMERVILLE MA 02215 |
| MASSACHUSETTS GENERAL HOSPITAL | 55 FRUIT STREET   BOSTON MA 02114 |

| Name | Address |
|------|---------|
| MATHESON TRI-GAS INC. | 909 LAKE CAROLYN PKWY STE 1300   IRVING TX 75039 |
| MAX DELBRUCK CENTER FOR MOLECULAR MEDICINE | ROBERT ROSSLE STRASSE 10 ZENTRALER RECHNUNGSEINGANG   BERLIN 13125 GERMANY |
| MAYO CLINIC | 200 FIRST ST S   W ROCHESTER MN 55905 |
| MAZE THERAPEUTICS | 171 OYSTER POINT BLVD SUITE 300   SOUTH SAN FRANCISCO CA 94080 |
| MCGILL UNIVERSITY | 845 RUE SHERBROOKE O   MONTREAL QC H3A 3T3 CANADA |
| MCMASTER-CARR | 600 COUNTY LINE ROAD   ELMHURST IL 60126 |
| MD ANDERSON CANCER CENTER | PO BOX 301401   HOUSTON TX 94063 |
| MDC SYSTEMS INC. | 780 MONTAGUE EXPY SUITE 106   SAN JOSE CA 95131 |
| MEDICAL COLLEGE OF WISCONSIN | 8701 WATERTOWN PLANK RD   MILWAUKEE WI 53213 |
| MEDICAL UNIVERSITY OF GRAZ | FINANZBUCHHALTUNG NEUE STIFINGTALSTRASSE 6   GRAZ 8010 GERMANY |
| MEMBRE DE LINSTITUT UNIVERSITAIRE DE FRANCE | 33 RUE FRANCOIS MITTERRAND   LIMOGES 87000 FRANCE |
| MEMORIAL SLOAN KETTERING CANCER CENTER | 633 THIRD AVENUE 4TH FLOOR   NEW YORK NY 10017 |
| MERIDIAN MECHANICAL INC | 955 LINDA DRIVE   CAMPBELL CA 95008 |
| MET ONE INSTRUMENTS, INC. | 1600 NW WASHINGTON BLVD   GRANTS PASS OR 97526 |
| MICHELLI MEASUREMENT GROUP | C/O MICHELLI WEIGHTING &  MEASUREMENTS 130 BROOKHOLLOW ESPLANADA  HARAHAN LA 70123 |
| MICHIGAN STATE UNIVERSITY | 673 AUDITORIUM ROAD   EAST LANSING MI 48824 |
| MICRON LASER TECHNOLOGY | 5560 NE WAGON DR   HILLSBORO OR 97124 |
| MIRIMUS | 760 PARKSIDE AVENUE SUITE 206   BROOKLYN NY 11226 |
| MIT (MASSACHUSETTS INSTITUTE OF TECHNOLOGY) | 77 MASSACHUSETTS AVE   CAMBRIDGE MA 02139 |
| MNEMO THERAPEUTICS | 430 E 29 TH STREET 15TH FLOOR   NEW YORK NY 10016 |
| MONASH UNIVERSITY - SCHOOL OF CLINICAL SCIENCES | NURSING AND HEALTH SCIENCESLEVEL 7 MONASH HEALTH TRANSLATIONAL PRECINCT 246 CLAYTON ROAD  MELBOURNE, VIC  03168 AUSTRALIA |
| MONTREAL NEUROLOGICAL INSTITUTE | SURGERY DEPARTMENT MONTREAL GENERAL HOSPITAL ROOM C10-148.5   MONTREAL QC H3A 3T3 CANADA |
| MOO INC | 25 FAIRMOUNT AVENUE   EAST PROVIDENCE RI 02914 |
| MOONWALK BIOSCIENCE | MOONWALK BIOSCIENCE 2 TOWER PL, FL 17 MOONWALK BIOSCIENCE FLOOR 17  SOUTH SAN FRANCISCO CA 94080 |
| MORROW-MEADOWS CORPORATION | ATTN: CATHLEEN VICK, CEO 231 BENTON CT   WALNUT CA 91789 |
| MRC HARWELL INSTITUTE | TRINITY LN   CAMBRIDGE  OX11 0RD UNITED KINGDOM |
| MURRAY PLUMBING AND HEATING CORPORATION | 18414 S. SANTA FE AVE.   RANCHO DOMINGUEZ CA 90221 |
| NANTBIOSCIENCE | 9920 JEFFERSON BLVD   CULVER CITY CA 90230 |
| NATIONAL CANCER INSTITUTE | 37 CONVENT DRIVE, BLDG 37, RM 2144   BETHESDA MD 20892 |
| NATIONAL INSTITUTE OF HEALTH | 25 WEST 4TH STREET   NEW YORK NY 10012 |
| NATIONAL JEWISH HEALTH | 1400 JACKSON STREET M221   DENVER CO 80206 |
| NATIONAL LABORATORY ANIMAL CENTER- NLAC | BUILDING G, NO. 111, LANE 130 SECTION 1 ACADEMIA ROAD NANGANG DISTRICT TAIPEI TAIWAN |
| NATIONAL RESEARCH COUNCIL OF CANADA | 1200 MONTREAL ROAD   OTTAWA  K1A 0R6 CANADA |
| NATIONWIDE CHILDRENS HOSPITAL | PO BOX 7198   COLUMBUS OH 43205 |
| NEOGENE THERAPEUTICS, INC. | ADDRESS ON FILE |
| NEW ENGLAND BIOLABS | PO BOX 3933   BOSTON MA 02241-3933 |
| NEW PIG CORP | ONE PORK AVENUE   TIPTON PA 16684 |
| NHLBI/NIH | 10 CENTER DRIVE BLDG 10 RM 9N112   BETHESDA MD 20892 |
| NIAID/NIH | 10 CENTER DR, BLDG 10, RM 6N317   BETHESDA MD 20892 |
| NIDDK/NIH | 9000 ROCKVILLE PIKE   BETHESDA MD 20892 |
| NINDS/NIH | 35 CONVENT DR BG 35A RM GF352 PO REFERENCE :23-011433  BETHESDA MD 20892 |
| NIST | 100 BUREAU DRIVE   GAITHERSBURG MD 20850 |
| NOR-CAL MOVING SERVICE | 3527 ARDEN ROAD   HAYWARD CA 94545 |

Syntheon Corporation
Address Service List

| Name | Address |
|------|---------|
| NORTH CAROLINA STATE UNIVERSITY | 112 DERIEUX PL 1566   THOMAS HALL RALEIGH NC 27695 |
| NORTHWESTERN UNIVERSITY | 1800 SHERMAN AVENUE   EVANSTON IL 60640 |
| NOVO NORDISK | ADDRESS ON FILE |
| NOVORON BIOSCIENCE | 1155 ISLAND AVE SUITE 100   SAN DIEGO CA 92101 |
| NURIX, INC. | 455 MISSION BAY BOULEVARD SOUTH 4TH FLOOR   SAN FRANCISCO CA 94158 |
| NYU MEDICAL CENTER | 40 SUNSHINE COTTAGE RD ADMINISTRATION BUILDING   VALHALLA NY 10595 |
| OFF DUTY OFFICERS INC. | 2365 LA MIRADA DRIVE   VISTA CA 92081 |
| OKLAHOMA MEDICAL RESEARCH FOUNDATION | 825 NORTHEAST 13TH STREET   OKLAHOMA CITY OK 73104 |
| OMNISIGHT INC. | 2318 GRAYS FERRY AVE APT. 1   PHILADELPHIA PA 19146 |
| ONK THERAPEUTICS | UNIT 6 DANGAN HEIGHTS GALWAY BUSINESS PARK   GALWAY  H91 W7CP IRELAND |
| OREGON HEALTH & SCIENCE UNIVERSITY | PO BOX 572   PORTLAND OR 97207 |
| OSLO UNIVERSITY HOSPITAL | REGNSKAP, SEKSJON KOSTNADER POSTBOKS 4950   NYDALEN  424 NORWAY |
| PACIFIC BIOLABS, INC. | ADDRESS ON FILE |
| PAIRWISE PLANTS SERVICES INC. | 807 EAST MAIN STREET STE 4-100   DURHAM NC 27701 |
| PANGEA INC. | GUSTAVE-ADOR 20, 1207 GENEVE    SWITZERLAND |
| PAPERBOX INC | 1025 SHERMAN OAKS DR.   SAN JOSE CA 95128 |
| PATSNAP | 3RD FLOOR BLDG 11 CHISWICK BUSINESS PARK 566 CHISWICK HIGH RD   LONDON  5YS UNITED KINGDOM |
| PEARL PATHWAYS | 29 E MCCARTY STREET SUITE 100   INDIANAPOLIS IN 46225 |
| PENN STATE COLLEGE OF MEDICINE | 201 OLD MILL ROAD   STATE COLLEGE PA 16802 |
| PENN STATE UNIVERSITY | 201 OLD MAIN   UNIVERSITY PARK PA 16802 |
| PENSKE TRUCK LEASING CO. L.P. | 2675 MORGANTOWN ROAD PO BOX 1321   READING PA 19603-1321 |
| PFIZER | SEND INVOICES TO: APINVOICESPFIZER.COM   BARTLETT TN 38184-0600 |
| PG&E | ATTN BANKRUPTCY PO BOX 8329   STOCKTON CA 95208 |
| PINGBOARD INC. | PO BOX 734524   DALLAS TX 75373-4524 |
| PIPETTE.COM | 9477 WAPLES ST SUITE 120   SAN DIEGO CA 92121 |
| PIXELBIOTECH GMBH | WALDHOFER STR. 104   69123 HEIDELBERG   GERMANY |
| POLYMER PLASTICS CORPORATION | 550 MALLORY WAY   CARSON CITY NV 89701 |
| PRAXAIR | 156 W HARRIS AVE   SOUTH SAN FRANCISCO CA 94080 |
| PRIME ANALYTICAL LABORATORIES, LLC | 4055 NELSON AVE   CONCORD CA 94520 |
| PRINCETON UNIVERSITY | PRINCETON UNIVERSITY   PRINCETON NJ 08544 |
| PROLIFIC MACHINES | 6400 HOLLIS ST   EMERYVILLE CA 94608 |
| PROMETHEUS ENGINEERING INC. | 481 LAFAYETTE CT   MOUNTAIN HOUSE CA 95391 |
| PROPHARMA GROUP HOLDINGS, LLC | 8717 W. 110TH STREET SUITE 300   OVERLAND PARK KS 66210 |
| PRUDENTIAL OVERALL SUPPLY | 2485 ASH STREET   VISTA CA 92081 |
| PUBLIC HEALTH AGENCY OF CANADA | 130 COLONNADE RD. AL 6501H   OTTAWA  K1A 0K9 CANADA |
| QUENCH USA, INC. | PO BOX 735777   DALLAS TX 75373-5777 |
| QUINNIPIAC UNIVERSITY | 275 MOUNT CARMEL AVENUE   HAMDEN CT 06518 |
| QUINONEZ CONSTRUCTION | 535 E MERLE CT   SAN LEANDRO CA 94577 |
| R & S ERECTION NORTH PENINSULA, INC. | 133 SOUTH LINDEN AVENUE   SOUTH SAN FRANCISCO CA 94080 |
| RAPID AXIS, LLC | 1482 ODDSTAD DRIVE   REDWOOD CITY CA 94063 |
| RBC VAT CONSULTANTS | 55 PEACH STREET WOKINGHAM   BERKSHIRE  RG40 1XP UNITED KINGDOM |
| RECOMBINETICS | 1246 UNIVERSITY AVENUE WEST   SAINT PAUL MN 55104 |
| REGENERON PHARMACEUTICALS | 2261 MARKET STREET 4759   SAN FRANCISCO CA 94114 |
| RELIABLE FIRE EXTINGUISHER SALES & SERVICE, INC. | PO BOX 3461   REDWOOD CITY CA 94064 |
| RESEARCHGATE GMBH | INVALIDENSTRASSE 115   BERLIN  10115 GERMANY |
| RESEARCHGATE GMBH | CHAUSSEESTR. 20   BERLIN BE 10115   GERMANY |
| RESTEK CORPORATION | 110 BENNER CIRCLE   BELLEFONTE PA 16823 |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| RFI COMMUNICATIONS SECURITY SYSTEMS | PO BOX 8487   PASADENA CA 91109 |
| RIDGELINE THERAPEUTICS | 2450 HOLCOMBE BLVD SUITE J   HOUSTON TX 77021 |
| ROBERTS, REBECCA | ADDRESS ON FILE |
| ROCHE DIAGNOSTICS GMBH | SANDHOFER STR. 116 RECHNUNGSPRUFUNG   MANNHEIM  68305 GERMANY |
| ROCKET LAWYER INC. | 2261 MARKET ST. #10647   SAN FRANCISCO CA 94114 |
| RODRIGUEZ WRIGHT LLP | 1390 NORTH MCDOWELL BOULEVARD SUITE G, 324   PETALUMA CA 94954 |
| RUTGERS UNIVERSITY | 57 U.S. 1   NEW BRUNSWICK NJ 08854 |
| SALK INSTITUTE FOR BIOLOGICAL STUDIES | 10010 N TORREY PINES RD   LA JOLLA CA 92037 |
| SANA BIOTECHNOLOGY | 1 TOWER PLACE SUITE 500   SOUTH SAN FRANCISCO CA 98258 |
| SANA BIOTECHNOLOGY, INC. | ADDRESS ON FILE |
| SANDIA NATIONAL LABORATORIES | 1515 EUBANK BOULEVARD   SOUTHEAST LIVERMORE CA 94551 |
| SANFORD BURNHAM PREBYS MEDICAL DISCOVERY INSTITUTE | 10901 NORTH TORREY PINES ROAD   LA JOLLA CA 92037 |
| SCIENCE EXCHANGE | 555 BRYANT STREET   PALO ALTO CA 94301-1704 |
| SCRATCHPAD | PO BOX 208095   DALLAS TX 75320-8095 |
| SEATTLE CHILDRENS | 4800 SAND POINT WAY NORTHEAST   SEATTLE WA 98101-1425 |
| SHI | PO BOX 952121   DALLAS TX 75395-2121 |
| SHORELINE BIOSCIENCES, INC. | 11408 SORRENTO VALLEY ROAD   SAN DIEGO CA 92121 |
| SIFTED | 659 AUBURN AVE NE SUITE 157   ATLANTA GA 30312 |
| SIGMA-ALDRICH INC | 3050 SPRUCE STREET   SAINT LOUIS MO 63103 |
| SILICON THERAPEUTICS | 451 D STREET · SUITE 205   BOSTON MA 02210 |
| SONOMA BIOTHERAPEUTICS | 400 EAST JAMIE COURT   SOUTH SAN FRANCISCO CA 98119 |
| SPRINT E-LOGISTICS LTD | MORLEY COURT UNIT1 MORLEY WAY  PETERBOROUGH  PE2 7BW UNITED KINGDOM |
| ST JUDE CHILDRENS RESEARCH HOSPITAL | ADDRESS ON FILE |
| STANFORD UNIVERSITY | 1291 WELCH RD CCSR 1120   STANFORD CA 94305 |
| STEMCELL TECHNOLOGIES INC. | 6425 S 216TH ST   KENT WA 98032 |
| STERIS INC | 5960 HEISLEY ROAD   MENTOR OH 44060 |
| STOWERS INSTITUTE | 1000 EAST 50TH STREET   KANSAS CITY MO 64108 |
| SU, KACEY | ADDRESS ON FILE |
| SUNY AT STONY BROOK | 118 NICOLLS ROAD   STONY BROOK NY 11790 |
| SUPREME OPTIMIZATION, LLC | ADDRESS ON FILE |
| SWEDISH UNIVERSITY OF AGRICULTURAL SCIENCES | BOX 7070   UPPSALA  75237 SWEDEN |
| SYNGENE INTERNATIONAL | BIOCON SEZ, BIOCON PARK, PLOT NO. 2 & 3 BOMMASANDRA INDUSTRIAL AREA IV PHASE, JIGANI LINK ROAD  BANGALORE KARNATAKA 560099 INDIA |
| SYNTHEGO CORPORATION | 3696 HAVEN AVE SUITE A   REDWOOD CITY CA 94063 |
| TAKEDA | 95 HAYDEN AVENUE   LEXINGTON MA 02421 |
| TDOR | C/O ATTORNEY GENERAL PO BOX 20207   NASHVILLE TN 37202-0207 |
| TECHNISCHE UNIVERSITAET DRESDEN | HELMHOLTZSTR. 10   DRESDEN  01069 GERMANY |
| TECHNISCHE UNIVERSITAET MUNCHEN | TROGERSTRASSE 30   MUNICH, BAYERN  81675 GERMANY |
| TECHNOLOGY NETWORKS LTD | WOODVIEW BULL LANE INDUSTRIAL ESTATE   SUDBURY  CO10 0FD UNITED KINGDOM |
| TELEPATH CORPORATION | 48810 KATO ROAD SUITE 300E   FREMONT CA 94538 |
| TELEPATH DATA | 2017 N DINWIDDIE STREET   ARLINGTON VA 22207 |
| TEMPLE UNIVERSITY | 1852 N. 10TH STREET (083-11)   PHILADELPHIA PA 19140 |
| TEXAS A&M | 750 AGRONOMY ROAD SUITE 3101   COLLEGE STATION TX 77843-6000 |
| THE BREAST CANCER RESEARCH FOUNDATION, INC. | 28 WEST 44TH STREET SUITE 609  NEW YORK NY 10036 |
| THE JACKSON LABORATORY | 600 MAIN STREET   BAR HARBOR ME 6103 |
| THE LADY DAVIS INSTITUTE FOR MEDICAL RESEARCH | 3755 CHEM. DE LA CÔTE-SAINTE-CATHERINE   MONTRÉAL QC H3T 10 CANADA |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| THE ODIN | 1905 KRAMER LN SUITE B850   LOS ANGELES PROJECT AUSTIN TX 78758 |
| THE SCRIPPS RESEARCH INSTITUTE | PO BOX 2850   LA JOLLA CA 92037 |
| THE UNIVERSITY OF MANCHESTER | THE UNIVERSITY OF MANCHESTER   MANCHESTER  M13 9PL UNITED KINGDOM |
| THE UNIVERSITY OF NEW SOUTH WALES | HIGH ST   KENSINGTON, NSW  2033 AUSTRALIA |
| THERMO FISHER SCIENTIFIC | 5791 VAN ALLEN WAY   CARLSBAD CA 92008 |
| TRESCAL, INC | ATTN SHERRI POWELL PO BOX 559   HARTLAND MI 48353 |
| TRUSTED TECH TEAM | 5171 CALIFORNIA AVENUE SUITE 250   IRVINE CA 92617 |
| U OF COLORADO ANSCHUTZ | 12801 E 17TH AVE RM L18-6213   AURORA CO 80045 |
| UC BERKELEY | 110 SPROUL HALL 1130   CHESTER SPRINGS CA 94143 |
| UC DAVIS | 2921 STOCKTON BLVD   SACRAMENTO CA 95616 |
| UC DENVER | 1201 LARIMER STREET   DENVER CO 80045 |
| UC RIVERSIDE | 900 UNIVERSITY AVENUE   RIVERSIDE CA 92521 |
| UC SAN DIEGO | 9500 GILMAN DRIVE   SAN DIEGO CA 92122-6404 |
| UC SAN FRANCISCO | 505 PARNASSUS AVE   SAN FRANCISCO CA 94158 |
| UC SANTA CRUZ | 1156 HIGH ST   SANTA CRUZ CA 95060 |
| UCLA | 405 HILGARD AVENUE   LOS ANGELES CA 90095 |
| ULSTER UNIVERSITY | UNIVERSITY OF ULSTER   COLERAINE  BT52 1SA UNITED KINGDOM |
| UMASS MEDICAL SCHOOL | 55 LAKE AVE N   WORCESTER MA 01605 |
| UMC UTRECHT | 100 HEIDELBERGLAAN   UTRECHT  3584CX NETHERLANDS |
| UNC AT CHAPEL HILL | 116 MANNING DRIVE 5102 MARY ELLEN JONES BUILDING CHAPEL   HILL NC 27599 |
| UNIKLINIK OF FREIBURG-CENTER FOR TRANSLATIONAL | CELL RESEARCH (ZTZ) 49 HUGSTETTER STRASSE   FREIDBURG  79104 GERMANY |
| UNITED STATES PLASTIC CORP (USP) | 1390 NEUBRECHT ROAD   LIMA OH 45801 |
| UNIVAR USA INC | 2256 JUNCTION AVE   SAN JOSE CA 95131 |
| UNIVERSAL JANITORIAL | ADDRESS ON FILE |
| UNIVERSAL PROTECTION SERVICE, LP | 1551 NORTH TUSTIN AVENUE SUITE 650   SANTA ANA CA 92705 |
| UNIVERSIDAD PABLO OLAVIDE | CTRA. DE UTRERA 1  SEVILLA  41013 SPAIN |
| UNIVERSITA' DEGLI STUDI DI NAPOLI FEDERICO | VIA PANSINI 5   NAPLES CAMPANIA 80131 ITALY |
| UNIVERSITATKLINIKUM TUBINGEN | ELISABETH-WINTERHALTER-WEG 17 FINANZBUCHHALTUNG & STEUERN   MUNICH  81377 GERMANY |
| UNIVERSITATSKLINIKUM SCHLESWIG-HOLSTEIN | MICHAELISSTRASSE 5 HOUSE U30, RM 250   KIEL  24105 GERMANY |
| UNIVERSITATSKLINIKUM ULM | ALBERT-EINSTEIN-ALLEE 11   ULM  89069 GERMANY |
| UNIVERSITATSKLINIKUM WURZBURG | VERSBACHER STR 5   WUERZBURG  97080 GERMANY |
| UNIVERSITE ANGERS | 40 RUE DE RENNES 49035 ANGERS CEDEX 01     FRANCE |
| UNIVERSITE CLAUDE BERNARD LYON 1 | HOCHSCHULSTRASSE 6 REF-18-911   BERN  3012 CH SWITZERLAND |
| UNIVERSITE DE MONTREAL | C.P. 6128 SUCCURSALE CENTRE-VILLE ACCOUNTS PAYABLE SECTOR   MONTREAL QC H3C 3J7 CANADA |
| UNIVERSITEIT TWENTE | UNIVERSITY OF TWENTE PO BOX 217   AE ENSCHEDE  7500 NETHERLANDS |
| UNIVERSITY COLLEGE LONDON | 72 HUNTLEY STREET   LONDON  WC1E 6BT UNITED KINGDOM |
| UNIVERSITY FEDERICO II OF NAPLES | VIA PANSINI 5   NAPLES, CAMPANIA  80131 ITALY |
| UNIVERSITY HEALTH NETWORK | 610 UNIVERSITY AVE   TORONTO ON M5G 2C4 CANADA |
| UNIVERSITY HEIDELBERG | IM NEUENHEIMER FELD 366   HEIDELBERG BADEN-WURTTEMBERG  69120 GERMANY |
| UNIVERSITY HOSPITAL ERLANGEN | MAXIMILIANSPLATZ 2   ERLANGEN  91052 GERMANY |
| UNIVERSITY HOSPITAL HALLE | ERNST-GRUBE-STRASSE 40   HALLE  94043 GERMANY |
| UNIVERSITY HOSPITAL HEIDELBERG | GRABENGASSE 1   HEIDELBERG  69117 GERMANY |
| UNIVERSITY HOSPITALS HEALTH SYSTEM | PO BOX 201430   SHAKER HEIGHTS OH 44120 |
| UNIVERSITY MEDICAL CENTER OF MAINZ | SAARSTR. 21   MAINZ  55122 GERMANY |
| UNIVERSITY OF ADELAIDE | NORTH TERRACE   ADELAIDE SA 5005 AUSTRALIA |
| UNIVERSITY OF ALABAMA AT BIRMINGHAM | 417 20TH ST N   BIRMINGHAM AL 35203 |

