**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

**NOTICE OF THE OCCURRENCE OF SALE CLOSING
PURSUANT TO ASSET PURCHASE AGREEMENT AND
ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR TRANSFER
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on May 29, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Authorizing Entry Into Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Certain Expense Reimbursement Provisions, and (F) Granting Related Relief* [Docket No. 97] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that on June 6, 2025, pursuant to the Bidding Procedures Order, the Debtor filed the *Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* [Docket No. 134] (the "Initial Cure Notice"). On June 16, 2025, the Debtor filed the *Supplemental Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* [Docket No. 144]. On July 16, 2025, the Debtor filed the *Second Supplemental Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* [Docket No. 185], which has an objection deadline of July 30, 2025 at 5:00 p.m. (Prevailing Eastern Time), (the "Supplemental Cure Notices," and, together with the Initial Cure Notice, the "Cure Notices"), respectively, which included lists of potentially assumed and assigned executory contracts or unexpired leases, attached hereto as **Schedule A, Schedule B,** and **Schedule C** and set forth the Debtor's proposed Cure Amount related to each such executory contract or unexpired lease.

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order, the Sale Order (as defined herein), or the Stalking Horse APA (as defined in the Sale Order), as applicable.

4928-6917-6403.6 82578.00002

**PLEASE TAKE FURTHER NOTICE** that, on June 24, 2025, the Debtor filed the *Notice of Successful Bidder and Cancellation of Auction* [Docket No. 160], whereby the Debtor announced the cancellation of the auction and the selection of the Stalking Horse Bidder, Perceptive Credit Holdings III, LP (or its designee, the "Purchaser"), as the Successful Bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that, on June 26, 2025, the Court entered an order [Docket No. 169] (the "Sale Order") approving, among other things, (i) the Debtor's entry into and performance under the Stalking Horse APA and authorizing the sale of substantially all of the Debtor's assets to the Purchaser (and/or its designees) and (ii) assumption by the Debtor and assignment to the Purchaser (and/or its designees) of certain executory contracts and unexpired leases to be designated by the Purchaser as "Assigned Contracts" pursuant to the Sale Order, the Stalking Horse APA, and sections 363 and 365 of the Bankruptcy Code, subject to, and effective as of, the closing of the Sale (such date, the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that, the Closing Date of the Sale under the Stalking Horse APA occurred on **July 18, 2025**, and each of the executory contracts and unexpired leases identified in the Cure Notices has been assumed and assigned, and otherwise transferred, to the Purchaser as of the Closing Date (subject to expiration of the objection deadline as to the executory contracts or unexpired leases listed on **Schedule C** attached hereto).

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the Debtor's website at https://dm.epiq11.com/case/synthego/info. You may also obtain copies of any filed documents by visiting the Court's website at https://ecf.ded.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Dated: July 21, 2025    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email:    dgrassgreen@pszjlaw.com
          mlitvak@pszjlaw.com
          mpagay@pszjlaw.com
          joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*