# SCHEDULE A

| No. | Contract Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|
| 1 | 23andMe, Inc. | Research Use Only products | 7/21/2023 | -- |
| 2 | 4baseio UK, Ltd. | Material Transfer Agreement | 4/13/2023 | -- |
| 3 | 955 Charter Partners | Lease agreement | 4/6/2021 | 13,000 |
| 4 | 955 Charter Partners | Stormwater Treatment Measures | unknown | -- |
| 5 | AbbVie, Inc. | Research Use Only products | 6/23/2023 | -- |
| 6 | Adaptimmune Limited | GMP like RNA products | 5/3/2023 | -- |
| 7 | Akron BioManufacturing, LLC | Manufacturing | 10/26/2022 | -- |
| 8 | Anderson Tax LLC | Valuation Services | 3/11/2024 | -- |
| 9 | Angela Summers | Consulting | 1/6/2025 | -- |
| 10 | Arsenal Biosciences, Inc. | Master agreement for project order services | 11/14/2022 | -- |
| 11 | ArsenalBio | GMP sgRNA | 3/29/2021 | -- |
| 12 | Aspen Neuroscience, Inc. | Research Use Only products | 6/14/2022 | -- |
| 13 | AstraZeneca Pharmaceuticals LP | Master agreement for project order services | 1/20/2024 | -- |
| 14 | AstraZeneca Pharmaceuticals LP | Master agreement for project order services | 7/12/2023 | -- |
| 15 | AstraZeneca Pharmaceuticals LP | License Agreement | 1/1/2025 | -- |
| 16 | AstraZeneca UK Limited | Material Transfer Agreement | 8/12/2020 | -- |
| 17 | Avance Biosciences, Inc. | Referral and Co-Marketing Agreement | 9/8/2023 | -- |
| 18 | Barton Integration, LLC | Installation & Service Agreement | 5/24/2022 | -- |
| 19 | Baylor College of Medicine | GMP RNA products | 3/6/2023 | -- |
| 20 | Beam Consulting Company | Managed service support for Salesforce software | 10/21/2024 | -- |
| 21 | Beckman Research Institute of the City of Hope | GMP like RNA products | 1/8/2021 | -- |
| 22 | Beckman Research Institute of the City of Hope | GMP like RNA products | 1/8/2021 | -- |
| 23 | BeiGene (Taiwan) Limited | GMP-like sgRNA | 3/27/2023 | -- |
| 24 | Beijing Tee & Howe Law Office | Evaluation Agreement | | -- |
| 25 | Biolegio B.V. | Distributor agreement | 2/28/2025 | -- |
| 26 | Bio-Medical Science Co., Ltd. | RNA Reseller Agreement | 12/26/2016 | -- |
| 27 | Bit Bio Limited | GMP RNA Products | 3/25/2022 | -- |
| 28 | Bit.Bio Ltd. | Research & Development agreement | 6/29/2023 | -- |
| 29 | Blueprint Medecines Corporation | Research Use Only products | 1/27/2023 | -- |
| 30 | BlueRock Therapeutics LP | Master agreement for project order services | 3/15/2021 | -- |
| 31 | BlueRock Therapeutics LP | GMP RNA Products | 3/10/2020 | -- |
| 32 | BlueSphere Bio | GMP-like sgRNA | 8/30/2021 | -- |
| 33 | Board of Regents of the University of Oklahoma | Clonal Cell Line | 9/27/2019 | -- |
| 34 | Bodner Flom Law Offices | Power of attorney | 3/29/2022 | -- |
| 35 | California Institute for Regenerative Medecine | Industry resource memorandum of understanding | 9/14/2023 | -- |
| 36 | California Institute for Regenerative Medicine | Industry resource memorandum of understanding | 9/3/2024 | -- |
| 37 | Cartherics Pty Ltd | GMP-like sgRNA | 1/4/2021 | -- |
| 38 | Celularity Inc. | GMP-like sgRNA | 4/26/2022 | -- |
| 39 | Charite | GMP RNA Products | 7/14/2021 | -- |
