# **SCHEDULE B**

| No. | Contract Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|
| 1 | Biotools Co., Ltd. | non-exclusive distributor agreement | 3/27/2025 | -- |
| 2 | E-Technologies Group, LLC | Specific services outlined in SOW | 7/19/2023 | -- |
| 3 | Xavo USA, Inc. | SaaS | 6/3/2022 | -- |