# SCHEDULE C

| No. | Contract Counterparty | Contract/Lease Title | Date of Contract/Lease | Cure Amount |
|---|---|---|---|---|
| 1 | LG CHEM Ltd. | Quality Agreement | 9/14/2023 | -- |
| 2 | Genentech, Inc. | Quality Agreement for sgRNA Materials | 12/12/2022 | -- |
| 3 | BeiGene (Taiwan) Limited | Quality Agreement | 11/29/2023 | -- |
| 4 | Arsenal Biosciences, Inc. | Quality Agreement | 10/8/2024 | -- |
| 5 | BlueSphere Bio | Quality Agreement | 6/7/2022 | -- |
| 6 | Neogene Therapeutics, Inc. | Quality Agreement | 12/22/2021 | -- |
| 7 | St Jude | Quality Agreement | 7/11/2024 | -- |
| 8 | Vita Therapeutics, Inc. | Quality Agreement | 6/1/2022 | -- |
| 9 | Fondazione Telethon ETS | Quality Agreement | 12/21/2023 | -- |
| 10 | Charite | Quality Agreement | 1/12/2022 | -- |
| 11 | Vascugen, Inc. | Quality Agreement | 11/29/2021 | -- |
| 12 | Ucello | Quality Agreement | 3/26/2024 | -- |
| 13 | Asrtazeneca | Quality Agreement | 5/27/2025 | -- |
| 14 | Poseida Therapeutics, Inc. | Quality Agreement | 4/18/2024 | -- |
| 15 | City of Hope | Quality Agreement | 8/19/2024 | -- |
| 16 | T-knife GMBH | Quality Agreement | 9/25/2024 | -- |
| 17 | Leidos Biomedical Research, Inc. | Quality Agreement | 11/27/2024 | -- |
| 18 | Kactus Bio Therapeutics, Inc. | Quality Agreement | 12/18/2024 | -- |
| 19 | UPENN Therapeutics, Inc. | Quality Agreement | 1/31/2025 | -- |