



All Cases: Synthego Corporation 25-10823 Synthego Corporation

Sorted Numerical Claims

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| PG&E<br>ATTN BANKRUPTCY<br>PO BOX 8329<br>STOCKTON, CA 95208 | 1 | 06/17/2025 | Synthego Corporation | | | Unsecured: $29,801.94 | $29,801.94 |
| SIGMA-ALDRICH INC<br>3050 SPRUCE STREET<br>SAINT LOUIS, MO 63103 | 2 | 06/17/2025 | Synthego Corporation | | | Unsecured: $12,004.00 | $12,004.00 |
| EATON CORPORATION<br>ATTN GLOBAL TRADE CREDIT<br>1000 EATON BOULEVARD, S5<br>CLEVELAND, OH 44122 | 3 | 06/19/2025 | Synthego Corporation | | | Unsecured: $12,044.32 | $12,044.32 |
| CIRCUITS & SYSTEMS INC<br>D/B/A ARLYN SCALES<br>59 2ND ST<br>EAST ROCKAWAY, NY 11518 | 4 | 06/23/2025 | Synthego Corporation | | | Unsecured: $600.00 | $600.00 |
| WATERPROOFING ASSOCIATES INC<br>1295 NORMAN AVENUE<br>SANTA CLARA, CA 95054 | 5 | 06/23/2025 | Synthego Corporation | | | Unsecured: $1,343.00 | $1,343.00 |
| UNITED STATES PLASTIC CORP (USP)<br>1390 NEUBRECHT ROAD<br>LIMA, OH 45801 | 6 | 06/23/2025 | Synthego Corporation | | | Unsecured: $43.95 | $43.95 |
| YEAGER, JENNIFER<br>ADDRESS ON FILE | 7 | 06/24/2025 | Synthego Corporation | | | Unsecured: $26,000.00 | $26,000.00 |
| MICHELLI MEASUREMENT GROUP<br>C/O MICHELLI WEIGHTING & MEASUREMENTS<br>130 BROOKHOLLOW ESPLANADA<br>HARAHAN, LA 70123 | 8 | 06/26/2025 | Synthego Corporation | | | Unsecured: $1,083.50 | $1,083.50 |
| ADVANCE PAPER SYSTEMS, INC<br>499 PARROTT ST<br>SAN JOSE, CA 95112 | 9 | 06/27/2025 | Synthego Corporation | | | Unsecured: $1,786.00 | $1,786.00 |
| LINKSQUARES, INC<br>60 STATE STREET STE 1200<br>BOSTON, MA 02109 | 10 | 06/27/2025 | Synthego Corporation | | | Unsecured: $41,546.00 | $41,546.00 |
| SKARNES, WILLIAM<br>ADDRESS ON FILE | 11 | 07/03/2025 | Synthego Corporation | | Undetermined | Unsecured: $0.00 | $0.00 |
| PRIME ANALYTICAL LABORATORIES, LLC<br>ATTN JUAN MUNOZ, CEO<br>4055 NELSON AVE<br>CONCORD, CA 94520 | 12 | 07/03/2025 | Synthego Corporation | | | Unsecured: $6,427.50 | $6,427.50 |
| EATON CORPORATION<br>ATTN GLOBAL TRADE CREDIT<br>1000 EATON BOULEVARD, S5<br>CLEVELAND, OH 44122 | 13 | 06/30/2025 | Synthego Corporation | | | Unsecured: $12,044.32 | $12,044.32 |

 

