# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket No. 187** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2025, I caused to be served the "Notice of the Occurrence of Sale Closing Pursuant to Asset Purchase Agreement and Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases," dated July 21, 2025 [Docket No. 187], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

**EXHIBIT A**

| Name | Address |
|---|---|
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046  WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |

## Total Count: 5

| Name | Address |
| --- | --- |
| 23ANDME, INC. | ADDRESS ON FILE |
| 4BASEBIO UK LTD | ADDRESS ON FILE |
| 955 CHARTER PARTNERS | ADDRESS ON FILE |
| ABBVIE, INC. | ADDRESS ON FILE |
| ADAPTIMMUNE LIMITED | ADDRESS ON FILE |
| AKRON BIOMANUFACTURING, LLC | ADDRESS ON FILE |
| ANDERSON TAX LLC | ADDRESS ON FILE |
| ANGELA SUMMERS | ADDRESS ON FILE |
| ARSENAL BIOSCIENCES, INC. | ADDRESS ON FILE |
| ARSENALBIO | ADDRESS ON FILE |
| ASPEN NEUROSCIENCE, INC. | ADDRESS ON FILE |
| ASTRAZENECA PHARMACEUTICALS LP | ADDRESS ON FILE |
| ASTRAZENECA UK LIMITED | ADDRESS ON FILE |
| AVANCE BIOSCIENCES, INC. | ADDRESS ON FILE |
| BARTON INTEGRATION LLC | ADDRESS ON FILE |
| BAYLOR COLLEGE OF MEDICINE | ADDRESS ON FILE |
| BECKMAN RESEARCH INSTITUTE OF | ADDRESS ON FILE |
| BEIGENE (TAIWAN) LIMITED | ADDRESS ON FILE |
| BEIJING TEE & HOWE LAW OFFICE | ADDRESS ON FILE |
| BIOLEGIO | ADDRESS ON FILE |
| BIO-MEDICAL SCIENCE CO., LTD. | ADDRESS ON FILE |
| BIOTOOLS CO., LTD. | ADDRESS ON FILE |
| BIT BIO LIMITED | ADDRESS ON FILE |
| BLUEPRINT MEDECINES CORPORATION | ADDRESS ON FILE |
| BLUEROCK THERAPEUTICS LP | ADDRESS ON FILE |
| BLUESPHERE BIO | ADDRESS ON FILE |
| BLUESPHERE BIO, INC | ADDRESS ON FILE |
| BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA | ADDRESS ON FILE |
| BODNER FLOM LAW OFFICES | ADDRESS ON FILE |
| CALIFORNIA INSTITUTE FOR REGENERATIVE MEDECINE | ADDRESS ON FILE |
| CARTHERICS PTY LTD | ADDRESS ON FILE |
| CELULARITY INC. | ADDRESS ON FILE |
| CHARITE | ADDRESS ON FILE |
| CHARITE UNIVERSITATSMEDIZIN BERLIN | ADDRESS ON FILE |
| CHENGDU UCELLO BIOTECHNOLOGY CO. LIMITED | ADDRESS ON FILE |
| CHILDRENS GMP, LLC | ADDRESS ON FILE |
| CHILI PIPER, INC. | ADDRESS ON FILE |
| CITY OF HOPE | ADDRESS ON FILE |
| CLARI INC. | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| CLOUDFLARE, INC. | ADDRESS ON FILE |
| CONFIG CONSULTANTS, LLC | ADDRESS ON FILE |
| CONTENTSTACK INC. | ADDRESS ON FILE |
| CORPORATE VISIONS, INC. | ADDRESS ON FILE |
| CORRGENE BIOTECHNOLOGY CO., LTD. | ADDRESS ON FILE |
| CRISPR THERAPEUTICS | ADDRESS ON FILE |
| CRISPR THERAPEUTICS, INC. | ADDRESS ON FILE |
| DAKEWE BIOTECH CO., LTD. | ADDRESS ON FILE |
| DECODE SCIENCES PTY LTD. | ADDRESS ON FILE |
| DEGREE, INC (DBA LATTICE) | ADDRESS ON FILE |
| DICE THERAPEUTICS, INC. | ADDRESS ON FILE |
| EDITCO BIO, INC. | ADDRESS ON FILE |
| EGGLI PROPERTIES | ADDRESS ON FILE |
| ELEMENT MATERIALS TECHNOLOGY PHARMA US LLC | ADDRESS ON FILE |
| EMD MILLIPORE | ADDRESS ON FILE |
| EMORY UNIVERSITY | ADDRESS ON FILE |
| E-TECHNOLOGIES GROUP, LLC | ADDRESS ON FILE |
| F. HOFFMAN LAROCHE LTD | ADDRESS ON FILE |
| FATE THERAPEUTICS, INC | ADDRESS ON FILE |
| FATHOM VIDEO, INC. | ADDRESS ON FILE |
| FISCAL SOLUTIONS LTD. | ADDRESS ON FILE |
| FISHER SCIENTIFIC COMPANY L.L.C | ADDRESS ON FILE |
| FONDAZIONE TELETHON ETS | ADDRESS ON FILE |
| FU XIN MEDICAL EQUIPMENTS CO., LTD. | ADDRESS ON FILE |
| FUNAKOSHI CO., LTD. | ADDRESS ON FILE |
| GENENTECH (CL) | ADDRESS ON FILE |
| GENENTECH, INC. | ADDRESS ON FILE |
| GRAPHITE BIO, INC. | ADDRESS ON FILE |
| GSL BIOTECH, INC. | ADDRESS ON FILE |
| HAVEN AVE., LLC | ADDRESS ON FILE |
| HUIDAGENE THERAPEUTICS PTD LTD | ADDRESS ON FILE |
| HUIGENE THERAPEUTICS CO, LTD. | ADDRESS ON FILE |
| INGENIUM GROUP, LLC | ADDRESS ON FILE |
| INSTITUTE FOR SYSTEMS BIOLOGY | ADDRESS ON FILE |
| INTELLETRACE, INC. | ADDRESS ON FILE |
| JANSEN RESEARCH & DEVELOPMENT LLC | ADDRESS ON FILE |
| JEFF MERRICK DBA WIREFORM, LLC | ADDRESS ON FILE |
| KACTUS BIO, INC. | ADDRESS ON FILE |
| LAB-A-PORTER LTD. | ADDRESS ON FILE |

