# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 192 & 193** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2025, I caused to be served the:

   a. "First Monthly Application for Compensation and Reimbursement of Expenses of Fenwick & West LLP, as Special Corporate Counsel for the Debtor and Debtor in Possession, for the Period From May 5, 2025 Through May 31, 2025," dated July 24, 2025 [Docket No. 192], and

   b. "Second Monthly Application for Compensation and Reimbursement of Expenses of Fenwick & West LLP, as Special Corporate Counsel for the Debtor and Debtor in Possession, for the Period From June 1, 2025 Through June 30, 2025," dated July 24, 2025 [Docket No. 193],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

**EXHIBIT A**

Synthego Corporation
Address Service List

| Name | Address |
|---|---|
| MORRISON & FOERSTER LLP | ATTN: JAMES NEWTON & MIRANDA RUSSELL 250 WEST 55TH ST., FLOOR 20  NEW YORK NY 10019 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JONATHAN LIPSHIE, MEGAN SELIBER J CALEB BOGGS FEDERAL BUILDING 844 N. KING STREET, SUITE 2207  WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | DE |
| POTTER ANDERSON & CORROON LLP | ATTN: C. M. SAMIS, BRETT M. HAYWOOD HERCULES PLAZA 1313 N. MKT ST, 6TH FL , PO BOX 951  WILMINGTON DE 19801 |

## Total Count: 4