# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 200 - 203** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2025, I caused to be served the:

    a. "Debtor's Memorandum of Law in Support of Confirmation of First Amended Combined Plan and Disclosure Statement of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code," dated July 31, 2025 [Docket No. 200],

    b. "Declaration of Emily Young with Respect to the Tabulation of Votes on the First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code," dated July 31, 2025 [Docket No. 201],

    c. "Declaration of Allen Soong, Chief Restructuring Officer, in Support of Confirmation of First Amended Combined Disclosure Statement and Plan of Liquidation of Synthego Corporation Under Chapter 11 of the Bankruptcy Code," dated July 31, 2025 [Docket No. 202], and

    d. "Notice of Filing of Proposed Confirmation Order," dated July 31, 2025 [Docket No. 203],

    by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

      ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

| Name | Address |
|---|---|
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046  WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |

## Total Count: 5

**EXHIBIT B**

| Name | Email |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | Ian@8vc.com |
| 8VC ENTREPRENEURS FUND I, L.P. | Ian@8vc.com |
| 8VC FUND I, L.P | Ian@8vc.com |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | performancereporting@olympusventures.com |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| MOSS & BARNETT | mike.etmund@lawmoss.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| TN DEPT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TRUEBRIDGE DIRECT FUND L.P. | mwilliams@truebridgecapital.com |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |

| Name | Email |
|---|---|
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

## Total Count: 51