**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SYNTHEGO CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW) |

**Objections Due: August 29, 2025 at 4:00 p.m. (ET)**
**Hearing Date: September 23, 2025 at 3:00 p.m. (ET)**

**NOTICE OF DEBTOR'S FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (REDUCED CLAIMS, NO LIABILITY CLAIMS, AMENDED CLAIMS, AND RECLASSIFIED CLAIM)**

**THIS OBJECTION SEEKS TO REDUCE AND/OR EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE ATTACHED SCHEDULES TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**PLEASE TAKE NOTICE** that on August 8, 2025, the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, be filed by **August 29, 2025 at 4:00 p.m. (Eastern Time)**, and shall be filed and served on (a) the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (b) counsel for the Debtor: (i) Pachulski Stang Ziehl & Jones LLP, 919 North Market

1 The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: James E. O'Neill (joneill@pszjlaw.com); and (ii) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Malhar S. Pagay (mpagay@pszjlaw.com); and (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Megan Seliber (megan.seliber@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider such Objection and any responses related thereto will be held on **September 23, 2025, at 3:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.deb.uscourts.gov, or (ii) from the Debtor's noticing and claims agent at https://dm.epiq11.com/case/synthego/info. Note that a PACER password is needed to access documents on the Court's website.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 8, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*