# EXHIBIT B

## Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | |

**DECLARATION OF ALLEN SOONG IN SUPPORT OF DEBTOR'S FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (REDUCED CLAIMS, NO LIABILITY CLAIMS, AMENDED CLAIMS, AND RECLASSIFIED CLAIM)**

I, Allen Soong, hereby declare as follows:

1. I am a partner of Paladin Management Group, LLC ("Paladin"). I have nearly 30 years of experience in providing turnaround services to companies in a variety of industries and have frequently been appointed as interim management and chief restructuring officer of these businesses. My corporate finance experience stems from restructuring advisory, private equity and consulting roles. In July 2018, I co-founded Paladin, which has grown from a single office to providing services to distressed companies from a national footprint.

2. I am the Chief Restructuring Officer ("CRO") of the above-captioned debtor and debtor in possession (the "Debtor"). In my capacity as CRO and in connection with Paladin's provision of consulting services as the Debtor's financial advisor effective as of March 23, 2025, I have become familiar with the Debtor's business, financial affairs, and day-to-day operations.

3. I submit this declaration (the "Declaration") in support of the *Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims,*

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

*Amended Claims, and Reclassified Claim)* (the "Claims Objection") and the claims objected to therein (the "Disputed Claims"),[2] filed contemporaneously herewith.

4. Except as otherwise indicated, the statements in this Declaration are based on: (a) my personal knowledge of the Debtor's books and records; (b) my review of the books and records of the Debtor that reflect the amounts owed to its creditors as of the Petition Date, including the Claims Register, and the Schedules; (c) my review of the Claims Objection; (d) information provided to me by, or discussions with, the Debtor and by others at the Debtor's request; (e) information provided to me by professionals retained by the Debtor; and (f) my general experience and knowledge. As to matters regarding state and federal law, including bankruptcy law, I have relied on the advice of counsel.

5. I am authorized to submit this Declaration in support of the Claims Objection. If called upon to testify, I can and would testify competently as to the facts set forth herein.

**The Claims Objection**

6. In the ordinary course of business, the Debtor maintains books and records that reflect, among other things, the nature and amount of the liabilities owed to its creditors. I, along with my team of professionals, have been reviewing, comparing, and reconciling the claims filed against the Debtor (including any supporting documentation) with the Schedules and the Debtor's books and records. This reconciliation process includes identifying particular categories of claims that may be subject to objection.

7. Time and resources have been expended in the Debtor's ongoing efforts reviewing and reconciling the proofs of claim filed against the Debtor in this chapter 11 case. In evaluating the Disputed Claims, I, or professionals acting at my direction, have reviewed the

[2] A capitalized terms used but not otherwise defined herein shall have the meaning ascribed to it in the Claims Objection.

Debtor's Schedules and applicable books and records, including the Claims Register, and the Disputed Claims (as well any supporting documentation) and have determined that (a) each of the Reduced Claims listed on Schedule 1 to the Proposed Order overstates the amount for which the Debtor's estate is liable; (b) each of the No Liability Claims identified on Schedule 2 to the Proposed Order are not found in the Debtor's books and records as due and owing; (c) each of the Amended / Superseded Claims identified on Schedule 3 to the Proposed Order was amended by subsequently filed proofs of claim; and (d) the Reclassified Claim identified on Schedule 4 to the Proposed Order does not demonstrate entitlement to an administrative claim under section 507(a)(7) and, accordingly, the claim should be reclassified as a general unsecured claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 8, 2025

*/s/ Allen Soong*
Allen Soong
Chief Restructuring Officer