# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTHEGO CORPORATION,[1] | Case No. 25-10823 (MFW) |
| Debtor. | **Ref. Docket Nos. 215 & 219** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2025, I caused to be served the:

   a. "Order Scheduling Omnibus Hearing Date," dated August 8, 2025 [Docket No. 215], (the "Omni Hearing"), and

   b. "Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)," dated August 8, 2025 [Docket No. 219], (the "1st Omni Objection"),

   by causing true and correct copies of the:

   i. Omni Hearing and 1st Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. 1st Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   iii. Omni Hearing and 1st Omni Objection to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

| Name | Address |
|---|---|
| AAF - SYNTHEGO GROWTH, L.P. | ATTN: KYLE HENDRICK 10190 AKHTAMAR DRIVE   GREAT FALLS VA 22066 |
| AAF II - YASI VENTURES, L.P. | ATTN: KYLE HENDRICK 27 HOSPITAL ROAD   GEORGE TOWN  KY1-1001 CAYMAN ISLANDS |
| ARAB ANGEL GP I, L.P. | ATTN: KYLE HENDRICK 2775 SAND HILL RD   MENLO PARK CA 94025 |
| DISTRICT OF DELAWARE - S. T. HANSON | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046  WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |

## Total Count: 5

**EXHIBIT B**

| Name | Address |
|---|---|
| BIO-RAD LABORATORIES, INC. | 1000 ALFRED NOBEL DR., MS 1-130    HERCULES CA 94547 |
| CINTAS CORPORATION | ATTN STEPHEN MALKIEWICZ, BK COUNSEL 6800 CINTAS BLVD    MASON OH 45040 |
| DONNELLEY FINANCIAL SOLUTIONS | 390 STEEL WAY    LANCASTER PA 17601 |
| FISHER SCIENTIFIC COMPANY, L.L.C. | C/O BEVERLY WEISS MANNE 1500 ONE PPG PL    PITTSBURGH PA 15222 |
| GLOBAL LIFE SCIENCES SOLUT. USA LLC | 100 RESULTS WAY    MARLBOROUGH MA 01752 |
| LABX MEDIA GROUP INC. | 334 KING STREET, UNIT 2    MIDLAND ON L4R 3M8 CANADA |
| LIFE TECHNOLOGIES CORPORATION | C/O BEVERLY WEISS MANNE 1500 ONE PPG PL    PITTSBURGH PA 15222 |
| LINDE GAS & EQUIPMENT INC. | C/O BARR CREDIT SERVICES 3444 N COUNTRY CLUB RD STE 200    TUCSON AZ 85716 |
| NOR-CAL MOVING SERVICE | 3527 ARDEN ROAD    HAYWARD CA 94545 |
| PACIFIC BIOLABS, INC. | ADDRESS ON FILE |
| PENSKE TRUCK LEASING CO., L.P. | PO BOX 563    READING PA 19603 |
| TECHNOLOGY NETWORKS LTD. | 334 KING STREET, UNIT 2    MIDLAND ON L4R 3M8 CANADA |
| THOMAS SCIENTIFIC, LLC | ATTN ANGELA HIPPLE, SVP, CONTROLLER PO BOX 99    SWEDESBORO NJ 08085 |
| WELLS FARGO VENDOR FINANCIAL SERVIC | 801 WALNUT STREET, MAC F0006-052    DES MOINES IA 50309 |

Total Count: 14

| Name | Address |
|---|---|
| CHEMGENES CORPORATION | 33 INDUSTRIAL WAY   WILMINGTON MA 01887 |
| CIRCUITS & SYSTEMS INC | D/B/A ARLYN SCALES 59 2ND ST   EAST ROCKAWAY NY 11518 |
| COLORADO DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY PO BOX 17087   DENVER CO 80217-0087 |
| DUMLAO, JASON | ADDRESS ON FILE |
| ERS GENOMICS LIMITED | C/O NIXON PEABODY LLP ATTN LOUIS J CISZ III ONE EMBARCADERO CENTER, 32ND FLOOR   SAN FRANCISCO CA 94111 |
| IRON MOUNTAIN INFORMATION MGMT LLC | ATTN JOSEPH P CORRIGAN 1101 ENTERPRISE DR   ROYERSFORD PA 19468 |
| MICHELLI MEASUREMENT GROUP | C/O MICHELLI WEIGHTING &  MEASUREMENTS 130 BROOKHOLLOW ESPLANADA  HARAHAN LA 70123 |
| PG&E | ATTN BANKRUPTCY PO BOX 8329   STOCKTON CA 95208 |
| PRECISION METAL TOOLING, INC. | 5101 SAN LEANDRO STREET   OAKLAND CA 94601 |
| SIGMA-ALDRICH INC | 3050 SPRUCE STREET   SAINT LOUIS MO 63103 |
| STEMCELL TECHNOLOGIES INC. | 6425 S 216TH ST   KENT WA 98032 |
| WORKDAY, INC. | C/O PERKINS COIE LLP  ATTN BRADLEY A. COSMAN 2525 E CAMELBACK RD, STE 500  PHOENIX AZ 85016 |

