**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC,[1]<br>(f/k/a Synthego Corporation)<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 219** |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER ON DEBTOR'S FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (REDUCED CLAIMS, NO LIABILITY CLAIMS, AMENDED CLAIMS, AND RECLASSIFIED CLAIM)**

The undersigned hereby certifies that:

1. On August 8, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 219] (the "Omnibus Objection").

2. Pursuant to the *Notice of Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 219-1], objections to entry of an order granting the Omnibus Objection were due no later than August 29, 2025, at 4:00 p.m. Eastern Time.

3. In response to filing the Omnibus Objection, the Debtor received an informal response from Thomas Scientific, LLC ("Thomas Scientific") as related to its Claim Number 10055. The Debtor and Thomas Scientific require additional time to pursue resolution of Claim Number 10055 and requested a hearing adjournment on the Omnibus Objection only as related to

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

Claim Number 10055, to be held on October 22, 2025, at 10:30 a.m. Eastern Time. No other party filed an answer, objection, or other responsive pleading to the Omnibus Objection on the Court's docket.

4. On September 18, 2025, the Debtor filed the *Certification of Counsel Regarding Revised Proposed Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 250] and submitted a revised proposed order for the Court's consideration.

5. On September 23, 2025, the Court held a hearing on the Omnibus Objection and requested additional information related to Schedule 1 and Schedule 2 of the Omnibus Objection. The Debtor is in the process of gathering the requested information related to Schedule 1 and Schedule 2 of the Omnibus Objection.

6. The Court granted the Omnibus Objection as it relates to the claims identified on Schedule 3 and Schedule 4 of the Omnibus Objection. In addition, the Court granted a hearing adjournment on the Omnibus Objection only as related to Claim Number 10055 filed by Thomas Scientific, to be held on October 22, 2025, at 10:30 a.m. Eastern Time.

7. Attached hereto as **Exhibit A** is a revised proposed form of order granting the Omnibus Objection with respect to Schedule 3 and Schedule 4 and continuing the hearing only as related to Claim Number 10055 filed by Thomas Scientific (the "Proposed Order").

8. A redlined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes to the Proposed Order when compared with the version submitted with the Omnibus Objection.

9. Accordingly, the Debtor requests that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: September 24, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*