# SCHEDULE 3

## Amended / Superseded Claims

Synthego Corporation
Case No. 25-10823 (MFW)

## Schedule 3

*Amended / Superseded Claims*

| Amended Claims to Be Disallowed | | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| No. | Name of Claimant | Date Claim Filed | Claim Number | Total | Basis for Proposed Disallowance | Date Claim Filed | Claim Number | Total |
| 1 | EATON CORPORATION<br>ATTN GLOBAL TRADE CREDIT<br>1000 EATON BOULEVARD, S5<br>CLEVELAND, OH 44122 | 6/19/2025 | 3 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $12,044.32<br><br>Total: $12,044.32 | Claim No. 3 and Claim No. 13 appear to be duplicates. | 6/30/2025 | 13 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $12,044.32<br><br>Total: $12,044.32 |
| 2 | PACIFIC BIOLABS, INC.<br>551 Linus Pauling Drive<br>Hercules, CA 94547 | 6/18/2025 | 10018 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $3,186.00<br><br>Total: $3,186.00 | Claim No. 10019 amends Claim No. 10018. | 6/18/2025 | 10019 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $3,216.68<br><br>Total: $3,216.68 |