# SCHEDULE 4

## Reclassified Claim

## Schedule 4

*Reclassified Claim*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Reclassification | Reclassified Claim Amount |
|---|---|---|---|---|---|---|
| 1 | Genie Scientific<br>17430 MT CLIFFWOOD CIR<br>FOUNTAIN VALLEY, CA 92708 | 6/19/2025 | 10022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $6,074.44<br>Unsecured: $0.00<br><br>Total: $6,074.44 | The Claim and its supporting documents do not demonstrate entitlement to an administrative claim under section 507(a)(7) and, accordingly, the claim should be reclassified as a general unsecured claim. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $6,074.44<br><br>Total: $6,074.44 |