**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.,<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor.[1] | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 344** |

**ORDER GRANTING THE POST-EFFECTIVE-DATE DEBTOR'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD TO FILE OBJECTIONS TO CLAIMS**

Upon the motion (the "Motion")[2] of the Post-Effective-Date Debtor for entry of an order (this "Order"): (a) extending the deadline by which the Post-Effective-Date Debtor must file and serve objections to claims against the Debtor by ninety (90) days, through and including November 30, 2026;[3] and (b) granting related relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Post-Effective-Date Debtor's estate, its creditors, and other parties in interest; and the Court having found that the Post-Effective-Date Debtor provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] Exactly 90 days is November 29, 2026, which falls on a Sunday.

legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline is extended to and including November 30, 2026.

3. This Order is without prejudice to the Post-Effective-Date Debtor's right to request further extension(s) of the Claims Objection Deadlines.

4. The Post-Effective-Date Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 11th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

4914-0781-8185.3 82578.00002