**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.,[1]<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 219** |

**CERTIFICATION OF COUNSEL REGARDING SUPPLEMENTAL ORDER ON DEBTOR'S FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (REDUCED CLAIMS, NO LIABILITY CLAIMS, AMENDED CLAIMS, AND RECLASSIFIED CLAIM)**

The undersigned hereby certifies that:

1. On August 8, 2025, the above-captioned post-effective-date debtor (the "Debtor") filed the *Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 219] (the "Omnibus Objection").

2. Pursuant to the *Notice of Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 219-1], objections to entry of an order granting the Omnibus Objection were due no later than August 29, 2025, at 4:00 p.m. Eastern Time.

3. As of the date hereof, no responses to the Omnibus Objection have been filed or otherwise received as to the claims identified on revised Schedule 1 or revised Schedule 2 to the Proposed Supplemental Order.

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

4. On September 23, 2025, the Court held a hearing on the Omnibus Objection and granted the relief requested as to **Schedule 3** and **Schedule 4** attached to **Exhibit A** of the Omnibus Objection. The Court requested additional information related to **Schedule 1** and **Schedule 2** attached to **Exhibit A** of the Omnibus Objection.

5. On September 24, 2025, the Debtor filed the *Certification of Counsel Regarding Revised Proposed Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 260] and submitted a revised proposed order for the Court's consideration.

6. On September 25, 2025, the Court entered the *Order (A) Sustaining Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 3 and Schedule 4 Therein; and (B) Continuing Hearing as to Objection to Claim No. 10055 Filed by Thomas Scientific, LLC* [Docket No. 261].

7. The Debtor has gathered and reviewed additional information related to the claims identified on **Schedule 1** and **Schedule 2** attached to **Exhibit A** of the Omnibus Objection. Filed contemporaneously herewith is the *Supplemental Declaration of Allen Soong in Support of Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 1 and Schedule 2 Therein* (the "Supplemental Declaration") which provides an explanation of additional information reviewed as to the claims identified on **Schedule 1** and **Schedule 2** attached to **Exhibit A** of the Omnibus Objection.

8. As set forth in the Supplemental Declaration, in connection with that further review the Debtor has determined to withdraw the Omnibus Objection as to six (6) claims. Filed

contemporaneously herewith, the Debtor is filing a notice of withdrawal of the Omnibus Objection as to such claims (the "Notice of Withdrawal"). The claims identified in the Notice of Withdrawal are not included on revised **Schedule 1** or revised **Schedule 2** to the Proposed Supplemental Order attached hereto as **Exhibit A**, and no relief is sought as to those claims herein.

9. In addition, no relief is sought herein as to (a) Claim No. 10055 filed by Thomas Scientific, LLC, and Claim No. 10032 filed by ERS Genomics Limited, each of which remains the subject of ongoing discussions between the Debtor and the respective claimant, and (b) Claim No. 10018 filed by Pacific Biolabs, Inc., which was disallowed and expunged pursuant to the order entered at Docket No. 261. None of these claims are included on revised **Schedule 1** or revised **Schedule 2** to the Proposed Supplemental Order, and the Debtor reserves all rights with respect thereto.

10. Accordingly, the Debtor requests that the Proposed Supplemental Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

11. A redlined copy of the Proposed Supplemental Order as to **Schedule 1** and **Schedule 2** of the Omnibus Objection is attached hereto as **Exhibit B**, showing changes to the Proposed Supplemental Order when compared with the version submitted with the Omnibus Objection.

Dated: September 14, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Post-Effective-Date Debtor*