# **EXHIBIT A**

## **Proposed Supplemental Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.,[1]<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 219** |

**SUPPLEMENTAL ORDER SUSTAINING DEBTOR'S FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (REDUCED CLAIMS, NO LIABILITY CLAIMS, AMENDED CLAIMS, AND RECLASSIFIED CLAIM) AS RELATED TO SCHEDULE 1 AND SCHEDULE 2 THEREIN**

Upon consideration of the *Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* (the "Objection")[2] for entry of an order (this "Order") pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007–1, objecting to the claims listed on **Schedule 1** (the "Reduced Claims") and **Schedule 2** (the "No Liability Claims") all as more fully set forth in the Objection; and the Court having reviewed the Declaration and the Supplemental Declaration in support of the Objection; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each Reduced Claim identified on **Schedule 1** attached hereto is hereby reduced in amount as set forth in the column titled "Modified Claim Amount."

4. Each No Liability Claim identified on **Schedule 2** attached hereto is hereby disallowed and expunged in its entirety.

5. No relief is granted by this Order as to (a) the claims identified in the Notice of Withdrawal, (b) Claim No. 10055 filed by Thomas Scientific, LLC, (c) Claim No. 10032 filed by ERS Genomics Limited, or (d) Claim No. 10018 filed by Pacific Biolabs, Inc., and the Debtor reserves all rights with respect to such claims.

6. The claims and noticing agent is authorized to update the claims register to reflect the relief granted in this Order.

7. The Debtor's right to object in the future to any of the Claims listed in the Objection on any ground, including, without limitation, substantive grounds, and to amend, modify or supplement the Objection, including, without limitation, to object to amended claims and newly-filed claims, is hereby reserved.

8. Each of the Claims and the objections by the Debtor to such Claims, as addressed in the Objection and set forth on **Schedule 1** and **Schedule 2** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Claims. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

9. The Debtor and Epiq Corporate Restructuring, LLC are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# SCHEDULE 1

## Reduced Claims

## Schedule 1

*Reduced Claims*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Modification | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Vendor Financial Servic<br>801 Walnut Street, MAC F0006-052<br>Des Moines, IA 50309 | 6/4/2025 | 10011 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $28,326.89<br><br>Total: $28,326.89 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The claim is comprised of unbilled future periods for three copier leases. All of the payments for the leases have been made except the $1,038.88 payment that was due on 04/25/25. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,038.88<br><br>Total: $1,038.88 |
| 2 | NOR-CAL MOVING SERVICE<br>3527 ARDEN ROAD<br>HAYWARD, CA 94545 | 6/19/2025 | 10020 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,843.64<br><br>Total: $1,843.64 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference of $337.00 is due to a partial payment. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,506.64<br><br>Total: $1,506.64 |
| 3 | Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603 | 7/1/2025 | 10038 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,272.65<br><br>Total: $2,272.65 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference is due to a $2,000 partial payment of invoice 0030488119 paid on 05/02/25. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $272.65<br><br>Total: $272.65 |
| 4 | Cintas Corporation<br>ATTN Stephen Malkiewicz, BK COUNSEL<br>6800 Cintas Blvd<br>Mason, OH 45040 | 7/2/2025 | 10043 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,206.45<br><br>Total: $2,206.45 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference is due to $319.36 payment of invoice 5270985403 paid on 06/25/25. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,887.09<br><br>Total: $1,887.09 |

