**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.,<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor.[1] | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 219** |

**NOTICE OF WITHDRAWAL OF DEBTOR'S FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (REDUCED CLAIMS, NO LIABILITY CLAIMS, AMENDED CLAIMS, AND RECLASSIFIED CLAIM) SOLELY WITH RESPECT TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Shapauste, Inc. hereby withdraws the *Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim)* [Docket No. 219] (the "Claims Objection") solely with respect to the following claims identified on Schedule 1 and Schedule 2 attached to Exhibit A of the Claims Objection:

| **Schedule 1** | |
|---|---|
| **Claim No.** | **Claimant** |
| 10008 | Donnelley Financial Solutions |
| 10014 | Linde Gas & Equipment Inc. |
| 10050 | Technology Networks Ltd. |
| 10051 | LabX Media Group Inc. |

| **Schedule 2** | |
|---|---|
| **Claim No.** | **Claimant** |
| 4 | Circuits & Systems Inc. |
| 10025 | Stemcell Technologies Inc. |

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

Dated: September 14, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Post-Effective-Date Debtor*