# SCHEDULE 1

## Reduced Claims

Shapauste, Inc. (f/k/a Synthego Corporation)
Case No. 25-10823 (MFW)

## Schedule 1

*Reduced Claims*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Modification | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Vendor Financial Servic<br>801 Walnut Street, MAC F0006-052<br>Des Moines, IA 50309 | 6/4/2025 | 10011 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $28,326.89<br><br>Total: $28,326.89 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The claim is comprised of unbilled future periods for three copier leases. All of the payments for the leases have been made except the $1,038.88 payment that was due on 04/25/25. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,038.88<br><br>Total: $1,038.88 |
| 2 | NOR-CAL MOVING SERVICE<br>3527 ARDEN ROAD<br>HAYWARD, CA 94545 | 6/19/2025 | 10020 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,843.64<br><br>Total: $1,843.64 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference of $337.00 is due to a partial payment. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,506.64<br><br>Total: $1,506.64 |
| 3 | Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603 | 7/1/2025 | 10038 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,272.65<br><br>Total: $2,272.65 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference is due to a $2,000 partial payment of invoice 0030488119 paid on 05/02/25. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $272.65<br><br>Total: $272.65 |
| 4 | Cintas Corporation<br>ATTN Stephen Malkiewicz, BK COUNSEL<br>6800 Cintas Blvd<br>Mason, OH 45040 | 7/2/2025 | 10043 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,206.45<br><br>Total: $2,206.45 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference is due to $319.36 payment of invoice 5270985403 paid on 06/25/25. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,887.09<br><br>Total: $1,887.09 |

Shapauste, Inc. (f/k/a Synthego Corporation)
Case No. 25-10823 (MFW)

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Modification | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 5 | Fisher Scientific Company, L.L.C.<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 7/2/2025 | 10045 | 503(b)(9): $0.00<br>Other Administrative: $5,314.88<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $73,796.37<br><br>Total: $79,111.25 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The claim amount difference is due to $32,091.16 in payments made on various invoices. | 503(b)(9): $0.00<br>Other Administrative: $5,314.88<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $41,705.21<br><br>Total: $47,020.09 |
| 6 | Bio-Rad Laboratories, Inc.<br>1000 Alfred Nobel Dr., MS 1-130<br>Hercules, CA 94547 | 7/2/2025 | 10054 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $5,530.17<br><br>Total: $5,530.17 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The difference is attributable to invoice 401807787 for $773.90, which the company has no record of receiving, and $139.85 of sales tax included on Bio-Rad's invoices, which the Company does not owe due to its exempt status. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $4,616.42<br><br>Total: $4,616.42 |
| 7 | Life Technologies Corporation<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 7/3/2025 | 10060 | 503(b)(9): $0.00<br>Other Administrative: $597.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $13,489.68<br><br>Total: $14,086.68 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The Debtor has no record of invoice 77236045 for $13,489.68. Invoice 87168809 for $283.50 was paid on 06/20/25. The Debtor's records show $313.50 as the total amount owing. | 503(b)(9): $0.00<br>Other Administrative: $313.50<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $313.50 |
| 8 | Global Life Sciences Solut. USA LLC<br>100 Results Way<br>Marlborough, MA 01752 | 7/3/2025 | 10062 | 503(b)(9): $0.00<br>Other Administrative: $1,483.22<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $30,461.98<br><br>Total: $31,945.20 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The Debtor's books and records show 11 invoices totaling $19,947.42 settled via credits, one invoice outstanding for $2,298.38 (inv #12899514) and three invoices totaling $9,699.40. The Debtor has no record of (inv #12730311, 12860870 and 12930540). | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,298.38<br><br>Total: $2,298.38 |