# SCHEDULE 2

## No Liability Claims

## Schedule 2

*No Liability Claims*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| 1 | PG&E<br>PO Box 8329<br>CO Bankruptcy<br>Stockton, CA 95208 | 6/17/2025 | 1 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $29,801.94<br><br>Total: $29,801.94 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 5/13/25 and 6/18/25. |
| 2 | SIGMA-ALDRICH INC<br>3050 Spruce Street<br>St. Louis, MO 63103 | 6/17/2025 | 2 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $12,004.00<br><br>Total: $12,004.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The claim amount was applied against the Claimant's prepaid/deposit balance. |
| 3 | MICHELLI MEASUREMENT GROUP<br>130 BROOKHOLLOW ESPLANADA<br>HARAHAN, LA 70123 | 6/26/2025 | 8 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,083.50<br><br>Total: $1,083.50 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 06/20/25. |
| 4 | DUMLAO, JASON<br>*Address redacted* | 6/25/2025 | 10028 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $0.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>Debtor shows no obligation on its books and records. Claim filed as undetermined, no amount stated, and no supporting documents. |
| 5 | PRECISION METAL TOOLING, INC.<br>5101 SAN LEANDRO STREET<br>OAKLAND, CA 94601 | 7/2/2025 | 10046 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $19,450.00<br><br>Total: $19,450.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The Debtor made payments that fully satisified the claim. Invoice 26851 was paid on 3/7/25, and invoice 26942 was on 10/02/25. |
| 6 | CHEMGENES CORPORATION<br>33 INDUSTRIAL WAY<br>WILMINGTON, MA 01887 | 7/2/2025 | 10048 | 503(b)(9): $0.00<br>Other Administrative: $1,917.30<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $1,917.30 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>Claimaint had a prepayment that covered this amount. |
| 7 | Workday, Inc.<br>C/O Perkins Coie LLP<br>ATTN Bradley A. Cosman<br>2525 E Camelback Rd, Ste 500<br>Phoenix, AZ 85016 | 7/2/2025 | 10049 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $30,596.00<br><br>Total: $30,596.00 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 10/15/24. |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Iron Mountain Information Mgmt LLC<br>ATTN Joseph P Corrigan<br>1101 Enterprise Dr<br>Royersford, PA 19468 | 7/2/2025 | 10053 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,727.02<br><br>Total: $2,727.02 | A review of the Debtor's books and records reveals no indication that the asserted claim amount is due and owing.<br><br>The amount was paid in full on 07/20/25. |
| 9 | Colorado Department of Revenue<br>Attn: Bankruptcy<br>PO Box 17087<br>Denver, CO 80217-0087 | 6/9/2025 | 10012 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $0.00 | The Claimant filed a proof of claim reflecting no amount due, asserting a claim in the amount of $0.00.<br><br>Debtor shows no obligation on its books and records. Claim filed as undertermined, no amount provided. |