**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC,[1]<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON SEPTEMBER 29, 2026, AT 10:30 A.M. EASTERN TIME BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE THE HEARING IS CANCELLED WITH THE COURT'S PERMISSION AS THE MATTER HAS BEEN ADJOURNED.**

**ADJOURNED MATTER**

1. Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 08/08/25] (Docket No. 219).

   Response Deadline: August 29, 2025, at 4:00 p.m. Eastern Time. Response deadline extended to October 21, 2026, at 4:00 p.m. for Thomas Scientific, LLC.

   Responses Received: Informal Response Received from Thomas Scientific, LLC.

   Related Documents:

   (a) Notice of Submission of Proofs of Claim in Connection with Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/09/25] (Docket No. 246).

   (b) Certification of Counsel Regarding Revised Proposed Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/18/25] (Docket No. 250).

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

(c) Certification of Counsel Regarding Revised Proposed Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/24/25] (Docket No. 260).

(d) [ENTERED] Order (A) Sustaining Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 3 and Schedule 4 Therein; and (B) Continuing Hearing as to Objection to Claim No. 10055 Filed by Thomas Scientific, LLC [Entered: 09/25/25] (Docket No. 261).

(e) Certification of Counsel Regarding Supplemental Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/14/26] (Docket No. 348).

(f) Supplemental Declaration of Allen Soong in Support of Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 1 and Schedule 2 Therein [Filed: 09/14/26] (Docket No. 349).

(g) Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) Soley with Respect to Certain Claims [Filed: 09/14/26] (Docket No. 350).

(h) [ENTERED] Supplemental Order Sustaining Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 1 and Schedule 2 Therein [Entered: 09/16/26] (Docket No. 351).

Status: This matter has been continued to a hearing scheduled for October 28, 2026, at 3:00 p.m. Eastern Time.

Dated: September 24, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Post-Effective-Date Debtor*