Case 25-10823-MFW Doc 361 Filed 09/25/26 Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC,[1]<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>Related Docket No. 354 |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned case:

| **DATE** | **TIME** | **LOCATION** |
|---|---|---|
| October 28, 2026<br>Omnibus Hearing | 3:00 p.m. Eastern Time | 824 N. Market Street<br>Courtroom 4 |

**Dated: September 25th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.