**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.<br>(f/k/a Synthego Corporation),<br><br>Post-Effective-Date Debtor.[1] | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 357** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH POST-EFFECTIVE-DATE DEBTOR'S SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (LATE FILED CLAIMS AND MODIFIED CLAIM)**

TO: Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on September 28, 2026, the above-captioned Post-Effective-Date Debtor (the "Debtor"), by and through its undersigned counsel, filed *Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim)* (the "Second Omnibus Objection") [Docket No. 357] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. A hearing on the Second Omnibus Objection is scheduled for October 28, 2026, at 3:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Second Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Debtor.

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

Dated: October 13, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Post-Effective-Date Debtor*