October 15, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2026 OCT 20 A 8: 26

CASE NO.: 25-10823
CHAPTER 11 SYNTHEGO CORPORATION

SAN MATEO COUNTY TAX COLLECTOR'S RESPONSE TO DEBTOR'S OBJECTION OF MODIFIED CLAIM ON SCHEDULE 2

The San Mateo County Tax Collector ("Claimant"), respectfully submits this response to the Second Omnibus Objection to Certain Claims (Modified Claim, Schedule 2) regarding Personal Property Taxes in original claim #10076.

## I. STATEMENT OF FACTS

1. This response is issued to clarify and correct the claim (#10076) filed by the San Mateo County Tax Collector which is now listed on Schedule 2 in the Debtor's Second Omnibus Objection as a Modified Claim.
2. The original claim (#10076) was filed on 9/11/2025 for $304,747.13 which was the amount due for two Synthego Corp. accounts (#0432560001 & #0432560006).
    a. Account #0432560001, Bill #2025-006801 $304,630.59 ($276,905.09 + penalties/interest $27,725.50)
    b. Account #0432560006, Bill #2025-006802 $116.54 ($74.13 + penalties/interest $42.41)
3. On 1/16/2026 Synthego made an online payment to Account #0432560001 in the amount of $276,940.09. No payment was made on the other account.
4. On 4/16/2026 there was a roll correction made by the Assessor's office on the above-paid account #0432560001 in which Bill #2025-006801 was cancelled and a new bill was issued in its place for a significantly lower tax, unbeknownst to me as the filer of the original claim on behalf of the Creditor, San Mateo County Tax Collector.
5. The replacement bill #2025-013677 lowered the tax to $203,988.47 (Exhibit A)
6. On 4/17/26 our Accounting Department applied the original payment of $276,940.09 to this corrected bill. This resulted in a refund of $72,951.62 which was mailed to Synthego on 6/1/26 (check #02985447) and subsequently cashed on 6/11/26. (Exhibit B)
7. The San Mateo County Tax Collector does not deny the objection that the claim was erroneously filed by including interest/penalties at the time; however, we do object to the conclusion that the remaining balance stated in Schedule 2 of $27,842.04 consists entirely

of excess interest and penalties. Part of the original claim did include the second account #0432560006 which still has an unpaid 2025 bill (Bill #2025-006802).

8. An amended proof of claim (#10089) has been filed on 10/15/26 for Bill #2025-006802 in the base amount only of $74.13.

II. CONCLUSION

WHEREFORE, Claimant respectfully requests that this Court enter an order allowing Proof of Claim No. 10089, originally filed timely as Claim #10076, in the amount of $74.13.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 15, 2026

*/s/ Amy Moon*
Amy Moon
Legal Office Specialist

EXHIBIT A

# SAN MATEO COUNTY UNSECURED PROPERTY TAX STATEMENT
## FISCAL YEAR 2025-2026

| | | | |
|---|---|---|---|
| 04/16/2026 | 0432560001 | 009007 | 2025-013677 |

**ASSESSED OWNER AS OF 12:01 A.M., JANUARY 1, 2025**
SYNTHEGO CORP
TAX DEPT
3696 HAVEN AVE STE A
REDWOOD CITY, CA 94063-4604

**FOR UNSECURED PROPERTY AT THIS LOCATION**
3696 HAVEN AVE STE A
REDWOOD CITY

**Escaped Back Taxes**
**for FY:** 2025-2026

| | |
|---|---|
| **Personal Property** | $15,222,600 |
| **Fixtures** | $3,262,989 |
| **Improvements** | $0 |
| **Land** | $0 |
| **Exemptions** | $0 |
| **NET TAXABLE VALUE** | $18,485,589 |

DISTRIBUTION OF TAX DOLLARS FOR THIS TAX RATE AREA ▶ 009007

| | | |
|---|---|---|
| Countywide Tax (Escape) | 1.00000000% | $184,855.89 |
| MidPen Open Space Bond | 0.00130000% | $240.33 |
| Redwood City ESD Bond | 0.04560000% | $8,429.42 |
| Sequoia UHSD Bond | 0.03880000% | $7,172.40 |
| SMCCD Bond | 0.01780000% | $3,290.43 |
| General Tax Total | 1.10350000% | $203,988.47 |

* For Home Banking - Use the Account Number 0432560001 as the Home Banking Account Number.
* Pay Online at https://smcgov.org/tax **or by scanning below.**
* When mailing, please do not fold, staple, tape or mutilate the attached coupon.

