**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.,[1]<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket Nos. 357 and 362** |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER ON POST-EFFECTIVE-DATE DEBTOR'S SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (LATE FILED CLAIMS AND MODIFIED CLAIM)**

The undersigned hereby certifies that:

1. On September 28, 2026, the above-captioned post-effective-date debtor (the "Debtor") filed the *Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim)* [Docket No. 357] (the "Omnibus Objection").

2. Pursuant to the *Notice of Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim)* [Docket No. 357-1], objections to entry of an order granting the Omnibus Objection were due no later than October 19, 2026, at 4:00 p.m. Eastern Time (the "Objection Deadline").

3. On October 20, 2026, San Mateo County Tax Collector (the "Claimant") filed *San Mateo County Tax Collector's Response to Debtor's Objection of Modified Claim on Schedule 2* [Docket No. 362] (the "San Mateo Response"). No other party filed an answer, objection, or other responsive pleading to the Omnibus Objection on the Court's docket.

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

4. The Debtor has reviewed the San Mateo Response. In the San Mateo Response, the Claimant does not dispute that its claim, as originally filed as Claim No. 10076, improperly included penalties and interest, but asserts that a portion of the remaining balance reflects unpaid base tax of $74.13 on a second account (Bill No. 2025-006802). On October 15, 2026, the Claimant filed Claim No. 10089, which amends Claim No. 10076 and asserts only the base tax amount of $74.13. Following review of the San Mateo Response and Claim No. 10089 and discussions with the Claimant, the Debtor has agreed to allow Claim No. 10089 in the amount of $74.13, which resolves the San Mateo Response. Pursuant to the Proposed Order, Claim No. 10076 will be modified to $0.00 as set forth on **Schedule 2**, and Claim No. 10089, which amends Claim No. 10076, will be allowed in the amount of $74.13.

5. Attached hereto as **Exhibit A** is a revised proposed form of order sustaining the Omnibus Objection and reflecting the resolution of the San Mateo Response, including allowing Claim No. 10089 filed by Claimant in the amount of $74.13 (the "Proposed Order").

6. A redlined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes to the Proposed Order when compared with the version submitted with the Omnibus Objection.

7. Accordingly, the Debtor requests that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: October 26, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Post-Effective-Date Debtor*