# EXHIBIT A

## Revised Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.<br>(f/k/a Synthego Corporation),<br><br>Post-Effective-Date Debtor.[1] | Chapter 11<br><br>Case No. 25-10823 (MFW)<br><br>**Related Docket No. 357** |

**ORDER SUSTAINING POST-EFFECTIVE-DATE DEBTOR'S SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (LATE FILED CLAIMS AND MODIFIED CLAIM) AND ALLOWING CLAIM NO. 10089 FILED BY SAN MATEO COUNTY TAX COLLECTOR**

Upon consideration of the *Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim)* (the "Objection")[2] for entry of an order (this "Order") pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007–1, objecting to the claims listed on **Schedule 1** (the "Late Filed Claims") and **Schedule 2** (the "Modified Claim") all as more fully set forth in the Objection; and the Court having reviewed the Declaration in support of the Objection; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

U.S.C. §§ 1408 and 1409; and notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having considered the response filed by San Mateo County Tax Collector [Docket No. 362] and the Debtor's certification of counsel, and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each Late Filed Claim identified on **Schedule 1** attached hereto is hereby disallowed and expunged in its entirety.

4. The Modified Claim identified on **Schedule 2** attached hereto is hereby modified in amount as identified in the column entitled Modified Claim Amount.

5. Claim No. 10089 filed by San Mateo County Tax Collector, which amends Claim No. 10076, is allowed in the amount of $74.13.

6. The claims and noticing agent is authorized to update the claims register to reflect the relief granted in this Order.

7. The Debtor's right to object in the future to any of the Claims listed in the Objection on any ground, including, without limitation, substantive grounds, and to amend, modify or supplement the Objection, including, without limitation, to object to amended claims and newly-filed claims, in each case other than Claim No. 10089, which is allowed as set forth in this Order, is hereby reserved.

8. Each of the Claims and the objections by the Debtor to such Claims, as addressed in the Objection and set forth on **Schedule 1** and **Schedule 2** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Claims. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

9. The Debtor and Epiq Corporate Restructuring, LLC are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SCHEDULE 1**

**Late Filed Claims**

## Schedule 1

*Late Filed Claims*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| 1 | Anderson, Connor<br>*Address on File* | 9/12/2025 | 10077 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $0.00 | Claim filed after applicable bar date. |
| 2 | Festo Corporation<br>ATTN: Salvatore Buccellato<br>1377 Motor Parkway, Suite 310<br>Islandia, New York, 11749 | 7/8/2025 | 10064 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $38.37<br><br>Total: $38.37 | Claim filed after applicable bar date. |
| 3 | Intima Bioscience, Inc.<br>3 Columbus Circle<br>New York, New York, 10019 | 10/14/2025 | 10085 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $431,911.59<br><br>Total: $431,911.59 | Claim filed after applicable bar date. |
| 4 | Intralinks, Inc.<br>PO Box 392134<br>Pittsburgh, Pennsylvania, 15251-9134 | 10/8/2025 | 10084 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $4,592.15<br><br>Total: $4,592.15 | Claim filed after applicable bar date. |
| 5 | Life Edit Therapeutics, Inc.<br>300 Morris St, Ste 300<br>Durham, North Carolina, 27701 | 9/9/2025 | 10075 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $49,220.06<br><br>Total: $49,220.06 | Claim filed after applicable bar date. |
| 6 | Mettler-Toledo LLC<br>1900 Polaris Pkwy<br>Columbus, Ohio, 43240-4035 | 8/29/2025 | 10074 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $5,203.25<br><br>Total: $5,203.25 | Claim filed after applicable bar date. |
| 7 | PATSNAP UK LTD<br>Building 3 Chiswick Business Park<br>566 Chiswick High Road<br>London W4 5YA<br>United Kingdom | 7/30/2025 | 10071 | 503(b)(9): $14,850.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $14,850.00 | Claim filed after applicable bar date. |
| 8 | RECOLOGY SAN MATEO<br>1675 ROGERS AVE<br>SAN JOSE, California, 95112 | 7/14/2025 | 17 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $3,480.26<br><br>Total: $3,480.26 | Claim filed after applicable bar date. |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Valco Instruments Co Inc<br>7811 Westview Dr<br>Houston, Texas, 77055 | 9/19/2025 | 10079 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $3,471.26<br><br>Total: $3,471.26 | Claim filed after applicable bar date. |
| 10 | WI HARPER FUND VII LP<br>50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, California, 94111 | 7/11/2025 | 10066 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $3,517,566.00<br><br>Total: $3,517,566.00 | Claim filed after applicable bar date. |
| 11 | WI HARPER FUND VII QP LP<br>50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, California, 94111 | 7/11/2025 | 10067 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $368,327.00<br><br>Total: $368,327.00 | Claim filed after applicable bar date. |
| 12 | WI HARPER FUND VII-A LP<br>50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, California, 94111 | 7/11/2025 | 10068 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $165,744.00<br><br>Total: $165,744.00 | Claim filed after applicable bar date. |
| 13 | WU, JOANN<br>*Address on File* | 2/27/2026 | 24 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,228.70<br><br>Total: $2,228.70 | Claim filed after applicable bar date. |

# SCHEDULE 2

## Modified Claim

## Schedule 2

*Modified Claim*

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Modification | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 1 | San Mateo County Tax Collector<br>555 COUNTY CTR, 1ST FL<br>REDWOOD CITY, California, 94063 | 9/11/2025 | 10076 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $304,747.13<br>Unsecured: $0.00<br><br>Total: $304,747.13 | The amount asserted in the Claim does not match the Debtor's books and records and overstates the amount for which the Debtor's estate is liable.<br><br>The Debtor paid Claimant $276,905.09 on 01/15/26. The remaining $27,842.04 consists of interest and penalties for which the Claimant is not entitled. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $0.00<br><br>Claim No. 10076 has been amended and superseded by Claim No. 10089, which is allowed by agreement in the amount of $74.13. |