**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPAUSTE, INC.,[1]<br>(f/k/a Synthego Corporation)<br><br>Post-Effective-Date Debtor. | Chapter 11<br><br>Case No. 25-10823 (MFW) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON OCTOBER 28, 2026, AT 3:00 P.M. EASTERN TIME BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via Zoom. Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference. Case participants who wish to attend a hearing remotely must register using the *eCourtAppearances* tool at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in 25-10823 Shapauste, Inc." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.**

**RESOLVED MATTERS**

1. Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 08/08/25] (Docket No. 219).

   Response Deadline: August 29, 2025, at 4:00 p.m. Eastern Time. Response deadline extended to October 21, 2026, at 4:00 p.m. for Thomas Scientific, LLC.

   Responses Received: Informal Response Received from Thomas Scientific, LLC.

   Related Documents:

   (a) Notice of Submission of Proofs of Claim in Connection with Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/09/25] (Docket No. 246).

[1] The Debtor's mailing address is 3696 Haven Avenue, Suite A, Redwood City, California, 94063, and the last four digits of the Debtor's federal tax identification number is 9518.

(b) Certification of Counsel Regarding Revised Proposed Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/18/25] (Docket No. 250).

(c) Certification of Counsel Regarding Revised Proposed Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/24/25] (Docket No. 260).

(d) [ENTERED] Order (A) Sustaining Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 3 and Schedule 4 Therein; and (B) Continuing Hearing as to Objection to Claim No. 10055 Filed by Thomas Scientific, LLC [Entered: 09/25/25] (Docket No. 261).

(e) Certification of Counsel Regarding Supplemental Order on Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) [Filed: 09/14/26] (Docket No. 348).

(f) Supplemental Declaration of Allen Soong in Support of Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 1 and Schedule 2 Therein [Filed: 09/14/26] (Docket No. 349).

(g) Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) Soley with Respect to Certain Claims [Filed: 09/14/26] (Docket No. 350).

(h) [ENTERED] Supplemental Order Sustaining Debtor's First Omnibus Objection (Substantive) to Certain Claims (Reduced Claims, No Liability Claims, Amended Claims, and Reclassified Claim) as Related to Schedule 1 and Schedule 2 Therein [Entered: 09/16/26] (Docket No. 351).

Status: The Claim of Thomas Scientific has been resolved in principal and an order will be filed under certification of counsel. The Claim of ERS is continued to a date to be determined. No hearing is needed on this matter.

2. Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim) [Filed: 09/28/26] (Docket No. 357).

Response Deadline: October 19, 2026, at 4:00 p.m. Eastern Time.

Responses Received:

(a) San Mateo County Tax Collector's Response to Debtor's Objection of Modified Claim on Schedule 2 [Filed: 10/20/26] (Docket No. 362).

Related Documents:

(a) Declaration of Allen Soong in Support of Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim) [Filed: 09/28/26] (Docket No. 358).

(b) Notice of Submission of Proofs of Claim in Connection with Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim) [Filed: 10/13/26] (Docket No. 361).

(c) Certification of Counsel Regarding Revised Proposed Order on Post-Effective-Date Debtor's Second Omnibus Objection (Substantive) to Certain Claims (Late Filed Claims and Modified Claim) [Filed: 10/26/26] (Docket No. 363).

Status: The response of San Mateo County Tax Collector has been resolved by agreement. No other responses or objections have been filed. A revised order has been filed under certification of counsel. No hearing is needed if the revised order is acceptable to the Court.

Dated: October 26, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Debra I. Grassgreen, (admitted *pro hac vice*)
Maxim B. Litvak, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
Email: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
mpagay@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Post-Effective-Date Debtor*