All Cases: Synthego Corporation 25-10823 SHIPAO USA, INC (f/k/a Synthego Corporation)

Sorted Numerical Claims

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| PG&E<br>ATTN BANKRUPTCY<br>PO BOX 8329<br>STOCKTON, CA 95208 | 1 | 06/17/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| SIGMA-ALDRICH INC<br>3050 SPRUCE STREET<br>SAINT LOUIS, MO 63103 | 2 | 06/17/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| EATON CORPORATION<br>ATTN GLOBAL TRADE CREDIT<br>1000 EATON BOULEVARD, S5<br>CLEVELAND, OH 44122 | 3 | 06/19/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| CIRCUITS & SYSTEMS INC<br>D/B/A ARLYN SCALES<br>59 2ND ST<br>EAST ROCKAWAY, NY 11518 | 4 | 06/23/2025 | Synthego Corporation | | | Unsecured: $600.00 | $600.00 |
| WATERPROOFING ASSOCIATES INC<br>1295 NORMAN AVENUE<br>SANTA CLARA, CA 95054 | 5 | 06/23/2025 | Synthego Corporation | | | Unsecured: $1,343.00 | $1,343.00 |
| UNITED STATES PLASTIC CORP (USP)<br>1390 NEUBRECHT ROAD<br>LIMA, OH 45801 | 6 | 06/23/2025 | Synthego Corporation | | | Unsecured: $43.95 | $43.95 |
| YEAGER, JENNIFER<br>ADDRESS ON FILE | 7 | 06/24/2025 | Synthego Corporation | | | Unsecured: $26,000.00 | $26,000.00 |
| MICHELLI MEASUREMENT GROUP<br>C/O MICHELLI WEIGHTING &<br>MEASUREMENTS<br>130 BROOKHOLLOW ESPLANADA<br>HARAHAN, LA 70123 | 8 | 06/26/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| ADVANCE PAPER SYSTEMS, INC<br>499 PARROTT ST<br>SAN JOSE, CA 95112 | 9 | 06/27/2025 | Synthego Corporation | | | Unsecured: $1,786.00 | $1,786.00 |
| LINKSQUARES, INC<br>60 STATE STREET STE 1200<br>BOSTON, MA 02109 | 10 | 06/27/2025 | Synthego Corporation | Withdrawn Claim | | Unsecured: $0.00 | $0.00 |
| SKARNES, WILLIAM<br>ADDRESS ON FILE | 11 | 07/03/2025 | Synthego Corporation | | Undetermined | Unsecured: $0.00 | $0.00 |
| PRIME ANALYTICAL LABORATORIES, LLC<br>ATTN JUAN MUNOZ, CEO<br>4055 NELSON AVE<br>CONCORD, CA 94520 | 12 | 07/03/2025 | Synthego Corporation | | | Unsecured: $6,427.50 | $6,427.50 |
| EATON CORPORATION<br>ATTN GLOBAL TRADE CREDIT<br>1000 EATON BOULEVARD, S5<br>CLEVELAND, OH 44122 | 13 | 06/30/2025 | Synthego Corporation | | | Unsecured: $12,044.32 | $12,044.32 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| PERCEPTIVE CREDIT HOLDINGS III, LP<br>AS SENIOR AGENT<br>C/O PERCEPTIVE ADVISORS<br>ATTN SANDEEP DIXIT, CCO<br>NEW YORK, NY 10003 | 14 | 07/03/2025 | Synthego Corporation | | Unliquidated | Unsecured: $43,739,608.00 | $43,739,608.00 |
| Perceptive Credit Holdings III, LP<br>C/O Perceptive Advisors<br>ATTN Sandeep Dixit, CCO<br>51 Astor Pl, 10th Fl<br>New York, NY 10003 | 15 | 07/03/2025 | Synthego Corporation | | Unliquidated | Unsecured: $0.00 | $0.00 |
| HONGENE BIOTECH CORPORATION<br>29520 KOHOUTEK WAY<br>UNION CITY, CA 94587 | 16 | 07/10/2025 | Synthego Corporation | | | Unsecured: $4,896.05 | $4,896.05 |
| RECOLOGY SAN MATEO<br>1675 ROGERS AVE<br>SAN JOSE, CA 95112 | 17 | 07/14/2025 | Synthego Corporation | | | Unsecured: $3,480.26 | $3,480.26 |