Syntheon Corporation
Address Service List

| Name | Address |
|------|---------|
| UNIVERSITY OF ARIZONA | 1200 EAST UNIVERSITY BOULEVARD    TUCSON AZ 85719 |
| UNIVERSITY OF BRISTOL | SENATE HOUSE    BRISTOL  BS8 1QU UNITED KINGDOM |
| UNIVERSITY OF BRITISH COLUMBIA | 2329 WEST MALL    VANCOUVER BC V6T 1Z4 CANADA |
| UNIVERSITY OF CALGARY | 180 PHYSICAL EDUCATION    CALGARY AB T2N 1N4 CANADA |
| UNIVERSITY OF CAMBRIDGE | TRINITY LN    CAMBRIDGE  CB2 1TN UNITED KINGDOM |
| UNIVERSITY OF CHICAGO | 5801 SOUTH ELLIS AVENUE    CHICAGO IL 60637 |
| UNIVERSITY OF CINCINNATI | 2600 CLIFTON AVE    CINCINNATI OH 45229 |
| UNIVERSITY OF COLORADO | 1635 AURORA COURT    AURORA CO 80206 |
| UNIVERSITY OF COLORADO BOULDER | 1490 30TH ST 125    BOULDER CO 80309 |
| UNIVERSITY OF CONNECTICUT | UCONN HEALTH MAIN BUILDING 300 UCONN HEALTH BLVD    FARMINGTON CT 06030 |
| UNIVERSITY OF COPENHAGEN | NORREGADE 10    COPENHAGEN K  01017 DENMARK |
| UNIVERSITY OF EDINBURGH | 1-7 ROXBURGH STREET    EDINBURGH  EH8 9TA UNITED KINGDOM |
| UNIVERSITY OF EXETER | STREATHAM CAMPUS NORTHCOTE HOUSE    EXETER, DEVON  EX4 4QJ UNITED KINGDOM |
| UNIVERSITY OF FLORIDA | 2033 MOWRY ROAD    GAINESVILLE FL 32607 |
| UNIVERSITY OF HELSINKI | 4 VIKSBAYGEN    HELSINGFORS  790 FINLAND |
| UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN (UIUC) | PO BOX 820    RANTOUL IL 61866 |
| UNIVERSITY OF LJUBLJANA | KONGRESNI TRG 12    1000 LJUBLJANA   SLOVENIA |
| UNIVERSITY OF LOUISVILLE | 2301 S THIRD ST    LOUISVILLE KY 40292 |
| UNIVERSITY OF MARYLAND | 1000 HILLTOP CIRCLE    BALTIMORE MD 19146 |
| UNIVERSITY OF MARYLAND BALTIMORE | 620 W LEXINGTON ST    BALTIMORE MD 21201 |
| UNIVERSITY OF MASSACHUSETTS, AMHERST | 611 N PLEASANT STREET MORRILL 4N N201    AMHERST MA 01003 |
| UNIVERSITY OF MIAMI | 1420 NW 9TH AVE    MIAMI FL 33136 |
| UNIVERSITY OF MINNESOTA | MAYO MEMORIAL BLDG MMC 46 420 DELAWARE ST SE  MINNEAPOLIS MN 55455 |
| UNIVERSITY OF MISSISSIPPI | VETERANS AFFAIRS MEDICAL CENTER 1500 WOODROW WILSON DRIVE    JACKSON MS 39216 |
| UNIVERSITY OF MISSOURI | 4011 DISCOVERY DRIVE    COLUMBIA MO 65201 |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER | 515 S 26TH ST    OMAHA NE 68105 |
| UNIVERSITY OF NEVADA - RENO | 1664 N. VIRGINIA STREET MAILSTOP 330    RENO NV 89557 |
| UNIVERSITY OF NORTH CAROLINA WILMINGTON | 601 SOUTH COLLEGE ROAD    WILMINGTON NC 28403 |
| UNIVERSITY OF OKLAHOMA HSC | 1100 NORTH LINDSAY AVENUE    OKLAHOMA CITY OK 73104 |
| UNIVERSITY OF OXFORD | WELLINGTON SQ    OXFORD  OX1 2JD UNITED KINGDOM |
| UNIVERSITY OF PENNSYLVANIA | 300 S 36TH ST    PHILADELPHIA PA 19104 |
| UNIVERSITY OF PERUGIA | 1 PIAZZA DELLUNIVERSITA    PERUGIA  06123 ITALY |
| UNIVERSITY OF PITTSBURGH | 4200 FIFTH AVENUE    PITTSBURGH PA 15219 |
| UNIVERSITY OF PUERTO RICO | 14, 2534 AVENIDA UNIVERSIDAD    SAN JUAN PR 925 |
| UNIVERSITY OF SOUTHERN CALIFORNIA | P.O. BOX 77967    LOS ANGELES CA 90007 |
| UNIVERSITY OF SOUTHERN CALIFORNIA (USC) | 1975 ZONAL AVE    LOS ANGELES CA 90033 |
| UNIVERSITY OF TEXAS AT AUSTIN | 110 INNER CAMPUS DRIVE    AUSTIN TX 78712 |
| UNIVERSITY OF UTAH | 201 PRESIDENTS CIRCLE    SALT LAKE CITY UT 84112 |
| UNIVERSITY OF WASHINGTON | 4311 11TH AVE NE STE 600    SEATTLE WA 98109 |
| UNIVERSITY OF ZURICH | WINTERTHURERSTRASSE 190    ZURICH  08057 SWITZERLAND |
| UT HEALTH CENTER SAN ANTONIO | P.O. BOX 40310    SAN ANTONIO TX 78229 |
| UT HOUSTON HEALTH SCIENCE CENTER | PO BOX 20036    HOUSTON TX 77225 |
| UT SOUTHWESTERN MEDICAL CENTRE | 5323 HARRY HINES BLVD NA5.124    DALLAS TX 75390 |
| UTAH STATE UNIVERSITY | 102 OLD MAIN    LOGAN UT 84341 |
| VA MEDICAL CENTER | 3801 MIRANDA AVENUE.    PALO ALTO CA 94304-1207 |
| VALIDATION SYSTEMS, INC. | ADDRESS ON FILE |
| VALLEY CALIBRATION SERVICES, INC. | 1780 WHIPPLE ROAD SUITE 204  UNION CITY CA 94587 |