| 40 | Chengdu Ucello Biotechnology Co. Limited | GMP like RNA Products | 12/11/2023 | -- |
| 41 | Chengdu Ucello Biotechnology Co., Limited | Master agreement for project order services | 4/1/2024 | -- |
| 42 | Children's GMP, LLC | Sale & use agreement | 6/27/2024 | -- |
| 43 | Chili Piper, Inc. | Sales lead generation | 9/30/2024 | -- |
| 44 | Chili Piper, Inc. | Demand Conversion Platform | 9/30/2024 | -- |
| 45 | City of Hope | GMP-like sgRNA | 1/8/2021 | -- |
| 46 | Clari, Inc. | Groove Core email, calendar, activity tracking & integration | 1/7/2025 | -- |
| 47 | Cloudflare | Mutual NDA | 1/25/2024 | 44 |
| 48 | Config Consultants, LLC | Managed service support for Salesforce software | 1/20/2025 | -- |
| 49 | Config Consultants, LLC | Specific services outlined in work order | 12/27/2022 | -- |
| 50 | Contentstack Inc. | SaaS | 9/2/2022 | -- |
| 51 | Corporate Visions, Inc. | Specific services outlined in SOW | 1/6/2022 | -- |
| 52 | Corporate Visions, Inc. | Digital workshop modules for employee training | 1/26/2022 | -- |
| 53 | CorrGene Biotechnology Co., Ltd. | GMP like RNA Products | 8/15/2022 | -- |
| 54 | CRISPR Therapeutics | GMP like RNA Products | 12/15/2020 | -- |
| 55 | CRISPR Therapeutics, Inc. | Research Use Only products | 3/10/2021 | -- |
| 56 | Dakewe Biotech Co., Ltd. | non-exclusive distributor agreement | 1/6/2020 | -- |
| 57 | Decode Sciences Pty Ltd. | Distributor agreement | 2/14/2025 | -- |
| 58 | Degree, Inc. (dba Lattice) | SaaS | 7/17/2024 | 45 |
| 59 | Dice Therapeutics, Inc. | Research Use Only products | 4/14/2023 | -- |
| 60 | Editco Bio, Inc. | Distributor agreement | 3/20/2024 | 492,600 |
| 61 | Editco Bio, Inc. | Supply & distribution agreement | 3/20/2024 | -- |
| 62 | Eggli Properties | Lease agreement | 6/28/2018 | -- |
| 63 | Eggli Properties | Lease Agreement Amendment | 6/28/2018 | -- |
| 64 | Element Materials Technology Pharma US LLC | Testing, development, and validation services | 11/18/202 | -- |
| 65 | EMD Millipore Corporation | Recyclable containers and equipment | 8/19/2022 | -- |
| 66 | Emory University | Purchase Order | 4/24/2020 | -- |

| No. | Contract Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|
| 67 | F. Hoffman LaRoche Ltd | Material Transfer Agreement | 7/13/2019 | -- |
| 68 | Fate Therapeutics | Research Use Only products | 3/15/2022 | -- |
| 69 | Fathom Video, Inc. | IT software license | 3/5/2025 | -- |
| 70 | Fiscal Solutions Ltd. | Tax Services | 12/31/2024 | -- |
| 71 | Fisher Scientific Company LLC | Returnable Drum System Agreement | 1/1/2025 | -- |
| 72 | Fondazione Telethon ETS | GMP like RNA Products | 10/7/2023 | -- |
| 73 | Fu Xin Medical Equipment Co., Ltd. | Distributor agreement | 2/12/2025 | -- |
| 74 | Fu Xin Medical Equipment Co., Ltd. | RNA Reseller Agreement | 3/17/2017 | -- |
| 75 | Funakoshi Co., Ltd. | non-exclusive distributor agreement | 6/1/2017 | -- |
| 76 | Genentech, Inc. | Master agreement for project order services | 7/21/2020 | -- |
| 77 | Graphite Bio, Inc. | GMP RNA Products | 12/14/2020 | -- |