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| PERCEPTIVE CREDIT HOLDINGS III, LP AS SENIOR AGENT C/O PERCEPTIVE ADVISORS ATTN SANDEEP DIXIT, CCO NEW YORK, NY 10003 | 14 | 07/03/2025 | Synthego Corporation | | Unliquidated | Unsecured: $43,739,608.00 | $43,739,608.00 |
| Perceptive Credit Holdings III, LP C/O Perceptive Advisors ATTN Sandeep Dixit, CCO 51 Astor Pl, 10th Fl New York, NY 10003 | 15 | 07/03/2025 | Synthego Corporation | | Unliquidated | Unsecured: $0.00 | $0.00 |
| BurgherGray LLP 1350 Broadway, Suite 1510 New York, NY 10018 | 10000 | 05/08/2025 | Synthego Corporation | | | Unsecured: $9,924.75 | $9,924.75 |
| LBB SPECIALTIES HOLDINGS LLC 601 MERRITT 7 PWKY FL 1 NORWALK, CT 6851 | 10001 | 05/09/2025 | Synthego Corporation | | | Unsecured: $26,821.68 | $26,821.68 |
| Arab Angel GP I, L.P 27 Hospital Rd Grand Cayman KY1-9008, Cayman Islands | 10002 | 05/13/2025 | Synthego Corporation | | Unliquidated | Unsecured: $58,346.79 | $58,346.79 |
| Maughan, Deryck ADDRESS ON FILE | 10003 | 05/13/2025 | Synthego Corporation | | | Unsecured: $1,175,174.00 | $1,175,174.00 |
| AAF II - YASI VENTURES, L.P. ATTN: KYLE HENDRICK 27 HOSPITAL ROAD GEORGE TOWN, KY1-1001 Cayman Islands | 10004 | 05/14/2025 | Synthego Corporation | | Unliquidated | Unsecured: $36,720.72 | $36,720.72 |
| AAF - Synthego Growth, L.P. 1209 Orange Street Wilmington, DE 19801 | 10005 | 05/14/2025 | Synthego Corporation | | Unliquidated | Unsecured: $138,823.36 | $138,823.36 |
| KnowBe4, Inc. Alicia Dietzen Tawil 33 N. Garden Ave, Suite 1200 Clearwater, FL 33755 | 10006 | 05/16/2025 | Synthego Corporation | | | Unsecured: $2,898.00 | $2,898.00 |
| WIREFORM, LLC 1456 W FARRAGUT AVE, #2 CHICAGO, IL 60640 | 10007 | 05/19/2025 | Synthego Corporation | | | Unsecured: $637.50 | $637.50 |
| Donnelley Financial Solutions 390 Steel Way Lancaster, PA 17601 | 10008 | 05/19/2025 | Synthego Corporation | | | Unsecured: $161,445.50 | $161,445.50 |
| TDOR C/O Attorney General PO Box 20207 Nashville, TN 37202-0207 | 10009 | 05/21/2025 | Synthego Corporation | | Unliquidated | Priority: $720.04 Unsecured: $15.00 | $735.04 |
| Cheng, Xin ADDRESS ON FILE | 10010 | 05/28/2025 | Synthego Corporation | | | Unsecured: $14,463.75 | $14,463.75 |

 