| Name | Address |
|---|---|
| LABOSPACE, S.R.L. | ADDRESS ON FILE |
| LEADIQ, INC. | ADDRESS ON FILE |
| LEIDOS BIOMEDICAL RESEARCH, INC. | ADDRESS ON FILE |
| LG CHEM LTD. | ADDRESS ON FILE |
| LINKEDIN | ADDRESS ON FILE |
| LINKSQUARES, INC. | ADDRESS ON FILE |
| LYCIA THERAPEUTICS, INC. | ADDRESS ON FILE |
| MEDICAL UNIVERSITY OF BIALYSTOCK | ADDRESS ON FILE |
| MERISSA HAMILTON | ADDRESS ON FILE |
| MODERNATX, INC. | ADDRESS ON FILE |
| NAME REDACTED | ADDRESS ON FILE |
| NATIONAL INSTITUTE OF STANDARDS & TECHNOLOGY | ADDRESS ON FILE |
| NATIONWIDE CHILDRENS HOSPTAL | ADDRESS ON FILE |
| NEOGENE THERAPEUTICS, INC. | ADDRESS ON FILE |
| NEOGENE THERAPEUTICS, INC. | ADDRESS ON FILE |
| NESTED THERAPEUTICS, INC. | ADDRESS ON FILE |
| NEUMORA THERAPEUTICS | ADDRESS ON FILE |
| NEUROCRINE BIOSCIENCES, INC. | ADDRESS ON FILE |
| NEUVOCOR PTE. LTD. | ADDRESS ON FILE |
| NINE SQUARE THERAPEUTICS CORPORATION | ADDRESS ON FILE |
| NOVO NORDISK | ADDRESS ON FILE |
| OPEN AVENUES FOUNDATION | ADDRESS ON FILE |
| ORACLE AMERICA, INC. | ADDRESS ON FILE |
| OXFORD BIOTHEAPEUTICS LTD | ADDRESS ON FILE |
| PACIFIC BIOLABS, INC. | ADDRESS ON FILE |
| PACKMAN & ASSOCIATES, INC. | ADDRESS ON FILE |
| PACT PHARMA INC | ADDRESS ON FILE |
| PANGEA INC. SA | ADDRESS ON FILE |
| PFIZER, INC. | ADDRESS ON FILE |
| PHILEKOREA TECHNOLOGY, INC. | ADDRESS ON FILE |
| POSEIDA THERAPEUTICS, INC | ADDRESS ON FILE |
| PRELUDE THERAPEUTICS INCORPORATED | ADDRESS ON FILE |
| PRODUCTIV, INC. | ADDRESS ON FILE |
| PROOF DIAGNOSTICS, INC. | ADDRESS ON FILE |
| RESEARCH INSTITUTE AT NATIONWIDE | ADDRESS ON FILE |
| ROBERTS, REBECCA | ADDRESS ON FILE |
| ROCKEND LIMITED | ADDRESS ON FILE |
| RYVU THERAPEUTICS, S.A. | ADDRESS ON FILE |
| SALESFORCE, INC. | ADDRESS ON FILE |
| SANA BIOTECHNOLOGY, INC. | ADDRESS ON FILE |