Total Count: 12

Synthego Corporation
Address Service List

| Name | Address |
|---|---|
| EATON CORPORATION | ATTN GLOBAL TRADE CREDIT 1000 EATON BOULEVARD, S5   CLEVELAND OH 44122 |
| PACIFIC BIOLABS, INC. | ADDRESS ON FILE |

## Total Count: 2

| Name | Address |
|---|---|
| GENIE SCIENTIFIC | 17430 MT CLIFFWOOD CIR   FOUNTAIN VALLEY CA 92708 |

# Total Count: 1

SYNTHEGO CORPORATION, Case No. 25-10823 (MFW)
First Class Mail Additional Service List

David J. Kozlowski, Esq.
Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10022-4784

**EXHIBIT C**

| Name | Email |
|---|---|
| 8VC CO-INVEST FUND I, L.P. | Ian@8vc.com |
| 8VC ENTREPRENEURS FUND I, L.P. | Ian@8vc.com |
| 8VC FUND I, L.P | Ian@8vc.com |
| APPRENTICE FS, INC. | steven.corey@apprenticefs.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| DECLARATION CAPITAL PE SPV XLVI LLC | RJACKOWITZ@DECLARATIONPARTNERS.COM |
| DERYCK C. MAUGHAN REVOCABLE TRUST | ADDRESS ON FILE |
| DONNELLEY FINANCIAL SOLUTIONS | JAMIE.TOOMBS@DFINSOLUTIONS.COM |
| EMERGING TECHNOLOGIES FUND II LLC | MARC.WEISS@OFCAP.COM |
| EMERGING TECHNOLOGIES FUND III LLC | MARC.WEISS@OFCAP.COM |
| ERNST & YOUNG US LLP | GSS.ACCOUNTSRECEIVABLE@XE02.EY.COM |
| ERS GENOMICS LIMITED | lcisz@nixonpeabody.com; FINANCE@ERSGENOMICS.COM |
| EXCELSIOR HOLDINGS C2 LLC | performancereporting@olympusventures.com |
| GIGAFUND 1, LP | LEGAL@GIGAFUND.COM |
| GRANT THORNTON LLP | CASH@US.GT.COM; CHRIS.STATHOPOULOS@US.GT.COM |
| LESLIE ENTERPRISES LP | MLESLIE@LESLIEVENTURES.COM |
| LUMA BIO-IT SPV, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| LUMA BIO-IT SPV-A, L.P. | legal@8vc.com; LEGAL@8VC.COM |
| MENLO VENTURES XI, L.P. | FINANCE@MENLOVC.COM |
| MERRICK, KAY E. | ADDRESS ON FILE |
| MMEF XI, L.P. | FINANCE@MENLOVC.COM |
| MORROW-MEADOWS CORPORATION | INFO@MORROW-MEADOWS.COM |
| MOSS & BARNETT | mike.etmund@lawmoss.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov |
| OFFIT KURMAN, P.A. | brian.mclaughlin@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JONeill@pszjlaw.com |
| PERCEPTIVE CR. HOLDINGS III LP | JNewton@mofo.com; MRussell@mofo.com; jkrenn@mofo.com; dmckenzie@mofo.com; wwinsett@mofo.com; iguevrekian@mofo.com |
| PERCEPTIVE CREDIT HOLDINGS III, LP | csamis@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| PROPHARMA GROUP HOLDINGS, LLC | TOM.HUNTER@PROPHARMAGROUP.COM |
| PRS, LLC | NP@PSOROS.COM |
| RNA SPV LLC | RAJGARG10@AOL.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIR@SEC.GOV;CommissionerPeirce@sec.gov; CommissionerUyeda@sec.gov |
| TN DEPT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TRUEBRIDGE DIRECT FUND L.P. | mwilliams@truebridgecapital.com |
| WEIL, GOTSHAL & MANGES LLP | MELISSA.APPENRODT@WEIL.COM |

| Name | Email |
|---|---|
| WELLINGTON HADLEY HARBOR MASTER INVESTORS | TMKANE@WELLINGTON.COM |

## Total Count: 51