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Modification | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 5 | Fisher Scientific Company, L.L.C.<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 7/2/2025 | 10045 | 503(b)(9): $0.00<br>Other Administrative: $5,314.88<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $73,796.37<br><br>Total: $79,111.25 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The claim amount difference is due to $32,091.16 in payments made on various invoices. | 503(b)(9): $0.00<br>Other Administrative: $5,314.88<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $41,705.21<br><br>Total: $47,020.09 |
| 6 | Bio-Rad Laboratories, Inc.<br>1000 Alfred Nobel Dr., MS 1-130<br>Hercules, CA 94547 | 7/2/2025 | 10054 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $5,530.17<br><br>Total: $5,530.17 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference is attributable to invoice 401807787 for $773.90, which the company has no record of receiving, and $139.85 of sales tax included on Bio-Rad's invoices, which the Company does not owe due to its exempt status. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $4,616.42<br><br>Total: $4,616.42 |
| 7 | Life Technologies Corporation<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 7/3/2025 | 10060 | 503(b)(9): $0.00<br>Other Administrative: $597.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $13,489.68<br><br>Total: $14,086.68 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The Debtor has no record of invoice 77236045 for $13,489.68. Invoice 87168809 for $283.50 was paid on 06/20/25. The Debtor's records show $313.50 as the total amount owing. | 503(b)(9): $0.00<br>Other Administrative: $313.50<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $313.50 |
| 8 | Global Life Sciences Solut. USA LLC<br>100 Results Way<br>Marlborough, MA 01752 | 7/3/2025 | 10062 | 503(b)(9): $0.00<br>Other Administrative: $1,483.22<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $30,461.98<br><br>Total: $31,945.20 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The Debtor's books and records show 11 invoices totaling $19,947.42 settled via credits, one invoice outstanding for $2,298.38 (inv #12899514) and three invoices totaling $9,699.40. The Debtor has no record of (inv #12730311, 12860870 and 12930540). | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,298.38<br><br>Total: $2,298.38 |

# SCHEDULE 2

## No Liability Claims

## Schedule 2

*No Liability Claims*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| 1 | PG&E<br>PO Box 8329<br>CO Bankruptcy<br>Stockton, CA 95208 | 6/17/2025 | 1 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $29,801.94<br><br>Total: $29,801.94 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 5/13/25 and 6/18/25. |
| 2 | SIGMA-ALDRICH INC<br>3050 Spruce Street<br>St. Louis, MO 63103 | 6/17/2025 | 2 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $12,004.00<br><br>Total: $12,004.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The claim amount was applied against the Claimant's prepaid/deposit balance. |
| 3 | MICHELLI MEASUREMENT GROUP<br>130 BROOKHOLLOW ESPLANADA<br>HARAHAN, LA 70123 | 6/26/2025 | 8 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,083.50<br><br>Total: $1,083.50 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 06/20/25. |
| 4 | DUMLAO, JASON<br>*Address redacted* | 6/25/2025 | 10028 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $0.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>Debtor shows no obligation on its books and records. Claim filed as undetermined, no amount stated, and no supporting documents. |
| 5 | PRECISION METAL TOOLING, INC.<br>5101 SAN LEANDRO STREET<br>OAKLAND, CA 94601 | 7/2/2025 | 10046 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $19,450.00<br><br>Total: $19,450.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The Debtor made payments that fully satisified the claim. Invoice 26851 was paid on 3/7/25, and invoice 26942 was on 10/02/25. |
| 6 | CHEMGENES CORPORATION<br>33 INDUSTRIAL WAY<br>WILMINGTON, MA 01887 | 7/2/2025 | 10048 | 503(b)(9): $0.00<br>Other Administrative: $1,917.30<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $1,917.30 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>Claimaint had a prepayment that covered this amount. |
| 7 | Workday, Inc.<br>C/O Perkins Coie LLP<br>ATTN Bradley A. Cosman<br>2525 E Camelback Rd, Ste 500<br>Phoenix, AZ 85016 | 7/2/2025 | 10049 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $30,596.00<br><br>Total: $30,596.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 10/15/24. |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Iron Mountain Information Mgmt LLC<br>ATTN Joseph P Corrigan<br>1101 Enterprise Dr<br>Royersford, PA 19468 | 7/2/2025 | 10053 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,727.02<br><br>Total: $2,727.02 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 07/20/25. |
| 9 | Colorado Department of Revenue<br>Attn: Bankruptcy<br>PO Box 17087<br>Denver, CO 80217-0087 | 6/9/2025 | 10012 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $0.00 | The Claimant filed a proof of claim reflecting no amount due, asserting a claim in the amount of $0.00.<br><br>Debtor shows no obligation on its books and records. Claim filed as undertermined, no amount provided. |