Notice: If your Escape bill is $500 or more, you may be eligible to start a payment plan under RTC §4837.5. Please contact our office for more information.

Legacy Account Number 04325601N

**TOTAL AMOUNT DUE** **$0.00**

**QUESTIONS CONCERNING –**
**VALUATION AND OWNERSHIP OF PROPERTY SHOULD BE DIRECTED TO:**
Office of the Assessor – County Clerk – Recorder
555 County Center, 3rd Floor
Redwood City, CA 94063 Telephone: (650) 363-4501 does not relieve

TAX BILLS SHOULD BE DIRECTED TO: through June 30,
Office of the Tax Collector
555 County Center, 3rd Floor
Redwood City, CA 94063 Telephone: (650) 363-4142

| | |
|---|---|
| TAX WITHOUT EXEMPTION | $203,988.47 |
| LESS EXEMPTION | $0.00 |
| TOTAL TAX | $203,988.47 |

Ownership of the lien date of January 1,2025, determines the obligation to pay taxes. The disposing of the property or moving from the county after January 1,2025 does not relieve assessee of the tax liability for the entire fiscal year of July 1,2025 through June 30, 2026 .

**Online Account Ownership PIN** 543557

---

## UNSECURED

| ACCOUNT NUMBER | BILL NUMBER |
|---|---|
| 0432560001 | 2025-013677 |

09/29/2026 Web Print

**ASSESSED OWNER AS OF 12:01 A.M., JANUARY 1, 2025**
SYNTHEGO CORP
TAX DEPT
3696 HAVEN AVE STE A
REDWOOD CITY, CA 94063-4604

**PAY**

Paid 04/16/2026

**$0.00**

**MAKE CHECKS PAYABLE AND MAIL TO:**
**SANDIE ARNOTT, TAX COLLECTOR**
**555 COUNTY CENTER, 1ST FLOOR**
**REDWOOD CITY, CA 94063**

F10043256000100000000002025-01367700000000000000000000000000004

EXHIBIT B

## Check Status Inquiry

Check Date Type Issued, Check Number: 02985447, Check ID: Any, Payment Type Any

| Check ID | Check Number | Check Amount |
|---|---|---|
| AP | 02985447 | $72,951.62 |

**Payee**

TT039730
SYNTHEGO CORP
TAX DEPARTMENT
3696 HAVEN AVE STE A
REDWOOD CITY, CA 94063-4604

| Status | |
|---|---|
| **Cleared** | |
| **Dates** | |
| Issued | 06/01/2026 |
| Reversed | |
| Cleared | 06/11/2026 |
| Escheated | |

### Check Details

| Invoice # | Amount |
|---|---|
| TS 168894 | $72,951.62 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, a true and correct copy of the foregoing was sent this day by electronic transmission or first class mail, postage prepaid to:

1) The Clerk of the Court, 824 North Market St., 3rd Floor, Wilmington, DE 19801
2) Counsel for the Debtor
   a) James E. O'Neill, Pachulski Stang Ziehl & Jones LLP – joneill@pszjlaw.com
   b) Malhar S. Pagay, Pachulski Stang Ziehl & Jones LLP – mpagay@pszjlaw.com
3) Office of the U.S. Trustee
   a) U.S. Trustee – megan.seliber@usdoj.gov

San Mateo County Tax Collector
555 County Center, 1st Floor
Redwood City, CA 94063

By: */s/ Amy Moon*
Amy Moon
Legal Office Specialist
Tel: 866-220-0308
Fax: 650-599-1511

TAX COLLECTOR
San Mateo County
555 County Center, 1st Floor
Redwood City, CA 94063-0966

SAN FRANCISCO CA 940
15 OCT 2026 PM 5 L




US BANKRUPTCY COURT
DISTRICT OF DELAWARE
Clerk of the Court
824 North Market St., 3rd Floor
Wilmington, DE 19801

19801-302499