| SPRINT E-LOGISTICS LIMITED<br>A2 PARKWAY TRADING EST<br>CRANFORD LANE<br>HOUNSLOW<br>MIDDLESEX TW5 9QA, TW59QA<br>United Kingdom | 18 | 07/23/2025 | Synthego Corporation | | | Unsecured: $2,716.20 | $2,716.20 |
| MICROBIOLOGICS, INC<br>200 COOPER AVE N<br>SAINT CLOUD, MN 56303 | 19 | 09/19/2025 | Synthego Corporation | | | Unsecured: $501.92 | $501.92 |
| CALIFORNIA DEPT OF TAX & FEE ADMIN<br>C/O COLLECTIONS SUPPORT BUREAU, MIC:29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | 20 | 09/26/2025 | Synthego Corporation | | Contingent | Admin: $900,099.69<br>Unsecured: $0.00 | $900,099.69 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548, MC-008<br>AUSTIN, TX 78711 | 21 | 09/30/2025 | Synthego Corporation | Withdrawn Claim | Unliquidated | Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00 | $0.00 |
| CALIFORNIA DEPT OF TAX & FEE ADMIN<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | 22 | 10/17/2025 | Synthego Corporation | | Contingent<br>Unliquidated | Priority: $454,952.92 | $454,952.92 |
| GRANT THORNTON LLP<br>ATTN JASON ANDERSON<br>171 N CLARK STREET, SUITE 200<br>CHICAGO, IL 60601 | 23 | 12/12/2025 | Synthego Corporation | Withdrawn Claim | | Unsecured: $0.00 | $0.00 |
| WU, JOANN<br>Address on file | 24 | 02/27/2026 | Synthego Corporation | | | Unsecured: $2,228.70 | $2,228.70 |
| CALIFORNIA DEPT OF TAX & FEE ADMIN<br>C/O COLLECTIONS SUPPORT BUREAU, MIC:29<br>PO BOX 942879<br>SACRAMENTO, CA 942790029 | 25 | 08/06/2026 | Synthego Corporation | AMENDS CLAIM #22 | | Priority: $1,102,381.56 | $1,102,381.56 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| CALIFORNIA DEPT OF TAX & FEE ADMIN<br>C/O COLLECTIONS SUPPORT BUREAU,<br>MIC:29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | 26 | 08/10/2026 | Synthego Corporation | AMENDS CLAIM #20 | | Admin: $692,483.00 | $692,483.00 |
| BurgherGray LLP<br>1350 Broadway, Suite 1510<br>New York, NY 10018 | 10000 | 05/08/2025 | Synthego Corporation | | | Unsecured: $9,924.75 | $9,924.75 |
| LBB SPECIALTIES HOLDINGS LLC<br>601 MERRITT 7 PWKY<br>FL 1<br>NORWALK, CT 6851 | 10001 | 05/09/2025 | Synthego Corporation | | | Unsecured: $26,821.68 | $26,821.68 |
| Arab Angel GP I, L.P<br>27 Hospital Rd<br>Grand Cayman KY1-9008,<br>Cayman Islands | 10002 | 05/13/2025 | Synthego Corporation | | Unliquidated | Unsecured: $58,346.79 | $58,346.79 |
| Maughan, Deryck<br>ADDRESS ON FILE | 10003 | 05/13/2025 | Synthego Corporation | | | Unsecured: $1,175,174.00 | $1,175,174.00 |
| AAF II - YASI VENTURES, L.P.<br>ATTN: KYLE HENDRICK<br>27 HOSPITAL ROAD<br>GEORGE TOWN, KY1-1001<br>Cayman Islands | 10004 | 05/14/2025 | Synthego Corporation | | Unliquidated | Unsecured: $36,720.72 | $36,720.72 |
| AAF - Synthego Growth, L.P.<br>1209 Orange Street<br>Wilmington, DE 19801 | 10005 | 05/14/2025 | Synthego Corporation | | Unliquidated | Unsecured: $138,823.36 | $138,823.36 |