Synthego Corporation
Address Service List

| Name | Address |
|---|---|
| VAN ANDEL INSTITUTE | 333 BOSTWICK AVENUE NORTHEAST    GRAND RAPIDS MI 49503 |
| VERTEX PHARMACEUTICALS (EUROPE) LIMITED | 2 KINGDOM STREET, 9TH FLOOR PADDINGTON CENTRAL    LONDON  W2 6BD UNITED KINGDOM |
| VERTEX PHARMACEUTICALS, INC. | ADDRESS ON FILE |
| VIB UNIVERSITY OF ANTWERP | BLDG V UNIVERSITY OF ANTWERP UNIVERSITEITSPLEIN 1  WILRIJK, ANTWERP  02610 BELGIUM |
| VIGILANT LLC | 7570 BALES ST. SUITE 250    LIBERTY TOWNSHIP OH 45069 |
| VITA THERAPEUTICS, INC. | 801 W BALTIMORE ST STE 301    BALTIMORE MD 21201 |
| VITTORIA BIOTHERAPEUTICS | 3675 MARKET STREET SUITE 200    PHILADELPHIA PA 19104 |
| VIVIDION THERAPEUTICS (TAVROS THERAPEUTICS) | 8 DAVIS DRIVE SUITE 100    DURHAM NC 27709 |
| VLP LAW GROUP | 446 OLD COUNTY RD STE 100-114    PACIFICA CA 94044 |
| VOR BIOPHARMA | 100 CAMBRIDGE PARK DRIVE SUITE 101    CAMBRIDGE MA 02140 |
| VRL - MARYLAND LLC | (RONALD ANTHONY BERGER SOLE MBR) 401 PROFESSIONAL DR STE 210    GAITHERSBURG MD 20879-3445 |
| VUMC CANCER CENTER AMSTERDAM | 5200 W CALDWELL AVE    NASHVILLE TN 37232 |
| VWR | 100 MATSONFORD RD BUILDING 1 SUITE 200    RADNOR PA 19087 |
| WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER | 131 MILLER ST 200    WINSTON SALEM NC 27101 |
| WALTER AND ELIZA HALL INSTITUTE | OF MEDICAL RESEARCH WALTER AND ELIZA HALL INSTITUTE 1G ROYAL PARADE PARKVILLE VIC 3050 AUSTRALIA |
| WASHINGTON UNIVERSITY IN SAINT LOUIS | 700 ROSEDALE AVE ACCOUNTS PAYABLE MSC: 1056-423-1500    ST. LOUIS MO 63108 |
| WATERLOGIC USA, INC. | 11710 STONEGATE CIR    OMAHA NE 68164-3692 |
| WATERPROOFING ASSOCIATES INC | 1295 NORMAN AVENUE    SANTA CLARA CA 95054 |
| WATERS TECHNOLOGIES, INC | ATTN: UDIT BATRA, CEO 4559 PAYSPHERE CIRCLE    CHICAGO IL 60674 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MELISSA APPENRODT 767 FIFTH AVENUE    NEW YORK NY 10153 |
| WEILL CORNELL MEDICINE | 575 LEXINGTON AVE 9TH FLOOR    NEW YORK NY 10022 |
| WELLS FARGO VENDOR FINANCIAL SERVIC | 801 WALNUT STREET, MAC F0006-052    DES MOINES IA 50309 |
| WEST VIRGINIA UNIVERSITY | 1 WATERFRONT PL    MORGANTOWN WV 26505 |
| WILMERHALE | 2100 PENNSYLVANIA AVENUE NORTHWEST    WASHINGTON DC 20037 |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL RD    PALO ALTO CA 94304 |
| WIREFORM, LLC | 1456 W FARRAGUT AVE, #2    CHICAGO IL 60640 |
| Y.A. ALMOG DIAGNOSITC & MEDICAL EQUIPMENT, LTD. | ADDRESS ON FILE |
| YALE UNIVERSITY | 38 HILLHOUSE AVENUE    NEW HAVEN CT 90520 |
| ZSGENETICS, INC | 9 AUDUBON RD    WAKEFIELD MA 01880 |

# Total Count: 485

# **Exhibit 9**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| 8VC CO-INVEST FUND I, L.P. | 907 SOUTH CONGRESS AVE 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC ENTREPRENEURS FUND I, L.P. | 907 SOUTH CONGRESS AVE    AUSTIN TX 78704 |
| 8VC FUND I, L.P | 907 SOUTH CONGRESS AVE    AUSTIN TX 78704 |
| CONLEY, NICHOLAS | ADDRESS ON FILE |
| DABROWSKI, MICHAEL | ADDRESS ON FILE |
| DABROWSKI, PAUL | ADDRESS ON FILE |
| LESLIE ENTERPRISES LP | ATTN: MARK LESLIE 738 WESTRIDGE DRIVE   PORTOLA VALLEY CA 94028 |
| MENLO VENTURES XI L.P | ATTN: MARK SIEGEL 3000 SAND HILL ROAD, BUILDING 4 SUITE 100  MENLO PARK CA 94025 |
| MMEF XI, L.P. | ATTN VENKY GANESAN, MANAGING MEMBER 2884 SAND HILL ROAD SUITE 100  MENLO PARK CA 94025 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS ADMINISTRATIVE AGENT 51 ASTOR PL, 10TH FL   NEW YORK NY 10003 |
| PRS, LLC | ATTN: ERIN LASSEN, CFO 250 WEST 55TH STREET 26TH FLOOR  NEW YORK NY 10019 |
| WELLINGTON HADLEY HARBOR MASTER | INVESTORS (CAYMAN) III L.P. (CAYMAN) III L.P. 280 CONGRESS STREET  BOSTON MA 2210 |

# Total Count: 12

# Exhibit 10

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| 8VC CO-INVEST FUND I, L.P. | 907 SOUTH CONGRESS AVE 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC ENTREPRENEURS FUND I, L.P. | 907 SOUTH CONGRESS AVE    AUSTIN TX 78704 |
| 8VC FUND I, L.P | 907 SOUTH CONGRESS AVE    AUSTIN TX 78704 |
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| CONLEY, NICHOLAS | ADDRESS ON FILE |
| DECLARATION CAPITAL PE SPV XLVI LLC | ATTN: ROB JACKOWITZ 510 MADISON AVENUE   NEW YORK NY 10022 |
| EMERGING TECHNOLOGIES FUND II LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| EMERGING TECHNOLOGIES FUND III LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| EXCELSIOR HOLDINGS C2 LLC | ATTN: TODD MIRANDA, CEO 6600 FRANCE AVE. S. SUITE 550  MINNEAPOLIS MN |
| FREZZA, BRIAN | ADDRESS ON FILE |
| GIGAFUND 1, LP | C/O NELSON MULLINS ET AL ATTN LEE B. HART, ESQ. 201 17TH ST NW, STE 1700  ATLANTA GA 30363 |
| KROHN, MARCO | ADDRESS ON FILE |
| LESLIE ENTERPRISES LP | ATTN: MARK LESLIE 738 WESTRIDGE DRIVE   PORTOLA VALLEY CA 94028 |
| LUMA BIO-IT SPV, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| LUMA BIO-IT SPV-A, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| MAUGHAN, DERYCK | ADDRESS ON FILE |
| MENLO VENTURES XI L.P | ATTN: MARK SIEGEL 3000 SAND HILL ROAD, BUILDING 4 SUITE 100  MENLO PARK CA 94025 |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMFE XI, L.P. | ATTN VENKY GANESAN, MANAGING MEMBER 2884 SAND HILL ROAD SUITE 100  MENLO PARK CA 94025 |
| MOTION GROUP, LLC | 5577 E PERRIN RD   CLOVIS CA 93619 |
| PCOF EQ AIV III, LP | 51 ASTOR PLACE, 10TH FLOOR    NEW YORK NY 10003 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS ADMINISTRATIVE AGENT 51 ASTOR PL, 10TH FL   NEW YORK NY 10003 |
| PRS, LLC | ATTN: ERIN LASSEN, CFO 250 WEST 55TH STREET 26TH FLOOR  NEW YORK NY 10019 |
| REVELATION HEALTHCARE FUND II, L.P. | 255 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO CA 94111 |
| RNA SPV LLC | 411 NE 2ND AVE    HALLANDALE FL 33009-4215 |
| TANG, DONALD | ADDRESS ON FILE |
| THE CYRIAC AND ANGEL ROEDING FAMILY TRUST 2014 | ADDRESS ON FILE |
| TRUEBRIDGE DIRECT FUND L.P. | C/O CHOATE HALL & STEWART LLP ATTN: DOUGLAS R. GOODING 2 INTERNATIONAL PLACE BOSTON MA 02110 |
| WELLINGTON HADLEY HARBOR MASTER | INVESTORS (CAYMAN) III L.P. (CAYMAN) III L.P. 280 CONGRESS STREET  BOSTON MA 2210 |

# Total Count: 31

# Exhibit 11

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| GENIE SCIENTIFIC | 17430 MT CLIFFWOOD CIR   FOUNTAIN VALLEY CA 92708 |

# Total Count: 1

# **Exhibit 12**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| AAF - SYNTHEGO GROWTH, L.P. | 1209 ORANGE STREET   WILMINGTON DE 19801 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P | 27 HOSPITAL RD   GRAND CAYMAN KY1-9008  CAYMAN ISLANDS |
| CHENG, XIN | ADDRESS ON FILE |
| KHONG, NGUYEN MINH DUONG | ADDRESS ON FILE |
| LUO, LAN | ADDRESS ON FILE |
| PEI, YING | ADDRESS ON FILE |
| REN, JIANYI | ADDRESS ON FILE |
| YEAGER, JENNIFER | ADDRESS ON FILE |

# Total Count: 9

# Exhibit 13

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| 8VC CO-INVEST FUND I, L.P. | 907 SOUTH CONGRESS AVE 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC ENTREPRENEURS FUND I, L.P. | 907 SOUTH CONGRESS AVE    AUSTIN TX 78704 |
| 8VC FUND I, L.P | 907 SOUTH CONGRESS AVE    AUSTIN TX 78704 |
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ABBEY, ICHIE | ADDRESS ON FILE |
| ABDELAZIZ, FARIS | ADDRESS ON FILE |
| ADAMANY, STEPHANIE | ADDRESS ON FILE |
| ADAMS, JACQUELINE | ADDRESS ON FILE |
| ADHIKARI, USHA | ADDRESS ON FILE |
| AFSARIFARD, ARASH | ADDRESS ON FILE |
| AGBOMSON, LYDIA ABINI | ADDRESS ON FILE |
| AGRAMONT-JUSTINIANO, SERGIO | ADDRESS ON FILE |
| AGUILAR, ALEJANDRA | ADDRESS ON FILE |
| AHMAD, EMAN | ADDRESS ON FILE |
| AIDOGHIE, TRAVIS | ADDRESS ON FILE |
| AISLING SINCLAIR | ADDRESS ON FILE |
| ALAVA-HENRY, MARISSA | ADDRESS ON FILE |
| ALDAMA, MOISES | ADDRESS ON FILE |
| ALDEMITA, VANESSA | ADDRESS ON FILE |
| ALEXANDRIA EQUITIES, LLC | 385 E. COLORADO BLVD., SUITE 299    PASADENA CA 91101 |
| ALI, FAIZAN | ADDRESS ON FILE |
| ALLARDICE, SIMON | ADDRESS ON FILE |
| ALLEN, BETHANY | ADDRESS ON FILE |
| ALSANAH, ALI | ADDRESS ON FILE |
| AME 2019 FUND LP | 720 UNIVERSITY AVENUE, SUITE 200    LOS GATOS CA 95032 |
| AME CLOUD VENTURES FUND I LLC | 720 UNIVERSITY AVENUE, SUITE 200    LOS GATOS CA 95032 |
| AME CLOUD VENTURES, LLC | 720 UNIVERSITY AVENUE, SUITE 200    LOS GATOS CA 95032 |
| ANANTHAPADMANABAN, SAISUDHA | ADDRESS ON FILE |
| ANDERSON, CONNOR | ADDRESS ON FILE |
| ANDERSON, DAVID | ADDRESS ON FILE |
| ANGELOVA, MAGDELENA | ADDRESS ON FILE |
| ANGGO, ANTHONY | ADDRESS ON FILE |
| ANSARI, KHALILULLAH | ADDRESS ON FILE |
| ANVAR, MANA | ADDRESS ON FILE |
| APEQSHA, DUDANI | ADDRESS ON FILE |
| AQUINO, PATRIXIA | ADDRESS ON FILE |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| ARAGON, PAMELA | ADDRESS ON FILE |
| ARBER, LEON | ADDRESS ON FILE |
| ARCE, EVA | ADDRESS ON FILE |
| ARRIGO, ANTHONY | ADDRESS ON FILE |
| ARVIDSON, ABAGAIL | ADDRESS ON FILE |
| ASSAIANTE, ANNALENA | ADDRESS ON FILE |
| ASUNCION, YVONNE | ADDRESS ON FILE |
| AUDIFFEREN, STEPHEN | ADDRESS ON FILE |
| AVILA, JUAN | ADDRESS ON FILE |
| AVSAROGLU, BARIS | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| AW, IWEI | ADDRESS ON FILE |
| AXUP, JUN | ADDRESS ON FILE |
| BABAEEIAN, NAFISEH | ADDRESS ON FILE |
| BACH, JESSETRI | ADDRESS ON FILE |
| BACH, KAREN | ADDRESS ON FILE |
| BACH, RIGELROSE | ADDRESS ON FILE |
| BAHETI, RASHMI OMPRAKASH | ADDRESS ON FILE |
| BAI, MEIRONG | ADDRESS ON FILE |
| BAINS, CHARANDEEP | ADDRESS ON FILE |
| BALCITA, BRANDON | ADDRESS ON FILE |
| BALDONI, JOHN | ADDRESS ON FILE |
| BALDWIN, ANNE | ADDRESS ON FILE |
| BALZANO, PHILLIP | ADDRESS ON FILE |
| BAMBERG INVESTMENTS LLC | 6000 METRO WEST BLVD., SUITE 101    ORLANDO FL 32835 |
| BANAS, EDWARD | ADDRESS ON FILE |
| BANC OF CALIFORNIA, INC. | 3 MACARTHUR PLACE    SANTA ANA CA 92707 |
| BARINGER-JONES, FORREST | ADDRESS ON FILE |
| BATACAN, JAMES | ADDRESS ON FILE |
| BEAL, MARC | ADDRESS ON FILE |
| BENEDICT, ADAM | ADDRESS ON FILE |
| BENHAMOU, JOSH | ADDRESS ON FILE |
| BENNETT, DON | ADDRESS ON FILE |
| BENNETT, JENNIFER | ADDRESS ON FILE |
| BERBERICH, JOY | ADDRESS ON FILE |
| BERZON, RAN | ADDRESS ON FILE |
| BETANCORT, ROBERTO | ADDRESS ON FILE |
| BHARGAVE, AVYA | ADDRESS ON FILE |
| BIDDISON, GILES | ADDRESS ON FILE |
| BISCOCHO, JEWISON | ADDRESS ON FILE |
| BISSEN, JEFFREY | ADDRESS ON FILE |
| BISWAS, TANUKA | ADDRESS ON FILE |
| BIZILY, SCOTT | ADDRESS ON FILE |
| BLACKMORE, OLIN | ADDRESS ON FILE |
| BLACKWELL PARTNERS LLC-SERIES A | 280 S. MANGUM STREET, SUITE 210    DURHAM NC 27701 |
| BLAS, MICHAEL | ADDRESS ON FILE |
| BLELOCH, ANDREW | ADDRESS ON FILE |
| BLETA, BJORN | ADDRESS ON FILE |
| BLOTNICK, AARON | ADDRESS ON FILE |
| BOCK, JOSHUA | ADDRESS ON FILE |
| BODE-HIGGERSON, ANTOINETTE | ADDRESS ON FILE |
| BOISVERT, THOMAS | ADDRESS ON FILE |
| BOKKA, ANIRUDH | ADDRESS ON FILE |
| BONDOC, MICHAEL | ADDRESS ON FILE |
| BORDLEY, HAZEL | ADDRESS ON FILE |
| BOUFFARD, GRANT | ADDRESS ON FILE |
| BOUSSET, WILL | ADDRESS ON FILE |
| BRAND, ABIGAIL | ADDRESS ON FILE |
| BRAZA, JAMES | ADDRESS ON FILE |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| BRENNAN, PATRICK | ADDRESS ON FILE |
| BRJ INVESTMENTS, LLC | 250 S. NORTHWEST HIGHWAY, SUITE 330    PARK RIDGE IL 60068 |
| BRODERSEN, BRENNEN | ADDRESS ON FILE |
| BRONNIKOV, DENIS | ADDRESS ON FILE |
| BROOKES, ETHAN | ADDRESS ON FILE |
| BROOKS, EDISON | ADDRESS ON FILE |
| BROWN, ALEXANDER | ADDRESS ON FILE |
| BRUME, PAUL | ADDRESS ON FILE |
| BRUNER, MAX | ADDRESS ON FILE |
| BRYANT, KEVIN | ADDRESS ON FILE |
| BUCK, LISA | ADDRESS ON FILE |
| BUENO, FREDDY | ADDRESS ON FILE |
| BUNIN, BARRY | ADDRESS ON FILE |
| BURKETT, VICTORIA | ADDRESS ON FILE |
| BUTTON, MARK | ADDRESS ON FILE |
| BUTTRESS, NIGEL | ADDRESS ON FILE |
| BYUN, PHIL | ADDRESS ON FILE |
| CABANBAN, GRACE | ADDRESS ON FILE |
| CABANBAN, NEESHIA | ADDRESS ON FILE |
| CABASAG, CHARMAINE | ADDRESS ON FILE |
| CADIZ, CHRISTOPHER | ADDRESS ON FILE |
| CAESAR VENTURES, LLC | 177 GLENWOOD AVE    ATHERTON CA 94027 |
| CAI, TIFFANY | ADDRESS ON FILE |
| CALANDRA, ELEONORA | ADDRESS ON FILE |
| CALAPINI, LAWRENCE | ADDRESS ON FILE |
| CALLAHAN, TRAVIS | ADDRESS ON FILE |
| CAMPBELL, ALEXANDER | ADDRESS ON FILE |
| CAMPOS, GERARDO | ADDRESS ON FILE |
| CANAS, JOSEPH | ADDRESS ON FILE |
| CAPANZANA, JANZEHN | ADDRESS ON FILE |
| CARLISE, CHARLES | ADDRESS ON FILE |
| CARLSON-STEVERMER, JARED | ADDRESS ON FILE |
| CARPENTINO, JOSEPH | ADDRESS ON FILE |
| CARSTENS, BRIAN | ADDRESS ON FILE |
| CASTELLANOS, GIOVANNY | ADDRESS ON FILE |
| CAWEIN, JOHN | ADDRESS ON FILE |
| CAWEIN, SCOTT | ADDRESS ON FILE |
| CERVANTEZ, CARLOS | ADDRESS ON FILE |
| CHAFFEE, STUART | ADDRESS ON FILE |
| CHAHAL, GURJIT | ADDRESS ON FILE |
| CHAIR, HOURIA | ADDRESS ON FILE |
| CHAMBERLAIN, JEFFREY | ADDRESS ON FILE |
| CHAN, JASON | ADDRESS ON FILE |
| CHAN, MOSHEN | ADDRESS ON FILE |
| CHANDLER, WILLIAM | ADDRESS ON FILE |
| CHANG, CHUN-CHIEH | ADDRESS ON FILE |
| CHANG, DANIEL | ADDRESS ON FILE |
| CHANG, LILIAN | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| CHAO, ALLEN | ADDRESS ON FILE |
| CHASE, BRIAN | ADDRESS ON FILE |
| CHAU, LILY | ADDRESS ON FILE |
| CHAVEZ, MIGUEL | ADDRESS ON FILE |
| CHEN, CHUN-TA | ADDRESS ON FILE |
| CHEN, JOANNE | ADDRESS ON FILE |
| CHEN, MICHELLE | ADDRESS ON FILE |
| CHEN, MYRA | ADDRESS ON FILE |
| CHENG, XIN | ADDRESS ON FILE |
| CHERTKOVA, LANA | ADDRESS ON FILE |
| CHEUNG, TIFFANY | ADDRESS ON FILE |
| CHEUNG, TSZCHING | ADDRESS ON FILE |
| CHIANG, CHRISTOPHER | ADDRESS ON FILE |
| CHIMETECH HOLDING LTD | OFFICE 2458, LEVEL 24, AL SILA TOWER ABU DHABI GLOBAL MARKET SQUARE   ABU DHABI   UNITED ARAB EMIRATES |
| CHIN, MUN SOON | ADDRESS ON FILE |
| CHIRE, ISMAHAN | ADDRESS ON FILE |
| CHITMONGRAN, JERRY | ADDRESS ON FILE |
| CHIU, DAPHNE | ADDRESS ON FILE |
| CHOKSHI, JANVI | ADDRESS ON FILE |
| CHONG, LEAH | ADDRESS ON FILE |
| CHOOLJIAN, MARC | ADDRESS ON FILE |
| CHOPIN, DANIELLE | ADDRESS ON FILE |
| CHOPRA, AMITOJ | ADDRESS ON FILE |
| CHOU, ELDON | ADDRESS ON FILE |
| CHOU, LAWRENCE | ADDRESS ON FILE |
| CHRISTIANSON, CRAIG | ADDRESS ON FILE |
| CHUA, JE | ADDRESS ON FILE |
| CHUANG, KODY | ADDRESS ON FILE |
| CLARE, NICHOLAS | ADDRESS ON FILE |
| CN2T CAPITAL, LLC | 4962 EL CAMINO REAL SUITE 212   LOS ALTOS CA 94022 |
| COLAO, KASSANDRA | ADDRESS ON FILE |
| COLE, LECOLE | ADDRESS ON FILE |
| COLLETTE, NICOLE | ADDRESS ON FILE |
| CONANT, DAVID | ADDRESS ON FILE |
| CONLEY, NICHOLAS | ADDRESS ON FILE |
| CONMY, MORGAN | ADDRESS ON FILE |
| CONNERS, VAN | ADDRESS ON FILE |
| CONNOLLY, JON | ADDRESS ON FILE |
| CONNOLLY, MIKAEYLA | ADDRESS ON FILE |
| CONRAD, REBECCA | ADDRESS ON FILE |
| CONTRERAS, BRANDON | ADDRESS ON FILE |
| CONTRERAS-JIMENEZ, ELIZABETH | ADDRESS ON FILE |
| CORLEY, MATTHEW | ADDRESS ON FILE |
| CORSO, SAMANTHA | ADDRESS ON FILE |
| COSME, RONAN | ADDRESS ON FILE |
| COVINGTON, CHRISTOPHER | ADDRESS ON FILE |
| COWEN INVESTMENTS II LLC | 599 LEXINGTON AVE, 20TH FLOOR   NEW YORK NY 10022 |