| 78 | Graphite Bio, Inc. | GMP RNA Products | 1/21/2021 | -- |
| 79 | GSL Biotech, Inc. (SnapGene) | Software License Agreement | 10/10/2024 | -- |
| 80 | Haven Ave., LLC (Formerly White Properties) | Lease agreement | 5/1/2017 | 544,000 |
| 81 | Haven Ave., LLC (Formerly White Properties) | Lease Agreement Amendment | 5/1/2017 | -- |
| 82 | Haven Ave., LLC (Formerly White Properties) | Lease agreement | 7/9/2013 | -- |
| 83 | Haven Ave., LLC (Formerly White Properties) | Lease Agreement Amendment | 5/1/2022 | -- |
| 84 | Huidagene Therapeutics PTD LTD | License Agreement | 12/26/2023 | -- |
| 85 | HuiGene Therapeutics Co, Ltd. | Research License & Material Transfer Agreement | 12/7/2022 | -- |
| 86 | Ingenium Group, LLC | Waste treatment and disposal | 6/1/2024 | -- |
| 87 | Institute For Systems Biology | GMP RNA Products | 10/31/2024 | -- |
| 88 | Intelletrace, Inc. | Master Services Agreement | 10/13/2022 | -- |
| 89 | Jansen Research & Development LLC | Laboratory Service Agreement | 8/14/2019 | -- |
| 90 | Jansen Research & Development LLC | Laboratory Service Agreement | 11/21/2019 | -- |
| 91 | Jansen Research & Development LLC | Laboratory Service Agreement | 6/4/2020 | -- |
| 92 | Jansen Research & Development LLC | Laboratory Service Agreement | 6/8/2021 | -- |
| 93 | Jeff Merrick DBA Wireform, LLC | Consulting | 3/14/2025 | -- |
| 94 | Kactus Bio, Inc. | Supply Agreement | 7/1/2024 | -- |
| 95 | Kactus Bio, Inc. | Supply Agreement | 3/1/2025 | -- |
| 96 | Lab-a-Porter Ltd. | Distributor agreement | 2/19/2025 | -- |
| 97 | Labospace, S.R.L. | Distributor agreement | 3/24/2025 | -- |
| 98 | LeadIQ | Licensed software | 12/15/2024 | -- |
| 99 | Leidos Biomedical Research, Inc. | Master agreement for project order services | 10/30/2024 | -- |
| 100 | LG CHEM Ltd. | Master agreement for project order services | 10/22/2022 | -- |
| 101 | LinkedIn | Sales Navigator software | 3/1/2025 | -- |
| 102 | LinkedIn | Software License Agreement | 10/7/2024 | -- |
| 103 | LinkSquares, Inc. | SaaS Services | 3/19/2024 | 41,546 |
| 104 | Lycia Therapeutics, Inc. | Research Use Only products | 7/28/2022 | -- |
| 105 | Medical University of Bialystock | Research Agreement | 6/16/2020 | -- |
| 106 | Merissa Hamilton | Consulting | 11/7/2024 | -- |
| 107 | ModernaTX, Inc. | Master agreement for project order services | 10/23/2024 | -- |
| 108 | National Institute of Standards & Technology | Research & Development agreement | 9/18/2018 | -- |
| 109 | Nationwide Childrens Hosptal Research Institute | GMP-like sgRNA | 5/12/2022 | -- |
| 110 | Neogene Therapeutics, Inc. | Master agreement for project order services | 12/9/2022 | -- |
| 111 | Neogene Therapeutics, Inc. | Master agreement for project order services | 8/23/2023 | -- |
| 112 | Neogene Therapeutics, Inc. | GMP like RNA Products | 4/15/2021 | -- |
| 113 | Nested Therapeutics, Inc. | Research Use Only products | 5/11/2022 | -- |
| 114 | Neumora Therapeutics | Research Use Only products | 4/18/2023 | -- |
| 115 | Neurocrine Biosciences, Inc. | Research Use Only products | 9/18/2023 | -- |