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Wells Fargo Vendor Financial Servic<br>801 Walnut Street, MAC F0006-052<br>Des Moines, IA 50309 | 10011 | 06/04/2025 | Synthego Corporation | | | Unsecured: $28,326.89 | $28,326.89 |
| Colorado Department of Revenue<br>Attn: Bankruptcy<br>PO Box 17087<br>Denver, CO 80217-0087 | 10012 | 06/09/2025 | Synthego Corporation | | Undetermined | Priority: $0.00<br>Unsecured: $0.00 | $0.00 |
| TrueBridge Direct Fund L.P.<br>C/O Choate Hall & Stewart LLP<br>Attn: Douglas R. Gooding<br>2 International Place<br>Boston, MA 02110 | 10013 | 06/11/2025 | Synthego Corporation | | | Unsecured: $227,660.35 | $227,660.35 |
| Linde Gas & Equipment Inc.<br>C/O BARR Credit Services<br>3444 N Country Club Rd Ste 200<br>TUCSON, AZ 85716 | 10014 | 06/16/2025 | Synthego Corporation | | | Unsecured: $7,181.05 | $7,181.05 |
| CONLEY, NICHOLAS<br>Address on file | 10015 | 06/17/2025 | Synthego Corporation | | Unliquidated | Unsecured: $8,938.71 | $8,938.71 |
| CONLEY, NICHOLAS<br>Address on file | 10016 | 06/17/2025 | Synthego Corporation | | Unliquidated | Unsecured: $3,899.78 | $3,899.78 |
| Gigafund 1, LP<br>C/O Nelson Mullins Et al<br>ATTN Lee B. Hart, Esq.<br>201 17th St NW, Ste 1700<br>Atlanta, GA 30363 | 10017 | 06/18/2025 | Synthego Corporation | | | Unsecured: $180,178.47 | $180,178.47 |
| PACIFIC BIOLABS, INC.<br>Address on file | 10018 | 06/18/2025 | Synthego Corporation | | | Unsecured: $3,186.00 | $3,186.00 |
| PACIFIC BIOLABS, INC.<br>Address on file | 10019 | 06/18/2025 | Synthego Corporation | AMENDS CLAIM #10018 | | Unsecured: $3,216.68 | $3,216.68 |
| NOR-CAL MOVING SERVICE<br>3527 ARDEN ROAD<br>HAYWARD, CA 94545 | 10020 | 06/19/2025 | Synthego Corporation | | | Unsecured: $1,843.64 | $1,843.64 |
| KHONG, NGUYEN MINH DUONG<br>ADDRESS ON FILE | 10021 | 06/19/2025 | Synthego Corporation | | | Unsecured: $2,529.04 | $2,529.04 |
| GENIE SCIENTIFIC<br>17430 MT CLIFFWOOD CIR<br>FOUNTAIN VALLEY, CA 92708 | 10022 | 06/19/2025 | Synthego Corporation | | | Priority: $6,074.44<br>Unsecured: $0.00 | $6,074.44 |
| PEI, YING<br>ADDRESS ON FILE | 10023 | 06/21/2025 | Synthego Corporation | | | Unsecured: $9,500.00 | $9,500.00 |
| REN, JIANYI<br>ADDRESS ON FILE | 10024 | 06/21/2025 | Synthego Corporation | | | Unsecured: $23,767.23 | $23,767.23 |

 

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| STEMCELL Technologies Inc.<br>6425 S 216th St<br>Kent, WA 98032 | 10025 | 06/23/2025 | Synthego Corporation | | | Unsecured: $1,141.00 | $1,141.00 |
| Kaeser Compressors, Inc.<br>511 Sigma Dr<br>FREDERICKSBURG, VA 22408 | 10026 | 06/24/2025 | Synthego Corporation | | | Unsecured: $1,699.70 | $1,699.70 |
| ENGINE ROOM<br>4725 FIRST ST, STE 200<br>PLEASANTON, CA 94566 | 10027 | 06/25/2025 | Synthego Corporation | | | Unsecured: $10,212.50 | $10,212.50 |
| DUMLAO, JASON<br>ADDRESS ON FILE | 10028 | 06/25/2025 | Synthego Corporation | | Undetermined | Unsecured: $0.00 | $0.00 |
| Trescal, Inc<br>ATTN Sherri Powell<br>PO Box 559<br>Hartland, MI 48353 | 10029 | 06/26/2025 | Synthego Corporation | | | Unsecured: $6,270.00 | $6,270.00 |
| AgileBits Inc.<br>D/B/A 1Password<br>Attn: Legal Department<br>4711 Yonge Street, 10th Floor<br>Toronto, ONM2N 6K8<br>Canada | 10030 | 06/26/2025 | Synthego Corporation | | | Unsecured: $408.21 | $408.21 |
| ResearchGate GmbH<br>Chausseestr. 20<br>Berlin Be 10115,<br>Germany | 10031 | 06/27/2025 | Synthego Corporation | | | Unsecured: $24,307.08 | $24,307.08 |
| ERS Genomics Limited<br>C/O Nixon Peabody LLP<br>ATTN Louis J Cisz III<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | 10032 | 06/27/2025 | Synthego Corporation | | Unliquidated | Unsecured: $1,558,783.00 | $1,558,783.00 |
| LUO, LAN<br>ADDRESS ON FILE | 10033 | 06/27/2025 | Synthego Corporation | | Undetermined | Unsecured: $0.00 | $0.00 |
| AMPAC FINE CHEMICALS, LLC<br>PO BOX 1718<br>RANCHO CORDOVA, CA 95741-1718 | 10034 | 06/30/2025 | Synthego Corporation | | | Unsecured: $7,465.00 | $7,465.00 |
| PRS, LLC<br>ATTN Neil Pirozzi<br>250 W 55 St, 26th Fl<br>New York, NY 10019 | 10035 | 06/30/2025 | Synthego Corporation | | | Unsecured: $2,735,129.00 | $2,735,129.00 |
| PRS, LLC<br>ATTN Neil Pirozzi<br>250 W 55 St, 26th Fl<br>New York, NY 10019 | 10036 | 06/30/2025 | Synthego Corporation | | | Unsecured: $2,505,479.00 | $2,505,479.00 |
| VITA THERAPEUTICS, INC.<br>801 W BALTIMORE ST, STE 301<br>BALTIMORE, MD 21201 | 10037 | 07/01/2025 | Synthego Corporation | | | Unsecured: $536,532.25 | $536,532.25 |