| Name | Address |
|---|---|
| SAS BIOTIKA | ADDRESS ON FILE |
| SCIENCE EXCHANGE, INC. | ADDRESS ON FILE |
| SCRATCHPAD | ADDRESS ON FILE |
| SCRIPPS RESEARCH INSTITUTE FLORIDA | ADDRESS ON FILE |
| SERVIER PHARMACEUTICALS LLC | ADDRESS ON FILE |
| SIFTED, LLC | ADDRESS ON FILE |
| SNOWFLAKE INC MAIN ACCOUNT | ADDRESS ON FILE |
| SOAPROJECTS, INC. | ADDRESS ON FILE |
| SRI INTERNATIONAL | ADDRESS ON FILE |
| ST JUDE CHILDRENS RESEARCH HOSPITAL | ADDRESS ON FILE |
| SUPREME OPTIMIZATION, LLC | ADDRESS ON FILE |
| SYSERCO, INC. | ADDRESS ON FILE |
| TALENTED, INC. | ADDRESS ON FILE |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | ADDRESS ON FILE |
| THE TRUSTEES OF THE UNIVERSITY | ADDRESS ON FILE |
| THE UNIVERSITY OF TEXAS M.D. | ADDRESS ON FILE |
| T-KNIFE GMBH | ADDRESS ON FILE |
| TRINET | ADDRESS ON FILE |
| ULTRAGENYX PHARMACEUTICALS | ADDRESS ON FILE |
| UNIVERSAL JANITORIAL | ADDRESS ON FILE |
| UNIVERSITY OF VERMONT | ADDRESS ON FILE |
| UPENN THERAPEUTICS INC | ADDRESS ON FILE |
| VALIDATION SYSTEMS, INC. | ADDRESS ON FILE |
| VASCUGEN | ADDRESS ON FILE |
| VERTEX PHARMACEUTICALS, INC. | ADDRESS ON FILE |
| VITA THERAPEUTICS, INC. | ADDRESS ON FILE |
| VITA THERAPEUTICS, INC. | ADDRESS ON FILE |
| VITA THERAPEUTICS, INC. | ADDRESS ON FILE |
| VIVET THERAPEUTICS, SAS | ADDRESS ON FILE |
| WATERS TECHNOLOGIES CORP. | ADDRESS ON FILE |
| XAIRA THERAPEUTICS, INC. | ADDRESS ON FILE |
| XAP THERAPEUTICS, INC. | ADDRESS ON FILE |
| XAVO USA, INC. | ADDRESS ON FILE |
| Y.A. ALMOG DIAGNOSITC & MEDICAL EQUIPMENT, LTD. | ADDRESS ON FILE |

| Name | Address |
|---|---|

# Total Count: 152

**EXHIBIT B**

| Name | Email |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | Ian@8vc.com |
| 8VC ENTREPRENEURS FUND I, L.P. | Ian@8vc.com |
| 8VC FUND I, L.P | Ian@8vc.com |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | EMAIL ADDRESS ON FILE |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | performancereporting@olympusventures.com |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | EMAIL ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| MOSS & BARNETT | mike.etmund@lawmoss.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| TN DEPT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TRUEBRIDGE DIRECT FUND L.P. | mwilliams@truebridgecapital.com |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |

| Name | Email |
|---|---|
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

## Total Count: 52

Synthego Corporation
Email Service List

| Name | Email |
|---|---|
| 23ANDME, INC. | EMAIL ADDRESS ON FILE |
| 4BASEBIO UK LTD | EMAIL ADDRESS ON FILE |
| 955 CHARTER PARTNERS | EMAIL ADDRESS ON FILE |
| ARSENAL BIOSCIENCES, INC. | EMAIL ADDRESS ON FILE |
| ASPEN NEUROSCIENCE, INC. | EMAIL ADDRESS ON FILE |
| ASTRAZENECA PHARMACEUTICALS LP | EMAIL ADDRESS ON FILE |
| BARTON INTEGRATION LLC | EMAIL ADDRESS ON FILE |
| BAYLOR COLLEGE OF MEDICINE | EMAIL ADDRESS ON FILE |
| BIOLEGIO | EMAIL ADDRESS ON FILE |
| BIOTOOLS CO., LTD. | EMAIL ADDRESS ON FILE |
| BIT BIO LIMITED | EMAIL ADDRESS ON FILE |
| BLUEPRINT MEDECINES CORPORATION | EMAIL ADDRESS ON FILE |
| BLUESPHERE BIO, INC | EMAIL ADDRESS ON FILE |
| CHARITE UNIVERSITATSMEDIZIN BERLIN | EMAIL ADDRESS ON FILE |
| CITY OF HOPE | EMAIL ADDRESS ON FILE |
| CLARI INC. | EMAIL ADDRESS ON FILE |
| CLOUDFLARE, INC. | EMAIL ADDRESS ON FILE |
| DECODE SCIENCES PTY LTD. | EMAIL ADDRESS ON FILE |
| DICE THERAPEUTICS, INC. | EMAIL ADDRESS ON FILE |
| EDITCO BIO, INC. | EMAIL ADDRESS ON FILE |
| EGGLI PROPERTIES | EMAIL ADDRESS ON FILE |
| FATE THERAPEUTICS, INC | EMAIL ADDRESS ON FILE |
| FU XIN MEDICAL EQUIPMENTS CO., LTD. | EMAIL ADDRESS ON FILE |
| INSTITUTE FOR SYSTEMS BIOLOGY | EMAIL ADDRESS ON FILE |
| JEFF MERRICK DBA WIREFORM, LLC | EMAIL ADDRESS ON FILE |
| KACTUS BIO, INC. | EMAIL ADDRESS ON FILE |
| LEADIQ, INC. | EMAIL ADDRESS ON FILE |
| LINKSQUARES, INC. | EMAIL ADDRESS ON FILE |
| LYCIA THERAPEUTICS, INC. | EMAIL ADDRESS ON FILE |
| NAME REDACTED | EMAIL ADDRESS ON FILE |
| NEOGENE THERAPEUTICS, INC. | EMAIL ADDRESS ON FILE |
| NEUMORA THERAPEUTICS | EMAIL ADDRESS ON FILE |
| NINE SQUARE THERAPEUTICS CORPORATION | EMAIL ADDRESS ON FILE |
| PACIFIC BIOLABS, INC. | EMAIL ADDRESS ON FILE |
| PACT PHARMA INC | EMAIL ADDRESS ON FILE |
| POSEIDA THERAPEUTICS, INC | EMAIL ADDRESS ON FILE |
| PRELUDE THERAPEUTICS INCORPORATED | EMAIL ADDRESS ON FILE |
| PRODUCTIV, INC. | EMAIL ADDRESS ON FILE |
| ROBERTS, REBECCA | EMAIL ADDRESS ON FILE |

| Name | Email |
|---|---|
| ROCKEND LIMITED | EMAIL ADDRESS ON FILE |
| RYVU THERAPEUTICS, S.A. | EMAIL ADDRESS ON FILE |
| SNOWFLAKE INC MAIN ACCOUNT | EMAIL ADDRESS ON FILE |
| SOAPROJECTS, INC. | EMAIL ADDRESS ON FILE |
| SRI INTERNATIONAL | EMAIL ADDRESS ON FILE |
| ST JUDE CHILDRENS RESEARCH HOSPITAL | EMAIL ADDRESS ON FILE |
| SUPREME OPTIMIZATION, LLC | EMAIL ADDRESS ON FILE |
| T-KNIFE GMBH | EMAIL ADDRESS ON FILE |
| ULTRAGENYX PHARMACEUTICALS | EMAIL ADDRESS ON FILE |
| UNIVERSAL JANITORIAL | EMAIL ADDRESS ON FILE |
| VALIDATION SYSTEMS, INC. | EMAIL ADDRESS ON FILE |
| VASCUGEN | EMAIL ADDRESS ON FILE |
| VERTEX PHARMACEUTICALS, INC. | EMAIL ADDRESS ON FILE |
| VITA THERAPEUTICS, INC. | EMAIL ADDRESS ON FILE |
| VITA THERAPEUTICS, INC. | EMAIL ADDRESS ON FILE |
| Y.A. ALMOG DIAGNOSITC & MEDICAL EQUIPMENT, LTD. | EMAIL ADDRESS ON FILE |

Total Count: 66