| KnowBe4, Inc.<br>Alicia Dietzen Tawil<br>33 N. Garden Ave, Suite 1200<br>Clearwater, FL 33755 | 10006 | 05/16/2025 | Synthego Corporation | | | Unsecured: $2,898.00 | $2,898.00 |
| WIREFORM, LLC<br>1456 W FARRAGUT AVE, #2<br>CHICAGO, IL 60640 | 10007 | 05/19/2025 | Synthego Corporation | | | Unsecured: $637.50 | $637.50 |
| Donnelley Financial Solutions<br>390 Steel Way<br>Lancaster, PA 17601 | 10008 | 05/19/2025 | Synthego Corporation | | | Unsecured: $161,445.50 | $161,445.50 |
| TDOR<br>C/O Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | 10009 | 05/21/2025 | Synthego Corporation | | Unliquidated | Priority: $720.04<br>Unsecured: $15.00 | $735.04 |
| Cheng, Xin<br>ADDRESS ON FILE | 10010 | 05/28/2025 | Synthego Corporation | | | Unsecured: $14,463.75 | $14,463.75 |
| Wells Fargo Vendor Financial Servic<br>801 Walnut Street, MAC F0006-052<br>Des Moines, IA 50309 | 10011 | 06/04/2025 | Synthego Corporation | | | Unsecured: $1,038.88 | $1,038.88 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Colorado Department of Revenue<br>Attn: Bankruptcy<br>PO Box 17087<br>Denver, CO 80217-0087 | 10012 | 06/09/2025 | Synthego Corporation | Expunged/Disallowed Claim | Undetermined | Priority: $0.00<br>Unsecured: $0.00 | $0.00 |
| TrueBridge Direct Fund L.P.<br>C/O Choate Hall & Stewart LLP<br>Attn: Douglas R. Gooding<br>2 International Place<br>Boston, MA 02110 | 10013 | 06/11/2025 | Synthego Corporation | | | Unsecured: $227,660.35 | $227,660.35 |
| Linde Gas & Equipment Inc.<br>C/O BARR Credit Services<br>3444 N Country Club Rd Ste 200<br>TUCSON, AZ 85716 | 10014 | 06/16/2025 | Synthego Corporation | | | Unsecured: $7,181.05 | $7,181.05 |
| CONLEY, NICHOLAS<br>Address on file | 10015 | 06/17/2025 | Synthego Corporation | | Unliquidated | Unsecured: $8,938.71 | $8,938.71 |
| CONLEY, NICHOLAS<br>Address on file | 10016 | 06/17/2025 | Synthego Corporation | | Unliquidated | Unsecured: $3,899.78 | $3,899.78 |
| Gigafund 1, LP<br>C/O Nelson Mullins Et al<br>ATTN Lee B. Hart, Esq.<br>201 17th St NW, Ste 1700<br>Atlanta, GA 30363 | 10017 | 06/18/2025 | Synthego Corporation | | | Unsecured: $180,178.47 | $180,178.47 |
| PACIFIC BIOLABS, INC.<br>Address on file | 10018 | 06/18/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| PACIFIC BIOLABS, INC.<br>Address on file | 10019 | 06/18/2025 | Synthego Corporation | AMENDS CLAIM #10018 | | Unsecured: $3,216.68 | $3,216.68 |
| NOR-CAL MOVING SERVICE<br>3527 ARDEN ROAD<br>HAYWARD, CA 94545 | 10020 | 06/19/2025 | Synthego Corporation | | | Unsecured: $1,506.64 | $1,506.64 |
| KHONG, NGUYEN MINH DUONG<br>ADDRESS ON FILE | 10021 | 06/19/2025 | Synthego Corporation | | | Unsecured: $2,529.04 | $2,529.04 |
| GENIE SCIENTIFIC<br>17430 MT CLIFFWOOD CIR<br>FOUNTAIN VALLEY, CA 92708 | 10022 | 06/19/2025 | Synthego Corporation | | | Priority: $0.00<br>Unsecured: $6,074.44 | $6,074.44 |
| PEI, YING<br>ADDRESS ON FILE | 10023 | 06/21/2025 | Synthego Corporation | | | Unsecured: $9,500.00 | $9,500.00 |