| Name | Address |
| --- | --- |
| COX, JAMES | ADDRESS ON FILE |
| CRAIG, MARK | ADDRESS ON FILE |
| CRAVALHO, HALEY | ADDRESS ON FILE |
| CREEDON, JACOB | ADDRESS ON FILE |
| CRIDDLE, CONNOR | ADDRESS ON FILE |
| CRUZ, CONNIE | ADDRESS ON FILE |
| CUDIA, DARRYL | ADDRESS ON FILE |
| CYRIL, VIDUSHA | ADDRESS ON FILE |
| DA ROSA, ANGELO | ADDRESS ON FILE |
| DA, NATHAN | ADDRESS ON FILE |
| DABROWSKI, MICHAEL | ADDRESS ON FILE |
| DABROWSKI, PAUL | ADDRESS ON FILE |
| DABROWSKI, PAUL AND BETHANIE MAPLES | ADDRESS ON FILE |
| DALMACIO, ANDREW | ADDRESS ON FILE |
| DAMA, ADAM | ADDRESS ON FILE |
| DANAHY, VICTORIA ERNESTINE | ADDRESS ON FILE |
| DANDAN, JOSEPH | ADDRESS ON FILE |
| DANDAN, SANTA | ADDRESS ON FILE |
| DANG, TUNG | ADDRESS ON FILE |
| DANH, ANH | ADDRESS ON FILE |
| DANIEL, AILEIGH | ADDRESS ON FILE |
| DANTARA, HIRAL | ADDRESS ON FILE |
| DAO, MONIQUE | ADDRESS ON FILE |
| DARCY, CINTA | ADDRESS ON FILE |
| DARWISH, NAHED | ADDRESS ON FILE |
| DATWANI, SAMMY | ADDRESS ON FILE |
| DAVIS, ANDREW | ADDRESS ON FILE |
| DAVIS, CYNTHIA | ADDRESS ON FILE |
| DE CASAS, RUBY | ADDRESS ON FILE |
| DE LA CRUZ, FRANCISCO GONZALEZ | ADDRESS ON FILE |
| DEANS, ROBERT | ADDRESS ON FILE |
| DECLARATION CAPITAL PE SPV XLVI LLC | ATTN: ROB JACKOWITZ 510 MADISON AVENUE   NEW YORK NY 10022 |
| DEE, STEPHANIE | ADDRESS ON FILE |
| DEGUZMAN, CARL JOSEPH CACCAM | ADDRESS ON FILE |
| DEL SIGNORE, JAMES | ADDRESS ON FILE |
| DELATORRE, ANGELICA | ADDRESS ON FILE |
| DELEON, VIRGIL | ADDRESS ON FILE |
| DELGADO, NEREA SANVISENS | ADDRESS ON FILE |
| DEMAYO, MICHAEL | ADDRESS ON FILE |
| DENG, PETER | ADDRESS ON FILE |
| DENICHOLAS, SELINA | ADDRESS ON FILE |
| DERRY, JASON | ADDRESS ON FILE |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DESHPANDE, ABHISHEK VISHWANATH | ADDRESS ON FILE |
| DESHPANDE, RACHNA | ADDRESS ON FILE |
| DEUCMAN, MONIKA | ADDRESS ON FILE |
| DEWALT, KARALYN | ADDRESS ON FILE |
| DEWANI, NIRAJ | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| DHAYALAN, ANJANEI | ADDRESS ON FILE |
| DIANA ADVINCULA | ADDRESS ON FILE |
| DIAZDELEON, ARACELI | ADDRESS ON FILE |
| DIDDI, RITIKA | ADDRESS ON FILE |
| DIEU VINCENT TRAN | ADDRESS ON FILE |
| DIEU, NANCY | ADDRESS ON FILE |
| DILLON, DAVID | ADDRESS ON FILE |
| DINH, JONATHAN | ADDRESS ON FILE |
| DO, AUSTIN | ADDRESS ON FILE |
| DO, SANG | ADDRESS ON FILE |
| DOAN, CRYSTAL | ADDRESS ON FILE |
| DOBBS, CRAIG | ADDRESS ON FILE |
| DOMINGO, ROY | ADDRESS ON FILE |
| DOMINGUEZ, JESSICA | ADDRESS ON FILE |
| DOMINGUEZ, TRINIDAD | ADDRESS ON FILE |
| DONOHUE, LAURA | ADDRESS ON FILE |
| DOSS, ANNA-LOUISE | ADDRESS ON FILE |
| DOUDNA, JENNIFER | ADDRESS ON FILE |
| DUDEK, STEPHEN | ADDRESS ON FILE |
| DULTSEV, ALEXANDER | ADDRESS ON FILE |
| DUMLAO, JASON | ADDRESS ON FILE |
| DUONG, KAREN | ADDRESS ON FILE |
| DUONG, MICHELLE | ADDRESS ON FILE |
| DUONG, THUY | ADDRESS ON FILE |
| EASOW, GEORGE | ADDRESS ON FILE |
| EBOIGBODIN, OSARETIN | ADDRESS ON FILE |
| EDWARDS, SARAH | ADDRESS ON FILE |
| EHRENBERG, JOHANNA | ADDRESS ON FILE |
| ELEMENTS PARTNERS LLC | 565 EAST SWEDESFORD ROAD, SUITE 207    WAYNE PA 19087 |
| ELIZALDE, JONATHAN | ADDRESS ON FILE |
| ELSON, RYAN | ADDRESS ON FILE |
| EMERGING TECHNOLOGIES FUND II LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| EMERGING TECHNOLOGIES FUND III LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| ENGELHARD, ERIC | ADDRESS ON FILE |
| ENZMANN, BRITTANY | ADDRESS ON FILE |
| EPT JUNE 2020 GRAT | 250 WEST 55TH STREET, 26TH FLOOR    NEW YORK NY 10019 |
| EQUITYZEN GROWTH TECHNOLOGY FUND LLC | 30 BROAD STREET, SUITE 1200    NEW YORK NY 10004 |
| EQUITYZEN GROWTH TECHNOLOGY FUND LLC - SERIES 522 | 45 WEST 27TH STREET, SUITE 200    NEW YORK NY 10001 |
| EQUITYZEN GROWTH TECHNOLOGY FUND LLC - SERIES 652 | 30 BROAD STREET    MANHATTAN NY 10004 |
| ERCEG, DORIAN | ADDRESS ON FILE |
| ERFE, CHRISTINE | ADDRESS ON FILE |
| ERIKSEN, BRIANA | ADDRESS ON FILE |
| ESPITIAARIAS, ANDREA | ADDRESS ON FILE |
| ESTELLA, SUZANNE | ADDRESS ON FILE |
| ESTREBA, JAMES | ADDRESS ON FILE |
| ESWARAMOORTHY, SENTHILKUMAR | ADDRESS ON FILE |
| EVANS, HUMBERTO | ADDRESS ON FILE |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| EXCELSIOR HOLDINGS C2 LLC | ATTN: TODD MIRANDA, CEO 6600 FRANCE AVE. S. SUITE 550  MINNEAPOLIS MN |
| EZEOKOLI, BENJAMIN | ADDRESS ON FILE |
| FARAH, FATIMA | ADDRESS ON FILE |
| FARIAS, ERIBERTO | ADDRESS ON FILE |
| FAVELA, ESMERALDA | ADDRESS ON FILE |
| FENKER, BRIDGET | ADDRESS ON FILE |
| FERGUSON, PAIGE | ADDRESS ON FILE |
| FERNANDEZ, MONTSERRAT MORELL | ADDRESS ON FILE |
| FERRELL, CAITLIN | ADDRESS ON FILE |
| FEUCHTWANG, ILAN | ADDRESS ON FILE |
| FF ANGEL IV, LLC | ADDRESS ON FILE |
| FIESTA, MARIA | ADDRESS ON FILE |
| FLORENDO, JAMIROSEMAE | ADDRESS ON FILE |
| FLORES, ALONDRA | ADDRESS ON FILE |
| FLORES, BRYANT | ADDRESS ON FILE |
| FLORES, JAVIER | ADDRESS ON FILE |
| FLORESSALDIVAR, DANIELA | ADDRESS ON FILE |
| FLORESTORRES, ARTEMISA | ADDRESS ON FILE |
| FLOYD, SALLY | ADDRESS ON FILE |
| FOGELSONG CHILDREN'S TRUST UTD 8/1/85 | ADDRESS ON FILE |
| FONG, ERIN | ADDRESS ON FILE |
| FONSECA, RICARDO | ADDRESS ON FILE |
| FONTELERA, ROBERT | ADDRESS ON FILE |
| FORQUERA, PAUL | ADDRESS ON FILE |
| FOSTER, BRENDAN | ADDRESS ON FILE |
| FOWLER, MATTHEW | ADDRESS ON FILE |
| FRANTZ, LEEZA | ADDRESS ON FILE |
| FREED, OLGA | ADDRESS ON FILE |
| FREZZA, BRIAN | ADDRESS ON FILE |
| FRIENDS AND FAMILY CAPITAL II, L.P. | ADDRESS ON FILE |
| FUA, ANDREA | ADDRESS ON FILE |
| FUND 0039 A SERIES OF ASSURE LABS GB 2022, LLC | 6510 S MILLROCK DRIVE, SUITE 400    SALT LAKE CITY UT 84121 |
| GALAN, BEATRICE | ADDRESS ON FILE |
| GALINDO, RUBEN | ADDRESS ON FILE |
| GALLEGOS, SAMANTHA | ADDRESS ON FILE |
| GALVEZ, RICHARD | ADDRESS ON FILE |
| GANGWISH, RICHARD | ADDRESS ON FILE |
| GANTZ, RAPHEAL | ADDRESS ON FILE |
| GARCIA, JOSEPH | ADDRESS ON FILE |
| GARCIA, ROBERT | ADDRESS ON FILE |
| GARCIA, VALERIE | ADDRESS ON FILE |
| GARVIN, ANDREW | ADDRESS ON FILE |
| GATES, JEFFREY | ADDRESS ON FILE |
| GEORGE, ALICE MARGARET LLOYD | ADDRESS ON FILE |
| GERLINGHAUS, FABIAN | ADDRESS ON FILE |
| GERMAUX, PAULINE | ADDRESS ON FILE |
| GERSTENBERG, TREVOR | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| GERSTNER, RESI | ADDRESS ON FILE |
| GHANTA, ANUSHA | ADDRESS ON FILE |
| GHATAN, ETHAN | ADDRESS ON FILE |
| GIDEON, STELLA | ADDRESS ON FILE |
| GIGAFUND 1, LP | ATTN: S. OSKOUI, CO-FOUNDER MGN PTR 1200 SEAPORT BLVD   REDWOOD CITY CA 94063 |
| GILCREST, BROOKE | ADDRESS ON FILE |
| GINGCOCHUA, MICHELLE | ADDRESS ON FILE |
| GITTOS, ARTUR | ADDRESS ON FILE |
| GLASS, JACOB | ADDRESS ON FILE |
| GLICK, DANIELLE | ADDRESS ON FILE |
| GOLDENBERG, ARLEEN | ADDRESS ON FILE |
| GOMEZ, MARIA | ADDRESS ON FILE |
| GONZAGA, ALLAN | ADDRESS ON FILE |
| GONZALEZ, BRENDA | ADDRESS ON FILE |
| GONZALEZCRUZ, MAYRA | ADDRESS ON FILE |
| GOODNESS, DARRIN | ADDRESS ON FILE |
| GOREN, LEONARD | ADDRESS ON FILE |
| GORTI, SUJAY | ADDRESS ON FILE |
| GOSHIA, KYLE | ADDRESS ON FILE |
| GOURNEAU, JOSHUA | ADDRESS ON FILE |
| GREWAL, GAGANDEEP | ADDRESS ON FILE |
| GREWAL, PRABHJYOT | ADDRESS ON FILE |
| GRIFFIN, ALIESHA | ADDRESS ON FILE |
| GRILLO, CHRISTOPHER | ADDRESS ON FILE |
| GROSSKLAUS, RYAN | ADDRESS ON FILE |
| GUAN, HAO | ADDRESS ON FILE |
| GUAN, XIUYANG | ADDRESS ON FILE |
| GUARDADO, STEFANY HERNANDEZ | ADDRESS ON FILE |
| GUASQUE, JUSTIN | ADDRESS ON FILE |
| GUBANOV, OLEKSII | ADDRESS ON FILE |
| GUERNET, ALEXIS | ADDRESS ON FILE |
| GUIN, DRISHTI | ADDRESS ON FILE |
| GUNASEKERA, SHEHANA | ADDRESS ON FILE |
| GUO, DONGMEI | ADDRESS ON FILE |
| GUO, VIVIAN | ADDRESS ON FILE |
| GUPTA, PRACHI | ADDRESS ON FILE |
| GUTMAN, JOSHUA | ADDRESS ON FILE |
| HA, ANTHONY | ADDRESS ON FILE |
| HAAG, ANTHONY | ADDRESS ON FILE |
| HADDAD, MALEK | ADDRESS ON FILE |
| HAGOS, TESFAMARIAM | ADDRESS ON FILE |
| HALL, RAQUEL | ADDRESS ON FILE |
| HALLGREN, AUSTIN | ADDRESS ON FILE |
| HAMALAINEN, MARK | ADDRESS ON FILE |
| HAMIR, MUHAMMED | ADDRESS ON FILE |
| HARDCASTLE, TRAVIS | ADDRESS ON FILE |
| HARER, ARJUNSINH | ADDRESS ON FILE |
| HARGREAVES, ZACHARY | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| HARI, MUKUND | ADDRESS ON FILE |
| HARRIS, MILES | ADDRESS ON FILE |
| HARRIS, TAYLOR | ADDRESS ON FILE |
| HAYRE, RAMINDER | ADDRESS ON FILE |
| HAZEN, LISA | ADDRESS ON FILE |
| HE, QINGWEN | ADDRESS ON FILE |
| HEGADI, TANAVI | ADDRESS ON FILE |
| HEINTZEN, KENDRA | ADDRESS ON FILE |
| HERNANDEZ-FORTANEY, KARISSA | ADDRESS ON FILE |
| HERNANDEZYANEZ, PAULINA | ADDRESS ON FILE |
| HICKS, COLTON | ADDRESS ON FILE |
| HICKS, TANNER | ADDRESS ON FILE |
| HIGASHI, ELAINE | ADDRESS ON FILE |
| HILL, CORY | ADDRESS ON FILE |
| HO, AN | ADDRESS ON FILE |
| HO, CHRISTINE | ADDRESS ON FILE |
| HO, CLARK | ADDRESS ON FILE |
| HOANG, JUSTIN | ADDRESS ON FILE |
| HOANG, LOANN | ADDRESS ON FILE |
| HOANG, STEPHEN | ADDRESS ON FILE |
| HOANG-HIGGINS, DANIEL | ADDRESS ON FILE |
| HOLDEN, KEVIN | ADDRESS ON FILE |
| HOM, JUSTIN | ADDRESS ON FILE |
| HONG, WILLIAM | ADDRESS ON FILE |
| HORCABAS, PHILIP | ADDRESS ON FILE |
| HOROWITZ, EVAN | ADDRESS ON FILE |
| HORWOOD, KEITH | ADDRESS ON FILE |
| HSIAU, TIM | ADDRESS ON FILE |
| HSU, PEI-KEN | ADDRESS ON FILE |
| HU, XIAOYU | ADDRESS ON FILE |
| HUANG, AMY | ADDRESS ON FILE |
| HUANG, DAVID SHIH-YU | ADDRESS ON FILE |
| HUANG, XU | ADDRESS ON FILE |
| HUBER, JEFF | ADDRESS ON FILE |
| HUEGERICH, GREGORY | ADDRESS ON FILE |
| HUITZ, LUISANDRA | ADDRESS ON FILE |
| HUNT, NICHOLAS | ADDRESS ON FILE |
| HUNTER, ELENA | ADDRESS ON FILE |
| HUNTER, HENRY | ADDRESS ON FILE |
| HUSSEY, DOMINIC | ADDRESS ON FILE |
| HUYNH, ANTHONY | ADDRESS ON FILE |
| HUYNH, DUY | ADDRESS ON FILE |
| HUYNH, KAREN | ADDRESS ON FILE |
| HUYNH, QUE | ADDRESS ON FILE |
| HVF INVESTMENTS, LLC | 8184 SOUTH CODY ST    LITTLETON CO 80128 |
| INTEL CAPITAL CORPORATION | 2200 MISSION COLLEGE BLVD    SANTA CLARA CA 95054 |
| IRANMANESH, ROMINA | ADDRESS ON FILE |
| IWABUCHI, KUMIKO | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| IYER, NEHA | ADDRESS ON FILE |
| JABER, CHADY | ADDRESS ON FILE |
| JABLONSKI, ZACHARY | ADDRESS ON FILE |
| JACOBS, ROWAN | ADDRESS ON FILE |
| JAMES AND JENNIFER DOUDNA CATE LIVING TRUST | ADDRESS ON FILE |
| JAMIS, LINA | ADDRESS ON FILE |
| JANEZIC, DANA | ADDRESS ON FILE |
| JARAMILLO, ISAIAH | ADDRESS ON FILE |
| JARVIS, GLEN | ADDRESS ON FILE |
| JAYANT, VIJAY | ADDRESS ON FILE |
| JENNIONS, DAVID | ADDRESS ON FILE |
| JEON, YE JIN | ADDRESS ON FILE |
| JEONG, JOHN | ADDRESS ON FILE |
| JETT, SUSAN | ADDRESS ON FILE |
| JIANDANI, DARISHA | ADDRESS ON FILE |
| JIANG, XUEER | ADDRESS ON FILE |
| JOB, JOSEPH | ADDRESS ON FILE |
| JOHNSON, GEORGE JR | ADDRESS ON FILE |
| JOHNSON, JAKE | ADDRESS ON FILE |
| JOSHI, SAHIL | ADDRESS ON FILE |
| JOWDY, CASEY | ADDRESS ON FILE |
| KABECHE, RUTH | ADDRESS ON FILE |
| KADINA, ANASTASIA | ADDRESS ON FILE |
| KAHLON, BEANT | ADDRESS ON FILE |
| KAJANS, BREANNE | ADDRESS ON FILE |
| KAMATH, SHIVANAND | ADDRESS ON FILE |
| KAMINSKA, KAROLINA | ADDRESS ON FILE |
| KANICKI, ANNALISE | ADDRESS ON FILE |
| KAO, HELEN | ADDRESS ON FILE |
| KARMARKAR, MAITREYEE | ADDRESS ON FILE |
| KASBEKAR, SHOMAN | ADDRESS ON FILE |
| KASPAREK, KASSANDRA | ADDRESS ON FILE |
| KAST, JOSHUA | ADDRESS ON FILE |
| KAUFUSI, STACEY | ADDRESS ON FILE |
| KAUR, MANPREET | ADDRESS ON FILE |
| KAUR, RAJVIR | ADDRESS ON FILE |
| KAYAS, ANTHONY | ADDRESS ON FILE |
| KELLY, DAVID | ADDRESS ON FILE |
| KELSO, REED | ADDRESS ON FILE |
| KEMMISH, STANLEY | ADDRESS ON FILE |
| KENNEDY, STEVEN | ADDRESS ON FILE |
| KETIGIAN, GEORGE | ADDRESS ON FILE |
| KHA, KIMBERLY | ADDRESS ON FILE |
| KHADEMI, MARYAM | ADDRESS ON FILE |
| KHONG, NGUYEN MINH DUONG | ADDRESS ON FILE |
| KHOSROSHAHI, MARYAM | ADDRESS ON FILE |
| KHOURY, GREGORY | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| KHUU, MINH | ADDRESS ON FILE |
| KIM, CHRISTINE | ADDRESS ON FILE |
| KIM, HYUNJUNG | ADDRESS ON FILE |
| KIM, PATRICK | ADDRESS ON FILE |
| KIMBERLY VINCENT | ADDRESS ON FILE |
| KINDRICK, ALEXIS | ADDRESS ON FILE |
| KING, ANNA | ADDRESS ON FILE |
| KISHTON, RIGEL | ADDRESS ON FILE |
| KISSAS, ALEXANDRIA | ADDRESS ON FILE |
| KLEINBAUM, DJ | ADDRESS ON FILE |
| KO, YUENSHAN | ADDRESS ON FILE |
| KOEHLER, DANIEL | ADDRESS ON FILE |
| KOFMAN, IGOR | ADDRESS ON FILE |
| KOLOSSOVSKI, ELEANOR | ADDRESS ON FILE |
| KOLYER, LAUREN | ADDRESS ON FILE |
| KONG, HELEN | ADDRESS ON FILE |
| KOOMASI, HANIEH | ADDRESS ON FILE |
| KOSHLAND, KYLE | ADDRESS ON FILE |
| KRAMER, KATERINA | ADDRESS ON FILE |
| KRAUSE, MATTHEW | ADDRESS ON FILE |
| KRISHAN, GOPAL | ADDRESS ON FILE |
| KRISHNAN, SUDHA | ADDRESS ON FILE |
| KRISHNAPURA, HARINI | ADDRESS ON FILE |
| KROHN, MARCO | ADDRESS ON FILE |
| KRUKOV, VLADIMIR | ADDRESS ON FILE |
| KUH, COLIN | ADDRESS ON FILE |
| KUMAR, ADITYA | ADDRESS ON FILE |
| KUMMELSTEDT, ERIC | ADDRESS ON FILE |
| KUMUYI, JOHN | ADDRESS ON FILE |
| KUNCHE, SAMEERAN | ADDRESS ON FILE |
| KUNG, JOSEPH | ADDRESS ON FILE |
| KUO, SHUCHI | ADDRESS ON FILE |
| KUPEC, DAVID | ADDRESS ON FILE |
| KURDI, OMAR | ADDRESS ON FILE |
| KUSHWAHA, RITU | ADDRESS ON FILE |
| KUSUMO, ALIYA | ADDRESS ON FILE |
| KWAN, YVONNE | ADDRESS ON FILE |
| KWONG, WILLIS | ADDRESS ON FILE |
| LA PAZ, JAFET RODRIGUEZ | ADDRESS ON FILE |
| LA, HANSON | ADDRESS ON FILE |
| LA, MINHANH | ADDRESS ON FILE |
| LACAYO, PATRICIA | ADDRESS ON FILE |
| LAIRD, TERESA | ADDRESS ON FILE |
| LAKDAWALA, PRIYANKA | ADDRESS ON FILE |
| LAKDAWALLA, ABIZAR | ADDRESS ON FILE |
| LAKSHMANAN, UMA | ADDRESS ON FILE |
| LAM, JOHNSIMON | ADDRESS ON FILE |
| LAM, RAYMOND | ADDRESS ON FILE |