| 116 | Neuvocor Pte. Ltd. | Research Use Only products | 8/17/2022 | -- |
| 117 | Nine Square Therapeutics Corporation | Research Use Only products | 10/24/2022 | -- |
| 118 | Novo Nordisk | Pharmaceutical services | 10/25/2022 | -- |
| 119 | Open Avenues Foundation | Career support programming for foreign nationals | 6/16/2023 | -- |
| 120 | Oracle America, Inc. | Netsuite Cloud services | 1/20/2025 | -- |
| 121 | Oxford BioTheapeutics LTD | Research Use Only products | 2/20/2024 | -- |
| 122 | Pacific Biolabs, Inc. | Specific services outlined in work order | 7/25/2024 | 8,400 |
| 123 | Packman & Associates, Inc. | Management consulting and executive development services | 11/1/2024 | -- |
| 124 | Pact Pharma, Inc. | GMP-like sgRNA | 8/28/2020 | -- |
| 125 | Pact Pharma, Inc. | GMP-like sgRNA | 12/21/2021 | -- |
| 126 | Pact Pharma, Inc. | GMP-like sgRNA | 9/7/2021 | -- |
| 127 | Pangea Inc. | Specific services outlined in work order | 10/13/2022 | -- |
| 128 | Pfizer, Inc. | Master agreement for project order services | 9/1/2021 | -- |
| 129 | Pfizer, Inc. | Master agreement for project order services | 4/1/2023 | -- |
| 130 | PhileKorea Technology, Inc. | Distributor agreement | 2/14/2025 | -- |
| 131 | Poseida Therapeutics, Inc. | Research Use Only products | 5/16/2023 | -- |
| 132 | Poseida Therapeutics, Inc. | GMB sgRNA | 10/1/2021 | 21,399 |
| 133 | Poseida Therapeutics, Inc. | GMB sgRNA | 9/30/2021 | -- |
| 134 | Prelude Therapeutics, Inc. | Research Use Only products | 6/12/2023 | -- |
| 135 | Productiv, Inc. | SaaS | 4/22/2022 | 616 |
| 136 | Proof Diagnostics, Inc. (Pine Tree Health) | GMP like RNA Products | 3/31/2021 | -- |
| 137 | Rebecca Roberts | Consulting | 1/1/2025 | -- |
| 138 | Research Institute at Nationwide Children's Hospital | GMP like RNA Products | 5/12/2022 | -- |

| No. | Contract Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|
| 139 | Rockend Limited | CRISPR SGRNA | 4/30/2021 | -- |
| 140 | Ryvu Therapeutics, S.A. | GRNA Products | 12/16/2021 | -- |
| 141 | Ryvu Therapeutics, S.A. | GRNA Products | 12/10/2021 | -- |
| 142 | Ryvu Therapeutics, S.A. | GRNA Products | 6/28/2022 | -- |
| 143 | Salesforce, Inc. | Tableau cloud services / software | 3/24/2025 | -- |
| 144 | Salesforce, Inc. | Cloud data services | 2/1/2025 | -- |
| 145 | Sana Biotechnology, Inc. | Research Use Only products | 11/7/2023 | -- |
| 146 | Sana Biotechnology, Inc. | Master agreement for project order services | 6/30/2021 | -- |
| 147 | Sana Biotechnology, Inc. | Master agreement for project order services | 12/1/2022 | -- |
| 148 | SAS Biotika | Distributor agreement | 1/30/2025 | -- |
| 149 | Science Exchange, Inc. | Master agreement for project order services | 1/1/2023 | -- |
| 150 | Scratchpad, Inc. | IT - SAAS forecasting software | 10/18/2024 | 3,744 |
| 151 | Scripps Research Institute Florida | GMP like RNA Products | 11/18/2021 | -- |
| 152 | Servier Pharmaceuticals LLC | Research Use Only products | 6/20/2022 | -- |
| 153 | Sifted, LLC | Specific services outlined in Schedule 1 | 6/4/2024 | -- |
| 154 | Snowflake, Inc. | Training Services | 11/13/2024 | -- |