 

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603 | 10038 | 07/01/2025 | Synthego Corporation | | | Unsecured: $2,272.65 | $2,272.65 |
| Apprentice FS, Inc.<br>101 Hudson St, 38th Fl<br>Jersey City, NJ 07302 | 10039 | 07/01/2025 | Synthego Corporation | | | Unsecured: $1,221,666.00 | $1,221,666.00 |
| Longbottom, Trevor<br>Address on file | 10040 | 07/01/2025 | Synthego Corporation | | | Unsecured: $4,933.58 | $4,933.58 |
| Whitney, Brandon<br>Address on file | 10041 | 07/02/2025 | Synthego Corporation | | Unliquidated | Unsecured: $10,609.45 | $10,609.45 |
| Sprint E-Logistics Ltd<br>A2 Parkway Trading Estate<br>Cranford Lane<br>Hounslow TW5 QA,<br>United Kingdom | 10042 | 07/02/2025 | Synthego Corporation | | | Unsecured: $2,100.00 | $2,100.00 |
| Cintas Corporation<br>ATTN Stephen Malkiewicz, BK COUNSEL<br>6800 Cintas Blvd<br>Mason, OH 45040 | 10043 | 07/02/2025 | Synthego Corporation | | | Unsecured: $2,206.45 | $2,206.45 |
| Declaration Capital PE SPV XLVI LLC<br>510 Madison Ave, 20th Fl<br>New York, NY 10022 | 10044 | 07/02/2025 | Synthego Corporation | | | Unsecured: $723,437.23 | $723,437.23 |
| Fisher Scientific Company, L.L.C.<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 10045 | 07/02/2025 | Synthego Corporation | | | Admin: $5,314.88<br>Unsecured: $73,796.37 | $79,111.25 |
| PRECISION METAL TOOLING, INC.<br>5101 SAN LEANDRO STREET<br>OAKLAND, CA 94601 | 10046 | 07/02/2025 | Synthego Corporation | | | Unsecured: $19,450.00 | $19,450.00 |
| Reprocell USA Inc.<br>C/O Brian J McLaughlin<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | 10047 | 07/02/2025 | Synthego Corporation | | | Unsecured: $325,660.08 | $325,660.08 |
| CHEMGENES CORPORATION<br>33 INDUSTRIAL WAY<br>WILMINGTON, MA 01887 | 10048 | 07/02/2025 | Synthego Corporation | | | Admin: $1,917.30<br>Unsecured: $0.00 | $1,917.30 |
| Workday, Inc.<br>C/O Perkins Coie LLP<br>ATTN Bradley A. Cosman<br>2525 E Camelback Rd, Ste 500<br>Phoenix, AZ 85016 | 10049 | 07/02/2025 | Synthego Corporation | | | Unsecured: $30,596.00 | $30,596.00 |
| Technology Networks Ltd.<br>334 King Street, Unit 2<br>Midland, ONL4R 3M8<br>Canada | 10050 | 07/02/2025 | Synthego Corporation | | | Unsecured: $41,435.63 | $41,435.63 |


| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| LabX Media Group Inc.<br>334 King Street, Unit 2<br>Midland, ONL4R 3M8<br>Canada | 10051 | 07/02/2025 | Synthego Corporation | | | Unsecured: $14,950.00 | $14,950.00 |
| Wellington Hadley Harbor Master Inv<br>C/O Wilmer Cutler Et al<br>ATTN George W Shuster Jr<br>7 World Trade Center<br>New York, NY 10007 | 10052 | 07/02/2025 | Synthego Corporation | | Unliquidated | Unsecured: $0.00 | $0.00 |
| Iron Mountain Information Mgmt LLC<br>ATTN Joseph P Corrigan<br>1101 Enterprise Dr<br>Royersford, PA 19468 | 10053 | 07/02/2025 | Synthego Corporation | | | Unsecured: $2,727.02 | $2,727.02 |
| Bio-Rad Laboratories, Inc.<br>1000 Alfred Nobel Dr., MS 1-130<br>Hercules, CA 94547 | 10054 | 07/02/2025 | Synthego Corporation | | | Unsecured: $5,530.17 | $5,530.17 |
| Thomas Scientific, LLC<br>ATTN Angela Hipple, SVP, Controller<br>PO Box 99<br>Swedesboro, NJ 08085 | 10055 | 07/02/2025 | Synthego Corporation | | | Admin: $3,732.18<br>Unsecured: $1,182,770.10 | $1,186,502.28 |
| Pearl Pathways, LLC<br>10300 Kincaid Dr, Ste 200<br>Fishers, IN 46037 | 10056 | 07/02/2025 | Synthego Corporation | | | Unsecured: $10,352.50 | $10,352.50 |
| WAITE, KELSEY<br>Address on file | 10057 | 07/02/2025 | Synthego Corporation | | Unliquidated | Unsecured: $31,648.55 | $31,648.55 |
| RELIABLE FIRE EXTINGUISHER<br>PO BOX 3461<br>REDWOOD CITY, CA 94064 | 10058 | 07/02/2025 | Synthego Corporation | | | Unsecured: $1,330.00 | $1,330.00 |
| DIAAGO LLC<br>1598 BALTIMORE PIKE, 1ST FL SOUTH<br>CHADDS FORD, PA 19317 | 10059 | 07/03/2025 | Synthego Corporation | | | Unsecured: $6,551.47 | $6,551.47 |
| Life Technologies Corporation<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 10060 | 07/03/2025 | Synthego Corporation | | | Admin: $597.00<br>Unsecured: $13,489.68 | $14,086.68 |
| Thermo Fisher Scientific (Milwaukee<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 10061 | 07/03/2025 | Synthego Corporation | | | Admin: $597.00<br>Unsecured: $48,914.38 | $49,511.38 |
| Global Life Sciences Solut. USA LLC<br>100 Results Way<br>Marlborough, MA 01752 | 10062 | 07/03/2025 | Synthego Corporation | | | Admin: $1,483.22<br>Unsecured: $30,461.98 | $31,945.20 |
| R & S Erection North Peninsula Inc.<br>133 S LINDEN AVENUE<br>SOUTH SAN FRANCISCO, CA 94080 | 10063 | 07/03/2025 | Synthego Corporation | | | Unsecured: $5,279.61 | $5,279.61 |
| Festo Corporation<br>ATTN: Salvatore Buccellato<br>1377 Motor Parkway, Suite 310<br>Islandia , NY 11749 | 10064 | 07/08/2025 | Synthego Corporation | | | Unsecured: $38.37 | $38.37 |