| REN, JIANYI<br>ADDRESS ON FILE | 10024 | 06/21/2025 | Synthego Corporation | | | Unsecured: $23,767.23 | $23,767.23 |
| STEMCELL Technologies Inc.<br>6425 S 216th St<br>Kent, WA 98032 | 10025 | 06/23/2025 | Synthego Corporation | | | Unsecured: $1,141.00 | $1,141.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Kaeser Compressors, Inc.<br>511 Sigma Dr<br>FREDERICKSBURG, VA 22408 | 10026 | 06/24/2025 | Synthego Corporation | | | Unsecured: $1,699.70 | $1,699.70 |
| ENGINE ROOM<br>4725 FIRST ST, STE 200<br>PLEASANTON, CA 94566 | 10027 | 06/25/2025 | Synthego Corporation | | | Unsecured: $10,212.50 | $10,212.50 |
| DUMLAO, JASON<br>ADDRESS ON FILE | 10028 | 06/25/2025 | Synthego Corporation | Expunged/Disallowed Claim | Undetermined | Unsecured: $0.00 | $0.00 |
| Trescal, Inc<br>ATTN Sherri Powell<br>PO Box 559<br>Hartland, MI 48353 | 10029 | 06/26/2025 | Synthego Corporation | | | Unsecured: $6,270.00 | $6,270.00 |
| AgileBits Inc.<br>D/B/A 1Password<br>Attn: Legal Department<br>4711 Yonge Street, 10th Floor<br>Toronto, ONM2N 6K8<br>Canada | 10030 | 06/26/2025 | Synthego Corporation | | | Unsecured: $408.21 | $408.21 |
| ResearchGate GmbH<br>Chausseestr. 20<br>Berlin Be 10115,<br>Germany | 10031 | 06/27/2025 | Synthego Corporation | | | Unsecured: $24,307.08 | $24,307.08 |
| ERS Genomics Limited<br>C/O Nixon Peabody LLP<br>ATTN Louis J Cisz III<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | 10032 | 06/27/2025 | Synthego Corporation | | Unliquidated | Unsecured: $1,558,783.00 | $1,558,783.00 |
| LUO, LAN<br>ADDRESS ON FILE | 10033 | 06/27/2025 | Synthego Corporation | | Undetermined | Unsecured: $0.00 | $0.00 |
| AMPAC FINE CHEMICALS, LLC<br>PO BOX 1718<br>RANCHO CORDOVA, CA 95741-1718 | 10034 | 06/30/2025 | Synthego Corporation | | | Unsecured: $7,465.00 | $7,465.00 |
| PRS, LLC<br>ATTN Neil Pirozzi<br>250 W 55 St, 26th Fl<br>New York, NY 10019 | 10035 | 06/30/2025 | Synthego Corporation | | | Unsecured: $2,735,129.00 | $2,735,129.00 |
| PRS, LLC<br>ATTN Neil Pirozzi<br>250 W 55 St, 26th Fl<br>New York, NY 10019 | 10036 | 06/30/2025 | Synthego Corporation | | | Unsecured: $2,505,479.00 | $2,505,479.00 |
| VITA THERAPEUTICS, INC.<br>ADDRESS ON FILE | 10037 | 07/01/2025 | Synthego Corporation | Withdrawn Claim | | Unsecured: $0.00 | $0.00 |
| Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603 | 10038 | 07/01/2025 | Synthego Corporation | | | Unsecured: $272.65 | $272.65 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Apprentice FS, Inc.<br>101 Hudson St, 38th Fl<br>Jersey City, NJ 07302 | 10039 | 07/01/2025 | Synthego Corporation | Withdrawn Claim | | Unsecured: $0.00 | $0.00 |
| Longbottom, Trevor<br>Address on file | 10040 | 07/01/2025 | Synthego Corporation | | | Unsecured: $4,933.58 | $4,933.58 |
| Whitney, Brandon<br>Address on file | 10041 | 07/02/2025 | Synthego Corporation | | Unliquidated | Unsecured: $10,609.45 | $10,609.45 |