| Name | Address |
|---|---|
| LAPHAM, KYLE | ADDRESS ON FILE |
| LARUELLE, FREDERIC | ADDRESS ON FILE |
| LATIMER, JOHN | ADDRESS ON FILE |
| LAURENT, THIBAULT | ADDRESS ON FILE |
| LAURION CAPITAL MASTER FUND LTD. | 360 MADISON AVE, 1900   NEW YORK NY 10017 |
| LAW, STEPHEN | ADDRESS ON FILE |
| LE, ANH | ADDRESS ON FILE |
| LE, STEPHANIE | ADDRESS ON FILE |
| LEARY, SHANNON | ADDRESS ON FILE |
| LEE, HERBERT | ADDRESS ON FILE |
| LEE, LORENE | ADDRESS ON FILE |
| LEE, SUNNY | ADDRESS ON FILE |
| LEE, VALERIAN | ADDRESS ON FILE |
| LEERINK REVELATION HEALTHCARE FUND II, L.P. | 255 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO CA 94111 |
| LELIVELT, MICHAEL | ADDRESS ON FILE |
| LEMKE, CHRISTOPHER | ADDRESS ON FILE |
| LEMUS, CLARA | ADDRESS ON FILE |
| LEMUZ, JESSICA | ADDRESS ON FILE |
| LEON, ANDY | ADDRESS ON FILE |
| LEONI, PAUL | ADDRESS ON FILE |
| LESLIE ENTERPRISES LP | ATTN: MARK LESLIE 738 WESTRIDGE DRIVE   PORTOLA VALLEY CA 94028 |
| LESLIE FAMILY TRUST U/A 2/7/96 | ADDRESS ON FILE |
| LEVCHIN, MAX | ADDRESS ON FILE |
| LEVEL ONE GLOBAL FUND I, L.P. | 269 SOUTH IRVING STREET   RIDGEWOOD NJ 7450 |
| LEWIS, FRENCH | ADDRESS ON FILE |
| LI, IVY | ADDRESS ON FILE |
| LI, JINGLING | ADDRESS ON FILE |
| LI, VIVIAN | ADDRESS ON FILE |
| LIANG, RYAN | ADDRESS ON FILE |
| LIEW, CHEE | ADDRESS ON FILE |
| LIGON, ALEXANDER | ADDRESS ON FILE |
| LIN, BI QI | ADDRESS ON FILE |
| LIN, DANNY | ADDRESS ON FILE |
| LIN, SABRINA | ADDRESS ON FILE |
| LIN, TEDDY | ADDRESS ON FILE |
| LIN, YVONNE | ADDRESS ON FILE |
| LIPP, ROBERT | ADDRESS ON FILE |
| LITTLE, PHILLIP | ADDRESS ON FILE |
| LIU, SAM | ADDRESS ON FILE |
| LIU, ZE | ADDRESS ON FILE |
| LLANAS, RACHEL | ADDRESS ON FILE |
| LOGOS OPPORTUNITIES FUND III, LP | ONE LETTERMAN DRIVE, SUITE D3700   SAN FRANCISCO CA 94129 |
| LOKESHA, SINCHANA | ADDRESS ON FILE |
| LONCARIC, MICHAEL | ADDRESS ON FILE |
| LONGBOTTOM, TREVOR | ADDRESS ON FILE |
| LOPERAGARCIA, SARA | ADDRESS ON FILE |
| LOPEZ, SEBASTIAN | ADDRESS ON FILE |
| LORIAUX, PAUL | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| LOZANO, DANIEL | ADDRESS ON FILE |
| LOZANO, EUGENE | ADDRESS ON FILE |
| LOZANO, NATHAN | ADDRESS ON FILE |
| LU, CHENJIA | ADDRESS ON FILE |
| LU, MICHAEL | ADDRESS ON FILE |
| LU, RYAN | ADDRESS ON FILE |
| LUCAS, ASHLEY | ADDRESS ON FILE |
| LUMA BIO-IT SPV, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| LUMA BIO-IT SPV-A, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101   SAN FRANCISCO CA 94111 |
| LUO, LAN | ADDRESS ON FILE |
| LUO, SHUO | ADDRESS ON FILE |
| LUONG, TOMMY | ADDRESS ON FILE |
| LY, HUNG | ADDRESS ON FILE |
| LY, NGOC | ADDRESS ON FILE |
| LYNCH, CHONG | ADDRESS ON FILE |
| LYNCH, PATRICK | ADDRESS ON FILE |
| LYONS, MOLLY | ADDRESS ON FILE |
| MACK, DAVID | ADDRESS ON FILE |
| MAERKEN, MELANIE | ADDRESS ON FILE |
| MAGNO, SHANNONMAE | ADDRESS ON FILE |
| MAH, AMANDA | ADDRESS ON FILE |
| MAHASETH, TULIP | ADDRESS ON FILE |
| MALDONADO, AARON | ADDRESS ON FILE |
| MALIK, USAMA | ADDRESS ON FILE |
| MALVAR, MENARD | ADDRESS ON FILE |
| MANOUCH AND SOPHIE MOSHAYEDI REVOCABLE TRUST | ADDRESS ON FILE |
| MANSTEIN, DIETER | ADDRESS ON FILE |
| MANUEL, HENRY III | ADDRESS ON FILE |
| MARAVILLABONILLA, MARVIN | ADDRESS ON FILE |
| MARBLESTONE, JEFFREY | ADDRESS ON FILE |
| MARINAS, MARCIAL | ADDRESS ON FILE |
| MARINO, CHRISTOPHER | ADDRESS ON FILE |
| MARTIN, JOSHUA | ADDRESS ON FILE |
| MARTINEZ, DANIEL | ADDRESS ON FILE |
| MARTINEZ, ROSANNA | ADDRESS ON FILE |
| MARTINEZ-DAMIAN, MARGARITA | ADDRESS ON FILE |
| MARUSICH, OLYA | ADDRESS ON FILE |
| MASS, MIKHAIL | ADDRESS ON FILE |
| MATHESON, TIMOTHY | ADDRESS ON FILE |
| MATHIS, JOHNISHA | ADDRESS ON FILE |
| MATHUR, PRITI | ADDRESS ON FILE |
| MATTHEWS, TRISTAN | ADDRESS ON FILE |
| MATZIE, COLLEEN | ADDRESS ON FILE |
| MAUBERT, GINA | ADDRESS ON FILE |
| MAURES, TRAVIS | ADDRESS ON FILE |
| MAVI, PRABHJOT | ADDRESS ON FILE |
| MAY, CLAUDIA | ADDRESS ON FILE |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| MAYER, LAURENT | ADDRESS ON FILE |
| MAYR, JASON | ADDRESS ON FILE |
| MAZUREK, MATTHEW | ADDRESS ON FILE |
| MCCAFFREY, DANIEL | ADDRESS ON FILE |
| MCCALLISTER, DANIEL | ADDRESS ON FILE |
| MCDONALD, MELISSA | ADDRESS ON FILE |
| MCFADDEN, BRIAN | ADDRESS ON FILE |
| MCFARLANE, LAQUISHA | ADDRESS ON FILE |
| MCGOWAN, MADISON | ADDRESS ON FILE |
| MCKEARN, BRIANNA | ADDRESS ON FILE |
| MCMENEMY, JOSHUA | ADDRESS ON FILE |
| MCSHERA, CARMEL | ADDRESS ON FILE |
| MEDINA, CHRISTOPHER | ADDRESS ON FILE |
| MEDINA-VILLANUEVA, MICHAEL | ADDRESS ON FILE |
| MEDLA, ADAM | ADDRESS ON FILE |
| MEHTA, NEIL | ADDRESS ON FILE |
| MEISSLER, JOSEPH | ADDRESS ON FILE |
| MEJIA, ANGEL | ADDRESS ON FILE |
| MELENDEZ, JOSE LOPEZ | ADDRESS ON FILE |
| MENDEZ, OLIVIA | ADDRESS ON FILE |
| MENDONSA, RIMA | ADDRESS ON FILE |
| MENLO VENTURES XI, L.P. | 3000 SAND HILL ROAD, BUILDING 4, SUITE 100   MENLO PARK CA 94025 |
| MERCER, CORY | ADDRESS ON FILE |
| MERKEL, CHELSEA | ADDRESS ON FILE |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MERRICK, ROBERT E. | ADDRESS ON FILE |
| MESHO, KATELIN | ADDRESS ON FILE |
| MIADLIKOWSKI, MATEUSZ | ADDRESS ON FILE |
| MIANSARIGAVZAN, MORTEZA | ADDRESS ON FILE |
| MIDDLEFIELD VENTURES, INC. | 2200 MISSION COLLEGE BLVD   SANTA CLARA CA 95054 |
| MIKULSKI, LAUREN | ADDRESS ON FILE |
| MILLER, GLASELYN | ADDRESS ON FILE |
| MILLER, GREGORY | ADDRESS ON FILE |
| MILLER, JASON | ADDRESS ON FILE |
| MINONESMOYANO, ELENA | ADDRESS ON FILE |
| MISHLER, GRANT | ADDRESS ON FILE |
| MITTAL, NEEL | ADDRESS ON FILE |
| MITTELMAN, DAVID | ADDRESS ON FILE |
| MMEF XI, L.P. | ATTN VENKY GANESAN, MANAGING MEMBER 2884 SAND HILL ROAD SUITE 100  MENLO PARK CA 94025 |
| MOHAPATRA, PINAKI | ADDRESS ON FILE |
| MOLINARI, ROBERT | ADDRESS ON FILE |
| MOLNAR, MICHAEL | ADDRESS ON FILE |
| MONTOYA, DANIEL | ADDRESS ON FILE |
| MOON, ROBERT | ADDRESS ON FILE |
| MOORE STRATEGIC VENTURES, LLC | 11 TIMES SQUARE   NEW YORK NY 10036 |
| MOORJI, SAMEER | ADDRESS ON FILE |
| MOORTHY, BALAJI THAS | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| MORA, ERIKA | ADDRESS ON FILE |
| MORA, HILARIO ROMERO | ADDRESS ON FILE |
| MORALOPE, ALEYDA | ADDRESS ON FILE |
| MOTION GROUP, LLC | 5577 E PERRIN RD    CLOVIS CA 93619 |
| MOWRIS, RANSOM | ADDRESS ON FILE |
| MUDGE, WILLIAM | ADDRESS ON FILE |
| MUELLER, KATHRYN | ADDRESS ON FILE |
| MUJUMDAR, NIRVANI | ADDRESS ON FILE |
| MVB FUND, FCR | C/O JUAN BRAVO 102 PLANTA    MADRID  28006 SPAIN |
| NABARRETE, JOHNATHAN | ADDRESS ON FILE |
| NADDAF, ARMON | ADDRESS ON FILE |
| NAFISSI, MARYAM | ADDRESS ON FILE |
| NAGARAJDIXIT, RADHIKA | ADDRESS ON FILE |
| NARCISO, MELANIE | ADDRESS ON FILE |
| NEKMARD, FARDEEN | ADDRESS ON FILE |
| NEMZEK, MICHAEL | ADDRESS ON FILE |
| NESOM, DIANE | ADDRESS ON FILE |
| NEXT FRONTIER VENTURES LLC | 100 RUGBY ROAD    BROOKLYN NY 11226 |
| NG, MIN TECK JONAS | ADDRESS ON FILE |
| NG, SAMUEL | ADDRESS ON FILE |
| NGO, DEVIN | ADDRESS ON FILE |
| NGUYEN, AN | ADDRESS ON FILE |
| NGUYEN, CALI | ADDRESS ON FILE |
| NGUYEN, DAN | ADDRESS ON FILE |
| NGUYEN, DANIEL | ADDRESS ON FILE |
| NGUYEN, DIEM | ADDRESS ON FILE |
| NGUYEN, GIA-ANN | ADDRESS ON FILE |
| NGUYEN, HAN | ADDRESS ON FILE |
| NGUYEN, HIEU | ADDRESS ON FILE |
| NGUYEN, HOANG | ADDRESS ON FILE |
| NGUYEN, PHUC | ADDRESS ON FILE |
| NGUYEN, QUANG | ADDRESS ON FILE |
| NGUYEN, THANH | ADDRESS ON FILE |
| NGUYEN, THOMPSON | ADDRESS ON FILE |
| NGUYEN, VICTORIA | ADDRESS ON FILE |
| NGUYEN, VINH | ADDRESS ON FILE |
| NIKOUI, MATIN | ADDRESS ON FILE |
| NISSENBAUM, MATTHEW | ADDRESS ON FILE |
| NOBLE, ELIZABETH | ADDRESS ON FILE |
| NOE, MARY | ADDRESS ON FILE |
| NOLAN, SCOTT | ADDRESS ON FILE |
| NOWATZKE, BECKINAM | ADDRESS ON FILE |
| NUGENT, REBECCA | ADDRESS ON FILE |
| NYSHADHAM, SRIDHAR | ADDRESS ON FILE |
| OFPP LLC | 1140 AVENUE OF THE AMERICAS    NEW YORK NY 10036 |
| OKI, JENNIFER | ADDRESS ON FILE |
| OLEGA, CHRISTI | ADDRESS ON FILE |
| OLSZOWA, GRAZYNA | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| ONG, CARLOS | ADDRESS ON FILE |
| ONYEWUENYI, AKUJOBI | ADDRESS ON FILE |
| OPPEL, JAMES | ADDRESS ON FILE |
| ORJI, NONSO | ADDRESS ON FILE |
| OROZCO, DANIEL | ADDRESS ON FILE |
| ORTEGA, DOMINIC | ADDRESS ON FILE |
| ORZAL, JESUS | ADDRESS ON FILE |
| OSIT, MICHELLE | ADDRESS ON FILE |
| OSSEIRAN, ALMA | ADDRESS ON FILE |
| OU, GUANQING | ADDRESS ON FILE |
| OU, QINGLIN | ADDRESS ON FILE |
| OWENS, AMANDA | ADDRESS ON FILE |
| PACE, JEFFREY | ADDRESS ON FILE |
| PAL, ARPITA | ADDRESS ON FILE |
| PAN, MING | ADDRESS ON FILE |
| PAN, RICKY | ADDRESS ON FILE |
| PANAGARIYA, AJAY | ADDRESS ON FILE |
| PASHTUNYAR, SHAQUIEL | ADDRESS ON FILE |
| PATEL, BHAVIN | ADDRESS ON FILE |
| PATEL, KEVIN | ADDRESS ON FILE |
| PATEL, MEHAL | ADDRESS ON FILE |
| PATEL, NIKISHA | ADDRESS ON FILE |
| PATRAWALA, ZEENAT | ADDRESS ON FILE |
| PATTISON, SCOTT | ADDRESS ON FILE |
| PAWLOSKI, SARAH | ADDRESS ON FILE |
| PCOF EQ AIV III, LP | 51 ASTOR PLACE, 10TH FLOOR    NEW YORK NY 10003 |
| PEI, JULIAN | ADDRESS ON FILE |
| PEI, YING | ADDRESS ON FILE |
| PELLICANI, JESSICA | ADDRESS ON FILE |
| PENAPEDRES, SANTOS | ADDRESS ON FILE |
| PENSCO TRUST COMPANY CUSTODIAN | ADDRESS ON FILE |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS ADMINISTRATIVE AGENT 51 ASTOR PL, 10TH FL  NEW YORK NY 10003 |
| PEREZ, JACOB | ADDRESS ON FILE |
| PEREZ, NANCY | ADDRESS ON FILE |
| PEREZZORRILLA, ADOLFO | ADDRESS ON FILE |
| PERKINS, ROGER | ADDRESS ON FILE |
| PESCH, BRIAN | ADDRESS ON FILE |
| PFAFF, BRIAN | ADDRESS ON FILE |
| PHAL, PANHA | ADDRESS ON FILE |
| PHAM, ALEXANDER | ADDRESS ON FILE |
| PHAM, DARREN | ADDRESS ON FILE |
| PHAM, JOHN | ADDRESS ON FILE |
| PHAM, JULIE | ADDRESS ON FILE |
| PHAM, THERESA | ADDRESS ON FILE |
| PHAN, ANH | ADDRESS ON FILE |
| PHILIPP, ANTHONY | ADDRESS ON FILE |
| PIAZZA, PAOLO | ADDRESS ON FILE |
| PICKENS, ANDREW | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| PIERCE, BRETT | ADDRESS ON FILE |
| PIMENTEL, ALYSSA | ADDRESS ON FILE |
| PIPER, RUBY | ADDRESS ON FILE |
| PLATZ, DAVONE | ADDRESS ON FILE |
| POCKALNY, MEGAN | ADDRESS ON FILE |
| POLLARO, JAMES | ADDRESS ON FILE |
| POMERANTZ, ALEX | ADDRESS ON FILE |
| PORTEUS, MATTHEW | ADDRESS ON FILE |
| POWERS, KATHLEEN | ADDRESS ON FILE |
| PRABHUNE, MEENAKSHI | ADDRESS ON FILE |
| PRASAD, KRISHNEIL | ADDRESS ON FILE |
| PRASAD, SANJAY | ADDRESS ON FILE |
| PRECISE CUT LTD | 4 QUEENSWAY COURT QUEENSWAY TEAM VALLEY TRADING ESTATE GATESHEAD  TYNE AND WEAR  NE11 0NX UNITED KINGDOM |
| PRICE, JOSHUA | ADDRESS ON FILE |
| PRIETOHURTADO, GIANELLY | ADDRESS ON FILE |
| PROKOP, ANDREW | ADDRESS ON FILE |
| PROVENCIO, LORRAINE | ADDRESS ON FILE |
| PRS, LLC | ATTN: ERIN LASSEN, CFO 250 WEST 55TH STREET 26TH FLOOR  NEW YORK NY 10019 |
| PRZYBYLSKI, CHRISTOPHER | ADDRESS ON FILE |
| QU, DAVID | ADDRESS ON FILE |
| QUANT, NICHOLAS | ADDRESS ON FILE |
| QUE, GERALD LEE NAVARRO | ADDRESS ON FILE |
| RA CAPITAL HEALTHCARE FUND, L.P. | 200 BERKELEY STREET, 18TH FLOOR    BOSTON MA 2116 |
| RA CAPITAL NEXUS FUND III, L.P. | 200 BERKELEY STREET, 18TH FLOOR    BOSTON MA 2116 |
| RA CAPITAL NEXUS FUND, L.P. | 200 BERKELEY STREET, 18TH FLOOR    BOSTON MA 2116 |
| RAMIREZ, LAWRENCE | ADDRESS ON FILE |
| RAMIREZ, LEONARDO | ADDRESS ON FILE |
| RAMKUMAR, AMRITA | ADDRESS ON FILE |
| RAMOBARC, ARTURO | ADDRESS ON FILE |
| RANAWEERA, MANO | ADDRESS ON FILE |
| RAPPOCCIOLO, GIOVANNA | ADDRESS ON FILE |
| RASHID, MAISHA | ADDRESS ON FILE |
| RASMUSSEN, RIKKE | ADDRESS ON FILE |
| RAVAL, AVI | ADDRESS ON FILE |
| RAZDAN, VIDUSHI | ADDRESS ON FILE |
| RAZINKOV, IVAN | ADDRESS ON FILE |
| REDMOND, JUSTIN | ADDRESS ON FILE |
| REICHERT, KOTA | ADDRESS ON FILE |
| REN, JIANYI | ADDRESS ON FILE |
| REN, SHAWN | ADDRESS ON FILE |
| REPANCOL, ALDRINEJULIUS | ADDRESS ON FILE |
| REVELATION HEALTHCARE FUND II, L.P. | 255 CALIFORNIA STREET, 12TH FLOOR    SAN FRANCISCO CA 94111 |
| REYES, ROELYNE | ADDRESS ON FILE |
| REZIG, ENESSA | ADDRESS ON FILE |
| RHEAUME, JAMES | ADDRESS ON FILE |
| RICE, BRANDON | ADDRESS ON FILE |
| RICH, JESSICA | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| RNA SPV LLC | 411 NE 2ND AVE   HALLANDALE FL 33009-4215 |
| ROBINSON, ESAI | ADDRESS ON FILE |
| RODRIGUEZ, BRANDON AGUILAR | ADDRESS ON FILE |
| RODRIGUEZ, ESIASON | ADDRESS ON FILE |
| RODRIGUEZ, JULIA | ADDRESS ON FILE |
| RODRIGUEZ, MELISSA | ADDRESS ON FILE |
| ROESLER, JENS | ADDRESS ON FILE |
| ROGERS, CHRISTOPHER | ADDRESS ON FILE |
| ROGERS, SELENA | ADDRESS ON FILE |
| ROGINSKY, JESSICA | ADDRESS ON FILE |
| ROJAS, CASEY | ADDRESS ON FILE |
| ROJAS, SEBASTIAN | ADDRESS ON FILE |
| ROMANOWSKI, PIOTR | ADDRESS ON FILE |
| ROMERO, PEDRO JUAN MENDEZ | ADDRESS ON FILE |
| ROODSARI, SUSAN | ADDRESS ON FILE |
| ROSAS, BRANDON SAAVEDRA | ADDRESS ON FILE |
| ROSS, KAMERON | ADDRESS ON FILE |
| ROSSI, NICHOLAS | ADDRESS ON FILE |
| ROTHSTEIN, SINDIE | ADDRESS ON FILE |
| ROWE, MATTHEW | ADDRESS ON FILE |
| ROZMARYNOWYCZ, RITA | ADDRESS ON FILE |
| RUDDLE, JAMES | ADDRESS ON FILE |
| RURANGWA, LIZ | ADDRESS ON FILE |
| RUSSELL, JOHN | ADDRESS ON FILE |
| SAFA, POUYA AKHAVAN | ADDRESS ON FILE |
| SAGAL, CLAUDIO | ADDRESS ON FILE |
| SAGASTUMEFRANCO, RUDY | ADDRESS ON FILE |
| SAGUM, JOEL | ADDRESS ON FILE |
| SAHA, PRITHA | ADDRESS ON FILE |
| SAHAI, TANUSHI | ADDRESS ON FILE |
| SAHARIA, ABHISHEK | ADDRESS ON FILE |
| SAILOR, DANA | ADDRESS ON FILE |
| SAKAMOTO, JULIA | ADDRESS ON FILE |
| SALVATO, ANTHONY | ADDRESS ON FILE |
| SAMANTA, SAHELI GANGULY | ADDRESS ON FILE |
| SAMPLES, RICHELLE | ADDRESS ON FILE |
| SAMUEL-GAMA, KARINA | ADDRESS ON FILE |
| SAMUELS, CYDNI | ADDRESS ON FILE |
| SANCHEZ, BENJAMIN | ADDRESS ON FILE |
| SANDLES, AZALIA | ADDRESS ON FILE |
| SANDOVAL-GUTIERREZ, SHEYLA | ADDRESS ON FILE |
| SANTIAGO-DAVIS, ANNYOCELI | ADDRESS ON FILE |
| SARMA, PRANAMEE | ADDRESS ON FILE |
| SASSMANNSHAUS, BRENDON | ADDRESS ON FILE |
| SATTAR, FRAZANA | ADDRESS ON FILE |
| SAUCEDA, ROLIN | ADDRESS ON FILE |
| SAULIT, CHRISTOPHER | ADDRESS ON FILE |
| SCALERA, ADAM | ADDRESS ON FILE |