| 155 | SOAProjects, Inc. | Specific services outlined in addendums | 3/12/2024 | -- |
| 156 | SRI International | GRNA Products | 6/28/2022 | -- |
| 157 | St. Jude Children's Research Hospital | GMP like RNA Products | 7/10/2020 | -- |
| 158 | St. Jude Children's Research Hospital | GMP like RNA Products | 7/27/2024 | -- |
| 159 | St. Jude Children's Research Hospital | GRNA Products | 4/19/2021 | -- |
| 160 | St. Jude Children's Research Hospital | GRNA Products | 7/22/2021 | -- |
| 161 | Supreme Optimization, LLC | Digital Marketing Agreement | 5/2/2025 | -- |
| 162 | Syserco, Inc. | Software License Agreement | 5/1/2024 | -- |
| 163 | Talend, Inc. | SaaS Services | 9/10/2024 | -- |
| 164 | The Regents of the University of California | Certification for provision of products | 10/18/2022 | -- |
| 165 | The Regents of the University of California | RNA products | 6/1/2023 | -- |
| 166 | The Regents of the University of California | Sponsored Research Agreement | 8/31/2021 | -- |
| 167 | The Regents of the University of California | GMB sgRNA | 7/31/2021 | -- |
| 168 | The Regents of the University of California | GMB sgRNA | 7/31/2021 | -- |
| 169 | The Trustees of the University of Pennsylvania | Master agreement for project order services | 10/25/2024 | -- |
| 170 | The University of Texas M.D. Anderson Cancer Center | CRISPR SGRNA | 12/31/2019 | -- |
| 171 | The University of Texas M.D. Anderson Cancer Center | CRISPR SGRNA | 3/24/2021 | -- |
| 172 | T-knife GMBH | Master agreement for project order services | 5/21/2024 | -- |
| 173 | T-knife GMBH | Master agreement for project order services | 9/19/2024 | -- |
| 174 | Trinet | Service Agreement | unknown | -- |
| 175 | Ultragenyx Pharmaceutical, Inc. | Research services | 2/12/2020 | -- |
| 176 | Ultragenyx Pharmaceutical, Inc. | Master agreement for project order services | 2/12/2025 | -- |
| 177 | Universal Janitorial | Janitorial Services | 1/1/2025 | -- |
| 178 | University of Vermont | Research Use Only products | 12/11/2023 | -- |
| 179 | Validaton Systems, Inc. | Supplier Quality Agreement | 11/11/2024 | -- |
| 180 | Vertex Pharmaceuticals, Inc. | RNA synthesis services | 12/15/2020 | -- |
| 181 | Vertex Pharmaceuticals, Inc. | RNA synthesis services | 12/22/2017 | -- |
| 182 | Vertex Pharmaceuticals, Inc. | GMP like RNA Products | 4/22/2022 | -- |
| 183 | Vita Therapeutics, Inc. | Therapeutic sublicense agreement | 2/13/2025 | -- |
| 184 | Vita Therapeutics, Inc. | GRNA Products | 6/23/2022 | -- |
| 185 | Vivet Therapeutics, SAS | Research Use Only products | 3/16/2022 | -- |
| 186 | Vivet Therapeutics, SAS | Non-Clinical Services | 9/14/2021 | -- |
| 187 | Waters Technologies Corp. | Laboratory Servicing Agreement | 3/1/2025 | -- |
| 188 | Xaira Therapeutics, Inc. | Master agreement for project order services | 1/21/2025 | -- |
| 189 | Xap Therapeutics, Inc. | Research Use Only products | 6/1/2023 | 22,255 |
| 190 | Xap Therapeutics, Inc. | GMP-like sgRNA | 6/5/2023 | -- |
| 191 | Y.A. Almog Diagnositc & Medical Equipment, Ltd. | Distributor agreement | 2/27/2025 | -- |