| Sprint E-Logistics Ltd<br>A2 Parkway Trading Estate<br>Cranford Lane<br>Hounslow TW5 QA,<br>United Kingdom | 10042 | 07/02/2025 | Synthego Corporation | | | Unsecured: $2,100.00 | $2,100.00 |
| Cintas Corporation<br>ATTN Stephen Malkiewicz, BK COUNSEL<br>6800 Cintas Blvd<br>Mason, OH 45040 | 10043 | 07/02/2025 | Synthego Corporation | | | Unsecured: $1,887.09 | $1,887.09 |
| Declaration Capital PE SPV XLVI LLC<br>510 Madison Ave, 20th Fl<br>New York, NY 10022 | 10044 | 07/02/2025 | Synthego Corporation | | | Unsecured: $723,437.23 | $723,437.23 |
| Fisher Scientific Company, L.L.C.<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 10045 | 07/02/2025 | Synthego Corporation | | | Admin: $5,314.88<br>Unsecured: $41,705.21 | $47,020.09 |
| PRECISION METAL TOOLING, INC.<br>5101 SAN LEANDRO STREET<br>OAKLAND, CA 94601 | 10046 | 07/02/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| Reprocell USA Inc.<br>C/O Brian J McLaughlin<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | 10047 | 07/02/2025 | Synthego Corporation | | | Unsecured: $325,660.08 | $325,660.08 |
| CHEMGENES CORPORATION<br>33 INDUSTRIAL WAY<br>WILMINGTON, MA 01887 | 10048 | 07/02/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Admin: $0.00<br>Unsecured: $0.00 | $0.00 |
| Workday, Inc.<br>C/O Perkins Coie LLP<br>ATTN Bradley A. Cosman<br>2525 E Camelback Rd, Ste 500<br>Phoenix, AZ 85016 | 10049 | 07/02/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| Technology Networks Ltd.<br>334 King Street, Unit 2<br>Midland, ONL4R 3M8<br>Canada | 10050 | 07/02/2025 | Synthego Corporation | | | Unsecured: $41,435.63 | $41,435.63 |
| LabX Media Group Inc.<br>334 King Street, Unit 2<br>Midland, ONL4R 3M8<br>Canada | 10051 | 07/02/2025 | Synthego Corporation | | | Unsecured: $14,950.00 | $14,950.00 |

epiq

All Cases: Synthego Corporation 25-10823 SHAPAU 1ST, INC (f/k/a Synthego Corporation)

Sorted Numerical Claims

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| Wellington Hadley Harbor Master Inv<br>C/O Wilmer Cutler Et al<br>ATTN George W Shuster Jr<br>7 World Trade Center<br>New York, NY 10007 | 10052 | 07/02/2025 | Synthego Corporation | | Unliquidated | Unsecured: $0.00 | $0.00 |
| Iron Mountain Information Mgmt LLC<br>ATTN Joseph P Corrigan<br>1101 Enterprise Dr<br>Royersford, PA 19468 | 10053 | 07/02/2025 | Synthego Corporation | Expunged/Disallowed Claim | | Unsecured: $0.00 | $0.00 |
| Bio-Rad Laboratories, Inc.<br>1000 Alfred Nobel Dr., MS 1-130<br>Hercules, CA 94547 | 10054 | 07/02/2025 | Synthego Corporation | | | Unsecured: $4,616.42 | $4,616.42 |
| Thomas Scientific, LLC<br>ATTN Angela Hipple, SVP, Controller<br>PO Box 99<br>Swedesboro, NJ 08085 | 10055 | 07/02/2025 | Synthego Corporation | | | Admin: $3,732.18<br>Unsecured: $1,182,770.10 | $1,186,502.28 |
| Pearl Pathways, LLC<br>10300 Kincaid Dr, Ste 200<br>Fishers, IN 46037 | 10056 | 07/02/2025 | Synthego Corporation | | | Unsecured: $10,352.50 | $10,352.50 |