| Name | Address |
|------|---------|
| SCHIEL, JOHN | ADDRESS ON FILE |
| SCHMIDT, CARLOS | ADDRESS ON FILE |
| SCHMIDT, NATHANIEL | ADDRESS ON FILE |
| SCHMUKLER, YEHUDA | ADDRESS ON FILE |
| SCHNEIDER, BRIAN | ADDRESS ON FILE |
| SCHUBERT, SIMONE | ADDRESS ON FILE |
| SCHUTT, KATHERINE | ADDRESS ON FILE |
| SEKHON, RUBAL | ADDRESS ON FILE |
| SEM, ASHTON | ADDRESS ON FILE |
| SENGER, NICHOLAS | ADDRESS ON FILE |
| SEO, JINMYEONG | ADDRESS ON FILE |
| SETHI, GEETA | ADDRESS ON FILE |
| SEVERINO, MHARC | ADDRESS ON FILE |
| SHAH, JINAL | ADDRESS ON FILE |
| SHAH, NIRAJ | ADDRESS ON FILE |
| SHAHDAWALA, SHABBIR | ADDRESS ON FILE |
| SHAJARI, HASTI | ADDRESS ON FILE |
| SHAKUR, ASADULLAAH | ADDRESS ON FILE |
| SHALIZI, ARYAMAN | ADDRESS ON FILE |
| SHAMIA, TAL | ADDRESS ON FILE |
| SHANKAR, MEERA | ADDRESS ON FILE |
| SHARMA, ISHITA | ADDRESS ON FILE |
| SHARON, GIL | ADDRESS ON FILE |
| SHERPA, TSHERING | ADDRESS ON FILE |
| SHIH, YING HSUAN | ADDRESS ON FILE |
| SHKAPOV, SERGEY | ADDRESS ON FILE |
| SHUSTOCK, MARK | ADDRESS ON FILE |
| SILICON VALLEY BANK | ATTN: LISA BURNS 3003 TASMAN DR   SANTA CLARA CA 95054 |
| SIMMERMAN, RICHARD | ADDRESS ON FILE |
| SIMPSON, SARAH | ADDRESS ON FILE |
| SINDHU-BERTRAND, CAMILLE | ADDRESS ON FILE |
| SINDHYAN, RAMYA | ADDRESS ON FILE |
| SINGH, KATHY | ADDRESS ON FILE |
| SISBOT, SARAH | ADDRESS ON FILE |
| SKARNES, BILL | ADDRESS ON FILE |
| SLOAN, ALFRED | ADDRESS ON FILE |
| SLOMSKI, DANIEL | ADDRESS ON FILE |
| SMITH, AARON | ADDRESS ON FILE |
| SMITH, AMANDA ROSE MARIE | ADDRESS ON FILE |
| SMITH, CATHERINE MORFFY | ADDRESS ON FILE |
| SMITH, JEFFREY | ADDRESS ON FILE |
| SMITH, JEREMY | ADDRESS ON FILE |
| SMITH, THEO | ADDRESS ON FILE |
| SMITH, YUSUF | ADDRESS ON FILE |
| SMOLENTSEV, ALEXANDER | ADDRESS ON FILE |
| SMYRNIOTIS, CHRISTOPHER | ADDRESS ON FILE |
| SOENENS MARTINEZ DE MURGUIA, AMALIA | ADDRESS ON FILE |
| SOLON, PAMELA | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| SOMMER, ANDREIA GIANOTTI | ADDRESS ON FILE |
| SORIA, SERGIO | ADDRESS ON FILE |
| SOUDIER, SARAH | ADDRESS ON FILE |
| SPEER, JENNIFER | ADDRESS ON FILE |
| SPERLING, MARK | ADDRESS ON FILE |
| SPRAGGON, LEE | ADDRESS ON FILE |
| SQUARE 1 BANK | 2420 SAND HILL RD 100    MENLO PARK CA 94025 |
| STEED, ROBERT | ADDRESS ON FILE |
| STEINER, JASON | ADDRESS ON FILE |
| STEINER, VICTORIA | ADDRESS ON FILE |
| STEVENSON, BENJAMIN | ADDRESS ON FILE |
| STOKES, CAMRON | ADDRESS ON FILE |
| STONER, RICHARD | ADDRESS ON FILE |
| STRAHLE, JONATHAN | ADDRESS ON FILE |
| STRAW, ERICA | ADDRESS ON FILE |
| STURGEON, LANDON | ADDRESS ON FILE |
| SU, KACEY | ADDRESS ON FILE |
| SU, WEI-TING | ADDRESS ON FILE |
| SU, YEJI | ADDRESS ON FILE |
| SUKMAN, ABBY | ADDRESS ON FILE |
| SULTAN, BENNETT | ADDRESS ON FILE |
| SULTANA JAHAN | ADDRESS ON FILE |
| SUNG, SABRINA | ADDRESS ON FILE |
| SVF II US AGGREGATOR (DE) LLC | 251 LITTLE FALLS DRIVE    WILLMINGTON DE 19808 |
| SWAFFORD, ALEXANDER | ADDRESS ON FILE |
| SWIATCZAK, ZOFIA | ADDRESS ON FILE |
| TA, HUGO | ADDRESS ON FILE |
| TABLANTE, ERIC | ADDRESS ON FILE |
| TAGNAOUTI, NADIA | ADDRESS ON FILE |
| TAM, HEI K | ADDRESS ON FILE |
| TAN, JOHN | ADDRESS ON FILE |
| TAN, LORYROSE | ADDRESS ON FILE |
| TANG, DONALD | ADDRESS ON FILE |
| TANG, JIAQI | ADDRESS ON FILE |
| TANG, WILSON | ADDRESS ON FILE |
| TAT, JUSTIN | ADDRESS ON FILE |
| TAWDE, NIHARIKA | ADDRESS ON FILE |
| TAY, MELODY | ADDRESS ON FILE |
| TAYLOR-DOUGLAS, DEZMOND | ADDRESS ON FILE |
| TEDDY, STEVEN | ADDRESS ON FILE |
| THAI, LOREN | ADDRESS ON FILE |
| THARMARAJAH, GRACE | ADDRESS ON FILE |
| THE AGAVE SHADE TRUST | ADDRESS ON FILE |
| THE CONTINUOUS AGENCY TRUST | 316 CALIFORNIA AVE., 466    RENO NV 89509 |
| THE CYRIAC AND ANGEL ROEDING FAMILY TRUST 2014 | ADDRESS ON FILE |
| THE FOUNDERS FUND IV PRINCIPALS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR    SAN FRANCISCO CA 94129 |
| THE FOUNDERS FUND IV, LP | ONE LETTERMAN DRIVE, BUILDING D, 5TH FLOOR    SAN FRANCISCO CA 94129 |