| WAITE, KELSEY<br>Address on file | 10057 | 07/02/2025 | Synthego Corporation | | Unliquidated | Unsecured: $31,648.55 | $31,648.55 |
| RELIABLE FIRE EXTINGUISHER<br>PO BOX 3461<br>REDWOOD CITY, CA 94064 | 10058 | 07/02/2025 | Synthego Corporation | Withdrawn Claim | | Unsecured: $0.00 | $0.00 |
| DIAAGO LLC<br>1598 BALTIMORE PIKE, 1ST FL SOUTH<br>CHADDS FORD, PA 19317 | 10059 | 07/03/2025 | Synthego Corporation | | | Unsecured: $6,551.47 | $6,551.47 |
| Life Technologies Corporation<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 10060 | 07/03/2025 | Synthego Corporation | | | Admin: $313.50 | $313.50 |
| Thermo Fisher Scientific (Milwaukee<br>C/O Beverly Weiss Manne<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | 10061 | 07/03/2025 | Synthego Corporation | | | Admin: $597.00<br>Unsecured: $48,914.38 | $49,511.38 |
| Global Life Sciences Solut. USA LLC<br>100 Results Way<br>Marlborough, MA 01752 | 10062 | 07/03/2025 | Synthego Corporation | | | Admin: $0.00<br>Unsecured: $2,298.38 | $2,298.38 |
| R & S Erection North Peninsula Inc.<br>133 S LINDEN AVENUE<br>SOUTH SAN FRANCISCO, CA 94080 | 10063 | 07/03/2025 | Synthego Corporation | | | Unsecured: $5,279.61 | $5,279.61 |
| Festo Corporation<br>ATTN: Salvatore Buccellato<br>1377 Motor Parkway, Suite 310<br>Islandia , NY 11749 | 10064 | 07/08/2025 | Synthego Corporation | | | Unsecured: $38.37 | $38.37 |
| RELIABLE FIRE EXTINGUISHER<br>PO BOX 3461<br>REDWOOD CITY, CA 94064 | 10065 | 07/10/2025 | Synthego Corporation | Withdrawn Claim | | Unsecured: $0.00 | $0.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| WI HARPER FUND VII LP<br>50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, CA 94111 | 10066 | 07/11/2025 | Synthego Corporation | | Unliquidated | Unsecured: $3,517,566.00 | $3,517,566.00 |
| WI HARPER FUND VII QP LP<br>50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, CA 94111 | 10067 | 07/11/2025 | Synthego Corporation | | Unliquidated | Unsecured: $368,327.00 | $368,327.00 |
| WI HARPER FUND VII-A LP<br>50 CALIFORNIA STREET, SUITE 2580<br>SAN FRANCISCO, CA 94111 | 10068 | 07/11/2025 | Synthego Corporation | | | Unsecured: $165,744.00 | $165,744.00 |
| Massachusetts Department of Revenue<br>PO Box 7090<br>Boston, MA 02204 | 10069 | 07/15/2025 | Synthego Corporation | Withdrawn Claim | Unliquidated | Priority: $0.00<br>Unsecured: $0.00 | $0.00 |
| KO Law PC<br>745 N Sherman St<br>Denver, CO 80203 | 10070 | 07/28/2025 | Synthego Corporation | | | Unsecured: $6,286.50 | $6,286.50 |
| PATSNAP UK LTD<br>Building 3 Chiswick Business Park<br>566 Chiswick High Road<br>London W4 5YA,<br>United Kingdom | 10071 | 07/30/2025 | Synthego Corporation | | | Admin: $14,850.00<br>Unsecured: $0.00 | $14,850.00 |
| State of NJ Div of Taxation<br>PO Box 245<br>Trenton, NJ 08065 | 10072 | 08/15/2025 | Synthego Corporation | | Unliquidated | Priority: $15,753.00<br>Unsecured: $0.00 | $15,753.00 |