| Name | Address |
|---|---|
| THE FOUNDERS FUND V ENTREPRENEURS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR   SAN FRANCISCO CA 94129 |
| THE FOUNDERS FUND V PRINCIPALS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR   SAN FRANCISCO CA 94129 |
| THE FOUNDERS FUND V, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR   SAN FRANCISCO CA 94129 |
| THE FOUNDERS FUND VI ENTREPRENEURS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR   SAN FRANCISCO CA 94129 |
| THE FOUNDERS FUND VI PRINCIPALS FUND, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR   SAN FRANCISCO CA 94129 |
| THE FOUNDERS FUND VI, LP | ONE LETTERMAN DRIVE BUILDING D, 5TH FLOOR   SAN FRANCISCO CA 94129 |
| THE GLYNN FAMILY TRUST - ADMINISTRATIVE TRUST | ADDRESS ON FILE |
| THE PRIMA JAVELINA TRUST | ADDRESS ON FILE |
| THE SIGNALING SAGUARO TRUST | ADDRESS ON FILE |
| THE VEBLEN TRUST | ADDRESS ON FILE |
| THEMBO, HARRISON | ADDRESS ON FILE |
| THOMAS, NOAH | ADDRESS ON FILE |
| THU, MAUNG MYO | ADDRESS ON FILE |
| THU, RICKY | ADDRESS ON FILE |
| TISCH, CONNOR | ADDRESS ON FILE |
| TISCH, THEODORE | ADDRESS ON FILE |
| TITCOMB, MATTHEW | ADDRESS ON FILE |
| TO, DIANA | ADDRESS ON FILE |
| TOH, KEVIN | ADDRESS ON FILE |
| TOLENTINO, MEGAN | ADDRESS ON FILE |
| TON, ANTHONY | ADDRESS ON FILE |
| TORMEY, DUNCAN | ADDRESS ON FILE |
| TORRES, CHARLES | ADDRESS ON FILE |
| TOUKOKI, CHADIA | ADDRESS ON FILE |
| TRAN, ANH | ADDRESS ON FILE |
| TRAN, CAC | ADDRESS ON FILE |
| TRAN, MADELINE | ADDRESS ON FILE |
| TRAN, TIEN | ADDRESS ON FILE |
| TRAN, TRINH | ADDRESS ON FILE |
| TREJO, JOVY | ADDRESS ON FILE |
| TRINH, MICHELLE | ADDRESS ON FILE |
| TRUEBA, ABRAHAM | ADDRESS ON FILE |
| TRUEBRIDGE DIRECT FUND L.P. | C/O TRUEBRIDGE CAPITAL PARTNERS ATTN MEL WILLIAMS 1011 SOUTH HAMILTON ROAD, SUITE 400  CHAPEL HILL NC 27515 |
| TRUONG, CUONG | ADDRESS ON FILE |
| TRUONG, KATHY | ADDRESS ON FILE |
| TRUONG, TRISH | ADDRESS ON FILE |
| TUCKER, HEATHER | ADDRESS ON FILE |
| TURNER, PETER | ADDRESS ON FILE |
| URIAS, MARCOS | ADDRESS ON FILE |
| VAISHNAV, AJAY | ADDRESS ON FILE |
| VALDES, MANUEL | ADDRESS ON FILE |
| VALDEZ, DYLAN | ADDRESS ON FILE |
| VANDENBROUCKE, ARNE | ADDRESS ON FILE |
| VANNASING, JAMES | ADDRESS ON FILE |
| VAREDI, KOLAEI | ADDRESS ON FILE |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| VAREDIKOLAEI, SEYEDEHMARJAN | ADDRESS ON FILE |
| VASKO, NICHOLAS | ADDRESS ON FILE |
| VASQUEZ, JOSHUA | ADDRESS ON FILE |
| VAZIR, RONISHA | ADDRESS ON FILE |
| VAZQUEZ, RODOLFO | ADDRESS ON FILE |
| VELASQUEZ, EVELYN | ADDRESS ON FILE |
| VELIZCARROLA, KEVEN | ADDRESS ON FILE |
| VELLANI, SHABNAM | ADDRESS ON FILE |
| VEMPATY, ADITYA | ADDRESS ON FILE |
| VICTOROV, DENIS | ADDRESS ON FILE |
| VILLAPUDUA, DAYMIAN | ADDRESS ON FILE |
| VLAHOS, HARRY | ADDRESS ON FILE |
| VOGEL, PETER | ADDRESS ON FILE |
| VOLLMANN, ELISABETH | ADDRESS ON FILE |
| VORA, PRIYANKI | ADDRESS ON FILE |
| VUDATHALA, NEELIMA | ADDRESS ON FILE |
| VUONG, BAOAN | ADDRESS ON FILE |
| WAID, HARRISON | ADDRESS ON FILE |
| WAITE, KELSEY | ADDRESS ON FILE |
| WALCHER-CHEVILLET, CRISTINA | ADDRESS ON FILE |
| WALKER, JOHN II | ADDRESS ON FILE |
| WALLACE, NADIA | ADDRESS ON FILE |
| WALLACH, DAVID A. | ADDRESS ON FILE |
| WALSH, JOSEPH | ADDRESS ON FILE |
| WAMSLEY, JAMES | ADDRESS ON FILE |
| WANG, CINDY | ADDRESS ON FILE |
| WANG, LI-JIE | ADDRESS ON FILE |
| WANG, PUZHOU | ADDRESS ON FILE |
| WANG, SHIJUN | ADDRESS ON FILE |
| WANG, WEI | ADDRESS ON FILE |
| WANG, YANJUN | ADDRESS ON FILE |
| WANJALA, JACKLINE | ADDRESS ON FILE |
| WARREN, OLIVIA | ADDRESS ON FILE |
| WARRIER, ACHYUT | ADDRESS ON FILE |
| WATKINS, EMILY | ADDRESS ON FILE |
| WEGNER, SARA | ADDRESS ON FILE |
| WEINER, JOHN | ADDRESS ON FILE |
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | (CAYMAN) III L.P. 280 CONGRESS STREET   BOSTON MA 2210 |
| WEN, ZHAOYANG | ADDRESS ON FILE |
| WENG, NIKKI | ADDRESS ON FILE |
| WENG, TZUCHING | ADDRESS ON FILE |
| WEST, MICHELLE | ADDRESS ON FILE |
| WHEELER, BRYSON | ADDRESS ON FILE |
| WHITMAN, CHAD | ADDRESS ON FILE |
| WHITMAN, LAURA | ADDRESS ON FILE |
| WHITNEY, BRANDON | ADDRESS ON FILE |
| WI HARPER FUND VII LP | 50 CALIFORNIA STREET, SUITE 2580    SAN FRANCISCO CA 94111 |