| MURRAY COMPANY<br>18414 S SANTA FE AVE<br>RANCHO DOMINGUEZ, CA 90221 | 10073 | 08/21/2025 | Synthego Corporation | | | Unsecured: $11,546.00 | $11,546.00 |
| Mettler-Toledo LLC<br>1900 Polaris Pkwy<br>Columbus, OH 43240-4035 | 10074 | 08/29/2025 | Synthego Corporation | | | Unsecured: $0.00 | $5,203.25 |
| Life Edit Therapeutics, Inc.<br>300 Morris St, Ste 300<br>Durham, NC 27701 | 10075 | 09/09/2025 | Synthego Corporation | | | Unsecured: $49,220.06 | $49,220.06 |
| SAN MATEO COUNTY TAX COLLECTOR<br>555 COUNTY CTR, 1ST FL<br>REDWOOD CITY, CA 94063 | 10076 | 09/11/2025 | Synthego Corporation | | | Priority: $304,747.13 | $304,747.13 |
| Anderson, Connor<br>Address on file | 10077 | 09/12/2025 | Synthego Corporation | | Undetermined | | $0.00 |
| TDOR<br>C/O Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | 10078 | 09/12/2025 | Synthego Corporation | Withdrawn Claim<br>AMENDS CLAIM #10009 | | Priority: $0.00<br>Unsecured: $0.00 | $0.00 |
| Valco Instruments Co Inc<br>7811 Westview Dr<br>Houston, TX 77055 | 10079 | 09/19/2025 | Synthego Corporation | | | Unsecured: $3,471.26 | $3,471.26 |
| Tennessee Department of Revenue<br>C/O Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | 10080 | 09/24/2025 | Synthego Corporation | Withdrawn Claim | Unliquidated | Priority: $0.00<br>Unsecured: $0.00 | $0.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Comment | CUDU | Claim Value | Total |
|---|---|---|---|---|---|---|---|
| ERS Genomics Limited<br>C/O Nixon Peabody LLP<br>ATTN Louis J. Cisz, III<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | 10081 | 10/06/2025 | Synthego Corporation | AMENDS CLAIM #10032 | Unliquidated | Unsecured: $2,267,177.00 | $2,267,177.00 |
| Bloomberg Industry Group, Inc.<br>731 Lexington Avenue<br>New York, NY 10022 | 10082 | 10/07/2025 | Synthego Corporation | | | Unsecured: $554.82 | $554.82 |
| Bloomberg Industry Group, Inc.<br>731 Lexington Avenue<br>New York, NY 10022 | 10083 | 10/07/2025 | Synthego Corporation | AMENDS CLAIM #10082 | | Unsecured: $554.82 | $554.82 |
| Intralinks, Inc.<br>PO Box 392134<br>Pittsburgh, PA 15251-9134 | 10084 | 10/08/2025 | Synthego Corporation | | | Unsecured: $4,592.15 | $4,592.15 |
| Intima Bioscience, Inc.<br>3 Columbus Circle<br>New York, NY 10019 | 10085 | 10/14/2025 | Synthego Corporation | | | Unsecured: $431,911.59 | $431,911.59 |
| Comptroller of Maryland<br>ATTN Bankruptcy Unit<br>7 Saint Paul St, Ste 230<br>Baltimore, MD 21202 | 10086 | 10/28/2025 | Synthego Corporation | Withdrawn Claim | Unliquidated | Priority: $0.00<br>Unsecured: $0.00 | $0.00 |
| State of NJ Div of Taxation<br>PO Box 245<br>Trenton, NJ 08065 | 10087 | 04/02/2026 | Synthego Corporation | Amends Claim #10072 | | Unsecured: $0.00 | $0.00 |
| ERS GENOMICS LIMITED<br>C/O CROSS & SIMON LLC<br>ATTN CHRISTOPHER P SIMONS<br>1105 N MARKET ST, SUITE 901<br>Wilmington, DE 19801 | 20001 | 10/06/2025 | Synthego Corporation | | Unliquidated | Admin: $435,777.00<br>Unsecured: $0.00 | $435,777.00 |