| Name | Address |
|------|---------|
| WI HARPER FUND VII QP LP | 50 CALIFORNIA STREET, SUITE 2580   SAN FRANCISCO CA 94111 |
| WI HARPER FUND VII-A LP | 50 CALIFORNIA STREET, SUITE 2580   SAN FRANCISCO CA 94111 |
| WIBOWO, JOSEPH | ADDRESS ON FILE |
| WIEGEL, AARON | ADDRESS ON FILE |
| WILKENS, KAI | ADDRESS ON FILE |
| WINICK, WILLIAM | ADDRESS ON FILE |
| WISE, TIMOTHY | ADDRESS ON FILE |
| WITTY, ANDREW | ADDRESS ON FILE |
| WOLF, LINDSEY | ADDRESS ON FILE |
| WON, BENJAMIN | ADDRESS ON FILE |
| WONG, ELSA | ADDRESS ON FILE |
| WONG, HONG TAT | ADDRESS ON FILE |
| WONG, IAN | ADDRESS ON FILE |
| WONG, JESSICA | ADDRESS ON FILE |
| WOODS, ELI | ADDRESS ON FILE |
| WREN, DONNA | ADDRESS ON FILE |
| WRONSKI, ANNA | ADDRESS ON FILE |
| WU, JOANN | ADDRESS ON FILE |
| WUL, BRIAN | ADDRESS ON FILE |
| XAVIER, JOHAN | ADDRESS ON FILE |
| XIRUM, DOMINGA | ADDRESS ON FILE |
| YAN, JINGREN | ADDRESS ON FILE |
| YANG, CHIH CHAO | ADDRESS ON FILE |
| YANG, JOYCE | ADDRESS ON FILE |
| YAZDANIFAR, MAHBOUBEH | ADDRESS ON FILE |
| YEAGER, JENNIFER | ADDRESS ON FILE |
| YEE, STEPHEN | ADDRESS ON FILE |
| YEH, HENRY | ADDRESS ON FILE |
| YIM, TERRENCE | ADDRESS ON FILE |
| YODER, DAVID | ADDRESS ON FILE |
| ZAIDI, QAISER | ADDRESS ON FILE |
| ZAININGER, JAMES | ADDRESS ON FILE |
| ZAMORA, KEVIN ARCENIO | ADDRESS ON FILE |
| ZELIN, ELENA | ADDRESS ON FILE |
| ZELINSKI, MATTHEW | ADDRESS ON FILE |
| ZENG, ZIHAO | ADDRESS ON FILE |
| ZEPEDA, ADRIANNA | ADDRESS ON FILE |
| ZHAI, DAN | ADDRESS ON FILE |
| ZHANG, CHRISTOPHER | ADDRESS ON FILE |
| ZHANG, KENNETH | ADDRESS ON FILE |
| ZHANG, RENHAO | ADDRESS ON FILE |
| ZHANG, ZHU | ADDRESS ON FILE |
| ZHAO, YANG | ADDRESS ON FILE |
| ZHEN PARTNERS FUND IV, L.P. | PO BOX 10008, WILLOW HOUSE   CRICKET SQUARE GRAND CAYMAN KY11001. CAYMAN ISLANDS |
| ZHENG, WENXUAN | ADDRESS ON FILE |
| ZHENG, YUETING | ADDRESS ON FILE |
| ZHENG, YUXUAN | ADDRESS ON FILE |

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| ZHU, JIE | ADDRESS ON FILE |
| ZHU, JONATHAN | ADDRESS ON FILE |

## Total Count: 1093

# **Exhibit 14**

Synthego Corporation
Address Service List

| Name | Address |
| --- | --- |
| 8VC CO-INVEST FUND I, L.P. | 907 SOUTH CONGRESS AVE 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC ENTREPRENEURS FUND I, L.P. | 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| 8VC FUND I, L.P | 907 SOUTH CONGRESS AVE   AUSTIN TX 78704 |
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN   KY1-1001 CAYMAN ISLANDS |
| APPRENTICE FS, INC. | ATTN: STEVEN COREY 190 CHRISTOPHER COLUMBUS DRIVE UNIT 5A  JERSEY CITY NJ 7302 |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| BUCHALTER, A PROFESSIONAL CORP | C/O SHAWN M CHRISTIANSON 425 MARKET STREET, STE 2900   SAN FRANCISCO CA 94105-3493 |
| DECLARATION CAPITAL PE SPV XLVI LLC | ATTN: ROB JACKOWITZ 510 MADISON AVENUE   NEW YORK NY 10022 |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046  WILMINGTON DE 19801 |
| DONNELLEY FINANCIAL SOLUTIONS | ATTN: JAMIE TOOMBS, MANAGER-AR 391 STEEL WAY   LANCASTER PA 17601 |
| EMERGING TECHNOLOGIES FUND II LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| EMERGING TECHNOLOGIES FUND III LLC | ATTN: MARC WEISS 1140 AVENUE OF THE AMERICAS 9TH FLOOR  NEW YORK NY 10036 |
| ERNST & YOUNG US LLP | ATTN: AAMIR QURESHI, CEO 303 S ALMADEN BLVD   SAN JOSE CA 95110 |
| ERS GENOMICS LIMITED | 88 HARCOURT STREET   DUBLIN   IRELAND |
| EXCELSIOR HOLDINGS C2 LLC | ATTN: TODD MIRANDA, CEO 6600 FRANCE AVE. S. SUITE 550  MINNEAPOLIS MN |
| GIGAFUND 1, LP | ATTN: S. OSKOUI, CO-FOUNDER MGN PTR 1200 SEAPORT BLVD   REDWOOD CITY CA 94063 |
| GRANT THORNTON LLP | ATTN: CHRIS STATHOPOULOS, DEP CNSL 101 CALIFORNIA ST. SUITE 2700  SAN FRANCISCO CA 94111 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |
| LESLIE ENTERPRISES LP | ATTN: MARK LESLIE 738 WESTRIDGE DRIVE   PORTOLA VALLEY CA 94028 |
| LUMA BIO-IT SPV, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101  SAN FRANCISCO CA 94111 |
| LUMA BIO-IT SPV-A, L.P. | ATTN: IAN SHANNON, GENERAL COUNSEL PIER 5 SUITE 101  SAN FRANCISCO CA 94111 |
| MENLO VENTURES XI, L.P. | ATTN: JOHN G. STOKES 3000 SAND HILL ROAD BUILDING 4, SUITE 100  MENLO PARK CA 94025 |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | ATTN VENKY GANESAN, MANAGING MEMBER 2884 SAND HILL ROAD SUITE 100  MENLO PARK CA 94025 |
| MORROW-MEADOWS CORPORATION | ATTN: CATHLEEN VICK, CEO 231 BENTON CT   WALNUT CA 91789 |
| MOSS & BARNETT | 150 SOUTH FIFTH STREET, STE 1200   MINNEAPOLIS MN 55402 |
| NIXON PEABODY LLP | (COUNSEL TO ERS GENOMICS LIMITED) ONE EMBARCADERO CENTER 32ND FLR  SAN FRANCISCO CA 94111 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JONATHAN LIPSHIE, MEGAN SELIBER J CALEB BOGGS FEDERAL BUILDING 844 N. KING STREET, SUITE 2207  WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | COUNSEL TO REPROCELL USA INC.  ATTN: BRIAN J. MCLAUGHLIN, ESQ. 222 DELAWARE AVENUE, SUITE 1105  WILMINGTON DE 19801 |
| PERCEPTIVE CR. HOLDINGS III LP | C/O MORRISON & FOERESTER LLP ATTN: JAMES NEWTON, MIRANDA RUSSELL J. KRENN, D. MCKENZIE, W. WINSETT 250 W 55TH ST NEW YORK NY 10019-9601 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | C/O POTTER ANDERSON & CORROON LLP ATTN CHRISTOPHER SAMIS, BRETT  HAYWOOD, SHANNON FORSHAY 1313 N. MARKET ST, 6TH FLR WILMINGTON DE 19801 |
| PROPHARMA GROUP HOLDINGS, LLC | ATTN: TOM HUNTER 107 WEST HARGETT STREET   RALEIGH NC 27601 |
| PRS, LLC | ATTN: ERIN LASSEN, CFO 250 WEST 55TH STREET 26TH FLOOR  NEW YORK NY 10019 |
| RNA SPV LLC | ATTN: SARAH BOYCE, CEO 3211 SOUTH OCEAN BLVD. SUITE 701  HIGHLAND BEACH FL 33487 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100   NEW YORK NY 10004-2616 |
| TN DEPT OF REVENUE | C/O TN ATTY GENERAL'S OFFICE,  BANKRUPTCY DIVISON PO BOX 20207  NASHVILLE TN 37202-0207 |
| TRUEBRIDGE DIRECT FUND L.P. | C/O TRUEBRIDGE CAPITAL PARTNERS ATTN MEL WILLIAMS 1011 SOUTH HAMILTON ROAD, SUITE 400  CHAPEL HILL NC 27515 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MELISSA APPENRODT 767 FIFTH AVENUE   NEW YORK NY 10153 |

| Name | Address |
|------|---------|
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | (CAYMAN) III L.P. ATTN: TIMOTHY KANE 280 CONGRESS STREET  BOSTON MA 2210 |

# Total Count: 41

# **Exhibit 15**

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| AMPAC FINE CHEMICALS, LLC | PO BOX 1718    RANCHO CORDOVA CA 95741-1718 |
| APPRENTICE FS, INC. | 101 HUDSON ST, 38TH FL    JERSEY CITY NJ 07302 |
| BIO-RAD LABORATORIES, INC. | 1000 ALFRED NOBEL DR., MS 1-130    HERCULES CA 94547 |
| CINTAS CORPORATION | ATTN STEPHEN MALKIEWICZ, BK COUNSEL 6800 CINTAS BLVD    MASON OH 45040 |
| DIAAGO LLC | 1598 BALTIMORE PIKE, 1ST FL SOUTH    CHADDS FORD PA 19317 |
| EATON CORPORATION | ATTN GLOBAL TRADE CREDIT 1000 EATON BOULEVARD, S5    CLEVELAND OH 44122 |
| FISHER SCIENTIFIC COMPANY, L.L.C. | C/O BEVERLY WEISS MANNE 1500 ONE PPG PL    PITTSBURGH PA 15222 |
| GLOBAL LIFE SCIENCES SOLUT. USA LLC | 100 RESULTS WAY    MARLBOROUGH MA 01752 |
| IRON MOUNTAIN INFORMATION MGMT LLC | ATTN JOSEPH P CORRIGAN 1101 ENTERPRISE DR    ROYERSFORD PA 19468 |
| LABX MEDIA GROUP INC. | 334 KING STREET, UNIT 2    MIDLAND ON L4R 3M8 CANADA |
| LIFE TECHNOLOGIES CORPORATION | C/O BEVERLY WEISS MANNE 1500 ONE PPG PL    PITTSBURGH PA 15222 |
| PEARL PATHWAYS, LLC | 10300 KINCAID DR, STE 200    FISHERS IN 46037 |
| PENSKE TRUCK LEASING CO., L.P. | PO BOX 563    READING PA 19603 |
| PRECISION METAL TOOLING, INC. | 5101 SAN LEANDRO STREET    OAKLAND CA 94601 |
| PRIME ANALYTICAL LABORATORIES, LLC | ATTN JUAN MUNOZ, CEO 4055 NELSON AVE    CONCORD CA 94520 |
| R & S ERECTION NORTH PENINSULA INC. | 133 S LINDEN AVENUE    SOUTH SAN FRANCISCO CA 94080 |
| RELIABLE FIRE EXTINGUISHER | PO BOX 3461    REDWOOD CITY CA 94064 |
| REPROCELL USA INC. | C/O BRIAN J MCLAUGHLIN 222 DELAWARE AVE, STE 1105    WILMINGTON DE 19801 |
| SPRINT E-LOGISTICS LTD | A2 PARKWAY TRADING ESTATE CRANFORD LANE    HOUNSLOW TW5 QA    UNITED KINGDOM |
| TECHNOLOGY NETWORKS LTD. | 334 KING STREET, UNIT 2    MIDLAND ON L4R 3M8 CANADA |
| THERMO FISHER SCIENTIFIC (MILWAUKEE | C/O BEVERLY WEISS MANNE 1500 ONE PPG PL    PITTSBURGH PA 15222 |
| THOMAS SCIENTIFIC, LLC | ATTN ANGELA HIPPLE, SVP, CONTROLLER PO BOX 99    SWEDESBORO NJ 08085 |
| VITA THERAPEUTICS, INC. | 801 W BALTIMORE ST, STE 301    BALTIMORE MD 21201 |
| WORKDAY, INC. | C/O PERKINS COIE LLP  ATTN BRADLEY A. COSMAN 2525 E CAMELBACK RD, STE 500  PHOENIX AZ 85016 |

# Total Count: 24

# **Exhibit 16**

Synthego Corporation
Address Service List

| Name | Address |
|------|---------|
| LONGBOTTOM, TREVOR | ADDRESS ON FILE |
| SKARNES, WILLIAM | ADDRESS ON FILE |
| WAITE, KELSEY | ADDRESS ON FILE |
| WHITNEY, BRANDON | ADDRESS ON FILE |

# Total Count: 4

# Exhibit 17

| Name | Address |
|------|---------|
| CHEMGENES CORPORATION | 33 INDUSTRIAL WAY   WILMINGTON MA 1887 |
| FESTO CORPORATION | ATTN: SALVATORE BUCCELLATO 1377 MOTOR PARKWAY, SUITE 310   ISLANDIA  NY 11749 |
| PERCEPTIVE CREDIT HOLDINGS III, LP | AS SENIOR AGENT C/O PERCEPTIVE ADVISORS ATTN SANDEEP DIXIT, CCO 51 ASTOR PL, 10TH FL NEW YORK NY 10003 |
| WELLINGTON HADLEY HARBOR MASTER INV | C/O WILMER CUTLER ET AL ATTN GEORGE W SHUSTER JR 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |

# Total Count: 4